1  Richard D. McCune, State Bar No. 132124
   rdm@mccunewright.com
2  David C. Wright, State Bar No. 177468
   dcw@mccunewright.com
3  Mark I. Richards, State Bar No. 321252
   mir@mccunewright.com
4  **McCune Wright Arevalo llp**
   3281 Guasti Road, Suite 100
5  Ontario, California 91761
   Telephone: (909) 557-1250
6  Facsimile: (909) 557-1275

7  Douglas C. Sohn, State Bar No. 82920
   dsohn@sohnlaw.com
8  **Sohn & Associates**
   16870 West Bernardo Drive, Suite 400
9  San Diego, California 92127
   Telephone;  (619) 237-7646
10 Facsimile:      (858) 759-4299

11 *Attorneys for Plaintiff and the Putative Class*

12

13                **IN THE UNITED STATES DISTRICT COURT**

              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

14

15

| WILLIAM LESSIN, on behalf of himself and all others similarly situated, | Case No.:   '19CV1082 AJB  WVG |
|---|---|
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| v. | 1. Violation of the California Consumer Legal Remedies Act (Cal. Civ. Code §§ 1750, *et seq.*); |
| FORD MOTOR COMPANY, a Delaware corporation; and Does 1 through 10, inclusive, | 2. Violation of California Unfair Competition Law (Cal. Bus.& Prof. Code §§ 17200); |
| Defendants. | 3. Violation of California's False Advertising Law (Cal. Bus. & Prof. Code §§ 17500, *et seq.*) |
|  | 4. Breach of Express Warranty (Based on California Law); |
|  | 5. Breach of Implied Warranty (California Commercial Code § 2314); |
|  | 6. Breach of Written Warranty Under the Magnuson-Moss Warranty Act (15 U.S.C. §§ 2301, *et seq.*); |
|  | 7. Fraudulent Concealment (Based on California Law) |

-1-

Class Action Complaint
Case No.

8. Breach of the Duty of Good Faith and Fair Dealing;

9. Violation of the Song-Beverly Act – Breach of Implied Warranty (Cal. Civ. Code §§ 1792, 1791.1, *et seq.*)

**<u>DEMAND FOR JURY TRIAL</u>**

Class Action Complaint
Case No.

**TABLE OF CONTENTS**

*Page*

I    INTRODUCTION ................................................................................................ 5

II    JURISDICTION ................................................................................................ 7

III    VENUE ................................................................................................ 7

IV    PARTIES ................................................................................................ 8

    A.    Plaintiff William Lessin ................................................................ 8

    B.    Defendant Ford Motor Company ................................................ 8

V    FACTUAL ALLEGATIONS ................................................................ 9

    A.    The Class Vehicles Suffer from Dangerous Defects ................ 9

        1.    NHTSA Consumer Complaints of Death Wobble Resulting in Crashes .............. 12

        2.    NHTSA Consumer Complaints of Death Wobble Causing Loss of Control of Vehicle ................................ 19

        3.    NHTSA Consumer Complaints Expressing Fear that Death Wobble Will Result in Loss of Life ................................ 64

    B.    Ford's Knowledge of the Suspension Defect ................................ 150

        1.    NHTSA Consumer Complaints Expressly Referencing Defendant Ford Company Being Notified of the Death Wobble Complaint ................................ 152

    C.    Ford's Active Concealment of the Suspension Defect ................ 192

        1.    NHTSA Consumer Complainants Expressly Referencing Defendant Ford and/or its Authorized Dealers Denying Knowledge of the Death Wobble Issue or Claiming that the Problem Could Not be Identified ................................ 193

        2.    NHTSA Consumer Complainants Who Were Told by Defendant Ford's Authorized Dealers that There Was Nothing that Could be Done to Assist Them or to Correct the Death Wobble Problem ................................ 241

        3.    Examples of NHTSA Consumer Complainants Who Were Told by Defendant Ford and/or its Authorized Dealers that the Death Wobble Was Caused by Tires, Improper Tire Pressure, Tire Balancing and Rotation, Wheel Alignment, Steering

Class Action Complaint
Case No.

Stabilizer, Ball Joints, Tie Rods, Universal Joint, Steering Dampener, Track Link,
Stearing Gear Box, Track Bar Bushings, Shocks, and/or Front Drive Link....... 286

D.    Ford's Actions Harmed Consumers and Placed Public Safety at Risk.......................... 306

    1.    Defendants' Warranty-Related Practices.................................................... 306

    2.    NHTSA Consumer Complaints of Referencing Costs of Repairs .................... 313

    3.    NHTSA Consumer Complaints Establishing that Repairs Were Ineffective in
Addressing the Death Wobble Defect................................................................ 313

E.    Plaintiff William Lessin's 2011 Ford F-250 ................................................................. 338

VI    TOLLING OF STATUTES OF LIMITATIONS ........................................................... 338

VII   CLASS ALLEGATIONS ............................................................................................... 339

VIII  CLASS ALLEGATIONS ............................................................................................... 341

FIRST CAUSE OF ACTION:  VIOLATIONS OF CALIFORNIA'S CONSUMER LEGAL
REMEDIES ACT ("CLRA") (Cal.................................................................................. 341

SECOND CAUSE OF ACTION:  VIOLATIONS OF THE CALIFORNIA UNFAIR
COMPETITION LAW ..................................................................................................... 343

THIRD CAUSE OF ACTION:  VIOLATION OF CALIFORNIA FALSE ADVERTISING
LAW ................................................................................................................................. 344

FOURTH CAUSE OF ACTION:  BREACH OF EXPRESS WARRANTY ........................... 346

FIFTH CAUSE OF ACTION:  BREACH OF IMPLIED WARRANTY ................................. 347

SIXTH CAUSE OF ACTION:  BREACH OF WRITTEN WARRANTY UNDER THE
MAGNUSON-MOSS WARRANTY ACT ...................................................................... 348

SEVENTH CAUSE OF ACTION:  COMMON LAW FRAUDULENT CONCEALMENT ... 349

EIGHT CAUSE OF ACTION:  BREACH OF THE DUTY OF GOOD FAITH AND FAIR
DEALING......................................................................................................................... 350

NINTH CAUSE OF ACTION: VIOLATION OF THE SONG-BEVERLY ACT – BREACH OF
IMPLIED WARRANTY .................................................................................................. 351

IX    PRAYER FOR RELIEF .................................................................................................. 352

-4-

Class Action Complaint
Case No.

## CLASS ACTION COMPLAINT

Plaintiff William Lessin brings this action against Defendant Ford Motor Company ("Ford") and Does 1 through 10 (collectively "Defendants"), by and through their attorneys, individually and on behalf of all others similarly situated, and allege as follows:

## I    INTRODUCTION

1.    This is a class action lawsuit brought by Plaintiff on behalf of himself and a class of current and former owners and lessees of Ford F-250 and F-350 trucks, model years 2005 through 2019 (the "Class Vehicles").

2.    This action arises from Defendant Ford's failure to disclose to Plaintiff and similarly situated consumers, despite their longstanding knowledge, that the Class Vehicles contain several latent defects in their suspension and/or steering linkage systems–which typically manifests itself during and shortly after the limited warranty period has expired–that cause the vehicle to start violent shaking, which can only be controlled by a sudden substantial reduction of vehicle speed.

3.    Significantly, the presence of this defect, resulting in the violent shaking of the vehicle, poses a safety risk to the operator and passengers of the Class Vehicles. The violent shaking of the vehicle can cause loss of control of the vehicle and difficulty steering while the Class Vehicles are in operation at any time and under typical driving conditions or speed. This exposes the driver and occupants of the Class Vehicles, as well as others who share the road with them, to an increased risk of accident, injury, or death. As discussed further herein, numerous owners and lessees of the Class Vehicles have experienced this spontaneous violent shaking while operating the Class Vehicles, thus placing themselves and those around them in immediate danger and seriously risking the lives of its consumer and other vehicle occupants on the road.

4.    Not only did Defendant actively conceal the fact that particular components within the Class Vehicles' suspension are prone to failure, it did not reveal that the existence of the defect would diminish the intrinsic and resale value of the Class Vehicles and lead to the safety concerns described herein.

5.    Defendant has long been aware of the defect described herein, yet Defendant has routinely refused to repair the Class Vehicles without charge when the defect manifests. Indeed, in many

-5-

cases Defendant has even refused to disclose the existence of the defect when Class Vehicles displaying symptoms consistent with the defect are brought in for service, instead choosing to recommend costly repairs.

6.     Many other owners and lessees of the Class Vehicles have communicated with Defendant and/or its agents to request that they remedy and/or address the defect and/or resultant damage at no expense. Defendant has routinely failed to do so even within the warranty period.

7.     Not only has Defendant refused to take any action to correct this concealed defect when it manifests in the Class Vehicles outside of the warranty period, in many instances, it required owners to pay for purported fixes for this problem when it manifested within the warranty period. Because the defect can manifest shortly outside of the warranty period for the Class Vehicles–and given Defendant's knowledge of this concealed, safety-related defect–Defendant's attempt to limit the warranty with respect to the suspension defect is unconscionable and unenforceable here.

8.     Despite notice and knowledge of the defect from the numerous complaints it has received, information received from dealers, National Highway Traffic Safety Administration ("NHTSA") complaints, and their own internal records, including pre-sale durability testing, Defendant has not recalled and/or offered an adequate suspension repair to the Class Vehicles, offered their customers suitable repairs or replacements free of charge, or offered to reimburse their customers who have incurred out-of-pocket expenses to repair the defect.

9.     As a result of Defendant's unfair, deceptive and/or fraudulent business practices, owners and/or lessees of the Class Vehicles, including Plaintiff, have suffered an ascertainable loss of money and/or property and/or loss in value. The unfair and deceptive trade practices committed by Defendant were conducted in a manner giving rise to substantial aggravating circumstances.

10.     Had Plaintiff and other Class Members known of the defect at the time of purchase or lease, they would not have bought or leased the Class Vehicles, or would have paid substantially less for them.

11.     Plaintiff is also informed and believes, and on that basis alleges, that as the number of complaints increased, and Class Members grew dissatisfied with the performance of the Class Vehicles, Defendant was forced to acknowledge that the Class Vehicles suffer from an inherent defect.

-6-

Class Action Complaint
Case No.

12. As a result of the defect and the monetary costs associated with attempting to repair the defect, Plaintiff and the Class Members have suffered injury in fact, incurred damages, and have otherwise been harmed by Defendant's conduct.

13. Accordingly, Plaintiffs bring this action to redress Defendants' violations of the consumer protection statutes of California and also seek recovery for Defendants' breach of express warranty, breach of implied warranty, breach of the duty of good faith and fair dealing, and common law fraud.

## II    JURISDICTION

14. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332 of the Class Action Fairness Act of 2005 because: (i) there are 100 or more class Members, (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because at least one plaintiff and one defendant are citizens of different States. This court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

15. This Court has specific personal jurisdiction over Defendant because it is registered to conduct business in California, has purposefully availed itself of the benefits and protections of California by conducting continuously and systematically conducting substantial business in this judicial district, directing advertising and marketing materials to districts within California, and intentionally and purposefully placing Class Vehicles into the stream of commerce within the districts of California and throughout the United States with the expectation and intent that they would be purchased by consumers.  Moreover, Plaintiff's causes of action all arise out of Defendant's contacts with the State of California.

## III    VENUE

16. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 because Defendant transacts business in this District, is subject to personal jurisdiction in this District, and therefore is deemed to be citizens of this district. Additionally, there are one or more authorized Ford dealers within this District and Ford has advertised in this District and have received substantial revenue and profits from their sales and/or leasing of Class Vehicles in this district; therefore, a substantial part of the events and/or omissions giving rise to the claims occurred, in part, within this District.

Class Action Complaint
Case No.

# IV    PARTIES

**A.    Plaintiff William Lessin**

17.    Plaintiff William Lessin is a resident of San Diego, California. Plaintiff owns a 2011 Ford F-250, which he purchased in Poway, California, on July 23, 2010 (for the purposes of this paragraph "the Vehicle"). Prior to purchasing the Vehicle, Plaintiff reviewed the sticker placed on its window by Defendant. The window sticker advertised the various features of the Vehicle (such as the price, specifications, gas mileage, equipment and warranty details and crash test ratings) and Plaintiff relied on the advertisements contained within the window sticker when deciding to purchase the Vehicle. The window sticker did not state that the Vehicle suffered from any defects.

18.    Plaintiff Lessin purchased (and still owns) the Vehicle, which is used for personal, family and/or household uses.

19.    Plaintiff has presented the Vehicle to Mossy Ford of San Diego for repair on two occasions within a period of less than three months to correct the Defect (defined *infra* at ¶ 26). On each occasion, Defendant has failed to provide an adequate remedy to the Death Wobble (defined *infra* at ¶¶ 27-28), denied the existence of the Defect, and has refused to provide repair the Vehicle under warranty.

20.    Plaintiff Lessin has suffered an ascertainable loss as a result of Defendant's omissions and/or misrepresentations associated with the Defect, including, but not limited to, out of pocket losses for repairs (approximately $1,231.00), out of pocket losses for replacement parts (approximately $375.75), diminished value of his vehicle, and other consequential damages.

21.    Neither Defendant, nor any of its agents, dealers, or other representatives informed Plaintiff Lessin of the existence of the Defect prior to, or any time after, his purchase.

**B.    Defendant Ford Motor Company**

22.    Defendant Ford Motor Company is a corporation doing business in all 50 states and the District of Columbia and is organized under the laws of the State of Delaware, with its principle place of business in Dearborn, Michigan.

23.    At all times relevant to this action, Ford manufactured, sold, and warranted the Class Vehicles throughout the United States. Ford and/or its agents, divisions, or subsidiaries designed, manufactured, and installed the steering linkage system/suspension on the Class Vehicles.

-8-

24.     The true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, are currently unknown to Plaintiff, who therefore sues such Defendants by such fictitious names. Each of the Defendants designated herein as a DOE is legally responsible in some manner for the unlawful acts referred to herein. Plaintiff will seek leave of Court to amend this Complaint to reflect the true names and capacities of the Defendant designated herein as DOES when such identities become known.

25.     Based upon information and belief, Plaintiff alleges that at all times mentioned herein, each and every Defendant was acting as an agent and/or employee of each of the other Defendants, and at all times mentioned was acting within the course and scope of said agency and/or employment with the full knowledge, permission, and consent of each of the other Defendants. In addition, each of the acts and/or omissions of each Defendant alleged herein were made known to, and ratified by, each of the other Defendant.

<strong>V     FACTUAL ALLEGATIONS</strong>

**A.     The Class Vehicles Suffer from Dangerous Defects**

26.     The Class Vehicles suffer from one or more defects in their suspension and steering linkage systems (illustrated below at p. 10), including but not limited to, abnormal wearing and/or loosening of the track bar bushing (or "pitman arm"), damper bracket, the ball joints, control arms, shock absorbers, and/or struts, resulting in spontaneous and continuous violent shaking of the vehicle when encountering irregularities in the roadway surface at freeway speeds  (collectively referred to as "the Defect" or "the Death Wobble Defect"). The Defect which may result in a loss of steering control, increases the Class Vehicles' risk of crash, thus affecting their safety and value.

27.     The Defect causes the Class Vehicles to lose steering control during normal operation and poses a serious risk of crash without warning. As discussed below, Plaintiff and numerous Class Vehicle owners and lessees have reported that the Defect causes a sudden loss of steering control, a

Class Action Complaint
Case No.

violent front-end vibration and swaying of the Vehicles—an event that has been referred to as a "Death Wobble."[1]



28.    The Death Wobble is typically triggered when the Class Vehicles are traveling at speeds above 50 miles per hour and one of the tires hits a groove or bump in the road. This causes a violent shaking of the vehicle, which can only be controlled by a sudden reduction of speed. The violent shaking of the vehicle and inability of the driver to retain full steering control poses a serious risk of injury to the occupants and the surrounding cars or pedestrians.

---

[1] *See* http://www.trucktrend.com/how-to/chassis-suspension/1305dp-curring-death-wobble-tightening-up-your-steering/ (describing "death wobble" in detail) [last accessed June 10, 2019]; *see also* https://www.youtube.com/watch?v=F7M2-DC59pk (demonstrative video of the death wobble experience) [last accessed June 10, 2019].

Class Action Complaint
Case No.

29.     Based on information and belief, the Defect is present at the time of sale of all Class Vehicles, and its first identifiable symptom—i.e. the Death Wobble—can manifest at any point after the point of purchase of a Class Vehicle.

30.     One of the most important sources of field data regarding this issue is the National Highway Traffic Safety Administration's Consumer Complaint Database.  This publicly available database contains all motor vehicle-related consumer complaints submitted to NHTSA since January 2000.  Consumers submit what is called a "Vehicle Owner Questionnaire" in which they asked to provide information that includes, the make, model, and model year of the vehicle, the approximate incident date, the mileage at which the incident occurred, whether the incident involved a crash or a fire, whether any persons were injured or killed in the incident, the speed of the vehicle at the time of the incident, and a description of the incident along with a description of the vehicle components they believe were involved in the incident.  The majority of consumer complaints are submitted online at www.safercar.gov where consumers can input this information directly into the database through their computer.  They can also submit complaints by telephone through the Auto Safety Hotline, through submitting a paper Vehicle Owner Questionnaire form, and by submitting consumer letters to NHTSA by mail.  This information is then entered into NHTSA's ARTEMIS database where it can be searched and reviewed by the general public and vehicle manufacturers alike, by make, model, model year, and component.  this database is promoted by NHTSA as a valuable consumer information tool.

31.     From March 10, 2005, through February 6, 2019, a stunning 1,265 consumer complaints have been submitted to NHTSA describing having experienced the Death Wobble, in many cases on repeated occasions.

32.     The extreme danger posed by the Death Wobble is evidenced by the fact that of these 1,265 consumer complaints regarding the Death Wobble:

- 12 resulted in accidents and injuries;

- another 82 resulted in a loss of control of the vehicle; and

- a staggering 148 consumer complaints expressed the fear that people would be killed as a result of the Death Wobble defect.

-11-

Class Action Complaint
Case No.

1

**1.    NHTSA Consumer Complaints of Death Wobble Resulting in Crashes**

33.    The following are the consumer complaints submitted to NHTSA where the Death Wobble defect caused an accident: [2]

September 24, 2009 **NHTSA ID NUMBER: 10285130**
**Components: SUSPENSION**
**NHTSA ID Number:** 10285130
**Incident Date** September 23, 2009
**Consumer Location** CASTLEWOOD, VA
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHYes**
**FIRENo**
**INJURIES0**
**DEATHS0**
FORD F-250 SUPERDUTY- WHILE DRIVING AT 55MPH OR HIGHER,AND YOU HIT A SMALL POTHOLE OR DIP IN THE ROAD, THIS VEHICLE GOES INTO A VIOLENT SHIMMY. THE VEHICLE IS UNCONTROLLABLE AND EXTREMELY DANGEROUS. I WON'T LET ANY OF MY FAMILY MEMBERS RIDE IN THE TRUCK WITH ME AND CRINGE AT THE THOUGHTS OF HAVING TO DRIVE IT ON THE INTERSTATE! IT HAS SHAKEN ME OFF THE ROAD AND INTO THE DITCH OR MEDIAN SEVERAL TIMES. *TR
**1 Affected Product**

April 25, 2007 **NHTSA ID NUMBER: 10188890**
**Components: STEERING**
**NHTSA ID Number:** 10188890
**Incident Date** April 24, 2007
**Consumer Location** EASTCHESTER, NY
**Vehicle Identification Number** 1FTSW21565E****
**Summary of Complaint**
**CRASHYes**
**FIRENo**
**INJURIES0**
**DEATHS0**
SHORTLY AFTER I PURCHASED MY 2005 FORD F-250 SUPER DUTY PICKUP I EXPERIENCED A VIOLENT VIBRATION IN THE STEERING, WHEN TRAVELING OVER 55 MPH, AFTER HITTING A SMALL BUMP IN THE ROAD. WHEN I BROUGHT MY TRUCK IN FOR SERVICE AND MENTIONED THIS EPISODE. THE SERVICE MANAGER ACTED AS THOUGH IT WERE AN ANOMALY, MAYBE THE ROAD CONDITIONS OR SOMETHING ELSE. THIS DIDN'T SEEM TO BE THE TRUTH, SINCE IT HAPPENED SEVERAL TIMES SINCE

---

[2] The foregoing complaints are reproduced as they appear on the NHTSA website. Any typographical errors are attributable to the original author of the complaint. Emphasis added to original text is denoted by bold underlining.

Class Action Complaint
Case No.

THEN. WHEN I BROUGHT IT TO THE ATTENTION OF THE LOCAL SERVICE MANAGER, HE SAID THAT THIS IS COMMON AMONGST THESES LARGE PICKUP TRUCKS, AND JUST TAP THE BRAKES UNTIL THE VIBRATIONS SUBSIDE, IT SHOULDN'T LAST LONG. YESTERDAY I WAS TRAVELING AT ABOUT 60 MILES AN HOUR ON THE HIGHWAY, WHEN I WENT OVER A SEWER GRATE IN THE LEFT LANE. THE VIBRATION BECAME SO VIOLENT THAT I HAD NO CONTROL OF THE STEERING AT ALL. I NARROWLY AVOIDED A COLLISION WITH A FUEL TRUCK AND SEVERAL OTHER CARS ON MY WAY OFF THE ROAD AND INTO WOODS CAUSING MULTIPLE TIRE DAMAGE, AND SUFFERING DENTS AND DAMAGE TO THE VEHICLE. I THANK GOD NO ONE WAS HURT, INCLUDING ME. I WAS ABLE TO DRIVE THE TRUCK AWAY AFTER CHANGING THE TIRES AND CLEANING UP THE MESS FROM MY PERSONAL PROPERTY BEING TOSSED AROUND THE CABIN. NOT ONLY DID I LOOSE STEERING BUT, I WAS SURPRISED THAT SUCH A VIOLENT EPISODE DID NOT DEPLOY THE AIR BAGS. I RETURNED TODAY TO THE DEALER WITH MY TRUCK. THE SERVICE MANAGER HAD BEEN REPLACED,WITH A NEW ONE. WHEN I INFORMED HIM OF THE SITUATION HE CHECKED THE COMPUTER FOR MY RECORDS AND MAGICALLY HE WAS ABLE TO FIND EVERY OTHER RECORD OF SERVICE AND REPAIRS, EXCEPT THE STEERING COMPLAINTS. TOMORROW, THE 26TH, I HAVE AN APPOINTMENT WHERE I HOPE TO HAVE THIS CORRECTED. ALTHOUGH THIS SERVICE MANAGER SAYS HE HASN'T HEARD OF ANY PROBLEMS WITH THESE TRUCKS. I WAS SEARCHING THE INTERNET AND FOUND MULTIPLE COMPLAINTS ON DIFFERENT SITES, INCLUDING THE ONE THAT MADE REFERENCE TO YOUR SITE. THROUGH INSURANCE, I HOPE THAT THERE WOULD BE SOME TYPE OF LIABILITY TO THE FORD MOTOR COMPANY. *JB

**1 Affected Product**

August 29, 2008 **NHTSA ID NUMBER: 10240263**
**Components: STEERING, TIRES**
**NHTSA ID Number:** 10240263
**Incident Date** August 27, 2008
**Consumer Location** PARKER, AZ
**Vehicle Identification Number** 1FTSW21P85E****
**Summary of Complaint**
**CRASH**Yes
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2005 FORD F-250. WHILE DRIVING 55 MPH, THE FRONT END OF THE VEHICLE BEGAN TO SHAKE. THE CONTACT SLOWED THE VEHICLE DOWN AND THE TIRES BLEW OUT. THE VEHICLE VEERED TO THE LEFT AND INTO ONCOMING TRAFFIC. THE CONTACT CRASHED INTO A MOUNTAIN AND THE VEHICLE ROLLED OVER TWICE. THERE WERE NO INJURIES. A POLICE REPORT WAS FILED. THE CURRENT AND FAILURE MILEAGES WERE 65,197.
**1 Affected Product**

Class Action Complaint
Case No.

August 21, 2008 **NHTSA ID NUMBER: 10239123**
**Components: SUSPENSION**
**NHTSA ID Number:** 10239123
**Incident Date** February 11, 2005
**Consumer Location** PALMDALE, CA
**Vehicle Identification Number** 1FTWW33P05E****
**Summary of Complaint**
**CRASH**Yes
**FIRE**No
**INJURIES**0
**DEATHS**0
TO BRUCE YORK AND RICHARD BOYD  I AM SO THANKFUL SOMEONE IS DOING
SOMETHING ABOUT THIS PROBLEM. I KNOW FOR A FACT THIS SITUATION WITH THIS
STEERING PROBLEM FAR EXCEEDS ANYTHING FORD IS WILLING TO ADMIT.  MY CASE;
I HAVE OWNED MY 2005 FORD F-350 KING RANCH 4X4, VIN #, SENSE FEBRUARY 11, 2005.
THIS TRUCK HAS EARNED ITS TWO NICKNAMES, RHUBARB EXPRESS AND #!*% PIECE
OF #@^%$. THIS TRUCK HAS BEEN NOTHING BUT A NIGHTMARE FOR OUR FAMILY. MY
WIFE AND I CAN'T BEGIN TO COUNT HOW MANY TIMES THIS TRUCK HAS GONE OUT OF
CONTROL AND LEFT US IN THE DITCH. WE HAVE LOST CONTROL OF THIS TRUCK
NEARLY EVERY TIME EITHER ONE OF US HAS DRIVEN IT.  TYPICAL SITUATION, WE ARE
DRIVING ALONG THE FREEWAY AT A SAFE SPEED. WE MIGHT FEEL A LITTLE BUMP ON
THE ROAD THEN THE STEERING WHEEL STARTS TO SHIMMY THEN BEGINS TO PULL
FROM YOUR HANDS IN A HARD SHIMMY. FROM THE TIME YOU HIT THE BUMP TO THE
TIME THE TRUCK IS RIPPING YOUR HANDS FROM THE STEERING WHEEL IS LESS THE 2
SECONDS. THE OSCILLATIONS ARE MORE THE 90 DEGREES FROM SIDE TO SIDE ON THE
STEERING WHEEL. THESE OSCILLATIONS WILL CONTINUE FROM YOUR ORIGINAL
DRIVING SPEED UNTIL THE TRUCK IS BROUGHT TO A COMPLETE STOP. THIS USUALLY
MEANS DRIVING OFF THE SIDE OF THE FREEWAY OR ROAD ONTO THE SHOULDER. ON
MANY OCCASIONS THERE IS NO SHOULDER AND WE HAVE STOPPED IN THE ROAD. ON
OTHER OCCASIONS WE HAVE HAD TO STOP IN THE MIDDLE OF THE FREEWAY AS
THERE WERE SEMI TRUCKS IN THE SLOW LANE. I MEAN 65 TO 0 MILES AN HOUR IN THE
MIDDLE OF A LOS ANGELES FREEWAY! WE ALSO HAVE COUNTLESS MEMORIES OF
SLIDING TO A STOP IN THE RHUBARB, DUST FLYING, OFF THE EDGE OF THE FREEWAY.
ALL WHILE CALLING FORD AND BEGGING THEM TO FIX IT!  WE HAD THIS TRUCK IN
THE DEALER MANY TIMES TO HAVE IT REPAIRED. *TR
**1 Affected Product**

---

September 18, 2009 **NHTSA ID NUMBER: 10284483**
**Components: STEERING**
**NHTSA ID Number:** 10284483
**Incident Date** September 12, 2009
**Consumer Location** DURANT, OK
**Vehicle Identification Number** 1FTWW33P65E****
**Summary of Complaint**

-14-

Class Action Complaint
Case No.

**CRASHYes**
**FIRENo**
**INJURIES0**
**DEATHS0**
I HAVE A FORD F350 HEAVY DUTY 1 TON, I HAD EXPERIENCED ON SEPARATE OCCASIONS WHEN TRAVELING WITH SPEED AROUND 50-65 MPH, IF A BUMP (SLIGHT) DIP OR ANY SLIGHT VARIANCE IN ROAD MY TRUCK WILL BEGIN A VIOLENT SHAKE. I HAD RECEIVED THE RECALL NOTICE OF IMPROPER AIR PRESSURE AND CAUSE AND EFFECT. I HAVE HAD MY TIRE PRESSURE CHECKED ON NUMEROUS OCCASIONS, I HAVE ALSO HAD TAKEN MY TRUCK TO LOCAL DEALERSHIP TO CHECK FRONT SUSPENSION , NOTHING FOUND TO BE WRONG WITH FRONT END. (SUSPENSION). ON SEPT. 12, 09 I WAS TRAVELING ON HWY 199 COMING FROM MADILL, OK (JOB) COMING TOWARDS DURANT HAVING EMPLOYEE IN TRUCK (FRONT PASSENGER SEAT) MY TRUCK BEGAN TO VIOLENTLY SHAKE, THROWING MY TRUCK INTO A CONCRETE BRIDGE. I STEERED TRUCK THE BEST I COULD CONSIDERING THE TRUCK WAS UNCONTROLLABLE. THE REAR END OF THE TRUCK CLIMBED OVER THE BRIDGE THROWING THE TRUCK NEARLY ON ITS SIDE LANDING IN ONCOMING TRAFFIC FACING OPPOSITE DIRECTION OF TRAVEL 60FT. AWAY FROM BRIDGE. MY TRUCK APPEARS TO BE TOTALED. I OWE MORE THAN THE VALUE OF THE TRUCK AND NOW. MY EMPLOYEE AND MYSELF WERE TREATED TO LOCAL HOSPITAL I NOW HAVE A HERNIA FROM THE IMPACT OF THE TRUCK INTO THE BRIDGE.. DUE TO SUSPENSION. I HAD TOLD OFFICER THAT THE TRUCK HAD DONE THIS BEFORE I HAVE RECEIVED A TICKET FOR NOT MAINTAINING SAFE VEHICLE. MY INSURANCE DOES NOT COVER MY PERSONAL INJURIES. I FEEL LIKE FORD HAS NOT OWN UP TO DEFECT OF THE TRUCK SUSPENSION. MAYBE DOT SHOULD INVESTIGATE FORD AGAIN. *TR

**1 Affected Product**

---

September 23, 2008 **NHTSA ID NUMBER: 10243184**
**Components: STEERING**
**NHTSA ID Number:** 10243184
**Incident Date** September 22, 2008
**Consumer Location** CINCINNATI, OH
**Vehicle Identification Number** 1FTSX21536E****
**Summary of Complaint**
**CRASHYes**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL*THE CONTACT OWNS A 2006 FORD F-250. WHILE DRIVING 63 MPH, THE VEHICLE STRUCK A SMALL DIP IN THE ROAD. THE STEERING BEGAN TO SHAKE VIOLENTLY AND THE CONTACT LOST CONTROL. THE VEHICLE WILL NOT BE REPAIRED BECAUSE THE CONTACT WANTS THE VEHICLE REPLACED. THE MANUFACTURER STATED THAT THEY WERE AWARE OF THE FAILURE; HOWEVER, ADVISED HIM TO FOLLOW THE TSB INSTRUCTION TO REPAIR THE FAILURE. THE FAILURE MILEAGE WAS 51,000 AND CURRENT MILEAGE WAS 65,000.

Class Action Complaint
Case No.

1  **1 Affected Product**

2

3  March 31, 2008 **NHTSA ID NUMBER: 10222944**
   **Components: SUSPENSION**

4  **NHTSA ID Number:** 10222944

5  **Incident Date** January 15, 2008
   **Consumer Location** WINCHESTER, VA

6  **Vehicle Identification Number** 1FTSX21P06E****

7  **Summary of Complaint**
   **CRASH**Yes

8  **FIRE**No
   **INJURIES**0

9  **DEATHS**0

10 AT APPROXIMATELY 40K ON THE VEHICLE, A PROBLEM BEGAN TO OCCUR WHEN A
   BUMP IN THE ROAD WAS HIT, RESULTING IN THE FRONT WHEELS SHIMMYING LEFT TO

11 RIGHT FOR ABOUT A SECOND. OVER THE NEXT FOUR MONTHS, THE PROBLEM
   INTENSIFIED, LEADING TO A SEVERE SHAKE EMITTING FROM THE FRONT LEFT WHEEL.

12 FORD RECOMMENDED AN ALIGNMENT AND THE STEERING DAMPENER (WHICH WAS
   ALREADY INSTALLED). I REPLACED THE TIRES, DAMPENER, TRACK BAR AND BUSHING,

13 WHICH SOLVED THE ISSUE FOR SEVERAL WEEKS, BUT SOON FOUND THAT I
   CORRECTED A SYMPTOM AND NOT THE TRUE PROBLEM. ABOUT THIS TIME I FOUND

14 OUT ABOUT YOUR INVESTIGATION AND DECIDED TO DEAL WITH THE PROBLEM, SINCE

15 NO ONE COULD DIAGNOSE THE ISSUE IN THE SHOP....HOPING YOUR INVESTIGATION
   WOULD PROVIDE A FIX. ON JANUARY 15TH, 2008 I EXPERIENCED AN ENCOUNTER

16 WHERE THE SHAKE OCCURRED AND HIT BLACK ICE, RESULTING IN LOSS OF CONTROL,
   SPINNING AND LANDING IN A DITCH, CAUSING BODY DAMAGE. THE ONLY WAY TO

17 STOP THE SHAKING IS TO ALMOST COMPLETELY STOP OR OVER CORRECT THE
   STEERING (IF THERE IS ROOM TO DO IT). SINCE THERE WAS NO OTHER VEHICLE

18 INVOLVED THE STATE TROOPER DIDN'T MAKE A REPORT OF THE INCIDENT. THE

19 PROBLEM STILL HAS NOT BEEN CORRECTED. *TR

20 **1 Affected Product**

21

22 January 6, 2014 **NHTSA ID NUMBER: 10558662**
   **Components: STEERING, SUSPENSION**

23 **NHTSA ID Number:** 10558662

24 **Incident Date** August 20, 2012
   **Consumer Location** PLACERVILLE, CA

25 **Vehicle Identification Number** 1FTWW33P36E****
   **Summary of Complaint**

26 **CRASH**Yes

27 **FIRE**No
   **INJURIES**0

28 **DEATHS**0

-16-

I WAS IN OAKLAND CALIFORNIA I880 NORTH NUMBER FOUR LANE PULLING MY CAR
TRAILER WITH A LOAD WHEN THE "DEATH WOBBLE" OCCURRED, BEFORE I COULD
GRAB THE TRAILER BRAKES TO SLOW THE VEHICLE, THE RIG STARTED A WHIP AND
THE TRAILER STRUCK THE "K" RAIL. I SLOWED TO ABOUT 10MPH BEFORE THE SHIMMY
STOPPED. THE FENDER ON THE RIGHT SIDE OF THE TRAILER WAS DESTROYED AND
BLEW BOTH TIRES ON THE TANDEM AXLE TRAILER. LUCKILY NO ONE ELSE WAS
INVOLVED AND NO ONE WAS HURT. THIS TRUCK NOW IS ON IT'S THIRD SET OF THE
FACTORY B.F. GOODRICH RUGGED TRAIL T/A RADIALS ON THE FRONT. I HAVE HAD
THIS VEHICLE ALIGNED WITH EACH TIRE CHANGE AND HAVE EXPERIMENTED WITH
TIRE PRESSURES, IT DOES NOT MATTER, AFTER ABOUT TEN THOUSAND MILES ON A
SET OF TIRES IT SHIMMIES AGAIN. I HAVE RESORTED TO THE SAFETY AND
RELIABILITY OF MY 30 YEAR OLD CHEVY HALF TON AND OVERLOADING IT BY UP TO
50% OUT OF FEAR FOR THIS TRUCK. BECAUSE OF SHEAR NUMBERS INVOLVED,
NOTHING WILL EVER BE DONE BY THE NHTSA ABOUT THIS VEHICLE TYPE'S DEFECTS.
*TR

**1 Affected Product**

July 1, 2014 **NHTSA ID NUMBER: 10607347**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10607347
**Incident Date June 10, 2014**
**Consumer Location** NEW BRAUNFELS, TX
**Vehicle Identification Number** 1FTSW21R38E****
**Summary of Complaint**
**CRASH**Yes
**FIRE**No
**INJURIES**0
**DEATHS**0
ON MY DAILY COMMUTE TO WORK I EXPERIENCED WHAT I HAVE LATER RESEARCHED
TO FIND OUT IS CALLED THE "DEATH WOBBLE". THE FIRST OCCURRENCE HAPPENED
WHILE MAINTAINING A SPEED OF APPROXIMATELY 55 MPH WHICH WAS THE
SUGGESTED ROAD SPEED LIMIT, AFTER RIDING OVER A SMALL BUMP IN THE ROAD MY
FRONT LEFT END INITIATED INTO A VIOLENT SHAKING SENSATION THAT FELT AS
THOUGH I HAD JUST BLOWN A TIRE. AFTER REDUCING MY SPEED ABRUPTLY AND
NEARLY BEING REAR ENDED THE FRONT END REGAINED ITS CONTROL AND I
CONTINUED AND ARRIVED SAFELY TO WORK AFTER REDUCING MY SPEED TO 45 MPH. I
LOOKED IN THE WHEEL HUB AND UNDERNEATH BUT DID NOT SEE ANYTHING OUT OF
THE ORDINARY FROM PLANE SIGHT. I EXPERIENCED THE VIOLENT SHAKING ON
MULTIPLE OCCASIONS, DIFFERENT LOCATIONS AND FOUND MYSELF EXPERIENCING IT
MORE AND MORE AT LOWER SPEEDS AND ON SMALLER ROAD BUMPS/POT HOLES.
AFTER DAY 2 I SCHEDULED AN APPOINTMENT FOR 6/30/14 WITH FORD SERVICE TO
HAVE THE REPAIR & DIAGNOSES. THE NEXT DAY 6/27/14 WE HAD TO EVACUATE OUR
JOB SITE IN LOUISIANA DUE TO EXTREME WEATHER CONDITIONS AND POSSIBLE
TORNADOS, ON MY COMMUTE HOME, THE SO CALLED DEATH WOBBLE OCCURRED
AGAIN AND THIS TIME RESULTED IN LOOSING CONTROL AND CRASHING INTO A

Class Action Complaint
Case No.

SMALL TREE BECAUSE OF THE VIOLENT SHAKING AND NECESSARY BRAKING TO REGAIN CONTROL. I WAS ABLE TO ESCAPE WITH MINOR DAMAGES TO MY FRONT BUMPER. FORD IS HAVING TO REPLACE MY BALL JOINTS, BEARINGS AND TIE BAR THAT WILL COST WELL OVER $600 IN REPAIRS EXCLUDING A NEW FRONT BUMPER THAT I CANNOT AFFORD TO FIX. I'M AFRAID THIS COULD RESULT IN A SERIOUS INJURY/FATALITY IF NOT RECALLED AND FIXED. HAD I GONE INTO INCOMING TRAFFIC IT COULD HAVE BEEN MY LIFE OR THEIRS AND I WOULD THINK FORD WOULD BE FULLY RESPONSIBLE. THERE ARE HUNDREDS OF SIMILAR CASES FROM OLDER MODELS AND EVEN NEWER UP TO 2013, MINE IS A F-250 2008. HTTP://WWW.TOPIX.COM/FORUM/AUTOS/FORD-F-250-SUPER-DUTY/TOHP1M75VBFBFT9IL/P5. *TR

**1 Affected Product**

August 28, 2013 **NHTSA ID NUMBER: 10537757**
**Components: SUSPENSION**
**NHTSA ID Number:** 10537757
**Incident Date** March 2, 2010
**Consumer Location** LUFKIN, TX
**Vehicle Identification Number** 1FT7W2B67BE****
**Summary of Complaint**
**CRASH**Yes
**FIRE**No
**INJURIES**1
**DEATHS**0
2011 F -250 SD4X4 HAD 08 KING RANCH NEVER A PROB IN 87K MILES.THE 11 IS DANGEROUS!!!!!!!!! THIS TRUCK WILL BE DOING FINE ON THE ROAD, HIT A BUMP OR ROUGH SPOT IN THE ROAD AND TRUCK GOES INTO (DEATH WOBBLE MODE ) THE WHOLE TRUCK STARTS BOUNCING AND SHAKING AND VILOENTLY WOBBLING. HAVE HAD IT BACK TO FORD STORE 4 TIMES. THEY REPLACED STEERING STABLIZER SHOCKS AND BALL JOINTS AT MY EXPENSE DUH!!! FIRST 3 TIMES THEY COULDNT FIND ANYTHING WRONG.IT KEPT DOIN IT . I TOOK IT BACK AND THEY DID THE REPAIRS I STATED. WELL I THOUGHT IT WAS FIXED ...WRONG, 22 MILES AFTER REPAIR IT DID IT AGAIN IN A CURVE,, I COULDNT CONTROL THE WOBBLE AND ENDED UP GOIN THRU A FENCE INTO A FIELD..HAVE TERRIBLE CUT ON LEGS AND FACE....FILED LAWSUIT YESTERDAY..WILL KEEP YOU POSTED...FORD HAS A MAJOR ENGINEERING PROB. THEY CONTINUE TO IGNORE,,,I INTEND TO GET THEIR ATTN,,,,,JC *TT

**1 Affected Product**

January 18, 2019 **NHTSA ID NUMBER: 11170696**
**Components: STEERING, WHEELS**
**NHTSA ID Number:** 11170696
**Incident Date** January 14, 2019
**Consumer Location** BURLINGTON, WV
**Vehicle Identification Number** 1FT8W3DT4HE****

-18-

Class Action Complaint
Case No.

**Summary of Complaint**
**CRASH** Yes
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TRUCK SHAKING, WAS TOLD TIRE INFLATION WAS NOT BEING MAINTAINED. ALL VALVE STEMS LEAKING SINCE DAY I BOUGHT IT. ONE TIRE HAD FIX A FLAT IN IT WHEN I BOUGHT IT. IT TOOK FORD 6 MONTHS TO REPLACE VALVE STEMS CORRECTLY. AFTER THIS TRUCK STILL SHAKES ON ANY ROUGH ROAD, IF HIT ANY REAL RUFF TRUCK VIOLENT SHAKE HAVE TO STOP TO GET IT TO STOP. NOW SINCE TIRE PRESSURE CAN BE MAINTAINED SINCE VALOVE STEMS FIXED. THEY TELL ME FRONT TIRES NEED REPLACED FROM NOT MAINTAINING TIRE PRESSURES. THAT IS WHY TRUCK SHAKES. THE TRUCK HAS SHAKENOUGH SINCE THE FIRST MONTH I OWNED IT IT MARCH 2018, THIS HAS CAUSED FRONT TIRES TO WERE ON BOTH OUTSIDE EDGES. THE TRUCK SHAKES SO BAD, I HAVE RAN OFF 7 TIMES, RAN TWO OTHER CARS OFF ROAD, AND PULLED OVER FOR SUSPECTED DUI TOLD OFFICER WHAT HAPPENED AND IF I DIDN'T GET IT FIXED HE WRITE ME TICKET DEFECTIVE EQUIPMENT AND DEEM VEHICLE UNSAFE TO OPERATE. ALWAYS IN MOTION, ANY SPEED, ANY RUFF ROAD, EVEN GOING ACROSS BRIGGS ANYTHING THAT IS NOT PERFECT SMOOTH ROAD
**1 Affected Product**

### 2.    NHTSA Consumer Complaints of Death Wobble Causing Loss of Control of Vehicle

34.    The following are the consumer complaints submitted to NHTSA where the Death Wobble defect caused the driver to lose control of the vehicle:

February 11, 2009 **NHTSA ID NUMBER: 10258400**
**Components: SUSPENSION**
**NHTSA ID Number:** 10258400
**Incident Date** February 10, 2009
**Consumer Location** Unknown
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
WHILE TRAVELING AT ABOUT 60 MPH I LOST CONTROL OF MY TRUCK DUE TO VIOLENT SHAKING OF THE FRONT END. I HAD TO PULL OVER AND LET SPEED DECREASE TO 20 MPH TO REGAIN CONTROL. THIS HAPPENED TWICE IN A 2 MILE PERIOD. I THEN DROVE ON SHOULDER OF THE ROAD AT 20 MPH TO GET HOME. THIS HAS BEEN A CONSISTENT PROBLEM SINCE I BOUGHT THE TRUCK NEW IN 2005 BUT IT HAS NEVER BEEN THIS BAD. I ORIGINALLY THOUGHT IT WAS BECAUSE IT WAS A 4 WHEEL DRIVE. I AM NOW NOT WILLING TO DIVE AT HIGH SPEEDS. THIS IS A SUPER DANGEROUS PROBLEM!!! *TR
**1 Affected Product**

Class Action Complaint
Case No.

April 4, 2009 **NHTSA ID NUMBER: 10264111**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10264111
**Incident Date** April 1, 2009
**Consumer Location** PUYALLUP, WA
**Vehicle Identification Number** 1FTSW21P05E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
DRIVING AT SPEED. 2005 FORD F-250 VIOLENT FRONT END DEATH WOBBLE, DEALER
SAID IT NEEDED ALIGNMENT, THEN SAID IT WAS MY TIRES,WITH NEW TIRES IT STILL
DID IT. DEALER SAID THAT IT WAS OKAY. NOTHING WRONG. UNTIL YESTERDAY WHILE
DRIVING TO INTER FREEWAY,AT 45MPH SLIGHT ROUGH ROAD SENT MY FORD TRUCK
INTO VIOLENT DEATH WOBBLE ALMOST CAUSED AN ACCIDENT, BY HITTING
CONCRETE BARRIER. LOST TOTAL CONTROL OF MY TRUCK. I'VE CONTACTED LEGAL
COUNSEL TO SEE WHAT MY OPTIONS WILL BE, ALSO INFORMED TO MAKE CONTACT
WITH DEALER SHIP TO SEE WHAT THEY INTEND TO DO. I HAVE EXTENDED WARRANTY
ON MY TRUCK. DOES THIS FALL UNDER WARRANTY? OR LAW SUIT? *TR
**1 Affected Product**

January 19, 2010 **NHTSA ID NUMBER: 10300354**
**Components: SUSPENSION**
**NHTSA ID Number:** 10300354
**Incident Date** January 19, 2010
**Consumer Location** PLANT CITY, FL
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES1**
**DEATHS0**
2005 FORD F250 SUPER DUTY 4X4. VIOLENT SHAKING AFTER HITTING A SMALL
DEFORMED PART OF THE ROAD, SLOW VEHICLE TO 10 MPH TO STOP THE SHAKING.
HAVE LOST CONTROL OF THE VEHICLE 2 TIMES IN THE LAST WEEK. I HAVE TAKEN IT
TO THE SHOP AND NO ONE COULD FIND ANYTHING WRONG WITH THE VEHICLE. *TR
**1 Affected Product**

June 27, 2008 **NHTSA ID NUMBER: 10232498**
**Components: STEERING**
**NHTSA ID Number:** 10232498

Class Action Complaint
Case No.

**Incident Date July 15, 2007**
**Consumer Location** ATLANTIC BEACH, FL
**Vehicle Identification Number** 1FTSW21575E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL*THE CONTACT OWNS A 2005 FORD F-250 SUPERDUTY. WHILE DRIVING APPROXIMATELY 70 MPH OVER A BUMP, THE STEERING WHEEL BEGAN TO VIBRATE AND SHAKE. THE CONTACT LOST PARTIAL CONTROL OF THE STEERING AND THE VEHICLE SWAYED TO THE SHOULDER OF THE HIGHWAY. THERE WERE NO WARNINGS PRIOR TO THE FAILURE. THE VEHICLE WAS NOT TAKEN TO A MECHANIC FOR THIS FAILURE AND WAS ABLE TO BE DRIVEN. THE FAILURE OCCURRED TWO ADDITIONAL TIMES. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC AND THEY PERFORMED A SAFETY INSPECTION. THE TECHNICIAN STATED THAT THERE WERE NO MALFUNCTIONS WITH THE VEHICLE. THE FAILURE MILEAGE WAS 42,000 AND CURRENT MILEAGE WAS 51,000. UPDATED 07/29/08 *BF  UPDATED 07/29/08
1 Affected Product
1 Associated Document

June 13, 2009 **NHTSA ID NUMBER: 10273718**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10273718
**Incident Date June 13, 2009**
**Consumer Location** WEST PITTSTON, PA
**Vehicle Identification Number** 1FTNF21535E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I EXPERIENCED A SEVERE AND VIOLENT SHAKING OF THE FRONT END OF MY 2005 FORD F-250 TRUCK WHILE TRAVELING 60 MPH OVER A SLIGHT ROUGH PATCH ON A HIGHWAY. I LOST CONTROL OF MY VEHICLE AND WAS FORCED TO SWERVE OFF THE HIGHWAY. I WAS ALMOST HIT BY THE VEHICLE DIRECTLY BEHIND ME.   THIS IS THE THIRD TIME I HAVE LOST CONTROL OF THE TRUCK BECAUSE OF THIS VIOLENT SHAKING IN THE LAST MONTH. I HAVE HAD THE TRUCK TO A LOCAL INSPECTION STATION AND THEY REPLACED THE STEERING STABILIZER AND DID AN ALIGNMENT. THIS DID NOT HELP. I HAVE CALLED THE FORD DEALER I PURCHASED THE TRUCK FROM AND THEY SAID THEY NEVER HEARD OF ANYONE HAVING THIS PROBLEM WITH ANY FORD TRUCK. OBVIOUSLY, THEY ARE AWARE OF THE PROBLEM. I ONLY HOPE THERE IS A RECALL BEFORE TOO MANY PEOPLE DIE. *TR
1 Affected Product

-21-

Class Action Complaint
Case No.

August 21, 2008 **NHTSA ID NUMBER: 10239123**
**Components: SUSPENSION**
**NHTSA ID Number:** 10239123
**Incident Date** February 11, 2005
**Consumer Location** PALMDALE, CA
**Vehicle Identification Number** 1FTWW33P05E****
**Summary of Complaint**
**CRASHYes**
**FIRENo**
**INJURIES0**
**DEATHS0**
TO BRUCE YORK AND RICHARD BOYD  I AM SO THANKFUL SOMEONE IS DOING
SOMETHING ABOUT THIS PROBLEM. I KNOW FOR A FACT THIS SITUATION WITH THIS
STEERING PROBLEM FAR EXCEEDS ANYTHING FORD IS WILLING TO ADMIT.  MY CASE;
I HAVE OWNED MY 2005 FORD F-350 KING RANCH 4X4, VIN #, SENSE FEBRUARY 11, 2005.
THIS TRUCK HAS EARNED ITS TWO NICKNAMES, RHUBARB EXPRESS AND #!*% PIECE
OF #@^%$. THIS TRUCK HAS BEEN NOTHING BUT A NIGHTMARE FOR OUR FAMILY. MY
WIFE AND I CAN'T BEGIN TO COUNT HOW MANY TIMES THIS TRUCK HAS GONE OUT OF
CONTROL AND LEFT US IN THE DITCH. WE HAVE LOST CONTROL OF THIS TRUCK
NEARLY EVERY TIME EITHER ONE OF US HAS DRIVEN IT.  TYPICAL SITUATION, WE ARE
DRIVING ALONG THE FREEWAY AT A SAFE SPEED. WE MIGHT FEEL A LITTLE BUMP ON
THE ROAD THEN THE STEERING WHEEL STARTS TO SHIMMY THEN BEGINS TO PULL
FROM YOUR HANDS IN A HARD SHIMMY. FROM THE TIME YOU HIT THE BUMP TO THE
TIME THE TRUCK IS RIPPING YOUR HANDS FROM THE STEERING WHEEL IS LESS THE 2
SECONDS. THE OSCILLATIONS ARE MORE THE 90 DEGREES FROM SIDE TO SIDE ON THE
STEERING WHEEL. THESE OSCILLATIONS WILL CONTINUE FROM YOUR ORIGINAL
DRIVING SPEED UNTIL THE TRUCK IS BROUGHT TO A COMPLETE STOP. THIS USUALLY
MEANS DRIVING OFF THE SIDE OF THE FREEWAY OR ROAD ONTO THE SHOULDER. ON
MANY OCCASIONS THERE IS NO SHOULDER AND WE HAVE STOPPED IN THE ROAD. ON
OTHER OCCASIONS WE HAVE HAD TO STOP IN THE MIDDLE OF THE FREEWAY AS
THERE WERE SEMI TRUCKS IN THE SLOW LANE. I MEAN 65 TO 0 MILES AN HOUR IN THE
MIDDLE OF A LOS ANGELES FREEWAY! WE ALSO HAVE COUNTLESS MEMORIES OF
SLIDING TO A STOP IN THE RHUBARB, DUST FLYING, OFF THE EDGE OF THE FREEWAY.
ALL WHILE CALLING FORD AND BEGGING THEM TO FIX IT!  WE HAD THIS TRUCK IN
THE DEALER MANY TIMES TO HAVE IT REPAIRED. *TR
**1 Affected Product**

June 22, 2009 **NHTSA ID NUMBER: 10274673**
**Components: SUSPENSION**
**NHTSA ID Number:** 10274673
**Incident Date June 20, 2009**
**Consumer Location** FAYETTEVILLE, GA
**Vehicle Identification Number** 1FTWW33P75E****
**Summary of Complaint**

Class Action Complaint
Case No.

**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I OWN A 2005 FORD F-350 4X4 6.0 DIESEL. IT HAS 63,000 MILES ON IT. ON MANY OCCASIONS THE STEERING WHEEL HAS SHIMMIED OR OSCILLATED VIOLENTLY TO THE POINT I ALMOST LOST CONTROL OF THE TRUCK. THIS IS VERY DANGEROUS. WHEN THE FRONT WHEELS HIT A BUMP OR POTHOLE, WITH A VERY SMALL AMOUNT OF TURNING THE VEHICLE TO THE LEFT OR RIGHT SUCH AS GOING AROUND A CURVE, THE FRONT WHEELS HAVE STARTED TO VIOLENTLY SHIMMY OR OSCILLATE CAUSING THE STEERING WHEEL TO VIOLENTLY SHIMMY BACK AND FORTH. THIS USUALLY OCCURS AT SPEEDS ABOVE 40 MPH. FOUR TIMES I HAVE ALMOST LOST CONTROL OF THE TRUCK. ONCE THE TRUCK TURNED LEFT INTO AN ONCOMING LANE BUT FORTUNATELY THERE WHERE NO ONCOMING VEHICLES AT THAT MOMENT. I HAD TO SLOW DOWN TO ABOUT 25-30 MPH AND MOVE TO THE SHOULDER OF THE ROAD TO GAIN CONTROL OF THE VEHICLE.   THIS IS A SERIOUS PROBLEM WITH THIS VEHICLE ESPECIALLY IN HEAVY TRAFFIC OR ON TWO LANE MOUNTAIN ROADS.   I ORIGINALLY COMPLAINED ABOUT THIS AFTER I PURCHASED THE VEHICLE IN FEBRUARY 2005, AND WAS TOLD THE TRUCK WAS WITHIN SPECS AND THERE WAS NOTHING TO BE DONE. I REQUEST THE NHTSA LOOK INTO THIS. I HAVE DISCUSSED THIS WITH OTHER OWNERS AND THEY TOO HAVE HAD SIMILAR LOSS OF CONTROL PROBLEMS FROM STEERING WHEEL SHIMMY OR OSCILLATION. I BELIEVE THERE ARE OTHER TRUCKS THAT HAVE THE SAME PROBLEM. *TR
**1 Affected Product**

February 8, 2016 **NHTSA ID NUMBER: 10824888**
**Components: STEERING, SUSPENSION, UNKNOWN OR OTHER**
**NHTSA ID Number:** 10824888
**Incident Date** November 25, 2015
**Consumer Location** SANDY, OR
**Vehicle Identification Number** 1FTWW31P85E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I WAS DRIVING ON A TWO LANE BACK ROAD AROUND 45 TO 50 MPH, AND MY TRUCK STARTED VIOLENTLY SHAKING AND I LOST ALL CONTROL OF STEERING. I WENT INTO THE ONCOMING LANE, LUCKILY NO ONE WAS COMING, AND HAD TO HIT MY BRAKES HARD TO GET THE SHAKING TO STOP. IT HAS ALSO HAPPENED WHILE DRIVING AT SPEEDS OF 35-40 ON A CITY STREET AND 60 MPH ON A HIGHWAY. THIS IS KNOWN AS DEATH WOBBLE. THE WOBBLE WAS SO BAD THAT IT LOOSENED THE TRACK BAR AND THE BOLT HOLDING THE POWER STEERING HARD LINE. I LOST ALL POWER STEERING FLUID WITHIN SECONDS. I HAVE RESEARCHED IT, TRIED REPLACING SEVERAL PARTS, LIKE TIE-RODS, AND IT HAS LESSENED A LITTLE BIT, BUT IF I HIT A BUMPY ROAD OR

-23-

EVEN JUST A PATCH OF NEW PAVEMENT, IT STARTS SHAKING. I HAVE READ A LOT OF OTHER FORD OWNERS ARE EXPERIENCING THIS SAME ISSUE WITH THEIR TRUCKS.
**1 Affected Product**

January 5, 2007 **NHTSA ID NUMBER: 10177891**
**Components: STEERING**
**NHTSA ID Number:** 10177891
**Incident Date** January 4, 2007
**Consumer Location** GLEN BURNIE, MD
**Vehicle Identification Number** 1FTWW33P15E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* - WHEN CONTACTWAS DRIVING AND GOING OVER A SERIES OF SMALL BUMPS LOST CONTROL OF THE STEERING WHEEL WHICH WENT FROM RIGHT TO LEFT QUICKLY TO THE POINT OF BEING ALMOST UNCONTROLLABLE. IN ORDER FOR CONTACT TO GET CONTROL OF THE STEERING WHEEL SHE HAD TO SLOW THE VEHICLE DOWN TO A SPEED OF 5 MPH OR COME TO A COMPLETE STOP. THE CONTACT TOOK THE VEHICLE TO THE DEALERSHIP ,AND THEY STATED THAT THEY NOTICED THE SAME INCIDENT AS WELL ON A TEST DRIVE OF THE VEHICLE, BUT THEY COULD NOT DO ANYTHING ABOUT THE INCIDENT BECAUSE THE MANUFACTURER HASN'T GIVING THE DEALERSHIP ANY ADVISE ON HOW TO FIX THE FAILURE.*AK
**1 Affected Product**

January 23, 2008 **NHTSA ID NUMBER: 10215739**
**Components: STEERING, ELECTRICAL SYSTEM**
**NHTSA ID Number:** 10215739
**Incident Date** January 17, 2008
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTWX31525E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2005 FORD F-350 SD. WHILE DRIVING 65 MPH, THE CONTACT LOST CONTROL OF THE STEERING AND THE VEHICLE SWERVED ALL OVER THE ROAD. WHEN DRIVING OVER ROUGH PAVEMENT, A BRIDGE EXPANSION, OR A SLIGHT BUMP, THE STEERING WORSENS. HE HAS TAKEN THE VEHICLE TO THE DEALER FOUR TIMES AND WAS INFORMED THAT THE TIRES NEEDED TO BE ROTATED, THE BUSHING NEEDED TO BE CHANGED, AND THE TIRE PRESSURE WAS INCORRECT. THE PURCHASE DATE

-24-

WAS UNKNOWN. THE CURRENT MILEAGE WAS 36,674 AND FAILURE MILEAGE WAS 10,000.  THE ENGINE LIGHT ILLUMINATED. UPDATED 02-12-08 *BF

1 Affected Product

1 Associated Document

---

September 5, 2008 **NHTSA ID NUMBER: 10241025**

**Components: STEERING**

**NHTSA ID Number:** 10241025

**Incident Date** April 19, 2008

**Consumer Location** ALGONQUIN, IL

**Vehicle Identification Number** 1FTWW31PX5E****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL*THE CONTACT OWNS A 2005 FORD F-350 SUPERDUTY. THE CONTACT STATED THAT THE STEERING WHEEL SHOOK SO VIOLENTLY THAT HE LOST CONTROL. WHILE DRIVING 65 MPH, HE WAS INCAPABLE OF CONTROLLING THE STEERING. IT WOULD MOVE FROM LEFT TO RIGHT AND HE UNSUCCESSFULLY COMPENSATED FOR THE FAILURE. THE VEHICLE WAS TAKEN TO THE DEALER TWICE, BUT THEY COULD NOT DUPLICATE THE FAILURE. THE DEALER STATED THAT NOTHING WAS WRONG WITH THE VEHICLE. THE MANUFACTURER HAS NOT BEEN NOTIFIED. THE CURRENT MILEAGE WAS APPROXIMATELY 95,000 AND FAILURE MILEAGE WAS APPROXIMATELY 93,000.

1 Affected Product

---

July 28, 2011 **NHTSA ID NUMBER: 10415452**

**Components: STEERING**

**NHTSA ID Number:** 10415452

**Incident Date** July 2, 2011

**Consumer Location** LOS GATOS, CA

**Vehicle Identification Number** 1FTWW31P25E****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

ON JULY 2, 2011, I WAS DRIVING MY 2005 F350 4X4 FORD TRUCK AT APPROXIMATELY 60 MPH ON A DOWNHILL GRADE AND HIT A POTHOLE IN THE ROAD. THE TRUCK STARTED SHAKING SO VIOLENTLY THAT I LOST CONTROL AND DRIFTED INTO THE ONCOMING TRAFFIC LANE FOR SEVERAL SECONDS WITHOUT BEING ABLE TO CONTROL THE VEHICLE. FORTUNATELY IT WAS LATE AT NIGHT AND NO OTHER VEHICLES WERE APPROACHING. THE STEERING WHEEL SHOOK SO VIOLENTLY THAT IT BLURRED MY VISION WHILE TRYING TO HOLD ON AND REGAIN CONTROL. THE SHAKING LASTED 10-

Class Action Complaint

Case No.

15 SECONDS AND ONLY STOPPED AFTER I WAS ABLE TO SLOW THE VEHICLE BELOW 40 MPH. I HAD MY WIFE AND TWO SONS IN THE VEHICLE WITH ME. THIS INCIDENT MAY HAVE CAUSED A CRASH IF THERE WAS ONCOMING TRAFFIC OR IF IT HAD OCCURRED ON A BEND IN THE ROAD. THIS INCIDENT WAS THE MOST VIOLENT EXPERIENCED TO DATE, BUT I HAVE EXPERIENCED THIS VIOLENT SHAKING ON 3 OTHER OCCASIONS AFTER HITTING A BUMP IN THE ROAD. I HAD MY TRUCK CAMPER ON THE VEHICLE AND IT SHOOK THE CAMPER SO VIOLENTLY IN THE BED THAT THE TAILGATE DOES NOT FIT PROPERLY ANYMORE DUE TO WHAT APPEARS TO BE A FLARING OF THE TRUCK BED. I FIRMLY BELIEVE MY ENTIRE FAMILY WAS IN MORTAL DANGER WITH THIS EVENT AND I AM HESITANT TO DRIVE THE VEHICLE. FORD NEEDS TO RECALL AND FIX THIS VERY DANGEROUS DEFECT IN THEIR TRUCKS. *TR

**1 Affected Product**

---

November 15, 2008 **NHTSA ID NUMBER: 10248890**
**Components: SUSPENSION, EQUIPMENT**
**NHTSA ID Number:** 10248890
**Incident Date** July 4, 2005
**Consumer Location** EL CAJON, CA
**Vehicle Identification Number** 1FTWW33P45E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
ON JULY 4, 2005, I PURCHASED A 2005 FORD F350 SUPER DUTY LARIAT WITH LONG BED AND DUAL WHEELS AND 4WD AT EL CAJON FORD. FROM THE BEGINNING, THE TRUCK EXPERIENCED SEVERE FRONT-END VIBRATION WHEN I REACHED ABOUT 60 MPH. IT CONTINUED UNTIL I GOT TO ABOUT 80 MPH. I COMPLAINED ABOUT THIS PROBLEM FROM THE FIRST VISIT FOR SERVICE AT DOWNEY FORD. AFTER A FEW VISITS FOR DIAGNOSTICS, DOWNEY FORD INSTALLED A "DAMPENER" ON THE FRONT END. IT MADE THE PROBLEM BETTER, BUT IT DID NOT COMPLETELY CURE THE DEFECT. I EVENTUALLY BOUGHT A LANCE CAMPER, WHICH WAS ON THE TRUCK FOR OVER A YEAR. WHILE THE TRUCK HAD THE 3000 LB CAMPER ON IT, THE VIBRATION WENT AWAY ON THE STRAIGHTAWAY, BUT WAS HORRIBLY DANGEROUS ON THE CURVES. FOR EXAMPLE, ONE SUCH CURVE IS THE 605 SB TO THE 405 SB IN LONG BEACH. I ALMOST LOST CONTROL OF THE VEHICLE/CAMPER ON THIS CURVE UNLESS I ALMOST STOPPED.  I REMOVED THE CAMPER ABOUT A YEAR AGO AND THE PROBLEM WITH THE TRUCK IS WORSE. IT NOW WILL VIBRATE UNCONTROLLABLY AT 40-50 MPH.   I REPORTED THIS VIBRATION PROBLEM EVERY TIME I WENT TO THE DEALER FOR SERVICE. THEY ALWAYS SAID THEY DID ALL THEY COULD WITH THE DAMPENER.  I TOOK THE TRUCK TO EL CAJON FORD ABOUT 3-4 WEEKS AGO. NOW THAT IT IS OUT OF WARRANTY, FORD NOW SAYS IT CAN FIX THE PROBLEM, BUT IT HAS DAMAGE THE FRONT STEERING MECHANISM. THE SERVICE WRITER SAID IN A VOICE MAIL THAT DOWNEY PUT ON A DAMPER THAT WAS TOO SMALL FOR MY TRUCK.

Class Action Complaint
Case No.

I DEMANDED THEY FIX IT FREE AND THEY REFUSE. I WANT MY TRUCK FIXED. THIS IS A DESIGN DEFECT, SINCE IT HAS EXISTED FROM DAY 1. I HAVE READ ON SEVERAL WEBSITES THAT THIS IS A COMMON PROBLEM THAT EXISTED WELL BEFORE 2005, BUT FORD HAS IGNORED THE SAFETY ISSUES.   A HIGH PROBABILITY OF AN ACCIDENT EXISTS WHEN YOUR TRUCK IS VIBRATING AND BOUNCING ACROSS LANES AND YOU CANNOT STEP ON THE BRAKE OR MAKE IT WORSE!  THANK YOU,  ANNETTE GILLIAM *TR

**2 Affected Products**

September 4, 2016 **NHTSA ID NUMBER: 10903511**
**Components: STEERING, WHEELS, SUSPENSION**
**NHTSA ID Number:** 10903511
**Incident Date July 14, 2015**
**Consumer Location** CHESTER, NH
**Vehicle Identification Number** 1FTWW31595E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
DEATH WOBBLE. 1ST TIME IT HAPPENED WAS ENTERING THE HIGHWAY OFF THE RAMP AND ACCELERATING TO MERGE INTO TRAFFIC AND GOING OVER THE OVERPASS THE BRIDGES IN MASS. ARE A MESS, ANY WAY, WHEN I DROVE THOSE SERIES OF BUMPS AT ABOUT 60-65 MPH IN A TRUCK IT GETS BUMPY ANYWAY BUT ALL OF A SUDDEN THE STEERING WHEEL, AND THE TRUCK STARTED VIOLENTLY SHAKING OUT OF CONTROL SO BAD I LOST COMPLETE VISION IT WAS SHAKING SO BAD WITH NO CAPABILITY OF STEERING THE TRUCK..INSTINCTIVELY I APPLIED THE BRAKES NOT EVEN CHECKING TO SEE WHAT WAS BEHIND ME AS IT WAS SHAKING SO BAD, YOU CANT TURN AROUND, YOU CAN NOT SEE OUT THE MIRRORS. AS I STATED YOU KIND OF LOSE VISION AND EVERYTHING GOES BLURRY BECAUSE YOUR SHAKING IN THE VEHICLE SO BAD. A QUICK GOOGLE AND YOU FIND THIS HAPPENS TO MANY MANY OWNERS OF THIS VERY THE SAME TRUCK. IN FACT FORD SENT ME A LETTER STATING THEY KNEW ABOUT IT AND TO MAKE SURE WE HAVE THE CORRECT AIR PRESSURE. I USE A $50 AIR PRESSURE GAUGE, THE AIR PRESSURES NOT THE PROBLEM.  IT WAS STILL HAPPENING ANYTIME YOU GO OVER BIG BUMPS OR A SERIES OF SMALLER BUMPS WILL SET IT OFF WHILE DRIVING ON THE HIGHWAY OR OVER 60 MPH. IT DOESN'T HAPPEN TO US AT SLOWER SPEEDS. THIS IS AN EXTREMELY DANGEROUS DEFECT.

**1 Affected Product**

July 24, 2008 **NHTSA ID NUMBER: 10235638**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10235638
**Incident Date June 18, 2008**
**Consumer Location** BLOWING ROCK, NC

-27-

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FTSX21586E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A 2006 F-250 FORD TRUCK. WHILE DRIVING ON THE INTERSTATE THE FRONT END OF THE TRUCK STARTED VIOLENTLY SHAKING. I ALMOST LOST CONTROL AND COULD HAVE BEEN KILLED. THIS HAPPENED YET AGAIN THE VERY SAME DAY. I TOOK MY FORD TRUCK TO THE FORD DEALERSHIP IN BOONE AND WAS TOLD THERE WAS NOTHING WRONG WITH MY TRUCK. THEY CLAIMED IT WAS PROBABLY DUE TO LOW AIR PRESSURE IN THE TIRES. AFTER RESEARCHING THIS PROBLEM ON MY OWN I DISCOVERED THAT THIS IS QUITE A COMMON PROBLEM AND MANY MANY FORD TRUCK OWNERS ARE CURIOUS AS TO WHY NOTHING HAS BEEN DONE. AFTER CLEARLY TELLING THE FORD DEALERSHIP THAT I WILL NOT ACCEPT MY TRUCK BACK UNTIL IT HAS BEEN FIXED, THEY REVEAL THAT THEY DO HAVE A SERVICE BULLETIN ABOUT THIS PROBLEM AND REVEAL TO ME THAT FORD TOLD THEM TO CHANGE THE AIR PRESSURE IN THESE TRUCKS. THIS DOES NOT CORRECT THIS DANGEROUS AND POTENTIALLY LIFE THREATENING PROBLEM! THESE TRUCKS NEED TO BE RECALLED AND HAVE THEIR STEERING DAMPNERS REPLACED! AFTER FIVE DAYS OF ARGUING WITH THE FORD DEALERSHIP I HAVE YET TO GET MY TRUCK BACK. I DEMANDED A LETTER STATING THAT MY FORD TRUCK WOULD BE SAFE AND THAT THEY WOULD BE LIABLE IN THE EVENT OF MY DEATH DUE TO THIS PROBLEM THAT NO ONE WILL TAKE CARE OF! I HAVE YET TO RECEIVE THEIR ANSWER. *TR
**1 Affected Product**

August 22, 2008 **NHTSA ID NUMBER: 10239261**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10239261
**Incident Date** May 15, 2008
**Consumer Location** CARY, NC
**Vehicle Identification Number** 1FTSW21P66E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
VIOLENT SHAKING IN FRONT SUSPENSION AND WHEELS AFTER HITTING ROUGH PAVEMENT AT APPROX 65 MPH. TRUCK ALWAYS HAS EXCESSIVE WHEEL HOP BUT EXTREME SHAKING HAS OCCURRED 5 TIMES IN 66K MILES. FORD TECHNICAL BULLETIN USELESS FOR RESOLVING PROBLEM. DEALER SUGGESTED CHECK TIRE INFLATION, TOW SETTINGS, AND STEERING COMPONENTS. NO RESULTS. THIS IS A DEATH TRAP. IT SHOOK TWO DRINKS OUT OF THE CUPHOLDER. LOST STEERING ABILITY, CROSSED LANES AND STOPPED SHAKING ONLY AFTER COMING TO A COMPLETE STOP. *TR

Class Action Complaint
Case No.

**1 Affected Product**

September 3, 2010 **NHTSA ID NUMBER: 10353642**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10353642
**Incident Date** September 2, 2010
**Consumer Location** ROCHESTER, NY
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FORD 2006 F250 DEATH WOBBLE. I WAS DRIVING MY TRUCK TODAY AND I HIT A LITTLE POT HOLE IN THE ROAD AND NEARLY LOST CONTROL OF MY TRUCK. THE TRUCK WAS SHAKING SO BAD I THOUGHT FOR SURE THE FRONT WHEELS WERE OFF AND WE WERE DEAD. SCARIEST THING EVER. FORD NEEDS TO RECALL THIS ISSUE BEFORE IT KILLS SOMEONE IF IT HASN'T ALREADY. THIS IS VERY SERIOUS WE PAY GOOD MONEY FOR THESE VEHICLES AND SHOULD NOT HAVE TO PAY OUT OF POCKET FOR THE FIX. THANK YOU VERY MUCH FOR TAKING THE TIME TO READ THIS HOPE FORD DOSE THE RIGHT THING AND RECALLS THIS ISSUE. *TR

**1 Affected Product**

September 18, 2013 **NHTSA ID NUMBER: 10544242**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 10544242
**Incident Date** September 3, 2013
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSW21556E****
**Summary of Complaint**
**CRASH**Yes
**FIRE**No
**INJURIES**4
**DEATHS**0
I HAD NEVER HEARD OF A DEATH WOBBLE UNTIL I WAS ON MY WAY TO THE HOSPITAL WITH MY THREE CHILDREN AFTER BEING INVOLVED IN A ROLLOVER ACCIDENT. WE WERE TRAVELING NORTH BOUND ON THE M53 VAN DYKE EXPRESSWAY WHICH HAS A POSTED SPEED OF 70 MPH. I HAD JUST PASSED A VEHICLE THAT WAS IN THE RIGHT LANE. JUST AFTER PASSING THIS VEHICLE I DEVELOPED THIS DEATH WOBBLE. I WAS SWITCHING LANES BACK TO THE RIGHT LANE WHEN MY STEERING WHEEL STARTED TO SHAKE, NOT JUST A LITTLE SHACKING EITHER. I HAD APPLIED MY BRAKES AND HELD THE WHEEL WITH BOTH MY HANDS. MY STEERING WHEEL WAS SHACKING SO BADLY THAT MY DASHBOARD WAS FALLING APART, AND I WAS HAVING MAJOR PROBLEMS CONTROLLING MY VEHICLE. IT FELT AS IF MY DRIVER?S WHEEL WAS

Class Action Complaint
Case No.

BOUNCING UP AND DOWN AND MY STEERING WHEEL WAS ALSO SHAKING SO BADLY THAT IN JUST A SECOND I HAD LOST TOTAL CONTROL OF MY VEHICLE. MY TRUCK DRIFTED TO THE RIGHT AND MY LEFT FRONT WHEEL HIT THE TURF FOLLOWED BY MY LEFT REAR WHEEL HITTING THE TURF AND WE STARTED TO ROLL. WE ROLLED TWO IN HALF TIMES BEFORE COMING TO A STOP UPSIDE DOWN. THE CAB OF THE TRUCK WAS CRUSHED, THE RIGHT REAR CORNER OF THE CAB WAS PUSHED DOWN FURTHER THAN THE HEADRESTS ON THE SEAT WERE MY YOUNGEST WAS SITTING, AND THANK GOD MY 7 YEAR OLD WASN?T KILLED. ON THE PASSENGER?S SIDE THE ROOF WAS SMASHED AGAINST THE HEAD REST WERE MY DAUGHTER WAS SEATED. I AM VERY THANKFUL THAT MY 3 CHILDREN AND I LIVED THROUGH THIS NIGHT MARE. I HAVE DRIVEN A PICKUP TRUCK FOR OVER 20 YRS., AND I HAVE NEVER FELT THIS DEATH WOBBLE BEFORE.

**1 Affected Product**

**February 20, 2014 NHTSA ID NUMBER: 10565061**
**Components: WHEELS, SUSPENSION, STEERING**
**NHTSA ID Number:** 10565061
**Incident Date** February 19, 2014
**Consumer Location** JOHNS CREEK, GA
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WHILE DRIVING MY 2006 FORD F250 FX4, AT SPEEDS BETWEEN 45-65 MPH, A SLIGHT VIBRATION IS FELT. WITHIN A FEW SECONDS IT TURN INTO A VIOLENT SHAKING MOTION AS IF I'M DRIVING ON LARGE COBBLE STONES. IT HAS BEEN SO BAD I HAVE ALMOST LOST CONTROL ON THE HIGHWAY AND CAME WITHIN INCHES OF HITTING ANOTHER VEHICLE. WHEN IT STARTS THERE IS NO STOPPING IT, AS THE STEERING WHEEL JERKS VIOLENTLY. FORD HAS SENT A LETTER OUT THAT SAY INFLATE YOUR TIRES AND IF IT STILL HAPPENS SLOW DOWN UNTIL IT STOPS. THAT'S NOT RIGHT. THIS IS DANGEROUS. I HAVE TO SLOW DOWN TO 30 MPH FOR IT TO STOP. I CAN'T DO THAT ON THE HIGHWAY. THE DEALERS AND FORD SAY THERE IS NOTHING THEY WILL DO. THIS ISSUE IS EXTREMELY DANGEROUS DUE TO FORDS ENGINEERING MISHAP.MY TIRES ARE STOCK, ROTATED, BALANCED, AND ALIGNED, THIS HAPPENS AT LEAST ONCE EVERY OTHER WEEK  2005-2013 F250,350 OWNERS REPORT THE SAME ISSUE. GOOGLE: FORD DEATH WOBBLE, AND WATCH THE F250 AT CRUISING SPEED. *TR

**1 Affected Product**

**September 23, 2008 NHTSA ID NUMBER: 10243184**
**Components: STEERING**
**NHTSA ID Number:** 10243184
**Incident Date** September 22, 2008

Class Action Complaint
Case No.

**Consumer Location** CINCINNATI, OH
**Vehicle Identification Number** 1FTSX21536E****
**Summary of Complaint**
**CRASH** Yes
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL*THE CONTACT OWNS A 2006 FORD F-250. WHILE DRIVING 63 MPH, THE VEHICLE STRUCK A SMALL DIP IN THE ROAD. THE STEERING BEGAN TO SHAKE VIOLENTLY AND THE CONTACT LOST CONTROL. THE VEHICLE WILL NOT BE REPAIRED BECAUSE THE CONTACT WANTS THE VEHICLE REPLACED. THE MANUFACTURER STATED THAT THEY WERE AWARE OF THE FAILURE; HOWEVER, ADVISED HIM TO FOLLOW THE TSB INSTRUCTION TO REPAIR THE FAILURE. THE FAILURE MILEAGE WAS 51,000 AND CURRENT MILEAGE WAS 65,000.
**1 Affected Product**

April 10, 2009 **NHTSA ID NUMBER: 10264951**
**Components: STEERING**
**NHTSA ID Number:** 10264951
**Incident Date** December 18, 2005
**Consumer Location** COTTONWOOD, AZ
**Vehicle Identification Number** 1FTSW21Y56E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
I HAVE A 2006 F-250 SUPER DUTY WITH ONLY 17,000 MILES, FROM THE DAY I PICKED IT UP NEW AT THE DEALER I NOTICE THAT EVERY TIME I HIT A RUT OR BUMP IN THE ROAD THERE WAS HUGE VIBRATIONS IN THE REAR END AND VERY NEAR LOSING CONTROL. RECENTLY I WAS TRAVELING ON A MAJOR INTERSTATE AT APPROXIMATELY 80 MPH AND ALL OF A SUDDEN THE FRONT END FELT LIKE BOTH WHEELS WERE COMING OFF AND THE STEERING WHEEL WAS SHAKING SO VIOLENTLY I NEARLY LOST CONTROL. I WAS BESIDE AN 18 WHEELER AND I THOUGHT THIS WOULD PROBABLY BE MY LAST DAY BUT SOMEHOW I GOT IT BACK UNDER CONTROL. CAN'T TELL YOU HOW NERVOUS I WAS BUT YOU CAN IMAGINE. I CALLED OUR LOCAL FORD DEALER TODAY AND HE SAID SOUNDS LIKE SOMETHING TERRIBLE IS WRONG, WE'LL SEE WHAT THE OUTCOME IS. EVERYTHING I'VE READ ON THIS SAYS FORD DOESN'T THINK THEY HAVE A PROBLEM, FROM THE STORIES OUT THERE I DISAGREE. *TR
**1 Affected Product**

October 1, 2007 **NHTSA ID NUMBER: 10204597**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10204597

Class Action Complaint
Case No.

**Incident Date** September 16, 2007
**Consumer Location** HAMPDEN, MA
**Vehicle Identification Number** 1FTSW21516E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
MY 2006, 5.3 GAS ENGINE, 4 WHEEL DRIVE, F250 SUPER DUTY HAS HAD EXCESSIVE
WHEEL HOP, BOUNCING, VIBRATION, AND SOMETIMES, VIOLENT SHAKING OF THE
WHOLE FRONT OF THE TRUCK, WHEN GOING OVER EXPANSION JOINTS, BUMPS AND
ROAD DEFECTS SINCE IT WAS NEARLY NEW. THIS RESULTS IN THE STEERING WHEEL
SHAKING AND MAKES THE TRUCK HARD TO CONTROL. WHEN NEW WITH 300 MILES ON
IT IN FEB. 2007, I DROVE IT FROM MA TO FL AND NOTICED THAT SOMETIMES IT
SHUDDERED, WHEN GOING OVER A BUMP AT SPEEDS OVER 50. THAT IS, IT DID NOT
JUST GIVE ONE HARD JOLT, BUT BOUNCED A FEW TIMES. THE BOUNCING GOT WORSE
AS MILEAGE ON THE VEHICLE WENT UP. SOMETIMES THE TRUCK WOULD MOVE
LATERALLY AFTER A HARD BUMP, THAT IS, MOVE TO THE EDGE OF THE TRAVELED
LANE, OR PARTIALLY INTO ONE OF THE ADJACENT LANES. NOW, WITHIN THE LAST 2
WEEKS, AT ITS EXTREME OF VIBRATIONS AND BOUNCING, THE VIOLENT SHAKING HAS
HAPPENED TO ME TWICE, BOTH TIMES WHEN TRAVELING ON A HIGHWAY AT 60-68
MPH, AFTER GOING OVER AN EXPANSION JOINT COMING OFF OR GOING ON TO A
BRIDGE. FIRST TIME, ON SEPT 16, 2007, WITH ABOUT 9000 MILES ON THE F250, SHAKING
LASTED ABOUT 5 SECONDS, ON I64 IN VIRGINIA BEACH, VA, AND THEN, ON SEPT. 28,
2007, FOR ABOUT 10 SECONDS, OR ABOUT 1000', ON THE NEW JERSEY TURNPIKE.
DURING THESE LAST 2 INCIDENTS, I THOUGHT THAT I MIGHT EASILY HAVE LOST
CONTROL OF THE VEHICLE AND HAVE EITHER INJURED SOMEONE ELSE OR MYSELF.
BOTH OF THE SERIOUS VIOLENT SHAKING EPISODES HAPPENED ON A DRY INTERSTATE
HIGHWAY IN DECENT CONDITION WITH OTHER TRAFFIC TRAVELING AT THE SAME
SPEED AND MANY, MANY OTHER VEHICLES GOING OVER THE SAME BUMPS. I HAVE
CHECKED THE TIRE PRESSURE AND ALL THE TIRES READ ABOUT 50#, THE SAME AS
WHEN I GOT THE TRUCK ON JAN. 31, 2007. THERE ARE NO OBVIOUS DEFECTS IN THE
TIRES. NOW, IT SHUDDERS WHEN GOING OVER VERY MINOR BUMPS, SOMETIMES EVEN
AT BELOW 45 MPH. I'VE MADE IT BACK FROM MY TRIP AND THERE ARE ABOUT 9500
MILES
ON THE TRUCK AND I AM TAKING IT TO THE DEALER THIS WEEK. THIS PROBLEM
COULD RESULT IN THE LOSS OF LIFE.  *JB
**1 Affected Product**

---

November 5, 2007 **NHTSA ID NUMBER: 10208006**
**Components: SUSPENSION**
**NHTSA ID Number:** 10208006
**Incident Date** November 5, 2007
**Consumer Location** PATASKALA, OH
**Vehicle Identification Number** N/A

Class Action Complaint
Case No.

**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING HOME FROM WORK, I HIT A SMALL BUMP IN THE FREEWAY AT 65MPH AND NEARLY LOST CONTROL OF MY 2006 F-250. THE VEHICLE BEGAN TO SHAKE UNCONTROLLABLY AND VIOLENTLY. I TRIED TO REGAIN CONTROL OF MY DIRECTION WHICH ONLY HAPPENED AFTER I GOT BELOW 15 MPH. AFTER PULLING OFF THE HIGHWAY, I GOT OUT TO CHECK WHICH TIRE HAD BLOWN AND TO MY SURPRISE ALL WERE FINE. IF I HADN'T HAVE BEEN IN THE FAR RIGHT HAND LANE OF THE FREEWAY, I WOULD HAVE CAUSED AN ACCIDENT AND HURT EITHER MYSELF OR SOMEONE ELSE. THIS WAS NOT A TYPICAL VEHICLE RESPONSE AND WAS VERY LITERALLY A VIOLENT WHEEL HOP OR FRONT END SUSPENSION MALFUNCTION. I CONSIDER THIS TO BE A SERIOUS AND DANGEROUS ISSUE FOR F-250 OWNERS AND ALL WHO TRAVEL AROUND THEM. FORD NEEDS TO RE-CALL THESE FRONT END DEFECTS BEFORE SOMEONE GETS KILLED. AFTER A THOROUGH SEARCH OF THE INTERNET, I DISCOVERED A MOUNTAIN OF OTHER F-250 OWNERS WHO WERE AND ARE EXPERIENCING THE SAME PROBLEM WITH SIMILAR RESULTS, MOST CLAIMING THE SAME THING, THESE VEHICLES HAVE A MAJOR LEAGUE PROBLEM WITH THE FRONT END SUSPENSION WHICH WILL UNDOUBTEDLY COST SOMEONE THEIR LIFE SOMEDAY. WHAT IS THE NHTSA DOING TO BRING FORD TO THE TABLE AND GET THIS FIXED? IT'S TIME. *TR
**1 Affected Product**

April 16, 2008 **NHTSA ID NUMBER: 10224740**
**Components: SUSPENSION**
**NHTSA ID Number:** 10224740
**Incident Date** March 1, 2008
**Consumer Location** BROWN CITY, MI
**Vehicle Identification Number** 1FTSW21P26E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
ON MY 2006 FORD F250 SD DIESEL I EXPERIENCE VIOLENT OSCILLATIONS OF THE STEERING WHEEL WHEN GOING OVER RR TRACKS OR BUMPS IN THE ROAD, LEADING TO A NEAR LOST OF CONTROL OF THE VEHICLE. AS A RESULT OF THIS THE FRONT TIRES ARE FLAT SPOTTED, AND UNEVENLY WORN. FORD CLAIMS THE PROBLEM IS RELATED TO LOW TIRE PRESSURE, BUT MY TIRE PRESSURE WAS AT THE MFG RECOMMENDATION. I HAVE READ NUMEROUS REPORTS THAT A STEERING DAMPENER IS REQUIRED AND NOT INSTALLED ON THE FORD SD TRUCKS. *TR
**1 Affected Product**

Class Action Complaint
Case No.

December 31, 2008 **NHTSA ID NUMBER: 10253393**
**Components: SUSPENSION**
**NHTSA ID Number:** 10253393
**Incident Date** September 20, 2007
**Consumer Location** LAUREL, MD
**Vehicle Identification Number** 1FTSX215X6E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THIS IS A SUSPENSION PROBLEM THAT I NOTICED ABOUT 9 MONTHS AFTER I BOUGHT
THE VEH., (2006 FORD F-250SD). THE PROBLEM IS IN THE SUSPENSION. IT SEEMS TO
ONLY HAPPEN WHEN YOU GO OVER AN AREA OF THE ROAD THAT IS ROUGH. IT HAS
GOTTEN PROGRESSIVELY WORSE. I WAS DRIVING AT 60 MPH AND WENT OVER A
BUMPY AREA ON THE HIGHWAY AND I ALMOST LOST CONTROL OF THE TRUCK. IT
PULLED HARD TO THE LEFT AND BEGAN SHAKING HEAVILY. IF I HAD NOT BEEN
HOLDING THE WHEEL FIRMLY I WOULD HAVE CROSSED THE DOUBLE YELLOW LINE
INTO ONCOMING TRAFFIC. I FOUND A SITE WHERE THERE WERE 11 OTHER
COMPLAINTS ON THIS SAME VEH. AND THE SAME PROBLEM. I HAVE OWNED F250'S
INCLUDING MY LAST THAT WAS A 2002 AND I NEVER HAD A PROBLEM LIKE THIS. ITS
APPARENT THAT THERE IS SOMETHING WRONG WITH THE SUSPENSION SYSTEM THEY
USED. IF SOMEONE IS DRIVING THAT HASN'T EXPERIENCED IT THEY MAY LOOSE
COMPLETE CONTROL OF THE VEHICLE AND CAUSE A FATALITY. I AM GOING TO TAKE
IT TO A FORD DEALER TO LOOK AT, BUT FROM WHAT I READ OF THE OTHER
COMPLAINTS SOME PEOPLE HAVE BEEN IN 3-4 TIMES AND STILL HAVE THE SAME
PROBLEM. *TR
**1 Affected Product**

March 2, 2009 **NHTSA ID NUMBER: 10260393**
**Components: SUSPENSION**
**NHTSA ID Number:** 10260393
**Incident Date** October 10, 2008
**Consumer Location** BELLEVUE, WA
**Vehicle Identification Number** 1FTSX21PX6E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TRAVELING APPROXIMATELY 60MPH ON INTERSTATE HIGHWAY ON SOMEWHAT
UNDULATING CONCRETE SURFACE, VEHICLE EXPERIENCED EXTREME VIBRATING OF
SUSPENSION SUCH THAT IT FELT LIKE THE AXLES WERE UNCONNECTED FROM THE
VEHICLE FRAME. STEERING CONTROL BECAME DIFFICULT AND NEARLY LOST
CONTROL. *TR

Class Action Complaint
Case No.

**1 Affected Product**

April 21, 2009 **NHTSA ID NUMBER: 10266214**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10266214
**Incident Date** November 20, 2008
**Consumer Location** SACRAMENTO, CA
**Vehicle Identification Number** 1FTSX21Y76E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I RECEIVED A NOTICE FROM FORD MOTOR CO. REGARDING A SHIMMY OR SEVERE
VIBRATION THAT MAY OCCUR WHEN MY FORD F-250 FORD TRUCK TRAVELS OVER A
BUMP OR DIP IN THE ROAD. THIS HAS HAPPENED TO ME. AT THE TIME I HAD NO IDEA
WHAT CAUSED IT. I WAS TRAVELING AT APPROX. 65 MPH ON A HIGHWAY WHEN I
DROVE TROUGH A DIP IN THE ROAD UNDER AN OVERPASS. MY TRUCK WENT IN A
SEVERE SHIMMY. I ALMOST LOST FULL CONTROL OF THE TRUCK. HAD THERE BEEN A
VEHICLE NEXT TO ME IN THE LEFT LANE I WOULD NOT HAVE BEEN ABLE TO AVOID
HITTING IT. I DON'T KNOW WHAT THE PSI OF AIR IN MY TIRES WERE AT THE TIME.
THEY WERE THE STOCK TIRES THAT CAME WITH THE TRUCK OFF THE LOT. I HAVE
SINCE CHANGED THESE TIRES DUE TO WEAR. THIS IS A VERY SERIOUS ISSUE AND
NEEDS TO BE GIVEN A LOT OF ATTENTION. *TR
**1 Affected Product**

September 4, 2009 **NHTSA ID NUMBER: 10282830**
**Components: SUSPENSION**
**NHTSA ID Number:** 10282830
**Incident Date** September 2, 2009
**Consumer Location** LEBANON, TN
**Vehicle Identification Number** 1FTSX21PX6E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
HELLO;  I HAVE A 2006 FORD SUPER DUTY 4X4 DIESEL. I HAVE LOW MILES 23,000 AND
NO MODIFICATIONS TO TRUCK. I HAVE HAD A FEW TIMES WHERE THE FRONT END
WILL SHAKE AFTER HITTING A POT HOLE OR BRIDGE BUMP. IT NOW DID THIS AGAIN
ON 9/2/2009 AND WAS VIOLENT AND DANGEROUS, ALMOST LOST CONTROL. I HAVE
SEARCHED THE INTERNET THIS MORNING AND ITS CALLED THE 'DEATH WOBBLE' AND
SEEMS ALOT OF FORD SUPER DUTY'S ARE EXPERIENCING THIS PROBLEM. PLEASE
ADVISE ME WHAT STEPS TO TAKE AS I AM EXTREMELY CONCERNED. THANKS *TR

Class Action Complaint
Case No.

1 Affected Product

September 27, 2010 **NHTSA ID NUMBER: 10357936**
**Components: SUSPENSION**
**NHTSA ID Number:** 10357936
**Incident Date** March 1, 2009
**Consumer Location** LEBANON, KY
**Vehicle Identification Number** 1FTSX215X6E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE OWNED MY 2006 FORD SD SINCE DECEMBER 2008. SHORTLY AFTER WINTER
DURING HIGH WAY DRIVING I EXPERIENCED VIOLENT SHAKING IN THE FRONT END
AFTER HITTING A POT WHOLE. I NEARLY LOST CONTROL OF THE VEHICLE WHICH
COULD HAS CAUSED A SERIOUS ACCIDENT. I RECEIVED A NOTICE FROM FORD
EXPLAINING THAT I NEED TO KEEP THE TIRE PRESSURE AT THE RECOMMENDED LEVEL
OR IT WOULD CAUSE THE SHAKING. BUT THE AIR PRESSURE DID NOT CORRECT THE
PROBLEM. I BECAME TOO AFRAID TO DRIVE THIS VEHICLE ON ANY EXPRESS WAYS
AND LIMITED DRIVING IT IN TOWN AND NON-EXPRESSWAY ROADS. AFTER A YEAR
AND A HALF THIS VIOLENT SHAKING, I HAD TO BUY ANOTHER VEHICLE BECAUSE I
BECAME TO AFRAID THIS VEHICLE WOULD CAUSE A SERIOUS ACCIDENT. I STILL OWN
THIS VEHICLE BUT I ONLY TRUST IT IN TOWN DRIVING. *TR
1 Affected Product

May 21, 2011 **NHTSA ID NUMBER: 10403273**
**Components: SUSPENSION**
**NHTSA ID Number:** 10403273
**Incident Date** May 15, 2011
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTNF21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
UPON HITTING BUMPS ON ROADWAY I LOST COMPLETE CONTROL OF TRUCK FOR
APPROX 2 TENTHS OF A MILE UNTIL I SLOWED DOWN. FRONT END SHOOK VIOLENTLY
SOMEBODY IS GOING TO DIE IN ONE OF THESE DEATH TRAPS,I HOPE ITS NOT ONE OF
MY KIDS
1 Affected Product

Class Action Complaint
Case No.

November 24, 2011 **NHTSA ID NUMBER: 10437224**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10437224
**Incident Date** April 1, 2011
**Consumer Location** COVINA, CA
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
I WAS TRAVELING ON THE FREEWAY AT 60 MPH. THE VEHICLE WENT INTO A VIOLENT
SHAKING AFTER GOING OVER AN UNEVEN ROAD SURFACE. THE VEHICLE JUMPED A
HALF LANE OVER AND I HAD LOST CONTROL UNTIL MY SPEED WAS REDUCED. AT
THAT TIME I WAS AFRAID OF SLAMMING ON THE BRAKES AND LOSING MORE
CONTROL OR POSSIBLY FLIPPING OVER. NOW THIS VIOLENT SHAKING OCCURS EVERY
TIME I HIT A POT HOLE OR ANY UNEVEN SURFACE AT 55 TO 60 MPH. I HAVE TAKEN MY
VEHICLE TO FORD SERVICE AND THEY CAN NOT FIND ANY PROBLEM THAT WOULD
CAUSE THE VIOLENT SHAKING.   AFTER DOING SOME RESEARCH I FOUND A VIDEO OF
THIS ON YOU TUBE AS "F-250 DEATH WOBBLE". THIS VIDEO SAYS IT ALL AND IS BASED
ON A STOCK ORIGINAL EQUIPMENT F-250 SUPER DUTY. *TR
**1 Affected Product**

---

October 24, 2009 **NHTSA ID NUMBER: 10289670**
**Components: STEERING**
**NHTSA ID Number:** 10289670
**Incident Date** October 23, 2009
**Consumer Location** FRESNO, CA
**Vehicle Identification Number** 1FTSW21P56E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
I LOST CONTROL OF MY FORD F-250 TRUCK GOING DOWN THE ROAD. THE FRONT END
STARTED A WOBBLE AND SHAKE. (DEATH WOBBLE) *TR
**1 Affected Product**

---

January 19, 2011 **NHTSA ID NUMBER: 10377213**
**Components: TIRES, STEERING**
**NHTSA ID Number:** 10377213
**Incident Date** December 19, 2010
**Consumer Location** RIVERSIDE, CA
**Vehicle Identification Number** 1FT5X21P46E****

Class Action Complaint
Case No.

**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-250 DIESEL SD. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 60 MPH OVER A ROAD BUMP, HE MOMENTARILY LOST CONTROL OF THE VEHICLE ABNORMALLY UNTIL THE VEHICLE SPEEDS WAS SLOWED. THE VEHICLE WAS INSPECTED BY THE DEALER WHO INFORMED THE CONTACT THAT THE FAILURE COULD HAVE BEEN CAUSED BY UNDER INFLATED TIRES. THE VEHICLE WAS NOT REPAIRED. THE VIN WAS UNAVAILABLE. THE FAILURE AND CURRENT MILEAGE WAS 58,000.  UPDATED 06/16/11 *BF  UPDATED 06/27/11
1 Affected Product
1 Associated Document

September 21, 2011 **NHTSA ID NUMBER: 10426658**
**Components: STEERING**
**NHTSA ID Number:** 10426658
**Incident Date** September 18, 2011
**Consumer Location** EL CENTRO, CA
**Vehicle Identification Number** 1FTSW21P96E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-250 SD. THE CONTACT STATED THAT WHILE DRIVING 70 MPH OVER SMALL ROAD BUMPS, HE LOST CONTROL OF THE STEERING. THE VEHICLE BEGAN TO VIOLENTLY SHAKE UNTIL THE CONTACT STOPPED THE VEHICLE. THE FAILURE RECURRED WHENEVER THE CONTACT DROVE OVER ROAD BUMPS AT HIGHWAY SPEEDS. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER WHERE THE CONTACT WAS INFORMED THAT THE FAILURE WAS A COMMON OCCURRENCE. THE STEERING LINKAGES AND STEERING DAMPENER WERE REPAIRED. THE FAILURE RECURRED ONCE FOLLOWING REPAIRS. THE FAILURE MILEAGE WAS 43,200. UPDATED 10/13/11 *BF  UPDATED 01/12/12
1 Affected Product
1 Associated Document

August 24, 2009 **NHTSA ID NUMBER: 10281566**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10281566
**Incident Date June 1, 2008**
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTWW33P46E****
**Summary of Complaint**

Class Action Complaint
Case No.

**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL*THE CONTACT OWNS A 2006 FORD F350 CREW CAB 4X4 WHICH WAS PURCHASED IN 2005. WHILE DRIVING APPROXIMATELY 25 MPH, THE CONTACT LOST STEERING CONTROL WHEN THE STEERING WHEEL BEGAN SHAKING EXCESSIVELY. THE MANUFACTURER STATED THAT THEY WERE AWARE OF THE FAILURE. THE MANUFACTURER ALSO CONFIRMED THAT THERE WERE NO RELATED RECALLS; HOWEVER, THERE WERE TECHNICAL SERVICE BULLETINS. THE FRONT END OF THE VEHICLE WAS REPLACED AS WELL AS PREVIOUS REPAIRS WERE PERFORMED TO CORRECT THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 10,000 AND THE CURRENT MILEAGE WAS 29,000.
**1 Affected Product**

---

May 26, 2008 **NHTSA ID NUMBER: 10228887**
**Components: STEERING**
**NHTSA ID Number:** 10228887
**Incident Date** May 10, 2008
**Consumer Location** SHADOW HILLS, CA
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
06 F350 DUALLY DIESEL CREW CAB. WHEN DRIVING ANYWHERE BETWEEN 50-70 MPH AND HIT A POTHOLE THE FRONT END GOES INTO A DEATH WOBBLE AND IS NOT CONTROLLED UNTIL VEHICLE IS SLOWED TO 30 MPH. ALMOST LOST CONTROL OF VEHICLE ON LOS ANGELES FREEWAYS. HAS HAPPENED MULTIPLE TIMES AND HAVE BEEN TO FORD DEALER WITH NO ASSISTANCE. LAST EPISODE WAS LAST WEEK, THEN MY INSURANCE CO TOLD ME TO FILE COMPLAINT IN CASE OF ACCIDENT THAT IS NOT MY FAULT BUT A VEHICLE DEFECT. AAA ALSO SENT ME TO THIS FORUM OF OTHER FORD OWNERS THAT HAVE HAD THE SAME COMPLAINT. *TR
**1 Affected Product**

---

December 1, 2009 **NHTSA ID NUMBER: 10294097**
**Components: STEERING**
**NHTSA ID Number:** 10294097
**Incident Date** November 30, 2009
**Consumer Location** HONOLULU, HI
**Vehicle Identification Number** 1FTWW31P16E****
**Summary of Complaint**
**CRASHNo**

-39-

Class Action Complaint
Case No.

**FIRE** No

**INJURIES** 0

**DEATHS** 0

2006 FORD F350 SUPERDUTY DIESEL DRIVING ON THE FWY MAKING A CURVE ABOUT 55MPH THE FRONT END STARTS TO HOP VIOLENTLY AND BOUNCING. ALMOST LOST CONTROL DUE TO OTHER CARS ON THE ROAD. I HAD TO APPLY MY BRAKES ON THE FWY IN A VERY UNSAFE MANNER AND LOCATION CAUSING CAR BEHIND ME TO VEER OFF IN MANY DIRECTIONS AS I CAME TO A HALT.  THIS LOSS OF CONTROL HAPPENED ABOUT A DOZEN TIMES NOW IN THE LAST 2YEARS WITH ALWAYS THE SAME SITUATION FWY SPEEDS AND ANY TYPE OF BUMP IN THE ROAD SURFACE. HAPPENED ON UPHILL CURVES AS WELL AS FLAT OR DOWN HILL CURVES. A LESSER OF DRIVER MAY FAIL TO MAKE PROPER ADJUSTMENTS WHICH I SURE WILL LEAD TO A CRASH OR WORSE A DEATH. *TR

**1 Affected Product**

---

October 29, 2014 **NHTSA ID NUMBER: 10651012**
**Components: STEERING**
**NHTSA ID Number:** 10651012
**Incident Date** February 5, 2013
**Consumer Location** STOCKTON, CA
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0

STEERING WOBBLE AND SHAKES. THIS HAS BEEN GETTING WORSE AS TIME GOES ON. ANYTIME I HIT A BUMP ON THE FREEWAY MY TRUCK STARTS TO VIOLENTLY SHAKE AND WOBBLE. IT IS EVEN WORSE ON A ROAD CURVE. IT IS VERY DANGEROUS TO DRIVING ON THE FREEWAY IN THE MOUNTAINS. I FEW TIMES I ALMOST LOST CONTROL. THE SHAKE DOES NOT GO AWAY UNTIL I SLOW DOWN BELOW 40MPH WHICH CAUSES ANOTHER DANGEROUS SITUATION WHILE ON THE FREEWAY. I HAVE CHANGED TIRES, CHECKED PRESSURE AND ROTATED TIRES. ALSO, I REPLACED STEERING DAMPENER. NOTHING HAS WORKED TO DIMINISH THE SHAKE. I ALSO HAD THE 4 WHEEL ALIGNMENT CHECKED AND THE SHOP SHOWED ME THAT IT WAS CORRECT. THEY CHECKED EVERYTHING AND COULD NOT FIND ANYTHING THAT WAS WORN OUT AND NEEDED CHANGING. I WAS TOLD NO REPAIRS NEEDED. THIS IS A VERY DANGEROUS SITUATION AND NEEDS TO BE CORRECTED BEFORE BODIES START PILING UP. *TR

**1 Affected Product**

---

June 21, 2009 **NHTSA ID NUMBER: 10274553**
**Components: SUSPENSION**
**NHTSA ID Number:** 10274553

Class Action Complaint
Case No.

**Incident Date June 11, 2009**
**Consumer Location** JONESBOROUGH, TN
**Vehicle Identification Number** 1FTWW33P86E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN AN 06' FORD F350 SD. I FIRST NOTICED AN EXTREME TIRE SHIMMY/BOUNCE AT AROUND 15,000 MI, WHEN A POT HOLE, BRIDGE EXPANSION OR ROUGH ROAD IS ENCOUNTERED. THE TRUCK NOW HAS 105,000 MI. AND THE PROBLEM HAS BECOME SOME EXTREME THAT I BELIEVE IT IS TOO DANGEROUS TO DRIVE UNTIL THE PROBLEM IS REMEDIED. THE BOUNCING IS SO EXTREME THAT CONTROL OF THE TRUCK IS NEARLY LOST. FORD HAS SENT ME A LETTER CLAIMING IMPROPER TIRE PRESSURE IS THE PROBLEM, I HAVE ADJUSTED BUT TO NO HELP. THE TRUCK SHIMMYS/ SHAKES UNCONTROLLABLY, AT EVERY BUMP ENCOUNTERED. THIS IS AN EXTREMELY DANGEROUS SITUATION WHICH IS WIDE SPREAD AMONG SD OWNERS ACCORDING TO POSTINGS ON THE WEB. PLEASE HELP! *TR
**1 Affected Product**

**November 2, 2010 NHTSA ID NUMBER: 10363770**
**Components: SUSPENSION**
**NHTSA ID Number:** 10363770
**Incident Date** August 15, 2010
**Consumer Location** LOOMIS, CA
**Vehicle Identification Number** 1FTWW33P36E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-350 SUPER DUTY. THE CONTACT WAS DRIVING APPROXIMATELY 60 MPH OVER A ROAD BUMP WHEN THE CONTACT LOST ALL STEERING CONTROL. HE HAD TO DECREASE THE VEHICLES' SPEED TO 30 MPH TO REGAIN STEERING CONTROL. THE VEHICLE WAS TAKEN TO A LOCAL MECHANIC WHERE THE STEERING BUSHING, SHOCKS, LOWER CONTROL, AND IDLER ARMS WERE REPLACED. THE FAILURE RECURRED WITHIN THREE WEEKS OF THE REPAIRS. THE CONTACT LOCATED AN INVESTIGATION (NHTSA ITEM NUMBER: PE07057-SUSPENSION:FRONT) WHICH DESCRIBED FAILURE AND INQUIRED WITH THE DEALER. THE DEALER SET THE TIRE PRESSURE TO THE CORRECT MANUFACTURER'S SPECIFICATIONS TO CORRECT THE FAILURE. THE FAILURE MILEAGE WAS 86,800 AND THE CURRENT MILEAGE WAS 86,444.
**1 Affected Product**

Class Action Complaint
Case No.

August 19, 2008 **NHTSA ID NUMBER: 10238850**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10238850
**Incident Date** August 18, 2008
**Consumer Location** ALEXANDRIA, LA
**Vehicle Identification Number** 1FTSX21537E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2007 FORD F250. WHILE DRIVING APPROXIMATELY 70 MPH, THE VEHICLE DROVE OVER A SMALL PATCH IN THE ROAD. THE STEERING WHEEL BEGAN TO SHAKE VIOLENTLY AND THE CONTACT LOST CONTROL OF THE VEHICLE. THE VEHICLE SKIDDED ONTO THE SIDE OF THE ROAD. AFTERWARDS, THE CONTACT DROVE ANOTHER FIVE MILES TO HIS DESTINATION. THE VIN WAS UNKNOWN. THE CURRENT AND FAILURE MILEAGES WERE 4,000.
**1 Affected Product**

September 24, 2009 **NHTSA ID NUMBER: 10285160**
**Components: SUSPENSION**
**NHTSA ID Number:** 10285160
**Incident Date** August 20, 2008
**Consumer Location** DOVER, DE
**Vehicle Identification Number** 1FTWW33P47E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THERE IS A SEVERE SHAKING IN MY FORD F30 SUPER DUTY TRUCK THAT IIS GETTING WORSE. STARTED OUT AS GOING OVER BUMPS OR AROUND CORNERS . TOOK IT TO DEALER RIGHT AFTER I BOUGHT IT. THEY SAID NEEDED ALIGNING. THEN AFTER CHARGING ME FOR IT SAID EVERYTHING WAS OK(FAILING TO NOTE MY TIRE DEPTH ON PAPER,WHICH TIRE TREAD WAS EXCELLENT). TOOK IT BACK SEVERAL MONTHS LATER WHEN IT CONTINUED TO GET WORSE AND TREAD WEAR STARTED.PUT ON MACHINE SAID IT WAS ALL GOOD. FAILED TO NOTE DEPTH AGAIN. THEN RECEIVED LETTER "LITERATURE PROGRAM 09L02, STATING IN LESS WORDS THAT THEY KNOW OF THE PROBLEM BUT DON'T DEEM IT THEIR FAULT , JUST SLOW DOWN WHEN IT HAPPENS. CALLED FORD TOLD ME TO TAKE IT IN DEALER. TOOK IT IN, NOW THEY ARE SAYING IT BECAUSE OF THE POOR TIRE TREAD ON TIRES, WHICH WAS PERFECT WHEN I FIRST STARTED TO COMPLAIN ABOUT THE SHIMMY. NOW THEY WANT ME TO BUY NEW TIRES AND START ALL OVER AGAIN .AFTER GETTING NEW TIRES THEY WANT ME TO BRING IT IN SO THEY CAN CHARGE ME TO PUT IT BACK ON THE ALIGNMENT MACHINE.THIS IS A NEVER ENDING CYCLE. WHEN ASKED ABOUT THE LETTER THEY

Class Action Complaint
Case No.

SENT, AFTER I STATED THAT ITS A KNOWN ISSUE, THEY KEPT SAYING ITS THE CUSTOMERS FAULT FOR NOT MAINTAINING PROPER TIRE PRESSURE. I FIND THAT HARD TO BELIEVE SINCE IM IN THERE REGULARLY TO GET MY TIRE PRESSURE CHECKED SINCE I TRAVEL ALOT.AT THE CAMPGROUND I GO TO THERE ARE 3 OTHER FORD F 350 SIMILAR TO MINE HAVING THE SAME SEVERE SHAKE AND BOUNCE AS MINE AND ARE HAVING THE SAME WEAR(WHICH IS DIFFERENT ON EACH OF THE FRONT TIRES). EVEN AFTER THE LAST TIME I TOOK IT IN TO GET THE AIR FILLED, ONE OF THE TECHS NOTICED THE TIRE WEAR AND INFORMED ME THAT " FORD KNOWS THESE FRONT ENDS ARE JUNK AND CAUSE PROBLEMS BUT THEY TRY TO BLAME THE CUSTOMER AND MOST BUY IT" PLEASE HELP... I FEEL VERY UNSAFE IN THIS TRUCK AS I HAVE ALMOST LOST CONTROL ON

THE HIGHWAY, STRAIGHT AWAYS AND CURVES, JUST FROM THE BOUNCE AND SHIMMY. *TR

**1 Affected Product**

**February 22, 2014 NHTSA ID NUMBER: 10565456**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10565456
**Incident Date** February 22, 2014
**Consumer Location** MANCHESTER, MD
**Vehicle Identification Number** 1FTWW31P27E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I WAS DRIVING ON AND OVERPASS/ EXIT RAMP AND PASSED OVER A STEEL DIVIDER ON THE HIGHWAY. UPON DOING SO I TEMPORARILY LOST CONTROL OF THE STEERING ON THE TRUCK AND HAD TO DECELERATE AND MOVE TOWARDS THE SHOULDER. I RECEIVED AN INFORMATION BULLETIN FROM FORD ABOUT THIS POTENTIAL "STEERING WOBBLE" AND MADE SURE TO CHECK OUT ALL OF THEIR RECOMMENDATIONS. AFTER DOING SOME RESEARCH ONLINE I FEEL AS THOUGH THIS IS A MAJOR ISSUE AND FORD SHOULD BE DOING SOMETHING BEFORE MORE PEOPLE ARE INJURED OR KILLED. THERE ARE SEVERAL ONLINE FORUMS ADDRESSING THIS ISSUE AND IT SEEMS AS THOUGH FORD IS NOT BEING HELD RESPONSIBLE. *TR

**1 Affected Product**

**November 2, 2010 NHTSA ID NUMBER: 10363678**
**Components: STEERING**
**NHTSA ID Number:** 10363678
**Incident Date** April 17, 2009
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTWW33P07E****
**Summary of Complaint**

Class Action Complaint
Case No.

**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0

TL* THE CONTACT OWNS A 2007 FORD F-350 SUPER DUTY. THE CONTACT STATED THAT HE NOTICED A SEVERE WOBBLE IN THE VEHICLE WHEN DRIVING 65-70 MPH AND WHEN CARRYING HEAVY LOADS. THE CONTACT REFERRED TO THE FAILURE AS A DEATH WOBBLE AND STATED THAT THE FAILURE WOULD CAUSE HIM TO MOMENTARILY LOSE CONTROL OF THE VEHICLE. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER WHERE THE CONTACT WAS AWAITING A DIAGNOSIS OF THE FAILURE AND REPAIRS. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS APPROXIMATELY 20,000 AND THE CURRENT MILEAGE WAS APPROXIMATELY 30,000. UPDATED 01/13/11*BF  THE CONSUMER STATED HE LOST COMPLETE CONTROL OF THE STEERING. THE CONSUMER WAS ABLE TO REGAIN CONTROL AFTER SLOWING DOWN TO 45 MPH, WHICH DID TAKE SOME TIME. THE DEALER REFUSED TO ASSIST THE CONSUMER WITH THE COST. THE CONSUMER REQUESTED TO HAVE THE FRONT STEERING COMPONENTS MODIFIED AT HIS EXPENSE. UPDATED 04/04/11

**1 Affected Product**
**1 Associated Document**

July 29, 2010 **NHTSA ID NUMBER: 10346223**
**Components: STEERING**
**NHTSA ID Number:** 10346223
**Incident Date** July 26, 2010
**Consumer Location** JESUP, IA
**Vehicle Identification Number** 1FTSX21568E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0

I BOUGHT A 2008 FORD F-250 EXTENDED CAB TRUCK AND WHEN I GO OVER A SMALL BUMP IN THE ROAD THE FRONT END SHAKES REAL BAD TO THE POINT I ALMOST LOST CONTROL GOING DOWN A HIGHWAY AT 55MPH. I CHECKED THE AIR PRESSURE IN THE TIRES AND THEY WERE AT 70PSI IN THE FRONT AND 80PSI IN THE BACK. THE DOOR STICKER SAID THE PRESSURES SHOULD BE 70 IN THE FRONT AND 80 IN THE BACK. I HAVE REPLACED THE SHOCKS AND STEERING STABILIZER SHOCK AND IT DID NOT MAKE A DIFFERENCE. THE OLD SHOCKS APPEARED TO BE IN GOOD SHAPE YET. I THEN REPLACED THE TIRES EVEN THOUGH THEY WERE STILL GOOD AND THEY WERE WORN EVENLY. STILL DID NOT FIX IT. I THEN DROPPED MY AIR PRESSURE IN THE TIRES TO 60PSI FRONT AND BACK TO IF IT MADE A DIFFERENCE. STILL DID NOT FIX IT. I HAD THE DEALERSHIP LOOK AT IT AND THEY SAID THEY COULD NOT FIND ANYTHING WRONG WITH IT. I OWNED A 1999 F-250 AND IT NEVER HAD THIS PROBLEM. I HAD 165,000 MILES ON IT WHEN I TRADED IT IN FOR THIS ONE. I GOOGLED MY PROBLEM AND FOUND A LOT OF PEOPLE WITH THE SAME PROBLEM. FORD NEEDS TO COME UP WITH A REPAIR

-44-

Class Action Complaint
Case No.

FOR THIS SOON. I WON'T LET MY WIFE DRIVE THIS TRUCK FOR FEAR OF THIS HAPPENING AND HER ENDING UP IN A WRECK. FORD NEEDS TO THINK ABOUT THE PEOPLE AND CHILDREN THAT RIDE IN THERE VEHICLES AND THE LIVES THAT THEY COULD TAKE. I AM A FORD DRIVER ALL MY VEHICLES ARE FORD AND I'M NOT MAD AT FORD YET BUT THEY NEED TO CURE THIS PROBLEM. THIS PROBLEM IS FOR SURE A DESIGN FLAW. *TR

**1 Affected Product**

March 17, 2009 **NHTSA ID NUMBER: 10262107**
**Components: STEERING**
**NHTSA ID Number:** 10262107
**Incident Date June 10, 2008**
**Consumer Location** Unknown
**Vehicle Identification Number** 1FDWW35R08E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2008 FORD F-350 SD. THE CONTACT STATED THAT THE FRONT END OF THE VEHICLE WOULD SHIMMY AND SHAKE WHILE DRIVING APPROXIMATELY 50 MPH. ON ONE OCCASION, THE STEERING WHEEL SHOOK SO SEVERELY THAT HE LOST CONTROL OF THE VEHICLE AND VEERED OFF THE ROAD. THERE WERE NO INJURIES. THE CONTACT TOOK THE VEHICLE TO THE DEALER FOR REPAIRS, BUT THE FAILURE PERSISTED. HE FILED A COMPLAINT WITH THE MANUFACTURER, BUT HAS YET TO RECEIVE ANY FEEDBACK. THE CURRENT MILEAGE WAS APPROXIMATELY 42,600 AND FAILURE MILEAGE WAS APPROXIMATELY 15,000.

**1 Affected Product**

March 3, 2010 **NHTSA ID NUMBER: 10316308**
**Components: STEERING**
**NHTSA ID Number:** 10316308
**Incident Date** January 2, 2009
**Consumer Location** SAN BERNARDINO, CA
**Vehicle Identification Number** 1FTWW33R68E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2008 FORD F-350 DUALLY THAT WHEN HITTING A DIP/BUMP IN THE ROAD AT SPEEDS ABOVE ABOUT 35, THE ENTIRE FRONT END SHAKES/SHIMMYS SO BAD THAT YOU CAN'T EVEN CONTROL IT! I RECEIVED A LETTER IN THE MAIL FROM FORD IN

Class Action Complaint
Case No.

APRIL 2009 BASICALLY SAYING WHEN IT HAPPENS SLOW DOWN. THE DEALER REFUSES TO DO ANYTHING. SOMEONE IS GOING TO GET KILLED IF THIS IS NOT FIXED. *TR

**1 Affected Product**

May 29, 2012 **NHTSA ID NUMBER: 10459926**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10459926
**Incident Date** May 29, 2012
**Consumer Location** MIDLAND, TX
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WHILE DRIVING ABOUT 60MPH ON LOOP 250 HERE IN MIDLAND, TX I WENT OVER AN OVERPASS CHANGING FROM THE PAVEMENT TO CONCRETE. AT THAT POINT I COMPLETELY LOST CONTROL OF THE VEHICLE DUE TO VERY BAD FRONT WHEEL WOBBLE. I WAS ONLY ABLE TO REGAIN CONTROL BY COMING TO ALMOST A COMPLETE STOP VERY CLOSELY AVOIDING AN ACCIDENT. I HAVE NOTICED THIS DEATH WOBBLE BEFORE ON MY 2007 FORD F-250 AND NOW IT HAS STARTED ON MY 2010. I TOOK THE 2007 TO THE DEALER MANY TIMES AND THEY COULD NEVER DUPLICATE THE PROBLEM OR WOULD USE AN EXCUSE THAT THEY ADJUSTED THE AIR PRESSURE ON TIRES. THIS PROBLEM IS A MAJOR ISSUE AND WILL CAUSE SERIOUS ACCIDENTS IF IT HAS NOT ALREADY. AFTER ARRIVING AT WORK I SEARCHED THE INTERNET FOR OTHERS WITH SIMILAR PROBLEMS AND IT SEEMS ALL FORD F-250 4X4'S HAVE THE SAME ISSUE ALL THEY WAY UP TO THE CURRENT MODEL. THERE ARE TONS OF YOUTUBE VIDEOS SHOWING EXACTLY WHAT HAPPENED TO ME STATING THAT FORD WILL NOT CORRECT THE PROBLEM. SOMETHING NEEDS TO BE DONE! HTTP://WWW.YOUTUBE.COM/WATCH?V=8EUQ6F8RGT4 HTTP://WWW.YOUTUBE.COM/WATCH?V=PSDBCV-GCS8 HTTP://WWW.TOPIX.COM/FORUM/AUTOS/FORD-F-250-SUPER-DUTY/T0SGDCTMOBHE5JER1/P13  HTTP://WWW.RACE-DEZERT.COM/FORUM/SHOWTHREAD.PHP/82022-F250-QUOT-DEATH-WOBBLE-QUOT-STEERING-ISSUE. *TR

**1 Affected Product**

July 24, 2013 **NHTSA ID NUMBER: 10531702**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10531702
**Incident Date July 22, 2013**
**Consumer Location** PELHAM, NH
**Vehicle Identification Number N/A**
**Summary of Complaint**

Class Action Complaint
Case No.

**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I JUST BOUGHT THIS VEHICLE AND WAS DRIVING THE HIGHWAY AT 65 MPH. I WENT OVER THE EXPANSION JOINT ON A BRIDGE AND LOST CONTROL OF THE VEHICLE. IT JUMPED INTO THE NEXT LANE. THANK GOD NO ONE WAS IN THE OTHER LANE AND NO ONE GOT HURT. MY FAMILY AND OTHERS COULD HAVE BEEN KILLED. THE DEALERSHIP SAID THE STEERING DAMPER WAS BAD. I'M SORRY BUT A BAD STEERING DAMPER WHEN YOU ARE TRAVELING 65 MPH OVER A SMALL BUMP SHOULD NOT MAKE YOUR VEHICLE JUMP INTO THE NEXT LANE AND LOOSE CONTROL. THIS MUST BE FIXED BY FORD. I AM READING THAT OTHER PEOPLE HAVE HAD TO HAVE ALL OF THE FRONT END PARTS REPLACED AND THEN THE PROBLEM RETURNS AGAIN. WHAT IS THE NHTSA DOING ABOUT THIS? DO NOT HAVE VIN AT THIS TIME MY TRUCK IS AT THE DEALERS. *TR

**1 Affected Product**

September 20, 2015 **NHTSA ID NUMBER: 10765447**
**Components: STEERING**
**NHTSA ID Number:** 10765447
**Incident Date** September 20, 2015
**Consumer Location** PUYALLUP, WA
**Vehicle Identification Number** 1FTSW2BR3AE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DRIVING DOWN THE FREEWAY. HIT A SMALL POTHOLE ON THE HIGHWAY AND LOST CONTROL OF THE VEHICLE DUE TO A "DEATH WOBBLE" THAT FELT LIKE IT WAS FROM THE FRONT END. IT FELT LIKE THE FRONT OF THE TRUCK WAS GOING TO BE RIPPED OFF.

**1 Affected Product**

January 19, 2013 **NHTSA ID NUMBER: 10493509**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10493509
**Incident Date** January 19, 2013
**Consumer Location** COCHRANVILLE, PA
**Vehicle Identification Number** 1FT7W2B60BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0

-47-

Class Action Complaint
Case No.

**DEATHS0**

TRAVELING ON A HIGHWAY AND HIT A SLIGHT BUMP AND A VIOLENT SHAKING STARTED. THE BRAKES WERE APPLIED AND I MANAGED TO PULL ONTO THE SHOULDER. THE SHAKING CONTINUED UNTIL THE TRUCK STOPPED. ALMOST LOST CONTROL OF THE VEHICLE. AFTER INSPECTING THE VEHICLE, FINDING NOTHING WRONG, I CONTINUED TO MY DESTINATION.  AN INTERNET SEARCH SHOWS THIS IS A COMMON PROBLEM, AND THE REPORTS I READ MOST CONSIDER IT A VERY DANGEROUS PROBLEM. *TR

**1 Affected Product**

July 21, 2013 **NHTSA ID NUMBER: 10526016**
**Components: STEERING, WHEELS, SUSPENSION**
**NHTSA ID Number:** 10526016
**Incident Date** July 4, 2013
**Consumer Location** DALLAS, TX
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I HAVE HAD REPEATED ISSUES WITH THE STEERING OF MY TRUCK. I HAVE TAKEN IT IN TO THE FORD DEALERSHIP FOR THE LAST 2 YEARS AND HAVE BEEN UNABLE TO GET THIS RESOLVED. THE ISSUE IS KNOWN AS THE "DEATH WOBBLE". I WAS UNAWARE OF HOW COMMON THIS ISSUE WAS UNTIL I STARTED READING FORMS WHERE MANY PEOPLE HAVE HAD THE SAME COMPLAINT. I HAVE NEARLY LOST CONTROL OF MY TRUCK WAY TOO MANY TIMES. *TR

**1 Affected Product**

June 10, 2014 **NHTSA ID NUMBER: 10597434**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10597434
**Incident Date** May 1, 2014
**Consumer Location** EL PASO, TX
**Vehicle Identification Number** 1FT7W2BT8BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
MY TRUCK STARTS SHAKING VIOLENTLY AT 40-60 MPH. STEERING CONTROL IS LOST AND CAN ONLY BE REGAINED BY COMING TO A COMPLETE STOP. TRUCK WILL NOT SWITCH LANES AND PULLING OVER TO THE SHOULDER IS IMPOSSIBLE DUE TO LOSS OF STEERING.   SHAKING IS VIOLENT TO THE POINT OF LOOSENING BOLTS.   TAKEN TO

-48-

Class Action Complaint
Case No.

DEALER TO BE CHECKED UNDER WARRANTY. THEY CLAIMED IT WAS AIR PRESSURE OR THE NEED FOR NEW TIRES. THE VEHICLES TIRES ARE IN GOOD CONDITION AND AIR PRESSURE IS SET AT FACTORY RECOMMENDED LEVELS. FORD SAYS THIS BEHAVIOR IS NORMAL. A SERIOUS ACCIDENT EXTREMELY POSSIBLE. AN INDEPENDENT SUSPENSION SHOP CLAIMS ISSUE IS DUE TO DEFECTIVE BALL JOINTS, LACK OF STEERING DAMPER, AND DEFECTIVE CONTROL ARMS. *TR

**1 Affected Product**

---

October 23, 2014 **NHTSA ID NUMBER: 10649518**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10649518
**Incident Date** October 22, 2014
**Consumer Location** ZEBULON, NC
**Vehicle Identification Number** 1FT7W2BT9BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
MY HUSBAND WAS DRIVING THROUGH A ROAD CONSTRUCTION WORK ZONE WHEN SUDDENLY THE STEERING WHEEL STARTED SHAKING VIOLENTLY AND JUMPED OUT OF HIS HANDS . HE LOST CONTROL OF THE TRUCK . THE OTHER DRIVERS WERE ABLE TO COMPENSATE FOR THE OUT OF CONTROL TRUCK AND AN ACCIDENT WAS AVOIDED . I WENT ON TO RESEARCH THIS ISSUE . I FOUND A FORUM WITH MANY OTHERS HAVING THE SAME ISSUE . MY HUSBAND TOOK IT TO THE LOCAL DEALERSHIP WHERE THEY SAY THEY HAVE NO KNOWLEDGE OF SUCH ISSUES . THEY TOLD HIM IT WAS POOR TIRE PRESSURE OR OUT OF ALIGNMENT . MY HUSBAND HAD BOTH CHECKED AND THERE WAS NO PROBLEM . I FEAR IT IS JUST A MATTER OF TIME BEFORE THERE IS A SEVERE ACCIDENT DUE TO THIS ISSUE . THE OTHERS SAY THE VEHICLE CONTINUES TO DO THE" DEATH WOBBLE" AS IT HAS BEEN COINED ONLINE . PLEASE HAVE SOMEONE LOOK INTO THIS PROBLEM . I HAVE ALSO EMAILED FORD MOTOR COMPANY . *TR

**1 Affected Product**

---

August 27, 2015 **NHTSA ID NUMBER: 10759761**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10759761
**Incident Date** August 22, 2015
**Consumer Location** BENNINGTON, NH
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0

Class Action Complaint
Case No.

DEATHS0

PURCHASED 2011 F-250 86000 MILES ON IT. GOING HOME ON THE HIGHWAY RIGHT AFTER I BOUGHT THE TRUCK WE WENT OVER A ROUGH PATCH OF ROAD AND THE TRUCK VIBRATED AND SHOOK SO BAD WE NEARLY LOST CONTROL. HAD TO STOP ON A BUSY HIGHWAY SHOULDER AND LOOK TO SEE IF WE HAD A FLAT TIRE. NOTHING OBVIOUS BUT BROUGHT IT TO OUR MECHANIC ANYWAYS A COUPLE DAYS LATER. EVERY BUMP ON THE ROAD WILL NOW CAUSE THIS REACTION AND AT HIGHWAY SPEEDS COULD BE DEVASTATING. OUR MECHANIC IS GOING TO TRY A NEW STEERING STABILIZER AND FRONT AXLE JOINTS BUT I FEAR THIS TRUCK HAS THE DREADED "DEATH WOBBLE". VERY DANGEROUS ISSUE THAT FORD WILL NOT ADDRESS.

**1 Affected Product**

December 6, 2016 **NHTSA ID NUMBER: 10930180**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10930180
**Incident Date** October 15, 2016
**Consumer Location** WILLIS, TX
**Vehicle Identification Number** 1FT7W2BT0BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING 70 MPH, THE CONTACT LOST CONTROL OF THE VEHICLE. IT TOOK SEVERAL SECONDS FOR THE CONTACT TO REGAIN CONTROL. THE FAILURE RECURRED SEVERAL TIMES. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE SUSPENSION SYSTEM FAILED. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 100,000.

**1 Affected Product**

May 9, 2018 **NHTSA ID NUMBER: 11092739**
**Components: SUSPENSION**
**NHTSA ID Number:** 11092739
**Incident Date** March 14, 2018
**Consumer Location** STANSBURY PARK, UT
**Vehicle Identification Number** 1FT7W2BTXBE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I BOUGHT THIS TRUCK CERTIFIED USED IN 2011 WITH APPROXIMATELY 9000 MILE ON IT. MY PROBLEM STARTED WHEN THE TRUCK HAD ABOUT 20000 MILES, MORE OR LESS.

Class Action Complaint
Case No.

IT EXPERIENCES THE FAMOUS FORD DEATH WOBBLE REPEATEDLY WHEN DRIVING AT HIGHWAY SPEED AND ENCOUNTERING A SMALL BUMP OR HOLE IN A ROAD. IT IS PARTICULARLY BAD WHEN TRAVELING BETWEEN 50 AND 65 MPH AND MAKING SLIGHT LEFT TURN AS MAY BE ENCOUNTERED ON A FREEWAY ENTRANCE OR EXIT. THE SHAKING IS SO BAD THAT STEERING CONTROL CAN BE TOTALLY LOST. THE ONLY WAY TO STOP THE SHAKING IS TO COME TO NEARLY A FULL STOP WHICH CAN BE EXCEPTIONALLY DANGEROUS ON HIGH SPEED FREEWAYS AND HIGHWAYS. I HAVE READ AND HEARD OF MANY OTHER COMPLAINTS OF THE SAME NATURE INVOLVING FORD PICKUPS FOR 2011 AND OTHER YEARS. EACH TIME THE PROBLEM SEEMS TO BE BEING IGNORED BY FORD AS "NORMAL" OR BY THE NHTSA DUE TO THE LACK OR A RECALL OR SUGGESTED FIX.

**1 Affected Product**

November 29, 2012 **NHTSA ID NUMBER: 10486413**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10486413
**Incident Date** November 25, 2012
**Consumer Location** BENSON, VT
**Vehicle Identification Number** 1FTRF3DTXBE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THE TRUCK VIOLENTLY STARTED SHAKING AFTER HITTING SEVERAL SMALL BUMPS IN ROAD. ALMOST LOST CONTROL OF TRUCK. IN ORDER FOR SHAKING TO STOP I HAD TO SLOW TRUCK DOWN TO 25 MPH. I ALMOST WAS REAR ENDED BY A TRUCK FOLLOWING ME. THE SHAKE FEELS LIKE THE FRONT WHEELS ARE ABOUT TO COME OFF. THIS HAS HAPPENED ALMOST A DOZEN TIMES SINCE THE TRUCK WAS BOUGHT NEW. *TR

**1 Affected Product**

June 7, 2015 **NHTSA ID NUMBER: 10723796**
**Components: STEERING**
**NHTSA ID Number:** 10723796
**Incident Date June 6, 2015**
**Consumer Location** FARIBAULT, MN
**Vehicle Identification Number** 1FT8W3BT7BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

Class Action Complaint
Case No.

I LOST STEERING IN THE TRUCK. THE STEERING WHEEL TURNED LEFT TO RIGHT AND VISE VERSA WITH A LOT OF PLAY. IT HAPPENS RANDOMLY. THE FRONT END WILL SHAKES BECAUSE OF NO STEERING MAKING THE TRUCK UNCONTROLLABLE. IT IS VERY RANDOM WHEN IT HAPPENS AND HAS HAPPENED AT INTERSTATE SPEED. THE DEALER SAYS THERE IS NOTHING WRONG AND HAVE REPLACED TIE ROD ENDS ALONG WITH BRAKES.

**1 Affected Product**

March 15, 2013 **NHTSA ID NUMBER: 10503219**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10503219
**Incident Date** January 15, 2013
**Consumer Location** WEST MONROE, LA
**Vehicle Identification Number** 1FT7W2BT7CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING 60 MPH, TRUCK HIT IRREGULARITIES IN THE ROAD. VEHICLE STARTED SHAKING VIOLENTLY AND LOST CONTROL OF THE STEERING. VEHICLE HAD TO BE SLOWED TO 10-15 MPH BEFORE THE SHAKING STOPPED. NO ACCIDENT OR INJURY OCCURRED ON THIS INCIDENT. TRUCK WAS TAKEN TO DEALER AND TRACK BAR ASSY / BUSHING WAS REPLACED. THE SECOND SERIOUS INCIDENT WAS @ 48,000 MILES A MERE 11,000 MILES LATER. WHILE TRAVELING 55-60 MPH THROUGH A LEFT HAND CURVE AND CROSSING ANOTHER IRREGULARITY IN THE ROAD (BRIDGE-PAVEMENT JOINT) THE TRUCK AGAIN BEGAN SHAKING VIOLENTLY AND CAUSED THE VEHICLE TO GO INTO THE ONCOMING LANE OF TRAFFIC WHERE A LOG TRUCK WAS TRAVELING. THE LOG TRUCK WAS ABLE TO GET ON THE SHOULDER OF THE ROAD IN TIME TO PREVENT AN ACCIDENT. AGAIN THE TRUCK HAD TO BE SLOWED TO ALMOST A COMPLETE STOP BEFORE THE SHAKING STOPPED. TRUCK WAS TAKEN TO DEALER AGAIN AND THE ONLY THING REPLACED WAS THE TRACK BAR BUSHING. THIS VEHICLE IS NOT SAFE! *TR

**1 Affected Product**

November 16, 2016 **NHTSA ID NUMBER: 10926570**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10926570
**Incident Date** March 9, 2016
**Consumer Location** LAFAYETTE, LA
**Vehicle Identification Number** 1FT7W2BT0CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No

Class Action Complaint
Case No.

**INJURIES**0
**DEATHS**0
WHILE DRIVING AT SPEEDS ABOVE 50 MPH ON BOTH CITY AND HIGHWAY ROADS THE FRONT END AND STEERING WHEEL START TO WOBBLE AND VIBRATE TO A POINT WHERE CONTROL OF THE VEHICLE IS ALMOST LOST. THE ONLY WAY TO REMEDY THE WOBBLE/VIBRATION IS TO HIT THE BRAKES AND SLOW THE VEHICLE DOWN. THIS ONLY OCCURS WHEN DRIVING OVER UNEVEN PAVEMENT, POT HOLES OR WASHBOARD ROADS. MY RESEARCH HAS REVEALED THAT THIS IS A VERY COMMON PROBLEM WITH THE F250S AND IS COMMONLY REFERRED TO AS THE "DEATH WOBBLE". THE 2 DEALERS I BROUGHT IT TO EVEN AGREED THAT IT IS A COMMON PROBLEM THAT THEY HAVE BEEN DEALING WITH. THIS PROBLEMS OCCURS ALMOST EVERY HIGHWAY TRIP I TAKE.
**1 Affected Product**

January 17, 2018 **NHTSA ID NUMBER: 11063319**
**Components: STEERING**
**NHTSA ID Number:** 11063319
**Incident Date** January 1, 2018
**Consumer Location** ARCADIA, FL
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2012 FORD F-250. WHILE DRIVING 65 MPH, THE CONTACT DROVE IN THE MIDDLE TWO LANES TO AVOID A COLLISION WITH A VEHICLE THAT HAD PULLED OVER TO THE SIDE OF THE ROAD AND OPENED THE DRIVER'S DOOR. WHILE PASSING THE OTHER VEHICLE, THE CONTACT'S VEHICLE SHOOK VIOLENTLY AND THE CONTACT LOST CONTROL OF THE VEHICLE. ALSO, THE BRAKE PEDAL FAILED TO OPERATE. THE CONTACT WAS ABLE TO REGAIN CONTROL OF THE VEHICLE ONCE THE SPEED SLOWED DOWN TO 35 MPH. THE VEHICLE WAS TAKEN TO DESOTO AUTOMALL (3039 SE 70, ARCADIA, FL 34266) WHERE IT WAS DIAGNOSED THAT THE FAILURE WAS CALLED THE "FORD DEATH WOBBLE". THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS ALSO CONTACTED AND DID NOT ASSIST. THE FAILURE MILEAGE WAS 128,000. THE VIN WAS UNAVAILABLE.
**1 Affected Product**

February 10, 2014 **NHTSA ID NUMBER: 10563791**
**Components: WHEELS, STEERING, SUSPENSION**
**NHTSA ID Number:** 10563791
**Incident Date** February 8, 2014
**Consumer Location** Unknown
**Vehicle Identification Number** 1FT8W3BT0CE****
**Summary of Complaint**

-53-

Class Action Complaint
Case No.

**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THIS IS PROBABLY ABOUT THE 30TH TIME MY FORD F-350 HAS HAD A DEATH WOBBLE. THIS TIME I WAS DRIVING ON HIGHWAY 69 BETWEEN PRESCOTT VALLEY AND PRESCOTT WHEN IT STARTED. IT WAS SHAKING SO BAD THAT I ALMOST LOST CONTROL AND HIT THE MEDIAN. THE OTHER VEHICLES MUST HAVE NOTICED THE VEHICLE SHAKING BECAUSE ALL OF THE TRAFFIC AROUND ME BACKED WAY OFF. ONCE AGAIN I REPORTED IT TO FORD AND TOOK IT IN RIGHT AWAY. THEY TOLD ME AGAIN THAT IF IT DID NOT DO IT FOR THEM THERE WAS NOTHING THEY COULD DO FOR ME AND SENT ME HOME WITH MY VEHICLE. THIS SEEMS TO BE A PROBLEM WITH THE FORD F-350 BUT FORD REFUSES TO RECALL OR FIX IT. I FOUND TONS OF INFORMATION ONLINE ABOUT THE ISSUE AS WELL AS YOUTUBE VIDEOS TAKEN OF THE EVENTS HAPPENING. *TR
**1 Affected Product**

August 21, 2014 **NHTSA ID NUMBER: 10627327**
**Components: SUSPENSION**
**NHTSA ID Number:** 10627327
**Incident Date July 16, 2014**
**Consumer Location** HOUSTON, TX
**Vehicle Identification Number** 1FT7W2A65DE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
COMING BACK FROM A TRIP ON I-10 DRIVING HIGHWAY SPEED I HIT A SMALL POT HOLE. THE TRUCK JUMP TO THE RIGHT, ALMOST LOST IT. THIS HAS HAPPENED A NUMBER OF TIMES. SPOKE WITH DEALER, THEY STATED TO LET SOME AIR OUT OF THE TIRES. AT THIS POINT AND TIME I HAVE NOT LET ANY AIR OUT. I FEEL IT HAS SOMETHING TO DO WITH THE SUSPENSION. *TR
**1 Affected Product**

March 11, 2015 **NHTSA ID NUMBER: 10693753**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10693753
**Incident Date** January 14, 2014
**Consumer Location** AMARILLO, TX
**Vehicle Identification Number** 1FT7W2BT3DE****
**Summary of Complaint**
**CRASH**No
**FIRE**No

Class Action Complaint
Case No.

**INJURIES**0

**DEATHS**0

I WAS DRIVING DOWN HIGHWAY AT 65 MPH AND HIT BUMP IN ROAD. THE TRUCK WENT INTO A MASSIVE VIBRATION ALMOST LOST CONTROL OF VEHICLE HAD TO SLOW DOWN TO ALMOST 35 MPH VIBRATION STOPPED AND CONTINUED ON DOWN HIGHWAY! TOOK INTO FORD DEALERSHIP AND THEY SAID THAT THE TRACK BAR HAD LOOSE BUSHINGS!! THEY WANTED 1200 TO FIX SAID THAT MY WARRANTY WAS OUT ON THAT PART AT 35,000 MILES TRUCK ONLY HAS 40,000 ON IT I THINK THE VIBRATION ALSO CAUSED LEAK IN RADIATOR AND OF COURSE NO HELP FROM FORD!!!!!

**1 Affected Product**

---

August 27, 2017 **NHTSA ID NUMBER: 11019943**

**Components: STEERING, SUSPENSION**

**NHTSA ID Number:** 11019943

**Incident Date** August 24, 2017

**Consumer Location** LOUISVILLE, CO

**Vehicle Identification Number** 1FT7X2B67FE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THERE IS AN ISSUE WITH THE TRUCK LOSING STEERING WHEN ENCOUNTERING BUMPY ROADS OR MULTIPLE POTHOLES IN A ROW WHENEVER SPEED IS ABOVE 30 MPH. AT HIGHWAY SPEEDS I HAVE LITERALLY LOST CONTROL ENOUGH THAT I CROSS LANES, UNCONTROLLABLY BECAUSE I HAVE ENCOUNTERED DEFECTS IN THE ROAD SURFACE. I HAVE TRAVELED ACROSS THE SAME ROAD SURFACE IN OTHER VEHICLES AT SIMILAR SPEEDS AND HAVE NO NOTICABLE EFFECTS. THE 2015 F250 SD HAS THE SAME LOSS IN CONTROL EVERY TIME.

**1 Affected Product**

---

October 30, 2016 **NHTSA ID NUMBER: 10920115**

**Components: ELECTRONIC STABILITY CONTROL, SUSPENSION, POWER TRAIN**

**NHTSA ID Number:** 10920115

**Incident Date** October 30, 2016

**Consumer Location** STRASBURG, OH

**Vehicle Identification Number** 1FTBF2B65GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS DRIVING DOWN THE HIGHWAY AND ALL OF A SUDDEN TWICE WITHIN 10 MILES OF EACH OTHER MY TRUCK STARTED VIOLENTLY SHAKING ALOST SENDING ME INTO

-55-

Class Action Complaint

Case No.

ANOTHER LANE AND LOSING CONTROL. HAD TO SLOW DOWN ALMOST TO A STOP BEFORE IT WOULD QUIT. *TR
**1 Affected Product**

March 19, 2018 **NHTSA ID NUMBER: 11080186**
**Components: ELECTRICAL SYSTEM, STEERING, SUSPENSION**
**NHTSA ID Number:** 11080186
**Incident Date** January 11, 2018
**Consumer Location** VILLA RICA, GA
**Vehicle Identification Number** 1FT7W2B61HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I PURCHASED MY 2017 FORD F 250 SUPER DUTY 4X4 IN SEPTEMBER OF 2017. I FIRST NOTICED AN ISSUE WITH THE SUSPENSION WHEN HITTING A BUMP IN THE ROAD AT 60 MPH AND ALMOST LOST CONTROL OF THE TRUCK. LUCKILY I WAS ABLE TO SLOW DOWN AND REGAIN CONTROL. I BEGIN TO DO SOME RESEARCH AND LEARN OF THE DEATH WOBBLE THAT FORD IS AWARE OF, I WILL NOW TAKE MY VEHICLE IN TO HAVE THE SUSPENSION CHECKED. SECONDLY, I HAVE BEEN HAVING ISSUE'S WITH MY SYNC3 SYSTEM, BLUETOOTH, CLIMATE CONTROL, EASY ENTRY AND EXIT FOR THE DRIVERS SEAT AND THE APPLE CAR PLAY FEATURE. AFTER TAKING MY VEHICLE TO THE SHOP, I WAS TOLD THE SYNC3 SYSTEM, A COUPLE MODULES AND THE CHASSIS HARNESS WAS REPLACED TO CORRECT THE ISSUE'S. I HAVE TAKEN MY TRUCK TO FORD THREE TIME FOR THE SYNC3 MALFUNCTION AND WAS TOLD NOT TO USE THE BLUETOOTH STREAMING WITH APPLE PRODUCTS, WHICH DOESN'T MAKE SENSE IF IT'S SUPPOSE TO WORK. I HAVE CONTACT FORD FOR A BUY BACK AND THE ANSWER OF COURSE WAS "NO" I HAVE TO TAKE IT TO THE SHOP A FEW MORE TIMES FOR THE SAME REPAIR AND IT HAS ALREADY BEEN IN THE SHOP MORE FOR THE SYNC3 ISSUE THAN ANY OTHER ISSUE'S. HOPEFULLY FORD FIGURES OUT THERE ISSUE'S AND OFFER GREATER CUSTOMER SUPPORT FOR A NOT SO CHEAP VEHICLE.
**1 Affected Product**

October 10, 2018 **NHTSA ID NUMBER: 11139458**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11139458
**Incident Date** October 6, 2018
**Consumer Location** MECHANICSVILLE, VA
**Vehicle Identification Number** 1FT7W2BT5HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0

Class Action Complaint
Case No.

**DEATHS0**

WHILE TRAVELING AT APPROXIMATELY 40-45 MPH, WHEN I HIT A BUMP OR SERIES OF BUMPS THE FRONT END TENDS TO "JUMP" IF I'M CORNERING OR WILL BOUNCE THE FRONT END THAT EFFECTS THE STEERING OF THE TRUCK. AT HIGHWAY SPEEDS (70MPH) GOING STRAIGHT HIT A COUPLE BUMPS IN THE ROAD AND THE TRUCKS FRONT END STARTED VIOLENTLY BOUNCING TO THE POINT I HAD TO SLOW WAY DOWN TO LESS THAN 10MPH BEFORE IT SMOOTHED BACK OUT. THIS IS A VERY SCARY THING TO HAPPEN AT THOSE SPEEDS. I COULD HAVE EASILY LOST CONTROL AND CAUSED A HORRIBLE ACCIDENT.

**1 Affected Product**

---

November 21, 2018 **NHTSA ID NUMBER: 11153165**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11153165
**Incident Date** November 12, 2018
**Consumer Location** WALLER, TX
**Vehicle Identification Number** 1FT7W2BT2HE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WHILE DRIVING ABOUT 55 MPH ON A RURAL ROAD , I HIT A WASHBOARD SPOT IN THE ROAD . THE STEERING WHEEL STARTING OSCILLATING WILDLY . I ALMOST LOST CONTROL OF THE TRUCK AS THE FRONT END SEEMED LIKE IT WAS BOUNCING DOWN THE ROAD . I HAD TO SLOW DOWN TO ABOUT 20 MPH BEFORE THE TRUCK RECOVERED . FORTUNATELY I WAS ON A RURAL ROAD AND HAD NO SIDE BY SIDE TRAFFIC AS THAT COULD HAVE BEEN CATASTROPHIC.

**1 Affected Product**

---

November 30, 2018 **NHTSA ID NUMBER: 11155263**
**Components: SUSPENSION**
**NHTSA ID Number:** 11155263
**Incident Date** November 30, 2018
**Consumer Location** HESPERIA, CA
**Vehicle Identification Number** 1FT7W2B67HE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WHILE DRIVING AT FREEWAY SPEEDS TODAY I CROSSED A ROUGH SPOT ON THE FREEWAY. MY STEERING BEGAN TO SHAKE VIOLENTLY FROM LEFT TO RIGHT AND THE TRUCK STARTED VIOLENTLY SHAKING. IF IT HADN'T BEEN FOR LIGHT TRAFFIC

Class Action Complaint
Case No.

ALLOWING ME TO MOVE OVER TO THE SHOULD QUICKLY THEN I WOULD HAVE LOST CONTROL OF THE TRUCK. IT WAS TERRIFYING. AFTER DOING A QUICK SEARCH ONLINE ABOUT THE PROBLEM I FOUND NUMEROUS WEB PAGES ADDRESSING THIS ISSUE. WHY HAS THIS NOT BEEN ADDRESSED? NO ONE IS GETTING HELP FROM FORD. SOME ONE IS GOING TO DIE.

**1 Affected Product**

January 24, 2019 **NHTSA ID NUMBER: 11171762**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11171762
**Incident Date** January 23, 2019
**Consumer Location** APPLE VALLEY, CA
**Vehicle Identification Number** 1FT7W2BT5HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DRIVING AT 65-70 MPH ON A CONCRETE PAVED HIGHWAY. HIT A ROUGH PATCH OF PAVEMENT OR EXPANSION JOINT, AND THE FRONT END BEGAN SHAKING VIOLENTLY, AS IF ONE OR BOTH OF THE FRONT TIRES HAD FLATTED. I COULD SEE THE HOOD SHAKING. THE STEERING WHEEL ALSO OSCILLATED SIGNIFICANTLY. I ALMOST LOST CONTROL OF THE VEHICE. I LET OFF THE ACCELERATOR AND LIGHTLY BRAKED TO ABOUT 45MPH BEFORE THE SHAKING AND OSCILLATION STOPPED. FORD DOES HAVE A TSB OUT ON THE ISSUE TSB 18-2268, BUT THEY ARE ONLY REPLACING PARTS THAT HAVE WORN OUT, NOT THE HIDDEN ISSUE THAT IS CAUSING HEAVY DUTY SUSPENSION PARTS TO WEAR OUT SO QUICKLY.

**1 Affected Product**

October 26, 2018 **NHTSA ID NUMBER: 11142999**
**Components: STEERING**
**NHTSA ID Number:** 11142999
**Incident Date** October 26, 2018
**Consumer Location** JONESBORO, AR
**Vehicle Identification Number** 1FT7W2B68HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FRONT END SHAKES UNCONTROLLABLY WHEN DRIVING OVER BUMPS/PITS IN THE PAVED ROADWAY AT 40+ MPH. THIS DOES NOT ALWAYS OCCUR. WHEN IT DOES, I MUST IMMEDIATELY BRAKE TO SLOW THE TRUCK TO 20MPH OR LESS TO REGAIN CONTROL. TODAY WAS THE WORST OCCURRENCE - COMPLETELY LOST CONTROL AND

Class Action Complaint
Case No.

SWERVED OVER BOTH ADJACENT LANES BEFORE RECOVERING. WAS TRAVELING AT 65 MPH. NO TRAFFIC NEAR, SO NO ACCIDENT OCCURRED. WHEN DRIVING OVER A BRIDGE EXPANSION JOINT, TRUCK STEERING WHEEL CANNOT BE HELD FIRM DUE TO REACTION TO THE EXPANSION JOINT AND THE STEERING. ALL THESE HAVE OCCURRED ON BOTH PAVED COUNTY ROADS, STATE HIGHWAYS, AND INTERSTATES AND DRIVING STRAIGHT AHEAD.

**1 Affected Product**

November 13, 2018 **NHTSA ID NUMBER: 11151224**
**Components: STEERING**
**NHTSA ID Number:** 11151224
**Incident Date** October 27, 2018
**Consumer Location** GRIMESLAND, NC
**Vehicle Identification Number** 1FT7W2B65HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-250. WHILE DRIVING APPROXIMATELY 70 MPH, THE VEHICLE SHOOK VIOLENTLY AND THE STEERING WHEEL TURNED RIGHT AND LEFT. THE CONTACT ALMOST LOST CONTROL OF THE VEHICLE. THERE WAS NO WARNING INDICATOR ILLUMINATED. THE FAILURE RECURRED. THE VEHICLE WAS TAKEN TO DEACON JONES FORD-LINCOLN, INC. (919-736-3387, LOCATED AT 3301 MCLAIN ST, GOLDSBORO, NC 27534) WHERE IT WAS STATED THAT THE FAILURE WAS A KNOWN OCCURRENCE, BUT THERE WAS NEITHER A RECALL NOR A QUALIFIED TECHNICIAN TO REMEDY THE FAILURE. THE TECHNICIAN STATED THAT THE VEHICLE WAS NOT MANUFACTURED BY THE DEALER. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND PROVIDED A CASE NUMBER. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 24,000.

**1 Affected Product**

November 18, 2018 **NHTSA ID NUMBER: 11152254**
**Components: STEERING**
**NHTSA ID Number:** 11152254
**Incident Date** November 17, 2018
**Consumer Location** SYRACUSE, UT
**Vehicle Identification Number** 1FT7W2B65HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**1
**DEATHS**0

Class Action Complaint
Case No.

17 NOV 2018, WIFE AND I WERE TRAVELING SB ON I-15 NEAR BOUNTIFUL, UT GOING ABOUT 70MPH WHEN I WENT OVER A BUMP (WHERE THE ROAD TURNS INTO A BRIDGE). THE VEHICLE IMMEDIATELY STARTED TO DO A DEATH WOBBLE AND WE LOST CONTROL OF THE VEHICLE. BREAKS WERE VERY SLUGGISH DUE TO THE FRONT TIRES NOT MAKING CONTACT WITH THE ROAD. WE WERE ABLE TO REGAIN CONTROL AND PULL OVER AND INSPECT THE TIRES TO FIND NOTHING WRONG. WE TOOK THE TRUCK TO LES SCHWAB WHERE THEY INFORMED US THAT WE HAVE SEVERAL LOOSE AND BROKEN PARTS. THE DEALERS WERE CLOSED OR UNABLE TO GET US IN ON SATURDAY. THE TRUCK IS A 2017 F-250 CREW CAB, 100% STOCK. IF I WAS PULLING A TRAILER, I WOULD HAVE LOST COMPLETE CONTROL AND WOULD HAVE BEEN IN AN ACCIDENT. THIS IS A MAJOR SAFETY ISSUE IF THIS TRUCK CANNOT GO DOWN A HIGHWAY WITHOUT A DEATH WOBBLE. SOMEONE OF LESSER DRIVING SKILL WILL NOT KNOW WHAT TO DO AND THIS TRUCK COULD KILL SOMEONE.  VIDEO OF THE EVENT: HTTPS://WWW.YOUTUBE.COM/WATCH?V=JQFTGQKDKPG  YOU CAN SEE IN THE VIDEO THAT AS SOON AS I CROSS OVER THE BRIDGE, THE TRUCK REACTS TO IT AND STARTS TO VIOLENTLY SHAKE. THE HOOD CAN CLEARLY BE SEEN VIBRATING AND THE DASH CAM RECORDS AND SAVED THE EVENT AS A CRASH.

**1 Affected Product**

December 10, 2018 **NHTSA ID NUMBER: 11157283**
**Components: STEERING**
**NHTSA ID Number:** 11157283
**Incident Date** December 8, 2018
**Consumer Location** LITTLETON, CO
**Vehicle Identification Number** 1FT7W2BT7HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING ON AN INTERSTATE BETWEEN 60 & 65 MPH I HIT A BUMP AND IMMEDIATELY ENCOUNTERED A SEVERE VIBRATION FROM THE FRONT END THROUGH THE STEERING WHEEL. THE VIBRATION WAS SO SUDDEN AND VIOLENT THAT I NEARLY LOST CONTROL. I IMMEDIATELY SLOWED THE VEHICLE AND AT APPROXIMATELY 50 MPH THE VIBRATION STOPPED. I EXITED THE HIGHWAY AND STOPPED IN A PARKING LOT. I REMOVED THE WHEEL COVERS AND VERIFIED THAT THE LUG NUTS WHERE TIGHT AND THAT THE TIRES WHERE IN GOOD OPERATING CONDITION. I ALSO INSPECTED THE STEERING LINKAGE AND FOUND NOTHING WRONG. AT THIS POINT I CHALKED IT UP TO THE HIGHWAY AND WENT ABOUT MY BUSINESS. THE NEXT DAY WHILE DRIVING MY FAMILY IT HAPPENED AGAIN. AT THIS POINT I PARKED MY TRUCK AND NOW WILL BE TAKING IT TO THE DEALERSHIP FOR TROUBLESHOOTING. I GOOGLED THE ISSUE AND THERE ARE PAGES OF COMPLAINTS/ISSUES WITH THIS SAME SCENARIO AND IS DEEMED "DEATH WOBBLE".

**1 Affected Product**

Class Action Complaint
Case No.

February 21, 2018 **NHTSA ID NUMBER: 11074031**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11074031
**Incident Date** February 2, 2018
**Consumer Location** MIDLAND, TX
**Vehicle Identification Number** 1FT8W3BT3HE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
IN MOTION ON A HIGHWAY AT 70 MILES PER HOUR.THE TRUCK HIT AN UNEVEN
CONDITION ON THE ROAD.THE TRUCKS STEERING CAPABILITY WAS TOTALLY
LOST.THE FRONT WHEELS WERE VIOLENTLY SHAKING.THE TIRES AND WHEELS WERE
SERVERLY BOUNCING.SLIGHT BRAKING MADE THE UNCONTROLLABLE CONDITION
WORSE.THE VEHICLE SLOWLY LEFT THE HIGHWAY ONTO THE RIGHT AWAY.THE SPEED
WAS APPROXIMATELY 50 MPH WHEN IT LEFT THE PAVED HIGHWAY.THE FRONT
WHEELS WERE STILL VIOLENTLY SHAKING AND BOUNCING.AT THIS POINT STILL WITH
NO STEERING THE TRUCK BEGAN TO SPIN OUT OF CONTROL.IT FINALLY ENDED UP
STUCK IN A DITCH 30 TO 40 YARDS OFF THE HIGHWAY.THE SHAKING AND BOUNCING
DIDN'T STOP UNTIL THE VEHICLE CAME TO A COMPLETE STOP.AFTER MUCH
RESEARCH I LEANED THAT THIS MECHANICAL STEERING PROBLEM HAS BEEN A
REACURING MALFUNCTION.IT HAS BEEN NAMED THE DEATH WOBBLE.HOW CAN FORD
CONTINUE TO MANUFACTURE A PRODUCT WITH DOCUMENTED EXTREME SAFETY
ISSUES.ITS OBVIOUS THAT FORD HAS MADE THIS EXTREMELY DANGEROUS
CONDITION AN ONGOING PROCESS.IM AMAZAED THAT WITH ALL THE PAST
COMPLAINTS CONCERNING THE DEATH WOBBLE THAT ITS BECOME NOTHING MORE
THAN A BAND-AID FIX.PLEASE ADDRESS AND CORRECT THIS ONGOING NEGLIGENT
MANUFACTURING PROCESS THAT FORD CONTINUES.THEY KNOWINGLY CONTINUE TO
PLACE INNOCENT CONSUMERS INTO A LIFE OR POSSIBLE DEATH SITUATION.
**1 Affected Product**

October 11, 2018 **NHTSA ID NUMBER: 11139700**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11139700
**Incident Date** October 10, 2018
**Consumer Location** SALEM, MO
**Vehicle Identification Number** 1FT8W3BTXHE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**

Class Action Complaint
Case No.

I OWN A 2017 FORD F-350. THIS TRUCK IS FULLY STOCK, NO MODS OF ANY KIND. NO ABUSE. MAINTENANCE IS ALWAYS ON TIME AND TIRES ARE ALWAYS ROTATED AND BALANCED EVERY 5000 MILES. IN MAY 2018, I WAS DRIVING ALONG A STRAIGHT MODERATELY BUMPY ROAD AT ABOUT 40 MILES PER HOUR AND MY TRUCK WENT INTO THE DEATH RATTLE. THE FRONT END SHOOK SO HARD I ALMOST LOST CONTROL. I HAD TO COME TO A COMPLETE STOP TO GET THE SHAKING TO STOP. THE MILEAGE WAS APPROXIMATELY 24,000 MILES. IT HASN'T HAPPENED AGAIN UNTIL YESTERDAY, 10/10/18. I WAS TRAVELING ON A NEWLY PAVED ROAD AT 30 MPH. I HIT A SLIGHT BUMP AND THE TRUCK WENT INTO THE DEATH RATTLE AGAIN. I HAD TO SLOW DOWN TO ABOUT 5 MPH TO REGAIN CONTROL OF THE VEHICLE. I HAD ABOUT 3 MILES TIL I GOT HOME. I CRAWLED AT ABOUT 15 MPH WITH NO PROBLEMS. I STOPPED AT THE STOP SIGN ABOUT 60 FEET FROM MY HOME, STARTED TO TAKE OFF AT AN EXTREME CRAWL AND IT STARTED SHAKING AGAIN. THE MILEAGE WAS APPROXIMATELY 36,036. I HAVE CHILDREN AND THIS IS DANGEROUS! MY KIDS ARE ALWAYS WITH ME AND I CAN'T RISK THEIR LIVES BECAUSE FORD HASN'T COME UP WITH A SOLUTION TO THIS PROBLEM. SOMEONE NEEDS TO MAKE FORD FIX THIS. IT IS A DESIGN FLAW, AS I HAVE COME TO FIND OUT. THIS IS GOING TO KILL SOMEONE.

**1 Affected Product**

December 10, 2018 **NHTSA ID NUMBER: 11157298**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11157298
**Incident Date** December 8, 2018
**Consumer Location** DRIFTWOOD, TX
**Vehicle Identification Number** 1FT7W2BT0JE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
AT 7909 MILES SINCE NEW THE VEHICLE EXHIBITED A VIOLENT OSCILLATION OF THE STEERING WHEEL COUPLED WITH ENORMOUS SHAKING IN THE FRONT SUSPENSION, INDUCED INSTANTLY AFTER CROSSING A BRIDGE TRANSITION ON AN INTERSTATE HIGHWAY AT APPROXIMATELY 65 MPH. I NEARLY LOST CONTROL OF THE VEHICLE AND WAS FORCED TO STOP THE VEHICLE ON THE ROAD SHOULDER TO GET IT TO STOP THE OSCILLATION. THE SHAKING WAS SO VIOLENT IT ALSO CRACKED THE REAR HALF OF THE DUAL PANEL SUNROOF GLASS.

**1 Affected Product**

January 16, 2019 **NHTSA ID NUMBER: 11170395**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 11170395
**Incident Date** January 14, 2018
**Consumer Location** BALDWINSVILLE, NY

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FT7W2B67JE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
AT APPROXIMATING 12161 MILES ON MY TRUCK, IT IS LESS THAN A YEAR OLD , MY F250 THE VEHICLE EXHIBITED (4-5 TIMES) A VIOLENT OSCILLATING OR SHAKING OF THE ENTIRE TRUCK WHEN GOING OVER A BUMP IN THE PAVEMENT OR OVER THE EXPANSION JOINT OF A BRIDGE. I HAVE NEARLY LOST CONTROL OF THE VEHICLE (4-5 TIMES). MY COURSE OF ACTION IS TO TAKE MY FOOT OFF OF THE GAS, SLOW DOWN, SAFELY PULL TO THE SHOULDER OF THE ROAD, SLOW DOWN TO 5MPH, AND THEN I CAN CONTINUE ON. THE SHAKING IS SO VIOLENT I THOUGHT THE TRUCK / I WAS GOING TO FLIP OVER BECAUSE OF LACK OF STEERING.
**1 Affected Product**

February 2, 2019 **NHTSA ID NUMBER: 11173649**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11173649
**Incident Date** January 31, 2019
**Consumer Location** JACKSONVILLE, FL
**Vehicle Identification Number** 1FT7W2B66JE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
EXPERIENCED STEERING WHEEL OSCILLATION (DEATH WOBBLE) THIS HAS OCCURED WHILE DRIVING ON THE INTERSTATE AFTER DRIVING OVER AN UNEVEN PAVEMENT AT SPEEDS OF 55, 65 AND 70MPH. THE STEERING WHEEL SHAKES VIOLENTLY AND LOST STEERING AND BRAKING CAPABILITIES DURING THE EVENT. IT STOPPED AFTER I DECELERATED TO ABOUT 40MPH FORTH UNTIL I SLOWED TO APPROXIMATELY 35MPH. FORD DOES HAVE A TSB OUT ON THE ISSUE BUT THEY ARE ONLY REPLACING PARTS THAT HAVE WORN OUT, NOT THE HIDDEN ISSUE THAT IS CAUSING HEAVY DUTY SUSPENSION PARTS TO WEAR OUT SO QUICKLY.
**1 Affected Product**

December 2, 2018 **NHTSA ID NUMBER: 11155421**
**Components: STEERING**
**NHTSA ID Number:** 11155421
**Incident Date** November 17, 2018
**Consumer Location** MURPHYSBORO, IL
**Vehicle Identification Number** 1FT7W2BT1JE****
**Summary of Complaint**

Class Action Complaint
Case No.

**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
HIT SOME BUMPS ON A BRIDGE ON I-24 AND STEERING WHEEL SHOOK VIOLENTLY AND I ALMOST LOST CONTROL UNTIL TRUCK SLOWED BELOW 50MPH
**1 Affected Product**

     **3.**     **NHTSA Consumer Complaints Expressing Fear that Death Wobble Will Result in Loss of Life**

     35.     The following are the consumer complaints submitted to NHTSA where the complainant expressed fear that someone would be killed as a result of the Death Wobble defect:

October 1, 2006 **NHTSA ID NUMBER: 10169666**
**Components: SUSPENSION**
**NHTSA ID Number:** 10169666
**Incident Date** September 30, 2006
**Consumer Location** VACAVILLE, CA
**Vehicle Identification Number** 1FTSX21575E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2005 F250 SUPER DUTY THAT I PURCHASED USED WITH 10K MILES ON IT. I WAS DRIVING ON THE INTESTATE BETWEEN 70 AND 75 MPH AND DROVE OVER SOME ROUGH ASPHALT IN THE FREEWAY, IT HAS BEEN THERE FOR YEARS AND IS NOT TO BAD. HOWEVER, MY NEW TRUCK BEGAN TO SHIMMY SO BAD I THOUGHT I WAS GOING TO DIE THAT DAY. **I HAVE BEEN A AVIATION MECHANIC FOR 18 YEARS AND I AM HERE TO TELL YOU SOMETHING IS WRONG WITH THESE FORD TRUCKS. SOMEONE IS GOING TO GET KILLED WITH THIS PROBLEM SOON. I HAD TO CLEAN MY PANTS OUT AFTER THIS EXPERIENCE.** IT'S GOING TO THE DEALER MONDAY BUT FROM WHAT I READING FORD DOESN'T HAVE A FIX FOR THE PROBLEM. IF ANYONE FROM FORD WANTS A SCARY RIDE COME PAY ME A VISIT. *JB
**1 Affected Product**

March 17, 2008 **NHTSA ID NUMBER: 10221430**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10221430
**Incident Date** March 16, 2008
**Consumer Location** ENON VALLEY, PA
**Vehicle Identification Number** 1FTSX21565E****
**Summary of Complaint**

-64-

Class Action Complaint
Case No.

**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
VIOLENT SHAKING AFTER HITTING POT HOLES OR EXPANSION JOINTS ON HIGHWAYS AT SPEEDS RANGING FROM 55 TO 75MPH. THE SHAKING CAUSES A COMPLETE LOSS OF STEERING CONTROL AND WILL NOT STOP UNTIL SLOWING BELOW 40MPH. AFTER READING SEVERAL POSTS ONLINE I SEE **THIS IS AN ONGOING PROBLEM WITH THESE TRUCKS AND NEEDS TO BE FIXED BEFORE SOMEONE GETS KILLED**. *TR
**1 Affected Product**

March 26, 2008 **NHTSA ID NUMBER: 10222348**
**Components: SUSPENSION**
**NHTSA ID Number:** 10222348
**Incident Date** June 6, 2007
**Consumer Location** WILMINGTON, DE
**Vehicle Identification Number** 1FTSW21535E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2005 F-250 HAS DANGEROUS SHAKE IN FRONT END OF VEHICLE, TO THE POINT OF LOOSING CONTROL OF VEHICLE ON HIGHWAY. TRUCK BOUNCED OVER FOUR LANES OF HIGHWAY BEFORE GAINING CONTROL OF IT. SPEED WAS ABOUT 55-60MPH. **IT WAS EARLY IN THE MORNING AND THERE WASN'T MUCH TRAFFIC ON THE ROAD. IF IT HAD BEEN IN THE AFTERNOON, THERE WOULD HAVE BEEN A CRASH AND POSSIBLE FATALITIES.** I TOOK TRUCK TO DEALER, TECH STATED THEY KNEW ABOUT THE PROBLEM BUT DIDN'T KNOW HOW TO FIX IT, AND THEY WEREN'T GOING TO DO A RECALL BECAUSE IT'S NOT A VERY PUBLIC PROBLEM, SO THEY THREW SOME SHIMS ON IT AND SOME OTHER STUFF. TRUCK STILL HAS A CONSIDERABLE SHAKE TO THE FRONT END. WE RECENTLY TOOK THE TRUCK TO A 'NON' FORD MECHANIC. THREE TIE RODS ARE BAD AND THE STABILIZER SHOCKS ARE BAD. HE STATED THIS IS BECAUSE THE FRONT END IS SHAKING SO BAD IT IS WEARING OUT THE RODS/SHOCKS. THE TRUCK IS ONLY THREE YEARS OLD AND THIS SHOULD NOT BE HAPPENING. THE DEALER STATED THEY KNEW ABOUT THE PROBLEM. WHY IS NOTHING BEING DONE TO FIX THIS ISSUE? *TR
**1 Affected Product**

May 14, 2008 **NHTSA ID NUMBER: 10227804**
**Components: SUSPENSION**
**NHTSA ID Number:** 10227804
**Incident Date** May 12, 2007
**Consumer Location** HURLEY, NM

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FTSX21P05E\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHEN TRAVELING AT INTERSTATE HIGHWAY SPEEDS, TRAVELING OVER
BRIDGE/OVERPASS EXPANSION JOINTS WILL CAUSE THE FRONT AXLE/STEERING TO
SHAKE VIOLENTLY. THIS SEEMS TO SET UP SOME KIND OF WEIRD HARMONIC
VIBRATION THAT THE FRONT END CANNOT RECOVER FROM. EVEN AFTER THE ROAD
SMOOTHES OUT, FRONT AXLE WILL CONTINUE TO SHAKE VIOLENTLY UNTIL SPEED IS
DECREASED TO ABOUT 40MPH. THIS SHAKING IS INCREDIBLY VIOLENT. A LOSS OF
CONTROL IS HIGHLY POSSIBLE. TRUCK HAS BEEN TO THE DEALER TWICE AND HAD
THE STEERING STABILIZER REPLACED, THIS HAS NOT FIXED THE ISSUE. DEALER HAS
NOT BEEN ABLE TO DUPLICATE THE PROBLEM DUE TO THE RANDOM OCCURRENCE
AND SPECIFIC ROAD CONDITIONS REQUIRED. I HAVE DRIVEN FORD TRUCKS MY
ENTIRE LIFE, THIS IS NOT A NORMAL "CHARACTERISTIC OF VEHICLE". SOMETHING IS
WRONG WITH THE DESIGN ON THE FRONT END OF THESE TRUCKS. MY WIFE WILL NOT
DRIVE IT. **SOMEBODY IS GOING TO GET KILLED.** \*TR
**1 Affected Product**

August 15, 2008 **NHTSA ID NUMBER: 10238374**
**Components: SUSPENSION**
**NHTSA ID Number:** 10238374
**Incident Date** August 15, 2008
**Consumer Location** PRESCOTT VALLEY, AZ
**Vehicle Identification Number** 1FTSW21595E\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2005 F-250 SHORT BED 4X4 SUPER DUTY 5.4 V-8. TRUCK SHAKES OUT OF CONTROL AT
HIGH SPEED WHEN ROUGH ROADWAY IS PRESENT. HAS DONE THIS SINCE 18,000 MILES
AND GETS WORSE WITH AGE. FORD REFUSES TO FIND THE PROBLEM, AS THEY ONLY
DRIVE TRUCK AROUND TOWN. HAVE ASK THEM TO TAKE ONTO INTERSTATE, BUT
THEY DON'T HAVE TIME ! FORD REPLACED THE DAMPER AT 34,000, HELPED, BUT DID
NOT FIX! HAVE HAD MY FRONT END MAN LOOK AT FRONT END, AND HE COULD ONLY
FIND SLACK IN THE STEERING GEAR BOX, BUT THAT DIDN'T FIX THE PROBLEM EITHER.
**THIS TRUCK IS UNSAFE AND FORD NEEDS TO STEP UP TO THE PLATE AND FIX THE
ISSUE BEFORE SOMEONE GETS KILLED!** THE LAST TIME IT DID IT I HAD MY 5TH
WHEEL TRAILER BEHIND ME AND IT TOOK ME ACROSS 2 LANES OF TRAFFIC INTO THE
MEDIAN, AND SCARED ME TO DEATH, TO THE POINT I AM SELLING THE 5TH WHEEL
AND TRUCK AS IT IS JUNK, AND WILL NEVER BUY ANOTHER FORD AFTER BEING A
FORD MAN FOR OVER 35 YEARS. THE ONLY WAY TO STOP THE VIOLENT SHAKING IS TO

Class Action Complaint
Case No.

SLAM BRAKES ON AND REDUCE SPEED TO UNDER 35 MPH. I HAVE PUT UP WITH THE PROBLEM FOR SOME TIME AS THE TRUCK NOW HAS 61,000 MILES ON IT! *TR

**1 Affected Product**

September 3, 2008 **NHTSA ID NUMBER: 10240851**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10240851
**Incident Date July 16, 2008**
**Consumer Location** DEL NORTE, CO
**Vehicle Identification Number** 1FTSW21P35E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A 2005 SUPER DUTY POWER STROKE AND WHEN I HIT A POT HOLE OR WHEN I'M TAKING A TURN TO THE LEFT FROM 40 MPH TO 50 MPH MY TRUCK GETS THE DEATH WOBBLES UNTIL I HIT THE BRAKES AND GET DOWN TO ABOUT 15-20 MPH. I DON'T EVEN LIKE DRIVING IT CAUSE YOU DON'T KNOW WHEN IT'S GOING TO HAPPEN. IT'S KIND OF SAD WHEN YOU PAY SO MUCH FOR A NICE TRUCK AND YOUR AFRAID TO DRIVE IT. **I THINK FORD NEEDS TO HAVE A RECALL ON THESE TRUCKS BEFORE SOMEONE GETS KILLED, IT REALLY IS THAT BAD!** *TR

**1 Affected Product**

November 9, 2008 **NHTSA ID NUMBER: 10248066**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10248066
**Incident Date** November 2, 2008
**Consumer Location** HARVARD, IL
**Vehicle Identification Number** 1FTSX21595E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TSB FRONT END OSCILLATION IIRC. OR AS KNOWN ON THE INTERNET AS THE DEATH WOBBLE (WHICH SEEMS VERY FITTING AS THE TRUCK GOES COMPLETELY OUT OF CONTROL, IT FEELS AS IF THE WHOLE FRONT END IS COMING APART!)? SEVERE SHAKING AT HIGH SPEEDS OR ON ROUGH ROADS-JUST DRIVING ALONG AND ALL OF THE SUDDEN SEVERE SHAKING OCCURS SO SEVERE THAT THIS COULD CAUSE AN ACCIDENT, ALMOST LIKE BOTH FRONT TIRES BLOW OUT AT THE SAME TIME, SEVERE STEERING DIFFICULTIES WHEN THIS HAPPENS, IF YOU COME TO A COMPLETE STOP AND THEN TAKE OFF IT STOPS?INTERMITTENT BUT INCREDIBLY DANGEROUS! HAS HAPPENED 3 TIMES WITHIN THE LAST 2 WEEKS?ONCE ON A GRAVEL ROAD, ONCE ON A

Class Action Complaint
Case No.

ROAD WITH POTHOLES AND ONCE ON RT43 SMOOTH AS GLASS ROAD AT A SPEED OF 65MPH?THIS IS ALWAYS A SUDDEN ONSET- NO WARNING?THIS NEEDS TO BE ADDRESSED, MY CHILDREN WERE IN THE CAR WHEN WE WERE GOING ON RT43..**THIS COULD HAVE KILLED US HAD IT BEEN A TWO LANE ROAD AS WE WERE JUST DOING THE SPEED LIMIT OF 65MPH AND ALL OF THE SUDDEN THE FRONT END IS ALL OVER THE PLACE AND OUT OF CONTROL! IT WAS ALMOST IMPOSSIBLE TO CONTROL**...I HAD THE BRAKES TO THE FLOORBOARD AND THE FRONT END OF THE VEHICLE WAS JUMPING ALL OVER THE ROAD, HAD THERE BEEN A CAR BESIDE US WE WOULD HAVE COLLIDED WITH THEM! THIS IS ALL OVER THE INTERNET AS THE DEATH WOBBLE BUT HAD IT NOT HAPPENED TO US WE WOULD NOT KNOW ABOUT IT! THERE SHOULD AT MINIMUM BE A WARNING THIS COULD GET PEOPLE KILLED IF IT IS NOT ADDRESSED...PLEASE, INVESTIGATE THIS ON THE F250 OURS IS A 2005 BUT I HAVE READ THAT MANY OTHERS ARE HAVING THE SAME PROBLEM! THIS IS A HAZARD! 11-2-08 WAS THE MOST RECENT INCIDENT THE OTHER TWO TIMES HAPPENED WITHIN 2 WEEKS BEFORE! THIS IS A SCARY SITUATION, **I AM JUST THANKFUL THAT THERE WEREN'T A LOT OF OTHER CARS ON THE ROAD OR I FEAR THAT I WOULDN'T BE AROUND TO WRITE THIS COMPLAINT...IT IS THIS SEVERE...NO EXAGGERATION! THIS NEEDS TO BE ADDRESSED!** *TR

**1 Affected Product**

---

January 21, 2009 **NHTSA ID NUMBER: 10255935**
**Components: SUSPENSION**
**NHTSA ID Number:** 10255935
**Incident Date** January 21, 2009
**Consumer Location** ROSEBURG, OR
**Vehicle Identification Number** 1FTSX21585E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
SEVERE SUSPENSION AND STEERING WHEEL SHIMMY AFTER HITTING UNEVEN ROAD SURFACE, DOING ABOUT 55MPH. THE SHAKING IS SO BACK IT THROWS THINGS OUT OF THE VISOR AND STUFF OFF OF THE SEAT ON TO THE FLOOR. TODAY WAS THE SECOND TIME THIS HAS HAPPEN. THIS IS A 2005 F250SD WITH 20789 MILES ON IT AND THIS IS JUST STARTING TO DO THIS. BOTH TIMES THIS HAPPEN HAD ENOUGH ROAD SHOULDER TO PULL OVER AND STOP. IF THIS HAPPEN ON A NARROW SHOULDER FREEWAY BRIDGE OR CONCRETE BARRIER I WOULD PROBABLY HIT SOMEONE OR SOMETHING. **FORD NEEDS TO DO SOMETHING ABOUT THIS BEFORE SOMEONE DIES,** THEN THERE WILL BE LAW SUITS. *TR

**1 Affected Product**

---

April 15, 2009 **NHTSA ID NUMBER: 10265529**
**Components: SUSPENSION**

Class Action Complaint
Case No.

**NHTSA ID Number:** 10265529
**Incident Date** March 20, 2009
**Consumer Location** MANASQUAN, NJ
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A FORD F-250 SUPER DUTY[2005] WITH 14,000 MILES ON IT. I HAVE HIT A SERIES OF SLIGHT BUMPS TRAVELING ON THE GARDEN STATE PARKWAY TRAVELING AT ABOUT 65 MPH. THE FRONT END OF THE TRUCK AND STEERING WHEEL SHOOK SO VIOLENTLY, I THOUGHT THE FRONT END OF THE TRUCK DIS-ENGAGED FROM THE REST OF THE BODY. THE STEERING WHEEL SHOOK SO VIOLENTLY I COULD HARDLY HOLD ON TO IT. I TOOK MY FOOT OFF THE GAS AND APPLIED THE BREAK VERY GENTLY. I MUST HAVE SLOWED DOWN TO 30 MPH BEFORE THE TRUCK BECAME UNDER CONTROL AGAIN. MEANWHILE THE CAR BEHIND ME HAD TO SLAM ON HIS BREAKS DO TO MY TRUCK BEING OUT OF CONTROL AND THE RAPID DE-ACCELERATION ON A MAJOR HIGHWAY. I HAD TO PULL OVER AS SOON AS I WAS ABLE TO CHECK WHAT I THOUGHT WOULD BE MAJOR FRONT END DAMAGE. AFTER ALL, WHAT COULD CAUSE SUCH A VIOLENT REACTION. ABSOLUTELY NOTHING TO BE SEEN. MY TRUCK WAS JUST SERVICED BY A FORD DEALERSHIP AS IT HAS BEEN SINCE I PURCHASED IT NEW. THIS HAS HAPPENED AT LEAST 4 TIMES TOTAL. I CANNOT STRESS TO YOU ENOUGH HOW VIOLENT THIS "SHIMMY" IS. THIS IS NO SHIMMY ! THIS IS LIKE RUNNING OVER A SERIES OF TELEPHONE POLES LINED UP IN THE ROAD. IT IS ALMOST IMPOSSIBLE TO HOLD ON TO THE STEERING WHEEL LET ALONE HAVE CONTROL OF THE TRUCK. **THIS IS AN EXTREMELY DANGEROUS SITUATION THAT NEEDS TO BE CORRECTED ASAP OR SOMEBODY IS SURE TO DIE BECAUSE OF THIS FLAW. I WOULD BE AFRAID TO HAVE MY WIFE OR CHILDREN DRIVE THIS TRUCK AND HAVE THIS HAPPEN. THEIR LIVES WOULD SURELY BE IN DANGER.** PLEASE DO SOMETHING TO CORRECT THIS SERIOUS PROBLEM, OR GET THIS DANGEROUS TRUCK OFF THE ROAD. *TR
**1 Affected Product**

April 17, 2009 **NHTSA ID NUMBER: 10265891**
**Components: SUSPENSION, STEERING, EQUIPMENT**
**NHTSA ID Number:** 10265891
**Incident Date** April 1, 2009
**Consumer Location** PUYALLUP, WA
**Vehicle Identification Number** 1FTSW21P05E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

Class Action Complaint
Case No.

LOSE OF STEERING DO TO POOR DESIGN OF FORD F-250 AND F-350 SOLID FRONT AXLE WITH SPRINGS. FROM 2005 TO PRESENT. I HAVE NEW TIRES AND RIMS,BALANCED,HAD FRONT END CHECKED FOR ALIGNMENT, MY TRUCK LIKE SO MANY OTHERS ARE HAVING SEVER FRONT END SHIMMY DO TO THE POOR DESIGN ON FORD TRUCKS. I HAVE CONTACTED LEGAL ADVICE FROM THE ADVICE OF OTHER GOVERNMENT AGENCIES. THE ATTORNEY GENERALS OFFICE,BBB, AND THE CONSUMER PROTECTION AGENCY. THIS IS MY SECOND COMPLAINT ABOUT THIS MATTER, AND IM A LITTLE UPSET TO KEEP GETTING THE ONLY RESPONSE YOU AND THE FORD CO. CAN COME UP WITH, TIRE PRESSURE!!! COME ON YOU KNOW I POOR DESIGN OF THERE FRONT ENDS. I'VE SPENT THOUSANDS TO HELP DEAL WITH MATTER TO NO BETTER RESULTS. SO FROM HERE I WILL SEEK LEGAL HELP TO PROTECT MY FAMILY AND MYSELF FROM POSSIBLE SEVERE INJURY OR DEATH. I HOPE FORD MOTOR CO. WILL FIX THE PROBLEM WITH THERE FRONT ENDS OF THERE F-250 AND F-350 SD PICKUPS FROM 2005 TO PRESENT. **I HOPE IT DOESN'T TAKE SOMEONE GETTING KILLED BEFORE FORD SAYS THEY NEED TO FIX THERE TRUCKS.** LIKE THEY DID WITH THERE BAD TIRE SITUATION ON FORD EXPLORER. *TR

**2 Affected Products**

January 2, 2010 **NHTSA ID NUMBER: 10297813**
**Components: SUSPENSION**
**NHTSA ID Number:** 10297813
**Incident Date** August 20, 2009
**Consumer Location** SAYRE, PA
**Vehicle Identification Number** 1FTNF215X5E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2005 FORD F250 SD AND I HAVE HAD THE FRONT END SHIMMY OUT OF CONTROL ON ME 2 TIME. I HAVE STOCK TIRES ON IT TIRE PRESSURE IS AT MANUFACTURERS SPECS AND **THIS IS JUST EXTREMELY DANGEROUS SOMEONE IS GOING TO GET KILLED BUY THIS.** FORD OR SOMEONE NEEDS TO FIX THIS PROBLEM . THANK YOU TOBY LEE *TR

**1 Affected Product**

January 31, 2010 **NHTSA ID NUMBER: 10303457**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10303457
**Incident Date** January 2, 2009
**Consumer Location** RONKONKOMA, NY
**Vehicle Identification Number** 1FTSW21P15E****
**Summary of Complaint**
**CRASH**No

Class Action Complaint
Case No.

FIRENo
INJURIES0
DEATHS0
I CURRENTLY OWN A FORD F 250 PICKUP TRUCK, WHEN I AM DRIVING 40 TO 50 MPH MY TRUCK STARTS TO SHACK VIOLENTLY. I HAVE READ MANY FORUMS ON THIS AND MANY PEOPLE ARE HAVING THE SAME PROBLEM . WHY HAS FORD NOT RECALLED MY TRUCK TO FIX THIS PROBLEM WHEN THEY KNOW THERE IS A PROBLEM? **MUST SOMEBODY GET HURT OR WORSE KILLED DUE TO FORDS NEGLECT OF THIS PROBLEM?** *TR
**1 Affected Product**

July 8, 2010 **NHTSA ID NUMBER: 10341943**
**Components: SUSPENSION**
**NHTSA ID Number:** 10341943
**Incident Date** July 7, 2009
**Consumer Location** MANASQUAN, NJ
**Vehicle Identification Number N/A**
**Summary of Complaint**
CRASHNo
FIRENo
INJURIES0
DEATHS0
MY 2005 FORD F-250 PICKUP TRUCK HAS A VIOLENT FRONT END SHAKE WHEN IT HITS EVEN A NORMAL SMALL BUMP IN THE ROAD TRAVELING AT SAFE HIGHWAY SPEED. THE TRUCK NOW HAS ONLY 20,000 MILES ON IT, BUT IT HAS DONE THIS SINCE IT WAS BRAND NEW. IT IS DEALER MAINTAINED AND THE TIRES HAVE BEEN ROTATED AND FILLED TO CORRECT PRESSURE APROX. EVERY 5,000 MILES. FORD SAYS IT IS DUE TO IMPROPER TIRE PRESSURE. HOWEVER, THEY ARE THE ONES WHO FILLED THE TIRES TO THE CORRECT PRESSURE. I HAVE COMPLAINED ABOUT THIS VERY DANGEROUS SITUATION BEFORE AND HAVE BEEN GIVEN LAME EXCUSES BY BOTH THE NHTSA AND FORD.  PLEASE LET ME SAY THIS AGAIN. THIS IS NOT A SHAKE IN THE FRONT END. THIS IS A VERY VIOLENT REACTION WHEN THE TRUCK HITS A BUMP. THE TRUCK MUST ALMOST BE BROUGHT TO A STOP IN ORDER TO STOP THE TRUCK FROM SHAKING. WHEN THIS HAPPENS ON A HIGHWAY IT BECOMES VERY DANGEROUS BECAUSE THE CARS FOLLOWING MUST JAM ON THEIR BRAKES IN ORDER TO STOP FROM REAR ENDING THE TRUCK. THE FRONT END SHAKES SO VIOLENTLY THAT IT IS HARD TO HOLD ON TO THE STEERING WHEEL. ANYONE DRIVING ALONGSIDE OR BEHIND THE TRUCK IS IN DANGER WHEN THIS OCCURS.  I KNOW THERE HAS BEEN OTHER COMPLAINTS OF THE SAME THING HAPPENING WITH THE F-250. **THIS IS SOMETHING THAT SHOULD NOT BE IGNORED OR TAKEN LIGHTLY. SOMEONE WILL EVENTUALLY DIE OR BE SERIOUSLY INJURED DUE TO THIS DEFECT. PLEASE DO SOMETHING ABOUT THIS BEFORE IT IS TO LATE.** THIS IS AS DANGEROUS AS THE STICKING ACCELERATOR PROBLEM. I AM A 58 YEAR OLD MAN WITH A VERY SAFE DRIVING RECORD. *TR
**1 Affected Product**

Class Action Complaint
Case No.

July 31, 2010 **NHTSA ID NUMBER: 10346501**
**Components: SUSPENSION**
**NHTSA ID Number:** 10346501
**Incident Date July 30, 2010**
**Consumer Location** LAUDERHILL, FL
**Vehicle Identification Number** 1FTSW21595E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I RECENTLY PURCHASED A FORD 2005 F250 SUPER DUTY TRUCK. WHILE DRIVING ON
THE HIGHWAY AT 70 MPH, I HIT AN UNEVEN SPOT ON THE ROAD THAT CAUSED THE
FRONT END TO WOBBLE VIOLENTLY. I FELT I COULD NOT CONTROL THE TRUCK AND
HAD TO APPLY THE BRAKES IMMEDIATELY. LUCKILY THERE WERE NO OTHER CARS
NEARBY. WHEN THE TRUCK REACHED APPROXIMATELY 30 – 35 MPH, THE WOBBLE
CEASED. ON MY WAY BACK HOME, THE WOBBLE OCCURRED AGAIN. THIS TIME I WAS
TRAVELING AT 60 – 65 MPH AND HIT ANOTHER ROUGH SPOT ON THE ROAD. **THIS IS A
MAJOR SAFETY HAZARD THAT NEEDS TO BE RESOLVED BEFORE SOMEONE IS
KILLED.** I RESEARCHED THE PROBLEM ON THE INTERNET AND DISCOVERED THIS HAS
BEEN ONGOING FOR A WHILE. THERE ARE NUMEROUS EXAMPLES FROM OTHER F250
AND F350 OWNERS WITH THE SAME PROBLEM THAT CAN BE FOUND ON THE INTERNET.
THE FORD MOTOR COMPANY IS AWARE OF THE PROBLEM AND BLAMES THE WOBBLE
ON UNDERFLATED TIRES. THE WOBBLE OCCURS ON PROPERLY INFLATED TIRES ALSO
AS DETAILED BY OTHER TRUCK OWNERS. BUT EVEN IF THE TRUCK'S TIRES ARE
UNDER INFLATED, A VIOLENT WOBBLE SHOULD NOT OCCUR. MANY OTHER VEHICLES
ARE IN USE WITH UNDER INFLATED TIRES, YOU DON'T HEAR OF A VIOLENT WOBBLE
AFTER ENCOUNTERING A POT HOLE OR AN UNEVEN ROAD SURFACE. *TR
**1 Affected Product**

June 25, 2011 **NHTSA ID NUMBER: 10408904**
**Components: SUSPENSION**
**NHTSA ID Number:** 10408904
**Incident Date June 17, 2011**
**Consumer Location** HENDERSON, NV
**Vehicle Identification Number** 1FTSW21P65E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
2005 FORD F-250 SUPER DUTY, 69,000 MILES. TRAVELING APPROX 65 MPH, HIT A SMALL
BUMP IN THE HIGHWAY AND THE FRONT SUSPENSION STARTED TO SHAKE

Class Action Complaint
Case No.

UNCONTROLLABLY. I VERY NEARLY LOST COMPLETE CONTROL OF THE TRUCK. THIS NEVER HAPPENED BEFORE, BUT HAS HAPPENED TWICE SINCE. THE TIRE PRESSURE WAS CORRECT AT THE TIME OF THE FIRST INCIDENT, THE TIRES WERE BALANCED AND THE LUG NUTS WERE TORQUED TO FORD SPECS. REPLACED FRONT STEERING DAMPER, DID NOT RESOLVE THE PROBLEM. TALKED TO THE FORD DEALER AND THEY DENIED ANY KNOWLEDGE OF A SIMILAR PROBLEM. AFTER A FEW HOURS RESEARCH ONLINE, THIS PROBLEM IS WELL DOCUMENTED AND FREQUENT WITH THE FORD SUPER DUTY LINE FROM 05"-08". IT SEEMS TO BE AN ENGINEERING DEFECT AND FORD IS WELL AWARE OF THE PROBLEM, BUT IT DOES APPEAR THAT FORD HAS OFFERED ANY REMEDIES. THE NHTSA ALSO KNOWS OF THE PROBLEM. I VIEWED FOUR NHTSA VIDEOS THAT DEMONSTRATED THE IDENTICAL PROBLEM THAT I AM EXPERIENCING WITH MY TRUCK. I HAVE FOUND NO ACTION ON THE PART OF THE NHTSA. **THIS PROBLEM NEEDS TO BE ACKNOWLEDGED AND CORRECTED BEFORE SOMEONE IS KILLED.**
\*TR
**1 Affected Product**

January 10, 2012 **NHTSA ID NUMBER: 10443382**
**Components: SUSPENSION, STEERING, SERVICE BRAKES, HYDRAULIC**
**NHTSA ID Number:** 10443382
**Incident Date** November 28, 2011
**Consumer Location** POTTSVILLE, PA
**Vehicle Identification Number** 1FTSW215X5E\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING ON PA INTERSTATE 81, MY 2005 F250 EXPERIENCED SEVERE DRIVING LOSS OF CONTROL WHEN THE FRONT SUSPENSION TRAVELED OVER AN AREA OF THE ROAD THAT WAS UNEVEN. THIS CAUSED THE TRUCKS INTERIOR AND EXTERIOR TO SHAKE UNCONTROLLABLY FOR A LONG PERIOD OF TIME TO THE EXTENT THAT THE VEHICLE WAS SHIFTING INTO THE OTHER LANE OF TRAFFIC. DECELERATING BY RELEASING THE GAS PEDDLE DID NOT IMMEDIATELY STOP THE SEVERE VIBRATIONS AND APPLYING THE BRAKES SEEMED TO INCREASE THE PROBLEM. MY ENTIRE FAMILY AND A NON-FAMILY MEMBER WAS IN THE VEHICLE AT THE TIME AND WE ALL FEARED FOR OUR LIVES. AFTER RESEARCHING THE INTERNET, THERE IS A VIDEO POSTED BY ANOTHER FORD OWNER AND IS EXACTLY WHAT WE HAD EXPERIENCED TOO. (HTTP://WWW.YOUTUBE.COM/WATCH?V=8EUQ6F8RGT4&FEATURE=RESULTS_VIDEO&PLAYNEXT=1&LIST=PLDCA2FF5512789E5A) IT IS KNOWN AS ' FORD F250 DEATH WOBBLE', WHEN VIEWING THE VIDEO, **THE DEATH WOBBLE BEGINS AROUND 1 MIN 30 SEC INTO THE VIDEO AND NEEDS TO BE SERIOUSLY ADDRESSED AND CORRECTED TO PREVENT THIS FROM EVER RECURRING AGAIN BEFORE SOMEONE IS KILLED OR HURT**... \*TR
**1 Affected Product**

Class Action Complaint
Case No.

May 14, 2012 **NHTSA ID NUMBER: 10458496**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10458496
**Incident Date** May 15, 2008
**Consumer Location** GARDEN GROVE, CA
**Vehicle Identification Number** 1FTSW21P95E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2005 FORD F-250 SUPER DUTY, STARTED AT @ 25,000 MILES IN 2008 AND STILL HAPPENS TODAY. HAPPENS WHEN TRAVELING OVER 60 MPH, WHEN YOU HIT ANY SMALL BUMP IN THE ROAD, THE FRONT SUSPENSION STARTED TO SHAKE UNCONTROLLABLY. IT IS VERY HARD TO CONTROL THE TRUCK. THIS HAPPENS ALL THE TIME ON THE FREEWAY. THE TIRE PRESSURE WAS CORRECT AT THE TIME OF THE FIRST INCIDENT, THE TIRES WERE BALANCED AND THE LUG NUTS WERE TORQUED TO FORD SPECS. TALKED TO THE FORD DEALER AND THEY DENIED ANY KNOWLEDGE OF A SIMILAR PROBLEM. AFTER A FEW HOURS RESEARCH ONLINE, THIS PROBLEM IS WELL DOCUMENTED AND FREQUENT WITH THE FORD SUPER DUTY LINE FROM 05"-08". IT SEEMS TO BE AN ENGINEERING DEFECT AND FORD IS WELL AWARE OF THE PROBLEM, BUT IT DOES APPEAR THAT FORD HAS OFFERED ANY REMEDIES. THE NHTSA ALSO KNOWS OF THE PROBLEM. I VIEWED FOUR NHTSA VIDEOS THAT DEMONSTRATED THE IDENTICAL PROBLEM THAT I AM EXPERIENCING WITH MY TRUCK. I HAVE FOUND NO ACTION ON THE PART OF THE NHTSA. **THIS PROBLEM NEEDS TO BE ACKNOWLEDGED AND CORRECTED BEFORE SOMEONE IS KILLED.** *JS
**1 Affected Product**

March 1, 2010 **NHTSA ID NUMBER: 10315150**
**Components: STEERING**
**NHTSA ID Number:** 10315150
**Incident Date** February 21, 2010
**Consumer Location** NORTH RICHLAND HILLS, TX
**Vehicle Identification Number** 1FTSW21P75E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A FORD F250 SUPER DUTY. AFTER HITTING A SMALL DIP IN THE ROAD, MY STEERING COLUMN SHOOK VIOLENTLY, BACK AND FORTH. I WAS TRAVELING ONLY 30 MI PER HOUR. TOOK TO MY DEALER AND THEY SAID NOTHING WAS WRONG. PROBABLY COULD BE MY TIRES. BOUGHT NEW TIRES AND A COUPLE OF WEEKS LATER,, THE SAME THING HAPPENED AGAIN. IF I WAS TRAVELING ANY FASTER, I

-74-

Class Action Complaint
Case No.

TRULY BELIEVE I WOULD HAVE LOST CONTROL. I HAVE BEEN DRIVING FIRE APPARATUS FOR OVER 29 YEARS. AND I KNOW SOMETHING IS WRONG HERE. **PLEASE DO SOMETHING BEFORE SOMEONE IS SERIOUSLY HURT OR KILLED.** I DO NOT TRUST FORD. *TR

**1 Affected Product**

June 13, 2009 **NHTSA ID NUMBER: 10273718**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10273718
**Incident Date June 13, 2009**
**Consumer Location** WEST PITTSTON, PA
**Vehicle Identification Number** 1FTNF21535E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I EXPERIENCED A SEVERE AND VIOLENT SHAKING OF THE FRONT END OF MY 2005 FORD F-250 TRUCK WHILE TRAVELING 60 MPH OVER A SLIGHT ROUGH PATCH ON A HIGHWAY. I LOST CONTROL OF MY VEHICLE AND WAS FORCED TO SWERVE OFF THE HIGHWAY. I WAS ALMOST HIT BY THE VEHICLE DIRECTLY BEHIND ME.   THIS IS THE THIRD TIME I HAVE LOST CONTROL OF THE TRUCK BECAUSE OF THIS VIOLENT SHAKING IN THE LAST MONTH. I HAVE HAD THE TRUCK TO A LOCAL INSPECTION STATION AND THEY REPLACED THE STEERING STABILIZER AND DID AN ALIGNMENT. THIS DID NOT HELP. I HAVE CALLED THE FORD DEALER I PURCHASED THE TRUCK FROM AND THEY SAID THEY NEVER HEARD OF ANYONE HAVING THIS PROBLEM WITH ANY FORD TRUCK. OBVIOUSLY, THEY ARE AWARE OF THE PROBLEM. **I ONLY HOPE THERE IS A RECALL BEFORE TOO MANY PEOPLE DIE.** *TR

**1 Affected Product**

October 12, 2011 **NHTSA ID NUMBER: 10429550**
**Components: SUSPENSION**
**NHTSA ID Number:** 10429550
**Incident Date** October 8, 2011
**Consumer Location** TWINSBURG, OH
**Vehicle Identification Number** 1FTSX21555E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
MY FORD F250 HAS A VERY DANGEROUS WOBBLE WHEN I HIT A BUMP ON THE HIGHWAY. I HAVE CHECKED THE TIRE PRESSURE AND ALL FOUR TIRES ARE FINE. AFTER DOING SOME RESEARCH I HAD FOUND THAT **THIS IS A ON GOING PROBLEM**

-75-

**WITH THE FORD SD TRUCKS. SOMETHING HAS TO BE DONE OR SOMEONE IS GOING TO GET KILLED DUE TO A BAD ACCIDENT.** EVERY DEALER THAT I TALK TO HAS NEVER HEARD OF THIS PROBLEM BUT YET I SEE IT POSTED ALL OVER THE INTERNET. I AM VERY UPSET AND I AM GOING TO TAKE LEGAL ACTION. *KB

**1 Affected Product**

June 2, 2014 **NHTSA ID NUMBER: 10595469**
**Components: SUSPENSION**
**NHTSA ID Number:** 10595469
**Incident Date** May 29, 2014
**Consumer Location** VEEDERSBURG, IN
**Vehicle Identification Number** 1FTSX21505E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
HIT A BUMP GOING ACROSS A BRIDGE ON I-74. THE ENTIRE TRUCK BEGAN TO SHAKE VIOLENTLY FOR SEVERAL HUNDRED FEET BEFORE I REGAINED CONTROL OF THE VEHICLE. THIS IS EVIDENTLY WHAT FORD IS CALLING A " SHIMMY" . I HAD ALMOST NO CONTROL OF THE VEHICLE AT THIS POINT. IF THE SHOULDER OF THE HIGHWAY WAS ANY NARROWER I WOULD NOT BE HERE TODAY. THIS HAPPENED AGAIN TWO DAYS LATER. I WAS ALMOST REAR ENDED AT A SPEED OF 60 MPH. I DON'T KNOW WHAT TO DO, I'M STILL MAKING PAYMENTS ON A TRUCK THAT IS UNSAFE TO DRIVE. **THIS "SHIMMY " IS GOING TO GET PEOPLE KILLED.** *TR

**1 Affected Product**

May 13, 2008 **NHTSA ID NUMBER: 10227684**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10227684
**Incident Date** May 10, 2008
**Consumer Location** FORT WORTH, TX
**Vehicle Identification Number** 1FTWW31P65E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2005 FORD F350 SUPER DUTY, WITH DANGEROUS FRONT END PROBLEMS. WHEN GOING AT HIGHWAY SPEEDS (55-70MPH), AND HITTING A BUMP IN THE ROAD(EVEN WORSE WHILE GOING THROUGH A SLIGHT CURVE) THE FRONT END STARTS TO SHAKE VIOLENTLY. THIS OSCILLATION IS SO STRONG, THAT IT ALMOST YANKS THE STEERING WHEEL OUT OF MY HANDS. THE ONLY THING THAT MAKES IT STOP IS TO SLOW DOWN TO ABOUT 20MPH. VERY DANGEROUS TO DO ON THE

Class Action Complaint
Case No.

INTERSTATE!!! AFTER DOING SOME RESEARCH AND READING SOME OF THE ONLINE FORUMS FOR FORD TRUCK OWNERS, I FIND THAT THIS IS A MAJOR PROBLEM AND ALSO A VERY COMMON ONE TO BOOT. THE MOST WORRISOME PART OF THIS PROBLEM, IS THAT IS VERY UNPREDICTABLE. SOMETIMES I CAN GO A MONTH OR SO WITH NO PROBLEMS. HOWEVER, THIS PAST WEEKEND, IT DID THIS THREE TIMES DURING A 10 MILE TRIP HOME FROM A RESTAURANT. THIS IS A MAJOR PROBLEM THAT FORD MOTOR CO. SHOULD BE RESPONSIBLE FOR CORRECTING. **IF SOMETHING IS NOT DONE SOON MANY PEOPLE COULD GET HURT, AND GOD FORBID, BE KILLED.** *TR

**1 Affected Product**

May 28, 2009 **NHTSA ID NUMBER: 10270151**
**Components: SUSPENSION**
**NHTSA ID Number:** 10270151
**Incident Date** April 5, 2009
**Consumer Location** BEND, OR
**Vehicle Identification Number** 1FTWW31P95E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THIS PROBLEM IS NOT ISOLATED TO A PARTICULAR DAY OR A PARTICULAR INCIDENT; IT IS A CHRONIC PROBLEM THAT HAPPENS WHEN MY VEHICLE HITS A HOLE IN THE PAVEMENT OR A HARD BUMP WHEN TRAVELING AT 50 MPH OR MORE. MY VEHICLE IS A 2005 FORD F350 4X4 AND THE FRONT END BEGINS TO SHAKE VIOLENTLY AND IN MY OPINION COULD CAUSE A HEAD ON COLLISION. I HAVE SPOKEN TO THE FORD DEALERSHIP AND THEY SAID THERE IS NO RECALL FOR THIS PROBLEM. THEY OFFERED TO INSTALL A HEAVIER DUTY STEERING STABILIZER, WHICH WOULD COST ME 380.00, WHICH THEY SAY USUALLY HELPS THIS PROBLEM. THIS IS OBVIOUSLY A DESIGN FLAW BY FORD, AND THEY ARE DRAGGING THEIR FEET BECAUSE THEY DON'T WANT TO ADMIT THE PROBLEM OR PAY FOR THEIR MISTAKE. **SOMEONE WILL SURELY BE KILLED, DUE TO THIS PROBLEM,** AND THE GOVERNMENT NEEDS TO TAKE STEPS TO MAKE SURE THESE TRUCKS ARE FIXED BY FORD AT FORD'S EXPENSE. THIS IS NOT JUST A PROBLEM FOR MY TRUCK, BUT IS APPARENTLY AN EPIDEMIC. SOMEONE NEEDS TO DO THEIR JOB AND SEE THAT THIS IS CORRECTED. *TR

**1 Affected Product**

June 7, 2007 **NHTSA ID NUMBER: 10192728**
**Components: STEERING**
**NHTSA ID Number:** 10192728
**Incident Date** May 18, 2007
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTWW33P05E****
**Summary of Complaint**

-77-

Class Action Complaint
Case No.

**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2005 FORD F350 SUPERDUTY AND ON SEVERAL OCCASIONS I HAVE BEEN DRIVING DOWN THE ROAD AND HAVE GONE OVER BLEMISHES IN THE HIGHWAY AND IT HAS CAUSED A VIOLENT SHAKING IN THE FRONT END. IT HAS GOTTEN SO BAD AT POINTS THAT IT ALMOST CAUSED A SEVERE ACCIDENT WHICH MIGHT HAVE INVOLVED MANY. THIS HAS HAPPENED ON MANY OCCASIONS AND I HAVE TO SLOW DOWN AND STOP BEFORE IT SUBSIDES. I HAVE BEEN TO SEVERAL DEALERS AND THEY ALL SAY THAT THEY HAVE A QUICK FIX BUT NOTHING SEEMS TO WORK. EVERYTIME I HAVE TRIED TO FIX THE PROBLEM I HAVE PAID FOR IT OUT OF MY OWN POCKET. **I HAVE SPOEKN WITH MANY FOR SUPERDUTY OWNERS THAT HAVE HAD THIS PROBLEM AND THEY ALL SAY THE SAME THING. THIS IS NOT ONLY A PROBLEM FOR THE DRIVER OF THE VEHICLE BUT ALSO FOR OTHERS ON THE ROAD AS WELL. DO PEOPLE NEED TO START DYING BEFORE THERE IS A SERVICE RECALL TO FIX THE PROBLEM.** FORD DIDN'T START REPLACING TIRES ON TRUCKS AND SUV'S BEFORE SO MANY PEOPLE DIED IN CARE CRASHES. THIS IS A SEVERE PROBLEM AND NEEDS TO BE ADDRESSED. THERE SHOULD BE NO CALL FOR PAYING FOR AND BEING FINANCIALLY LOCKED INTO A $50,000 VEHICLE THAT COULD BE CONSIDERED A DEATH TRAP. THIS PROBLEM EXISTS IN ALL MODELS OF THE FORD SUPERDUTY AND FORD STILL PRODUCES THESE AND SELLS THEM TO CONSUMERS AND DOESN'T FIX THEM.
**1 Affected Product**

---

September 23, 2009 **NHTSA ID NUMBER: 10284981**
**Components: SUSPENSION**
**NHTSA ID Number:** 10284981
**Incident Date** September 22, 2009
**Consumer Location** CLINTON, NC
**Vehicle Identification Number** 1FTWW33P35E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2005 F350 DIESEL DUALLY   THIS VEHICLE NEEDS TO BE RECALLED! THE LETTER THAT FORD SENT TO OWNERS IS NOT ACCURATE! IT IS NOT THE TIRE PRESSURE OF THE VEHICLE CAUSING THE SEVERE SHAKE! MY WHOLE TRUCK SHOOK PROFUSELY! IT WAS QUITE SCARY.  AT POSTED HIGHWAY SPEED LIMITS IF THERE IS A SLIGHT BUMP IN ROAD YOU CAN BE SLOWING DOWN AN HIT A BUMP AND TRUCK BEGINS TO SHAKE OR GOING A AROUND A CURVE ON THE HIGHWAY AT 65MPH AND IF THERE IS A BUMP IN THE ROAD ON THE CURVE THE ENTIRE TRUCK SHAKES PROFUSELY. RECEIVED A LETTER FROM FORD STATING IT WAS TIRE PRESSURE BUT MY TIRE PRESSURE IS PERFECT. THIS IS A DEFECT THAT NEEDS TO BE RECALLED IMMEDIATELY STEERING BOX ROCKER ARM TIRE ROD SOMETHING BUT THIS TRUCK IS NOT RIGHT. **I HAUL A**

Class Action Complaint
Case No.

**40FT TRAILER AND IF I HAD BEEN HAULING IT I WOULD BE DEAD ALONG WITH SEVERAL OTHER CARS I WOULD WIPED OUT  PLEASE GET THIS VEHICLE RECALLED FOR SAFETY OF THE CONSUMER IT IS DEFINITELY NOT THE PROBLEM THAT FORD CLAIMS AT THIS POINT. MY TRUCK NEEDS TO BE REPAIRED AT THE COST OF FORD AND THIS DEFECT NEEDS TO BE RECALLED!  PLEASE TAKE THIS COMPLAINT SERIOUSLY. SOMEONE WILL BE KILLED LIKE THIS.** *TR

1 Affected Product

---

November 16, 2010 **NHTSA ID NUMBER: 10366399**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10366399
**Incident Date** November 15, 2010
**Consumer Location** EUGENE, OR
**Vehicle Identification Number** 1FTWW31PX5E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2005 F350 WITH A 4 INCH LIFT. I HAVE EXPERIENCED THE "FORD DEATH WOBBLE" 4 TIMES IN THE LAST WEEK. 3 TIMES IT WAS @ ~40 MPH AND 1  TIME IT WAS AT 75. SCARED ME TO DEATH. MY BRAKES DON'T WORK WHEN  IT HAPPENS AND I HAVE TO COAST TO GET IT TO STOP. I HAD THE SHOCKS REPLACED (72K ON TRUCK) SO THE 1ST SHOP I WENT TO TOLD ME THAT WOULD FIX IT. NO SUCH LUCK... I PICKED IT UP AND RIGHT AFTER IT DID IT AGAIN. I JUST TOOK IT TO A COMPANY WHO WANTS $700 TO REPLACE THE PITMAN ARM AND GEAR BOX. I HAVE NOT DONE THIS YET. THEN I HAD A LOCAL 4X4 GUY TELL ME THAT I NEED TO REPLACE THE STEERING STABILIZER SHOCK AND PUT A 2ND ONE ON IT. I HAVE ALREADY SPENT $500 ON SHOCKS. THE STABILIZERS WILL BE $150. NO ONE HAS A CLEAR ANSWER OF WHAT THE ISSUE IS BUT THEY WANT ME TO KEEP SPENDING $ ON TRYING TO FIGURE IT OUT. I TALKED TO FORD AND THEY SEEM TO BE LIKE I HAVE NO IDEA WHAT I AM TALKING ABOUT. THERE IS A GUY ONLINE WHO SELLS AN AFTERMARKET STABILIZER SYSTEM FOR ~$900 BUT I THINK FORD SHOULD FIX IT THIS PROBLEM SINCE ITS A DESIGN ISSUE. PLEASE HELP ME. I DON'T HAVE A LOT OF MONEY TO KEEP TROUBLESHOOTING THIS. FORD SHOULD BE HELD RESPONSIBLE. THEY SAY THERE IS NO RECALL ON THIS ISSUE BUT IF YOU GO OUT ON THE WEB, MANY OTHER OWNERS OF MY TRUCK AND THE YEARS AND MODELS AROUND IT ARE DESCRIBING THE SAME ISSUE. **I AM SCARED TO DRIVE IT. THE SHAKING IS EXTREMELY VIOLENT AND I AM LUCKY THAT THE TRUCK HAS BEEN ON A STRAIGHTAWAY WITH NO CARS AROUND ME EACH TIME ITS HAPPENED....OTHERWISE I COULD HAVE FLIPPED IT AND KILLED MYSELF OR SOMEONE ELSE OR SOMEONE DEAR TO YOU... PLEASE LOOK INTO THIS AND SEE THE STORIES ON THE WEB ABOUT PEOPLE WHO HAVE INJURED THEMSELVES AND OTHERS DUE TO THIS PROBLEM. SOMETHING HAS TO BE DONE.** *TR

1 Affected Product

Class Action Complaint
Case No.

September 8, 2011 **NHTSA ID NUMBER: 10424388**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10424388
**Incident Date** May 8, 2011
**Consumer Location** DIXON, CA
**Vehicle Identification Number** 1FTWW31P85E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WHILE DRIVING AT HIGHWAY SPEEDS, BUMPS IN THE ROAD SURFACE CAUSE A
VIOLENT SHIMMY. TRUCK HAS STOCK SUSPENSION AND OEM TIRES. TIRE PRESSURE IS
PER FORD SPECIFICATION (AS INDICATED ON THE DOOR PILLAR).  SEEMS NTSB HAS
INVESTIGATED AND DETERMINED THE ISSUE IS DUE TO SUSPENSION MODIFICATIONS
OR LOW TIRE PRESSURE. THIS IS NOT THE CASE WITH THIS TRUCK. ALL STOCK AND
DEADLY. **NTSB NEEDS TO REOPEN THEIR INVESTIGATION BEFORE SOMEONE IS
INJURED OR KILLED.** *TR
**1 Affected Product**

September 9, 2007 **NHTSA ID NUMBER: 10202327**
**Components: SUSPENSION**
**NHTSA ID Number:** 10202327
**Incident Date** September 9, 2007
**Consumer Location** HUNTINGTON BEACH, CA
**Vehicle Identification Number** 1FTSW21P96E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I PURCHASED A FORD F250 FROM A DEALERSHIP, I BELIEVE AFTER DOING MY
RESEARCH THAT THIS MODEL HAS A DEFECT IN IT AND IS TO DANGEROUS TO DRIVE. IF
I DRIVE OVER 45 MPH AND I HIT A POTHOLE OR A BUMP IT VIOLENTLY SHAKES TO THE
POINT WHERE WE FEEL WE ARE GOING TO TIP OVER. WE HAVE TO COME TO A
COMPLETE STOP FOR IT TO STOP SHAKING AND WHEN YOU ARE ON A FREEWAY THAT
IS VERY DANGEROUS. FORD DOES NOT SEEM TO CARE ABOUT THIS ISSUE AND HAS
NOT BEEN ABLE TO FIX IT. I SPENT A LOT OF MONEY ON THIS VEHICLE AND AM
AFRAID TO PUT MY 3 CHILDREN IN THE CAR. **DO I HAVE TO WAIT FOR SOMEONE TO
DIE FOR FORD TO HANDLE IT.** I HAVE FOUND 1000'S OF PEOPLE WITH THE SAME
PROBLEM AND WANT TO KNOW IF THERE IS ANYTHING YOU CAN DO TO HELP US FIX
THIS. *JB
**1 Affected Product**

Class Action Complaint
Case No.

October 1, 2007 **NHTSA ID NUMBER: 10204604**
**Components: SUSPENSION**
**NHTSA ID Number:** 10204604
**Incident Date** September 30, 2007
**Consumer Location** NEWPORT NEWS, VA
**Vehicle Identification Number** 1FTSW21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I WAS DRIVING ON INTERSTATE AT 75 MPH WHEN I HIT A SMALL BUMP IN THE ROAD WHEN MY TRUCK WENT VIOLENTLY OUT OF CONTROL UNTIL **I BROUGHT IT TO A COMPLETE STOP ALMOST CAUSING A FATAL ACCIDENT.** *JB
**1 Affected Product**

July 24, 2008 **NHTSA ID NUMBER: 10235638**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10235638
**Incident Date June 18, 2008**
**Consumer Location** BLOWING ROCK, NC
**Vehicle Identification Number** 1FTSX21586E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A 2006 F-250 FORD TRUCK. WHILE DRIVING ON THE INTERSTATE THE FRONT END OF THE TRUCK STARTED VIOLENTLY SHAKING. I ALMOST LOST CONTROL AND COULD HAVE BEEN KILLED. THIS HAPPENED YET AGAIN THE VERY SAME DAY. I TOOK MY FORD TRUCK TO THE FORD DEALERSHIP IN BOONE AND WAS TOLD THERE WAS NOTHING WRONG WITH MY TRUCK. THEY CLAIMED IT WAS PROBABLY DUE TO LOW AIR PRESSURE IN THE TIRES. AFTER RESEARCHING THIS PROBLEM ON MY OWN I DISCOVERED THAT THIS IS QUITE A COMMON PROBLEM AND MANY MANY FORD TRUCK OWNERS ARE CURIOUS AS TO WHY NOTHING HAS BEEN DONE. AFTER CLEARLY TELLING THE FORD DEALERSHIP THAT I WILL NOT ACCEPT MY TRUCK BACK UNTIL IT HAS BEEN FIXED, THEY REVEAL THAT THEY DO HAVE A SERVICE BULLETIN ABOUT THIS PROBLEM AND REVEAL TO ME THAT FORD TOLD THEM TO CHANGE THE AIR PRESSURE IN THESE TRUCKS. THIS DOES NOT CORRECT THIS DANGEROUS AND POTENTIALLY LIFE THREATENING PROBLEM! THESE TRUCKS NEED TO BE RECALLED AND HAVE THEIR STEERING DAMPNERS REPLACED! AFTER FIVE DAYS OF ARGUING WITH THE FORD DEALERSHIP I HAVE YET TO GET MY TRUCK BACK. **I DEMANDED A LETTER STATING THAT MY FORD TRUCK WOULD BE SAFE AND THAT THEY**

Class Action Complaint
Case No.

**WOULD BE LIABLE IN THE EVENT OF MY DEATH DUE TO THIS PROBLEM THAT NO ONE WILL TAKE CARE OF! I HAVE YET TO RECEIVE THEIR ANSWER.** *TR

1 Affected Product

February 25, 2010 **NHTSA ID NUMBER: 10314410**
**Components: SUSPENSION**
**NHTSA ID Number:** 10314410
**Incident Date** February 13, 2010
**Consumer Location** MORGANTON, NC
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)  WITHIN THE LAST YEAR AND A HALF I PURCHASED A 2006 FORD F-250, DIESEL, 4 WHEEL DRIVE TRUCK. ON 3 DIFFERENT OCCASIONS,WHILE DRIVING AT INTERSTATE SPEEDS AND IMMEDIATELY AFTER HITTING A POT HOLE OR BUMP,MY TRUCK WENT INTO A VIOLENT FRONT END WOBBLE/CAVITATION CAUSING A SUDDEN REDUCTION OF SPEED TO ZERO FROM APPROX 70 MPH. ALL THREE TIMES IT FELT AS IF THE TRUCK WAS COMING APART AND HAD TO DODGE TRAFFIC AND GET TO THE SHOULDER TO INSPECT THE TRUCK. AFTER FINDING NOTHING WRONG I CONTACTED OUR LOCAL DEALERSHIP TO LOOK AT THE TRUCK AND THEY TRIED DIFFERENT AIR PRESS CHANGES IN THE TIRES, AND RE-ALIGNMENT, NOTHING HAS HELPED AND THEY REFUSE TO LOOK ANY FURTHER. I STARTED RESEARCHING THIS ON THE INTERNET AND FOUND HUNDREDS IF NOT THOUSANDS OF FORD F-250 TRUCK OWNERS WHO ARE EXPERIENCING THE SAME PROBLEM. YOU CAN GOOGLE "FORD 250 DEATH WOBBLE" OR "FORD F250 VIOLENT SHAKING" AND READ FOR YOUR SELF THE STORIES OF NEAR ACCIDENTS AND PROBLEMS FORD REFUSES TO RECOGNIZE IN THE DESIGN OF THESE TRUCKS. HERE RECENTLY FORD MOTOR CO. HAS CAME OUT WITH A SERVICE BULLETIN WERE I HAVE TO PAY TO HAVE FORD FIX THIS PROBLEM. WHY SHOULD I HAVE TO PAY $40,000 FOR A TRUCK THAT HAS A DESIGN FLAW AND PAY FOR THE FIX,OUT OF MY OWN POCKET AS WELL. **A RECALL NEEDS TO BE DONE ON THESE TRUCKS BEFORE PEOPLE GET KILLED,WHY SHOULD SOMEONE HAVE TO DIE FIRST BEFORE FORD WILL DO ANYTHING.** ANY HELP YOU CAN GENERATE ON THIS WOULD BE AWESOME."THIS IS NOT A TIRE PRESS PROBLEM, BUT RATHER A DESIGN FLAW." YOUR REPORT SOUNDS LIKE YOU SIDE WITH MONEY INSTEAD OF CONSUMER SAFETY. [XXX] *TR

1 Affected Product

September 3, 2010 **NHTSA ID NUMBER: 10353642**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10353642

Class Action Complaint
Case No.

**Incident Date** September 2, 2010
**Consumer Location** ROCHESTER, NY
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FORD 2006 F250 DEATH WOBBLE. I WAS DRIVING MY TRUCK TODAY AND I HIT A LITTLE POT HOLE IN THE ROAD AND NEARLY LOST CONTROL OF MY TRUCK. THE TRUCK WAS SHAKING SO BAD I THOUGHT FOR SURE THE FRONT WHEELS WERE OFF AND WE WERE DEAD. SCARIEST THING EVER. **FORD NEEDS TO RECALL THIS ISSUE BEFORE IT KILLS SOMEONE IF IT HASN'T ALREADY.** THIS IS VERY SERIOUS WE PAY GOOD MONEY FOR THESE VEHICLES AND SHOULD NOT HAVE TO PAY OUT OF POCKET FOR THE FIX. THANK YOU VERY MUCH FOR TAKING THE TIME TO READ THIS HOPE FORD DOSE THE RIGHT THING AND RECALLS THIS ISSUE. *TR
**1 Affected Product**

October 13, 2010 **NHTSA ID NUMBER: 10360390**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10360390
**Incident Date** September 30, 2010
**Consumer Location** WEST POINT, MS
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2006 FORD F-250 SUPER DUTY TRUCK. WHEN I HIT A ROUGH SPOT IN THE ROAD THE FRONT END SHAKES SO BAD YOU HAVE NO CONTROL OF THE STEERING. THE ONLY WAY TO GET IT TO STOP SHAKING IS TO GET ON THE BRAKES AND STOP. I HAVE BEEN BACK TO THE DEALER AND THEY TELL ME THERE IS NOTHING WRONG. **SOMEONE IS GOING TO GET KILLED IF THIS IS NOT CORRECTED.** *TR
**1 Affected Product**

July 18, 2011 **NHTSA ID NUMBER: 10413448**
**Components: SUSPENSION**
**NHTSA ID Number:** 10413448
**Incident Date** July 18, 2011
**Consumer Location** LENEXA, KS
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No

Class Action Complaint
Case No.

FIRENo
INJURIES0
DEATHS0
WHILE DRIVING MY FORD F-250 ON THE HIGHWAY, I HIT A MINOR BUMP IN THE ROAD. THE TRUCK IMMEDIATELY STARTED SHAKING OUT OF CONTROL. I LITERALLY HAD TO STOP IN THE MIDDLE OF THE HIGHWAY BEFORE THE SHAKING WOULD STOP. THIS IS THE 11TH TIME THAT THIS HAS HAPPENED TO ME. IT HAPPENS AT A SPEED OVER 50 MPH. LUCKILY I HAVE NEVER WRECKED THE TRUCK. I HAVE BEEN ABLE TO MAINTAIN SOME SORT OF CONTROL. I HAVE READ FORD'S REQUEST TO MAINTAIN ADEQUATE TIRE PRESSURE. I READ THAT AFTER THE FIRST TIME IT HAPPENED. IT HAS HAPPENED AN ADDITIONAL TEN TIMES. WHEN IS ENOUGH ENOUGH? **DOES SOMEONE HAVE TO DIE BEFORE FORD REALIZES THAT THERE IS A PROBLEM?** *KB
**1 Affected Product**

March 20, 2012 **NHTSA ID NUMBER: 10452381**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10452381
**Incident Date** March 19, 2012
**Consumer Location** LINDEN, PA
**Vehicle Identification Number N/A**
**Summary of Complaint**
CRASHNo
FIRENo
INJURIES0
DEATHS0
THE TRUCK NOW THREE TIMES IN LESS THAN 5 MONTHS HAS SHOOK SO BAD THAT WE COULDN'T HOLD ONTO THE STEERING WHEEL, WHEN JUST RIDING OVER A BRIDGE SEAM. THE TRUCK SHOOK SO BAD THAT THE CAR IN THE NEXT LANE RAN OFF THE ROAD AND WE ENDED UP IN THE MEDIAN. WE HAVE PURCHASED NEW TIRES AND WE CHECK OUR PRESSURE DAILY. WHICH HAS NOTHING TO DO WITH THIS ISSUE. SOMEONE IS GOING TO BE KILLED WITH THIS HYPER SHAKING. I KNOW IF THERE ISN'T SOMETHING DONE THERE ARE GOING TO BE ACCIDENTS. WE LIVE IN THE NORTHEAST WHERE WE HAVE SNOW AND ICE WITH THE ROADS IN THAT CONDITION WE WOULD HAVE NEVER BEEN ABLE TO CONTROL THE TRUCK IF WE WOULD HAVE BEEN ON ICE AND SNOW. LUCKY IT WAS NOT SNOWING AND IT WAS DRY PAVEMENT.  I KNOW IF SOMETHING ISN'T DONE ABOUT THIS AND ALL THE OTHER COMPLAINTS THAT HAVE BEEN FILED FORD IS GOING TO BE SORRY WHEN SOMEONE IS KILLED. THE PROBLEM IS SO BAD YOU HAVE NO CONTROL OVER THE STEERING AND HAVE NO PLACE TO GO WHEN THIS HAPPENS. WE ALMOST SIDESWIPED THE CAR NEXT TO US THANK GOODNESS THEY WERE PAYING ATTENTION WHEN IT HAPPENED. THEY STOPPED AND ASKED IF WE WERE OK. THEY SAID THEY NEVER SAW ANYTHING LIKE THAT BEFORE. WE HAVE OWNED AT LEAST 6 F-150 TRUCKS AND 4 FORD EXPLORERS SO YOU COULD SAY WE ARE FORD PEOPLE. BUT I AM NOT SO SURE WE WILL STAY A FORD FAMILY SINCE THEY DON'T SEEM TO WANT TO DO ANYTHING TO REMEDY THIS ISSUE AND IT IS HAPPENING IN THE NEW ONES ALSO. WE HAVE A FRIEND THAT HAS A 2011 AND IT

Class Action Complaint
Case No.

DOES THE SAME THING. I KNOW YOU HAVE DISMISSED COMPLAINTS BEFORE **BUT SOMEONE IS GOING TO BE KILLED. THEN MAYBE SOMETHING WILL BE DONE BY YOU OR FORD WHEN THAT HAPPENS IT IS A SHAME THAT IT TAKES A DEATH TO MAKE SOMEONE DO SOMETHING.** *KB

**1 Affected Product**

March 14, 2016 **NHTSA ID NUMBER: 10849567**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10849567
**Incident Date** March 13, 2016
**Consumer Location** HOUSTON, TX
**Vehicle Identification Number** 1FTSW21PX6E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
PLEASE REOPEN THIS INVESTIGATION. EVERY PERSON THAT I KNOW WITH A FORD F250 4X4 HAS THIS PROBLEM ON OCCASION. **YOUR FAILURE TO MAKE FORD FIX WILL KILL SOMEONE. HOW MANY PEOPLE HAVE TO DIE?** DATE INVESTIGATION OPENED: MAR 14, 2008  DATE INVESTIGATION CLOSED: MAR 31, 2009  NHTSA ACTION NUMBER: EA08007  COMPONENT(S): SUSPENSION  MY TRUCK HAS 60,000 MILES NOW AND I HAVE REPLACED ALL 4 TIRES NEARLY 3 DIFFERENT TIMES IN THE LAST 15,000 MILES. THAT'S AN AVERAGE OF TIRES LAST 5000 MILES. I HAVE ENCOUNTERED THIS PROBLEM MANY TIMES, AND CONSTANTLY GET A "RUN-AROUND" THAT IT'S THE TIRES. MY TIRES ARE PROPERLY INFLATED.  YESTERDAY, I WAS TRAVELLING ON INTERSTATE 45 YESTERDAY AT 70 MPH'S AND TRAFFIC SUDDENLY SLOWED TO A CRAWL. I HAD TO APPLY MY BRAKES AGGRESSIVELY AND WHEN I HIT A CERTAIN SPEED BETWEEN 35MPH AND 60 MPH, THE TRUCK BEGAN TO RANDOMLY BOUNCE AND WAS COMPLETELY UNCONTROLLABLE. I COULDN'T EVEN STEER. I NEARLY CRASHED INTO SEVERAL VEHICLES ON THE ROAD. WHILE THE FRONT END OF THE VEHICLE WAS VIOLENTLY BOUNCING (IT BOUNCED SO VIOLENTLY IT BROKE A FOLDING DOWN TV MOUNT / MOUNTED IN THE CEILING OF THE TRUCK), I HUNG ONTO THE STEERING WHEEL FOR DEAR LIFE (LIKE HANGING ONTO A BULL 8 SECONDS) AND CONTINUED TO SLOW EVEN FURTHER, AND ULTIMATELY HAD TO DRIVE OFF INTO THE GRASS ELSE I WAS GOING TO CRASH. THE DEATH WOBBLE WENT AWAY WHEN I APPROACHED A COMPLETE STOP < 15MPH. **IN THE SAME TRUCK, I HAVE HAD THIS DEATH WOBBLE INCIDENT HAPPEN OVER 200 TIMES SINCE OWNING THE VEHICLE.** I HAVE EVEN HAD THIS SAME PROBLEM HAPPEN WHILE HAULING CAR'S ON CAR TRAILERS. IT IS SCARY.  AFTER MARKET MFRS MAKE CLAIMS THAT IT'S DUE TO THE TRACK BAR AND BUSHINGS AND THESE KITS ARE AVAILABLE TO FIX THE ISSUE, BUT FORD AND THE TSA DENIES ITS A REAL PROBLEM. BEFORE I PAY OUT THOUSANDS FOR A AFTERMARKET SUSPENSION, I EXPECT FORD TO FIX THIS, THE CORRECT WAY.

**1 Affected Product**

Class Action Complaint
Case No.

December 18, 2006 **NHTSA ID NUMBER: 10176370**
**Components: SUSPENSION**
**NHTSA ID Number:** 10176370
**Incident Date** December 15, 2006
**Consumer Location** YONKERS, NY
**Vehicle Identification Number** 1FTSW21526E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
MY 06 FORD F -250 EXPERIENCES WHAT SEEMS TO BE NORMAL WHEEL-HOP ON THE
HIGHWAY (BETWEEN 50-65 MPH) BUT THE HOP INSTANTLY TURNS INTO A "HYPER-
SHAKE" CAUSING COMPLETE LOSS OF CONTROL WITH THE TRUCK BOUNCING OUT OF
THE LANE TO WHEREVER IT WISHES TO GO UNTIL THE REAR BRAKES MANAGE TO
SLOW IT DOWN ENOUGH TO REGAIN CONTROL. **THANK GOD IT HAS NOT KILLED
ANYONE YET (INCLUDING ME).IT COULD HAVE VERY EASILY WENT HEAD-ON IF
THAT IS WHERE THE ROAD WAS HEADED.** *JB
**1 Affected Product**

June 6, 2007 **NHTSA ID NUMBER: 10192570**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10192570
**Incident Date June 6, 2007**
**Consumer Location** AUBURN, AL
**Vehicle Identification Number** 1FTSX21506E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A 2006 F250 4*4 AND WHILE DRIVING AT SPEEDS IN EXCESS OF 60 MPH THE
TRUCK SHAKES VIOLENTLY AND EVEN SWAYS FROM LANE TO LANE, WHEN
ENCOUNTERING ANY ROUGH PLACE IN THE ROADWAY. THIS IS A VERY VIOLENT
SHAKING AND I HAVE BEEN FORTUNATE ENOUGH TO KEEP THE TRUCK FROM
WRECKING. THE SHAKING WILL NOT STOP UNTIL YOU HAVE SLOWN DOWN
DRAMATICALLY OR COME TO A STOP. FORD HAS COMMENTED THAT IT COULD BE THE
AIR PRESSURE AND HAVE ORDERED A STEERING DAMPER TO TRY TO CORRECT THE
PROBLEM. THIS TRUCK HAS DONE THIS SINCE DAY ONE AND WITH THE FACTORY
TIRES AND THE NEW TIRES THAT I HAVE ON IT NOW. **THIS PROBLEM NEEDS TO BE
ADDRESSED BEFORE SOMEONE IS KILLED IN AN ACCIDENT RESULTING FROM THE
DEFECT IN DESIGN.**
**1 Affected Product**

Class Action Complaint
Case No.

August 5, 2007 **NHTSA ID NUMBER: 10198529**
**Components: SUSPENSION**
**NHTSA ID Number:** 10198529
**Incident Date** August 2, 2007
**Consumer Location** MARSHALLTOWN, IA
**Vehicle Identification Number** 1FTSX21546E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I HAVE A 2006 F250 THAT THE FRONT END SHAKES VIOLENTLY AFTER HITTING A HOLE OR SMALL BUMP IN THE ROAD AT 55 TO 60 MPH, THEN YOU MUST USE BOTH HANDS TO CONTROL VEHICLE AND SLOW DOWN TO UNDER 40 MPH OR LESS TO REGAIN CONTROL. **THIS IS AN ACCIDENT WAITING TO HAPPEN. I AM A LARGE MAN 6'2'' 240LBS AND MY FEAR IS THAT MY WIFE OR SOMEONE OF A SMALLER STATURE BE DRIVING WHEN THIS HAPPENS AND RESULTS IN A FATALITY.** THIS HAS HAPPENED SEVERAL TIMES THROUGHOUT A SIX MONTH PERIOD I OWNED THE TRUCK AND IS CONTINUALLY GETTING WORSE , BY THAT I MEAN EVERY DAY THIS PAST WEEK. *TR
**1 Affected Product**

August 22, 2007 **NHTSA ID NUMBER: 10200428**
**Components: SUSPENSION**
**NHTSA ID Number:** 10200428
**Incident Date** February 16, 2007
**Consumer Location** HARRISON, OH
**Vehicle Identification Number** 1FTSX21536E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES3**
**DEATHS0**
MY 2006 F-250 SHAKES VIOLENTLY WHEN HITTING A POT HOLE THIS OCCURS ABOUT ONCE EVERY COUPLE OF WEEKS. I HAVE TO COME TO A COMPLETE STOP FOR THE VEHICLE TO QUIT SHAKING I HAVE ALMOST BEEN REARENDED SEVERAL TIMES AND I HAVE BEEN IN THE LANE ON ONCOMING TRAFFIC WITH MY 2-MONTH OLD IN THE VEHICLE BECAUSE I CAN NOT CONTROL THE VEHICLE WHEN THIS OCCURS. **I HAVE HAD SEVERAL CLOSE CALLS AND HAVE BEEN EXTREMELY LUCKY THE CIRCUMSTANCES HAVEN'T BEEN DIFFERENT OTHERWISE THE SITUATION COULD OF BEEN FATAL FOR MY 2-MONTH OLD, MY HUSBAND AND MY SELF.** *TR
**1 Affected Product**

September 26, 2007 **NHTSA ID NUMBER: 10204198**

Class Action Complaint
Case No.

**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10204198
**Incident Date** September 26, 2007
**Consumer Location** ALVARADO, TX
**Vehicle Identification Number** 1FTSW21P56E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A 2006 F250 DIESEL TRUCK THAT SHAKES VIOLENTLY WHEN YOU HIT EVEN THE SMALLEST OF POTHOLES. IT SHAKES SO VIOLENTLY THAT YOU HAVE TO COME TO A COMPLETE STOP, REGAIN CONTROL, AND THEN RESUME DRIVING. THIS IS ESPECIALLY HAZARDOUS ON THE SMALL COUNTY ROADS WE LIVE ON, AND WHEN YOU HAVE TO COME TO A COMPLETE STOP ON THE FREEWAY. WE HAVE TRIED TO GET IT FIXED AT THE DEALERSHIP, WHERE THEY ASSURE US THAT NOTHING IS WRONG WITH THIS DANGEROUS DEATH TRAP. I REFUSE TO ALLOW MY HUSBAND AND MY SON GET INTO A VEHICLE THAT WILL SHAKE VIOLENTLY OUT OF CONTROL INTO ONCOMING TRAFFIC, INTO A DITCH, OR OFF A BRIDGE. I AM ASHAMED THAT FORD WOULD BE AWARE OF THIS ISSUE, AND NOT RECALL THIS PROBLEM VEHICLE AS THERE ARE MANY OTHERS OUT THERE WITH THE SAME PROBLEM. I AM FURIOUS THAT I SPENT $48,000 ON A TRUCK THAT HAS 26,000 MILES ON IT AND HAS BEEN IN THE SHOP 3 TIMES TO HAVE THE SAME PROBLEM FIXED, SO IT IS COMPLETELY USELESS TO ME, NOT TO MENTION A DANGER TO MY FAMILY'S WELL BEING. **WHAT IS IT GOING TO TAKE FOR FORD TO ADMIT THEIR TRUCKS ARE A HAZARD? HOW MANY PEOPLE ARE GOING TO HAVE TO DIE OR BE SEVERELY INJURED BEFORE THEY ADDRESS THIS PRESSING ISSUE???** *TR
**1 Affected Product**

October 5, 2007 **NHTSA ID NUMBER: 10205071**
**Components: SUSPENSION**
**NHTSA ID Number:** 10205071
**Incident Date** October 4, 2007
**Consumer Location** SALT LAKE CITY, UT
**Vehicle Identification Number** 1FTSX21556E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**1
**DEATHS**0
MY 2006 FORD F250 HIT A POT HOLD IN I-15 NEAR KAYSVILLE, SOUTHBOUND ON THURS. OCTOBER 4, 2007. I WAS TRAVELING AT 65 MPH IN THE MIDDLE LANE WHEN IT STARTED SHAKING VIOLENTLY AND ALL I HEARD WAS CAR TIRES SCREECHING. I THOUGHT I WAS GOING TO DIE. I WAS ABLE TO PULL THE TRUCK TO THE SHOULDER AND STOP. THIS HAS NOT BEEN THE FIRST TIME. THIS WAS THE EIGHTH TIME THIS HAS

-88-

Class Action Complaint
Case No.

HAPPENED. THEN ABOUT TEN MINUTES LATER, ALMOST TO WORK, IT DID IT AGAIN ON I-80 WESTBOUND ALMOST TO 5600 WEST. I HAVE TAKEN IT IN TO TWO DEALERS WHO ONE, WILLEY FORD IN BOUNTIFUL, SAID THERE WAS SOME LOOSE BOLTS. THE OTHER DEALER ED KENLEY FORD IN LAYTON, SAID THERE WAS SOME BROKEN PARTS ON THE FRONT END. IT HAS SHOOK A LITTLE BUT NOW IS WORSE THAN EVER. **I AM AFRAID TO DRIVE THIS VEHICLE ANY MORE AS IT WILL EITHER KILL ME OR ANOTHER DRIVER.** I SUSTAINED A HEADACHE AND PULLED MUSCLE IN MY NECK AND A SORE BACK FROM YESTERDAYS INCIDENT. FORD NEEDS TO PULL THESE VEHICLES AND GET THEM REPAIRED OR REPLACED. *TR
**1 Affected Product**

October 29, 2007 **NHTSA ID NUMBER: 10207350**
**Components: TIRES, SUSPENSION**
**NHTSA ID Number:** 10207350
**Incident Date** October 29, 2007
**Consumer Location** CHARLOTTE, NC
**Vehicle Identification Number** 2FTDX08W5VC****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
MY WIFE AND I WERE DRIVING MY 2006 F-250 SUPER DUTY ON HWY 95 WHEN MY TRUCK FELT LIKE I WAS IN AN EARTHQUAKE. IT WAS THE WORST VIOLENT SHAKING I HAVE EVER FELT IN A VEHICLE. IT FELT LIKE ALL FOUR TIRES EXPLODED. SO I FOUGHT MY STEERING WHEEL AND BRAKE PEDALS TO SLOW THE TRUCK DOWN TO FINALLY SKIDDED OFF OF THE SIDE OF THE ROAD, WHILE CARS ARE GOING BY US 70 PLUS MILE PER HOUR, EVERYTHING INSIDE THE VEHICLE FELL OFF OF THE SEATS THE DRINKS IN THE CUP HOLDERS WENT FLYING. AFTER SEEING THAT ALL FOUR TIRES SEEMED FINE AND THAT WE DID NOT HIT ANYTHING ON THE ROAD, WE WERE SCARED TO DEATH TO DRIVE AGAIN. AFTER VISITED THE FORD DEALERSHIP THE NEXT DAY, THEY ARE STILL TRYING TO FIGURE OUT WHAT IS WRONG WITH THE VEHICLE, THEY SAID IT WAS THE TIRE BALANCE AND PRESSURE, BUT THERE IS NO WAY THIS WOULD CAUSE SUCH A VIOLENT DEATH SHAKING EXPERIENCE. AFTER DOING MY OWN RESEARCH, IT SEEMS THERE ARE THOUSANDS OF PEOPLE WITH THE FORD SUPER DUTY THAT ARE HAVING THIS SAME WORD FOR WORD PROBLEM. **PLEASE HELP ME, BEFORE SOMEONE IS KILLED BY THIS FORD MISTAKE. I AM SCARED TO DEATH TO DRIVE MY BRAND NEW VEHICLE**. THANK YOU VERY MUCH. *TR
**1 Affected Product**

November 5, 2007 **NHTSA ID NUMBER: 10208006**
**Components: SUSPENSION**
**NHTSA ID Number:** 10208006
**Incident Date** November 5, 2007

Class Action Complaint
Case No.

**Consumer Location** PATASKALA, OH

**Vehicle Identification Number N/A**

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

WHILE DRIVING HOME FROM WORK, I HIT A SMALL BUMP IN THE FREEWAY AT 65MPH AND NEARLY LOST CONTROL OF MY 2006 F-250. THE VEHICLE BEGAN TO SHAKE UNCONTROLLABLY AND VIOLENTLY. I TRIED TO REGAIN CONTROL OF MY DIRECTION WHICH ONLY HAPPENED AFTER I GOT BELOW 15 MPH. AFTER PULLING OFF THE HIGHWAY, I GOT OUT TO CHECK WHICH TIRE HAD BLOWN AND TO MY SURPRISE ALL WERE FINE. IF I HADN'T HAVE BEEN IN THE FAR RIGHT HAND LANE OF THE FREEWAY, I WOULD HAVE CAUSED AN ACCIDENT AND HURT EITHER MYSELF OR SOMEONE ELSE. THIS WAS NOT A TYPICAL VEHICLE RESPONSE AND WAS VERY LITERALLY A VIOLENT WHEEL HOP OR FRONT END SUSPENSION MALFUNCTION. I CONSIDER THIS TO BE A SERIOUS AND DANGEROUS ISSUE FOR F-250 OWNERS AND ALL WHO TRAVEL AROUND THEM. **FORD NEEDS TO RE-CALL THESE FRONT END DEFECTS BEFORE SOMEONE GETS KILLED.** AFTER A THOROUGH SEARCH OF THE INTERNET, I DISCOVERED A MOUNTAIN OF OTHER F-250 OWNERS WHO WERE AND ARE EXPERIENCING THE SAME PROBLEM WITH SIMILAR RESULTS, MOST CLAIMING THE SAME THING, THESE VEHICLES HAVE A MAJOR LEAGUE PROBLEM WITH THE FRONT END SUSPENSION WHICH WILL UNDOUBTEDLY COST SOMEONE THEIR LIFE SOMEDAY. WHAT IS THE NHTSA DOING TO BRING FORD TO THE TABLE AND GET THIS FIXED? IT'S TIME. *TR

**1 Affected Product**

February 14, 2008 **NHTSA ID NUMBER: 10218089**

**Components: SUSPENSION**

**NHTSA ID Number:** 10218089

**Incident Date** February 13, 2008

**Consumer Location** PRIOR LAKE, MN

**Vehicle Identification Number** 1FTSW21596E****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THERE EXISTS A FACTORY FAULT IN THE FORD SUPERDUTY TRUCK. THERE IS WHAT IS CALLED A DEATH WOBBLE THAT OCCURS ON ROUGHER ROADS WHEN TRAVELING 60 MILES PER HOUR OR UNDER. THE FRONT END WILL SHAKE VIOLENTLY AND UNCONTROLLABLY WHEN A BUMP IS HIT. I HAVE HAD IT IN TO FORD DEALERSHIPS 7+ TIMES FOR THIS AND THEY WILL NOT FIX OR REPLACE THE FAULTY PARTS. I HAVE STARTED A WEB LOG ON AOL REGARDING THIS AND AM ATTACHING THE LINK . HTTP://WWW.TOPIX.NET/FORUM/AUTOS/FORD-F-250-SUPER-DUTY/T0SGDCTMOBHE5JER1  THERE ARE OVER 170 SIMILAR COMPLAINTS REGARDING

Class Action Complaint

Case No.

THE SAME PROBLEM. **FORD DENIES THE PROBLEM EXISTS. IT WILL KILL SOMEONE SOON,** IT HAS ALMOST CASED 4 ACCIDENTS WITH MY TRUCK. *TR
**1 Affected Product**

June 6, 2008 **NHTSA ID NUMBER: 10230092**
**Components: SUSPENSION**
**NHTSA ID Number:** 10230092
**Incident Date** May 19, 2008
**Consumer Location** COLLEGEVILLE, PA
**Vehicle Identification Number** 1FTSX21596E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
SINCE NEW THE TRUCK HAS EXPERIENCED VIOLENT AND UNCONTROLLABLE FRONT SUSPENSION SHAKING/BOUNCING/WOBBLING AFTER HITTING A SHARP BUMP AT HIGHWAY SPEEDS. INITIALLY, THE SHAKING WOULD ONLY LAST APPROXIMATELY 3 SECONDS, BUT RECENTLY THE SHAKING WAS SO SEVERE THAT I HAD TO SLOW THE VEHICLE TO 30-35 MPH BEFORE IT STOPPED. THE SHAKING WAS SO VIOLENT THAT I WAS CONVINCED THAT SOMETHING HAD BROKEN IN THE FRONT SUSPENSION, AND I IMMEDIATELY INSPECTED THE FRONT SUSPENSION AT THE NEXT EXIT. NOTHING OBVIOUSLY BROKEN WAS EVIDENT. I SEARCHED THE INTERNET AND DISCOVERED THAT THIS IS A COMMON AND DANGEROUS PROBLEM WITH THESE TRUCKS. I DROPPED THE TRUCK OFF AT THE DEALER. THEY ACKNOWLEDGED THEIR AWARENESS OF THE PROBLEM, BUT CLAIMED THEY WERE UNABLE TO DUPLICATE IT DURING THEIR ROAD TEST. THIS IS NOT SURPRISING, AS IT TYPICALLY ONLY OCCURS WHEN YOU HIT A SHARP BUMP OR SERIES OF BUMPS AT HIGHWAY SPEEDS. THEY PERFORMED SOME OF THE REPAIRS/ADJUSTMENTS SPECIFIED BY FORD'S TSB 07-10-10, BUT THE PROBLEM PERSISTS. THERE IS A SERIOUS AND DANGEROUS PROBLEM WITH A LARGE POPULATION OF FORD TRUCKS THAT MUST BE ADDRESSED BY FORD AT THIS POINT, **I HOPE THAT NHTSA CAN CONVINCE FORD TO CORRECT THE PROBLEM BEFORE SOMEONE IS NEEDLESSLY KILLED.** *TR
**1 Affected Product**

August 4, 2008 **NHTSA ID NUMBER: 10236933**
**Components: SUSPENSION**
**NHTSA ID Number:** 10236933
**Incident Date** August 2, 2008
**Consumer Location** SELBYVILLE, DE
**Vehicle Identification Number** 1FTSW21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No

Class Action Complaint
Case No.

**INJURIES0**
**DEATHS0**
I HAVE A 2006 FORD F250 WHICH WAS PURCHASED NEW. I HAVE MADE NO
MODIFICATIONS TO THIS TRUCK SINCE PURCHASING IT ON12/07/2006. ON THREE
DIFFERENT OCCASSIONS MY TRUCK HAS BEGUN TO SHAKE VIOLENTLY WHILE
TRAVELING DOWN I95 SOUTH IN MARYLAND TO VISIT FAMILY. THE FIRST TWO TIMES
THIS HAPPENED AFTER MAKING SURE I HAD CONTROL OF THE TRUCK I PUT IT IN
NEATRAL AND SHUT DOWN THE IGNITION. THE VIOLENT SHAKING STOPPED AND ALL
SEEMED FINE. I HAD IT CHECKED AFTER THE SECOND TIME AND NOTHING WAS FOUND
TO BE WRONG. THE FIRST TIME THAT THIS ALL HAPPENED THERE WAS NO BUMP IN
THE ROAD OR ANYTHING, THE SECOND TIME I CROSSED A SMALL BRIDGE/OVERPASS
AND AS I WAS COMING OFF THE VIOLENT SHAKING STARTED AND MY 5 AND 7 YEAR
OLDS THOUGHT I WAS PLAYING, I WAS SCARED BUT HELD ON AND TOLD THEM TO DO
THE SAME. I SHUT THE TRUCK DOWN LIKE THE FIRST TIME AND IT WENT AWAY
AGAIN. MIND YOU NOW THIS IS ALL HAPPENING WHILE DRIVING DOWN INTERSTATE
95 AT ABOUT 70 MPH, STAYING WITH THE FLOW OF TRAFFIC, I HAVE TO LOOSE MY
POWER STEERING AND POWER BRAKES WHILE THE TRUCK IS SHUT DOWN ROLLING 70
MPH. **IS THIS NOT A SAFETY ISSUE, CAN ANYONE SAY RECALL BEFORE PEOPLE DIE.**
I TOOK THE TRUCK TO MY LOCAL FORD WHEN I GOT BACK TO HAVE IT CHECKED OUT.
THEY CHECKED, FOUND NOTHING AND WAS TOLD TO BRING IT BACK IF IT HAPPENED
AGAIN OR IF I COULD MAKE IT HAPPEN. MOST RECENTLY NOW IT HAPPENED
AGAIN(3RD TIME) ON 8/2/2008, ONCE AGAIN ON I95. MY WIFE AND I WERE DRIVING AS
ALL TIMES BEFORE, WENT OVER SMALL BRIDGE/OVERPASS AND THE "DEATH
WOBBLE" STARTED AGAIN. I KEPT MY FOOT ON THE ACCELERATOR AND BOTH HANDS
ON THE WHEEL TO SEE WHAT WAS GOING TO HAPPEN(MECHANIC AND I DISCUSSED
DOING THIS TO SEE IF A CODE, CHECK ENGINE LIGHT OR SOMETHING BROKE. AFTER
ABOUT 20-30 SECONDS OF RIDING THIS THING OUT IT ALL STOPPED AND WENT AWAY
AS QUICKLY AND WITH OUT WARNING LIKE IT STARTS. I AM CURRENTLY TRYING TO
GET ANYONE FROM FORD TO ACKNOWLEDGE THIS PROBLEM EXSISTS, WITH LITTLE
LUCK. *TR
**1 Affected Product**

September 10, 2008 **NHTSA ID NUMBER: 10241663**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10241663
**Incident Date** September 8, 2006
**Consumer Location** YUCAIPA, CA
**Vehicle Identification Number** 1FTSW21P16E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I HAVE AN 06 F250. WHILE DRIVING AT APPROX. 40-45 SINCE I VE HAD THE TRUCK NEW
I HAVE HAD MAJOR WOBBLE. YESTERDAY ON THE INTERSTATE I WAS DRIVING MY

Class Action Complaint
Case No.

FAMILY BACK FROM DISNEYLAND AND HIT A POTHOLE AROUND 70MPH. THE TRUCK SHOOK OUT OF CONTROL IT WAS ALL I COULD DO TO GET THE TRUCK TO THE SHOULDER. I HAVE TAKEN THE TRUCK IN SEVERAL TIMES AND HAVE BEEN TOLD NO PROBLEMS. **PLEASE DO SOMETHING BEFORE SOMEONE GETS KILLED.** *TR

1 Affected Product

---

October 26, 2008 **NHTSA ID NUMBER: 10246747**
**Components: SUSPENSION**
**NHTSA ID Number:** 10246747
**Incident Date** January 10, 2006
**Consumer Location** MABANK, TX
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I CURRENTLY DRIVE 84 TOYOTA PICKUP BECAUSE I AM TERRIFIED TO DRIVE MY 06 F250 4X4 SD. IF YOU ARE DRIVING ABOVE 60 MPH AND HIT THE SMALLEST BUMP IN THE ROAD, IT WILL BEGIN TO SHAKE SO HARD IT WILL CAUSE YOU TO CHANGE LANES AND YOU CANNOT CONTROL THE VEHICLE UNTIL YOU STOP HARD WITH THE BRAKES. MY FAMILY IS NOT ALLOWED TO RIDE IN THIS VEHICLE NO MATTER WHAT. THE DEALER STATES THAT IT IS THE DAMPENER AND TIRE PRESSURE. OBVIOUSLY THEY DON'T UNDERSTAND WHAT VIOLENT SHAKING IS...IT IS NOT THE DAMPENER AND TIRE PRESSURE....THE TRUCK WILL LITERALLY BOUNCE OUT OF ITS LANE OR OFF THE ROAD. IF FORD DOES NOT RESOLVE THIS PROBLEM, **I AM SURE THAT MANY PEOPLE WILL DIE WHILE DRIVING THESE.** I BOUGHT THIS TRUCK BRAND NEW AND REFUSE TO DRIVE IT......GUESS YOU GOT YOUR MONEY THOUGH, DIDN'T YOU FORD. *TR

1 Affected Product

---

December 31, 2008 **NHTSA ID NUMBER: 10253393**
**Components: SUSPENSION**
**NHTSA ID Number:** 10253393
**Incident Date** September 20, 2007
**Consumer Location** LAUREL, MD
**Vehicle Identification Number** 1FTSX215X6E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THIS IS A SUSPENSION PROBLEM THAT I NOTICED ABOUT 9 MONTHS AFTER I BOUGHT THE VEH., (2006 FORD F-250SD). THE PROBLEM IS IN THE SUSPENSION. IT SEEMS TO ONLY HAPPEN WHEN YOU GO OVER AN AREA OF THE ROAD THAT IS ROUGH. IT HAS

Class Action Complaint
Case No.

GOTTEN PROGRESSIVELY WORSE. I WAS DRIVING AT 60 MPH AND WENT OVER A BUMPY AREA ON THE HIGHWAY AND I ALMOST LOST CONTROL OF THE TRUCK. IT PULLED HARD TO THE LEFT AND BEGAN SHAKING HEAVILY. IF I HAD NOT BEEN HOLDING THE WHEEL FIRMLY I WOULD HAVE CROSSED THE DOUBLE YELLOW LINE INTO ONCOMING TRAFFIC. I FOUND A SITE WHERE THERE WERE 11 OTHER COMPLAINTS ON THIS SAME VEH. AND THE SAME PROBLEM. I HAVE OWNED F250'S INCLUDING MY LAST THAT WAS A 2002 AND I NEVER HAD A PROBLEM LIKE THIS. ITS APPARENT THAT THERE IS SOMETHING WRONG WITH THE SUSPENSION SYSTEM THEY USED. **IF SOMEONE IS DRIVING THAT HASN'T EXPERIENCED IT THEY MAY LOOSE COMPLETE CONTROL OF THE VEHICLE AND CAUSE A FATALITY.** I AM GOING TO TAKE IT TO A FORD DEALER TO LOOK AT, BUT FROM WHAT I READ OF THE OTHER COMPLAINTS SOME PEOPLE HAVE BEEN IN 3-4 TIMES AND STILL HAVE THE SAME PROBLEM. *TR

**1 Affected Product**

---

April 13, 2009 **NHTSA ID NUMBER: 10265123**
**Components: STEERING, STRUCTURE, SUSPENSION, WHEELS**
**NHTSA ID Number:** 10265123
**Incident Date** April 12, 2009
**Consumer Location** PITTSBURGH, PA
**Vehicle Identification Number** 1FTNF21576E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
MY F-250 SUPER DUTY, HAS A SEVERE FRONT END SHIMMY AT HIGHWAY SPEED. **MY WIFE AND I COULD HAVE DIED IN ONE INSTANCE,WE HAD TO MOVE ACROSS TWO LANES TO THE SHOULDER AS THE TRUCK BOUNCED UNCONTROLLABLY. I THOUGHT THE TIE RODS WERE GOING TO SNAP . THIS DID NOT HAPPEN JUST ONCE, BUT NUMEROUS TIMES.** EVERY TIME I APPROACH A BRIDGE DECK, BUMP OR POT HOLE I'M AFRAID THE TUCK MAY HAVE A UNCONTROLLABLE SHIMMY AND LOSING CONTROL! YOU NEVER KNOW IF THE TRUCK WILL HAVE A SLIGHT,OR SEVERE SHIMMY,SOMETIMES THERE IS NO SHIMMY AT ALL. THIS IS A PROBLEM THAT HAS TO BE RECTIFIED!!! JUST SO YOU ARE MADE AWARE MY TIRES ARE FINE AS IS MY SPEED. *TR

**1 Affected Product**

---

October 1, 2009 **NHTSA ID NUMBER: 10285983**
**Components: SUSPENSION**
**NHTSA ID Number:** 10285983
**Incident Date** September 10, 2009
**Consumer Location** STANLEY, NM
**Vehicle Identification Number** N/A

-94-

Class Action Complaint
Case No.

**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHEN I HIT A BUMP IN THE ROAD MY 2006 F250 4X4 STARTS SHAKING LIKE A TIRE IS FALLING OFF. I REPLACED THE STEERING STABILIZER AND SHOCKS WHICH FIXED IT FOR 20, 000 MILES BUT NOW IT IS BACK TO SHAKING. IT IS TO THE POINT THAT I HAVE TO BORROW MY DADS TRUCK IF I NEED ONE TO HAUL BECAUSE **I AM AFRAID THAT MY TRUCK IS GOING TO GO OFF THE ROAD OR IN ANOTHER LANE. IT JUST SITS BECAUSE I DON'T WANT TO KILL MYSELF OR SOMEONE ELSE AND I DON'T WANT TO SELL IT LIKE IT IS.** *TR
**1 Affected Product**

October 7, 2009 **NHTSA ID NUMBER: 10286629**
**Components: SUSPENSION**
**NHTSA ID Number:** 10286629
**Incident Date** October 6, 2009
**Consumer Location** NORTH PORT, FL
**Vehicle Identification Number** 1FTSW21P36E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
1. I OWN A 2006 FORD F250 SUPER DUTY TRUCK AND WHEN I HIT THE SMALLEST POT HOLE OR BUMP IN THE ROAD MY TUCK SHAKES VIOLENTLY TO THE POINT OF LOSING CONTROL. THE ONLY WAY TO STOP THE VIOLENT SHAKING IS TO COME TO A COMPLETE STOP. THIS HAS HAPPENED TO ME (6) TIMES OVER THE LAST MONTH. I DRIVE 80 MILE ROUND TRIP TO WORK ON THE INTERSTATE EVERY DAY. I AM SCARED TO DRIVE THIS TRUCK ANYMORE IN FEAR OF KILLING MYSELF OR ANOTHER VEHICLE ON THE ROAD WHEN THIS PROBLEM OCCURS. I HAVE DONE A LOT OF RESEARCH ON THE INTERNET AND THIS APPEARS TO BE A VERY WELL KNOW ISSUE. I WILL BE CONTACTING FORD TODAY AND SEE IF THEY HAVE ANY FIXES. BASED ON MY RESEARCH FORD SEEMS TO BLOW OFF THIS ISSUE AND HAS NOT CAME UP WITH A FIX. **THIS IS A VERY DANGEROUS PROBLEM AND MAY END UP KILLING SOMEONE BEFORE THEY (FORD) TAKES IS SERIOUSLY.***TR
**1 Affected Product**

August 5, 2010 **NHTSA ID NUMBER: 10347488**
**Components: SUSPENSION**
**NHTSA ID Number:** 10347488
**Incident Date June 15, 2010**
**Consumer Location** WATERFORD, CT

Class Action Complaint
Case No.

**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2006 FORD F-250 WITH THE 5.4L GAS MOTOR. SINCE NEW IT HAS NOT HANDLED VERY WELL AND SEEMED TO SHAKE BACK AND FORTH RATHER THAN UP AND DOWN ON BUMPS. NOW WHEN A BUMP OR POT HOLE IS HIT THE TRUCK SHAKES EXTREMELY VIOLENT LEFT AND RIGHT SO MUCH SO IT SPILT MY COFFEE AND ALL CHANGE FROM MY ASH TRAY. I HAVE ABOUT 50,000 MILES ON THE TRUCK NOW AND AT ABOUT 40,000 IT DID IT FOR THE FIRST TIME WHILE I WAS ON THE HIGH SPEED LANE GOING ABOUT 70 MPH IN HIGH SPEED TRAFFIC. THE TRUCK WOULD NOT STOP ITS VIOLENT SHAKE UNTIL I REACHED 15 MPH, IT WAS A MIRACLE THAT THE PERSON BEHIND ME DID NOT HIT ME THEN IT HAPPENED AGAIN THAT SAME DAY ABOUT TEN MILES DOWN THE ROAD AND ONCE MORE ON MY WAY HOME. SINCE THAT DAY IT HAS HAPPENED TO ME 3 SEPARATE TIMES. I AM NOW AFRAID TO DRIVE ME $30,000 TRUCK ANY WHERE BUT AROUND TOWN. I HAVE KEPT UP ON ALL MAINTAINS ON THE VEHICLE AND TAKE GOOD CARE OF IT. NOW I FEEL LIKE I NEED TO GET RID OF IT BECAUSE I AM AFRAID TO GO ANYWHERE WITH IT. THIS SHAKING IS A VERY VIOLENT SHAKE THROUGH OUT THE ENTIRE TRUCK, IF I WAS HOLDING MY COFFEE THAT MORNING I KNOW I WOULD HAVE CRASHED. FORD NEEDS TO REMEDY THIS ISSUE AS LOOKING THROUGH THE TRUCK FORUMS I AM NOT EVEN CLOSE TO THE ONLY ONE WITH THE PROBLEM. **THERE IS AN ISSUE HERE AND IT IS JUST A MATTER OF TIME UNTIL SOME ONE GETS KILLED DUE TO IT IF SOME ONE HAS NOT BEEN KILLED ALREADY.** *TR
**1 Affected Product**

September 6, 2010 **NHTSA ID NUMBER: 10354071**
**Components: SUSPENSION**
**NHTSA ID Number:** 10354071
**Incident Date** August 20, 2010
**Consumer Location** WINSTED, CT
**Vehicle Identification Number** 1FTSX21586E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING MY 2006 F250 SUPER DUTY TRUCK ON THE HIGHWAY I HAVE EXPERIENCED THE "DEATH SHAKE" I COULD NOT STEER THE TRUCK OR STOP IMMEDIATELY THE TRUCK,IT VEERED INTO THE NEXT LANE THANK GOD THERE WAS NO CARS THERE. THIS SCARED ME MY TWO CHILDREN AND MY FATHER IN-LAW I DON'T KNOW WHAT WOULD HAVE HAPPENED IF WE WERE ON A ROAD WITH NO GUARD RAILS. **WE COULD HAVE EASILY ALL BEEN KILLED,** THIS TRUCK HAS 40,000

Class Action Complaint
Case No.

ADULT DRIVEN MILES NO LIFT NO BIG TIRES NO OFF USE. **THIS NEEDS TO BE ADDRESSED BY FORD AND BE PUT IN THE MEDIA BEFORE SOME ONE IS KILLED.** *TR

**1 Affected Product**

September 28, 2010 **NHTSA ID NUMBER: 10358161**
**Components: SUSPENSION**
**NHTSA ID Number:** 10358161
**Incident Date June 23, 2010**
**Consumer Location** BELLOWS FALLS, VT
**Vehicle Identification Number** 1FTSX21566E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2006 F250 SUPERDUTY XLT, THE VEHICLE VIOLENTLY SHAKES IN THE FRONT END WHEN I HIT A SMALL BUMP AT HIGHWAY SPEEDS, ANYTHING OVER 50 MPH, SO BAD THAT I THINK MY DOORS ARE GOING TO POP OPEN. I DO LOSE BRIEF CONTROL, AND LET OFF THE ACCELERATOR TO GAIN CONTROL WITHOUT BRAKING. I HAVE RECEIVED A LETTER FROM FORD REGARDING THIS ISSUE STATING TO CHECK TIRE PRESSURE. I HAVE COMPLIED WITH THIS BUT STILL IS A FACTOR REGARDLESS. I DO NOT HAVE THE EXTRA MONEY TO DO ANY EXPENSIVE UPGRADES OR REPAIRS. **THIS IS A FORD ISSUE! THEY NEED TO FIX THIS PROBLEM BEFORE IT KILLS MANY PEOPLE**. THIS STARTED WHEN THE TRUCK WAS FAIRLY NEW AND IT ONLY HAS 38,000 MILES NOW. THIS IS A PROBLEM ALL OVER THE US THAT NEEDS TO BE ADDRESSED! I CAN'T GIVE A DATE BECAUSE IT HAPPENS ALL THE TIME! *TR

**1 Affected Product**

May 21, 2011 **NHTSA ID NUMBER: 10403273**
**Components: SUSPENSION**
**NHTSA ID Number:** 10403273
**Incident Date** May 15, 2011
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTNF21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
UPON HITTING BUMPS ON ROADWAY I LOST COMPLETE CONTROL OF TRUCK FOR APPROX 2 TENTHS OF A MILE UNTIL I SLOWED DOWN. FRONT END SHOOK VIOLENTLY **SOMEBODY IS GOING TO DIE IN ONE OF THESE DEATH TRAPS,I HOPE ITS NOT ONE OF MY KIDS**

Class Action Complaint
Case No.

**1 Affected Product**

July 4, 2011 **NHTSA ID NUMBER: 10410391**
**Components: SUSPENSION**
**NHTSA ID Number:** 10410391
**Incident Date June 30, 2011**
**Consumer Location** CLEVELAND, OH
**Vehicle Identification Number** 1FTSW21586E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
AT HIGHWAY SPEEDS 50-70MPH DRIVING OVER A POTHOLE OR BRIDGE EXPANSION
JOINT. USUALLY IF THE RIGHT FRONT TIRE HITS FIRST IT SENDS THE TRUCK INTO AN
EXTREMELY VIOLENT SHAKING WITH LOSS OF STEERING CONTROL. THE TIRES START
BOUNCING SO HARD THAT THEY LEAVE THE PAVEMENT. IT WILL YANK THE STEERING
WHEEL OUT OF YOUR HAND IF YOU ARE NOT PAYING ATTENTION. THE ONLY WAY TO
REGAIN CONTROL IS TO BRAKE HARD DOWN TO ABOUT 30MPH. THIS IS RIDICULOUSLY
DANGEROUS IN SO MANY WAYS. I CAN NOT BELIEVE THERE IS NOT A RECALL ON THIS.
WITH A LITTLE RESEARCH ON THE INTERNET YOU WILL FIND THERE ARE NUMEROUS
SIMILAR COMPLAINTS ABOUT THE FRONT END OF THE 2006 FORD F250 I HAVE THE
PROPER TIRES WITH PROPER INFLATION I HAD A NEW STEERING GEAR BOX PUT ON
WITH A NEW POWER STEERING UNIT THE PROBLEM IS BECOMING MORE FREQUENT **I
JUST GOT BACK FROM A 300 MILE TRIP THIS HAPPENED 8-10 TIMES AND IF TRAFFIC
PATTERNS WERE ANY DIFFERENT THIS POTENTIAL RECALL WOULD HAVE KILLED
MY WHOLE FAMILY AND SOMEBODY ELSE'S!** P.S. THERE ARE NUMEROUS PEOPLE
OUT THERE WHO HAVE SPENT THOUSANDS OF DOLLARS TRYING TO FIX THIS
ENGINEERING FLAW WITHOUT ANY SUCCESS. *TR
**1 Affected Product**

September 15, 2011 **NHTSA ID NUMBER: 10425534**
**Components: STEERING, SERVICE BRAKES, HYDRAULIC, SUSPENSION**
**NHTSA ID Number:** 10425534
**Incident Date** October 13, 2005
**Consumer Location** WINTERSVILLE, OH
**Vehicle Identification Number** 1FTNF21506E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
SHIMMY- THE SHIMMY PROBLEM THAT OCCURS IN THE 4X4 F250 SHOULD STILL BE A
SIGNIFICANT ISSUE FOR THOSE OF US THAT STILL OWN THESE TRUCKS. THE DEALER

Class Action Complaint
Case No.

TRIED THE TIRE INFLATION STORY WITH ME, BUT THAT DID NOT CORRECT THE PROBLEM. ROAD RACING SPORT CARS FOR MANY YEARS I KNOW THAT ONE POUND CAN MAKE A DIFFERENCE IN HANDLING AND I MADE SURE THAT THE TIRES WERE INFLATED CORRECTLY. THEN THEY TOLD ME THAT FORD SENT THEM A NEW SET OF ALIGNMENT SPECS. WELL AS WE ALL KNOW NOW THAT DID NOT FIX IT EITHER. THEN THEY TOLD ME THAT THE TIRES BEING CUPPED WAS CAUSING THE SHIMMY, MY RESPONSE TO THAT WAS THAT IT WAS THE SHIMMY CAUSING THE TIRES TO CUP NOT THE TIRES BEING CUPPED CAUSING THE SHIMMY, ALTHOUGH THE WORSE THE CUPPING, THE WORSE THE SHIMMY. AFTER INSISTING ON NEW TIRES AND THEN THE NEW LINE UP SPECS, WE TRIED IT AGAIN. THEN 960 MILES LATER AND ONLY ROAD DRIVING THE SAME CUPPING WAS HAPPENING AGAIN. THEN IT WAS THE DAMPENER AND ATTACH POINT THAT WAS THE PROBLEM. THEN 2 YEARS LATER CAME THE LETTER ABOUT DECELERATING AND APPLYING THE BRAKES AND THEN ABOUT 45 MPH IT SHOULD FIX IT. I GUESS THAT SHOULD BE OK UNTIL YOUR GOING DOWN THE INTERSTATE AT 70 MPH WITH AN 18 WHEELER BEHIND YOU GOING 70 MPH. **WOULD IT BE OK AFTER WHAT COULD BE A SERIOUS AND POSSIBLY FATAL ACCIDENT THAT I COULD PULL OUT MY LETTER THAT I GOT FROM FORD AND TELL EVERYONE, SORRY BUT I DRIVE A FORD.** *KB

**1 Affected Product**

September 19, 2011 **NHTSA ID NUMBER: 10426295**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10426295
**Incident Date** March 17, 2010
**Consumer Location** LAKEWOOD, CO
**Vehicle Identification Number** 1FTSX21P26E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHEN DRIVING HIGHWAY SPEEDS I NEVER KNOW WHEN THE FRONT END IS GOING TO VIOLENTLY SHAKE SO BAD THAT I CAN'T SEE OUT THE REAR VIEW MIRRORS TO EVEN KNOW WHO IS AROUND ME WHEN MY TRUCK IS COMPLETELY OUT OF CONTROL. I CAN'T BELIEVE SOMEONE HAS NOT DIED YET! IT'S NOT IF, BUT WHEN. A JOINT IN THE ROAD, POT HOLE, OR JUST A PAVEMENT IRREGULARITY CAUSES IT, BUT I NEVER KNOW WHEN. I'VE ASKED SERVICE AND SALES TECHS AT BOTH PHIL LONG FORD/LITTLETON, CO AND LAKEWOOD FORD/LAKEWOOD, CO AND RECEIVED THE SAME LINE OF CRAP, THAT I'M THE FIRST PERSON WHO EVER MENTIONED IT. CHECK MY TIRE PRESSURE IS WHAT I'M TOLD. ALL I HAD TO DO WAS GOOGLE THE PROBLEM AND I FOUND A SEEMINGLY ENDLESS LIST OF COMPLAINTS OF THE EXACT SAME PROBLEM. THIS SITE WAS ALREADY AWARE OF THE PROBLEM BECAUSE WHEN I WENT TO SELECT THE "FAILED COMPONENTS", STEERING WAS ALREADY HIGHLIGHTED. THIS IS A $50,000 TRUCK I'M AFRAID TO DO THE SPEED LIMIT IN. LOADED OR UNLOADED, PULLING A TRAILER OR NOT, THE PROBLEM CAN PRESENT ITSELF. **HOW MANY**

Class Action Complaint
Case No.

**COMPLAINTS OR DEATHS DOES IT TAKE BEFORE FORD IS HELD RESPONSIBLE FOR THIS DEFECT?** *KB

**1 Affected Product**

October 17, 2011 **NHTSA ID NUMBER: 10430575**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10430575
**Incident Date** October 9, 2011
**Consumer Location** SIDNEY, OH
**Vehicle Identification Number** 1FTSW21566E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DRIVING MY 2006 FORD F250 SUPER DUTY CREW CAB 4X4 AT HIGHWAY SPEED OF 70 MPH THE TRUCKS FRONT END BEGAN TO VIBRATE AND BOUNCE UNCONTROLLABLY AFTER GOING OVER AN UNEVEN SECTION OF BRIDGE. THE VIBRATION WAS SO BAD I THOUGHT THE FRONT END OF THE TRUCK WAS GOING TO TEAR ITSELF APART. AS I BEGAN TO SLOW THE TRUCK DOWN AND GET OUT OF THE NORMAL TRAFFIC LANES THE VIBRATION AND BOUNCING DID NOT FINALLY SUBSIDE UNTIL ABOUT 35 MPH. WHILE THIS OCCURRED WITH MY ENTIRE FAMILY IN THE TRUCK I WAS FEARFUL OF WHAT MAY HAPPEN AND WHEN IT MAY HAPPEN AGAIN AS WE WERE STILL SEVERAL HOURS FROM OUR HOME. A FEW MILES LATER WE CROSSED ANOTHER BRIDGE THIS TIME DOING 65 MPH AND THE FRONT END BEGAN TO VIBRATE AGAIN BUT STOPPED MUCH QUICKER THAN BEFORE ONCE I DECREASED TO 45MPH. **THIS ISSUE IS RAMPANT ON THE VEHICLE REPORTING WEBSITES AND WILL EVENTUALLY GET SOMEONE KILLED. I PRAY FORD DECIDES TO FINALLY INVESTIGATE AND OFFER SOME FACTUAL EVIDENCE AND A PERMANENT SOLUTION TO THE PROBLEM SO MANY DRIVERS ARE EXPERIENCE WITH THESE TRUCKS.I LOVE MY FORD TRUCK BUT NOT AT THE COST OF LOSING MY LIFE OR CAUSE INJURY TO SOMEONE ELSE.** *TR

**1 Affected Product**

June 6, 2012 **NHTSA ID NUMBER: 10460739**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10460739
**Incident Date June 6, 2012**
**Consumer Location** FRANKLIN, IN
**Vehicle Identification Number** 1FTSX21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0

Class Action Complaint
Case No.

**DEATHS0**

I HAVE BEEN HAVING THIS PROBLEM FOR ALMOST A YEAR NOW AND HAVE READ THOUSANDS OF OTHER COMPLAINTS THAT IS THE SAME ISSUE. THIS TRUCK ALL MOST KILLED ME AGAIN TODAY. IT GOES INTO A "DEATH WOBBLE" WHEN YOU HIT A BUMP IF YOU ARE OVER 55MPH. IF YOU ANRT EXPECTING IT TO HAPPEN AND IT IS THE 1ST TIME YOU EXPERIENCE IT YOU WILL WRECK! I HAVE CONTACTED SEVERAL DEALERS AND NO ONE SEEMS TO KNOW ABOUT OR HEARD ABOUT IT BUT THERE IS THOUSANDS OF COMPLAINTS ONLINE AND ALSO HAVE RECEIVED A LETTER FROM FORD STATING TO CHECK TIRE PRESSURES! I HAVE DONE WHAT THEY SAID + HAD NEW SHOCKS, HAD NEW TIRES, STRUTS CHECKED, BALL JOINTS CHECKED, AND REAR SUSPENSION LOOKED AT. NOTHING IS WRONG ...**THIS IS CLEARLY A FACTORY PROBLEM AND IT NEEDS TO BE TAKEN CARE OF BEFORE PEOPLE START DIEING FROM IT! IS FORD GOING TO RAISE MY CHILDREN WHEN THIS MAKES ME WRECK AND DIE** ...NO THEY ARE NOT SO THEY NEED TO GET THIS TAKEN CARE OF. REPORTS SAY THAT THEY HAVE CHANGED THE SET UP ON NEWER HEAVY DUTY TRUCKS BECAUSE OF THIS SO WHY AREN'T THEY TAKING CARE OF THE ONE'S THEY ALREADY SOLD TO THE PUBLIC! PLEASE HELP...YOU CAN FIND TONS OF INFO IF YOU SEARCH " DEATH WOBBLE OR DEATH SHAKE! *TR

**1 Affected Product**

October 28, 2010 **NHTSA ID NUMBER: 10362821**
**Components: SUSPENSION, TIRES**
**NHTSA ID Number:** 10362821
**Incident Date** October 26, 2010
**Consumer Location** ALPINE, UT
**Vehicle Identification Number** 1FTWW31P86E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
1. TRAVELING AT 65 MPH HITTING A BUMP IN THE ROAD  2. FRONT AXLE BEGINS OSCILLATING WITH SUCH VIOLENCE THAT CONTROL OF THE TRUCK IS DIFFICULT UNTIL SLOWED DOWN, THE ENTIRE VEHICLE SHAKES TO THE POINT YOU FEEL IT WILL COME APART. I WAS TRAVELING ON A HIGHWAY WHEN I EXPERIENCED THIS. I NEARLY CAUSED AN ACCIDENT. I'M TERRIFIED WHEN THIS WILL HAPPEN ON A ICY ROAD. **SOMEONE IS GOING TO GET KILLED**. 3. NOTHING. APPARENTLY THERE IS NO FIX AS IT IS UNKNOWN. FORD IS AWARE OF THE PROBLEM BUT REFUSES TO BE HELD RESPONSIBLE.   VEHICLE INFORMATION:  ? 2006  ? FORD  ? F350  ?? ENTIRE FRONT SUSPENSION COMPONENT  ? VIN - [XXX]  ? TIRES BFG ALL TERRAIN 325/65 R18. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

**2 Affected Products**

---

Class Action Complaint
Case No.

**August 1, 2013 NHTSA ID NUMBER: 10533024**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10533024
**Incident Date** August 1, 2013
**Consumer Location** CLINTON, TN
**Vehicle Identification Number** 1FTWX33P16E\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
OUR TRUCK EXPERIENCED A SEVERE, VIOLENT WOBBLE THAT STARTED AFTER
TRAVELING OVER A UNEVEN SPOT ON THE ROAD. WE FEARED FOR OUR LIVES AS THIS
OCCURRED WHILE PASSING ANOTHER TRUCK ON A BRIDGE WITH HEAVY TRAFFIC
BEHIND US. THE SHAKING AND WOBBLE CONTINUED FOR ABOUT 20 SECONDS, AND
DID NOT STOP UNTIL THE TRUCK SLOWED DOWN TO ABOUT 40 MILES AN HOUR.   ALL
OUR TIRES HAVE BEEN RECOMMENDED AND INSTALLED AT THE FORD DEALERSHIP. I
MAINTAIN TIRE PRESSURES AS INDICATED ON DOOR JAM. 75 LB ON FRONT AND 60 LB
ON REAR TIRES. THERE ARE NO AFTERMARKET MODIFICATIONS ON OUR TRUCK**.  I
CONSIDER THIS ISSUE VERY DANGEROUS, AND WONDER HOW MANY FOLKS MAY
HAVE BEEN INJURED OR KILLED AS A RESULT OF THEIR TRUCK SUDDENLY
BECOMING UNCONTROLLABLE, AS OURS DID.** \*TR
**1 Affected Product**

**January 18, 2016 NHTSA ID NUMBER: 10820797**
**Components: ELECTRONIC STABILITY CONTROL, SUSPENSION, STEERING**
**NHTSA ID Number:** 10820797
**Incident Date** August 8, 2015
**Consumer Location** SANDWICH, MA
**Vehicle Identification Number** 1FTWW31566E\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FORD F-350 2006 COMPLAINT. WE HAVE EXPERIENCED VIOLENT SHAKING (SHIMMYING)
WHEN THE TRUCK HITS A BUMP ON THE HIGHWAY AND AS A RESULT, EXTREME
DIFFICULTY MAINTAINING THE VEHICLE ON THE ROAD. OUR FIRST EXPERIENCE WAS
IN AUGUST 2015, ON THE INTERSTATE HIGHWAY WHILE TRAVELLING AT 75MP. WE HIT
A BUMP AND THE TRUCK / STEERING WHEEL SHOOK VIOLENTLY FOR ABOUT 10
SECONDS CAUSING US TO SWERVE ACROSS LANES AND STRUGGLE TO KEEP THE
TRUCK IN THE LANE AND OUT OF TRAFFIC'S WAY. WE HAVE SINCE EXPERIENCED THIS
PROBLEM FOUR MORE TIMES HITTING BUMPY HIGHWAYS AT SPEEDS AS LOW AS
50MMP AND AS RECENT AS 2 WEEKS AGO. WE HAVE CHECKED IT OUT AND OUR
MECHANIC ADVISED THAT HE COULD NOT FIND ANYTHING WRONG. IT HAS BEEN A

Class Action Complaint
Case No.

GREAT CONCERN OF OURS AS IT PUTS OUR LIVES (AND THOSE ON THE ROAD WITH US) AT DANGER WHEN THIS ISSUE OCCURS. ADDITIONALLY, EVERY TIME THE VIOLENT SHAKING OCCURS, IT THROWS OFF THE ALIGNMENT AND BALANCING FOR THE TRUCK. WE HAVE JUST RECEIVED A LETTER FROM FORD ADVISING OF THIS PROBLEM AND I HAVE CALLED THE SERVICE CENTER FROM THE FORD DEALER WE BOUGHT THE VEHICLE FROM. FORD IS NOT ASSUMING RESPONSIBILITY FOR ANY DIAGNOSIS OR REPAIRS TO THESE DEFECTS AT THIS TIME. OUR TIRE PRESSURE IS IN KEEPING WITH FORD'S RECOMMENDATIONS AS THEY SUGGEST IN THEIR LETTER. **FORD F-350 TRUCKS SHOULD NOT BE APPROVED FOR USE ON HIGHWAYS AS THIS DEFECT COULD RESULT IN FATAL ACCIDENTS IF THE SHAKING CANNOT BE CONTROLLED.** ALSO, FORD SHOULD BE RESPONSIBLE FOR REPAIRING THE FAULTY TRUCKS.

**1 Affected Product**

September 30, 2010 **NHTSA ID NUMBER: 10358378**
**Components: STEERING**
**NHTSA ID Number:** 10358378
**Incident Date** September 28, 2010
**Consumer Location** CAMDEN, NJ
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
I HAVE AN '06 F-350. AT 55MPH+, HITTING A BUMP WILL ALMOST CAUSE THE TRUCK TO SELF DESTRUCT. THE STEERING WHEEL SHAKES VIOLENTLY. **FORD SEEMS TO NOT BE ABLE TO FIX THE ISSUE. PLEASE FORCE A RECALL BEFORE PEOPLE ARE KILLED.**
*TR

**1 Affected Product**

October 29, 2014 **NHTSA ID NUMBER: 10651012**
**Components: STEERING**
**NHTSA ID Number:** 10651012
**Incident Date** February 5, 2013
**Consumer Location** STOCKTON, CA
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
STEERING WOBBLE AND SHAKES. THIS HAS BEEN GETTING WORSE AS TIME GOES ON. ANYTIME I HIT A BUMP ON THE FREEWAY MY TRUCK STARTS TO VIOLENTLY SHAKE AND WOBBLE. IT IS EVEN WORSE ON A ROAD CURVE. IT IS VERY DANGEROUS TO

Class Action Complaint
Case No.

DRIVING ON THE FREEWAY IN THE MOUNTAINS. I FEW TIMES I ALMOST LOST CONTROL. THE SHAKE DOES NOT GO AWAY UNTIL I SLOW DOWN BELOW 40MPH WHICH CAUSES ANOTHER DANGEROUS SITUATION WHILE ON THE FREEWAY. I HAVE CHANGED TIRES, CHECKED PRESSURE AND ROTATED TIRES. ALSO, I REPLACED STEERING DAMPENER. NOTHING HAS WORKED TO DIMINISH THE SHAKE. I ALSO HAD THE 4 WHEEL ALIGNMENT CHECKED AND THE SHOP SHOWED ME THAT IT WAS CORRECT. THEY CHECKED EVERYTHING AND COULD NOT FIND ANYTHING THAT WAS WORN OUT AND NEEDED CHANGING. I WAS TOLD NO REPAIRS NEEDED. **THIS IS A VERY DANGEROUS SITUATION AND NEEDS TO BE CORRECTED BEFORE BODIES START PILING UP.** *TR

**1 Affected Product**

May 4, 2009 **NHTSA ID NUMBER: 10267644**
**Components: SUSPENSION**
**NHTSA ID Number:** 10267644
**Incident Date** February 17, 2007
**Consumer Location** SILOAM SPRINGS, AR
**Vehicle Identification Number** 1FTWW33P26E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I AM DISAPPOINTED IN THE FINDINGS ON THE F-350 SUPERDUTY FRONT SUSPENSION SHIMMY AS IT IS CALLED. I HAVE A 06 F-350 SD WITH ONLY 54,000 MILES ON IT. THE FRONT END HAS BEEN COMPLETELY REPLACED TWICE AND NEEDS IT AGAIN BUT FORD WILL NOT WARRANTY IT BECAUSE OF THE FACTORY WARRANTY EXPIRING. THIS SEVERE SHIMMY IS REAL AND TO ALLOW A FINDING THAT STATES THE TIRE PRESSURE IS TO BLAME IS COMPLETELY FALSE AND SO STUNNING. DOES THE ODI REALLY EXPECT THE VEHICLE OWNERS TO BUY THIS. LOOKS LIKE FORD HAD ITS HAND IN THIS ONE AGAIN. I WANT MY TRUCK FIXED AND I WILL NOT PAY FOR IT. FORD KNOWS THIS PROBLEM EXIST BUT IS NOT LARGE ENOUGH YET TO RECALL. **WILL SOMEONE DIE FIRST? MY TRUCK IS THAT SEVERE IT WILL LEAVE THE ROAD IF YOUR NOT EXPECTING IT.** THE TIRE PRESSURE IS CORRECT AND NO SUSPENSION MODIFICATIONS. I HAVE HAD THIS FRONT END COMPLETELY REBUILT TWICE EVERY YEAR SO FAR SINCE PURCHASE AND AS OF MARCH OF THIS YEAR IT NEEDS IT AGAIN. THEY WANTED TO CHARGE ME $1400.00 TO FIX IT EVEN THOUGH IT HAS REALLY NEVER BEEN FIXED FROM THE INITIAL REPAIR. PLEASE COME TAKE A RIDE AND CHECK MY TIRE PRESSURE YOU WILL BE COMPLETELY SCARED BEFORE WE ARE DONE. *TR

**1 Affected Product**

August 14, 2011 **NHTSA ID NUMBER: 10419336**
**Components: SUSPENSION**

Class Action Complaint
Case No.

**NHTSA ID Number:** 10419336
**Incident Date July 17, 2011**
**Consumer Location** NOVATO, CA
**Vehicle Identification Number** 1FTWW31P76E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THIS HAS HAPPENED SEVERAL TIMES WHEN THE TRUCK IS TRAVELING ALONG A ROAD OR HIGHWAY. YOUR DRIVE TURNS INTO A DEATH WOBBLE. THE TRUCK IS UNCONTROLLABLE AND JUMPS LANES AND IS ALL OVER THE ROAD. THIS IS A DANGER THAT HAS BEEN PRESENTED TO FORD BY MANY AND IT IS JUST BEING IGNORED. **THIS IS A TRUE DANGER AND MAY NOT ONLY KILL THE DRIVER AND PASSENGERS BUT ANYONE DRIVING DOWN THE ROAD.** IT'S ALL OVER THE INTERNET AND HAPPENING ALL OVER THE COUNTRY. THIS IS BEING SWEPT UNDER THE CARPET, JUST AS THE PINTO WAS, WITH MANY DEATHS. YOU AS THE SAFETY BOARD NEED TO STEP UP AND DO SOMETHING SO CONSUMERS CAN DRIVE THE VEHICLES THAT THEY HAVE PURCHASED, FOR MANY OVER $55,000. *TR
**1 Affected Product**

January 13, 2016 **NHTSA ID NUMBER: 10820036**
**Components: SUSPENSION**
**NHTSA ID Number:** 10820036
**Incident Date** January 1, 2015
**Consumer Location** CLEVELAND, SC
**Vehicle Identification Number** 1FTWW33P56E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DEATH SHIMMY. STEERING WHEEL SHAKES VIOLENTLY WHEN A BUMP OR DISCONTINUITY IN THE ROAD IS ENCOUNTERED. YOU CANNOT HOLD THE STEERING WHEEL DURING THIS EVENT. CURE IS TO REDUCE VEHICLE SPEED BELOW 15 MPH. THIS IS HAZARDOUS IF TRAVELING AT HIGH SPEED OR PULLING A TRAILER. AS YOU CANNOT HOLD THE WHEEL DURING THIS EVENT, **THE VEHICLE WILL CHANGE LANES AND PRESENTS A FATAL HAZARD AS YOU ATTEMPT TO REDUCE SPEED FROM 65 MPH TO BELOW 15 MPH WITHOUT STEERING CONTROL**. FORD ACKNOWLEDGES THE PROBLEM IN LETTER 09L02 SENT IN 2009 AND AGAIN IN 2015. THEIR SOLUTION TO PROPERLY INFLATE THE TIRES IS FALSE AS TIRE PRESSURE HAS NO EFFECT ON OCCURANCE OR SEVERITY. I HAVE REPLACED THE TIRES AND RUN UP THE PRESSURE IN 5 LB INCREMENTS FROM 55 TO 80 PSI. NO EFFECT IN THE FREQUENCY OR SEVERITY OF THE VIBRATION.  ## VIN PASSED ## FORD F350 SUPER DUTY 2006 ##
**1 Affected Product**

Class Action Complaint
Case No.

January 30, 2012 **NHTSA ID NUMBER: 10445958**
**Components: STEERING**
**NHTSA ID Number:** 10445958
**Incident Date** May 25, 2011
**Consumer Location** BOWLING GREEN, KY
**Vehicle Identification Number** 1FTWW33P46E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I PURCHASED THE TRUCK USED MAY 2011. THE VERY DAY I PURCHASED THE TRUCK I GOT A WOOBLE WHEN I HIT A BUMP. THIS IS A DAILY OCCURANCE. WHEN I HIT A BUMP JUST RIGHT OR WHEN I APPLY MEDIUM TO HARD BREAKING IT BEGINS TO WOBBLE TO GET IT UNDER CONTROL I HAVE TO BREAK HARD AND COME ALMOST TO A COMPLETE STOP. I HAVE HAD IT IN THE DEALERSHIP 3 TIMES I WAS TOLD THERE WAS NOTHING WRONG WITH THE FRONT END, AND WAS TOLD TO ADJUST MY AIR PRESSURE LOWER, THEY ADJUSTED IT, IT CORRECTED NOTHING. I HAVE BEGAN TO JUST DRIVE AND DEAL WITH IT TILL TODAY. IT SHOOK ME INTO AN ONCOMING LANE BEFORE I GOT IT UNDER CONTROL. I REALIZE THIS IS NOT A NEW TRUCK, **THIS PROBLEM SEEMS TO BE BEING SWEPT UNDER THE RUG. SOME WILL GET INJURED OR KILLED IF THIS IS NOT RESOLVED.** I DON'T DARE LET MY WIFE DRIVE THE TRUCK BECAUSE I KNOW SHE DOES NOT HAVE THE SKILLS TO CONTROL THIS. *TT
**1 Affected Product**

December 25, 2013 **NHTSA ID NUMBER: 10557224**
**Components: STEERING**
**NHTSA ID Number:** 10557224
**Incident Date** October 15, 2013
**Consumer Location** ANTIOCH, CA
**Vehicle Identification Number** 1FTWW31P46E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FORD TRUCKS HAVE A SEVERE SHIMMY AT HIGHWAY SPEEDS THAT WILL MAKE THE TRUCK CHANGE LANES OR GO OFF THE ROAD,MY WIFE HAD TO STOP IN THE FAST LANE BECAUSE IT WOULD NOT STOP SHAKING,WE HAD IT TOWED TO FORD AND WERE TOLD THIS IS A NORMAL CHARACTERISTIC OF TRUCKS AND THAT THERE IS NO FIX ? **WHAT IS THE NUMBER OF PEOPLE THAT MUST DIE BEFORE YOU ADDRESS THIS PROBLEM ?** THE TRUCK HAS NEW TIRES OF FACTORY SPECS. ?*TR
**1 Affected Product**

Class Action Complaint
Case No.

**April 3, 2015 NHTSA ID NUMBER: 10703474**
**Components: STEERING, FUEL/PROPULSION SYSTEM, ENGINE**
**NHTSA ID Number:** 10703474
**Incident Date** April 3, 2015
**Consumer Location** TRIADELPHIA, WV
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
PURCHASED THIS VEHICLE LESS THAN A YEAR AGO AND WAS ORIGINALLY VERY
PLEASED. SUDDENLY WE ARE NOW EXPERIENCING THE DEATH WOBBLE AS OTHER
HAVE DESCRIBED. THE VIOLENT SHAKING OF THE FRONT END. THIS USUALLY OCCURS
WHEN YOU ARE APPROACHING THE SPEED OF 60MPH. WE DO NOT HAVE TO HIT A
BUMP FOR IT TO HAPPEN. THE OTHER COMPLAINT, IS THAT WE BOUGHT THIS TRUCK
WITH VERY LOW MILEAGE FOR THE YEAR, RAN GREAT, LOOKED GREAT, VERY
PLEASED UNTIL THIS LAST MONTH WHEN THE CHECK ENGINE LIGHT CAME ON AND IT
SEEMS TO SPUTTER. PUT SOME HIGH QUALITY FUEL INJECTOR CLEANER IN THE
TRUCK, THINKING IT MAY BE A INJECTOR STICKING. NOPE, DIDN'T FIX THE PROBLEM.
LIGHT NEVER WENT OFF. TOOK IT TO A DEALERSHIP, THEY TESTED IT AND CAME
BACK WITH YOUR FUEL TANK IS DETERIORATING PUTTING LITTLE METAL SHARDS IN
YOUR ENGINE. YOU ARE LOOKING AT A POTENTIAL FULL ENGINE REBUILD COSTING A
MINIMUM OF $6000. THIS IS UNACCEPTABLE FOR ANY VEHICLE MANUFACTURER TO
NOT RECALL A VEHICLE THAT HAS A SERIOUS KNOWN PROBLEM. WE ARE STUCK WITH
THIS TRUCK THAT IS NOT WORTH THE DAMN PAPER THE TITLE IS WRITTEN ON. IT IS
TIRING OF READING ALL THESE SIMILAR COMPLAINTS AND NO ONE IS DEFENDING THE
CONSUMERS. AT WHAT POINT, DOES THE MANUFACTURER NEED TO BE HELD
RESPONSIBLE TO OWN UP TO THE FAULTY EQUIPMENT AND FIX THE PROBLEMS?
**WHEN MY CHILD IS KILLED BECAUSE OF THE INABILITY TO CONTROL THE**
**VEHICLE DUE TO THE STEERING PROBLEMS IN THE FRONT END OR THAT IT STOPS**
**RUNNING IN THE MIDDLE OF THE HIGHWAY OR DOWNTOWN TRAFFIC BECAUSE**
**THE FUEL TANK DETERIORATED FOR NO REASON AND DESTROYED THE ENGINE.**
*TR
**1 Affected Product**

**September 20, 2012 NHTSA ID NUMBER: 10476568**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10476568
**Incident Date** September 12, 2012
**Consumer Location** FRANKLIN, OH
**Vehicle Identification Number N/A**
**Summary of Complaint**

Class Action Complaint
Case No.

**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
HIGH SPEED WHEEL OSCILLATION OCCURRED WHILE DRIVING THE SPEED LIMIT OF INTERSTATE 275 AROUND CINCINNATI, OHIO. I HIT A BUMP ON THE EXIT OF THE INTERSTATES BRIDGE AND THE STEERING WHEEL SHOOK REALLY BAD LEFT AND RIGHT. I HAD RECEIVED A LETTER LAST YEAR WARNING ME ABOUT THIS CONDITION. I DID NOT THINK I HAD A PROBLEM WITH THIS TRUCK UNTIL THIS HAPPENED. I WAS LUCKY THAT I DID NOT CRASH THIS VEHICLE WHEN THE OSCILLATION OCCURRED. I RESEARCHED THIS ON THE INTERNET AND SEVERAL OTHER OWNERS FOR THE F250 HAVE HAD THE SAME PROBLEM. **FORD NEEDS TO FIX THIS PROBLEM BEFORE SOMEONE GETS KILLED!** *TR  *JS

**1 Affected Product**

---

January 17, 2011 **NHTSA ID NUMBER: 10376922**
**Components: STEERING**
**NHTSA ID Number:** 10376922
**Incident Date** December 17, 2010
**Consumer Location** NORTH LAS VEGAS, NV
**Vehicle Identification Number** 1FTNF21507E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FORD SUPER DUTY DEATHWOBBLE. PROBLEM HAS PERSISTED SINCE NEW. FAILURE OCCURS AT SPEEDS BETWEEN 30 AND 75MPH. FAILURE MANIFESTS AS UNCONTROLLABLE STEERING AND WHOLE VEHICLE OSCILLATION. HAS LED TO LOSS OF CONTROL OF VEHICLE MORE TIMES THAN I CAN REMEMBER. UNEVEN ROAD SURFACE INSTIGATES SAID LOSS OF CONTROL. HAVE CHANGED SHOCKS AND SPRINGS,ADDED DUAL STEERING STABILIZER IN ADDITION TO CHANGING STABILIZER IN STOCK LOCATION, BALL JOINT CASTER CAMS ADDED, NEW TIRES ADDED (TWICE) MULTIPLE ALIGNMENTS. MOST CORRECTIVE ACTION TAKEN IS NOT TO DRIVE IT AND JEOPARDIZE MY LIFE OR THE LIVES OF OTHERS. **HOW MANY NEED TO BE KILLED OR INJURED BEFORE SOMEONE CAN BE HELD ACCOUTABLE?** *TR

**1 Affected Product**

---

February 22, 2014 **NHTSA ID NUMBER: 10565456**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10565456
**Incident Date** February 22, 2014
**Consumer Location** MANCHESTER, MD
**Vehicle Identification Number** 1FTWW31P27E****

-108-

Class Action Complaint
Case No.

**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I WAS DRIVING ON AND OVERPASS/ EXIT RAMP AND PASSED OVER A STEEL DIVIDER ON THE HIGHWAY. UPON DOING SO I TEMPORARILY LOST CONTROL OF THE STEERING ON THE TRUCK AND HAD TO DECELERATE AND MOVE TOWARDS THE SHOULDER. I RECEIVED AN INFORMATION BULLETIN FROM FORD ABOUT THIS POTENTIAL "STEERING WOBBLE" AND MADE SURE TO CHECK OUT ALL OF THEIR RECOMMENDATIONS. AFTER DOING SOME RESEARCH ONLINE **I FEEL AS THOUGH THIS IS A MAJOR ISSUE AND FORD SHOULD BE DOING SOMETHING BEFORE MORE PEOPLE ARE INJURED OR KILLED.** THERE ARE SEVERAL ONLINE FORUMS ADDRESSING THIS ISSUE AND IT SEEMS AS THOUGH FORD IS NOT BEING HELD RESPONSIBLE. *TR
**1 Affected Product**

October 15, 2010 **NHTSA ID NUMBER: 10360616**
**Components: STEERING, SUSPENSION, EQUIPMENT**
**NHTSA ID Number:** 10360616
**Incident Date** October 11, 2010
**Consumer Location** MANASSAS, VA
**Vehicle Identification Number** 1FTWW31P17E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2007 FORD F-350 CREW CAB SRW 4X4, STEERING OSCILLATION (WOBBLE). HAVE EXPERIENCED THIS PROBLEM SINCE TRUCK WAS ALMOST NEW. NOW HAVE 61 K MILES AND IT IS ALOT WORSE. AS THE 08 AND 09 INVESTIGATIONS REVEALED, THE STEERING WOBBLE HAPPENS WHEN CROSSING UNEVEN PAVEMENT, CONCRETE, DIPS IN THE ROAD, RAILROAD CROSSINGS (AT SLOW SPEEDS). HAPPENS WHILE EMPTY AND WHEN TOWING A FLATBED GOOSENECK TRAILER AND/OR MY 5TH WHEEL RV. THIS HAS NOT BEEN RESOLVED BY FORD YET AND THEY DON NOT KNOW HOW TO FIX. I BELIEVE IT IS A BAD STEERING BOX?? THEY ONLY WANT TO USE US/ME AS "GUINEA PIGS" TO FIX. THEY TELL US TO REPLACE SHOCKS, STEERING DAMPERS, AND TIRES. I HAVE PUT TWO SETS OF MICHELINS ON TRUCK AND DOES NOT HELP AT ALL. ACCORDING TO INFO ON INTERNET THIS PROBLEM HAS BEEN GIVEN THE "DEATH WOBBLE" NICKNAME. I WOULD LIKE YOU ALL TO SEE IF FORD HAS TRIED ANYTHING OTHER THAN TELLING US DUMB VEHICLE OWNERS THAT WE DON'T HAVE ENOUGH AIR PRESSURE IN OUR FRONT TIRES. I HAD MY TIRES INSTALLED AND REBALANCED TWO TIMES AT THE LOCAL FORD DEALER AND DOES NOT FIX THE PROBLEM. **I FEEL THE TRUCK IS VERY UNSAFE TO DRIVE AT ANY SPEED AND THERE NEEDS TO BE A WAY GET TO THE BOTTOM OF THIS BEFORE SOMEONE OR MORE PEOPLE GET HURT OR KILLED.** THE

INTERNET IS FULL OF HORROR STORIES AS TO THIS PROBLEM. I FOR ONE AM READY TO CONSULT LEGAL HELP. I JUST SPOKE WITH FORD CUSTOMER SERVICE (COMPLAINT #[XXX]) AND ONCE AGAIN THEY SAID TAKE IT TO ANOTHER DEALER AND MAYBE I'LL HAVE BETTER LUCK.????? PLEASE HELP AND RESPOND.[XXX]  INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

**1 Affected Product**

June 28, 2012 **NHTSA ID NUMBER: 10463493**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10463493
**Incident Date June 16, 2012**
**Consumer Location** WALLINGFORD, PA
**Vehicle Identification Number** 1FTWW31597E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I WAS DRIVING DOWN THE HIGHWAY AT AROUND 65MPH AND WENT OVER A EXPANSION JOINT ON A BRIDGE AND THE FRONT END OF THE TRUCK STARTED SHAKING SO BAD THAT IT RIPPED THE STEERING WHEEL OUT OF MY HAND. I HAD TO COME TO A COMPLETE STOP TO MAKE THE SHAKING STOP, I THOUGHT I HAD A FRONT TIRE BLOW OUT,NEARLY HIT THE CAR IN THE LANE NEXT TO ME. I TOOK IT BACK TO THE DEALER THEY PUT A NEW STEERING DAMPENER ON IT AND SAID TRY IT, BUT IT WILL PROBABLY NOT BE ANY BETTER, THEN THE NEXT FIX IS TO PUT ON A BIGGER STEERING WHEEL SO I CAN HOLD ON BETTER WHEN IT HAPPENS. LOOK ON LINE THIS KNOWN AS THE "FORD WHEEL OF DEATH" THERE IS A BUNCH OF VIDEOS ON YOU TUBE ABOUT IT AND SOME ACTUALLY SHOW IT HAPPEN. **SOMEBODY NEEDS TO MAKE FORD PAY FOR A PROPER FIX BEFORE SOMEONE GETS KILLED.** *TR

**1 Affected Product**

October 5, 2010 **NHTSA ID NUMBER: 10359276**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10359276
**Incident Date** September 15, 2010
**Consumer Location** MORGANTOWN, WV
**Vehicle Identification Number** 1FTSX21518E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**

-110-

Class Action Complaint
Case No.

I HAVE A 2008 FORD F250 5.4L V8 GAS TRUCK THAT I PURCHASED NEW, I HAVE LESS THAN THIRTY THOUSAND MILES ON IT AND HAVE EXPERIENCED A NEAR LOSS OF CONTROL WHEN DRIVING INTERSTATE SPEEDS WHEN A BUMP IN THE ROAD CAUSES THE FRONT WHEELS TO OSCILLATE VIOLENTLY. THE ENTIRE TRUCK FEELS AS THOUGH IT IS GOING TO SHAKE APART AND YOU CAN NOT STEER THE TRUCK AT ALL UNTIL YOU SLOW TO AROUND THIRTY MILES AN HOUR. THIS IS VERY DANGEROUS AS YOU CAN NOT MAINTAIN LANE CONTROL AND OFTEN DRIFT INTO THE OTHER LANE OR EMERGENCY PULL OFF LANE. THE TRUCK IS COMPLETELY STOCK AND HAS THE FACTORY TIRES, RIMS EVERYTHING... I HAVE HAD ALL SERVICE DONE AT THE LOCAL FORD DEALERSHIP GARAGE WHERE I BOUGHT THE TRUCK. I HAVE TAKEN IT IN NUMEROUS TIMES AND EACH TIME THEY ATTRIBUTED THE PROBLEM TO LOW TIRE PRESSURE, EVEN THOUGH IT WAS EXACTLY 75 PSI AS IS THE RECOMMENDATION ON THE DOOR STICKER. SOMEONE IS GOING TO BE KILLED IN ONE OF THESE TRUCKS. THE DEALER REFUSES TO ACKNOWLEDGE THE PROBLEM. TO REPLICATE THE "DEATH WOBBLE", ALL YOU HAVE TO DO IS DRIVE AN 08' SUPER DUTY AT 65-70 MPH ON THE INTERSTATE AND HIT A SLIGHT BUMP OR MINOR POTHOLE, ESPECIALLY IN A SLIGHT TURN, AND YOU WILL LOSE CONTROL AND BE SHAKEN VIOLENTLY UNTIL YOU CAN BRING THE VEHICLE'S SPEED DOWN TO BELOW 40 MILES AN HOUR. I CAN REPLICATE THIS EVERYDAY ON MY WAY TO WORK. IT HAPPENS EVERY DAY, EVERY TIME I GO OVER CERTAIN BUMPS ON THE INTERSTATE. I NOW HAVE TO SLOW TO BELOW 45 MILES AN HOUR BEFORE I HIT THE BUMPS TO AVOID AN ACCIDENT. GOING THIS SLOW COULD CAUSE AN ACCIDENT WHERE THE SPEED LIMIT IS 70. THIS REALLY PISSES ME OFF. I SPENT ALOT OF HARD EARNED MONEY ON THIS TRUCK TO BE TOLD IT IS A TIRE INFLATION ISSUE WHEN IT IS DEFINITELY MUCH MORE SEVERE. I RELIGIOUSLY CHECK MY AIR PRESSURE. EVEN IF IT WERE LOW, THIS IS UNACCEPTABLE AND SOMETHING MUST BE DONE. THIS PROBLEM DID NOT SURFACE UNTIL AFTER A YEAR OR SO OF DRIVING... APPROX 15,000 MILES. **SOMETHING IS VERY WRONG, LIVES ARE AT RISK HERE. PLEASE DO SOMETHING.** RECALL *TR

**1 Affected Product**

July 1, 2014 **NHTSA ID NUMBER: 10607347**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10607347
**Incident Date June 10, 2014**
**Consumer Location** NEW BRAUNFELS, TX
**Vehicle Identification Number** 1FTSW21R38E****
**Summary of Complaint**
**CRASH**Yes
**FIRE**No
**INJURIES**0
**DEATHS**0
ON MY DAILY COMMUTE TO WORK I EXPERIENCED WHAT I HAVE LATER RESEARCHED TO FIND OUT IS CALLED THE "DEATH WOBBLE". THE FIRST OCCURRENCE HAPPENED WHILE MAINTAINING A SPEED OF APPROXIMATELY 55 MPH WHICH WAS THE SUGGESTED ROAD SPEED LIMIT, AFTER RIDING OVER A SMALL BUMP IN THE ROAD MY

Class Action Complaint
Case No.

FRONT LEFT END INITIATED INTO A VIOLENT SHAKING SENSATION THAT FELT AS THOUGH I HAD JUST BLOWN A TIRE. AFTER REDUCING MY SPEED ABRUPTLY AND NEARLY BEING REAR ENDED THE FRONT END REGAINED ITS CONTROL AND I CONTINUED AND ARRIVED SAFELY TO WORK AFTER REDUCING MY SPEED TO 45 MPH. I LOOKED IN THE WHEEL HUB AND UNDERNEATH BUT DID NOT SEE ANYTHING OUT OF THE ORDINARY FROM PLANE SIGHT. I EXPERIENCED THE VIOLENT SHAKING ON MULTIPLE OCCASIONS, DIFFERENT LOCATIONS AND FOUND MYSELF EXPERIENCING IT MORE AND MORE AT LOWER SPEEDS AND ON SMALLER ROAD BUMPS/POT HOLES. AFTER DAY 2 I SCHEDULED AN APPOINTMENT FOR 6/30/14 WITH FORD SERVICE TO HAVE THE REPAIR & DIAGNOSES. THE NEXT DAY 6/27/14 WE HAD TO EVACUATE OUR JOB SITE IN LOUISIANA DUE TO EXTREME WEATHER CONDITIONS AND POSSIBLE TORNADOS, ON MY COMMUTE HOME, THE SO CALLED DEATH WOBBLE OCCURRED AGAIN AND THIS TIME RESULTED IN LOOSING CONTROL AND CRASHING INTO A SMALL TREE BECAUSE OF THE VIOLENT SHAKING AND NECESSARY BRAKING TO REGAIN CONTROL. I WAS ABLE TO ESCAPE WITH MINOR DAMAGES TO MY FRONT BUMPER. FORD IS HAVING TO REPLACE MY BALL JOINTS, BEARINGS AND TIE BAR THAT WILL COST WELL OVER $600 IN REPAIRS EXCLUDING A NEW FRONT BUMPER THAT I CANNOT AFFORD TO FIX. **I'M AFRAID THIS COULD RESULT IN A SERIOUS INJURY/FATALITY IF NOT RECALLED AND FIXED. HAD I GONE INTO INCOMING TRAFFIC IT COULD HAVE BEEN MY LIFE OR THEIRS AND I WOULD THINK FORD WOULD BE FULLY RESPONSIBLE.** THERE ARE HUNDREDS OF SIMILAR CASES FROM OLDER MODELS AND EVEN NEWER UP TO 2013, MINE IS A F-250 2008. HTTP://WWW.TOPIX.COM/FORUM/AUTOS/FORD-F-250-SUPER-DUTY/TOHP1M75VBFBFT9IL/P5. *TR

**1 Affected Product**

---

October 24, 2009 **NHTSA ID NUMBER: 10289683**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10289683
**Incident Date** October 21, 2009
**Consumer Location** MURFREESBORO, TN
**Vehicle Identification Number** 1FTSX21578E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE EXPERIENCED AN ISSUE WITH MY 2008 FORD F-250 WHERE I HIT A BUMP ON THE INTERSTATE AND EXPERIENCED THE STEERING WHEEL OSCILLATING AND FRONT END WOBBLING BOTH EXTREMELY DOING 65MPH AND WAS ALMOST THROWN INTO A SEMI TRUCK TWICE THE SAME NIGHT. I HAD JUST PURCHASED THIS TRUCK BACK IN JULY BUT HAD NOT DROVE IT ON THE INTERSTATE, ACTUALLY I HADN'T DRIVEN IT MUCH AT ALL. IT HAS LOW MILEAGE AND IS ALL FACTORY. I TOOK IT TO THE DEALERSHIP AND THEY TOLD ME THIS HAPPENS ALL THE TIME ALSO THEY STATED THAT FORDS SERVICE RECOMMENDS 75LBS TIRE PRESSURE AND THAT IS ALL THAT IS WRONG WITH

Class Action Complaint
Case No.

IT. THE TRUCKS STICKERS RECOMMENDATION IS LESS THAN THAT. THE WHEELS ON MY TRUCK ARE STOCK FACTORY AND DO NOT HAVE LOW PRESSURE SENSORS ON THEM. I HAVE RESEARCHED SEVERAL COMPLAINTS ON THE INTERNET ABOUT THIS ISSUES AND OF ACCIDENTS AND INJURIES RESULTING FROM WHAT IS BEING CALLED THE "DEATH WOBBLE". I THINK THIS MATTER SHOULD BE INVESTIGATED AND THE PROBLEM FIXED PROPERLY BY FORD, NOT PATCHED WITH TIRE PRESSURE. I PULL A TRAILER SOMETIMES WITH THIS TRUCK. **IF THIS HAPPENED WHILE PULLING ONE I AM SURE I WOULD HAVE BEEN SERIOUSLY INJURED OR KILLED AS IN OTHER CASES I HAVE HEARD ABOUT.** I AM SCARED TO DEATH TO DRIVE THIS TRUCK NOW. WHY ISN'T SOMEONE DOING SOMETHING ABOUT THIS. PLEASE HELP US WHO OWN THESE VEHICLES. THE MECHANIC WHO IS A FRIEND OF MINE STATED THAT THIS WILL STILL HAPPEN SOMETIMES EVEN WITH THE INCREASE IN TIRE PRESSURE. *TR

**1 Affected Product**

---

**February 19, 2018 NHTSA ID NUMBER: 11073630**
**Components: STEERING**
**NHTSA ID Number:** 11073630
**Incident Date** February 19, 2018
**Consumer Location** TYLER, TX
**Vehicle Identification Number** 1FTSW21R28E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
VIOLENT SHAKING OF FRONT WHEELS AND STEERING WHEEL AT HIGHWAY SPEED 65-70MPH AFTER HITTING BUMP IN THE ROAD. I CALLED THE FORD SERVICE DEPT AND THEY SAID THEY HAD NEVER HEARD OF THIS PROBLEM! HOWEVER, THERE ARE SO MANY OCCURRENCES THAT A NAME HAS BEEN GIVEN TO THE ISSUE, THE DEATH WOBBLE. IT SEEMS FORD IS IN DENIAL ABOUT THIS PROBLEM, THEY TRY TO BLAME TIRE PRESSURE ACCORDING TO ONLINE SOURCES. **THERE SHOULD BE A SAFETY RECALL FORCED BY THE NHTSA BEFORE SOMEONE GETS KILLED,** IF THEY HAVEN'T ALREADY! I HAD JUST HAD THE TRUCK TIRES ROTATED BALANCED AND AIR PRESSURE CHECKED BEFORE THIS TRIP!

**1 Affected Product**

---

**April 22, 2009 NHTSA ID NUMBER: 10266394**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10266394
**Incident Date** February 16, 2009
**Consumer Location** PLEASANTON, CA
**Vehicle Identification Number** 1FDWW37R18E****
**Summary of Complaint**
**CRASHNo**

-113-

Class Action Complaint
Case No.

**FIRENo**
**INJURIES0**
**DEATHS0**
OUR BUSINESS OWNS 4 FORD F-350 SUPER DUTY TRUCKS (2-2006 AND 2-2008). ALL OF THEM HAVE A VERY SERIOUS DEFECT THAT CAUSES WHAT OUR EMPLOYEES REFER TO AS THE "DEATH WOBBLE". AT ABOUT 55 MILES PER HOUR, THE FRONT END OF THE TRUCK EXPERIENCES A VIOLENT SHIMMY THAT HAS ALMOST CAUSED A NUMBER OF ACCIDENT. WE TOW LARGE TRAILERS (20'), LOADED WITH LARGE SPOOLS OF COAXIAL CABLE. THESE REELS AND THE TRAILER HAVE A COMBINED WAIT IN EXCESS OF 3000-4000 LBS., AND THE TRUCKS WEIGH APPROXIMATELY 6,000 LBS. WHEN YOU LOSE CONTROL OF THIS MUCH WEIGHT AT HIGHWAY SPEEDS, **IT IS ONLY A MATTER OF TIME BEFORE SOMEONE IS KILLED.** ALL FOUR TRUCKS HAVE EXPERIENCED THIS PROBLEM. FORD CLAIMS THAT IF YOU SLOW DOWN, IT WILL GO AWAY, BUT OFTEN THAT CREATES ANOTHER SAFETY HAZARD IN AND OF ITSELF, AND OFTEN YOU CANNOT SLOW DOWN FAST ENOUGH WITH A 4,000LB IN TOW. FORD NEEDS TO ISSUE A RECALL IMMEDIATELY TO CORRECT THIS PROBLEM, INSTEAD OF FORCING CONSUMERS TO BEAR THE COST OF THEIR INEPT MANUFACTURING AND DESIGN. *TR
**1 Affected Product**

---

July 29, 2009 **NHTSA ID NUMBER: 10278647**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10278647
**Incident Date July 26, 2009**
**Consumer Location** PAMPA, TX
**Vehicle Identification Number** 1FDWX37R08E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I HAVE TWO 2008 FORD F-350 SUPERDUTY 4X4 TRUCKS. ONE TRUCK HAS 39000 MILES AND THE OTHER 61000 MILES. AT HIGHWAY SPEEDS, AFTER HITTING UNEVEN ROAD SURFACE OR BUMPS, THEY BEGIN TO SHIMMY AND SHAKE SO BAD THAT I HAVE TO PULL OVER TO GET IT TO QUIT I HAVE HAD THE TRUCKS IN NUMEROUS TIMES TO FIX BUT THE PROBLEM ALWAYS RETURNS. I RECEIVED NOTICE FROM FORD THAT LOW TIRE PRESSURE CAUSES THIS BUT I MAINTAIN CORRECT TIRE PRESSURE IN BOTH OF MY TRUCKS SO I KNOW THIS IS NOT THE PROBLEM. I HAVE BEEN RESEARCHING THIS ONLINE AND THERE IS A COMPANY CALLED WCMOTORSPORTS THAT CLAIMS TO KNOW WHY THESE TRUCKS ARE DOING THIS AND THE SOLUTION. THEIR WEBSITE IS WWW.SUPERDUTYWOBBLE.COM. THEIR PHONE NUMBER IS (508) 668-8638. THEY SEEM VERY KNOWLEDGEABLE ABOUT THIS ISSUE. THE PROBLEM IS THE REPLACEMENT PART TO FIX THIS IS $825. I FEEL THAT THIS SHOULD BE A RECALL ISSUE. AFTER LOOKING ONLINE, MANY PEOPLE HAVE THIS PROBLEM. I HAVE NOT MODIFIED THESE TRUCKS IN ANYWAY AND **I FEEL THAT IT IS ONLY A MATTER OF TIME UNTIL THIS CAUSES A FATALITY IF IT HASN'T ALREADY.** *TR

Class Action Complaint
Case No.

**1 Affected Product**

March 13, 2010 **NHTSA ID NUMBER: 10319436**
**Components: SUSPENSION**
**NHTSA ID Number:** 10319436
**Incident Date** March 12, 2010
**Consumer Location** RAYMOND, NH
**Vehicle Identification Number** 1FTWX31508E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2008 F-350 HAS WHAT THEY CALL THE "DEATH WOBBLE" AND HAS A CONSTANT SHAKE AT HIGHWAY SPEEDS. FORD BLAMED IT ON THE TIRES. I REPLACED TIRES WITH ONE OF THE BEST YOU CAN BUY. CONTINUED TO DO THE SAME THING. FORD BLAMED IT ON THOSE TIRES. BEEN IN FOR SERVICE 5 TIMES IN 1 YEAR. DEALERSHIP TOLD ME NOT TO COME BACK BECAUSE THEY CAN'T FIX IT. FORD TELLS ME TO GO BACK TO THE DEALERSHIP. **SOMEDAY I'M GOING TO KILL SOMEONE OR MYSELF IN THIS TRUCK SINCE I HAVE NO CONTROL WHEN THE "DEATH WOBBLE" STARTS UNTIL I CAN SLOW DOWN TO ABOUT 20 MPH ON AN INTERSTATE HIGHWAY.** UPDATED IVOQ 05/26/10
**1 Affected Product**
**2 Associated Documents**

May 28, 2013 **NHTSA ID NUMBER: 10513953**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10513953
**Incident Date** July 1, 2011
**Consumer Location** ORRVILLE, OH
**Vehicle Identification Number** 1FTWW31RX8E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
REPEATED "DEATH WOBBLE". MANY TIMES, AT HIGHWAY SPEEDS WHEN I HIT A BUMP OR IMPERFECTION IN THE ROAD, THE TRUCK WILL VIOLENTLY SHAKE AND LOOSE STEERING CONTROL. SEEMS TO HAPPEN MORE OFTEN DURING CURVES IN THE ROAD. I HAVE SHOT SIDEWAYS ACROSS SEVERAL LANES OF TRAFFIC ON MORE THAN ONE OCCASION VERY NARROWLY AVOIDING A HIGH SPEED COLLISION. HAPPENS BOTH WHILE PULLING A LOAD OR NOT. DEALERSHIP IS UNWILLING TO HELP. VERY SERIOUS, LIFE THREATENING PROBLEM GOING ON AND I CANNOT BELIEVE FORD IS UNWILLING TO FIX THE PROBLEM. **I GUESS THEY WILL WAIT UNTIL SOMEONE DIES FROM THIS**

-115-

**BEFORE THEY WILL ACT. I DON'T THINK IT WILL BE LONG BEFORE SOMEONE IS KILLED FROM THIS LOSE OF STEERING CONTROL!** *TR

1 Affected Product

---

March 3, 2010 **NHTSA ID NUMBER: 10316308**
**Components: STEERING**
**NHTSA ID Number:** 10316308
**Incident Date** January 2, 2009
**Consumer Location** SAN BERNARDINO, CA
**Vehicle Identification Number** 1FTWW33R68E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2008 FORD F-350 DUALLY THAT WHEN HITTING A DIP/BUMP IN THE ROAD AT SPEEDS ABOVE ABOUT 35, THE ENTIRE FRONT END SHAKES/SHIMMYS SO BAD THAT YOU CAN'T EVEN CONTROL IT! I RECEIVED A LETTER IN THE MAIL FROM FORD IN APRIL 2009 BASICALLY SAYING WHEN IT HAPPENS SLOW DOWN. THE DEALER REFUSES TO DO ANYTHING. **SOMEONE IS GOING TO GET KILLED IF THIS IS NOT FIXED.** *TR

1 Affected Product

---

October 1, 2014 **NHTSA ID NUMBER: 10640673**
**Components: SERVICE BRAKES, STEERING, WHEELS**
**NHTSA ID Number:** 10640673
**Incident Date** September 22, 2014
**Consumer Location** JAMESTOWN, TN
**Vehicle Identification Number** 1FTWW33R48E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I WAS DRIVING ON INTERSTATE 75 WHEN THE TRUCK AND STEERING WHEEL STARTED VIBRATING VIOLENTLY, AS I APPLIED THE BRAKES TO SLOW THE VEHICLE IT PULLED SHARP TO THE LEFT TAKING THE VEHICLE ONTO THE MEDIAN. ONCE THE VEHICLE STOPPED, FACING IN THE OPPOSITE DIRECTION I GOT OUT AND CHECKED THE LEFT FRONT WHEEL, IT WAS TOO HOT TO TOUCH. I LET IT COOL AND THEN PROCEEDED TO THE NEAREST EXIT. I HAD THE LEFT FRONT WHEEL INSPECTED, BUT NO PROBLEM WAS DISCOVERED. I CONTINUED ON MY TRIP FROM TENNESSEE TO FLORIDA. ON THE RETURN TRIP THE PROBLEM HAPPENED THREE TIMES, EACH TIME I STOPPED AND LET THE WHEEL COOL BEFORE CONTINUING. I RESEARCHED THIS PROBLEM ON THE INTERNET AND FOUND THAT SEVERAL OTHER INDIVIDUALS HAVE EXPERIENCED THE SAME PROBLEM. **I BELIEVE THE NTSB SHOULD REQUIRE FORD MOTOR COMPANY**

Class Action Complaint
Case No.

**TO RECALL THESE VEHICLES AND CORRECT THE PROBLEM BEFORE SOMEONE IS INJURED OR KILLED.** THERE IS SUFFICIENT DOCUMENTATION ON THE INTERNET TO JUSTIFY THE NTSB TAKING ACTION. *TR

1 Affected Product

---

April 23, 2013 **NHTSA ID NUMBER: 10509217**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10509217
**Incident Date** December 3, 2012
**Consumer Location** BROCKPORT, NY
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THIS TRUCK HAS DEVELOPED THE "DEATH" WOBBLE. IF I HIT A BUMP, BRIDGE JOINT IT WILL SEND THE TRUCK INTO AN INSTANT WOBBLE THAT IS SO VIOLENT YOU HAVE TO SLOW TO ABOUT 20MPH TO STOP IT. VERY DANGEROUS AT HIGHWAY SPEEDS AS YOU CANNOT KEEP LANE CONTROL. ALREADY DESTROYING THE FRONT TIRES AND DEALERS HAVE SAID TO KEEP PROPER AIR PRESSURE. I HAVE BEEN AN AUTO MECHANIC FOR OVER 15 YRS NOW AND THAT IS THE BEST EXCUSE THE DEALER HAS. FORD KNOWS THERE IS A PROBLEM BUT SAID THERE IS NOT ENOUGH COMPLAINTS. I HAVE DONE A SEARCH AND CAME UP WITH OVER 18,000 HITS ON GOOGLE FOR THIS TOPIC ALONE. **PLEASE ASSIST WITH KEEPING US SAFE AND DEMAND A FIX AND RECALL BEFORE PEOPLE ARE KILLED DRIVING OR EVEN BEING NEAR THIS VEHICLE.** *TR

1 Affected Product

---

October 19, 2013 **NHTSA ID NUMBER: 10548528**
**Components: SUSPENSION, WHEELS, STEERING**
**NHTSA ID Number:** 10548528
**Incident Date** October 10, 2012
**Consumer Location** Unknown
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I'M A LIFE TIME FORD TRUCK OWNER AND HAVE NEVER BEEN SO DISAPPOINTED IN MY LIFE AND READY TO PURCHASE FROM A COMPETITOR. **THE TITLE "DEATH WOBBLE" IS VERY TRUE AND FORD REALLY NEEDS TO PAY ATTENTION BECAUSE IT WILL COST SOMEONE THEIR LIFE. IF I WASN'T 65 YEARS OLD AND AN EXPERIENCED**

-117-

Class Action Complaint
Case No.

**DRIVER THE MULTIPLE TIMES I'VE EXPERIENCED THIS COULD HAVE KILLED ME.** I HAVE REPLACED EVERYTHING INVOLVING THE SUSPENSION, TIRES, STRUTS, RODS, HAVING MULTIPLE ALIGNMENTS, ETC.. AND NOTHING HAS FIXED THIS MESS.  FORD NEEDS TO FIX THIS. I'M WILLING TO BE PART OF A CLASS ACTION LAWSUIT AGAINST THEM FOR THE LEMONS/DEATH TRAPS THEY'RE PRODUCING & SELLING. FORD IS AWARE OF THIS PROBLEM AND REFUSES TO DO ANYTHING ABOUT IT. THEY SWITCHED FROM LEAF SPRINGS TO THIS HORRIBLE DESIGN STARTING WITH 2008 MODELS TO PRESENT. *TR

**1 Affected Product**

---

April 2, 2014 **NHTSA ID NUMBER: 10576804**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10576804
**Incident Date** April 1, 2014
**Consumer Location** POTTSTOWN, PA
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A 2009 FORD F250 SUPER DUTY 4X4 AFTER HITTING A SMALL BUMP IN THE RD. AT 50 MPH THE WHOLE CAB OF MY TRUCK, THE STEERING WHEEL AND THE TIRES STARTED SHAKING VIOLENTLY!!!!!!!!!!!! BACK AND FORTH. THE TRUCK VEERED IN TO THE OPPOSITE LANE. I HAD TO SLAM ON THE BRAKES TO SLOW THE TRUCK DOWN TO REGAIN CONTROL. I TRULY THOUGHT THAT I WAS GOING TO LOSE CONTROL AND CRASH.WHY HAS FORD NOT RECALLED THE TRUCKS TO FIX THE PROBLEM.WHY WHEN I BOUGHT THE TRUCK WAS I NOT TOLD THAT THERE IS AN ONGOING INVESTIGATION INTO THIS DEFECT AND IT HAS BEEN GOING ON SINCE 2005**. MUST SOMEONE DIE BEFORE FORD IS MADE TO CORRECT THIS EXTREMELY DANGEROUS DEFECT. PLEASE INFORM ME OF OUTCOME OF THIS INVESTIGATION.**  THANK YOU. *TR

**1 Affected Product**

---

January 5, 2012 **NHTSA ID NUMBER: 10442582**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10442582
**Incident Date** November 20, 2011
**Consumer Location** TAMASSEE, SC
**Vehicle Identification Number** 1FTWW31R39E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

-118-

Class Action Complaint
Case No.

WHEN MY TRUCK IS DRIVEN OVER A POTHOLE, ONTO A BRIDGE, OR ANY CHANGE IN ELEVATION IN THE DRIVING SURFACE, THE VEHICLE WILL SHAKE VIOLENTLY. THE SHAKING IS SO VIOLENT THE VEHICLE MUST BE STOPPED TO AVOID LOSING CONTROL. IT FEELS AS IF THE FRONT END WILL LITERALLY COME APART. THIS BEGAN NEAR THE END OF NOVEMBER AND HAS CONTINUED TO GET WORSE AND HAPPEN MORE FREQUENTLY. I HAVE CONTACTED FORD MOTOR COMPANY AND WAS TOLD THERE IS NO RECALL AND TO KEEP RECORDS OF MY REPAIRS IF THERE EVER IS ONE. THE PROBLEM IS THE TRACK BAR AND THE COST TO FIX THIS "DEATH WOBBLE" IS APPROXIMATELY 1200 DOLLARS PARTS AND LABOR. I NOW HAVE A 50,000 DOLLAR TRUCK THAT IS NOT SAFE FOR MY FAMILY TO RIDE IN. **THIS PROBLEM WILL CERTAINLY CAUSE FATALITIES IF IT HASN'T ALREADY. I AM A CDL DRIVER AND IF I CAN'T CONTROL THE VEHICLE THEN I DOUBT ANYONE ELSE CAN EITHER.** *TR

**1 Affected Product**

January 11, 2015 **NHTSA ID NUMBER: 10671655**
**Components: SUSPENSION, STEERING, WHEELS**
**NHTSA ID Number:** 10671655
**Incident Date** November 27, 2014
**Consumer Location** LEANDER, TX
**Vehicle Identification Number** 1FTWW31R89E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
HIT ROAD BUMP & THE 'DEATH WOBBLE' OCCURRED CAUSING THE TRUCK TO SHAKE UNCONTROLLABLY & FORCE US TO THE SIDE OF THE ROAD. I TOOK IT TO FORD DEALERSHIP & THEY QUOTED ME OVER $7K TO FIX VIRTUALLY EVERYTHING SUSPENSION RELATED. I TOOK IT 2 LOCAL DIESEL MECHANICS WHO EVENTUALLY FIXED IT AFTER REPLACING APX $700 IN PARTS. THE PART THAT FIXED IT WAS THE TRACK BAR BALL JOINT & TRACK BAR BUSHING. IN SEARCHING ONLINE AMONGST FORD ENTHUSIAST AS WELL AS OTHER DIESEL TRUCK OWNERS....**THIS IS A SCARY, DANGEROUS & SOMEWHAT COMMON PROBLEM.** FORDS RESPONSE IN A LOT OF INSTANCES IS THAT TIRE PRESSURE, TIRE WEAR, ETC... IS THEIR COMMON RESPONSE. ALL I KNOW IS WITH AS MANY GUYS THAT I'VE SEEN HAD THIS, **THIS IS A DESIGN FLAW THAT IS DANGEROUS. IF SOMEONE HASN'T BEEN KILLED BECAUSE OF THIS ALREADY, I'D BE SHOCKED.** *TR

**1 Affected Product**

July 24, 2013 **NHTSA ID NUMBER: 10531702**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10531702
**Incident Date July 22, 2013**
**Consumer Location** PELHAM, NH

Class Action Complaint
Case No.

**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
I JUST BOUGHT THIS VEHICLE AND WAS DRIVING THE HIGHWAY AT 65 MPH. I WENT OVER THE EXPANSION JOINT ON A BRIDGE AND LOST CONTROL OF THE VEHICLE. IT JUMPED INTO THE NEXT LANE. THANK GOD NO ONE WAS IN THE OTHER LANE AND NO ONE GOT HURT. **MY FAMILY AND OTHERS COULD HAVE BEEN KILLED.** THE DEALERSHIP SAID THE STEERING DAMPER WAS BAD. I'M SORRY BUT A BAD STEERING DAMPER WHEN YOU ARE TRAVELING 65 MPH OVER A SMALL BUMP SHOULD NOT MAKE YOUR VEHICLE JUMP INTO THE NEXT LANE AND LOOSE CONTROL. THIS MUST BE FIXED BY FORD. I AM READING THAT OTHER PEOPLE HAVE HAD TO HAVE ALL OF THE FRONT END PARTS REPLACED AND THEN THE PROBLEM RETURNS AGAIN. WHAT IS THE NHTSA DOING ABOUT THIS? DO NOT HAVE VIN AT THIS TIME MY TRUCK IS AT THE DEALERS. *TR
**1 Affected Product**

January 13, 2014 **NHTSA ID NUMBER: 10559662**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10559662
**Incident Date** January 25, 2013
**Consumer Location** DEER PARK, TX
**Vehicle Identification Number** 1FTSW2BR5AE****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
AT 65 MPH, HIT UNEVEN ROAD, FRONT END WOBBLED DRAMATICALLY !!!!!!!!!  TRUCK WENT OUT OF CONTROL & HAD TO REDUCE SPEED TO BELOW 40 MPH TO REGAIN CONTROL.  CONTINUES TO HAPPEN ALL THE TIME NOW AT OVER 55 MPH AND HITTING A BUMP.  NEW TIRES ALL THE WAY AROUND, ALL TIRE PRESSURE MAINTAINED PROPERLY AT 62 TO 65 PSI**.... THIS IS A SAFETY CONCERN AND IS DEFINITELY A FLAWED DESIGNED THAT FORD IS WELL AWARE OF AND REFUSE TO ACKNOWLEDGE.  DOES SOMEONE HAVE TO DIE TO GET THEIR ATTENTION ?????** *TR
**1 Affected Product**

January 6, 2015 **NHTSA ID NUMBER: 10670511**
**Components: STEERING**
**NHTSA ID Number:** 10670511
**Incident Date** September 17, 2014
**Consumer Location** GARDEN RIDGE, TX

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FTSW2BRXAE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
AT VARIOUS SPEEDS FROM 45 ON UP FRONTEND WILL SHAKE VIOLENTLY CAUSING VEHICLE TO LOSS LANE CONTROL. MOST OFTEN IT IS FOLLOWING ANY COMPROMISE IN THE ROAD BUT HAS HAPPENED WITHOUT ME FEELING OR SEEING ANY CHANGE IN THE SURFACE. WHEN I WENT TO MY LOCAL FORD DEALER, THEY QUICKLY IDENTIFIED THE PROBLEM CALLING IT THE â€œDEATH WOBBLEâ€•. ALARMED BY THE NAME ALONE I ENQUIRED. THEY SAID THEY KNOW OF THE PROBLEM AND THAT FORD IS NOT TAKING RESPONSIBILITY FOR IT. THEY ONLY OFFER THE CONSUMER TO PAY OUT OF POCKET FOR AFTERMARKET PART TO RECTIFY THEIR ILL ENGINEERED FRONTEND. THIS IS A SERIOUS OCCURRENCE AND WILL END UP CAUSING MANY WRECKS AND THE GREAT POTENTIAL FOR FATALITIES. I SEE FORD AND WHOEVER ELSE TURNS A BLIND EYE TO THIS SITUATION TO BE IN THE HEADLINES RIGHT NEXT TO GM AND THEIR ATTEMPT TO PRETEND AND BURY ISSUES KNOWING THEY PRESENT A COMPROMISE IN SAFETY. **THERE IS A COUNTLESS NUMBER OF PEOPLE WHO HAVE DONE THEIR PART TO NOTIFY BOTH FORD AND NHTSA OF THIS ONGOING ISSUE FOR YEARS AND BOTH SEEM NEGLIGENT NOT TO AGGRESSIVELY REMEDY ANY AND ALL CURRENT VEHICLES WITH THIS DEFECT, AS WELL AS, ANY UNIT IN PRODUCTION. IT SHOULDNâ€™T TAKE BLOODSHED/DEATH FOR SOMEONE TO TAKE OWNERSHIP OF THEIR DEFECTIVE PRODUCT.**
**1 Affected Product**

February 25, 2016 **NHTSA ID NUMBER: 10838463**
**Components: WHEELS, UNKNOWN OR OTHER, STEERING**
**NHTSA ID Number:** 10838463
**Incident Date** February 25, 2016
**Consumer Location** BALTIMORE, MD
**Vehicle Identification Number** 1FTSW2B55AE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING MY 2010 FORD F250 SUPER DUTY ON THE HIGHWAY I DROVE OVER A BUMP IN THE ROAD. THE TRUCK BEGAN TO SHAKE VIOLENTLY. IT FELT LIKE IT WAS GOING TO FALL APART WHILE STILL IN MOTION. I TRIED TO HIT THE BRAKE BUT THAT SEEMED TO EXACERBATE THE PROBLEM. I TRIED TO ADJUST THE STEERING WHEEL IN HOPES TO ALIGN SOME DEFUNCT COMPONENT. **NOTHING SEEMED TO HELP EXCEPT TO LET OFF THE GAS AND ATTEMPT TO CONTROL THE VEHICLE AND AVOID A POTENTIAL FATAL ACCIDENT.** THIS REALLY WAS A FRIGHTENING EVENT, IT WAS

Class Action Complaint
Case No.

ALL I COULD DO TO MAINTAIN A SAFE DISTANCE AROUND ME SO NOT TO COLLIDE WITH OTHER DRIVERS.

September 10, 2015 **NHTSA ID NUMBER: 10763032**
**Components: STEERING, WHEELS, SUSPENSION**
**NHTSA ID Number:** 10763032
**Incident Date** October 20, 2012
**Consumer Location MEMPHIS, TN**
**Vehicle Identification Number** 1FTWW3DR6AE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
LOSS OF CONTROL WHEN DRIVING ON BUMPY SECTION OF FREEWAY, DUE TO EXTREME SHAKING OF FRONT END. IT SEEM TO AMPLIFY IN THE SEVERITY AND VIOLENCE OF THE SHAKING UNTIL I WAS ABLE TO SLOW THE TRUCK TO UNDER 10 MILES AN HOUR ON THE SHOULDER OF THE ROAD TO REGAIN CONTROL. I HAVE HAD THE TRUCK IN SHOP AT THE DEALER 3 TO 4 TIMES FOR REPAIR FOR THIS RECURRING PROBLEM. THE FORD SERVICE TECHNICIAN ADMITTED THAT THIS WAS A COMMON PROBLEM FOR THIS MAKE AND MODEL BUT THAT NEITHER FORD OR THE DEALER WOULD TAKE RESPONSIBILITY FOR THE REPAIR. BUT, THEY DID HOWEVER HAVE A RECOMMENDED FIX, WHICH I FOUND INTERESTING FOR AN ISSUE THAT THEY SAID DIDN'T EXIST. I HAVE SPENT THOUSANDS OF DOLLARS AT THE DEALER TO FIX WHAT IS OBVIOUSLY A DESIGN AND MANUFACTURING FLAW. THIS IS A VERY DANGEROUS VEHICLE TO DRIVE. WE BOUGHT IT TO PULL A LARGE TRAVEL TRAILER BUT DO NOT HAVE CONFIDENCE IN THE TRUCK TO DO SO. SO NOT ONLY ARE WE PAYING FOR A DEFECTIVE TRUCK, WE ARE NOT ABLE TO USE THE TRUCK FOR THE PURPOSE WE INTENDED. WE COULD NOT BE MORE DISAPPOINTED IN FORD AND OUR DEALER. **THESE TRUCKS WILL CAUSE FATAL CRASHES, THEY ARE NOT SAFE TO DRIVE.** I CAN SEND VIDEO FROM THE CAB OF THE SHAKING THAT HAPPENED OVER THE WEEKEND. PLEASE, PLEASE TAKE ACTION TO GET THIS ISSUE FIXED.  THANK YOU *TR
**1 Affected Product**

March 29, 2017 **NHTSA ID NUMBER: 10969398**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10969398
**Incident Date** February 13, 2017
**Consumer Location** JAY, FL
**Vehicle Identification Number** 1FTWW3DR3AE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**

-122-

Class Action Complaint
Case No.

**DEATHS0**
2010 FORDF350 SUPER DUTY, 127,000 MILES. I HAVE THE DREADED  "FORD DEATH WOBBLE", I'VE CONTACTED FORD ALL THE WAY TO   CORPORATE. FORD'S RESPONSE IS WE'RE NOT AWARE IF ANY ISSUES, AND THERE IS  NO RECALL ON YOUR VEHICLE. MY WIFE WON'T RIDE IN THE CAR, THAT'S HOW COOLANT  THE SHAKE IS. I'VE CONTACTED FORD BOTH IN WRITING AND VERBALLY,  THERE ANSWER IS OUT OF WARRANTY, YOUR PROBLEM MN.   THEY ARE AWARE IF THE PROBLEM AS IT IS ALL OVER THE INTERNET.  THEIR ANSWER IS YOU CAN'T BELIEVE THE INTERNET. **I GUESS THEY'LL TAKE OWNERSHIP WHEN SOMEONE IS KILLED. OF COURSE  IN A DEADLY CRASH, THE EVIDENCE/CAUSE OF   CRASH WILL BE DESTROYED, HOW FOURTINANT FOR FORD.**
**1 Affected Product**

October 2, 2011 **NHTSA ID NUMBER: 10428198**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10428198
**Incident Date** September 27, 2011
**Consumer Location** CUTLER BAY, FL
**Vehicle Identification Number** 1FT7W2BT0BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
THESE TRUCKS SHAKE VIOLENTLY IN THE FRONT END WHEN THEY ENCOUNTER EVEN THE SMALLEST OF BUMPS IN THE ROAD. FORD HAS FAILED TO TAKE THE RESPONSIBLE AND CORRECTIVE MATTERS TO FIX THE PROBLEMS. **SOMETHING MUST BE DONE BEFORE SOMEONE GET KILLED.** PLEASE SEE FORDFORUM.ORG TO SEE THAT MANY OTHERS ARE HAVING THE SAME ISSUES. *TR
**1 Affected Product**

January 25, 2012 **NHTSA ID NUMBER: 10445217**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10445217
**Incident Date** January 20, 2012
**Consumer Location** ROCHESTER HILLS, MI
**Vehicle Identification Number** 1FT7W2B60BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I WAS DRIVING ON A ENTRANCE RAMP TO AN INTERSTATE AT ABOUT 55-60MPH... I RECALL HITTING SOME TYPE OF ROAD BUMPS - PAVEMENT JOINT THAT STARTED THE

-123-

Class Action Complaint
Case No.

EVENT... TYPICALLY I'M USED TO EXPERIENCING THE BACK OF MY TRUCK BOUNCE IN THE PAST CAUSING LANE CORRECTION BUT THIS TIME THE WHOLE FRONT END STARTED SHAKING SEVERELY... I WAS IN THE LEFT LANE OF 3 SO DECIDED TO BREAK AND GET INTO THE CENTER MEDIAN ASAP BASED ON APPROACHING VEHICLES FROM BEHIND... I PULLED OFF AND CHECKED THE LEFT SIDE AND THE RIGHT... ALL WAS FINE... I SHOOK THE WHEELS... ALL TIGHT... THE SHAKING OF THE VEHICLE WAS SO SEVERE I HAD A HARD TIME CONTROLLING IT AND GETTING IT SAFELY OFF THE ROADWAY... PAPERS IN MY VISORS SHOOK LOOSE... 2 GYM BAGS IN PASSENGER SEAT ENDED UP ON FLOOR.... A LARGE SCREEN TV THAT WAS TAPED AGAINST THE BACK WINDOW ON THE BACK SEAT WAS THUS SHIFTED LAYING NOW ON TOP OF THE FRONT SEATS.... I LATER REALIZED THAT THE SANDWICH I JUST BOUGHT WAS GONE FROM THE CONSOLE AND LATER FOUND ON THE FLOOR AT THE PASSENGERS DOOR!!!! BEING COMMITTED TO THE FREEWAY I SLOWLY STARTED OUT, AND NO OTHER ISSUES... AFTER ABOUT 20 MINUTES ON THE FREEWAY I KICKED IT UP TO FREEWAY SPEEDS, BUT GOT THE PUCKER FACTOR EACH TIME I HIT ROAD BUMPS ON MY TRIP.. I WORK FOR THE CITY OF ROCHESTER HILLS AND CALLED OUR FLEET MGR, AND TOLD HIM OF MY ISSUE, HE HAD NO IDEA BUT CHECKED AND FOUND TSB 11-6-14 THAT WAS VERBATIM WHAT HAPPENED TO ME.. THE DEALER ORDERED UP PARTS AND WILL ADVISE WHEN TO BRING IT IN BUT FORD CORP I FELT SHOULD HAVE NOTIFIED OF A POSSIBLE ROLL OVER ISSUE, **AS IM SURE IF I WAS AT 70-80 ON THE FREEWAY OR MY KIDS DRIVING WITH LESS EXPERIENCE THERE WOULD HAVE BEEN A ROLLOVER... FORD SAID UNTIL IT HAPPENS AGAIN OR THE DEALER CAN NOT FIX IT THERE WAS NOTHING MORE THEY COULD DO!!!!! I ADVISED IT LOOKS LIKE THE NEXT CALL THEY WANT IS FROM LEGAL COUNCIL ADDING THE 0000 AFTER A FATALITY!!!** *TR
1 Affected Product

February 5, 2012 **NHTSA ID NUMBER: 10446711**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10446711
**Incident Date** December 15, 2011
**Consumer Location** SAINT CHARLES, MO
**Vehicle Identification Number** 1FT7W2BT1BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I WAS DRIVING ON HIGHWAY 55 NORTH IN IMPERIAL MISSOURI WITH MY 3 YR OLD SON IN REAR CAR SEAT WHEN I WENT OVER SOME NORMAL ROAD BUMP AND MY FRONT END STARTED SHAKING SO VIOLENTLY THAT I HAD TO COME TO A COMPLETE STOP TO CORRECT THE SHAKE. THIS ALL HAPPENED IN THE FAST LANE AS I HAD NO WAY TO MOVE TO LEFT OR RIGHT. THANK GOD I WAS NOT BEING TAILGATED! I WAS SCARED HALF TO DEATH AND MY 3YR OLD WAS CRYING SO HARD THAT HE COULDN'T BREATHE! I TOOK IT STRAIGHT TO DEALERSHIP AND THEY DID A TSB FOR A STEERING DAMPENER AND TOLD ME IT WAS FIXED. THE VERY NEXT MORNING IT DID THE

Class Action Complaint
Case No.

VIOLENT SHAKE AGAIN. TOOK IT STRAIGHT BACK TO DEALERSHIP AND THEY HAD A FORD ENGINEER LOOK AT IT AND THEY REPLACED A TRACK BAR BALL JOINT AND SAID IT WAS GOOD NOW. I TOLD THEM THAT I WANTED TO TEST DRIVE IT BEFORE I TOOK IT THIS TIME AND THEY LET ME. STILL HAD THE PROBLEM AND WHEN I TOLD HIM THAT HE SAID THAT THE ENGINEER SAID I NEEDED TO PUT NEW TIRES ON AND A ALIGNMENT BEFORE THEY DO ANYTHING ELSE. THERE IS SOMETHING MORE THAN TIRES AND ALIGNMENT WRONG WITH MY TRUCK!!!!! **MY FAMILY TRUCK HAS BECOME A DEATH TRAP!!!! PLEASE HELP WITH THIS MATTER BEFORE SOMEONE IS KILLED! IF THIS WAS YOUR CHILD IN THIS TRUCK YOU WOULD UNDERSTAND MY CONCERN!!!** *TR

**1 Affected Product**

November 13, 2013 **NHTSA ID NUMBER: 10552092**
**Components: SUSPENSION**
**NHTSA ID Number:** 10552092
**Incident Date** November 4, 2013
**Consumer Location** DALLAS, TX
**Vehicle Identification Number** 1FT7W2BT5BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
AS I WAS DRIVING ON THE HIGHWAY AT HIGHWAY SPEED, ALL OF THE SUDDEN AFTER GOING OVER A ROUGH PATCH OF ROAD, I EXPERIENCED A SEVERE RATTLING AND LOSS OF CONTROL. I HAD TO COME TO A COMPLETE STOP ON THE HIGHWAY AND NEARLY CAUSED A MULTIPLE CAR PILE UP. A WEEK LATER, I HAD THE SAME THING. **THIS TIME AS I WAS APPROACHING HIGHWAY SPEED GETTING ON TO THE HIGHWAY. AFTER COMING TO A COMPLETE STOP, THIS CAUSED ANOTHER ACCIDENT ON THAT HIGHWAY THAT I WAS NOT INVOLVED IN BUT WAS A DIRECT RESULT OF MY HAVING TO SLOW TO A STOP DUE TO THIS INCIDENT. AFTER THIS, I LOOKED ONLINE AND IT APPEARS THAT THIS HAS BEEN A PROBLEM WITH FORD SUPER DUTY TRUCKS SINCE 2006 AND HAS CAUSED MORE THAN ONE ACCIDENT AND POSSIBLE FATALITIES.** THIS IS A FAIRLY COMMON PROBLEM AS WELL. THE TRUCK IS LESS THAN 3 YEARS OLD, AND HAS LESS THAN 36,000 MILES ON IT. *TR

**1 Affected Product**

August 12, 2015 **NHTSA ID NUMBER: 10748019**
**Components: SUSPENSION, UNKNOWN OR OTHER, STEERING**
**NHTSA ID Number:** 10748019
**Incident Date June 17, 2015**
**Consumer Location** WINDSOR, PA
**Vehicle Identification Number** 1FT7X2B62BE****
**Summary of Complaint**

Class Action Complaint
Case No.

**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WAS GETTING ON THE INTERSTATE AND WENT OVER A SEPARATION CRACK AT ABOUT 55 MPH WHEN THE TRUCK FRONT AXLE / SUSPENSION STARTED TO VIBRATE VIOLENTLY / SHAKING UNCONTROLLABLY. I STARTED TO PUT A SECURE HOLD ON THE STEERING WHEEL AND AT THE SAME TIME APPLYING THE BRAKES. AFTER SLOWING DOWN TO ABOUT 35 MPH THE TRUCK STARTED TO SMOOTH OUT, PULLED OVER TO THE SIDE OF THE EXPRESSWAY, CHECKED THE TRUCK OUT, DID NOT FIND ANY PROBLEM. I CONTINUED AT REDUCED SPEED TO HOME AND CHECKED IT OUT AGAIN, BUT DID NOT FIND ANYTHING. PRIOR TO THAT INCIDENT, I HAD COMPLAINED TO THE DEALER ABOUT WHAT I THOUGHT WAS A ROUGH RIDE, WENT WITH A MECHANIC FROM THE DEALERSHIP FOR A RIDE, AND HE SAID IT RIDES LIKE THE OTHER F250'S. AFTER THE VIBRATION INCIDENT, I DECIDED TO CHECK THE LEFT FRONT SHOCK, REMOVED IT AND THOUGHT THAT IT WAS NOT WORKING TO WELL. TOOK IT TO THE DEALERSHIP AND THEY SAID IT WAS A LITTLE BAD, AND THEY WOULD REPLACE IT, I THEN ASK THEM ABOUT THE RIGHT SHOCK, AND THEY DID NOT THINK THAT THE RIGHT SIDE WAS BAD, I THEN STATED THAT I WAS TOLD THAT THEY ARE REPLACED IN PAIRS, AND THAT THE REARS SHOULD ALSO BE REPLACED. THEY SAID NO, BUT AFTER MORE DISCUSSION, THEY DID AGREE TO REPLACE THE RIGHT SHOCK {CUSTOMER SATISFACTION}.IT DID SEEM TO RIDE BETTER. HOW EVER ON THE EVENING OF FRIDAY 7 AUGUST, THE TRUCK HAD ANOTHER EPISODE ON A DIFFERENT ROAD, LIKE IT HAD OVER A MONTH AGO. SO I DON'T THINK THAT SHOCKS ARE THE TOTAL PROBLEM.. **IT IS POSSIBLE THAT UNDER DIFFERENT WEATHER CONDITIONS, THIS PROBLEM COULD INJURE OR KILL MANY PEOPLE!!! SO WHO IS TO BLAME ???? NOT ME !!!** .  . ,
**1 Affected Product**

---

November 10, 2015 **NHTSA ID NUMBER: 10789577**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 10789577
**Incident Date** July 1, 2015
**Consumer Location** CHRISTMAS VALLEY, OR
**Vehicle Identification Number** 1FT7W2BT2BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WE HAVE A 2011 FORD F250 SUPER DUTY DIESEL PICK UP WITH LESS THAN 20,000 MILES. IT IS LIKE NEW, BUT HAS DEVELOPED A SERIOUS MECHANICAL DEFECT. **FORD MOTOR COMPANY HAS TRIED UP TO (11) ELEVEN FIXES FOR THIS LIFE THREATENING PROBLEM WITH NO SUCCESS. NONE OF THESE "FIXES" APPLY ON THIS PICK UP.** NOW SINCE THE PICK UP IS OLDER THAN 3 YRS. EVEN WITH SUCH LOW MILEAGE THEY WANT US TO PAY FOR "TRYING" OUT MORE POSSIBLE FIXES THAT

-126-

HAVE CURRENTLY BEEN UNSUCCESSFUL FOR ALL THESE FORD F250 & F350 PICK UPS. THIS SHOULD BE AT THE FORD MOTOR COMPANY'S EXPENSE. THE BOTTOM LINE, IT SHOULD BE BOUGHT BACK BY FORD SINCE IT IS NOT YET PROVEN TO BE FIXABLE. PROBLEM: THE "DEATH WOBBLE" AS DESCRIBED ON THE INTERNET. THIS OCCURS ANYTIME THESE FORD SUPER DUTY F250 OR F350 DIESEL PICKUPS ARE DRIVEN OVER 40MPH AND A BUMP, ROUGH ROAD, OR POTHOLE IN THE ROAD IS HIT. THE OPERATOR LOOSES CONTROL OF THE VEHICLE. THE FIRST TIME THIS HAPPENED, THE PICKUP WAS PULLED INTO THE ON-COMING TRAFFIC. IT TOOK ALL MY SON'S STRENGTH TO GAIN SOME CONTROL AND KEEP FROM HITTING AN ONCOMING SEMI-TRUCK. THIS VEHICLE IS WORSE THAN THE INTERNET VIDEO AS CONFIRMED BY THE BEND OREGON FORD DEALERSHIP. APPLYING THE BRAKES MAKES IT WORSE. IT HAS TO BE ALLOWED TO SLOW DOWN ON ITS OWN. THE VIBRATION IS SO VIOLENT IT TAKES ALL ONES STRENGTH TO KEEP IT ON THE ROAD. IT'S ONE OF THE MORE FRIGHTENING EXPERIENCES YOU'LL ENCOUNTER BEHIND THE WHEEL. **THE VEHICLE IS SHAKING SO BADLY YOU THINK IT'LL FALL APART AND THAT YOU'RE GOING TO DIE.** THAT'S WHY IT'S CALLED DEATH WOBBLE.

**1 Affected Product**

May 16, 2017 **NHTSA ID NUMBER: 10986078**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10986078
**Incident Date** February 22, 2017
**Consumer Location** MONTPELIER, VA
**Vehicle Identification Number** 1FT7W2BTXBE****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
WHEN DRIVING THIS TRUCK, IF YOU HIT A POTHOLE OR ANY UNEVEN SURFACE, THE TRUCK WILL SHAKE VIOLENTLY AND IT'S ALL OVER THE ROAD. IT TAKES ALL THE STRENGTH IN MY BODY JUST TO HOLD ONTO THE STEERING WHEEL, AND THE ONLY WAY TO STOP IT IS COME ALMOST TO A COMPLETE STOP. **SOMEONE'S GOING TO GET KILLED, BECAUSE WHEN IT START TO SHAKE, YOU HAVE KNOW CONTROL OVER THE DIRECTION IT'S GOING TO GO.** FROM WHAT I'VE READ ON THE NET, THIS SHAKE IS CALLED THE DEATH WOBBLE AND FOR GOOD REASONS. I ALSO HEARD THAT FORD HAD KNOWN ABOUT THIS DEFECT FOR YEARS, BUT WANT DO ANYTHING EXCEPT GIVE YOU THE RUN AROUND.

**1 Affected Product**

January 22, 2018 **NHTSA ID NUMBER: 11064272**
**Components: SUSPENSION**
**NHTSA ID Number:** 11064272
**Incident Date** January 21, 2018

Class Action Complaint
Case No.

**Consumer Location** ANCHORAGE, AK
**Vehicle Identification Number** 1FT7W2BT5BE\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FROM DAY 1 I HAVE HAD ISSUES WHERE THE FRONT END WOULD BOUNCE
UNCONTROLLABLY AT HIGHWAY SPEEDS AFTER HITTING A POTHOLE OR BRIDGE
EXPANSION JOINT. IT'S GETTING WORSE. THE DEALERSHIP CANNNOT FIND ANY
PROBLEMS. THEY TOLD ME AT ONE TIME TO REPLACE MY TIRES BUT THAT DID NOT
FIX THE ISSUE. **I ALMOST RAN OFF THE ROAD 4 TIMES IN ONE TRIP BECAUSE OF
THIS AS I COULD NOT MAINTAIN CONTROL. THIS WILL KILL SOMEONE IF NOT
RESEARCHED AND CORRECTED BY FORD.**
**1 Affected Product**

November 4, 2015 **NHTSA ID NUMBER: 10788327**
**Components: STEERING, WHEELS, ELECTRONIC STABILITY CONTROL**
**NHTSA ID Number:** 10788327
**Incident Date** July 1, 2015
**Consumer Location** CHRISTMAS VALLEY, OR
**Vehicle Identification Number** 1FT7W2BT2BE\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
RE: THE DEATH WOBBLE   WE HAVE A 2011 FORD F250 SUPER DUTY DIESEL PICK UP
WITH LESS THAN 20,000 MILES. IT IS LIKE NEW, BUT HAS DEVELOPED A SERIOUS
MECHANICAL DEFECT. FORD MOTOR COMPANY HAS TRIED UP TO (11) ELEVEN FIXES
FOR THIS LIFE THREATENING PROBLEM WITH NO SUCCESS. NONE OF THESE "FIXES"
APPLY ON THIS PICK UP. NOW SINCE THE PICK UP IS OLDER THAN 3 YRS. EVEN WITH
SUCH LOW MILEAGE THEY WANT US TO PAY FOR "TRYING" OUT MORE POSSIBLE FIXES
THAT HAVE CURRENTLY BEEN UNSUCCESSFUL FOR ALL THESE FORD 250 & 350 PICK
UPS. THIS SHOULD BE AT THE FORD MOTOR COMPANY'S EXPENSE. THE BOTTOM LINE,
IT SHOULD BE BOUGHT BACK BY FORD SINCE IT IS NOT YET PROVEN TO BE FIXABLE.
PROBLEM: THE "DEATH WOBBLE" AS DESCRIBED ON THE INTERNET. (SEE WEBSITE
BELOW). THIS OCCURS ANYTIME THESE FORD SUPER DUTY 250 OR 350 PICKUPS REACH
20K MILES. THIS OCCURS WHEN DRIVING OVER 40 MILES PER HOUR IF AT ANYTIME A
BUMP, ROUGH ROAD, OR POTHOLE IN THE ROAD IS HIT. THE OPERATOR LOOSES
CONTROL OF THE VEHICLE. THIS VEHICLE IS WORSE THAN THE INTERNET VIDEO AS
CONFIRMED BY THE BEND OREGON FORD DEALERSHIP. APPLYING THE BRAKES MAKES
IT WORSE. IT HAS TO BE ALLOWED TO SLOW DOWN ON ITS OWN. THE VIBRATION IS SO
VIOLENT IT TAKES ALL ONES STRENGTH TO KEEP IT ON THE ROAD. IT'S ONE OF THE
MORE FRIGHTENING EXPERIENCES YOU'LL ENCOUNTER BEHIND THE WHEEL. **THE**

-128-

**VEHICLE IS SHAKING SO BADLY YOU THINK IT'LL FALL APART AND THAT YOU'RE GOING TO DIE. THAT'S WHY IT'S CALLED DEATH WOBBLE.**
HTTPS://WWW.YOUTUBE.COM/WATCH?V=8EUQ6F8RGT4
HTTPS://WWW.YOUTUBE.COM/WATCH?V=B_LMKNW9NHQ
**1 Affected Product**

---

January 12, 2016 **NHTSA ID NUMBER: 10819770**
**Components: STEERING, WHEELS, ELECTRONIC STABILITY CONTROL**
**NHTSA ID Number:** 10819770
**Incident Date** July 4, 2015
**Consumer Location** NEWBERG, OR
**Vehicle Identification Number** 1FT7W2BT2BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WE HAVE A 2011 DIESEL FORD F250 SUPER DUTY PICKUP. IT IS LIKE NEW, BUT HAS DEVELOPED A SERIOUS MECHANICAL DEFECT. WHEN IT HAD LESS THAN 20,000 MILES IT BEGAN HAVING THE "DEATH WOBBLE". WE HAVE CONSISTENTLY TRIED TO GET THE LOCAL FORD DEALERSHIP IN BEND, OREGON AND FORD MOTOR CORPORATION TO RESOLVE THIS DEATH THREATENING MECHANICAL PROBLEM WITH NO LUCK. THIS STARTED OCCURRING WHEN DRIVING OVER 40 MILES PER HOUR IF AT ANYTIME A BUMP, ROUGH ROAD, OR POTHOLE IN THE ROAD IS HIT. NOW IT CAN'T EVEN BE DRIVEN THAT FAST WITHOUT VIOLENTLY AND UNCONTROLLABLY GOING INTO THE DEATH WOBBLE. APPLYING THE BRAKES MAKES IT WORSE. IT HAS TO BE ALLOWED TO SLOW DOWN ON ITS OWN. THE VIBRATION IS SO VIOLENT IT TAKES ALL ONES STRENGTH TO KEEP IT ON THE ROAD. IT'S ONE OF THE MOST FRIGHTENING EXPERIENCES ONE WILL EVER ENCOUNTER BEHIND THE WHEEL. **THE VEHICLE IS SHAKING SO BADLY YOU THINK IT'LL FALL APART AND THAT YOU'RE GOING TO DIE. THE FIRST TIME IT HAPPENED WITH MY SON DRIVING, IT PULLED HIM INTO ON-COMING TRAFFIC TOWARDS A SEMI-TRUCK. HE BARELY PULLED IT BACK INTO HIS LANE BEFORE HAVING A "HEAD ON" COLLISION.** THE BEND OREGON DEALERSHIP CONFIRMED THIS PICKUP DEATH WOBBLE IS WORSE THAN THOSE DESCRIBED ON THE INTERNET. (SEE WEBSITE BELOW). SEE INTERNET SITE EXAMPLES: HTTPS://WWW.YOUTUBE.COM/WATCH?V=8EUQ6F8RGT4
HTTPS://WWW.YOUTUBE.COM/WATCH?V=B_LMKNW9NHQ
**1 Affected Product**

---

January 22, 2019 **NHTSA ID NUMBER: 11171468**
**Components: STEERING**
**NHTSA ID Number:** 11171468
**Incident Date** January 22, 2019
**Consumer Location** GORE, VA

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FT7W2BT6BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING 55-65 MPH THE STEERING STARTS SHAKING VIOLENTLY, YOU ARE UNABLE TO HOLD THE STEERING WHEEL STRAIGHT. IN ORDER TO STOP THIS YOU HAVE TO SLOW DOWN TO 15-20 MPH AS QUICKLY AS POSSIBLE BEFORE LOSING CONTROL HOPING NO ONE RUNS INTO YOU FOR HAVING TO STOP QUICKLY. THIS IS VERY DANGEROUS NOT KNOWING WHEN IT IS GOING HAPPEN. THIS IS SUCH A PROBLEM WITH FORD TRUCKS THAT STEERING STABILIZER KITS ARE LISTED ON LINE UNDER DEATH WOBBLE. **DO YOU MEAN THAT PEOPLE HAVE TO DIE BEFORE FORD IS MADE TO DO SOMETHING ABOUT THIS? THIS HAS HAPPENED MULTIPLE TIMES.** THE FORD DEALERSHIP SAID I NEEDED NEW TIRES. THIS DID NOT HELP.
**1 Affected Product**

July 2, 2014 **NHTSA ID NUMBER: 10607807**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10607807
**Incident Date** April 19, 2014
**Consumer Location** HAMBURG, NY
**Vehicle Identification Number** 1FTBF3A60BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
**\*\*2011 F350 SD 4X2. FIRST NOTICED THIS PHENOMENON AT 65MPH ON THE THRUWAY. WHEN HITTING CERTAIN ROUGH ROAD SURFACE, OR BUMPS, OR CONCAVITIES ETC., FRONT WHEELS "HOP" TO ONE SIDE, STEERING THE VEHICLE INTO THE SHOULDER, IF "HOPPING" TO THE RIGHT, OR INTO THE LEFT LANE OF TRAFFIC IF BUMP CAUSES A LEFT SIDE "HOP". CAN "HOP" EITHER WAY DEPENDENT UPON WHICH WHEEL STRIKES THE ROUGH SURFACE. IF BOTH WHEELS STRIKE THE ROUGH SURFACE THEN IT CAN GO EITHER WAY. THIS HAPPENS AT LOWER SPEEDS AS WELL. CAN HOP 12" OR MORE. I AM FRIGHTENED BY THIS VEHICLE AS I COULD EASILY STRIKE A CONCRETE BARRIER OR CONCRETE CURB OR A PEDESTRIAN OR ANOTHER VEHICLE. I HAVE DRIVEN OTHER MANUFACTURERS VEHICLES OF SIMILAR GVWR, OVER THE LAST 35 YEARS, AND THIS PROBLEM IS PARTICULAR TO THIS MAKE AND MODEL ONLY. I COMPARED WITH A 2015 FORD, SAME VEHICLE, AND THAT DOES THE SAME THING. FORD CLAIMS ITS NORMAL. FORD CLAIMS IT IS NORMAL UNTIL YOU "LOAD IT" TO CAPACITY, JUST OVER 2 TONS. "ONCE ITS LOADED, YOU WILL BE OK", SAYS FORD. SO THEIR THEORY STATES ITS OK TO BE AN UNSAFE VEHICLE WHILE YOU'RE TRAVELING TO PICK UP YOUR 4000LB LOAD, THEN ONCE YOU'RE LOADED ITS OK. SO IF YOU HAVE NO LOAD FOR 50% OF THE TIME THEN ITS OK TO HAVE A VEHICLE THAT IS UNSAFE 1/2 THE TIME YOU DRIVE IT!**

Class Action Complaint
Case No.

THIS IS OBVIOUSLY AN ENGINEERING PROBLEM AND I DOUBT FORD WILL ADMIT IT, **BUT IT CERTAINLY IS UNSAFE AND SOMEBODY HAD BETTER LOOK INTO THIS BEFORE SOMEONE IS KILLED.**

**INCIDENTALLY, THIS IS A 2011 THAT I BOUGHT BRAND NEW IN 2014. IT SAT ON THE LOT FOR 3 YEARS. THIS HAS NO BEARING ON THE ISSUE HOWEVER SINCE THE 2015 DISPLAYS THE SAME TENDENCIES. *TR

**1 Affected Product**

---

September 20, 2012 **NHTSA ID NUMBER: 10476600**
**Components: STEERING**
**NHTSA ID Number:** 10476600
**Incident Date** September 20, 2012
**Consumer Location** CEDAR RUN, NJ
**Vehicle Identification Number** 1FT8W3BTXBE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
STEERING GOES INTO VIOLENT SHAKING. FEELS LIKE TIRES ARE FALLING OFF. SLOWED DOWN AND STOPPED. ACCORDING TO YOU'RE REPORTS THIS IS NOT THE FIRST TIME FOR THIS PROBLEM. **THIS SHOULD BE A RECALL BEFORE SOMEONE GETS KILLED BECAUSE OF THIS.** *TR
**1 Affected Product**

---

February 25, 2016 **NHTSA ID NUMBER: 10838113**
**Components: SUSPENSION, ELECTRICAL SYSTEM, ELECTRONIC STABILITY CONTROL**
**NHTSA ID Number:** 10838113
**Incident Date** February 25, 2016
**Consumer Location** BLACKSHEAR, GA
**Vehicle Identification Number** 1FT7W2BT1CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TWO DIFFERENT PROBLEMS: FIRST I WAS LEFT STRANDED ABOUT 2 1/2 HOURS AWAY FROM HOME BECAUSE OF A SIMPLE EGT SENSOR DEFECT SHUT DOWN MY TRUCK. HAD TO PAY A TOWER $350 TO DRIVE MY TRUCK TO DEALERSHIP AND THEY TELL ME IT WAS A LITTLE SENSOR THAT LEFT ME STRANDED. THIS TYPE THING SHOULDN'T HAPPEN WHEN YOU PAY $60,000 PLUS FOR A VEHICLE. NOW MONTHS LATER I HAVE ANOTHER ISSUE THAT FROM ALL THE BLOGS SAY IS A PROBLEM MOST 2012 MODELS HAVE CALLED THE "DEATH WOBBLE". IT IS NOW HAPPENING AT LEAST ONCE ON

-131-

Class Action Complaint
Case No.

EVERY DRIVE I MAKE. I HAVE HAD OVER 8 SITUATIONS WHERE I HAVE HAD TO SLAM ON BREAKS TO MAKE THE VIBRATION STOP AND THE CAR BEHIND ME ALMOST SLAM INTO THE BACK OF MY TRUCK. BECAUSE ONCE THE WOBBLING STARTS YOU HAVE TO COME TO ALMOST A COMPLETE STOP BEFORE THE WOBBLING WILL STOP. MY WIFE NOW REFUSES TO DRIVE MY TRUCK BECAUSE SHE IS SCARED TO DEATH TO DRIVE IT. I DON'T EVEN LIKE TO DRIVE IT, BUT IT'S NECESSARY BECAUSE IT IS THE ONLY VEHICLE I HAVE TO DRIVE. I AM AT THE POINT OF WANTING TO TRADE IT, BUT WHAT KIND OF TRADE IN AM I GOING TO GET WITH THIS PROBLEM HAPPENING. MY 2012 JUST HAS A LITTLE MORE THAN 40,000 MILES, NOT VERY MUCH WHEN YOU ARE TALKING ABOUT A DIESEL ENGINE. IT IS HAPPENING MORE OFTEN NOW THAN BEFORE, AND I FELL IT WILL JUST CONTINUE TO HAPPEN MORE. NO ONE IN MY FAMILY WANTS TO DRIVE OR RIDE WITH ME IN MY TRUCK ANYMORE. IT SEEMS AS THOUGH FORD IS REFUSING TO ADMIT THAT THIS IS A PROBLEM ON EVERY ONLINE SITE I GO TOO, **I ASSUME IT WILL TAKE A FEW PEOPLE GETTING KILLED BEFORE THEY REALIZE THERE IS A PROBLEM. WHAT ARE OWNERS TO DUE WITH THIS, BECAUSE IF WE TRADE THE TRUCK KNOW ONE IS GOING TO WANT TO BUY IT. SO ONCE AGAIN THE CONSUMER GETS SHAFTED. NHTSA WE ARE LOOKING FOR YOU TO HELP US WITH THIS PROBLEM BEFORE SOMEONE GETS KILLED.** PLEASE HELP US WITH THIS PROBLEM! PLEASE!!!!!!

**1 Affected Product**

December 5, 2016 **NHTSA ID NUMBER: 10930091**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10930091
**Incident Date** March 1, 2016
**Consumer Location LIVINGSTON, TX**
**Vehicle Identification Number** 1FT7W2BT1CE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
FORD F250 TRUCK - FRONT END SUSPENSION AND 4 WHEEL DRIVE PROBLEMS. SINCE MARCH OF THIS YEAR 2016, @ 90K MILES, WHILE DRIVING DOWN THE ROAD, TRAVELING AROUND 50 MPH, THE FRONT SUSPENSION ON MY FORD F250 STARTED SHAKING AND WOBBLE UNCONTROLLABLE. THIS HAS HAPPENED PROBABLY 20 TIMES OR SO. THE WOBBLE WAS SO SERIOUS AND SCARY. I WOULD HAVE TO APPLY MY BRAKES AND HOLD ONTO THE STEERING WHEEL WITH A STRONG GRAB, TO KEEP MY TRUCK ON THE ROAD. OTHER VEHICLES AROUND MINE, WOULD SCATTER OUT OF MY WAY. ON OCTOBER 17, 2016, I HAD THE STEERING DAMPER REPLACED AND THE TRACK BAR BALL REPLACED, COSTING $361.71. "DEATH WOBBLE", WAS STILL HAPPENING. LAST MONTH ON NOVEMBER 14, 2016, I TOOK MY TRUCK INTO OUR LOCAL FORD DEALERSHIP FOR REPAIRS ON THE SUSPENSION PROBLEM - "DEATH WOBBLE". REPAIRS INCLUDED, BAR - FRONT SUSPENSION TI, JOINT ASY - BALL, NUT, END ASY - DRAG LINK ROD, ROD, ROD ASY - DRAG LINK, ADJUSTER ASY @ 2, ALL REPLACED WITH NEW

-132-

PARTS. REPLACE DRAG INK AND END, INSTALL ADJUSTERS FOR CASTOR, FRONT END ALIGNMENT (4 WHEEL DRIVE). THE FORD DEALERSHIP WAS EVEN AWARE OF THIS EXISTING PROBLEM WITH THE FORD F250 SUSPENSION, FROM PREVIOUS COMPLAINS AND REPAIRS. MY REPAIR COST WAS $1205.07. NOW MY 4 WHEEL DRIVE WILL NOT LOCK IN ON THE FRONT END. I HAVE AN APPOINTMENT, TAKING MY TRUCK BACK TO FORD DEALERSHIP TOMORROW MORNING FOR ADDITIONAL REPAIRS. **THIS IS A MAJOR SAFETY ISSUE ON THESE VEHICLES AND SOMETHING MUST BE DONE ABOUT IT. A RECALL SHOULD AND MUST BE MANDATORY FOR THE PUBLIC SAFETY. THIS ISSUE WILL END UP KILLING SOMEONE (IF, IT HAS NOT ALREADY) IF, A RECALL IS NOT ORDERED IMMEDIATELY.** *TR

**1 Affected Product**

August 29, 2017 **NHTSA ID NUMBER: 11020396**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 11020396
**Incident Date** August 27, 2017
**Consumer Location** COTTONWOOD, CA
**Vehicle Identification Number** 1FT7W2BT2CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
**WHILE DRIVING 60 MPH OVER HIGHWAY STEERING AND FRONT WHEELS STARTING SHAKING SO VIOLENTLY THE TRUCK WAS OUT OF CONTROL AND NEARLY CAUSED MAJOR ACCIDENT, THIS HAS HAPPENED TO US ON THREE OCCASIONS. I FEEL THIS PROBLEM IS VERY DANGEROUS AND IS A FLAW IN THE DESIGN OF STEERING, SUSPENSION OF FRONT WHEELS OF TRUCK,** I AM AFRAID TO DRIVE THIS $67000.00 VEHICLE WITH 48000 MILES. I HAVE TAKEN THIS TRUCK IN AND REPAIR SHOP SAYS THERE IS NO PROBLEM, I HAVE IT IN SHOP AGAIN WAITING FOR ANOTHER OPINION! I FEEL THIS VEHICLE TYPE BE RECALLED, **I HOPE NOBODY DIES FROM THIS FLAW IN MY VEHICLE AND IT IS WHY I WANTED TO REPORT THIS VERY DANGEROUS VEHICLE 2012 FORD F-250 KING RANCH DEATH WOBBLE DRIVING CONDITIONS ON THREE DIFFERENT OCCASIONS WERE ON HIGHWAY CONDITIONS DRIVING OVER SMALL PAVEMENT BUMPS AT SPEEDS RANGING FROM 60 TO 70 MPH STRAIGHT ROADS AND ALSO TURNING ON CURVES, THE TRUCK SHAKES SO VIOLENTLY THAT YOU LOOSE CONTROL TRUCK SHAKING CONTINUES UNTIL THE TRUCK ALMOST COMES TO A STOP WHILE YOU ARE BRAKING TO SLOW DOWN.** THIS HAPPENS SO FAST AND WITHOUT ANY WARNING IN STEERING OR ROAD FEEL , THIS OCCURS WITH SUCH SURPRISE AND SO VIOLENTLY OUT OF NOWHERE

**1 Affected Product**

February 18, 2018 **NHTSA ID NUMBER: 11073450**
**Components: SUSPENSION**

-133-

Class Action Complaint
Case No.

**NHTSA ID Number:** 11073450
**Incident Date** January 17, 2018
**Consumer Location** CORPUS CHRISTI, TX
**Vehicle Identification Number** 1FT7W2BTXCE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FRONT SUSPENSION SHAKES VIOLENTLY AT HIGHWAY SPEEDS. THE PROBLEM IS REFERRED TO AS THE "DEATH WOBBLE" BY THE FORD DEALERSHIP SERVICE MANAGER. THE FORD DEALERSHIP HAS MADE NUMEROUS ATTEMPTS TO RESOLVE THE PROBLEM BUT ALL HAVE FAILED. THERE ARE WEBSITES, FACEBOOK PAGES,AND FORUMS DEVOTED TO THIS PROBLEM. **DOES SOMEONE HAVE TO DIE BEFORE FORD WILL ISSUE A RECALL????**
1 Affected Product

July 9, 2018 **NHTSA ID NUMBER: 11110173**
**Components: SUSPENSION**
**NHTSA ID Number:** 11110173
**Incident Date** July 4, 2018
**Consumer Location** COLUMBUS GROVE, OH
**Vehicle Identification Number** 1FT7W2BTXCE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THE TRUCK SHAKES VIOLENTLY AT TIMES AFTER A BUMP IN THE ROAD. OUR TRUCK WENT BACK TO THE DEALER SEVERAL TIMES WHILE UNDER WARRANTY FOR THIS HOWEVER THEY SAID SINCE IT COULD NOT BE REPRODUCED CONSISTENTLY NOTHING COULD BE DONE. IT HAS GRADUALLY GOTTEN WORSE - MUCH WORSE. LAST SUMMER IT GOT SO BAD IT WAS SCARY TO DRIVE SO WE TOOK IT TO ANOTHER MECHANIC WHO PUT NEW SUSPENSION PARTS IN THE FRONT END. AFTER A COUPLE THOUSAND IN REPAIRS AND MANY NEW PARTS, IT STILL SHAKES SO VIOLENTLY WE CANNOT DRIVE IT SAFELY. FORD KNOWS ABOUT THESE COMPLAINTS - THEY ARE ALL OVER THE INTERNET AND ON THIS SITE SO WHY CAN THIS NOT BE FIXED? I DROVE MY GRAND-DAUGHTERS IN IT ONE DAY TWO WEEKS AGO AND AFTER NOT HAPPENING FOR DAYS IT HAPPENED AND IT'S A WONDER WE DID NOT HIT THE ONCOMING CAR HEAD ON. SOMEONE IS GOING TO DIE IN ONE OF THESE TRUCKS AND THEN MAYBE FORD WILL STEP UP AND AT LEAST TELL THOSE OF US THAT OWN THEM HOW TO FIX THIS PROBLEM! IT SEEMS LIKE IT RARELY HAPPENS AT 40 MPH OR BELOW BUT HAPPENS QUICKLY AT 55 MPH OR MORE. **IF SOMEONE DIES FROM THIS "DEATH WOBBLE" IT SHOULD BE FORD'S RESPONSIBILITY.**
1 Affected Product

-134-

August 17, 2018 **NHTSA ID NUMBER: 11120681**
**Components: STEERING**
**NHTSA ID Number:** 11120681
**Incident Date** August 19, 2017
**Consumer Location** SKOKIE, IL
**Vehicle Identification Number** 1FT7W2BT4CE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
AS REPORTED FROM PREVIOUS OWNERS, DEATH WOBBLE HAS HAPPENED A NUMBER OF TIMES. I GET WOBBLE AT DIFFERENT TIMES IN DRIVING. I HAD DRIVEN 240 MILES ON THE HIGHWAY WITH NO PROBLEMS. AS I APPROACHED A TRAFFIC LIGHT TO MAKE A LEFT TURN, THE STEERING WHEEL STARTED TO WOBBLE AND FELT LIKE IT WANTED TO LOCK UP. I PULLED OVER TO CHECK FRONT WHEELS WITH NOT NOTICING ANYTHING WRONG STARTED DRIVING AND WOBBLE WAS GONE. THE STEERING WHEEL HAS STARTED DOING MORE OF THE "DEATH WOBBLE" AT ANY SPEED. I SPOKE WITH THE FORD DEALER AND THEY DIDN'T HAVE AN ANSWER. WHEN YOU SPEND $65,000.00 AND THIS HAPPENS THE MANUFACTURER SHOULD BE SENDING OUT RECALL NOTICES. THE MANUFACTURE KNOWS ABOUT THIS AND CHANGED IT ON NEWER VEHICLES SO THEY MUST KNOW WHAT THE PROBLEM IS. **LET'S HOPE NO ONE GETS KILLED OR SERIOUS INJURED FROM THE DEATH WOBBLE.** IS FORD READY TO FIGHT THIS IN COURT ON A CLASS ACTION LAWSUIT? MY VEHICLE HAS 149,000 MILES ON IT AND STARTED AROUND 130,000 MILES.
**1 Affected Product**

April 26, 2014 **NHTSA ID NUMBER: 10585101**
**Components: STEERING, WHEELS, SUSPENSION**
**NHTSA ID Number:** 10585101
**Incident Date** April 18, 2014
**Consumer Location** CASTALIAN SPRINGS, TN
**Vehicle Identification Number** 1FT7W2BT2CE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
DRAMATIC WHEEL AND FRONT END WOBBLE WHEN HITTING A BRIDGE TRANSITION. VEHICLE BECOMES UNCONTROLLABLE AND CONTINUES TO SHAKE VIOLENTLY UNTIL VEHICLE COMES TO ALMOST A COMPLETE STOP. I HAD THIS SAME ISSUE IN MY 2005 F250 AND HAD TO CHANGE ALMOST ALL THE COMPONENTS OF THE FRONT END TO FIX. THERE ARE HUNDREDS OF PEOPLE SPEAKING ABOUT THIS ON THE FORUMS AND

Class Action Complaint
Case No.

STATE THAT THERE ARE TSBS THAT COVER THIS BUT THAT THE PARTS FAIL AGAIN IN ABOUT 25K MILES. I PULL A BOAT QUITE OFTEN AND IF THIS WOULD HAVE HAPPENED WITH A TRAILER BEHIND MY TRUCK THERE WOULD HAVE BEEN FATALITIES. AS IT WAS CARS WENT ALL OVER THE INTERSTATE TRYING TO GET AWAY FROM ME. THIS ISSUE HAS BEEN AROUND FOR A LONG TIME AND IT SEEMS THAT IT HAS NOT BEEN ADDRESSED BY THE MANUFACTURE. I LOVE AND NEED MY 3/4 TON TRUCK AND BELIEVE THAT FORD MAKES THE BEST TRUCK, **BUT THERE WILL BE DEATHS CAUSED BY THIS, IF NOT ALREADY.** NOW I WILL START THE LONG PROCESS OF GETTING THE DEALER TO FIX THE ISSUE. *TR

**1 Affected Product**

March 4, 2014 **NHTSA ID NUMBER: 10567064**
**Components: WHEELS, STEERING, SUSPENSION**
**NHTSA ID Number:** 10567064
**Incident Date** March 1, 2014
**Consumer Location** COLTS NECK, NJ
**Vehicle Identification Number** 1FT8W3DT9CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DRIVING STRAIGHT ON A HIGHWAY AT 70 MPH, HIT A SMALL BUMP ON THE DRIVER SIDE ONLY. THE STEERING WHEEL STARTED SHAKING VIOLENTLY, THE FRONT END AND QUICKLY THE ENTIRE TRUCK FELT AS THOUGH IT WAS SHAKING APART AND WAS SWINGING BACK AND FORTH, I SLAMMED ON THE BRAKES AND THE SHAKING GOT WORSE UNTIL ABOUT 15 MPH, IT THEN STOPPED. I THEN GOT UP TO 60 MPH AND WHEN I HIT A BUMP THE SAME THING HAPPENED. THEN GOT UP TO 50 MPH AND THE SAME THING HAPPENED. THEN GOT UP TO 40 MPH AND IT DID NOT HAPPEN AGAIN AT THAT SPEED. I DROVE 100 MILES HOME AT 40 MPH ON A MAIN HIGHWAY. TODAY I AM BRINGING MY TRUCK TO THE DEALERSHIP TO HAVE IT FIXED UNDER WARRANTY, I WILL DO 40 MPH ALL THE WAY THERE. **I WILL NOT TOW MY HORSES TRAILER WITH THIS VEHICLE, IT WOULD HAVE CAUSED AN ACCIDENT AND KILLED MY HORSES.** *TR

**1 Affected Product**

April 9, 2014 **NHTSA ID NUMBER: 10578607**
**Components: WHEELS, STEERING, SUSPENSION**
**NHTSA ID Number:** 10578607
**Incident Date** January 15, 2014
**Consumer Location** VALPARAISO, IN
**Vehicle Identification Number** 1FT8W3BT4CE****
**Summary of Complaint**
**CRASH**No

-136-

Class Action Complaint
Case No.

**FIRENo**
**INJURIES0**
**DEATHS0**
I AM EXPERIENCING WHAT THEY CALL THE "DEATH WOBBLE". AFTER HITTING A SERIES OF BUMPS / POT HOLES, THE FRONT WHEELS START TO SHIMMY AND SHAKE THE TRUCK VIOLENTLY, VERY HARD TO CONTROL THE VEHICLE. AS THE MILEAGE INCREASES ON MY TRUCK, THE INCIDENTS ARE BECOMING MORE FREQUENT AND INTENSE. TODAY, 04/09/2014, I ALMOST GOT KILLED ... LITERALLY ! ON I-65 SOUTH OF LAFAYETTE INDIANA, HIT A SERIOUS OF ROAD PATCH BUMPS AND HOLES ... THE TRUCK BEGAN TO SHIMMY AND SHAKE AND IT WENT INTO A FRENZY, THE WHOLE TRUCK SHAKING VIOLENTLY. CARS AROUND ME WERE DIVERTING AWAY, AND A SEMI WAS PUSHING HARD FROM BEHIND AND HIT HIS AIR BRAKES, I COULD NOT CONTROL THE VEHICLE. APPLYING THE BRAKES ONLY MADE IT WORSE. I AM A 6' 3" STRONG MUSCULAR MAN, AND COULD NOT CONTROL THE STEERING WHEEL OR DIRECTION OF THE VEHICLE. I STARTED IN THE RIGHT LANE, BUT WOUND UP IN THE MEDIAN, AND ALMOST TOOK OUT (2) CARS TO MY LEFT AND OF COURSE THE IMPENDING SEMI BEHIND ME.  I TOLD THE DEALER OF THE ISSUE, THEY DID THEIR INSPECTIONS AND FOUND NOTHING. THE TRUCK IS OEM, I HAVE NOT ADDED OR MODIFIED A SINGLE THING, IT IS AS IT WAS FROM THE FACTORY. NOTHING HAS BEEN CHANGED OR MODIFIED FROM THE ORIGINAL FACTORY CONDITION !! A FORD CERTIFIED DEALERSHIP HAS SERVICED THIS VEHICLE SINCE THE DAY I BOUGHT IT NEW IN FEBRUARY OF 2013.   THERE HAVE BEEN LAWSUITS FILED, I HAVE NOT HAD THE TIME TO DO MORE RESEARCH. BUT IT SEEMS PRETTY INCREDIBLE TO ME, **THAT WITH THIS RECURRING ISSUE THAT GOES BACK 15 YEARS OR MORE, THAT THIS AGENCY OR FORD HAS DONE NOTHING TO ADDRESS OR CORRECT THE SITUATION. GUESS WE NEED AT LEAST 12 DEATHS TO MAKE IT WORTH SOMEONE'S ATTENTION TO UNDERSTAND THAT THIS IS A SEVERE SAFETY PROBLEM, NOT ONLY TO THE DRIVER AND HIS OCCUPANTS, BUT TO OTHER DRIVERS ON THE ROAD AROUND ONE OF THESE TRUCKS WHEN THE "DEATH WOBBLE" DOES IT'S THING, TAKING OVER THE TRUCK.  WHY IS THIS BEING IGNORED ??** *TR
**1 Affected Product**

---

January 15, 2015 **NHTSA ID NUMBER: 10672741**
**Components: POWER TRAIN, SUSPENSION, STEERING**
**NHTSA ID Number:** 10672741
**Incident Date** September 10, 2013
**Consumer Location** HIGHLANDS, TX
**Vehicle Identification Number** 1FT8W3BT2CE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
THE FIRST TIME IT HAPPENED TO ME I WAS ON A TRIP IN CANADA FROM TEXAS. THE ROAD WAS A LITTLE BUMPY (FARM ROAD) I WAS DRIVING 30 M/H ACCELERATING TO

-137-

GET TO 60 M/H WHEN ALL OF SUDDEN THE TRUCK STARTED SHAKING SO BADLY MY HEAD HIT THE SIDE WINDOW. I COULDN'T STEER THE TRUCK AT ALL I SLOWED DOWN TO 0M/H PUT IT ON PARK THEN STARTED ROLLING SLOWLY AND IT WAS GONE. IT DID IT TO ME 3 TIMES ON A 3 WEEKS PERIOD. SINCE THE ROADS ARE BAD UP THERE I KINDA LEFT IT AS THAT AND TOLD MY HUSBAND ABOUT IT WHEN I CAME BACK TO TEXAS. WE HAD THE TIRES ROTATED AND THEY COULDN'T SEE ANYTHING ELSE WRONG UNDER THE TRUCK. I WAS MONTHS WITHOUT HAVING ANYTHING SIMILAR HAPPENING TO ME AND YESTERDAY I AM ON I-10 ROLLING ABOUT 65M/H AND THERE IT GOES AGAIN AND IT WAS WORST THEN THE OTHER TIMES I FELL MY TRUCK WAS ABOUT TO EXPLODE FROM UNDER ME SHAKING TO NO END AND NO STEERING CONTROL AT ALL EVEN WHEN LETTING GO THE GAS IT KEPT GOING AND SHAKING AND MY TRUCK SHAKE ITS WAY FROM ONE LANE TO ANOTHER ONE AND FINALLY STOPPED 3 INCHES FROM THE RETAINING WALL OF THE OVERPASS. **I COULD HAVE KILLED MYSELF. I HAD NO MORE CONTROL AT ALL ON THIS TRUCK WHICH IS A (2012 F-350 KING RANCH WITH ABOUT 40,000 MILES ON IT) LUCKELY FOR ME I WAS ALMOST ALONE ON THE HIGHWAY.** I CALLED MY DEALER AND THEY TOLD ME TO BRING IN THE TRUCK NEXT TUESDAY TO SEE WHAT IS WRONG WITH IT. I ASK IF THERE WAS A RECALL AND THEY DID NOT SAY YES OR NO JUST TO BRING THE TRUCK IN. I GOT ANOTHER 2012 F-350 LARIAT AND MY HUSBAND SAID HIS TRUCK DID IT TO HIM ONCE A WHILE BACK. I WRITE UP THE OUTCOME AFTER THE VISIT AT THE DEALER. *TR

**1 Affected Product**

August 13, 2016 **NHTSA ID NUMBER: 10895527**
**Components: SUSPENSION**
**NHTSA ID Number:** 10895527
**Incident Date** August 12, 2016
**Consumer Location** LEESBURG, GA
**Vehicle Identification Number** 1FT8W3BT9CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FRONT END SUSPENSION BOUNCING AT MED-HIGH SPEEDS UPON HITTING A BUMP. DESCRIBED IN OTHER SEARCHES AS CASTER WOBBLE OR "DEATH WOBBLE" TRUCK HAS LESS THAN 100,000 MILES, UNABLE TO CORRECT THE PROBLEM EVEN AFTER REPLACEMENT OF OVER $2000 WORTH OF PARTS. MULTIPLE OTHER COMPLAINTS FOUND ONLINE FROM OTHER OWNERS. PARTS REPLACED INCLUDE, TIE ROD ENDS, TIE ROD TUBE, BALL JOINTS, TRACK BAR, STEERING STABILIZER AND END BUSHINGS. THE ISSUE CREATES AN UNDRIVABLE AND EXTREMELY DANGEROUS CONDITION FOR DRIVER, PASSENGERS AND OTHER MOTORISTS. UPON REACHING SPEEDS OF 40 MPH+ ANY DISTURBANCE (BUMPS) IN THE ROAD CREATES THE START OF THE FRONT END VIOLENTLY BOUNCING AND IT WILL NOT STOP UNTIL THE VEHICLE COMES TO ALMOST A COMPLETE STOP. I WAS REQUIRED TO STOP 6 TIMES WITHIN 3 MILES OF A

Class Action Complaint
Case No.

BUSY 5 LANE INTERSTATE (I-285 IN ATLANTA) QUITE LITERALLY IN THE MIDDLE OF THE INTERSTATE. THIS HAS BEEN WORKED ON WITH 2 DIFFERENT DEALERSHIPS , SUNBELT FORD IN ALBANY GA, & ANGELA KRAUSE FORD IN ALPHARETTA GA. IT'S MY FEELING THAT A $65,000 VEHICLE WITH LESS THAN 100,000 MILES SHOULD NEVER HAVE A DANGEROUS ISSUE LIKE THIS. **THERE SHOULD ABSOLUTELY BE A FIX AND/OR RECAL AHGAINST THIS VEHICLE BEFORE SOMEONE GETS KILLED.**
**1 Affected Product**

September 22, 2017 **NHTSA ID NUMBER: 11025099**
**Components: ELECTRONIC STABILITY CONTROL, STEERING, SUSPENSION**
**NHTSA ID Number:** 11025099
**Incident Date** September 21, 2017
**Consumer Location** MICANOPY, FL
**Vehicle Identification Number** 1FT8W3BT7DE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE OUR TRUCK ON A NORMAL HIGHWAY WITH MINOR IRREGULARITIES AND SOME ROUGH SURFACES AT A SPEED OF 60 TO 70 MPH, THE TRUCK WILL START TO OSCILLATE TO THE POINT OF INDUCING A VIOLENTLY STEERING WHEEL SHIMMY AND AN UNCONTROLLABLE BOUNCE OF THE FRONT WHEELS. THIS HAS HAPPENED TWICE IN THE PAST 2-MONTHS WHEN I HAVE TAKEN THE TRUCK ON THE HIGHWAY. THE TRUCK IS PRIMARILY DRIVEN IN TOWN, I AM NOW SCARED TO GO ON THE ROAD WITH THE TRUCK AS THE CONDITION SEEMS TO BE GETTING WORSE.  I HAVE TO BRAKE QUICKLY AND STEER THE TRUCK TO THE SIDE OF THE ROAD TO STOP THE OSCILLATION. THE SHAKING IS HAS ALMOST CAUSED AN ACCIDENT BOTH TIMES WITH THE VEHICLE BEING VERY DIFFICULT TO CONTROL. ONLY AFTER SLOWING TO APPROXIMATELY 30 MPH DOES THE OSCILLATION STOP. UPON RESEARCHING THIS PROBLEM, I AM PERPLEXED WHY FORD OR THE NTHSA HAVE NOT STEPPED FORWARD TO ADDRESS THIS ISSUE, **SOMEONE WILL BE HURT OR KILLED IF A SOLUTION IS NOT FOUND.** WE HAVE TAKEN THE TRUCK NOW TO TWO DIFFERENT CERTIFIED FORD DEALERSHIPS AFTER EACH INCIDENT EACH TIME WE WERE TOLD THERE WAS NOTHING WRONG WITH THE VEHICLE AND THIS SOMETIMES HAPPENS WITH THESE TRUCKS. THIS CAN'T SERIOUSLY BE TRUE? AFTER DOING RESEARCH I'VE FOUND THAT THE "DEATH WOBBLE" AS THIS PROBLEM HAS BEEN TERMED BY THE MASSES IS A SERIOUS PROBLEM AND HAS BEEN FOR MANY YEARS NOT FOR THE SELECT FEW CONSUMERS BUT FOR SO MANY.
**1 Affected Product**

March 29, 2018 **NHTSA ID NUMBER: 11081940**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11081940

Class Action Complaint
Case No.

**Incident Date** March 14, 2018
**Consumer Location** PARKER, CO
**Vehicle Identification Number** 1FT83BT3FEC****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
MY TRUCK AT AROUND 15000 MILES HAD SOME WOBBLE AFTER HITTING BUMPS ON HIGHWAY. I TOOK IT IN FOR ITS 25000 MILE CHECK UP AND STATED THIS AS WELL AS POOR ECONOMY OR 1 OR SO. THEY SAID NOTHING WAS WRONG... **WELL AT 27000 MILES IT WAS SHAKING SO VIOLENT I DEMANDED IT BE BROUGHT IN FOR SERVICE IT WAS GOING TO KILL SOMEONE!** GROOVE FORD LOOKED IT OVER (WHO BOUGHT IT FROM) AND SAID THE ENTIRE FRONT END WAS WORN OUT AND WAS NOT COVERED BECAUSE NOW IT WAS 40 DAY PAST THE 3 YEAR. EVEN THOUGHT THEY TOLD ME TO WAIT, AND IT WAS 9000MILES UNDER THE MILLAGE!! I FINALLY GOT FORD TO PAY FOR 2000 AND THE GROOVE FORD PAID NOTHING I PAID 700. THEY VERY DAY I GOT IT BACK I WAS THEN HEARING A NOISE TURNING SHARPLY LEFT ON STEERING WHEEL ROTATION. I WAS TOLD THAT ANOTHER $700 AND NOTHING TO DO WITH WHAT THEY DID. THEY SOLD ME A AFTER MARKET WARRANTY THAT THEY NEVER INTENDED TO HONOR AND DID NOT COVER MY PROBLEMS. WHICH SHOULD BE FRAUD. EVERY ONES ALWAYS GONE OR ON VACATION. STILL NO REFUND ON IT AND NOW I LOOK TO TRADE IN THE PROBLEM.
**1 Affected Product**

September 15, 2018 **NHTSA ID NUMBER: 11129632**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11129632
**Incident Date** September 1, 2018
**Consumer Location** DOUSMAN, WI
**Vehicle Identification Number** 1FT7W2B61EE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
AT HIGH SPEEDS HITTING POT HOLES OR BRIDGE DECKS, FRONT END WOBBLES UNCONTROLLABLY. IT'S REFERRED TO AS (DEATH WOBBLE) NEED TO HIT THE BRAKES HARD TO STOP IT. VERY DANGEROUS. FORD KNOWS ABOUT THE PROBLEM AND IS TURNING A BLIND EYE.CRASHING ON THE FREEWAY AT THOSE SPEEDS COULD BE CATASTROPHIC. SOME VEHICLES HAVE AS LITTLE AS 20000 MILES ON THEM, MINE HAS 51000. JUST PUT NEW TIRES,FRONT SHOTS AND STEERING STABILIZER ON IT. STILL HAVE THE PROBLEM. PLEASE GOOGLE (2014 FORD F250 SUPER DUTY FRONT END ISSUES). US CONSUMERS ARE PAYING BIG, BIG MONEY FOR THESE VEHICLES. $700000 IN SOME CASES. I PAID 40000 AND I'M AFRAID TO DRIVE IT. **ALL I WANT IS FOR FORD**

Class Action Complaint
Case No.

**TO FACE THE FACT'S AND FIX IT. BEFORE SOME GETS KILLED! I WROTE TO WILLIAM FORD AT FORD MOTOR COMPANY A WEEK AGO BUT HAVE NOT HEARD BACK. I CAN'T STRESS TO YOU ENOUGH WHAT A DANGEROUS ISSUE THIS IS**. I WOULD LOVE TO TAKE MY TRUCK TO THE FORD MOTOR COMPANY AND HAVE JIM HACKETT DRIVE IT, THEN I WOULD BE FIXED. JUST A SIDE NOTE, THERE WAS A CONSUMER IN SILSBE TEXAS THAT NOTED THE SERVICE WRITER AT SILSBE FORD SAID THAT SHE DOESN'T KNOW WHY FORD DOESN'T FIX THIS BECAUSE IT IS SUCH A BIG PROBLEM. IN CLOSING PLEASE,PLEASE,PLEASE LOOK INTO THIS ISSUE AND HOLD FORDS FEET TO THE FIRE. THANK YOU.

**1 Affected Product**

January 10, 2019 **NHTSA ID NUMBER: 11166160**
**Components: SUSPENSION**
**NHTSA ID Number:** 11166160
**Incident Date** May 13, 2016
**Consumer Location** LINCOLN, AL
**Vehicle Identification Number** 1FT7W2BT0EE****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
MY TRUCK IS AT THE DEALERSHIP FOR THE 3RD TIME FOR HAVING THE ?DEATH WOBBLE?. FIRST TIME THEY REPLACED BALL JOINTS. SECOND TIME THEY REPLACED A BAR AND BALL JOINTS. IT WASN?T LONG TILL I FELT THE SHIMMY AGAIN. AT THIS POINT I AM AFRAID TO DRIVE IT BECAUSE I CARPOOL MY 3 GRANDKIDS AROUND ON A DAILY BASIS AND I DON?T WANT TO RISK THEIR LIVES. YOU NEVER KNOW WHEN THE DEATH WOBBLE IS GOING TO HAPPEN BUT IT IS USUALLY WHEN YOU ARE DRIVING 55-70 MPH AND HIT A SLIGHT BUMP IN THE ROAD. THE WOBBLE IS SO SEVERE YOU CAN HARDLY KEEP CONTROL. YOU HAVE TO HIT YOUR BRAKES AND DECREASE YOUR SPEED UNTIL THE WOBBLING STOPS. THIS COULD PROVE TO BE FATAL IN HEAVY TRAFFIC. IF YOU GOOGLE THE DEATH WOBBLE THERE IS A LOT OF INFORMATION ON IT AND IT HAS HAPPENED NUMEROUS TIMES FOR SEVERAL YEARS. I CAN NOT UNDERSTAND WHY THERE HAS NOT BEEN A RECALL ON THIS. I DROPPED MY VEHICLE OFF AT THE DEALERSHIP YESTERDAY AND AS OF TONIGHT I HAVE NOT BEEN NOTIFIED BY THEM. **CAN ANYONE TELL ME WHAT WOULD BE A PERMANENT REPAIR FOR THIS PROBLEM? IF THERE IS NOT ONE THEN FORD SHOULD HAVE TO BUY BACK THE VEHICLE AND DESTROY IT TO PREVENT SEVERE INJURY OR DEATH TO SOMEONE. I LOVE MY TRUCK BUT NOW IT HAS PROVEN TO BE UNRELIABLE AND POSSIBLY DANGEROUS.**

**1 Affected Product**

September 10, 2017 **NHTSA ID NUMBER: 11022555**
**Components: STEERING**

Class Action Complaint
Case No.

**NHTSA ID Number:** 11022555
**Incident Date** August 31, 2017
**Consumer Location** DISCOVERY BAY, CA
**Vehicle Identification Number** 1FT7W2BT5EE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
4WD FRONT END SHAKES VIOLENTLY WITHOUT WARNING AROUND 50 MPH.FRONT
WHEELS WOBBLE ON STOCK VEHICLE 37000 MILES.HAVE TO COME TO A COMPLETE
STOP TO MAKE IT GO AWAY.UNABLE TO TURN LEFT OR RIGHT AS ITS
HAPPENING.**ALMOST KILLED MY FAMILY.**SEEMS TO BE KNOWN AS "DEATH WOBBLE"
TO THE ONLINE COMMUNITY ALSO SEEMS TO COMMON TO NOT BE A ISSUE.FORD
CLAIMS ITS A WORN TRACK BAR BUSHING AND WOULD NOT FIX THIS UNDER MY
DRIVETRAIN WARRANTY.EXPERTS CLAIM IT IS DESIGN ISSUE IN THE 4WD FRONT END
CASTER ANGLE.HAS HAPPEND MULTIPLE OCCASIONS
**1 Affected Product**

---

July 15, 2017 **NHTSA ID NUMBER: 11005447**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11005447
**Incident Date July 14, 2017**
**Consumer Location** APPLE VALLEY, CA
**Vehicle Identification Number** 5SFBG3828BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE EXPERIENCED AN EXTREME SHIMMING (DEATH WOBBLE) NUMEROUS TIMES
WHILE DRIVING AT SPEED ON THE FREEWAY. AFTER GOING OVER A BRIDGE
EXPANSION JOINT OR JUST A ROUGH SPOT IN THE HIGHWAY, MY TRUCK STARTS
SHIMMING SO VIOLENTLY THAT I HAVE TO BRAKE HARD TO SLOW THE TRUCK UNTIL
IT STOPS. THIS HAPPENED TO ME TWICE YESTERDAY (7/14/17). THE FIRST TIME IT
HAPPENED I ALMOST CAUSED AN ACCIDENT BEHIND ME WHEN I APPLIED THE
BRAKES. THE SECOND TIME I WAS IN THE SLOW LANE AND WAS ABLE TO GET ON THE
SHOULDER TO DECELERATE. THIS WAS THE FIRST TIME MY WIFE WAS WITH ME WHEN
THIS HAPPENED AND SHE SAID IF SHE WAS DRIVING SHE WOULD HAVE LOST CONTROL
OF THE TRUCK. I UNDERSTAND FROM SPEAKING WITH OTHER FORD F-250 4X4 OWNERS
THAT THIS IS A COMMON ISSUE. IS ANYTHING BEING DONE TO REMEDY THIS ISSUE. I
DID NOT SEE ANY RECALL FOR THIS ON YOUR SITE OR ON FORD'S SITE. I HAVE AN
APPOINTMENT AT THE LOCAL FORD DEALER, NEXT WEDNESDAY TO HAVE THEM
CHECK THE FRONT SUSPENSION FOR ANY DEFECTS BUT I WANTED TO ADD MY NAME

Class Action Complaint
Case No.

TO WHAT I AM SURE IS A LONG LIST OF PEOPLE WITH THE SAME COMPLAINT. **DOES SOMEBODY HAVE TO DIE BECAUSE OF THIS ISSUE BEFORE IT IS ADDRESSED?**

1 Affected Product

December 26, 2017 **NHTSA ID NUMBER: 11056574**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 11056574
**Incident Date** December 23, 2017
**Consumer Location** OKLAHOMA CITY, OK
**Vehicle Identification Number** 1FT7W2BT9FE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING DOWN THE INTERSTATE UNDER NORMAL CONDITIONS, THE TRUCK UNEXPECTEDLY STARTS WHAT IS CALLED THE "DEATH WOBBLE". THE STEERING WHEEL AND THE TRUCK STARTS TO SHAKE UNCONTROLLABLY, AND THE ONLY SOLUTION TO FIX THE PROBLEM IS COME TO A VERY SLOW SPEED OR A DEAD STOP. **THIS IS VERY UNSAFE, ESPECIALLY WHEN IT HAPPENS ON A MAJOR INTERSTATE.** THERE ARE A TON OF COMPLAINTS OUT THERE REGARDING THIS MATTER, AND SEVERAL VIDEOS OUT THERE REGARDING THIS MATTER. **FORD NEEDS TO ISSUE A RECALL ON THIS MATTER, AS IT IS EXTREMELY UNSAFE, AND SOMEONE WILL BE INJURED OR DIE BECAUSE OF THIS.** MY TRUCK IS PAMPERED, AND ONLY HAS 55K ON IT, SO THIS ISN'T BECAUSE OF ABUSE.

1 Affected Product

June 5, 2018 **NHTSA ID NUMBER: 11099958**
**Components: STEERING, WHEELS**
**NHTSA ID Number:** 11099958
**Incident Date** May 31, 2018
**Consumer Location** SUGAR HILL, NH
**Vehicle Identification Number** 1FT8X3BT7FE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DEATH WOBBLE MANY TIMES. VEHICLE IS COMPLETELY OUT OF CONTROL. NOT COOL IN HEAVY TRAFFIC ON WAY TO BOSTON (65 MPH). TIRES ARE PROPERLY INFLATED. VEHICLE HAS BEEN HAVING PROBLEM SINCE 45,000 MILES AND NOW HAS 55,000 MILES ON IT. DEALER HAS ONLY MADE "SUGGESTIONS" ON WHAT TO DO TO CORRECT PROBLEM. **WORRIED I WILL BE KILLED OR KILL SOMEONE WHEN DRIVING THIS VEHICLE.**

Class Action Complaint
Case No.

**1 Affected Product**

October 20, 2018 **NHTSA ID NUMBER: 11141552**
**Components: STEERING**
**NHTSA ID Number:** 11141552
**Incident Date** October 14, 2018
**Consumer Location** GROTON, CT
**Vehicle Identification Number** 1FT7X2B69GE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
MY TRUCK, WITH 41,000 MILES , IS SUFFERING WHATS BEING REFERRED TO ONLINE AS THE " DEATH WOBBLE ". THE SYMPTOMS BEGAN AT AROUND 21,000 MILES AND IT HAS GROWN STEADILY WORSE. IT HAPPENS WHEN HITTING BUMPS OR BRIDGE EXPANSION JOINTS AT HIGHWAY SPEED, FORCING ME TO SLOW TO APPROX 20 MPH TO REGAIN CONTROL, WHICH IS VERY UNSAFE ON A CROWDED HIGHWAY. THE DEALER I PURCHASED THE TRUCK FROM NEW SAID IT IS NOT A WARRANTY ITEM AND MAY NOT EVEN BE COVERED UNDER MY ADDITIONALLY PURCHASED 10 YEAR 100,000 MILE EXTENDED WARRANTY. THE TRUCK IS ESSENTIALLY UNSAFE AT HIGHWAY SPEEDS AND MY WIFE WONT EVEN RIDE IN IT. FORD IS IGNORING A HUGE PROBLEM WITH THEIR PRODUCT , PEOPLE HAVE ALREADY BEEN HURT , SOMEONE IS GOING TO BE KILLED! PLEASE HELP!! I HAVE AN APPOINTMENT AT THE DEALERS SERVICE DEPARTMENT FOR TUEDAY , 10-23-18. THEY HAVE INFORMED ME THAT ANY WORK THEY DO MAY BE ON MY DIME , WHICH JUST BLOWS MY MIND. AGAIN , **PLEASE INTERJECT INTO THIS ISSUE BEFORE SOMEONE IS KILLED AND TO SAVE THE BUYERS FROM HAVING TO PAY FORD TO ADDRESS THIS OBVIOUS ENGINEERING MISTAKE.**
**1 Affected Product**

December 14, 2018 **NHTSA ID NUMBER: 11161469**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11161469
**Incident Date** December 1, 2018
**Consumer Location** PITTSFORD, NY
**Vehicle Identification Number** 1FT8W3DTXGE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
POPULARLY REFERRED TO AS "DEATH WOBBLE". AT SPEEDS ABOVE 50 MPH, THE TRUCK INSTANTLY GOES FROM FULL CONTROL TO AN UNCONTROLLED STATE OF

-144-

Class Action Complaint
Case No.

SEVERE OSCILLATION THAT CAN ONLY BE STOPPED BY STOPPING OR SLOWING THE VEHICLE TO 10 MPH OR LESS. THERE IS NO PRIOR WARNING THAT THIS IS ABOUT TO OCCUR AND IT DOES NOT OCCUR ALL THE TIME - EXTREMELY RANDOM - USUALLY OCCURS WHEN THE TRUCK HITS A ROUGH PATCH OF ROAD OR A BRIDGE/PAVEMENT EXPANSION JOINT. THE CONDITION IS MANIFESTED BY VIOLENT SHAKING OF THE FRONT END ACCOMPANIED BY THE STEERING WHEEL BEING JERKED OUT OF THE DRIVER'S HANDS, RESULTING IN COMPLETE LOSS OF STEERING CONTROL. THIS CAUSES AN EXTREMELY HAZARDOUS CONDITION FOR OTHER VEHICLES AS WELL AS THE PROBLEM TRUCK. FORD HAS ISSUED A TSB FOR THIS PROBLEM 18-2258, CONSISTING OF A REPLACEMENT STEERING DAMPENER AND VARIOUS ALIGNMENT COMPONENTS. THIS "KIT", INSTALLED BY A FORD DEALER INTO MY VEHICLE, HAD ABSOLUTELY NO EFFECT ON THE PROBLEM AND IN FACT IT OCCURRED TWICE SINCE INSTALLATION. THUS FAR, IT HAS HAPPENED A TOTAL OF FOUR TIMES WITH MY TRUCK, AN F350-2016. **THIS PROBLEM IS SEVERE, IT IS EXTREMELY DANGEROUS AND SOONER OR LATER, SOMEONE WILL BE INJURED OR KILLED.** FOR THE FHTSA - I HAVE DASHCAM MOVIES OF THIS.
**1 Affected Product**

January 29, 2018 **NHTSA ID NUMBER: 11065587**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 11065587
**Incident Date** November 25, 2017
**Consumer Location** LOUDONVILLE, OH
**Vehicle Identification Number** 1FT7W2B62HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DEATH WOBBLE.. WHEN DRIVING AT SPEEDS OF 65 TO 70 ON HIGHWAY IF YOU HIT ANY KIND OF BRIDGE OR BUMP IN ROAD THE VEHICLE SHAKES VIOLENTLY LIKE A WHEEL HAS FALLEN OFF.. YOU HAVE TO COME DOWN TO 20MPH OR STOP TO REGAIN CONTROL.. I HAVE ONLY 19000 MILES ON MY TRUCK AND THIS HAS HAPPENED 4 TIMES NOW.. **THIS IS GOING TO KILL SOME ONE NEEDS FIXED..** HAVE HAD IT TO DEALERSHIP 3 TIMES ON MY WAY FOR 4 TH TODAY . I BOUGHT A NEW TRUCK TO FEEL SAFE AND I AM AFRAID TO DRIVE IT NOW.
**1 Affected Product**

November 30, 2018 **NHTSA ID NUMBER: 11155263**
**Components: SUSPENSION**
**NHTSA ID Number:** 11155263
**Incident Date** November 30, 2018
**Consumer Location** HESPERIA, CA
**Vehicle Identification Number** 1FT7W2B67HE****

Class Action Complaint
Case No.

**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING AT FREEWAY SPEEDS TODAY I CROSSED A ROUGH SPOT ON THE FREEWAY. MY STEERING BEGAN TO SHAKE VIOLENTLY FROM LEFT TO RIGHT AND THE TRUCK STARTED VIOLENTLY SHAKING. IF IT HADN'T BEEN FOR LIGHT TRAFFIC ALLOWING ME TO MOVE OVER TO THE SHOULD QUICKLY THEN I WOULD HAVE LOST CONTROL OF THE TRUCK. IT WAS TERRIFYING. AFTER DOING A QUICK SEARCH ONLINE ABOUT THE PROBLEM I FOUND NUMEROUS WEB PAGES ADDRESSING THIS ISSUE. WHY HAS THIS NOT BEEN ADDRESSED? **NO ONE IS GETTING HELP FROM FORD. SOME ONE IS GOING TO DIE.**
**1 Affected Product**

January 10, 2019 **NHTSA ID NUMBER: 11166300**
**Components: SUSPENSION**
**NHTSA ID Number:** 11166300
**Incident Date** January 7, 2019
**Consumer Location** MUNCY, PA
**Vehicle Identification Number** 1FT7W2BTXHE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE TRAVELING ABOUT 60 MPH ON A RURAL ROAD THE TRUCK FRONT END STARTED SHAKING RAPIDLY. STEERING WHEEL VIOLENTLY JERKED OUT OF MY HAND. TRUCK WAS VERY HARD TO CONTROL AND RAPID BRAKING WAS REQUIRED IN ORDER TO REMAIN IN CONTROL. VEHICLES TRAVELING BEHIND ME ALSO HAD TO RAPIDLY BRAKE TO AVOID HITTING ME. CHECKED THE TRUCK OUT AND FOUND NOTHING LOOSE OR OBVIOULSY BROKEN. WENT ON MY WAY. TRUCK NOW DOES THIS SEVERAL TIMES DAILY WHILE DRVING. EXTREMELY DANGEROUS. SOMEONE IS GOING TO GET KILLED DUE TO THIS ISSUE, ITS JUST A MATTER OF TIME. AFTER SOME RESEARCH I CAN SEE THAT THIS IS A KNOWN ISSUE REFERRED TO AS "DEATH WOBBLE". TWO OTHERS I KNOW OF WITH BRAND NEW TRUCKS ARE ALSO HAVING THESE ISSUES. I TOOK MY TRUCK TO DEALER AT 7,000 MILES COMPLAINING ABOUT "CHATTER" IN THE FRONT END WHEN HITTING BUMPS. THEY STATED NOTHING WRONG, AND NOW AT 14,000 MILES I AM EXPERIENCING THIS VIOLENT SHAKE. I NO LONGER FEEL SAFE DRIVING THIS TRUCK, AND IT APPEARS FORD ISNT FIXING THE ISSUE, ALTHOUGH I DO HAVE A CALL IN TO THE DEALER. FORD APPEARS TO BE SLAPPING A NEW STEERING DAMPER ON THE VEHICLE TO MASK THE PROBLEM FOR A NUMBER OF MILES UNTIL IT WILL RETURN. A STEERING DAMPER IS DESIGNED TO PREVENT THIS ISSUE FROM HAPPENING ON OLD OR WORN FRONT END PARTS. THIS SHOULD NOT HAPPEN ON A

-146-

Class Action Complaint
Case No.

NEW TRUCK UNDER ANY CIRCUMSTANCE, EVEN WITH NO STEERING DAMPER. **THIS ISSUE NEEDS A RECALL BEFORE SOMEONE IS KILLED.**

**1 Affected Product**

February 4, 2019 **NHTSA ID NUMBER: 11174271**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11174271
**Incident Date** January 31, 2019
**Consumer Location** HOPE MILLS, NC
**Vehicle Identification Number** 1FT7W2B60HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
UNCONTROLLED "DEATH WOBBLE" WHEN DRIVING OVER 45 MPH. THIS OCCURS WHEN THE FRONT OF THE VEHICLE BEGINS TO OSCILLATE VIOLENTLY, WHICH CAUSES THE TRUCK TO SHAKE (WOBBLE) IN AN EXTREMELY UNCONTROLLABLE MANNER. SINCE THE DEATH WOBBLE USUALLY OCCURS AT HIGH SPEEDS, **IT IS EXTREMELY DANGEROUS AND COULD POTENTIALLY CAUSE THE VEHICLE TO TURN INTO ADJACENT VEHICLES CAUSING FATALITIES.** THE ONLY WAY TO RECOVER FROM A DEATH WOBBLE IS TO UNEXPECTEDLY SLOW DOWN, WHICH IS ALSO DANGEROUS TO NEIGHBORING VEHICLES ESPECIALLY WHEN TRAVELING AT HIGH SPEEDS.  IN MY PARTICULAR CASE, THIS OCCURRED WHILE TRAVELING AT 70MPH ON AN INTERSTATE, AT NIGHT, AND DURING INCLEMENT WEATHER. I WAS DRIVING STRAIGHT AND AFTER DRIVING ONTO A ROAD-BRIDGE TRANSITION, THE VEHICLE BEGAN TO SUDDENLY VIOLENTLY SHAKE, AND THE STEERING WHEEL ROCKED BACK AND FORTH. I WAS FORCED TO SLOW DOWN AND ALL THE VEHICLES AROUND ME HAD TO TURN INTO THE MEDIAN TO AVOID HITTING MY VEHICLE. I CHECKED MY VEHICLE FOR DAMAGED TIRES OR DEBRIS UNDERNEATH AND FOUND NO SUCH DEBRIS OR DAMAGE. THE NEXT DAY I DROVE TO THE DEALERSHIP AND THE SERVICE DEPARTMENT KNEW OF TSB 18-2268. **I SHOULD HAVE BEEN NOTIFIED OF THIS PROBLEM BECAUSE IT ALMOST KILLED ME AND MY CHILDREN.**

**1 Affected Product**

November 18, 2018 **NHTSA ID NUMBER: 11152254**
**Components: STEERING**
**NHTSA ID Number:** 11152254
**Incident Date** November 17, 2018
**Consumer Location** SYRACUSE, UT
**Vehicle Identification Number** 1FT7W2B65HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No

Class Action Complaint
Case No.

**INJURIES1**
**DEATHS0**
17 NOV 2018, WIFE AND I WERE TRAVELING SB ON I-15 NEAR BOUNTIFUL, UT GOING ABOUT 70MPH WHEN I WENT OVER A BUMP (WHERE THE ROAD TURNS INTO A BRIDGE). THE VEHICLE IMMEDIATELY STARTED TO DO A DEATH WOBBLE AND WE LOST CONTROL OF THE VEHICLE. BREAKS WERE VERY SLUGGISH DUE TO THE FRONT TIRES NOT MAKING CONTACT WITH THE ROAD. WE WERE ABLE TO REGAIN CONTROL AND PULL OVER AND INSPECT THE TIRES TO FIND NOTHING WRONG. WE TOOK THE TRUCK TO LES SCHWAB WHERE THEY INFORMED US THAT WE HAVE SEVERAL LOOSE AND BROKEN PARTS. THE DEALERS WERE CLOSED OR UNABLE TO GET US IN ON SATURDAY. THE TRUCK IS A 2017 F-250 CREW CAB, 100% STOCK. IF I WAS PULLING A TRAILER, I WOULD HAVE LOST COMPLETE CONTROL AND WOULD HAVE BEEN IN AN ACCIDENT. **THIS IS A MAJOR SAFETY ISSUE IF THIS TRUCK CANNOT GO DOWN A HIGHWAY WITHOUT A DEATH WOBBLE. SOMEONE OF LESSER DRIVING SKILL WILL NOT KNOW WHAT TO DO AND THIS TRUCK COULD KILL SOMEONE.** VIDEO OF THE EVENT: HTTPS://WWW.YOUTUBE.COM/WATCH?V=JQFTGQKDKPG  YOU CAN SEE IN THE VIDEO THAT AS SOON AS I CROSS OVER THE BRIDGE, THE TRUCK REACTS TO IT AND STARTS TO VIOLENTLY SHAKE. THE HOOD CAN CLEARLY BE SEEN VIBRATING AND THE DASH CAM RECORDS AND SAVED THE EVENT AS A CRASH.
**1 Affected Product**

December 23, 2018 **NHTSA ID NUMBER: 11163232**
**Components: STEERING**
**NHTSA ID Number:** 11163232
**Incident Date** December 23, 2018
**Consumer Location** WHITE PINE, TN
**Vehicle Identification Number** 1FT7W2BT4HE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
DEATH WOBBLE OCCURRED TODAY WITH ME AND MY WIFE AND KIDS GOING DOWN THE HIGHWAY AT 60 MPH AFTER CROSSING A BRIDGE. SCARED MY WIFE TILL THE POINT SHE WAS CRYING. **FORD REALLY NEEDS TO RECALL THIS BEFORE SOMEONE GETS KILLED.** LUCKILY THERE WAS NO CARS AROUND ME OR THERE WOULD HAVE BEEN A BAD WRECK.
**1 Affected Product**

February 3, 2019 **NHTSA ID NUMBER: 11173771**
**Components: STEERING**
**NHTSA ID Number:** 11173771
**Incident Date** February 2, 2019
**Consumer Location** BEARDSTOWN, IL

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FT7X2BT8HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
?DEATH WOBBLE? STEERING WHEN A ROAD BUMP ENCOUNTERED. FRONT SREERING DAMPER HAS BEEN REPLACED TWICE (2 TIMES) PREVIOUSLY, BUT THE ALMOST UNCONTROLLABLE FRONT END SHIMMY IS BACK. HAVE NEVER HAD A FORD TRUCK WITH THIS SORT OF PROBLEM. DON?T KNOW IF IT?S JUST THE DAMPENER, OR COMBINATION OF INADEQUATE SHOCKS/SUSPENSION, BUT IT?S DANGEROUS TO DRIVE. FORD MUST BE HELD ACCOUNTABLE FOR THIS DESIGN DEFECT! I TAKE IT BACK TO THE DEALER TOMORROW FOR A 3RD ATTEMPTED FIX. VEHICLE NOW HAS 40,000 MILES, BUT, AS I SAID, THIS IS THE 3RD TIME FOR REPLACEMENT. SOMETHING STRUCTURALLY IS CAUSING THE STEERING ISSUE.**I HOPE IT DOESN?T TAKE FATALITIES FOR FORD TO FIND A SOLUTION.**
**1 Affected Product**

February 5, 2019 **NHTSA ID NUMBER: 11174349**
**Components: STEERING**
**NHTSA ID Number:** 11174349
**Incident Date** February 3, 2019
**Consumer Location** CALDWELL, ID
**Vehicle Identification Number** 1FT7W2BT6HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TYPICAL HIGHWAY DRIVING OVER MINOR ABNORMALITIES IN ROADWAY AT SPEEDS OVER 50 MPH CAN CAUSE THE STEERING TO SHAKE VIOLENTLY AND WILL CONTINUE UNLESS/UNTIL YOU BRAKE NEARLY TO A STOP. THIS HAPPENS WITHOUT WARNING AND HAS NEARLY CAUSED SEVERAL COLLISIONS BY ME PERSONALLY.  THERE IS NO STEERING CONTROL UNTIL YOU HAVE BROUGHT THE VEHICLE TO A STOP. THIS CONDITION IS COMMONLY KNOWN AS A DEATH WOBBLE. FORD HAS A TSB ON IT BUT THEY ARE SIMPLY REPLACING DEFECTIVE PARTS TO GET PAST THE WARRANTY PERIOD AND NOT SOLVING THE TRUE CAUSE OF THE PROBLEM. **IF NOT CURED PROPERLY, LIVES WILL BE LOST BECAUSE OF THIS KNOWN FLAWED DESIGN. PLEASE DON'T LET THIS KILL ANYONE (ELSE?)!!!**
**1 Affected Product**

July 29, 2018 **NHTSA ID NUMBER: 11114415**
**Components: SUSPENSION**
**NHTSA ID Number:** 11114415

Class Action Complaint
Case No.

**Incident Date June 7, 2018**
**Consumer Location** CRYSTAL, MN
**Vehicle Identification Number** 1FT8W3BT0HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
"2017 SUPERDUTY DEATH WOBBLE" THURSDAY, JUNE 7TH 2018  WHILE DRIVING AT HIGHWAY SPEED (55 MPH) AND GOING OVER VERY MILD BUMPS IN THE HIGHWAY, THE STEERING WHEEL WOULD SHAKE VIOLENTLY AND UNCONTROLLABLY WHILE THE WHOLE VEHICLE SHUTTERED ENOUGH TO OPEN THE GLOVE COMPARTMENT AND EMPTY ITS CONTENTS ALONG WITH EVERYTHING IN THE CENTER CONSOLE.  I HAD NO CONTROL OF THE VEHICLE TO KEEP IT IN MY LANE AND I LEFT THE ROAD FOR THE DITCH. WHEN APPLYING THE BRAKES, THE ANTILOCK WAS ACTIVATED AND DID EVENTUALLY COME TO A STOP. TWO WITNESSES STOPPED TO MAKE SURE I WAS OK AND SAID IT APPEARED AS THOUGH THE FRONT END WAS COMING OFF THE VEHICLE. THE VEHICLE WAS DRIVEN TO THE NEXT EXIT (ABOUT 5 MILES) AND THIS ISSUE REPEATED THREE MORE TIMES AT SLOWER SPEEDS.  THE VEHICLE WAS TOWED 80 MILES AND A REPAIR WAS PERFORMED TO THE STABILIZER SHOCK THAT TOOK A FULL WEEK. IT IS NOW 7/29/2018 AND THE VEHICLE IS SHOWING SIGNS OF THE SHAKE AGAIN BUT MILD IN NATURE.  I HAVE HAD THIS SAME ISSUE ON OLDER VEHICLES BUT NEVER ON A NEW VEHICLE WITH UNDER 30,000 MILES ON IT.  **THIS ISSUE WILL KILL SOMEONE SOMEDAY.**
**1 Affected Product**

**B.    Ford's Knowledge of the Suspension Defect**

36.    Defendant has significant and long-standing knowledge of the Defect described herein. Upon information and belief, Defendant Ford, through (1) their own records of customers' complaints, (2) dealership repair records, (3) records from the National Highway Traffic Safety Administration ("NHTSA"), (4) warranty and post-warranty claims, (5) pre-sale durability testing and part sales, and (6) other various sources, were aware of the Defect.

37.    Defendant routinely monitors the internet for complaints similar in substance to those quoted below. Defendant's customer relations department routinely monitors the internet for customer complaints, and Defendant has retained the services of third-parties to do the same. Further, the customer relations division regularly receives and responds to customer calls concerning, *inter alia*, product defects. Through these sources, Defendant was made aware of the Defect. The complaints also indicate Defendant's knowledge of the defect and its potential danger.

-150-

Class Action Complaint
Case No.

38.     Moreover, Defendant should have known of the Defect because of the sheer number of reports relating to the Defect causing a sudden loss of steering control, a violent front-end vibration and swaying of the Vehicles. For instance, Defendant's customer relations department, which interacts with Ford-authorized service technicians in order to identify potentially widespread vehicle problems and assist in the diagnosis of vehicle issues, has received numerous reports of the Defect causing a sudden loss of steering control, a violent front-end vibration and swaying of the Vehicles. Customer relations also collects and analyzes field data including, but not limited to, repair requests made at dealerships and service centers, technical reports prepared by engineers that have reviewed vehicles for which warranty coverage is requested, parts sales reports, and warranty claims data.

39.     Defendant's warranty department similarly reviews and analyzes warranty data submitted by its dealerships and authorized technicians in order to identify defect trends in its vehicles. Defendant dictates that when a repair is made under warranty (or warranty coverage is requested), service centers must provide Defendant with detailed documentation of the problem and the fix that describes the complaint, cause, and correction, and also save the broken parts in case Defendant later determines to audit the dealership or otherwise verify the warranty repair. For their part, service centers are meticulous about providing this detailed information about in-warranty repairs to Defendant because Defendant will not pay the service centers for the repair if the complaint, cause, and correction are not sufficiently described.

40.     The NHTSA complaint database is again instructive, as it shows that the Death Wobble Defect has been a significant consistently recurring problem, of which Defendant Ford has been on notice, since 2005.  The following table shows the number of complaints regarding he Death Wobble Defect, that NHTSA has received broken down by model and model year:

| MY | Model | # of Complaints | First Complainint | Last Complaint |
|---|---|---|---|---|
| 2005 | F-250 SD | 173 | 3/10/2005 | 10/4/2017 |
| 2005 | F-350 SD | 78 | 4/3/2006 | 9/4/2016 |
| 2006 | F-250 | 262 | 2/25/2007 | 2/9/2018 |

-151-

Class Action Complaint
Case No.

| 2006 | F-350 | 100 | 10/10/2007 | 4/9/2018 |
|------|-------|-----|------------|----------|
| 2007 | F-250 | 59 | 4/7/2007 | 5/7/2018 |
| 2007 | F-350 | 23 | 7/21/2008 | 5/7/2018 |
| 2008 | F-250 | 36 | 6/25/2019 | 11/9/2018 |
| 2008 | F-350 | 24 | 4/22/2009 | 7/25/2018 |
| 2009 | F-250 | 26 | 9/2/2012 | 11/19/2018 |
| 2009 | F-350 | 9 | 1/5/2012 | 10/22/2018 |
| 2010 | F-250 | 27 | 5/26/2012 | 10/8/2018 |
| 2010 | F-350 | 7 | 5/23/2014 | 3/29/2017 |
| 2011 | F-250 | 117 | 11/12/2010 | 1/22/2019 |
| 2011 | F-350 | 35 | 9/26/2011 | 9/16/2018 |
| 2012 | F-250 | 45 | 2/17/2013 | 11/26/2018 |
| 2012 | F-350 | 17 | 12/2/2013 | 8/14/2016 |
| 2013 | F-250 | 11 | 12/30/2013 | 1/22/2019 |
| 2013 | F-350 | 4 | 12/20/2016 | 7/2/2018 |
| 2014 | F-250 | 13 | 4/2/2014 | 1/10/2019 |
| 2014 | F-350 | 5 | 2/6/2015 | 8/29/2018 |
| 2015 | F-250 | 11 | 2/3/2016 | 11/23/2018 |
| 2015 | F-350 | 5 | 10/20/2014 | 6/5/2018 |
| 2016 | F-250 | 6 | 10/17/2016 | 10/20/2018 |
| 2016 | F-350 | 9 | 1/15/2017 | 12/14/2018 |
| 2017 | F-250 | 93 | 10/18/2017 | 2/5/219 |
| 2017 | F-350 | 50 | 12/4/2017 | 2/6/2019 |
| 2018 | F-250 | 14 | 9/25/2018 | 2/2/2019 |
| 2018 | F-350 | 5 | 10/2/2018 | 2/6/2019 |
| 2019 | F-250 | 1 | 1/7/2019 | |
| | | | 1265 | |

41.    Furthermore, not only can Ford's knowledge be inferred from the fact that 1,265 complaints have been registered on the NHTSA website regarding the Death Wobble Defect in the Class Vehicles, but Ford's knowledge is evidenced by the fact that 73 of those complaints expressly reference that the manufacturer—Defendant Ford Motor Company—was notified of the consumers' concerns.

**1.    NHTSA Consumer Complaints Expressly Referencing Defendant Ford Company Being Notified of the Death Wobble Complaint**

42.    The following are the consumer complaints submitted to NHTSA that expressly reference Defendant Ford Company being notified of the Death Wobble Complaint:

-152-

**October 22, 2007 NHTSA ID NUMBER: 10206556**
**Components: STEERING**
**NHTSA ID Number:** 10206556
**Incident Date** October 19, 2007
**Consumer Location** BARTO, PA
**Vehicle Identification Number** 1FTNF21515E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL*THE CONTACT OWNS A 2005 FORD F-250. WHILE DRIVING 65 MPH, THE VEHICLE SHOOK VIOLENTLY AND BECAME DIFFICULT TO STEER AFTER DRIVING OVER A BUMP IN THE ROAD. THE CONTACT STATED THAT IT WAS NOT A NORMAL FRONT END SHAKE AND CONTINUED DRIVING HOME AT A LOWER RATE OF SPEED. THE DEALER ROTATED THE TIRES, BUT THAT DID NOT CORRECT THE FAILURE. **THE MANUFACTURER ADVISED HER TO CALL NHTSA AND TO TAKE THE VEHICLE BACK TO THE DEALER.** THE CURRENT MILEAGE WAS 30,400 AND FAILURE MILEAGE WAS 18,000.
**1 Affected Product**

**January 4, 2012 NHTSA ID NUMBER: 10442409**
**Components: STEERING**
**NHTSA ID Number:** 10442409
**Incident Date** September 6, 2006
**Consumer Location** MERIDIAN, MS
**Vehicle Identification Number** 1FTWW31P56E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2005 FORD F-250. WHILE DRIVING APPROXIMATELY 65 MPH, THE CONTACT DROVE OVER A BUMP AND THE VEHICLE BEGAN TO IMMEDIATELY VIBRATE VIOLENTLY. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER, WHERE BOTH FRONT TIE ROD ENDS WERE REPLACED. THE CONTACT ALSO RECENTLY RECEIVED AN ADVISORY NOTIFICATION LETTER FROM THE MANUFACTURER IN REGARDS TO STEERING WHEEL AND FRONT END VIBRATIONS WHEN DRIVING OVER BUMPY ROAD SURFACES. THE MANUFACTURER ADVISED OWNERS TO MAINTAIN PROPER TIRE INFLATION. **THE MANUFACTURER WAS NOTIFIED AND MADE AWARE OF THE FAILURE.** THE APPROXIMATE FAILURE MILEAGE WAS 20.
**1 Affected Product**

**October 14, 2009 NHTSA ID NUMBER: 10287346**
**Components: STEERING**

-153-

Class Action Complaint
Case No.

**NHTSA ID Number:** 10287346
**Incident Date** September 28, 2009
**Consumer Location** WILMOT, NH
**Vehicle Identification Number** 1FTWF31525E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS 2005 FORD F350 SUPERDUTY. WHILE DRIVING APPROXIMATELY 65 TO 75 MPH, HE HIT A BUMP IN THE ROAD AND THE VEHICLE PROCEEDED TO SHAKE VIOLENTLY CAUSING HIM TO ALMOST LOSE CONTROL OF THE VEHICLE. HE WAS ABLE TO REGAIN CONTROL OF THE VEHICLE WHEN THE SPEED DECREASED TO 30 MPH. AN INDEPENDENT MECHANIC WAS UNABLE TO DIAGNOSE THE FAILURE. THE MECHANIC STATED THAT NOTHING WAS WRONG WITH THE VEHICLE. **HE CONTACT NOTIFIED THE MANUFACTURER; HOWEVER, THEY HAVE NOT RESPONDED.** THE CURRENT AND THE FAILURE MILEAGES WERE 50,000.
**1 Affected Product**

December 20, 2011 **NHTSA ID NUMBER: 10440552**
**Components: STEERING**
**NHTSA ID Number:** 10440552
**Incident Date** December 20, 2010
**Consumer Location** MILLER PLACE, NY
**Vehicle Identification Number** 1FTWX31515E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2005 FORD F-350 SD. THE CONTACT STATED THAT THE VEHICLE WOULD SHAKE VIOLENTLY WHILE DRIVING OVER 50 MPH. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE, BUT DENIED ANY ASSISTANCE WITH REPAIRS TO THE VEHICLE.** THE CONTACT MADE ATTEMPTS TO REPAIR THE FAILURE, BUT THE DEFECT CONTINUOUSLY RECURRED. THE FAILURE MILEAGE WAS 45,000 AND THE CURRENT MILEAGE WAS 60,000.
**1 Affected Product**

January 16, 2013 **NHTSA ID NUMBER: 10493165**
**Components: STEERING**
**NHTSA ID Number:** 10493165
**Incident Date** January 1, 2007
**Consumer Location** FELTON, CA
**Vehicle Identification Number** N/A

Class Action Complaint
Case No.

**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2005 FORD F-350 SD. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 60 MPH, THE STEERING WHEEL AND FRONT END OF THE VEHICLE STARTED TO SHAKE. THE CONTACT RELEASED THE ACCELERATOR PEDAL AND THE SHAKING BECAME MORE EXTREME. AFTER DEPRESSING THE BRAKES, THE VEHICLE WAS MOVED OFF THE ROADWAY AND THE CONTACT INSPECTED THE VEHICLE. THE CONTACT FOUND NOTHING LOOSE OR HANGING. THE VEHICLE WAS THEN TAKEN TO A DEALER WHERE THE CONTACT WAS INFORMED THAT THE VEHICLE WAS PERFORMING NORMALLY WHEN DRIVING AT HIGHWAY SPEEDS. **THE MANUFACTURER WAS CONTACTED BUT OFFERED NO ASSISTANCE.** THE FAILURE MILEAGE WAS APPROXIMATELY 20,000. THE CURRENT MILEAGE WAS APPROXIMATELY 62,000. THE VIN WAS UNAVAILABLE.
**1 Affected Product**

---

May 5, 2016 **NHTSA ID NUMBER: 10863336**
**Components: SUSPENSION, ELECTRONIC STABILITY CONTROL**
**NHTSA ID Number:** 10863336
**Incident Date** April 28, 2016
**Consumer Location** TEMPLE, TX
**Vehicle Identification Number** 1FTWW33P75E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2005 FORD F-350. THE CONTACT STATED WHILE DRIVING AT APPROXIMATELY 65 MPH, THE VEHICLE VIOLENTLY SHOOK. THE FAILURE OCCURRED WITHOUT WARNING. THE VEHICLE WAS TAKEN TO INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THE VEHICLE HAD A FRONT END OSCILLATION AND THAT TRACK BAR, STABILIZER LINK, AND UPPER AND LOWER BALL JOINTS NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE FAILURE MILEAGE WAS APPROXIMATELY 127,000.
**1 Affected Product**

---

March 17, 2010 **NHTSA ID NUMBER: 10320462**
**Components: STEERING**
**NHTSA ID Number:** 10320462
**Incident Date** March 17, 2009
**Consumer Location** OROVILLE, CA
**Vehicle Identification Number** 1FTSW21P76E****

-155-

Class Action Complaint
Case No.

**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL * THE CONTACT OWNS A 2006 FORD F250. THE CONTACT STATED THAT WHILE TRAVELING AT SPEEDS OF 40 MPH IN CLEAR WEATHER CONDITIONS, THE ENTIRE FRONT END OF THE VEHICLE WOULD SHAKE EXCESSIVELY. HE ATTEMPTED TO SHUT OFF AND RESTART THE ENGINE TO CORRECT THE FAILURE TO NO AVAIL. THE FAILURE WOULD OCCUR SEVERAL TIMES WHILE OPERATING THE VEHICLE. **THE MANUFACTURER WAS CONTACTED AND ADVISED TAKING THE VEHICLE TO THE DEALER FOR FURTHER INSPECTION.** THERE HAD BEEN NO REPAIRS TO THE VEHICLE AS OF YET. THE FAILURE MILEAGE WAS 18,000 AND THE CURRENT MILEAGE WAS 28,000.
**1 Affected Product**

April 7, 2014 **NHTSA ID NUMBER: 10577858**
**Components: STEERING**
**NHTSA ID Number:** 10577858
**Incident Date** May 2, 2011
**Consumer Location** OREFIELD, PA
**Vehicle Identification Number** 1FTSX21536E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F250. THE CONTACT STATED THAT THERE WAS AN EXTREME VIBRATION IN THE STEERING WHEEL. THE CONTACT DROVE OVER A BUMP OR UNEVEN PAVEMENT WHILE DRIVING THE VEHICLE AT ANY SPEED AND HAD TO USE FORCE IN ORDER TO GAIN CONTROL OF THE STEERING WHEEL ON MULTIPLE OCCASIONS. THE VEHICLE SHOOK VIOLENTLY AND THE STEERING CONTINUED TO BE UNSTABLE. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER WHO WAS UNABLE TO DIAGNOSE THE FAILURE. THE CONTACT CONTINUED TO EXPERIENCE THE STEERING FAILURE WHICH CAUSED THE VEHICLE TO DRIVE ROUGH. THE VEHICLE WAS TAKEN BACK TO AN AUTHORIZED DEALER WHO WAS UNABLE TO REPLICATE THE FAILURE. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE APPROXIMATE FAILURE MILEAGE WAS 50000.
**1 Affected Product**

April 19, 2010 **NHTSA ID NUMBER: 10326393**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10326393
**Incident Date** April 17, 2010

Class Action Complaint
Case No.

**Consumer Location** SHELTER ISLAND, NY
**Vehicle Identification Number** 1FTSX21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2006 FORD F-250 SUPER DUTY GAS 5.4L V8  I WAS ON THE HIGHWAY DRIVING AROUND 70 WHEN I HIT A POT HOLE THE STEERING WHEEL JERKED LIKE NORMAL BUT THEN ALL OF A SUDDEN THE TRUCK STARTED TO SHAKE VIOLENTLY. I STARTED TO SLOW DOWN AS FAST AS POSSIBLE, I THOUGHT I HAD A FLAT. I WAS BARELY ABLE TO GET OFF THE ROAD WITH OUT CAUSING AN ACCIDENT. I SPENT ABOUT AN HOUR TRYING TO FIGURE OUT WHAT HAPPENED. WITH NO FINDINGS I STARTED TO DRIVE HOME VERY SLOWLY AFRAID TO GO OVER 50. I TYPED IN GOOGLE.COM FORD F250 SHAKING AND WAS AMAZED THAT THERE WAS A MAJOR PROBLEM OUT THERE AND FORD IS DOING NOTHING ABOUT IT**. I JUST CALLED FORD MOTOR COMPANY AND WAS GIVEN A CASE NUMBER.** ALL THE DEALERSHIP BLAME IT ON TIRE PRESSURE. AND MOST OF THEM STATE THAT THE PRESSURE NEEDS TO BE GREATER THEN LISTED ON THE DOOR OF THE TRUCK.  I AM TRULY AMAZED I WAS NOT HURT OR EVEN MORE AMAZED OF THE QUICK THINKING OF THE DRIVERS AROUND ME, GOING FROM 70 PLUS TO ABOUT 30 IN A FEW SECONDS.  FROM WHAT I AM READING THE HAVE BEEN ARTICLES IN A FEW MAJOR MAGAZINES AND TV SHOWS REGARDING THIS ISSUE.  I AM NOW GOING TO INCREASE MY TIRE PRESSURE AND SEE IF THAT CURES THE PROBLEM, IF NOT I AM GOING TO BE FORCED TO BUY AFTER MARKET PARTS TO FIX THE PROBLEM, COSTING $ 1,000 MIN.
 I DON'T MIND THE PRICE FOR THE SAFETY OF MY WIFE AND PASSENGERS. BUT I WOULD THINK THAT FORD MOTOR COMPANY WOULD STAND BEHIND THERE PRODUCT.  ON THIS DAY IT HAPPENED 2 TIMES ON A 100 MILE TRIP, I AM NOW DEATHLY AFRAID TO DRIVE IT ON THE HIGHWAY, OR EVEN TAKE A PASSENGER WITH ME,  OTHER THEN THAT HAPPENING AT HIGHWAY SPEEDS, THE VEHICLE HANDLES GREAT AND NO PROBLEMS. *TR
**1 Affected Product**

June 26, 2009 **NHTSA ID NUMBER: 10275011**
**Components: STEERING**
**NHTSA ID Number:** 10275011
**Incident Date** April 2, 2009
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSW21P46E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

Class Action Complaint
Case No.

WHEN DRIVING WHEN YOU GO OVER A BUMP ,RXR CROSSING OR MAN HOLE COVER THE FRONT END OF THE VEHICLE SEVERELY SHAKES TO THE POINT YOU HAVE TO JAM ON THE BRAKES OR WRECK. I REPLACED THE STEERING STABILIZER AS INSTRUCTED TO BUT THE OUTCOME HAS NOT CHANGED. **I HAVE CALLED FORD NUMEROUS TIMES,BOTH THE DEALER AND FORD MANUFACTURER. THEY BOTH ACT LIKE THEY HAVE NEVER HEARD OF THIS SEVERE PROBLEM.** *TR

**1 Affected Product**

December 13, 2011 **NHTSA ID NUMBER: 10439726**
**Components: STEERING**
**NHTSA ID Number:** 10439726
**Incident Date** December 12, 2009
**Consumer Location** ERIE, PA
**Vehicle Identification Number** 1FTFX21536E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-250 SD. THE CONTACT WAS DRIVING 60 MPH AND DROVE OVER A ROAD BUMP WHEN THE ENTIRE VEHICLE SHOOK EXCESSIVELY. THE VEHICLE WAS TAKEN TO THE DEALER PREVIOUSLY WHO REPLACED THE TIRES, SHOCKS AND OTHER UNKNOWN COMPONENTS, BUT THE VEHICLE CONTINUED TO SHAKE UNCONTROLLABLE. THE DEALER WAS UNABLE TO LOCATE THE PROBLEM. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE WHO INFORMED THE CONTACT TO TAKE THE VEHICLE BACK TO THE DEALER FOR FURTHER TESTING.** THE FAILURE MILEAGE WAS 90,000 AND THE CURRENT MILEAGE WAS 109,000.

**1 Affected Product**

January 26, 2012 **NHTSA ID NUMBER: 10445440**
**Components: STEERING**
**NHTSA ID Number:** 10445440
**Incident Date** May 2, 2011
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSX21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-250 SD. THE CONTACT STATED THAT THE VEHICLE WOULD VIOLENTLY WOBBLE WHILE DRIVING AT HIGHWAYS SPEEDS. THE DEALER ATTEMPTED TO REPAIR THE VEHICLE, BUT THE FAILURE RECURRED. **THE**

Class Action Complaint
Case No.

**MANUFACTURER WAS NOTIFIED, BUT DENIED ANY ASSISTANCE WITH REPAIRS.**
THE FAILURE MILEAGE WAS 37,000 AND THE CURRENT MILEAGE WAS 47,600.
**1 Affected Product**

June 5, 2009 **NHTSA ID NUMBER: 10272981**
**Components: SUSPENSION**
**NHTSA ID Number:** 10272981
**Incident Date** September 13, 2008
**Consumer Location** TWIN BRIDGES, MT
**Vehicle Identification Number** 1FTWW31P36E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2006 FORD F-350. WHILE DRIVING APPROXIMATELY 65 MPH, THE VEHICLE DROVE OVER A BUMP IN THE ROAD. THE STEERING WHEEL VIBRATED AND SHIMMIED SEVERELY. THE VEHICLE BEGAN TO VEER ACROSS THE ROAD WITHOUT ASSISTANCE. THE FAILURES OCCURRED WHENEVER THE VEHICLE TRAVELED OVER ROUGH ROAD SURFACES. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC FOR INSPECTION AND THEY STATED THAT THE FRONT SUSPENSION WAS FAULTY DUE TO A MANUFACTURER DESIGN DEFECT. **THE MANUFACTURER WAS NOTIFIED, BUT DID NOT ASSIST.** THE CONTACT WAS ADVISED TO CHECK THE TIRE INFLATION PRESSURE. THE CONTACT IS IN THE PROCESS OF TAKING THE VEHICLE TO AN AUTHORIZED DEALER. THE FAILURE MILEAGE WAS 42,000 AND CURRENT MILEAGE WAS 57,000. UPDATED 07/17/09. *LJ  UPDATED 07/20/09.*JB
**1 Affected Product**
**1 Associated Document**

February 11, 2014 **NHTSA ID NUMBER: 10563867**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10563867
**Incident Date** May 2, 2011
**Consumer Location** VICHY, MO
**Vehicle Identification Number** 1FTWW33P36E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-350. THE CONTACT STATED THAT THE WHILE DRIVING APPROXIMATELY 35 MPH, THE FRONT END OF THE VEHICLE AND THE STEERING WHEEL EXPERIENCED SEVERE VIBRATION AFTER THE CONTACT DROVE OVER A ROAD DIP. THE CONTACT STATED THAT THE DEFECT WOULD RECUR WHEN

-159-

Class Action Complaint
Case No.

DRIVING AT ANY SPEED AND ANYTIME THE VEHICLE WAS DRIVEN OVER A DIP OR ROAD WINE. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. **THE MANUFACTURER WAS NOTIFIED AND NO SOLUTION WAS OFFERED.** THE FAILURE MILEAGE WAS 60,000.

**1 Affected Product**

---

May 26, 2016 **NHTSA ID NUMBER: 10871068**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10871068
**Incident Date** May 20, 2016
**Consumer Location** SANDWICH, MA
**Vehicle Identification Number** 1FTWW31566E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FORD F-350 2006 OSCILLATION  I HAVE FILED A PREVIOUS COMPLAINT BEFORE RE THE VIOLENT OSCILLATION THAT HAPPENS WITH OUR FORD F-350 TRUCK. WE HAVE HAD MORE EVENTS AT SLOWER SPEEDS AND THE SHAKING IS ALMOST UNMANAGEABLE NOW.  WEDNESDAY MAY 11 APPROX 1PM EXITING THE BOURNE BRIDGE MA. I WAS DRIVING AT APPROX 40MPH AND EXITING THE BRIDGE. THERE WAS A ROUGH CONSTRUCTION PATCH ON THE ROAD RIGHT WHERE THE ROAD CONNECTS TO THE BRIDGE. AS I HIT THE ROUGH PATCH, THE OSCILLATION BEGAN AND THE TRUCK SHOOK UNCONTROLLABLY APPROACHING THE ROTARY. THERE WAS A LOT OF TRAFFIC AND CARS IN THE LANE BESIDE ME THAT COULD HAVE BEEN DAMAGED. MAY 20, 2016 AT APPROX 5PM. MY HUSBAND WAS DRIVING WEST ON HIGHWAY ROUTE 6, CAPE COD MA AT APPROX 55MPH. AS HE PASSED EXIT 6, HE HIT A ROUGH PATCH AND THE TRUCK BEGAN OSCILLATING VIOLENTLY. HE WAS UNABLE TO CONTROL IT AND SWERVED IN BOTH LANES OF THE WESTERLY 2-LANE HIGHWAY ALSO RUBBING AGAINST THE CURB. LUCKILY THE TRAFFIC STOPPED WHEN SEEING HIS TRUCK OUT OF CONTROL AND NO ONE WAS HURT OTHER THAN MY HUSBAND BEING TOTALLY SHAKEN.  THE TIRES HAVE BEEN INFLATED AS RECOMMENDED BY FORD WHEN THE SENT A LETTER RE THIS DEFECT. THIS TRUCK IS DANGEROUS, NOT ONLY TO US BUT OTHERS WHO ARE ON THE ROAD. I HAVE CONTACTED THE PLYMOUTH FORD DEALER WHERE THE TRUCK WAS PURCHASED, FORD CUSTOMER SERVICE AND FORD HEAD OFFICE. EVEN THOUGH THEY ACKNOWLEDGE THE TRUCKS ARE DEFECTIVE, THEY SAY THEY ARE NOT RESPONSIBLE FOR REPAIRING THEM. OUR TRUCK IS OSCILLATING REALLY BADLY AND IS DANGEROUS TO DRIVE. THIS SHOULD BE A RECALL, NOT ONLY FOR THOSE OF US DRIVING THESE DEFECTIVE FORD F-350 2006 TRUCKS, BUT FOR THE OTHER INNOCENT LIVES ON THE ROAD.

**1 Affected Product**

---

June 13, 2016 **NHTSA ID NUMBER: 10873902**

Class Action Complaint
Case No.

**Components: SUSPENSION**
**NHTSA ID Number:** 10873902
**Incident Date June 5, 2012**
**Consumer Location** STERLINGTON, LA
**Vehicle Identification Number** 1FTWW33P26E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2006 FORD F-350. WHILE DRIVING 65 MPH OVER BUMPS IN THE ROAD, THE VEHICLE SHOOK VIOLENTLY. THE DEALER DIAGNOSED THAT THE FRONT AXLE FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED BECAUSE THE REMEDY WAS NOT AVAILABLE. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS UNKNOWN.
**1 Affected Product**

January 16, 2014 **NHTSA ID NUMBER: 10560235**
**Components: STEERING**
**NHTSA ID Number:** 10560235
**Incident Date** November 2, 2012
**Consumer Location** THEODORE, AL
**Vehicle Identification Number** 1FTWW33P46E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
DRIVING VEHICLE WITH FIFTH WHEEL 31 FT CAMPER IN TOW VEHICLE LURCHED TO THE LEFT AND ATTEMPTS TO CORRECT FOUND GREAT RESISTANCE IN STEERING RESPONSE. ON SEVERAL OCCASIONS SINCE AND AT NO SPECIFIC SPEED THE VEHICLE WILL LURCH TO THE LEFT OR RIGHT OR SHIMMY TO THE POINT THAT STEERING BECOMES ALMOST UNRESPONSIVE. I HAD THE VEHICLE CHECKED AND WAS ADVISED NOTHING WAS IN NEED OF REPLACEMENT. THEN I RECEIVED A LETTER FROM FORD MOTOR CO DESCRIBING THE EXACT STEERING SITUATION THAT I AM EXPERIENCING ALONG WITH RECOMMENDATIONS TO KEEP TIRES INFLATED PROPERLY, WHICH I HAVE AND CONTINUE TO HAVE CORRECT. I CONTACTED FORD TO VOICE MY CONCERN AND WAS ADVISED THIS IS "JUST A NORMAL QUALITY OF A SOLID FRONT AXEL 4 WHEEL DRIVE TRUCK".  I USE THIS VEHICLE TO PULL A CAMPER AND WHEN THIS "SEVERE VIBRATION AND OSCILLATION" OCCURS IT CAUSES THE TRUCK/TRAILER TO LURCH SO FAR AS TO CAUSE IT TO SHIFT LANES. THIS PROBLEM OCCURS AT ALL SPEEDS, EVEN HIGHWAY SPEEDS OF 70MPH. I WAS ALSO TOLD THAT THE LETTER WAS ONLY A "NOTIFICATION OF THE SITUATION AND HOW TO AVOID" AND NOT A RECALL. FURTHERMORE, FORD ADVISED THAT I TAKE THE VEHICLE IN TO A FORD DEALER AT MY COST TO ENSURE THAT THIS WAS THE CAUSE OF THE PROBLEM. THIS SITUATION IS

Class Action Complaint
Case No.

SEVERE ENOUGH THAT IT COULD AND PERHAPS HAS BEEN THE CAUSE OF TRAFFIC ACCIDENTS. HOW LONG WILL THIS BE ALLOWED TO GO ON BEFORE A RECALL IS ISSUED? HAVING IDENTIFIED A VEHICLE STEERING PROBLEM, THAT IN MY OPINION COULD BE LIFE THREATENING, SHOULD BE SUFFICIENT CAUSE FOR A RECALL TO BE ISSUED. *TR

**1 Affected Product**

May 24, 2009 **NHTSA ID NUMBER: 10269838**
**Components: SUSPENSION**
**NHTSA ID Number:** 10269838
**Incident Date** January 11, 2009
**Consumer Location** Unknown
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2006 FORD F350 CREWCAB SUPERDUTY THAT HAS A SHIMMY / VIBRATION IN CAB OF TRUCK WHICH HAPPENS WHEN I HIT A DIP OR BUMP AND IF I SLOW DOWN SOMETIMES IT GOES AWAY QUICKLY WHEN I SLOW DOWN AND SOMETIMES I HAVE SLOW DOWN BELOW 30MPH. HOW SAFE IS THAT ON AN INTERSTATE? I DID RECEIVE A LETTER FROM FORD SAYING THIS COMMON BUT I DISAGREE BECAUSE THIS IS MY THIRD SUPERDUTY AND THE LAST TWO I DID NOT EXPERIENCE THIS PROBLEM BUT THEY HAD DIESEL ENGINES THIS IS GAS. MY DEALERSHIP TOLD FORD CUSTOMER REP THAT I NEED A ROAD WORTHY TEST OR THE DRIVE SHAFT IS OUT OF BALANCE SO THEY ARE GUESSING TOO. THE DEALERSHIP DID NOT EVEN KNOW ABOUT THIS LETTER THAT FORD SENT TO SUPERDUTY OWNERS. FORD REP STATED THERE IS NO RECALL ON THIS VEHICLE. THE SERVICE MANAGER AT THE LOCAL DEALERSHIP BELIEVES THE PROBLEM IS BECAUSE A GAS ENGINE IS TOO LIGHT AND THE SUPERDUTYS WERE MADE FOR DIESEL ENGINES. I HAVE NO IDEA HOW TRUE THIS IS BUT MY FIRST TWO SUPERDUTY TRUCKS I HAD WERE DIESEL AND I DID NOT EXPERIENCE THIS. I HAVE DRAFTED UP A LETTER TO SEND TO NYS ATTORNEY GENERAL AND TO FORD BUT I AM NOT VERY CONFIDENT ABOUT THE END RESULTS. MY WARRANTY HAS RUN OUT AND NOW IT IS ON MY NICKEL. I EVEN PUT NEW E RATED TIRES ON THE TRUCK IN DECEMBER AND HAS BEEN AT THE DEALERSHIP TWICE WHICH THEY SAID THE TIRES WERE OUT OF BALANCE AND NEEDED TO BE ROTATED. I HAVE LESS THAN 3,000 MILES ON THESE TIRES SO THAT DID NOT MAKE ANY SENSE. AS OF THIS DATE THE TIRES HAVE BEEN BALANCED A TOTAL OF THREE TIMES WHICH ABSOLUTELY NO SENSE EITHER. I AM GOING TO GET A SECOND OPINION FROM MY MECHANIC THAT I HAVE BEEN USING FOR OVER 20 YEARS WHICH IS NOT A FORD DEALERSHIP TO SEE IF THE PROBLEM CAN BE RESOLVED SINCE I AM NOT GETTING MUCH HELP FROM FORD OR THE DEALERSHIP. THIS SHIMMY / VIBRATION DOES GET ME NERVOUS AT TIMES AND DO NOT FEEL I AM VERY SAFE IN KEEPING THIS BIG PICKUP UNDER

Class Action Complaint
Case No.

CONTROL AND I DO NOT EXCEED THE SPEED LIMIT MORE THAN 5 MPH. I HAVE BEEN A FORD PERSON FOR OVER THIRTY YEARS AND NOW I MAY HAVE TO CHANGE. *TR

**1 Affected Product**

October 15, 2009 **NHTSA ID NUMBER: 10288585**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10288585
**Incident Date** October 13, 2009
**Consumer Location** TEWKSBURY, MA
**Vehicle Identification Number** 1FDWX37Y86E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
EXCESSIVE FRONT END SHIMMY ON OCCASION WITH MY FORD F350 4X4. I HAVE RECEIVED A LETTER FROM FORD DISCUSSING THIS ISSUE. THE FIRST TIME THE PROBLEM OCCURRED, MY TIRE PRESSURE WAS LOW AND SUBSEQUENTLY MAINTAINING PROPER TIRE PRESSURE SEEMED TO PREVENT THE PROBLEM FOR A WHILE. HOWEVER, RECENTLY I HIT SOME BUMPS WHILE TRAVELING ON THE HIGHWAY AT A SPEED OF APPROXIMATELY 65 MPH AND THE FRONT END BEGAN TO SHIMMY VERY VIOLENTLY. I KNEW TO HIT THE BRAKES TO REGAIN CONTROL OF THE STEERING, BUT I HAD TO STAY ON MY BRAKES UNTIL I SLOWED TO APPROXIMATELY 40 MPH BEFORE I COULD REGAIN CONTROL OF THE STEERING WHEEL. I CALLED A LOCAL FORD SERVICE CENTER, BUT THEY SAID THEY WOULD "ONLY BE GUESSING" AT THE PROPER WAY TO FIX THE PROBLEM. **I THEN CALLED FORD CUSTOMER SERVICE TO DISCUSS THE ISSUE, AS I AM NERVOUS ABOUT RIDING ON THE HIGHWAY WITH THE VEHICLE. THEY SUGGESTED THAT I CALL SEVERAL SERVICE CENTERS UNTIL I FIND ONE THAT HAS EXPERIENCE WITH TRYING TO FIX THIS PARTICULAR PROBLEM**. I HAVE DONE THAT AND I HAVE FOUND THAT NONE OF THE LOCAL DEALERS KNOW HOW TO CORRECT THE PROBLEM. THIS SHIMMY PROBLEM IS OCCURRING MORE AND MORE OFTEN AND I AM CONVINCED THAT IT WILL EVENTUALLY RESULT IN AN ACCIDENT ON THE HIGHWAY. *TR

**1 Affected Product**

July 22, 2009 **NHTSA ID NUMBER: 10277958**
**Components: STEERING**
**NHTSA ID Number:** 10277958
**Incident Date** November 12, 2008
**Consumer Location** PIEDMONT, OK
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No

-163-

Class Action Complaint
Case No.

INJURIES0
DEATHS0
TL*THE CONTACT OWNS A 2006 FORD F-350 SD. THE CONTACT STATED THAT HE EXPERIENCED MULTIPLE FAILURES WITH THE VEHICLE SHAKING VIOLENTLY. WHILE DRIVING 70 MPH, THE VEHICLE BEGAN TO SHIMMY AND SHAKE VIOLENTLY. HE REDUCED THE SPEED TO 40 MPH AND THE SHAKING CEASED. HE IS IN THE PROCESS OF TAKING THE VEHICLE TO THE DEALER FOR FURTHER INSPECTION. **THE MANUFACTURER IS AWARE OF THE FAILURE, BUT WILL NOT PROVIDE COMPENSATION BECAUSE THE VEHICLE WAS NOT INCLUDED IN A RECALL AND THE WARRANTY WAS EXPIRED.** THE CONTACT BELIEVES THAT THE FAILURE COULD POSSIBLY LEAD TO ADDITIONAL FAILURES REGARDING THE BALL JOINTS, TIE ROD, AND ANYTHING DEALING WITH THE STEERING DUE TO THE VIOLENT SHAKING. THE VIN WAS UNAVAILABLE. THE FAILURE MILEAGE WAS 34,000 AND CURRENT MILEAGE WAS 62,000.

**1 Affected Product**

---

May 28, 2013 **NHTSA ID NUMBER: 10513794**
**Components: STEERING, WHEELS, STRUCTURE, SUSPENSION**
**NHTSA ID Number:** 10513794
**Incident Date** May 26, 2013
**Consumer Location** AUSTIN, TX
**Vehicle Identification Number** 1FTSW21537E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I WOULD LIKE TO OFFICIALLY SUBMIT A COMPLAINT ABOUT OUR FORD F250 SUPER DUTY TRUCK. THERE IS SOMETHING SERIOUSLY WRONG WITH IT AND THE FORD DEALERSHIP HAS BEEN UNABLE TO FIX IT. WE HAVE HAD THE SAME ISSUE WITH IT FOR THE LAST FEW YEARS AND THE ISSUE HAS NOT BEEN RESOLVED! WE ARE EXPERIENCING TURBULENT WOBBLING WITH THIS TRUCK AND I CAN ASSURE YOU THIS IS NOT NORMAL! THE LAST INCIDENT OCCURRED 2 DAYS AGO ON MAY 26, 2013! I HAVE CHILDREN AND FEEL THAT OUR LIVES WERE ESPECIALLY IN DANGER WHEN WE RODE IN THIS TRUCK AS WE THOUGHT THIS ISSUE WAS RESOLVED AND NO LONGER EXISTED. AS WE WERE DRIVING ON THE INTERSTATE HIGHWAY WE DROVE OVER AN UNEVEN SECTION OF THE HIGHWAY AND OUR TRUCK SUDDENLY STARTED SHAKING DANGEROUSLY OUT OF CONTROL! THANKFULLY MY HUSBAND WAS ABLE TO CONTROL THE STEERING WHEEL AND STEPPED ON THE BRAKE TO SLOW IT DOWN, OTHERWISE WHO KNOWS WHAT WOULD HAVE HAPPENED! THERE WAS TRAFFIC EVERYWHERE AND WE WERE LUCKY ENOUGH NOT TO HAVE AN ACCIDENT! THEN IT HAPPENED AGAIN A FEW HOURS LATER WHEN WE AGAIN DROVE OVER AN UNEVEN SECTION OF THE INTERSTATE. I HAVE EXPERIENCED ENOUGH OF THESE THREATENING EPISODES AND I AM VERY CONCERNED AS THIS IS ABSOLUTELY NOT NORMAL AND I CAN HONESTLY SAY THERE IS SOMETHING VERY WRONG WITH THIS VEHICLE. THIS IS

Class Action Complaint
Case No.

A SAFETY ISSUE AND PEOPLE CAN AND WILL LOSE THEIR LIVES OVER THIS IF THIS IS NOT RESOLVED IMMEDIATELY! **I HAVE CONTACTED FORD HEADQUARTERS TO SUBMIT A FORMAL COMPLAINT AND THEY MERELY TOLD ME TO CONTINUE WORKING WITH THE DEALERSHIP THAT HAS UNRESOLVED MY ISSUE.** I TRUST THAT YOU WILL TAKE THIS COMPLAINT SERIOUSLY AS LIVES ARE AT STAKE BECAUSE OF THIS ISSUE. *TR

**1 Affected Product**

January 27, 2009 **NHTSA ID NUMBER: 10256489**
**Components: STEERING, WHEELS**
**NHTSA ID Number:** 10256489
**Incident Date** October 30, 2007
**Consumer Location** CITY OF INDUSTRY, CA
**Vehicle Identification Number** 1FTSW21P47E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2007 FORD F-250 SD. THE CONTACT NOTICED THAT THE STEERING COLUMN AND WHEELS VIBRATE ABNORMALLY. SPEED WAS NOT A FACTOR DURING THE FAILURES. HIS CONTROL OF THE VEHICLE WAS SIGNIFICANTLY REDUCED. HE TOOK THE VEHICLE TO THE DEALER AND THEY STATED THAT THE FAILURE WAS A NORMAL CHARACTERISTIC OF THE VEHICLE. **HE CALLED THE MANUFACTURER AND IS WAITING FOR A RESPONSE.** THE FAILURE MILEAGE WAS 300 AND CURRENT MILEAGE WAS 31,100.

**1 Affected Product**

June 28, 2016 **NHTSA ID NUMBER: 10877122**
**Components: STEERING, SERVICE BRAKES**
**NHTSA ID Number:** 10877122
**Incident Date** June 20, 2007
**Consumer Location** GREENTOWN, PA
**Vehicle Identification Number** 1FTNF21507E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2007 FORD F-250 SUPER DUTY. WHILE DRIVING AT ANY SPEED, THE VEHICLE SHOOK VIOLENTLY AND CAUSED THE DOOR TO OPEN. IT BECAME DIFFICULT TO STEER AND THE ENTIRE VEHICLE OSCILLATED. IN ADDITION, THE ABS WARNING LIGHT ILLUMINATED. THE VEHICLE WAS TAKEN TO THE DEALER, BUT WAS NOT DIAGNOSED OR REPAIRED. THE FAILURES BEGAN WEEKS AFTER THE VEHICLE

Class Action Complaint
Case No.

WAS PURCHASED IN 2007. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE FAILURE MILEAGE WAS APPROXIMATELY 400.

1 Affected Product

---

May 7, 2018 **NHTSA ID NUMBER: 11092264**
**Components: SUSPENSION**
**NHTSA ID Number:** 11092264
**Incident Date** May 1, 2018
**Consumer Location** NORTH HAVEN, CT
**Vehicle Identification Number** 1FTWF31567E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2007 FORD F-350. THE CONTACT RECEIVED FIELD ACTION NOTICE NUMBER: 09L02 FROM THE MANUFACTURER. WHILE DRIVING 40 MPH ON BUMPY TERRAIN, THE VEHICLE SHOOK. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT CALLED A LOCAL DEALER (BOB THOMAS FORD INC, 2215 DIXWELL AVE, HAMDEN, CT 06514, (203) 281-7500) AND WAS INFORMED THAT THERE WOULD BE A DIAGNOSTIC FEE. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED DUE TO THE DIAGNOSTIC FEE. **THE MANUFACTURER WAS NOTIFIED AND ADVISED THE CONTACT TO TAKE THE VEHICLE TO THE LOCAL DEALER, AND THAT THERE WOULD BE A CHARGE FOR VEHICLE INSPECTIONS.** THE FAILURE MILEAGE WAS APPROXIMATELY 7,000.

1 Affected Product

---

October 15, 2010 **NHTSA ID NUMBER: 10360616**
**Components: STEERING, SUSPENSION, EQUIPMENT**
**NHTSA ID Number:** 10360616
**Incident Date** October 11, 2010
**Consumer Location** MANASSAS, VA
**Vehicle Identification Number** 1FTWW31P17E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2007 FORD F-350 CREW CAB SRW 4X4, STEERING OSCILLATION (WOBBLE). HAVE EXPERIENCED THIS PROBLEM SINCE TRUCK WAS ALMOST NEW. NOW HAVE 61 K MILES AND IT IS ALOT WORSE. AS THE 08 AND 09 INVESTIGATIONS REVEALED, THE STEERING WOBBLE HAPPENS WHEN CROSSING UNEVEN PAVEMENT, CONCRETE, DIPS IN THE ROAD, RAILROAD CROSSINGS (AT SLOW SPEEDS). HAPPENS WHILE EMPTY AND WHEN TOWING A FLATBED GOOSENECK TRAILER AND/OR MY 5TH WHEEL RV. THIS HAS NOT

Class Action Complaint
Case No.

BEEN RESOLVED BY FORD YET AND THEY DON NOT KNOW HOW TO FIX. I BELIEVE IT IS A BAD STEERING BOX?? THEY ONLY WANT TO USE US/ME AS "GUINEA PIGS" TO FIX. THEY TELL US TO REPLACE SHOCKS, STEERING DAMPERS, AND TIRES. I HAVE PUT TWO SETS OF MICHELINS ON TRUCK AND DOES NOT HELP AT ALL. ACCORDING TO INFO ON INTERNET THIS PROBLEM HAS BEEN GIVEN THE "DEATH WOBBLE" NICKNAME. I WOULD LIKE YOU ALL TO SEE IF FORD HAS TRIED ANYTHING OTHER THAN TELLING US DUMB VEHICLE OWNERS THAT WE DON'T HAVE ENOUGH AIR PRESSURE IN OUR FRONT TIRES. I HAD MY TIRES INSTALLED AND REBALANCED TWO TIMES AT THE LOCAL FORD DEALER AND DOES NOT FIX THE PROBLEM. I FEEL THE TRUCK IS VERY UNSAFE TO DRIVE AT ANY SPEED AND THERE NEEDS TO BE A WAY GET TO THE BOTTOM OF THIS BEFORE SOMEONE OR MORE PEOPLE GET HURT OR KILLED. THE INTERNET IS FULL OF HORROR STORIES AS TO THIS PROBLEM. I FOR ONE AM READY TO CONSULT LEGAL HELP. **I JUST SPOKE WITH FORD CUSTOMER SERVICE (COMPLAINT #[XXX]) AND ONCE AGAIN THEY SAID TAKE IT TO ANOTHER DEALER AND MAYBE I'LL HAVE BETTER LUCK.?????** PLEASE HELP AND RESPOND.[XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)
**1 Affected Product**

January 8, 2016 **NHTSA ID NUMBER: 10818907**
**Components: SERVICE BRAKES, SUSPENSION**
**NHTSA ID Number:** 10818907
**Incident Date** January 1, 2012
**Consumer Location** WOOD RIVER, IL
**Vehicle Identification Number** 1FTWW31P97E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2007 FORD F-350 SD. WHILE DRIVING APPROXIMATELY 55 MPH OVER A BUMP, THE FRONT END OF THE VEHICLE AND STEERING WHEEL BEGAN TO VIBRATE VIOLENTLY. THE FAILURE OCCURRED WHEN DRIVING 55 MPH OR GREATER OVER AN UNEVEN ROAD SURFACE OR BUMP. THE CONTACT REPAIRED THE VEHICLE HIMSELF. THE FRONT SHOCKS, ROTORS, AND BRAKES WERE REPLACED. IN ADDITION, THE FRONT WHEEL BEARINGS WERE REPLACED WITH FOUR NEW TIRES INSTALLED ON THE VEHICLE. THE FAILURE PERSISTED AFTER THE REPAIRS. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE APPROXIMATE FAILURE MILEAGE WAS 100,000.
**1 Affected Product**

June 30, 2015 **NHTSA ID NUMBER: 10731192**
**Components: SUSPENSION**
**NHTSA ID Number:** 10731192

Class Action Complaint
Case No.

**Incident Date June 1, 2015**
**Consumer Location** PINEY FLATS, TN
**Vehicle Identification Number** 1FTSW21R98E\*\*\*\*
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL\* THE CONTACT OWNS A 2008 FORD F-250. WHILE DRIVING OVER A BUMP AT 60 MPH, THE VEHICLE JERKED AND WOBBLED OUT OF CONTROL. THE FAILURE WAS EXPERIENCED NUMEROUS TIMES. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC. THE TECHNICIAN REPLACED THE TRACK BAR, THE FRONT STEERING DAMPER, THE CENTER LINK, AND THE FRONT SUSPENSION; HOWEVER, THE FAILURE WAS NOT CORRECTED. **THE MANUFACTURER WAS NOTIFIED.** THE FAILURE MILEAGE WAS 159,000. MA 09/03/15
1 Affected Product
1 Associated Document

November 9, 2018 **NHTSA ID NUMBER: 11150428**
**Components: SUSPENSION**
**NHTSA ID Number:** 11150428
**Incident Date** October 26, 2018
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSW21R48E\*\*\*\*
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL\* THE CONTACT OWNS A 2008 FORD F-250. WHILE DRIVING 40 MPH, THE VEHICLE SHOOK. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC, BUT WAS NOT DIAGNOSED OR REPAIRED. THE MECHANIC STATED THAT THE VEHICLE EXHIBITED THE SAME SYMPTOMS AS LISTED IN NHTSA CAMPAIGN NUMBER: 08E026000 (EQUIPMENT). **THE MANUFACTURER WAS NOTIFIED AND TRANSFERRED THE CONTACT TO NHTSA.** THE DEALER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS APPROXIMATELY 186,000.
1 Affected Product
**Request Research** (Services fees apply)

March 13, 2010 **NHTSA ID NUMBER: 10319436**
**Components: SUSPENSION**
**NHTSA ID Number:** 10319436
**Incident Date** March 12, 2010
**Consumer Location** RAYMOND, NH

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FTWX31508E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2008 F-350 HAS WHAT THEY CALL THE "DEATH WOBBLE" AND HAS A CONSTANT SHAKE AT HIGHWAY SPEEDS. **FORD BLAMED IT ON THE TIRES.** I REPLACED TIRES WITH ONE OF THE BEST YOU CAN BUY. CONTINUED TO DO THE SAME THING. FORD BLAMED IT ON THOSE TIRES. BEEN IN FOR SERVICE 5 TIMES IN 1 YEAR. DEALERSHIP TOLD ME NOT TO COME BACK BECAUSE THEY CAN'T FIX IT. **FORD TELLS ME TO GO BACK TO THE DEALERSHIP.** SOMEDAY I'M GOING TO KILL SOMEONE OR MYSELF IN THIS TRUCK SINCE I HAVE NO CONTROL WHEN THE "DEATH WOBBLE" STARTS UNTIL I CAN SLOW DOWN TO ABOUT 20 MPH ON AN INTERSTATE HIGHWAY.  UPDATED IVOQ 05/26/10
1 Affected Product
2 Associated Documents

February 2, 2015 **NHTSA ID NUMBER: 10680495**
**Components: SUSPENSION**
**NHTSA ID Number:** 10680495
**Incident Date** January 15, 2015
**Consumer Location** BOYDS, MD
**Vehicle Identification Number** 1FTWX31R88E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2008 FORD F-350. WHILE DRIVING 65 MPH OVER A POTHOLE, THE VEHICLE BEGAN TO VIBRATE VIOLENTLY. THE FAILURE RECURRED ON SEVERAL OCCASIONS. THE VEHICLE WAS TAKEN TO A DEALER, WHERE THE TRACK BAR BALL JOINT WAS REPLACED. THE FAILURE PERSISTED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE APPROXIMATE FAILURE MILEAGE WAS 22,000. UPDATED 03/24/15*LJ UPDATED 9/20/2017*CN
1 Affected Product
1 Associated Document

August 9, 2016 **NHTSA ID NUMBER: 10894286**
**Components: SUSPENSION**
**NHTSA ID Number:** 10894286
**Incident Date** October 10, 2015
**Consumer Location** DANBURY, CT
**Vehicle Identification Number** 1FTWW31R38E****
**Summary of Complaint**

-169-

Class Action Complaint
Case No.

**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL* THE CONTACT OWNS A 2008 FORD F-350. THE CONTACT STATED THAT WHILE DRIVING OVER 40 MPH, THE VEHICLE WOBBLED AND VIOLENTLY VIBRATED WITHOUT WARNING. THE VEHICLE WAS TAKEN TO A DEALER ON MULTIPLE OCCASIONS; HOWEVER, THE FAILURE WAS UNABLE TO BE DETERMINED. THE VEHICLE WAS NOT REPAIRED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE FAILURE MILEAGE WAS 80,000.
**1 Affected Product**

March 9, 2017 **NHTSA ID NUMBER: 10959732**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10959732
**Incident Date** December 19, 2016
**Consumer Location** KING, NC
**Vehicle Identification Number** 1FTWW33R98E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL* THE CONTACT OWNS A 2008 FORD F-350 SD. THE CONTACT STATED THAT THE VEHICLE EXPERIENCED A RANDOM DEATH WOBBLE ASSOCIATED WITH THE STEERING AND SUSPENSION. A DEALER PERFORMED EXTENSIVE REPAIRS, BUT THE CONDITION CONTINUED. **THE DEALER AND THE MANUFACTURER FAILED TO PROVIDE A REMEDY. THE VEHICLE WAS UNABLE TO BE SAFELY DRIVEN DUE TO A STRONG VIBRATION FROM THE STEERING, WHICH ALSO CAUSED THE SUSPENSION TO BE UNSTABLE.** THE VEHICLE WAS PARKED AT THE CONTACT'S RESIDENCE. THE FAILURE MILEAGE WAS NOT AVAILABLE.
**1 Affected Product**

March 17, 2009 **NHTSA ID NUMBER: 10262107**
**Components: STEERING**
**NHTSA ID Number:** 10262107
**Incident Date June 10, 2008**
**Consumer Location** Unknown
**Vehicle Identification Number** 1FDWW35R08E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0

Class Action Complaint
Case No.

TL*THE CONTACT OWNS A 2008 FORD F-350 SD. THE CONTACT STATED THAT THE FRONT END OF THE VEHICLE WOULD SHIMMY AND SHAKE WHILE DRIVING APPROXIMATELY 50 MPH. ON ONE OCCASION, THE STEERING WHEEL SHOOK SO SEVERELY THAT HE LOST CONTROL OF THE VEHICLE AND VEERED OFF THE ROAD. THERE WERE NO INJURIES. THE CONTACT TOOK THE VEHICLE TO THE DEALER FOR REPAIRS, BUT THE FAILURE PERSISTED. **HE FILED A COMPLAINT WITH THE MANUFACTURER, BUT HAS YET TO RECEIVE ANY FEEDBACK.** THE CURRENT MILEAGE WAS APPROXIMATELY 42,600 AND FAILURE MILEAGE WAS APPROXIMATELY 15,000.

**1 Affected Product**

---

**January 25, 2012 NHTSA ID NUMBER: 10445228**
**Components: STEERING**
**NHTSA ID Number:** 10445228
**Incident Date** April 21, 2010
**Consumer Location** NAVARRO, CA
**Vehicle Identification Number** 1FTWX31R38E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2008 FORD F350. THE CONTACT STATED THAT THE VEHICLE WOULD VIBRATE VIOLENTLY WHEN DRIVING BETWEEN 40-55 MPH OR WHEN TURNING ON ROUGH ROAD SURFACES. THE VEHICLE WAS TAKEN TO THE DEALER NUMEROUS TIMES FOR THE FAILURE. THE DEALER REPLACED THE TRACK LINK AND THE STEERING GEARBOX BUT THE FAILURE WAS NOT CORRECTED AND THE VEHICLE CONTINUED TO VIBRATE EXCESSIVELY. **THE MANUFACTURER WAS MADE AWARE OF THE FAILURE BUT THE VEHICLE WAS NOT FURTHER REPAIRED.** THE FAILURE MILEAGE WAS 100 AND THE CURRENT MILEAGE WAS 20,000.

**1 Affected Product**

---

**December 30, 2015 NHTSA ID NUMBER: 10817038**
**Components: VISIBILITY/WIPER, STEERING, SUSPENSION**
**NHTSA ID Number:** 10817038
**Incident Date** December 11, 2015
**Consumer Location** SATSUMA, AL
**Vehicle Identification Number** 1FTSW21R79E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

-171-

DRIVING 2009 FORD F-50 SUPER DUTY FX4 ON INTERSTATE AT 65 MPH, AS I EXITED TO ANOTHER INTERSTATE I EXPERIENCED A VIOLENT WOBBLE IN THE FRONT END WHICH ONLY STOPPED WHEN I BROUGHT THE PICKUP TRUCK TO A COMPLETE STOP. I TOOK THE TRUCK TO THE DEALER I PURCHASED THE VEHICLE FROM AND THEY GAVE ME A SHOPPING LIST OF $3300. THIS INCLUDED WINDSHIELD WIPERS. THEY ALSO DID NOT KNOW WHAT CAUSED THIS PROBLEM. **FORD CUSTOMER SERVICE SAID THEY DID NOT KNOW OF THIS PROBLEM AND COULD NOT HELP.** LOOKING INTO THIS ON GOOGLE, I FOUND HUNDREDS OF SIMILAR PROBLEMS COMMONLY CALLED "DEATH WOBBLE" ON THE INTERNET. THIS VIOLENT SHAKING HAS OCCURRED ONCE MORE TWO WEEKS LATER. I AM PARKING THE VEHICLE UNTIL I DECIDE WHAT I NEED TO DO. I AM AFRAID FOR MY FAMILY'S SAFETY AND OTHER MOTORISTS. *JS
**1 Affected Product**

June 2, 2016 **NHTSA ID NUMBER: 10872235**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10872235
**Incident Date** March 10, 2016
**Consumer Location** BIGELOW, AR
**Vehicle Identification Number** 1FTSW21R69E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL* THE CONTACT OWNS A 2009 FORD F-250 SD. THE CONTACT STATED THAT THE FRONT END OF THE VEHICLE WAS UNSTABLE SHOOK AND VIBRATED EXCESSIVELY WITH AN EXTREME WOBBLE. THE DEALER WAS NOTIFIED OF THE FAILURE AND WAS UNABLE TO PROVIDE A REPAIR SOLUTION TO PREVENT THE FAILURE. THE CONTACT TOOK THE VEHICLE TO MORE THAN FIVE DIFFERENT REPAIR SHOPS FOR VARIOUS REPAIRS, BUT THE FAILURES CONTINUED IN THE FRONT AND REAR ENDS. **THE VEHICLE WAS NOT REPAIRED AND THE CONTACT WAS WAITING TO DETERMINE IF THE MANUFACTURER WOULD BE ABLE TO PROVIDE A PERMANENT REPAIR SOLUTION.** THE APPROXIMATE FAILURE MILEAGE WAS 180,000.
**1 Affected Product**

May 13, 2013 **NHTSA ID NUMBER: 10512156**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10512156
**Incident Date** November 1, 2012
**Consumer Location** CHESAPEAKE, VA
**Vehicle Identification Number** 1FTWW31R49E****
**Summary of Complaint**
**CRASH** No
**FIRE** No

-172-

Class Action Complaint
Case No.

**INJURIES0**
**DEATHS0**
I AM THE ORIGINAL OWNER OF A 2009 FORD F350 SRW DIESEL CREW CAB. AT APPROXIMATELY 70,000 MILES I BEGAN TO EXPERIENCE A STRONG FRONT END VIBRATION; DEATH WOBBLE. WHEN I GO OVER UNEVEN ROADS AT SPEEDS ABOVE 55 MPH. THE VIBRATION IS SO GREAT THAT THE STEERING WHEEL REQUIRES A TIGHT HOLD TO KEEP CONTROL OF THE TRUCK. THE VIBRATION CONTINUES UNTIL I SLOW DOWN TO AROUND 40 MPH. THIS BECOMES EVEN SCARIER WHEN I AM ON A FREEWAY FLY OVER THAT TURNS AND I HIT AN EXPANSION JOINT. THE TRUCK SHAKES AND TRIES TO PUSH AWAY FROM THE TURN.   I TOOK MY TRUCK TO THE DEALER ON FOUR OCCASIONS. THE FIRST VISIT THEY SAID THEY COULD NOT DUPLICATE THE PROBLEM AND THAT I NEEDED NEW TIRES. I BOUGHT NEW TIRES AND IT DID NOT CORRECT THE PROBLEM. I TOOK IT BACK THE SECOND TIME AND THEY CHANGED OUT THE BALL JOINTS, TIE RODS, STEERING DAMPER, DID A FRONT END ALIGNMENT AND BALANCED MY WHEELS. IT SEEMED TO WORK FOR A SHORT TIME UNTIL A PART FELL OFF THE FRONT END OF MY TRUCK AND HIT ANOTHER ONE BEHIND ME IN THE CAR POOL LANE. I TOOK IT BACK TO THE DEALER TO FIND OUT WHAT I LOST. I WAS TOLD A PART FELL OFF BUT THEY DID NOT WORK NEAR IT. FUNNY THING, IT BEGAN TO VIBRATE AGAIN AFTER THAT. I RECENTLY TOOK IT BACK AND TALKED TO THE TECHNICIAN BEFORE I LEFT THE TRUCK SO HE WOULD UNDERSTAND WHAT IT WAS DOING. HE TOOK IT FOR A DRIVE BUT DID NOT GET IT TO VIBRATE AS I REPORTED TO HIM. HE TOLD ME THAT MY TRUCK DRIVES JUST LIKE ALL F350'S WITHOUT A LOAD. I HAVE PUT MY SLIDE IN CAMPER IN THE BED OF MY TRUCK, 3,500 LBS. AND IT STILL VIBRATES VIOLENTLY. I THINK THAT WOULD BE CONSIDERED A LOAD AND IT TRULY FEELS LIKE A DEATH WOBBLE AS DESCRIBED BY MANY INTERNET POSTINGS.  **THE FORD REP I SPOKE TO SAID THEY ARE NOT AWARE OF ANY PROBLEMS. I AM IN THE PROCESS OF FILING A FORMAL COMPLAINT WITH FORD.**
1 Affected Product

March 10, 2016 **NHTSA ID NUMBER: 10845889**
**Components: SUSPENSION**
**NHTSA ID Number:** 10845889
**Incident Date** February 2, 2015
**Consumer Location** SILVER CITY, NM
**Vehicle Identification Number** 1FTSW2BR0AE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2010 FORD F-250 SD. THE CONTACT STATED THAT WHILE DRIVING AT ANY SPEED OVER 20 MPH, THE VEHICLE WOULD EXPERIENCE SEVERE FRONT END VIBRATING AND SHAKING. THE VEHICLE WAS TAKEN TO THE DEALER BUT THE CAUSE OF THE FAILURE WAS NOT DETERMINED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE FAILURE MILEAGE WAS 30,000.

Class Action Complaint
Case No.

**1 Affected Product**

January 25, 2012 **NHTSA ID NUMBER: 10445217**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10445217
**Incident Date** January 20, 2012
**Consumer Location** ROCHESTER HILLS, MI
**Vehicle Identification Number** 1FT7W2B60BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I WAS DRIVING ON A ENTRANCE RAMP TO AN INTERSTATE AT ABOUT 55-60MPH... I
RECALL HITTING SOME TYPE OF ROAD BUMPS - PAVEMENT JOINT THAT STARTED THE
EVENT... TYPICALLY I'M USED TO EXPERIENCING THE BACK OF MY TRUCK BOUNCE IN
THE PAST CAUSING LANE CORRECTION BUT THIS TIME THE WHOLE FRONT END
STARTED SHAKING SEVERELY... I WAS IN THE LEFT LANE OF 3 SO DECIDED TO BREAK
AND GET INTO THE CENTER MEDIAN ASAP BASED ON APPROACHING VEHICLES FROM
BEHIND... I PULLED OFF AND CHECKED THE LEFT SIDE AND THE RIGHT... ALL WAS
FINE... I SHOOK THE WHEELS... ALL TIGHT... THE SHAKING OF THE VEHICLE WAS SO
SEVERE I HAD A HARD TIME CONTROLLING IT AND GETTING IT SAFELY OFF THE
ROADWAY... PAPERS IN MY VISORS SHOOK LOOSE... 2 GYM BAGS IN PASSENGER SEAT
ENDED UP ON FLOOR.... A LARGE SCREEN TV THAT WAS TAPED AGAINST THE BACK
WINDOW ON THE BACK SEAT WAS THUS SHIFTED LAYING NOW ON TOP OF THE FRONT
SEATS.... I LATER REALIZED THAT THE SANDWICH I JUST BOUGHT WAS GONE FROM
THE CONSOLE AND LATER FOUND ON THE FLOOR AT THE PASSENGERS DOOR!!!! BEING
COMMITTED TO THE FREEWAY I SLOWLY STARTED OUT, AND NO OTHER ISSUES...
AFTER ABOUT 20 MINUTES ON THE FREEWAY I KICKED IT UP TO FREEWAY SPEEDS,
BUT GOT THE PUCKER FACTOR EACH TIME I HIT ROAD BUMPS ON MY TRIP.. I WORK
FOR THE CITY OF ROCHESTER HILLS AND CALLED OUR FLEET MGR, AND TOLD HIM OF
MY ISSUE, HE HAD NO IDEA BUT CHECKED AND FOUND TSB 11-6-14 THAT WAS
VERBATIM WHAT HAPPENED TO ME.. **THE DEALER ORDERED UP PARTS AND WILL
ADVISE WHEN TO BRING IT IN BUT FORD CORP I FELT SHOULD HAVE NOTIFIED OF
A POSSIBLE ROLL OVER ISSUE**, AS IM SURE IF I WAS AT 70-80 ON THE FREEWAY OR
MY KIDS DRIVING WITH LESS EXPERIENCE THERE WOULD HAVE BEEN A ROLLOVER...
**FORD SAID UNTIL IT HAPPENS AGAIN OR THE DEALER CAN NOT FIX IT THERE WAS
NOTHING MORE THEY COULD DO!!!!!** I ADVISED IT LOOKS LIKE THE NEXT CALL THEY
WANT IS FROM LEGAL COUNCIL ADDING THE 0000 AFTER A FATALITY!!! *TR
**1 Affected Product**

December 5, 2012 **NHTSA ID NUMBER: 10487446**
**Components: SUSPENSION**
**NHTSA ID Number:** 10487446

Class Action Complaint
Case No.

**Incident Date** February 1, 2012
**Consumer Location** MOUNTVILLE, PA
**Vehicle Identification Number** 1FT7X2B64BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT WAS DRIVING APPROXIMATELY 50 MPH OVER A ROAD BUMP WHEN THE FRONT END OF THE VEHICLE BEGAN TO SHAKE VIOLENTLY. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER THREE TIMES FOR THE FAILURE. THE STEERING STABILIZER AND FRONT END SHOCKS WERE REPLACED AT DIFFERENT TIMES. THE FAILURE RECURRED AFTER THE REPAIRS WERE PERFORMED WHENEVER DRIVING OVER A ROAD BUMP OR POTHOLE. **THE MANUFACTURER WAS NOTIFIED OF THE PROBLEM.** THE APPROXIMATE FAILURE MILEAGE WAS 28,848.
**1 Affected Product**

March 27, 2014 **NHTSA ID NUMBER: 10575179**
**Components: STEERING, WHEELS, SUSPENSION**
**NHTSA ID Number:** 10575179
**Incident Date** February 10, 2014
**Consumer Location** NORTON, VA
**Vehicle Identification Number** 1FT7X2B61BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TRUCK DEVELOPED A VIOLENT SHAKE IN THE FRONT END AND BECAME UNCONTROLLABLE. HAVE TO STOP IMMEDIATELY BEFORE VEHICLE WILL STOP SHAKING. THE ISSUE IS REFERRED TO THE "FORD DEATH WOBBLE" WITH MANY RECORDED INSTANCES OF THIS ON THE WEB AND YOUTUBE. ISSUE HAS GOTTEN WORSE AND IS UNSAFE TO DRIVE. HAS BEEN IN THE FORD DEALER AND MANY NEW PARTS REPLACED BUT PROBLEM PERSIST. FORD DEALER CANNOT SEEM TO CORRECT SO IT HAS BEEN IN TWO OTHER GARAGES FOR SECOND OPINIONS. **CONTACTED FORD MOTOR COMPANY AND THEY HAVE NO RECALLS OR ANY KNOWLEDGE OF THIS PROBLEM.** VEHICLE IS A DANGER TO THE HIGHWAY. *TR
**1 Affected Product**

December 6, 2016 **NHTSA ID NUMBER: 10930180**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10930180
**Incident Date** October 15, 2016

Class Action Complaint
Case No.

**Consumer Location** WILLIS, TX
**Vehicle Identification Number** 1FT7W2BT0BE\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL\* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING 70 MPH, THE CONTACT LOST CONTROL OF THE VEHICLE. IT TOOK SEVERAL SECONDS FOR THE CONTACT TO REGAIN CONTROL. THE FAILURE RECURRED SEVERAL TIMES. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE SUSPENSION SYSTEM FAILED. THE VEHICLE WAS REPAIRED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE FAILURE MILEAGE WAS APPROXIMATELY 100,000.
**1 Affected Product**

---

June 27, 2017 **NHTSA ID NUMBER: 11001691**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 11001691
**Incident Date June 15, 2013**
**Consumer Location** VICTORIA, TX
**Vehicle Identification Number** 1FT7W2BT4BE\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL\* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING 60 MPH, THE VEHICLE WOBBLED AND SHOOK VIOLENTLY. THE VEHICLE WAS TAKEN TO THE DEALER (MAC HAIK FORD LINCOLN HYUNDAI 4506 N NAVARRO ST, VICTORIA, TX 77904), BUT THE DEALER WAS UNABLE TO DUPLICATE THE FAILURE. THE DEALER REPLACED UNKNOWN PARTS ON THE FRONT END OF THE VEHICLE, BUT THE FAILURE RECURRED SEVERAL MORE TIMES. **THE MANUFACTURER STATED THAT THE CONTACT SHOULD TAKE THE VEHICLE TO A DEALER AND HAVE IT DIAGNOSED. THE CONTACT WAS REFERRED TO NHTSA.** THE APPROXIMATE FAILURE MILEAGE WAS 25,000.
**1 Affected Product**

---

July 5, 2017 **NHTSA ID NUMBER: 11003164**
**Components: SUSPENSION, WHEELS**
**NHTSA ID Number:** 11003164
**Incident Date** April 3, 2017
**Consumer Location** BAKERSFIELD, CA
**Vehicle Identification Number** 1FT7W2BT6BE\*\*\*\*
**Summary of Complaint**
**CRASH**No

-176-

Class Action Complaint
Case No.

**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING 60 MPH OVER A BUMP IN THE ROADWAY, THE VEHICLE SHOOK VIOLENTLY UNTIL SLOWING TO 30 MPH OR COMING TO A FULL STOP. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC AND THE LOCAL DEALER (JIM BURKE FORD 2001 OAK ST, BAKERSFIELD, CA 93301 (661) 328-3600), BUT THE FAILURE COULD NOT BE DUPLICATED OR DIAGNOSED. THE CONTACT WAS ADVISED TO REPLACE ALL FOUR TIRES. ALL FOUR TIRES WERE REPLACED, BUT THE ISSUE PERSISTED. **THE MANUFACTURER WAS NOTIFIED AND REFERRED THE CONTACT TO NHTSA.** THE FAILURE MILEAGE WAS 225,000.
**1 Affected Product**

---

November 8, 2018 **NHTSA ID NUMBER: 11150119**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 11150119
**Incident Date** October 31, 2018
**Consumer Location** DAYTON, OH
**Vehicle Identification Number** 1FT7X2B66BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. WHILE DRIVING OVER UNEVEN LAND AND BUMPS IN THE ROAD, THE VEHICLE SHOOK VIOLENTLY. ALSO, THE STEERING WHEEL VIBRATED AND THERE WAS A STRONG VIBRATION FELT IN THE FRONT OF THE VEHICLE WHILE DRIVING HIGHWAY SPEEDS. GERMAIN FORD OF BEAVERCREEK (2356 HELLER DR, DAYTON, OH 45434, 1-(937) 429-1300) WAS NOTIFIED OF THE FAILURE AND COULD NOT DETERMINE THE CAUSE OF THE FAILURE WITHOUT GUIDELINES FROM THE MANUFACTURER. THE VEHICLE WAS NOT REPAIRED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE APPROXIMATE FAILURE MILEAGE WAS 58,000.
**1 Affected Product**

---

September 20, 2013 **NHTSA ID NUMBER: 10544696**
**Components: STEERING**
**NHTSA ID Number:** 10544696
**Incident Date** September 20, 2013
**Consumer Location** GATE CITY, VA
**Vehicle Identification Number** 1FT7X2BT3BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No

-177-

Class Action Complaint
Case No.

**INJURIES**0

**DEATHS**0

APP. ONE YEAR AGO, I STARTED HAVING TROUBLE WITH MY TRUCK. IT WOULD SHAKE IF I HIT A ROUGH SPOT OR BRIDGE APPROACH AT 60 TO 70 MILES AN HOUR, CAUSING THE STEERING WHEEL AND THE WHOLE TRUCK TO SHAKE. I'VE HAD IT TO THE DEALER A NUMBER OF TIMES AND HAVE SPENT ABOUT $2100.00 AND IT'S STILL DOING IT. AT TIMES IT SHAKES REALLY HARD AND TO GET IT TO QUIT I HAVE TO BRING MY SPEED DOWN TO 30 MILES AN HOUR. THAT IS VERY DANGEROUS ON THE INTERSTATE WITH ALL THE TRAFFIC. FORD SAYS IT DOES THAT SOMETIMES, I'VE HAD 6 F250'S FROM 1999 TO PRESENT AND NONE OF THEM HAVE EVER DONE THIS, EXCEPT THIS TRUCK. HAVE YOU EVER HAD ANY MORE COMPLAINTS OF THIS NATURE? PLEASE CONTACT ME ON WHAT TO DO. **THE DEALER HAS CONTACTED FORD MOTOR COM. THEY ARE THE ONES THAT SAYS IT SUPPOSE TO DO IT SOMETIMES.** IT DONE THAT 6 TIMES IN A 10 HOUR DRIVE 2 WEEKS AGO. *TR

**1 Affected Product**

---

November 18, 2013 **NHTSA ID NUMBER: 10552684**

**Components: STEERING**

**NHTSA ID Number:** 10552684

**Incident Date** October 9, 2013

**Consumer Location** VALLEY STREAM, NY

**Vehicle Identification Number** 1FT7W2B60BE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT STATED THAT WHILE DRIVING 60 MPH OVER A ROAD BUMP, THE VEHICLE BEGAN TO SHAKE VIOLENTLY. THE CONTACT STATED THAT HE APPLIED THE BRAKES AND THE SHAKING CEASED. THE VEHICLE WAS TAKEN TO THE DEALER FOR INSPECTION BUT THEY COULD NOT DIAGNOSE THE CAUSE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE FAILURE MILEAGE WAS 35,000.

**1 Affected Product**

---

September 16, 2011 **NHTSA ID NUMBER: 10425765**

**Components: SUSPENSION**

**NHTSA ID Number:** 10425765

**Incident Date** September 14, 2011

**Consumer Location** KENTFIELD, CA

**Vehicle Identification Number** 1FT7W3BT4BE****

**Summary of Complaint**

**CRASH**No

Class Action Complaint
Case No.

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2011 FORD F-350. THE CONTACT WAS DRIVING APPROXIMATELY 65 MPH OVER A ROAD BUMP WHEN THE VEHICLE BEGAN TO VIBRATE VIOLENTLY, CAUSING THE VEHICLE TO TRAVEL INTO ANOTHER LANE WITHOUT INTENT. THE FAILURE RECURRED THREE TIMES WHILE DRIVING OVER A ROAD BUMP OR POTHOLE. THE CONTACT PLANNED TO TAKE THE VEHICLE TO AN AUTHORIZED DEALER FOR DIAGNOSIS. **THE MANUFACTURER WAS MADE AWARE OF THE PROBLEM.** THE APPROXIMATE FAILURE MILEAGE WAS 23,400.

1 Affected Product

November 2, 2011 **NHTSA ID NUMBER: 10433960**

**Components: SUSPENSION**

**NHTSA ID Number:** 10433960

**Incident Date** September 14, 2011

**Consumer Location** MCLEANSVILLE, NC

**Vehicle Identification Number** 1FT8W3DT4BE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2011 FORD F-350. THE CONTACT STATED THAT WHILE DRIVING 40 MPH, THE FRONT END OF THE VEHICLE STARTED TO JERK VIOLENTLY. THE VEHICLE WAS NOT TAKEN TO THE DEALER. **THE MANUFACTURER WAS MADE AWARE OF THE FAILURE WHO REFERRED HIM TO THE DEALER.** THE VEHICLE WAS NOT REPAIRED. THE FAILURE AND CURRENT MILEAGE WAS 23,500.

1 Affected Product

August 17, 2012 **NHTSA ID NUMBER: 10471247**

**Components: STEERING**

**NHTSA ID Number:** 10471247

**Incident Date July 17, 2011**

**Consumer Location** THOUSAND OAKS, CA

**Vehicle Identification Number** 1FDRF3GT6BE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2011 FORD F350 SD. THE CONTACT STATED THAT HE NOTICED BOTH FRONT TIRES EXHIBITED AN IRREGULAR WEAR PATTERN IN THE EXACT SAME PLACE. THE VEHICLE WAS TAKEN TO THE DEALER WHO ALIGNED THE TIRES BUT THE FAILURE PERSISTED. **THE MANUFACTURER WAS NOTIFIED AND A**

Class Action Complaint
Case No.

**CLAIM WAS FILED (CLAIM NUMBER 1512842141) BUT IT WAS DENIED BY THE MANUFACTURER WHO OFFERED NO ASSISTANCE.** THE FAILURE MILEAGE WAS 2,000 AND THE CURRENT MILEAGE WAS 20,000.

**1 Affected Product**

February 28, 2013 **NHTSA ID NUMBER: 10500801**
**Components: STEERING**
**NHTSA ID Number:** 10500801
**Incident Date** January 2, 2013
**Consumer Location** POCOMOKE CITY, MD
**Vehicle Identification Number** 1FT8W3BTXBE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-350 SUPER DUTY. THE CONTACT STATED THAT WHILE DRIVING 59 MPH, THE VEHICLE BEGAN TO SHAKE AND WOBBLE VIOLENTLY, CAUSING THE CONTACT DIFFICULTY IN CONTROLLING THE VEHICLE. THE VEHICLE WAS TAKEN TO A DEALER FOR DIAGNOSIS WHERE THE U-BOLTS WERE REPLACED BUT THE FAILURE RECURRED. THE VEHICLE WAS THEN TAKEN TO AN INDEPENDENT MECHANIC WHERE THE STEERING SHOCK ABSORBER WAS REPLACED HOWEVER, THE FAILURE RECURRED. THE TORQUE BAR AND THE TWO FRONT SHOCKS WERE REPLACED ON SUBSEQUENT VISITS. LATER, THE TIRES WERE ROTATED BUT TO NO AVAIL. THE MECHANIC THEN DEFLATED THE TIRES. THE FAILURE RECURRED. THE TIRES WERE THEN OVER INFLATED AND THE FAILURE RECURRED. **THE MANUFACTURER WAS NOTIFIED AND STATED THAT THE WOBBLE WAS NORMAL AND OFFERED NO OTHER ASSISTANCE.** THE VEHICLE WAS NOT FURTHER REPAIRED. THE FAILURE MILEAGE WAS 294,000 AND THE CURRENT MILEAGE WAS 315,000.

**1 Affected Product**

March 27, 2013 **NHTSA ID NUMBER: 10504688**
**Components: STEERING**
**NHTSA ID Number:** 10504688
**Incident Date** January 23, 2013
**Consumer Location** MOORESVILLE, NC
**Vehicle Identification Number** 1FT8W3BT4BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-350. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 65 MPH, THE VEHICLE WOULD SHAKE VIOLENTLY AND

-180-

Class Action Complaint
Case No.

WITHOUT WARNING. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE STEERING STABILIZER NEEDED TO BE REPLACED. THE CONTACT MENTIONED THE VEHICLE WAS TAKEN TO THE DEALER TWICE FOR THE SAME FAILURE. **THE MANUFACTURER WAS MADE AWARE OF THE FAILURE.** THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 12,000 AND THE CURRENT MILEAGE WAS 30,000. *TR

**1 Affected Product**

September 24, 2015 **NHTSA ID NUMBER: 10776467**
**Components: SUSPENSION**
**NHTSA ID Number:** 10776467
**Incident Date** April 15, 2014
**Consumer Location** PALM BAY, FL
**Vehicle Identification Number** 1FT7W2BT6CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2012 FORD F-250. WHILE DRIVING APPROXIMATELY 60 MPH, THERE WAS A BUMP IN THE ROAD THAT CAUSED THE VEHICLE TO WOBBLE. THE FAILURE RECURRED MULTIPLE TIMES. THE VEHICLE WAS TAKEN TO A DEALER FOR DIAGNOSTIC TESTING. THE MECHANIC STATED THAT THE STEERING BOX, STABILIZER, AND DRAG LINK NEEDED TO BE REPLACED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE APPROXIMATE FAILURE MILEAGE WAS 45,000.

**1 Affected Product**

November 18, 2015 **NHTSA ID NUMBER: 10794621**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10794621
**Incident Date** October 25, 2015
**Consumer Location** MERIDIAN, ID
**Vehicle Identification Number** 1FT7W2BT1CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DRIVING AT HIGHWAY SPEEDS OF 55 - 65MPH AND HIT A SLIGHT BUMP IN THE ROAD THE ENTIRE FRONT END OF THE VEHICLE SHAKES UNCONTROLLABLY. IN ORDER TO GET THIS TO STOP YOU MUST SLAM ON THE BRAKES TO BRING THE SPEED DOWN TO 15 - 20 MPH. FORD DEALERSHIP SERVICE ADVISER AND MECHANIC ACKNOWLEDGE THIS ISSUE EXISTS AND HAS SINCE 2005 BUT THERE ISN'T ANY RESOLUTION FOR THE ISSUE. MY VEHICLE HAS BEEN IN THE SHOP 3 DIFFERENT TIMES FOR OVER A MONTH IN TOTAL TIME. **FORD REGION CUSTOMER SERVICE MANAGER STATES THE ISSUE IS**

Class Action Complaint
Case No.

**THE ROAD.** I FIND IT ODD THERE ARE MAY OTHER FORD TRUCK OWNERS WITH THE SAME ISSUE.

**1 Affected Product**

---

July 11, 2018 **NHTSA ID NUMBER: 11110864**
**Components: SUSPENSION**
**NHTSA ID Number:** 11110864
**Incident Date** July 9, 2018
**Consumer Location** COLUMBIA CITY, IN
**Vehicle Identification Number** 1FT7W2BT3CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THE VEHICLE WILL RANDOMLY SHAKE VIOLENTLY CAUSING LOSS OF CONTROL OF THE TRUCK WHILE DRIVING. AFTER DOING RESEARCH I FOUND PEOPLE WHO HAVE REFERRED TO THIS AS THE "DEATH WOBBLE." I HAVE HAD REPAIRS TO MY TRUCK 3 TIMES IN THE LAST 2 YEARS TO FIX THIS CAUSING ME APPROXIMATELY $1000 EACH TIME. MOST RECENTLY MONDAY JULY 9, 2018. THE "REPAIR" SEEMS TO BE ONLY TEMPORARY AND EACH TIME I HAVE IT FIXED IT LASTS 6-9 MONTHS. **THE DEALERSHIP IS UNWILLING TO HELP NOR IS FORD CUSTOMER COMPLAINT DEPARTMENT.** THIS HAPPENS WHILE DRIVING 55-65 MPH AND AFTER HITTING A BUMP.

**1 Affected Product**

---

July 30, 2013 **NHTSA ID NUMBER: 10532703**
**Components: SUSPENSION**
**NHTSA ID Number:** 10532703
**Incident Date** April 4, 2013
**Consumer Location** JONESTOWN, PA
**Vehicle Identification Number** 1FT7W2BT7CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2012 FORD F-250SD. THE CONTACT STATED THAT WHILE DRIVING VARIOUS SPEEDS OVER A ROAD BUMP OR POTHOLE, THE VEHICLE WOULD TRAVEL OUT OF LANE WITHOUT WARNING. THE VEHICLE WAS INSPECTED BY TWO DIFFERENT DEALERS WHO WERE UNABLE TO LOCATE A PROBLEM WITH THE SHOCKS. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC FOR A THIRD OPINION AND THEY REPLACED FOUR SHOCKS. THE AUTHORIZED DEALER REIMBURSED THE OWNER FOR THE DEFECTIVE SHOCKS. **THE MANUFACTURER WAS NOTIFIED OF THE DEFECT.** THE APPROXIMATE FAILURE MILEAGE WAS 3,000.

-182-

**1 Affected Product**

November 21, 2018 **NHTSA ID NUMBER: 11153140**
**Components: SUSPENSION, STEERING, WHEELS**
**NHTSA ID Number:** 11153140
**Incident Date** November 19, 2018
**Consumer Location** Unknown
**Vehicle Identification Number** 1FT7W2BT9CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2012 FORD F-250 SD. WHILE DRIVING APPROXIMATELY 45 MPH, THE VEHICLE STARTED TO WOBBLE VIOLENTLY. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT MENTIONED THAT THE ONLY WAY TO STOP THE WOBBLE WAS TO REDUCE THE SPEED. THE CONTACT ALSO STATED THAT THE FAILURE OCCURRED ONE OTHER TIME. THE VEHICLE WAS TAKEN TO KENLY FORD INC (500 S GARNER AVE, KENLY, NC 27542) WHERE THE STEERING ARM AND TORSION BAR WERE REPLACED, AND AN ALIGNMENT WAS PERFORMED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE VEHICLE WAS REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 80,000.

**1 Affected Product**

July 29, 2016 **NHTSA ID NUMBER: 10891584**
**Components: ELECTRONIC STABILITY CONTROL, STEERING**
**NHTSA ID Number:** 10891584
**Incident Date** September 1, 2014
**Consumer Location** Unknown
**Vehicle Identification Number** 1FT8W3BT4CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2012 FORD F-350. WHILE DRIVING APPROXIMATELY 75 MPH, THE FRONT END OF THE VEHICLE AND STEERING WHEEL BEGAN TO VIOLENTLY VIBRATE. THE CONTACT HAD TO APPLY THE BRAKES TO FORCE THE VEHICLE TO DECREASE IN SPEED. THE VEHICLE WAS EVENTUALLY TURNED OFF TO STOP THE VIBRATION. THE CONTACT TOOK THE VEHICLE TO THE DEALER WHO INFORMED THE CONTACT THAT THIS WAS COMMON AMONG FORD VEHICLES AND WAS KNOWN AS THE "DEATH WOBBLE." THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. **THE MANUFACTURER WAS MADE AWARE OF THE FAILURE.** THE FAILURE RECURRED. THE APPROXIMATE FAILURE MILEAGE WAS 141,000.

Class Action Complaint
Case No.

**1 Affected Product**

April 18, 2018 **NHTSA ID NUMBER: 11088792**
**Components: SUSPENSION, WHEELS**
**NHTSA ID Number:** 11088792
**Incident Date** April 18, 2018
**Consumer Location** GREENVIEW, IL
**Vehicle Identification Number** 1FT7W2BT7DE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2013 FORD F-250. WHILE DRIVING ABOVE 40 MPH OVER A BUMP IN THE ROAD, THE VEHICLE SHOOK AND THE FRONT OF THE VEHICLE BECAME DIFFICULT TO CONTROL. THERE WERE NO WARNING INDICATORS ILLUMINATED BEFORE OR AFTER THE FAILURE. THE VEHICLE WAS TAKEN TO LANDMARK FORD (2401 PRAIRIE CROSSING DR., SPRINGFIELD, IL 62711) FOR DIAGNOSTIC TESTING AND REPAIRS. THE CONTACT WAS UNABLE TO RECALL WHAT WAS DIAGNOSED AND REPAIRED. THE CONTACT STATED THAT THE VEHICLE WAS REPAIRED, BUT THE FAILURE PERSISTED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE APPROXIMATE FAILURE MILEAGE WAS 60,000.

**1 Affected Product**

July 24, 2017 **NHTSA ID NUMBER: 11010308**
**Components: SUSPENSION**
**NHTSA ID Number:** 11010308
**Incident Date** February 15, 2015
**Consumer Location** COLORADO SPRINGS, CO
**Vehicle Identification Number** 1FT8W3BT0DE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2013 FORD F-350. ON SEVERAL OCCASIONS, WHILE DRIVING 55 MPH, THE VEHICLE VIOLENTLY SHOOK WHEN MAKING CONTACT WITH A BUMP. THE CONTACT STATED THAT THE STEERING WHEEL BECAME DIFFICULT TO MANEUVER WHEN THE SHAKING OCCURRED AND THE CHECK ENGINE WARNING INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO PHIL LONG FORD OF MOTOR CITY (1212 MOTOR CITY DR, COLORADO SPRINGS, CO 80905 (719) 694-3487) WHERE THE FAILURE WAS DIAGNOSED AS THE (DEATH WOBBLE). THE BALL JOINTS, TRACKING BAR BUSHINGS, SPRING MOUTH, STEERING STABILIZER SHOCK, AND ALL FOUR TIRES NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE

Class Action Complaint
Case No.

RECURRED. **THE MANUFACTURER WAS NOTIFIED AND ADVISED THE CONTACT TO TAKE THE VEHICLE BACK TO THE DEALER. NO FURTHER ASSISTANCE WAS OFFERED.** THE FAILURE MILEAGE WAS 53,000.

1 Affected Product

---

February 3, 2016 **NHTSA ID NUMBER: 10823993**
**Components: ENGINE, STEERING**
**NHTSA ID Number:** 10823993
**Incident Date** July 1, 2015
**Consumer Location** FARMINGTON, NM
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL* THE CONTACT OWNS A 2015 FORD F-250. WHILE DRIVING AT VARIOUS SPEEDS, THE VEHICLE SUDDENLY BECAME TURBULENT, SHOOK, AND A KNOCKING NOISE WAS HEARD FROM THE ENGINE. THE CONTACT WOULD HAVE TO PARK AND TURN OFF THE VEHICLE IN ORDER TO STOP THE FAILURE FROM OCCURRING. THE CONTACT TOOK THE VEHICLE TO THE DEALER FIVE TIMES. THE DEALER STATED THAT THIS WAS A COMMON FAILURE WITH THE VEHICLE AND THERE WAS NO REMEDY. THE VEHICLE WAS NOT REPAIRED. THE FAILURE RECURRED. **THE MANUFACTURER STATED THAT THE FAILURE DID NOT QUALIFY UNDER THE LEMON LAW.** THE VIN WAS UNKNOWN. THE APPROXIMATE FAILURE MILEAGE WAS 19,000.

1 Affected Product

---

October 20, 2014 **NHTSA ID NUMBER: 10648730**
**Components: ELECTRONIC STABILITY CONTROL, UNKNOWN OR OTHER, SUSPENSION**
**NHTSA ID Number:** 10648730
**Incident Date** October 15, 2014
**Consumer Location** SANBORNTON, NH
**Vehicle Identification Number** 1FT7X3B66FE****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TRAVELING ON A PAVED ROAD. SPEED LIMIT 45 MPH. IT WAS RAINING. NO PUDDLING WAS ENCOUNTERED.  I ENTERED A SLIGHT LEFT TURN AND ENCOUNTERED A WASHBOARD TYPE BUMP. IMMEDIATELY, THE FRONT OF THE VEHICLE VIBRATED EXCESSIVELY. I RELEASED THE GAS PEDAL AND PUSHED SLIGHTLY ON THE BRAKES. THE REAR OF THE VEHICLE STARTED TO VIBRATE AND THE REAR AXLE LOST

Class Action Complaint
Case No.

TRACTION ALLOWING THE REAR OF THE VEHICLE TO SWING VIOLENTLY TO THE RIGHT.  I IMMEDIATELY WENT TO THE FORD DEALERSHIP WHERE I PURCHASED THE VEHICLE LESS THAN 10 DAYS AGO. SERVICE BROUGHT IT IN AND I EXPLAINED THE ISSUE OF LOSS OF CONTROL AND AN UNSAFE CONDITION.  THE SERVICE ADVISOR IMMEDIATELY TOLD ME TO "PUT WEIGHT IN THE BACK OF THE TRUCK. THAT'S NORMAL."  I INVOLVED THE SERVICE MANAGER WHO WENT WITH ME OVER THE SAME ROUTE THAT CAUSED THE SAFETY ISSUE. HE SAID, "I SEE WHAT YOU WERE TALKING ABOUT." THE DEALERSHIP TOOK THE TRUCK IN FOR INSPECTION. NOTHING WAS FOUND MECHANICALLY. DURING THE INSPECTION, THE REAR TIRE PRESSURE WAS LOWERED TO 65 PSI INSTEAD OF THE RECOMENDED 80 PSI THAT WAS SET PRIOR FROM THE MANUFACTURER. THE TIRE PRESSURE MONITOR SYSTEM WAS RE-CALIBRATED TO SHOW THE LOWERED TIRE PRESSURE. FRONT PRESSURES WERE LEFT AT THE RECOMMENDED 65 PSI.  I AM NOW CONCERNED WITH EXCESSIVE TIRE WEAR RUNNING THE TIRES UNDER-INFLATED.  **THE DEALERSHIP CALLED FORD AND WAS ADVISED IT IS A "NORMAL CONDITION" TO ALMOST ROLL OVER A PICKUP WITH SUCH A STIFF SUSPENSION WITHOUT A LOAD IN THE BACK CONSTANTLY. FORD IS UNAWARE OF ISSUE.**  LOWERED TIRE PRESSURES SLIGHTLY IMPROVED THE SAFETY ISSUE ON PAVEMENT, HOWEVER:  YESTERDAY I WAS TRAVELING ON A ROAD THAT HAD THE PAVEMENT REMOVED DOWN TO DIRT FOR REPAVING. I AGAIN HIT A WASHBOARD, THIS TIME GOING STRAIGHT AND 25 MILES PER HOUR. THE SAME VIBRATE/SHAKING OCCURRED AND THE BACK END AGAIN SWUNG TO THE RIGHT WITHOUT ANY BRAKING WHATSOEVER. I WAS CLOSE TO LOSING CONTROL. *TR
**1 Affected Product**

August 11, 2017 **NHTSA ID NUMBER: 11014734**
**Components: SUSPENSION**
**NHTSA ID Number:** 11014734
**Incident Date July 25, 2016**
**Consumer Location** SAHUARITA, AZ
**Vehicle Identification Number** 1FT7W2BT1GE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
VEHICLE EXPERIENCES SEVERE BOUNCE BETWEEN 70-75 MPH. FORD HAS CONFIRMED ISSUE AND HAS STATED IT IS A "CHARACTERISTIC OF THE VEHICLE". **ISSUE WAS REPORTED TO DEALER AND FORD AT TIME OF PURCHASE.** BOUNCE IS VERY PRONOUNCED AND VEHICLE IS NOT SAFE DURING OPERATION.
**1 Affected Product**

December 12, 2017 **NHTSA ID NUMBER: 11054256**
**Components: STEERING**
**NHTSA ID Number:** 11054256

-186-

Class Action Complaint
Case No.

**Incident Date** October 12, 2017
**Consumer Location MASON, TX**
**Vehicle Identification Number** 1FDRF3FT1GE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2016 FORD F-350. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE BEGAN TO SHAKE VIOLENTLY WITHOUT WARNING. THE FAILURE RECURRED RANDOMLY. THE VEHICLE WAS TAKEN TO THE LOCAL DEALER (MCLEAN FORD OF FREDERICKSBURG, 1279 US-87, FREDRICKBURG, TX 78624), BUT THE CAUSE OF THE FAILURE COULD NOT BE DETERMINED. THE VEHICLE WAS ALSO TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE STEERING DAMPER FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED**. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND DID NOT ASSIST.** THE FAILURE MILEAGE WAS APPROXIMATELY 14,000.
**1 Affected Product**

March 15, 2018 **NHTSA ID NUMBER: 11079671**
**Components: SUSPENSION**
NHTSA ID Number: 11079671
**Incident Date** March 7, 2018
**Consumer Location** TULSA, OK
**Vehicle Identification Number** 1FT7W2BT1HE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
ON HIGHWAY - THE FRONT-END AND STEERING WHEEL BEGAN TO WOBBLE BACK AND FORTH, UNCONTROLLABLY AND VIOLENTLY REQUIRED BREAKING TO AROUND 20 MPH BEFORE GAINING CONTROL. IT IS DESCRIBED ON BOTH THE INTERNET AND SOME DEALERS AS "DEATH WOBBLE"  THIS HAPPENED THREE TIMES OVER A SEVEN (7) HOUR DRIVE FROM CO TO OK AT SPEEDS OF 70, 65 AND 60MPH. **FORD MOTOR CO REFUSED TO BUY BACK THE VEHICLE AND REFUSES TO ADMIT THERE IS AN ISSUE. I ASKED THEM TO BUY BACK THE VEHICLE. THEY WOULD NOT. I SOLD THE VEHICLE BACK TO THE FORD DEALER AT A $13,000 LOSS.** I WILL LOOK FORWARD TO JOINING THE CLASS-ACTION LAW SUIT WHEN FILED AS IT IS A MATTER OF TIME VERSES "IF" ONE WILL BE FILED. NO PICTURES... JUST GOOGLE "FORD DEATH WOBBLE"
**1 Affected Product**

March 19, 2018 **NHTSA ID NUMBER: 11080144**
**Components: STEERING, SUSPENSION**

Class Action Complaint
Case No.

**NHTSA ID Number:** 11080144
**Incident Date** March 6, 2018
**Consumer Location** WASHINGTON, IA
**Vehicle Identification Number** 1FT7W2BT7HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-250 SD. WHILE DRIVING 70 MPH, THE FRONT END OF THE VEHICLE EXPERIENCED A "DEATH WOBBLE". THE FAILURE IMPACTED THE STEERING AND CAUSED THE STEERING WHEEL TO VIBRATE VIOLENTLY. THERE WERE NO WARNING INDICATORS ILLUMINATED. MCGRATH FORD (4001 1ST AVE SE, CEDAR RAPIDS, IA 52402) DIAGNOSED THAT THE CONTROL ARM FAILED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED AFTER THE REPAIR. **THE MANUFACTURER WAS NOTIFIED AND FILED CASE NUMBER: 14400173.** THE FAILURE MILEAGE WAS 19,500. THE VIN WAS NOT AVAILABLE. *TT
**1 Affected Product**
**1 Associated Document**

October 26, 2018 **NHTSA ID NUMBER: 11142955**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11142955
**Incident Date** August 31, 2018
**Consumer Location** LOS GATOS, CA
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-250 SD. THE CONTACT STATED THAT THE VEHICLE EXPERIENCED A "DEATH WOBBLE" WHILE DRIVING HIGHWAY SPEEDS. WHEN THE VEHICLE WAS DRIVEN OVER 70 MPH, IT WAS EXTREMELY DIFFICULT FOR THE CONTACT TO OPERATE THE VEHICLE. THE DEALER (GALPIN FORD, 15505 ROSCOE BLVD, NORTH HILLS, CA 91343, 1-(818) 787-3800) KEPT THE VEHICLE FOR MONTHS, BUT COULD NOT DIAGNOSE OR REPAIR THE VEHICLE. THE DEALER DID NOT PROVIDE A LOANER VEHICLE OPTION DURING THAT TIME. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND THE CONTACT WAS WAITING ON THEIR RESPONSE.** THE VIN AND FAILURE MILEAGE WERE NOT AVAILABLE.
**1 Affected Product**

December 7, 2018 **NHTSA ID NUMBER: 11156845**
**Components: ELECTRONIC STABILITY CONTROL, SUSPENSION**

Class Action Complaint
Case No.

**NHTSA ID Number:** 11156845
**Incident Date** October 1, 2018
**Consumer Location** SEMINOLE, FL
**Vehicle Identification Number** 1FT7W2BT0HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-250. WHILE DRIVING VARIOUS SPEEDS ON A CLEAR ROAD SURFACE, THE VEHICLE SHOOK VIOLENTLY OUT OF CONTROL. AS A RESULT, THE STEERING COLUMN SHOOK VIOLENTLY. THE CONTACT STATED THAT THE STEERING WHEEL NEEDED TO BE HELD WITH EXTREME FORCE TO KEEP THE VEHICLE IN ITS LANE. THE CONTACT STATED THAT THE FAILURE WAS EXPERIENCED ON A DAILY BASIS AND THE SHAKING FAILURE WORSENED. THE VEHICLE WAS NOT TAKEN TO A DEALER. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. **THE MANUFACTURER WAS CONTACTED.** THE APPROXIMATE FAILURE MILEAGE WAS 8,000.
**1 Affected Product**

February 28, 2018 **NHTSA ID NUMBER: 11075516**
**Components: STEERING**
**NHTSA ID Number:** 11075516
**Incident Date June 30, 2017**
**Consumer Location** ALMA, IL
**Vehicle Identification Number** 1FT7W2BT2HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-250 SD. THE CONTACT STATED THAT THERE WAS A DEATH WOBBLE ON THE FRONT END OF THE VEHICLE. THE FAILURE IMPACTED THE STEERING AND CAUSED A STRONG VIBRATION IN THE STEERING WHEEL. THE DEALER (SCHMIDT FORD OF SALEM, 1815 W MAIN ST, SALEM, IL 62881, (800) 562-2014) STATED THAT THE STEERING STABILIZER WAS ON A NATIONAL BACKORDER AND THAT THEY WOULD ADJUST THE CASTERS AND ROTATE THE TIRES. THE MANUFACTURER ISSUED TWO TSBS FOR THE STEERING. THE MANUFACTURER WAS NOTIFIED AND CONFIRMED THAT THE PART WAS ON A NATIONAL BACKORDER. **THE MANUFACTURER WAS TO RESPOND TO THE CONTACT TO ADDRESS THE REPAIR SOLUTION.** THE APPROXIMATE FAILURE MILEAGE WAS 16,000.
**1 Affected Product**

November 13, 2018 **NHTSA ID NUMBER: 11151224**

Class Action Complaint
Case No.

**Components: STEERING**
**NHTSA ID Number:** 11151224
**Incident Date** October 27, 2018
**Consumer Location** GRIMESLAND, NC
**Vehicle Identification Number** 1FT7W2B65HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-250. WHILE DRIVING APPROXIMATELY 70 MPH, THE VEHICLE SHOOK VIOLENTLY AND THE STEERING WHEEL TURNED RIGHT AND LEFT. THE CONTACT ALMOST LOST CONTROL OF THE VEHICLE. THERE WAS NO WARNING INDICATOR ILLUMINATED. THE FAILURE RECURRED. THE VEHICLE WAS TAKEN TO DEACON JONES FORD-LINCOLN, INC. (919-736-3387, LOCATED AT 3301 MCLAIN ST, GOLDSBORO, NC 27534) WHERE IT WAS STATED THAT THE FAILURE WAS A KNOWN OCCURRENCE, BUT THERE WAS NEITHER A RECALL NOR A QUALIFIED TECHNICIAN TO REMEDY THE FAILURE. THE TECHNICIAN STATED THAT THE VEHICLE WAS NOT MANUFACTURED BY THE DEALER. **THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND PROVIDED A CASE NUMBER.** THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 24,000.
**1 Affected Product**

November 13, 2018 **NHTSA ID NUMBER: 11151155**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11151155
**Incident Date** November 12, 2018
**Consumer Location** SIOUX FALLS, SD
**Vehicle Identification Number** 1FT8W3BT0HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-350 SD. THE CONTACT STATED THAT THE VEHICLE HAD AN EXTENSIVE "DEATH WOBBLE", WHICH CAUSED IT TO BE UNSTABLE WHEN DRIVING OVER 70 MPH. THE CONTACT HAD TO APPLY EXTREME FORCE TO THE STEERING WHEEL TO MANEUVER THE VEHICLE. THE DEALER (SIOUX FALLS FORD, 4901 W 26TH ST, SIOUX FALLS, SD 57106, (605) 361-0361) STATED THAT THE BUSHINGS WERE WORN AND NEEDED TO BE REPLACED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE APPROXIMATE FAILURE MILEAGE WAS 28,000.
**1 Affected Product**

December 5, 2018 **NHTSA ID NUMBER: 11156425**
**Components: STEERING, SUSPENSION**

Class Action Complaint
Case No.

**NHTSA ID Number:** 11156425
**Incident Date** December 1, 2018
**Consumer Location** SAN RAMON, CA
**Vehicle Identification Number** 1FT8W3DT2HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2017 F350 SUPERDUTY DRW, 27000 MILES. WHILE ON THE FREEWAY AT 65 MPH, THE STEERING WENT INTO AN UNCONTROLLABLE VIBRATION (DEATH WOBBLE). THE ONLY SOLUTION WAS TO REDUCE SPEED TO APPROXIMATELY 10 MPH. **CONTACTED THE DEALER AND FORD'S CUSTOMER SERVICE, AND WAS INFORMED THAT IT MUST BE WITNESSED BY AN OFFICIAL SERVICE TECHNICIAN BEFORE ANY ASSISTANCE COULD BE RENDERED.**
**1 Affected Product**

January 23, 2019 **NHTSA ID NUMBER: 11171598**
**Components: STEERING**
**NHTSA ID Number:** 11171598
**Incident Date June 6, 2017**
**Consumer Location** PORTSMOUTH, IA
**Vehicle Identification Number** 1FT8W3BT0HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-350. EACH TIME THE VEHICLE DROVE OVER A BUMP IN THE ROAD, THE STEERING WHEEL SHOOK UNCONTROLLABLY. THE CONTACT HAD TO DEPRESS THE BRAKE PEDAL TO STOP THE SHAKING. THE CONTACT STATED THAT THE FAILURE WAS CALLED THE "DEATH WOBBLE". THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO MCMULLEN FORD (LOCATED AT 3401 S EXPRESSWAY ST, COUNCIL BLUFFS, IA 51501, (712) 366-0531) AND THE TIE ROD WAS REPLACED. THE CONTACT STATED THAT THE REPLACEMENT OF THE TIE ROD DID NOT CORRECT THE FAILURE. THE VEHICLE WAS ALSO TAKEN TO WOODHOUSE FORD (LOCATED AT 2546 US-30, BLAIR, NE 68008, (402) 426-4126) AND THE STEERING STABILIZER SHOCK WAS REPLACED, BUT IT DID NOT CORRECT THE FAILURE. **THE MANUFACTURER WAS NOTIFIED AND DID NOT ASSIST.** THE APPROXIMATE FAILURE MILEAGE WAS 85,000.
**1 Affected Product**

October 2, 2018 **NHTSA ID NUMBER: 11132889**
**Components: STEERING**

Class Action Complaint
Case No.

**NHTSA ID Number:** 11132889
**Incident Date** September 17, 2018
**Consumer Location** KANSAS CITY, MO
**Vehicle Identification Number** 1FT8W3BT7JE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES1**
**DEATHS0**
TL* THE CONTACT OWNS A 2018 FORD F-350 SD. WHILE DRIVING APPROXIMATELY 60 MPH AND PULLING A 40 FOOT FIFTH WHEEL, THE VEHICLE DROVE OVER AN EXPANSION JOINT ON THE ROAD. THE FRONT END OF THE VEHICLE BEGAN OSCILLATING SEVERELY, BOUNCING ACROSS TWO LANES OF TRAFFIC. THE CONTACT MANAGED TO PULL OVER TO THE ROAD SHOULDER AND WAITED A COUPLE OF MINUTES BEFORE CONTINUING TO DRIVE. WHILE ATTEMPTING TO CONTROL THE VEHICLE, THE CONTACT SUSTAINED A TORN LEFT SHOULDER MUSCLE BECAUSE THE STEERING WHEEL SHOOK SO VIOLENTLY. MEDICAL ATTENTION WAS ONGOING AND SURGERY WAS REQUIRED. THE VEHICLE WAS TAKEN TO THE DEALER (BROADWAY FORD INC, 980 W BROADWAY STREET, IDAHO FALLS, ID 83402) WHERE IT WAS DIAGNOSED THAT THERE WAS STEERING OSCILLATION (PART OF TSB NUMBER: 18-2268). THE VEHICLE WAS REPAIRED. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND PROVIDED CASE NUMBER: CAS-15812304.** THE APPROXIMATE FAILURE MILEAGE WAS 8,200. *TT *JB
1 Affected Product
1 Associated Document

43.     In addition, another 337 consumer complaints registered with NHTSA expressly refer to the complainant having notified an authorized Ford dealer of the Death Wobble defect.

44.     Finally, as discussed in the following section, Defendant's own Technical Service Bulletins and notices to its consumers also establish Ford's knowledge of the Death Wobble Defect.

**C.     Ford's Active Concealment of the Suspension Defect**

45.     Ford through its service records and customer service division has acknowledged the existence of the Death Wobble. Despite these acknowledgments, the company has failed to disclose to the true nature and existence of the defect to Plaintiff, Class Members, and consumers.

46.     By way of example, of the 1,265 Death Wobble complaints registered with NHTSA from 2005 through 2019, 337 of the complaints expressly reference the complainant having notified an authorized Ford dealer of having experienced the death wobble. Of those 337 complaints, 88 of the

Class Action Complaint
Case No.

complainants indicated that they were told by the authorized Ford dealer either that they could not identify the problem or that they had never heard of the Death Wobble.

47.    And even when Defendant Ford and its authorized dealers did acknowledge the Death Wobble issue, in numerous instances, they identified the cause of the Death Wobble as resulting from items that were not covered under warranty, such as tire pressure, tires, tire balancing and rotation, and wheel alignment.

48.    In other instances, Defendant Ford and its authorized dealers recommended the replacement of a wide array of components that they know were not effective in eliminating Death Wobble., charging its customers thousands of dollars in service costs in the process.

1.    **NHTSA Consumer Complainants Expressly Referencing Defendant Ford and/or its Authorized Dealers Denying Knowledge of the Death Wobble Issue or Claiming that the Problem Could Not be Identified**

49.    The following are the consumer complaints submitted to NHTSA where the Complainant States that Defendant Ford and/or its authorized dealer either denied any knowledge of the Death Wobble issue or claimed that it could not identify any problem with the vehicle.

January 18, 2008 **NHTSA ID NUMBER: 10215392**
**Components: SUSPENSION**
**NHTSA ID Number:** 10215392
**Incident Date** December 22, 2007
**Consumer Location** NORTH LAS VEGAS, NV
**Vehicle Identification Number** 1FTSX21Y65E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
ON SEVERAL OCCASIONS WHILE TRAVELING OVER SPEEDS OF 55 MPH, THE VEHICLE SHAKES UNCONTROLLABLY IF YOU HIT A FLAW IN THE ROAD, SUCH AS A BUMP. IT HAS CAUSE MYSELF AND WIFE TO NEARLY LOSE CONTROL OF THE VEHICLE, FORTUNATELY THERE WERE NO OTHER VEHICLES CLOSE AS ON ONE OCCASION THE TRUCK CHANGED LANES WHILE SHAKING VIOLENTLY. I AM A FORMER TRUCK MECHANIC AND HAVE NEVER SEEN ANYTHING LIKE THIS. **THE DEALER HAS TOLD US THAT THERE IS NO PROBLEM**, YET I VIEW THIS AS A POTENTIALLY LIFE THREATENING ISSUE, WE HAVE NOT DRIVEN THE VEHICLE ON THE HIGHWAY SINCE THE LAST EPISODE. *TR
**1 Affected Product**

Class Action Complaint
Case No.

February 27, 2008 **NHTSA ID NUMBER: 10219302**
**Components: SUSPENSION**
**NHTSA ID Number:** 10219302
**Incident Date** November 1, 2007
**Consumer Location** MOSCOW, ID
**Vehicle Identification Number** 1FTSX21535E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
VEHICLE STARTS TO SHAKE UNCONTROLLABLY AFTER HITTING A SMALL BUMP (POTHOLE, BRIDGE CONNECTOR) AT HIGHWAY SPEEDS (50-70 MPH). VEHICLE IS DIFFICULT TO CONTROL, AND STEERING IS SOMETIMES UNRESPONSIVE UNTIL VEHICLE SLOWS DOWN BELOW 40 MPH. THIS PROBLEM HAS CAUSED THE VEHICLE TO VEER TO THE LEFT ACROSS THE CENTER LINE, BUT THIS DOES NOT ALWAYS OCCUR. **LOCAL DEALERS HAVE INSPECTED THE VEHICLE AND FOUND NO PROBLEMS WITH SUSPENSION OR CONTROL COMPONENTS.** INCIDENT DATE IS JUST ONE OF AT LEAST 3 OCCURRENCES. WEB BASED USER GROUP/BULLETIN BOARDS REFER TO THIS PROBLEM AS THE 'DEATH WOBBLE' OR 'DEATH SHAKE' BECAUSE OF ITS VIOLENT NATURE, TENDENCY TO OCCUR AT HIGH SPEED, AND TENDENCY TO CAUSE THE VEHICLE TO DRIFT OFF THE ROAD. *TR
**1 Affected Product**

January 5, 2009 **NHTSA ID NUMBER: 10253778**
**Components: SUSPENSION**
**NHTSA ID Number:** 10253778
**Incident Date** January 15, 2006
**Consumer Location** ORLANDO, FL
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
VIOLENT SHUDDER AND STEERING OSCILLATION. THIS FIRST HAPPENED AFTER DRIVING OVER A SLIGHT DROPOFF AT ABOUT 60MPH AND THE WHOLE TRUCK SHUDDERED SO VIOLENTLY I HAD TO BRAKE AND ATTEMPT TO STEER THE VEHICLE TO THE MEDIAN (THIS WAS HARD TO DO). THIS HAS HAPPENED FREQUENTLY SINCE AND HAPPENS AT LOW SPEEDS ALSO (40MPH) THE STEERING WHEEL HAS BEEN SHAKEN OFF CENTER DUE TO THIS. MY WIFE WILL NOT DRIVE THE VEHICLE AS ITS QUITE SCARY WHEN THIS HAPPENS AT RELATIVELY HIGH SPEEDS AND IS VERY SUDDEN AND UNEXPECTED, I ALSO WILL NOT ALLOW MY CHILDREN TO RIDE IN THE

-194-

Class Action Complaint
Case No.

VEHICLE AS I FEEL A BAD EPISODE OF THIS SHIMMY/SHUDDER COULD EASILY CAUSE AN ACCIDENT. I HAVE ALSO GONE THROUGH 5 SETS OF TIRES (IN UNDER 70,000 MILES) DUE TO BEING UNABLE TO KEEP THE FRONT END ALIGNED. I WAS QUITE UPSET AFTER THE FIRST INCIDENT AND IMMEDIATELY BROUGHT THE TRUCK TO THE NEAREST FORD DEALER TO HAVE IT LOOKED AT. **THEY SAID THEY HAD NEVER HEARD OF ANYTHING LIKE THIS AND LOOKED AT ME LIKE I WAS MAKING THIS UP.** (AND I ADMIT IT SOUNDS CRAZY FOR A $40,000 TRUCK TO BEHAVE THIS WAY). THEY SAID THERE WAS NOTHING WRONG AND SAID I NEEDED MY FIRST SET OF NEW TIRES AND AN ALIGNMENT (AT 12,000 MILES). **A FEW MONTHS LATER I CAME BACK INTO THE SAME FORD DEALER WITH THE SAME ISSUE AND WAS TOLD THERE WAS NOT MUCH THAT COULD BE DONE AS BASED ON MY PREVIOUS VISIT MY TRUCK APPEARED FINE.** I WAS VERY DISSATISFIED WITH THIS LEVEL OF CUSTOMER SERVICE AND WALKED OUT. I AM NOW STUCK WITH A TRUCK THAT SHUDDERS VIOLENTLY SEVERAL TIMES A DAY, I AM UNABLE TO SELL THE VEHICLE AS NOBODY WOULD EVER BUY IT IN THIS CONDITION AND FEEL AS IF I HAVE BEEN TAKEN ADVANTAGE OF BY THE FORD MOTOR COMPANY, AS IT APPEARS THEY HAVE ACKNOWLEDGED THIS DEFECT AND HAVE CHOSEN TO DO NOTHING ABOUT IT FOR THEIR CUSTOMERS. THIS IS MY 5TH AND LAST FORD TRUCK.. I UNDERSTAND THAT NOTHING IS PERFECT AND THINGS CAN GO WRONG BUT MY COMPLAINTS ALONG WITH OTHERS HAVE BEEN IGNORED AND I FEEL MY TRUCK IS POSES A REAL DANGER TO ANYONE WHO RIDES IN IT. *TR

**1 Affected Product**

---

April 4, 2009 **NHTSA ID NUMBER: 10264111**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10264111
**Incident Date** April 1, 2009
**Consumer Location** PUYALLUP, WA
**Vehicle Identification Number** 1FTSW21P05E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DRIVING AT SPEED. 2005 FORD F-250 VIOLENT FRONT END DEATH WOBBLE, DEALER SAID IT NEEDED ALIGNMENT, THEN SAID IT WAS MY TIRES,WITH NEW TIRES IT STILL DID IT. **DEALER SAID THAT IT WAS OKAY. NOTHING WRONG.** UNTIL YESTERDAY WHILE DRIVING TO INTER FREEWAY,AT 45MPH SLIGHT ROUGH ROAD SENT MY FORD TRUCK INTO VIOLENT DEATH WOBBLE ALMOST CAUSED AN ACCIDENT, BY HITTING CONCRETE BARRIER. LOST TOTAL CONTROL OF MY TRUCK. I'VE CONTACTED LEGAL COUNSEL TO SEE WHAT MY OPTIONS WILL BE, ALSO INFORMED TO MAKE CONTACT WITH DEALER SHIP TO SEE WHAT THEY INTEND TO DO. I HAVE EXTENDED WARRANTY ON MY TRUCK. DOES THIS FALL UNDER WARRANTY? OR LAW SUIT? *TR

**1 Affected Product**

---

Class Action Complaint
Case No.

May 31, 2009 **NHTSA ID NUMBER: 10272442**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10272442
**Incident Date** April 25, 2008
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSW21Y65E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
FRONT END INSTABILITY, EXTREME VIBRATION, LOSS OF STEERING AT HIGHWAY SPEED AFTER HITTING ROUGH PAVEMENT. HAVE HAD VIBRATION AND BOUNCE IN FRONT END SINCE VEHICLE WAS PURCHASED NEW DEC 2004. **REPEATED RETURN TO DEALERSHIP BUT UNABLE TO FIND POINT CAUSE.** APRIL 25, 2005 CRUISE CONTROL AT 75MPH ON I4 FLORIDA ROUGH ASPHALT TRIGGERED SEVERE SHIMMY AND VIBRATION, LOSS OF STEERING (UNABLE TO PULL TO SAFETY LANE). CONTROL REGAINED ONLY BY BRAKING IN BUSY HIGHWAY SPEED TRAFFIC UNTIL VIBRATION CEASED. TIRES ARE NEW, ROTATED AT 3,000 AND KEPT AT FACTORY PRESSURE. THESE EVENTS HAVE OCCURRED SPORADICALLY SINCE PURCHASE IN DEC 2004. *TR
**1 Affected Product**

---

June 5, 2009 **NHTSA ID NUMBER: 10272963**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10272963
**Incident Date** April 26, 2009
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSX21595E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I HAVE A 2005 FORD F250 SD PICKUP TRUCK THAT HAS 25,000 MILES ON IT. I HAS BEGUN TO EXPERIENCE A VIOLENT FRONT END SHAKING AT HIGHWAY SPEED WHEN GOING OVER EVEN THE SMALLEST OF BUMPS. YOU NEED TO ALMOST STOP IN THE MIDDLE OF THE HIGHWAY TO MAKE IT STOP. **THE DEALER SAYS THEY DON'T KNOW OF ANY PROBLEMS AND SO DOES FORD.** BUT LOOKING ON-LINE IT IS VERY OBVIOUS THAT THIS IS A REAL ISSUE AND NEEDS TO BE RECALLED. IT IS ALSO REFERENCED AS "DEATH WOBBLE". *TR
**1 Affected Product**

---

June 25, 2011 **NHTSA ID NUMBER: 10408904**

Class Action Complaint
Case No.

**Components: SUSPENSION**
**NHTSA ID Number:** 10408904
**Incident Date June 17, 2011**
**Consumer Location** HENDERSON, NV
**Vehicle Identification Number** 1FTSW21P65E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
2005 FORD F-250 SUPER DUTY, 69,000 MILES. TRAVELING APPROX 65 MPH, HIT A SMALL BUMP IN THE HIGHWAY AND THE FRONT SUSPENSION STARTED TO SHAKE UNCONTROLLABLY. I VERY NEARLY LOST COMPLETE CONTROL OF THE TRUCK. THIS NEVER HAPPENED BEFORE, BUT HAS HAPPENED TWICE SINCE. THE TIRE PRESSURE WAS CORRECT AT THE TIME OF THE FIRST INCIDENT, THE TIRES WERE BALANCED AND THE LUG NUTS WERE TORQUED TO FORD SPECS. REPLACED FRONT STEERING DAMPER, DID NOT RESOLVE THE PROBLEM. **TALKED TO THE FORD DEALER AND THEY DENIED ANY KNOWLEDGE OF A SIMILAR PROBLEM.** AFTER A FEW HOURS RESEARCH ONLINE, THIS PROBLEM IS WELL DOCUMENTED AND FREQUENT WITH THE FORD SUPER DUTY LINE FROM 05"-08". IT SEEMS TO BE AN ENGINEERING DEFECT AND FORD IS WELL AWARE OF THE PROBLEM, BUT IT DOES APPEAR THAT FORD HAS OFFERED ANY REMEDIES. THE NHTSA ALSO KNOWS OF THE PROBLEM. I VIEWED FOUR NHTSA VIDEOS THAT DEMONSTRATED THE IDENTICAL PROBLEM THAT I AM EXPERIENCING WITH MY TRUCK. I HAVE FOUND NO ACTION ON THE PART OF THE NHTSA. THIS PROBLEM NEEDS TO BE ACKNOWLEDGED AND CORRECTED BEFORE SOMEONE IS KILLED. *TR
**1 Affected Product**

May 14, 2012 **NHTSA ID NUMBER: 10458496**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10458496
**Incident Date** May 15, 2008
**Consumer Location** GARDEN GROVE, CA
**Vehicle Identification Number** 1FTSW21P95E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
2005 FORD F-250 SUPER DUTY, STARTED AT @ 25,000 MILES IN 2008 AND STILL HAPPENS TODAY. HAPPENS WHEN TRAVELING OVER 60 MPH, WHEN YOU HIT ANY SMALL BUMP IN THE ROAD, THE FRONT SUSPENSION STARTED TO SHAKE UNCONTROLLABLY. IT IS VERY HARD TO CONTROL THE TRUCK. THIS HAPPENS ALL THE TIME ON THE FREEWAY. THE TIRE PRESSURE WAS CORRECT AT THE TIME OF THE FIRST INCIDENT, THE TIRES WERE BALANCED AND THE LUG NUTS WERE TORQUED TO FORD SPECS. **TALKED TO**

Class Action Complaint
Case No.

**THE FORD DEALER AND THEY DENIED ANY KNOWLEDGE OF A SIMILAR PROBLEM.**
AFTER A FEW HOURS RESEARCH ONLINE, THIS PROBLEM IS WELL DOCUMENTED AND
FREQUENT WITH THE FORD SUPER DUTY LINE FROM 05"-08". IT SEEMS TO BE AN
ENGINEERING DEFECT AND FORD IS WELL AWARE OF THE PROBLEM, BUT IT DOES
APPEAR THAT FORD HAS OFFERED ANY REMEDIES. THE NHTSA ALSO KNOWS OF THE
PROBLEM. I VIEWED FOUR NHTSA VIDEOS THAT DEMONSTRATED THE IDENTICAL
PROBLEM THAT I AM EXPERIENCING WITH MY TRUCK. I HAVE FOUND NO ACTION ON
THE PART OF THE NHTSA. THIS PROBLEM NEEDS TO BE ACKNOWLEDGED AND
CORRECTED BEFORE SOMEONE IS KILLED. *JS
**1 Affected Product**

---

December 5, 2012 **NHTSA ID NUMBER: 10487500**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10487500
**Incident Date** November 30, 2005
**Consumer Location** LYNDEN, WA
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WHILE DRIVING DOWN THE ROAD, HIT A SMALL POTHOLE IN THE ROAD AND THE
SUSPENSION STARTED TO VIOLENTLY SHAKE THE TRUCK ALONG WITH SEVERE
STEERING WHEEL OSCILLATIONS. NO CONTROL OF THE VEHICLE UNTIL I COULD GET
SLOWED DOWN ENOUGH TO STOP THE OSCILLATIONS. I HAVE HAD THIS HAPPEN ON
MY TRUCK MULTIPLE TIMES THROUGHOUT THE YEARS AT SPEEDS ANYWHERE FROM
30 TO 60 MPH AND CONTRARY TO OTHER REPORTS LISTED ON HERE, THE TIRE
PRESSURE WAS CORRECT AND MADE NO DIFFERENCE. I HAVE PUT ON AFTERMARKET
SUSPENSION AND TIRES SINCE THE ORIGINAL TIME THIS HAPPENED AND ADDED A
STEERING STABILIZER WHICH HELPED TO KEEP THIS FROM OCCURRING BUT IT STILL
HAPPENS ON OCCASION. **THIS PROBLEM WAS BROUGHT UP TO MY DEALER AT THE
BEGINNING AND THEY SAID THEY COULD FIND NO PROBLEMS.** THE SHAKING AND
BEATING OF THE VEHICLE WHEN THIS OCCURS IS UNBELIEVABLE. I FULLY BELIEVE
THIS IS WHAT HAS CAUSED ME TO HAVE A BROKEN RIM, ELECTRICAL ISSUES, BRAKE
PROBLEMS, AND WHAT I BELIEVE IS A CRACKED TURBO UP PIPE OR SOMETHING ELSE
THAT IS ALLOWING EXHAUST FUMES INTO THE CAB. *TR
**1 Affected Product**

---

December 6, 2005 **NHTSA ID NUMBER: 10144546**
**Components: STEERING**
**NHTSA ID Number:** 10144546
**Incident Date July 30, 2005**
**Consumer Location** LAS CRUCES, NM

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FTSW21505E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE TRAVELING ON THE HIGHWAY AT 75 MPH AS I HIT BUMPS IN THE ROADWAY THE VEHICLE FEELS LIKE THE FRONT WHEELS ARE HOPPING. ON 5 OCCASIONS I WAS TRAVELING OVER AN OVERPASS WERE THERE IS A SEEM FROM THE 2 DIFFERENT ROADWAY SURFACES. THE VEHICLE SHOOK VIOLENTLY FEELING AS IF THE TRUCK WAS GOING TO LOSE CONTROL. THE VEHICLE WAS ALLOWED TO SLOW AND AT ABOUT 55 MPH THE SHAKING WOULD STOP. AT SLOWER SPEEDS THE SAME VIBRATION IS FELT BUT AT A MUCH LESS MAGNITUDE AND SEVERITY.   THIS LOSS OF CONTROL AS WELL AS THE SLOWING IN LANES OF TRAFFIC COULD CAUSE SERIOUS LOSS OF CONTROL AND CAUSE OF CRASH.   **DEALER, BORMAN AUTOPLEX LAS CRUCES,NM, HAD NO ANSWER AS THE VIOLENT SHAKING WAS NOT DUPLICATED NEAR OUR CITY. ( ALL OCCURRENCES HAPPENED ON TRIPS). DEALER STATED NOTHING WAS WRONG AND THAT SOME PEOPLE SAY THAT PUTTING SANDBAGS IN THE BACK OF THE TRUCK HELPED.** THEY ALSO SAID THAT IF THE TIRES WERE KEPT AT THE 75 PSI THAT IT WOULD STOP.  NOTHING HAS HELPED AND IT IS STILL NOT RESOLVED. *JB
**1 Affected Product**

December 20, 2006 **NHTSA ID NUMBER: 10176685**
**Components: STEERING**
**NHTSA ID Number:** 10176685
**Incident Date** November 15, 2006
**Consumer Location** FAYETTEVILLE, AR
**Vehicle Identification Number** 1FDSX21545E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
**(1)** POSSIBLY TRIGGERED BY A MINOR BUMP IN THE ROAD  (2) SEVERE STEERING AND/OR FRONT AXLE OSCILLATION RESULTING IN LOSS OF VEHICLE CONTROL. THE OSCILLATION WAS MUCH MORE SEVERE THAN THE COMMON "DEATH WOBBLE" FROM OUT OF BALANCE OR OUT OF ROUND TIRES, AND APPEARED TO INVOLVE NOT JUST THE FRONT TIRES, BUT THE ENTIRE FRONT AXLE. THIS HAS HAPPENED TWICE, ONCE BEFORE THE FIRST SET OF REPAIRS, ONCE AFTER THE FIRST SET OF REPAIRS. VEHICLE RAN COMPLETELY OFF THE HIGHWAY BOTH TIMES.  (3) THE FIRST TIME, THE STEERING BOX BROKE AS A RESULT OF THE VIOLENCE OF THE STEERING OSCILLATIONS, SO THE STEERING BOX WAS REPLACED. AFTER THE SECOND TIME THE VEHICLE RAN OFF THE ROAD, THE VEHICLE'S ALIGNMENT WAS CHECKED, THE TIRES WERE ROTATED, THE TIRE PRESSURE WAS ADJUSTED. **THE DEALER PERFORMED ALL THE STEPS OUTLINED IN A TECHNICAL SERVICE BULLETIN, BUT SAID THAT THEY FOUND**

Class Action Complaint
Case No.

**NOTHING WRONG THAT WOULD ACCOUNT FOR THE PROBLEM.** NOW, OUR DRIVERS ARE AFRAID TO DRIVE THIS TRUCK AGAIN. THIS IS A FLEET VEHICLE, AND AFTER SOME INVESTIGATION WE HAVE LEARNED THAT WE HAVE AT LEAST FIVE OTHER TRUCKS OF THIS DESIGN (2005 AND 2006 FORD 4X4 F-250) THAT HAVE EXHIBITED SIMILAR PROBLEMS. WE HAVE BEEN TOLD THAT AN AFTERMARKET STEERING STABILIZER (THAT FORD WILL NEITHER SUPPLY OR STAND BEHIND) WILL FIX THE PROBLEM, BUT WE DON'T BELIEVE IT. IT MIGHT REDUCE THE SYMPTOMS, BUT WE ARE CONVINCED THE PROBLEM IS DESIGN RELATED. THE FRONT END DESIGN ON THESE TRUCKS WAS CHANGED IN LATE 2004, AND THE OSCILLATION PROBLEM APPEARS TO BE RELATED TO A LACK OF

LATERAL (BY THAT I MEAN SIDE TO SIDE) STIFFNESS IN THE SUSPENSION. *NM

**1 Affected Product**

---

April 25, 2007 **NHTSA ID NUMBER: 10188890**
**Components: STEERING**
**NHTSA ID Number:** 10188890
**Incident Date** April 24, 2007
**Consumer Location** EASTCHESTER, NY
**Vehicle Identification Number** 1FTSW21565E****
**Summary of Complaint**
**CRASH**Yes
**FIRE**No
**INJURIES**0
**DEATHS**0
SHORTLY AFTER I PURCHASED MY 2005 FORD F-250 SUPER DUTY PICKUP I EXPERIENCED A VIOLENT VIBRATION IN THE STEERING, WHEN TRAVELING OVER 55 MPH, AFTER HITTING A SMALL BUMP IN THE ROAD. WHEN I BROUGHT MY TRUCK IN FOR SERVICE AND MENTIONED THIS EPISODE. THE SERVICE MANAGER ACTED AS THOUGH IT WERE AN ANOMALY, MAYBE THE ROAD CONDITIONS OR SOMETHING ELSE. THIS DIDN'T SEEM TO BE THE TRUTH, SINCE IT HAPPENED SEVERAL TIMES SINCE THEN. WHEN I BROUGHT IT TO THE ATTENTION OF THE LOCAL SERVICE MANAGER, HE SAID THAT THIS IS COMMON AMONGST THESES LARGE PICKUP TRUCKS, AND JUST TAP THE BRAKES UNTIL THE VIBRATIONS SUBSIDE, IT SHOULDN'T LAST LONG. YESTERDAY I WAS TRAVELING AT ABOUT 60 MILES AN HOUR ON THE HIGHWAY, WHEN I WENT OVER A SEWER GRATE IN THE LEFT LANE. THE VIBRATION BECAME SO VIOLENT THAT I HAD NO CONTROL OF THE STEERING AT ALL. I NARROWLY AVOIDED A COLLISION WITH A FUEL TRUCK AND SEVERAL OTHER CARS ON MY WAY OFF THE ROAD AND INTO WOODS CAUSING MULTIPLE TIRE DAMAGE, AND SUFFERING DENTS AND DAMAGE TO THE VEHICLE. I THANK GOD NO ONE WAS HURT, INCLUDING ME. I WAS ABLE TO DRIVE THE TRUCK AWAY AFTER CHANGING THE TIRES AND CLEANING UP THE MESS FROM MY PERSONAL PROPERTY BEING TOSSED AROUND THE CABIN. NOT ONLY DID I LOOSE STEERING BUT, I WAS SURPRISED THAT SUCH A VIOLENT EPISODE DID NOT DEPLOY THE AIR BAGS. I RETURNED TODAY TO THE DEALER WITH MY TRUCK. THE SERVICE MANAGER HAD BEEN REPLACED,WITH A NEW ONE. WHEN I INFORMED HIM OF THE SITUATION HE CHECKED THE COMPUTER FOR MY RECORDS

AND MAGICALLY HE WAS ABLE TO FIND EVERY OTHER RECORD OF SERVICE AND REPAIRS, EXCEPT THE STEERING COMPLAINTS. TOMORROW, THE 26TH, I HAVE AN APPOINTMENT WHERE I HOPE TO HAVE THIS CORRECTED. **ALTHOUGH THIS SERVICE MANAGER SAYS HE HASN'T HEARD OF ANY PROBLEMS WITH THESE TRUCKS.** I WAS SEARCHING THE INTERNET AND FOUND MULTIPLE COMPLAINTS ON DIFFERENT SITES, INCLUDING THE ONE THAT MADE REFERENCE TO YOUR SITE. THROUGH INSURANCE, I HOPE THAT THERE WOULD BE SOME TYPE OF LIABILITY TO THE FORD MOTOR COMPANY. *JB

**1 Affected Product**

---

July 31, 2007 **NHTSA ID NUMBER: 10197931**
**Components: STEERING**
**NHTSA ID Number:** 10197931
**Incident Date** December 1, 2006
**Consumer Location** CAMPBELLSBURG, KY
**Vehicle Identification Number** 1FTSX21585E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2005 FORD F-250 SUPERDUTY. THE CONTACT STATED THAT HE LOSES CONTROL OF THE VEHICLE WHEN DRIVING OVER A SPEED BUMP OR A BUMP IN THE ROAD AT 30 MPH. THE VEHICLE BEGINS TO SHAKE UNEXPECTEDLY AND BECOMES DIFFICULT TO STEER. **HE TOOK THE VEHICLE TO THE DEALER ONCE, BUT THEY WERE UNABLE TO FIND ANYTHING WRONG.** THE CURRENT MILEAGE WAS 32,000 AND FAILURE MILEAGE WAS 16,000.

**1 Affected Product**

---

March 1, 2010 **NHTSA ID NUMBER: 10315150**
**Components: STEERING**
**NHTSA ID Number:** 10315150
**Incident Date** February 21, 2010
**Consumer Location** NORTH RICHLAND HILLS, TX
**Vehicle Identification Number** 1FTSW21P75E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A FORD F250 SUPER DUTY. AFTER HITTING A SMALL DIP IN THE ROAD, MY STEERING COLUMN SHOOK VIOLENTLY, BACK AND FORTH. I WAS TRAVELING ONLY 30 MI PER HOUR. **TOOK TO MY DEALER AND THEY SAID NOTHING WAS WRONG.** PROBABLY COULD BE MY TIRES. BOUGHT NEW TIRES AND A COUPLE OF WEEKS

-201-

Class Action Complaint
Case No.

LATER,, THE SAME THING HAPPENED AGAIN. IF I WAS TRAVELING ANY FASTER, I TRULY BELIEVE I WOULD HAVE LOST CONTROL. I HAVE BEEN DRIVING FIRE APPARATUS FOR OVER 29 YEARS. AND I KNOW SOMETHING IS WRONG HERE. PLEASE DO SOMETHING BEFORE SOMEONE IS SERIOUSLY HURT OR KILLED. I DO NOT TRUST FORD. *TR

**1 Affected Product**

---

May 28, 2010 **NHTSA ID NUMBER: 10332685**
**Components: STEERING**
**NHTSA ID Number:** 10332685
**Incident Date** April 23, 2010
**Consumer Location** LEBANON, PA
**Vehicle Identification Number** 1FPFW21525E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2005 FORD F250 SUPER DUTY. THE CONTACT STATED THAT WHILE DRIVING AT ANY SPEED OVER 50 MPH, THE ENTIRE VEHICLE WOULD SHAKE VIOLENTLY FROM SIDE TO SIDE WHICH CAUSED CONTAINERS TO FALL OUT OF THE CUP HOLDER. WHENEVER THE CONTACT SHUT THE VEHICLE OFF AND BACK ON, IT BEGAN FUNCTIONING NORMALLY UNTIL HE DROVE OVER ANOTHER BUMP IN THE ROAD. **THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER BUT THE DEALER STATED THAT THEY WERE UNABLE TO DIAGNOSE THE FAILURE.** THE FAILURE MILEAGE WAS APPROXIMATELY 60,000. THE CURRENT MILEAGE WAS APPROXIMATELY 66,500. UPDATED 11/03/10. *LJ

**1 Affected Product**

---

June 13, 2009 **NHTSA ID NUMBER: 10273718**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10273718
**Incident Date June 13, 2009**
**Consumer Location** WEST PITTSTON, PA
**Vehicle Identification Number** 1FTNF21535E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I EXPERIENCED A SEVERE AND VIOLENT SHAKING OF THE FRONT END OF MY 2005 FORD F-250 TRUCK WHILE TRAVELING 60 MPH OVER A SLIGHT ROUGH PATCH ON A HIGHWAY. I LOST CONTROL OF MY VEHICLE AND WAS FORCED TO SWERVE OFF THE HIGHWAY. I WAS ALMOST HIT BY THE VEHICLE DIRECTLY BEHIND ME.   THIS IS THE

Class Action Complaint
Case No.

THIRD TIME I HAVE LOST CONTROL OF THE TRUCK BECAUSE OF THIS VIOLENT SHAKING IN THE LAST MONTH. I HAVE HAD THE TRUCK TO A LOCAL INSPECTION STATION AND THEY REPLACED THE STEERING STABILIZER AND DID AN ALIGNMENT. THIS DID NOT HELP. **I HAVE CALLED THE FORD DEALER I PURCHASED THE TRUCK FROM AND THEY SAID THEY NEVER HEARD OF ANYONE HAVING THIS PROBLEM WITH ANY FORD TRUCK.** OBVIOUSLY, THEY ARE AWARE OF THE PROBLEM. I ONLY HOPE THERE IS A RECALL BEFORE TOO MANY PEOPLE DIE. *TR

1 Affected Product

---

October 12, 2011 **NHTSA ID NUMBER: 10429550**
**Components: SUSPENSION**
**NHTSA ID Number:** 10429550
**Incident Date** October 8, 2011
**Consumer Location** TWINSBURG, OH
**Vehicle Identification Number** 1FTSX21555E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
MY FORD F250 HAS A VERY DANGEROUS WOBBLE WHEN I HIT A BUMP ON THE HIGHWAY. I HAVE CHECKED THE TIRE PRESSURE AND ALL FOUR TIRES ARE FINE. AFTER DOING SOME RESEARCH I HAD FOUND THAT THIS IS A ON GOING PROBLEM WITH THE FORD SD TRUCKS. SOMETHING HAS TO BE DONE OR SOMEONE IS GOING TO GET KILLED DUE TO A BAD ACCIDENT. **EVERY DEALER THAT I TALK TO HAS NEVER HEARD OF THIS PROBLEM BUT YET I SEE IT POSTED ALL OVER THE INTERNET.** I AM VERY UPSET AND I AM GOING TO TAKE LEGAL ACTION. *KB

1 Affected Product

---

September 1, 2009 **NHTSA ID NUMBER: 10282585**
**Components: STEERING**
**NHTSA ID Number:** 10282585
**Incident Date June 5, 2009**
**Consumer Location** MEDFORD, MA
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2005 FORD F250. WHILE DRIVING APPROXIMATELY 65 MPH DRIVING OVER A SMALL ROAD BUMP; THERE WAS A VIOLENT SHAKE AND VIBRATION. UNEXPECTEDLY, THE VEHICLE LOSS CONTROL FOR APPROXIMATELY 6-8 SECONDS. THERE WAS A SUDDEN RELEASE OF THE ACCELERATOR PEDAL; HOWEVER, THE

-203-

Class Action Complaint
Case No.

DRIVER WAS ABLE TO GAIN CONTROL OF THE VEHICLE AND RESUME OPERATION. THE FAILURE RECURRED AT VARIOUS SPEEDS. **THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER FOR INSPECTION; HOWEVER, THE TECHNICIAN WAS UNABLE TO DUPLICATE THE FAILURE. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER ON FOUR SEPARATE OCCASIONS FOR THE IDENTICAL FAILURES WHICH THERE WERE NO RESOLUTIONS.** THE CONTACT HAD CONCERNS OF THE SAFETY RISK INVOLVED. THE VIN WAS UNAVAILABLE. THE FAILURE MILEAGE WAS 200. THE CURRENT MILEAGE WAS 47,000.

**1 Affected Product**

---

September 23, 2010 **NHTSA ID NUMBER: 10357223**
**Components: STEERING**
**NHTSA ID Number:** 10357223
**Incident Date** May 11, 2010
**Consumer Location** DELEVAN, NY
**Vehicle Identification Number** 1FTSX215X5E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2005 FORD F-250. THE CONTACT STATED THAT THE FRONT STARTED SHAKING BETWEEN 55 AND 65 MPH. THE VEHICLE WAS SHAKING EXCESSIVELY THEREFORE; THE SPEED WOULD NOT INCREASE. THE VEHICLE WAS NOT INSPECTED. THE VEHICLE WOULD ALSO SHAKE EXCESSIVELY WHILE DRIVING OVER A BUMP IN THE ROAD. **THE DEALER STATED THAT THEY HAD NOT HEARD OF THE FAILURE AND THAT THE WARRANTY EXPIRED.** THE FAILURE MILEAGE WAS 45000 AND THE CURRENT MILEAGE 50000.

**1 Affected Product**

---

May 2, 2011 **NHTSA ID NUMBER: 10398511**
**Components: STEERING**
**NHTSA ID Number:** 10398511
**Incident Date** April 30, 2011
**Consumer Location** OWOSSO, MI
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2005 FORD F-250. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 55 MPH WHEN THE STEERING WHEEL SUDDENLY VEERED TO THE RIGHT. AS HE CORRECTED THE STEERING WHEEL IT VEERED TO THE LEFT

-204-

Class Action Complaint
Case No.

SENDING HIM ACROSS TWO LANES OF TRAFFIC AND DROVE INTO THE MEDIAN. **THE VEHICLE WAS TAKEN TO A DEALER WHO ADVISED HIM THAT THEY WERE UNABLE TO DIAGNOSE THE FAILURE.** THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS APPROXIMATELY 68,000. THE VIN WAS UNAVAILABLE.

**1 Affected Product**

December 9, 2011 **NHTSA ID NUMBER: 10439148**
**Components: STEERING**
**NHTSA ID Number:** 10439148
**Incident Date** January 1, 2010
**Consumer Location** BROKEN ARROW, OK
**Vehicle Identification Number** 1FTSX21P65E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2005 FORD F-250. THE CONTACT STATED THAT WHEN WHILE DRIVING OVER A ROAD BUMP, THE VEHICLE WOULD JERK VIOLENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER WHO WAS UNABLE TO DIAGNOSE THE FAILURE.** THE VEHICLE WAS THEN TAKEN TO A LOCAL MECHANIC WHO DIAGNOSED THAT THE VEHICLE NEEDED TO HAVE A CAMBER ALIGNMENT PERFORMED. **THE MANUFACTURER WAS MADE AWARE OF THE FAILURE WHO DID NOT OFFER ANY ASSISTANCE.** THE VEHICLE WAS REPAIRED. THE FAILURE MILEAGE WAS 50,000 AND THE CURRENT MILEAGE WAS 91,000. UPDATED 02/27/12 *BF
**1 Affected Product**
**1 Associated Document**

April 3, 2006 **NHTSA ID NUMBER: 10154404**
**Components: SUSPENSION**
**NHTSA ID Number:** 10154404
**Incident Date** April 3, 2006
**Consumer Location** BLOOMFIELD, NJ
**Vehicle Identification Number** 1FTWF315X5E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DT*: THE CONTACT STATED WHILE THE VEHICLE HITS A BUMP, TRAVELING AT LEAST 65 MPH, THE FRONT END VIBRATES. **THE DEALERSHIP DETERMINED THIS WAS NORMAL OPERATING CONDITIONS DUE TO THE SIZE OF THE VEHICLE.**
**1 Affected Product**

Class Action Complaint
Case No.

July 21, 2008 **NHTSA ID NUMBER: 10235160**
**Components: SUSPENSION**
**NHTSA ID Number:** 10235160
**Incident Date** January 10, 2006
**Consumer Location** SAN DIEGO, CA
**Vehicle Identification Number** 1FTWW31585E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL*THE CONTACT OWNS A 2005 FORD F-350 SUPERDUTY. WHILE DRIVING 55 MPH AND HIGHER, THE FRONT END OF THE VEHICLE SHAKES VIOLENTLY AND BECOMES UNCONTROLLABLE. **THE DEALER COULD NOT DUPLICATE THE FAILURE.** THE CURRENT MILEAGE WAS 20,049 AND FAILURE MILEAGE WAS 500.
**1 Affected Product**

February 23, 2009 **NHTSA ID NUMBER: 10259663**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10259663
**Incident Date** February 22, 2009
**Consumer Location** CANTON, CT
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
2005 FORD F-350 SUPER DUTY. WHEN DRIVING AT HIGHWAY SPEEDS AND CROSSING ROUGH BRIDGE ABUTMENTS OR OTHER UNEVEN SURFACES, WHOLE TRUCK BEGINS TO SHAKE UNCONTROLLABLY AND SOMETIMES LASTS FOR SEVERAL MINUTES BEFORE SETTLING DOWN. THIS IS A SEVER PROBLEM AS I'M UNABLE TO STEER OR CONTROL THE TRUCK. **I'VE COMPLAINED SEVERAL TIMES TO MY DEALER AND THEY SAY THERE'S NOTHING WRONG WITH THE TRUCK.** I DISAGREE AND BELIEVE THIS IS A REAL SAFETY HAZARD. *TR
**1 Affected Product**

April 17, 2009 **NHTSA ID NUMBER: 10265894**
**Components: SUSPENSION**
**NHTSA ID Number:** 10265894
**Incident Date** March 1, 2009
**Consumer Location** PORT GAMBLE, WA

-206-

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FTWW31Y25E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
1. IF I DRIVE OVER A BUMP IN THE ROAD AT 50MPH OR FASTER.  2. FRONT END SHIMMY. THE FRONT OF MY TRUCK SHAKES VIOLENTLY AND THE BRAKES HARDLY WORK TO GET THE TRUCK SLOWED DOWN. THE SHAKING IS SO VIOLENT THAT I LOSE CONTROL OF THE TRUCK. IT HAS SHAKEN MY TRUCK SO VIOLENTLY THAT IT HAS DAMAGED MY TRUCK. I HAVE HAD IT HAPPEN ABOUT 12 - 15 TIMES. I CAN'T DRIVE OVER 50MPH OR IT STILL HAPPENS. I HAVE ALMOST CAUSED 3 ACCIDENTS AS A RESULT OF THIS HAPPENING. IT HAPPENED ONCE WITH MY WIFE DRIVING WITH OUR KIDS AND SHE WENT OVER THE CENTERLINE AND ALMOST HIT A SEMI HEAD ON.  3.  **I HAVE TAKEN THE TRUCK TO THE DEALERSHIP TO GET REPAIRED AND THEY TELL ME NOTHING IS WRONG WITH MY TRUCK.** I PURCHASED THE TRUCK NEW IN 2005 AND IT FIRST STARTED HAPPENING AT 10,000 MILES. TRUCK CURRENTLY HAS 34,000 MILES AND THE PROBLEM IS STILL HAPPENING. I CALLED FORD CUSTOMER CARE TODAY BECAUSE I RECEIVED A LETTER FROM THEM ABOUT THE PROBLEM. THEY TOLD ME THAT THEY DOCUMENTED THE PROBLEM, BUT BECAUSE THE TRUCK IS OUT OF WARRANTY I WOULD HAVE TO PAY FOR IT TO BE FIXED. IT SHOULD BE NOTED THAT I STARTED TAKING MY TRUCK INTO THE FORD DEALERSHIP BACK IN 2006 TO HAVE THIS PROBLEM ADDRESSED. I HAVE ASKED FORD TO LOOK INTO THIS PROBLEM MAYBE 4 OR 5 TIMES BEFORE I GOT THIS LETTER. I ALSO DID A GOOGLE SEARCH TODAY ABOUT THIS PROBLEM AND YOU CAN SEE THAT MANY PEOPLE POST ONLINE ABOUT THIS VERY PROBLEM. HOPE THIS BECOMES A RECALL SO I CAN KEEP ME AND MY FAMILY SAFE. THANK YOU. *TR
**1 Affected Product**

September 5, 2008 **NHTSA ID NUMBER: 10241025**
**Components: STEERING**
**NHTSA ID Number:** 10241025
**Incident Date** April 19, 2008
**Consumer Location** ALGONQUIN, IL
**Vehicle Identification Number** 1FTWW31PX5E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2005 FORD F-350 SUPERDUTY. THE CONTACT STATED THAT THE STEERING WHEEL SHOOK SO VIOLENTLY THAT HE LOST CONTROL. WHILE DRIVING 65 MPH, HE WAS INCAPABLE OF CONTROLLING THE STEERING. IT WOULD MOVE FROM LEFT TO RIGHT AND HE UNSUCCESSFULLY COMPENSATED FOR THE FAILURE. **THE VEHICLE WAS TAKEN TO THE DEALER TWICE, BUT THEY COULD**

Class Action Complaint
Case No.

**NOT DUPLICATE THE FAILURE. THE DEALER STATED THAT NOTHING WAS WRONG WITH THE VEHICLE.** THE MANUFACTURER HAS NOT BEEN NOTIFIED. THE CURRENT MILEAGE WAS APPROXIMATELY 95,000 AND FAILURE MILEAGE WAS APPROXIMATELY 93,000.

**1 Affected Product**

---

**July 27, 2008 NHTSA ID NUMBER: 10235894**
**Components: SUSPENSION**
**NHTSA ID Number:** 10235894
**Incident Date** October 5, 2006
**Consumer Location** SANTA CLARITA, CA
**Vehicle Identification Number** 1FTWW33P55E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I HAVE A 2005 FORD F-350 4X4 DIESEL DUALLY TRUCK. SOON AFTER I BOUGHT THE TRUCK I EXPERIENCED A ROUGH SHIMMY IN THE FRONT END. WHEN I GO OVER BUMPS ON THE FREEWAY OR CITY STREETS THE FRONT END SHIMMY'S OUT OF CONTROL. **THE TRUCK HAS BEEN TO THE DEALER ON SEVERAL OCCASIONS AND THEY HAVE TOLD ME THAT NOTHING IS WRONG.** THIS IS NOT MY FIRST FULL SIZE TRUCK AND THIS IS THE FIRST ONE THAT ACTS LIKE THIS. SEVERAL TIMES IT HAS SENT ME INTO THE LANES BESIDE ME. I ALSO TOW A FIFTH WHEEL TRAILER AND IT AMPLIFIES THE PROBLEM. THIS PROBLEM OCCURS EVERY TIME I DRIVE THE VEHICLE AND FORD IN NOT RESPONSIVE TO THE PROBLEM. *TR

**1 Affected Product**

---

**January 10, 2011 NHTSA ID NUMBER: 10377298**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10377298
**Incident Date** September 30, 2005
**Consumer Location** ANDOVER, NJ
**Vehicle Identification Number** 1FTWX31P25E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WHEN I'M DRIVING AT SPEEDS OF 65 TO 70 AND GO OVER A BUMP IN ROAD THE STEERING WHEEL SHAKES OUT OF CONTROL. **I HAD BROUGHT IT BACK TO DEALER TO HAVE SERVICED AND THEY TOLD ME "THERE IS NO PROBLEM, THAT'S WHAT YOU GET FROM A HEAVY DUTY TRUCK."** WHAT A LOAD OF CRAP! I HAVE PAPER WORK DOCUMENTING THE TRUCK WENT TO DEALER FOR STEERING OUT OF CONTROL.

-208-

SINCE THEN THE SHAKING HAS CAUSED ME TO REPLACE BALL JOINTS AND OTHER PARTS TRYING TO STOP THE PROBLEM. THIS SHOULDN'T HAPPEN ON NEW VEHICLE, MUCH LESS ONE THAT COSTS $45.000. THIS REALLY MAKES ME MAD.

**1 Affected Product**

September 18, 2009 **NHTSA ID NUMBER: 10284483**
**Components: STEERING**
**NHTSA ID Number:** 10284483
**Incident Date** September 12, 2009
**Consumer Location** DURANT, OK
**Vehicle Identification Number** 1FTWW33P65E****
**Summary of Complaint**
**CRASH**Yes
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A FORD F350 HEAVY DUTY 1 TON, I HAD EXPERIENCED ON SEPARATE OCCASIONS WHEN TRAVELING WITH SPEED AROUND 50-65 MPH, IF A BUMP (SLIGHT) DIP OR ANY SLIGHT VARIANCE IN ROAD MY TRUCK WILL BEGIN A VIOLENT SHAKE. I HAD RECEIVED THE RECALL NOTICE OF IMPROPER AIR PRESSURE AND CAUSE AND EFFECT. I HAVE HAD MY TIRE PRESSURE CHECKED ON NUMEROUS OCCASIONS, **I HAVE ALSO HAD TAKEN MY TRUCK TO LOCAL DEALERSHIP TO CHECK FRONT SUSPENSION , NOTHING FOUND TO BE WRONG WITH FRONT END.** (SUSPENSION). ON SEPT. 12, 09 I WAS TRAVELING ON HWY 199 COMING FROM MADILL, OK (JOB) COMING TOWARDS DURANT HAVING EMPLOYEE IN TRUCK (FRONT PASSENGER SEAT) MY TRUCK BEGAN TO VIOLENTLY SHAKE, THROWING MY TRUCK INTO A CONCRETE BRIDGE. I STEERED TRUCK THE BEST I COULD CONSIDERING THE TRUCK WAS UNCONTROLLABLE. THE REAR END OF THE TRUCK CLIMBED OVER THE BRIDGE THROWING THE TRUCK NEARLY ON ITS SIDE LANDING IN ONCOMING TRAFFIC FACING OPPOSITE DIRECTION OF TRAVEL 60FT. AWAY FROM BRIDGE. MY TRUCK APPEARS TO BE TOTALED. I OWE MORE THAN THE VALUE OF THE TRUCK AND NOW. MY EMPLOYEE AND MYSELF WERE TREATED TO LOCAL HOSPITAL I NOW HAVE A HERNIA FROM THE IMPACT OF THE TRUCK INTO THE BRIDGE.. DUE TO SUSPENSION. I HAD TOLD OFFICER THAT THE TRUCK HAD DONE THIS BEFORE I HAVE RECEIVED A TICKET FOR NOT MAINTAINING SAFE VEHICLE. MY INSURANCE DOES NOT COVER MY PERSONAL INJURIES. I FEEL LIKE FORD HAS NOT OWN UP TO DEFECT OF THE TRUCK SUSPENSION. MAYBE DOT SHOULD INVESTIGATE FORD AGAIN. *TR

**1 Affected Product**

January 6, 2010 **NHTSA ID NUMBER: 10298418**
**Components: STEERING**
**NHTSA ID Number:** 10298418
**Incident Date** January 8, 2007
**Consumer Location** FERNLEY, NV

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FTWW31P95E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2005 FORD F-350 SD. THE CONTACT STATED THAT WHILE DRIVING 55 MPH OVER A BUMP, THE FRONT END OF THE VEHICLE WOULD SHAKE VIOLENTLY. **THE CONTACT ASKED THE DEALER ABOUT THE FRONT END SHAKE AND THE DEALER STATED THEY'VE NEVER HEARD OF THIS ISSUE.** TWO OTHER DEALERS INFORMED THE CONTACT THAT VEHICLE NEEDED TO HAVE THE TIRES REPLACED. THE CONTACT REPLACED THE TIRES AND THE VIOLENT SHAKING STILL OCCURRED WHENEVER THE CONTACT DROVE OVER A BUMP AT HIGHWAY SPEEDS. THE FAILURE MILEAGE WAS 19,000.
**1 Affected Product**

---

July 24, 2008 **NHTSA ID NUMBER: 10235638**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10235638
**Incident Date June 18, 2008**
**Consumer Location** BLOWING ROCK, NC
**Vehicle Identification Number** 1FTSX21586E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A 2006 F-250 FORD TRUCK. WHILE DRIVING ON THE INTERSTATE THE FRONT END OF THE TRUCK STARTED VIOLENTLY SHAKING. I ALMOST LOST CONTROL AND COULD HAVE BEEN KILLED. THIS HAPPENED YET AGAIN THE VERY SAME DAY. **I TOOK MY FORD TRUCK TO THE FORD DEALERSHIP IN BOONE AND WAS TOLD THERE WAS NOTHING WRONG WITH MY TRUCK.** THEY CLAIMED IT WAS PROBABLY DUE TO LOW AIR PRESSURE IN THE TIRES. AFTER RESEARCHING THIS PROBLEM ON MY OWN I DISCOVERED THAT THIS IS QUITE A COMMON PROBLEM AND MANY MANY FORD TRUCK OWNERS ARE CURIOUS AS TO WHY NOTHING HAS BEEN DONE. AFTER CLEARLY TELLING THE FORD DEALERSHIP THAT I WILL NOT ACCEPT MY TRUCK BACK UNTIL IT HAS BEEN FIXED, THEY REVEAL THAT THEY DO HAVE A SERVICE BULLETIN ABOUT THIS PROBLEM AND REVEAL TO ME THAT FORD TOLD THEM TO CHANGE THE AIR PRESSURE IN THESE TRUCKS. THIS DOES NOT CORRECT THIS DANGEROUS AND POTENTIALLY LIFE THREATENING PROBLEM! THESE TRUCKS NEED TO BE RECALLED AND HAVE THEIR STEERING DAMPNERS REPLACED! AFTER FIVE DAYS OF ARGUING WITH THE FORD DEALERSHIP I HAVE YET TO GET MY TRUCK BACK. I DEMANDED A LETTER STATING THAT MY FORD TRUCK WOULD BE SAFE AND THAT THEY WOULD BE LIABLE IN THE EVENT OF MY DEATH DUE TO THIS PROBLEM THAT NO ONE WILL TAKE CARE OF! I HAVE YET TO RECEIVE THEIR ANSWER. *TR

Class Action Complaint
Case No.

**1 Affected Product**

April 29, 2009 **NHTSA ID NUMBER: 10267286**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10267286
**Incident Date** October 24, 2006
**Consumer Location** YUBA CITY, CA
**Vehicle Identification Number** 1FTSW21P46E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
3-13-09 I TOOK MY FORD F-250 TO THE DEALERSHIP I PURCHASED IT FROM DUE TO A SEVERE STEERING WHEEL AND FRONT WHEEL VIBRATIONS. THIS IS CAUSING SEVERE SHIMMY AND LOSS OF CONTROL OF THE VEHICLE AT APPROX 35-39 MPH. THEY CHECKED IT OUT AND TOLD ME THAT I NEEDED TO MAKE SURE MY TIRE PRESSURE IS AT 65 LBS AT ALL TIMES. **THEY SAID THEY DIDN'T FIND ANYTHING WRONG OTHER THAN THE TIRE PRESSURE WAS LOW AND IT TOOK CARE OF 85% OF THE SHIMMY.** THE SHIMMY HAS WORSENED SENSE I LEFT THE DEALERSHIP AND IS NOW SHIMMING VIOLENTLY AT THIS TIME. I'VE SENSE RECEIVED A LETTER ABOUT THIS PROBLEM FROM FORD MOTOR COMPANY AND THEY ARE RESEARCHING THIS COMMON PROBLEM WITH THE F-250 & F-350 MODELS. *TR
**1 Affected Product**

May 1, 2009 **NHTSA ID NUMBER: 10267467**
**Components: SUSPENSION**
**NHTSA ID Number:** 10267467
**Incident Date** April 21, 1997
**Consumer Location** SPRING CREEK, NV
**Vehicle Identification Number** 1FTSW21P66E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2006 FORD F-250. WHILE DRIVING 45 MPH, THE FRONT END OF THE VEHICLE JUMPED UP AND DOWN. IT FELT AS IF THE FRONT TIRE WAS DETACHING FROM THE VEHICLE. THE CONTACT PULLED OVER AND THE WOBBLING DID NOT CEASE UNTIL THE VEHICLE CAME TO A COMPLETE STOP. **THE DEALER COULD NOT FIND ANY FAILURES WITH THE VEHICLE.** THE FAILURE WAS LABELED AS THE DEATH WOBBLE AND HAS OCCURRED ON FIVE OCCASIONS. THE VEHICLE WAS REPAIRED AT THE CONTACT'S EXPENSE. HEAVIER SHOCKS AND A STEERING STABILIZER WERE INSTALLED ON THE VEHICLE. THE CONTACT RECEIVED A LETTER IN

-211-

Class Action Complaint
Case No.

THE MAIL FROM FORD REGARDING THESE ONGOING FAILURES. THE FAILURE MILEAGE WAS 6,000 AND CURRENT MILEAGE WAS 69,000.

**1 Affected Product**

August 20, 2009 **NHTSA ID NUMBER: 10281230**
**Components: SUSPENSION**
**NHTSA ID Number:** 10281230
**Incident Date** May 1, 2009
**Consumer Location** PARAMUS, NJ
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
MY 2006 FORD F250 4WD SUPERDUTY PICKUP SHAKES VIOLENTLY WHENEVER I HIT THE SMALLEST POTHOLE OR DRIVE OVER RAILROAD TRACKS. IT IS A DANGER TO MYSELF, MY CHILDREN AND ANYONE DRIVING AROUND ME ON THE ROAD**. TOOK THE TRUCK TO MY DEALER AND ALMOST GOT THROWN OUT AFTER GETTING INTO AN ARGUMENT WITH BOTH THE MECHANIC AND SVC MANAGER WHO SAID THERE WAS NOTHING WRONG WITH THE TRUCK, THEY NEVER HEARD OF THIS PROBLEM AND I NEED TO BUY NEW TIRES.** TIRES ARE BRAND NEW WITH LESS THAN 20K ON THEM. *TR

**1 Affected Product**

April 16, 2010 **NHTSA ID NUMBER: 10326010**
**Components: SUSPENSION**
**NHTSA ID Number:** 10326010
**Incident Date** February 13, 2010
**Consumer Location** YORBA LINDA, CA
**Vehicle Identification Number** 1FTSW21P46E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
MY FORD F250 4X4 TRUCK HAS A SEVERE SHIMMY OF THE FRONT WHEELS WHICH CAN OCCUR WHEN DRIVING AROUND 55-60 MILES PER HOUR. IN ORDER TO CALM THE SHIMMY OR OSCILLATION, I HAVE TO SLOW DOWN AT LEAST 10 MILES PER HOUR. THIS HAS HAPPENED ON SEVERAL TIMES, BOTH WHEN TOWING A 5TH WHEEL AND WITHOUT THE 5TH WHEEL. HOWEVER, IT IS MORE PRONE TO OCCURRING WHEN DOWNING THE 5TH WHEEL. **I TOOK MY TRUCK INTO THE FORD DEALER TO INSPECT THE SUSPENSION AND ADJUST THE TIRE PRESSURE, BUT THEY SAID IT WAS ALL FINE.** I HAD AN OCCURRENCE OF THIS SHIMMY WITHIN 3 DAYS FROM TAKING IT FROM

-212-

THE DEALER. I HAVE SEEN THERE HAS BEEN SOME REPORT ON THIS TYPE OF BEHAVIOR, AND FORD HAS STATED IT IS A TIRE INFLATION PROBLEM, BUT AFTER TAKING IT INTO THE FORD DEALER AND THEM CHECKING IT OUT AND THEN IT HAPPENING, I THINK IT IS SOMETHING MORE SERIOUS. *TR

**1 Affected Product**

October 13, 2010 **NHTSA ID NUMBER: 10360390**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10360390
**Incident Date** September 30, 2010
**Consumer Location** WEST POINT, MS
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2006 FORD F-250 SUPER DUTY TRUCK. WHEN I HIT A ROUGH SPOT IN THE ROAD THE FRONT END SHAKES SO BAD YOU HAVE NO CONTROL OF THE STEERING. THE ONLY WAY TO GET IT TO STOP SHAKING IS TO GET ON THE BRAKES AND STOP. **I HAVE BEEN BACK TO THE DEALER AND THEY TELL ME THERE IS NOTHING WRONG.** SOMEONE IS GOING TO GET KILLED IF THIS IS NOT CORRECTED. *TR

**1 Affected Product**

November 27, 2006 **NHTSA ID NUMBER: 10174494**
**Components: SUSPENSION**
**NHTSA ID Number:** 10174494
**Incident Date** November 20, 2006
**Consumer Location** SAINT JAMES CITY, FL
**Vehicle Identification Number** 1FTSW21596E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
VEHICLE SHAKES UNCONTROLLABLY AFTER HITTING A BUMP IN THE ROAD AT HIGHWAY SPEEDS OF 60 TO 75 MPH. VEHICLE MUST BE BROUGHT TO A COMPLETE STOP TO REGAIN CONTROL, THEN RIDES SMOOTHLY. **VEHICLE WAS TAKEN TO THE DEALERSHIP TO FIX THE PROBLEM, DEALER STATED THAT THE PROBLEM DID NOT OCCUR DURING A ROAD TEST OF 22 MILES. THE SERVICE ADVISOR STATES THAT NOTHING IS WRONG WITH THE VEHICLE.** THIS IS THE FOURTH TIME THIS PROBLEM HAS HAPPENED IN 35000 MILES. DEALER REFUSED TO TEST DRIVE IN A SPECIFIC AREA WERE THE PROBLEM HAS OCCURRED MULTIPLE TIMES. THE TRUCK IS UNSAFE FOR INTERSTATE DRIVING. *JB

Class Action Complaint
Case No.

**1 Affected Product**

September 26, 2007 **NHTSA ID NUMBER: 10204198**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10204198
**Incident Date** September 26, 2007
**Consumer Location** ALVARADO, TX
**Vehicle Identification Number** 1FTSW21P56E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A 2006 F250 DIESEL TRUCK THAT SHAKES VIOLENTLY WHEN YOU HIT EVEN THE SMALLEST OF POTHOLES. IT SHAKES SO VIOLENTLY THAT YOU HAVE TO COME TO A COMPLETE STOP, REGAIN CONTROL, AND THEN RESUME DRIVING. THIS IS ESPECIALLY HAZARDOUS ON THE SMALL COUNTY ROADS WE LIVE ON, AND WHEN YOU HAVE TO COME TO A COMPLETE STOP ON THE FREEWAY. **WE HAVE TRIED TO GET IT FIXED AT THE DEALERSHIP, WHERE THEY ASSURE US THAT NOTHING IS WRONG WITH THIS DANGEROUS DEATH TRAP.** I REFUSE TO ALLOW MY HUSBAND AND MY SON GET INTO A VEHICLE THAT WILL SHAKE VIOLENTLY OUT OF CONTROL INTO ONCOMING TRAFFIC, INTO A DITCH, OR OFF A BRIDGE. I AM ASHAMED THAT FORD WOULD BE AWARE OF THIS ISSUE, AND NOT RECALL THIS PROBLEM VEHICLE AS THERE ARE MANY OTHERS OUT THERE WITH THE SAME PROBLEM. I AM FURIOUS THAT I SPENT $48,000 ON A TRUCK THAT HAS 26,000 MILES ON IT AND HAS BEEN IN THE SHOP 3 TIMES TO HAVE THE SAME PROBLEM FIXED, SO IT IS COMPLETELY USELESS TO ME, NOT TO MENTION A DANGER TO MY FAMILY'S WELL BEING. WHAT IS IT GOING TO TAKE FOR FORD TO ADMIT THEIR TRUCKS ARE A HAZARD? HOW MANY PEOPLE ARE GOING TO HAVE TO DIE OR BE SEVERELY INJURED BEFORE THEY ADDRESS THIS PRESSING ISSUE??? *TR
**1 Affected Product**

November 7, 2008 **NHTSA ID NUMBER: 10247920**
**Components: SUSPENSION**
**NHTSA ID Number:** 10247920
**Incident Date** October 28, 2008
**Consumer Location** SELBYVILLE, DE
**Vehicle Identification Number** 1FTSW21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

Class Action Complaint
Case No.

I HAVE A 2006 FORD F250 4X4 CREWCAB WITH A SHORTBED THAT HAD PROBLEMS WITH VIOLENT FRONT END OSCILLATION. SEE ODI RESUME INVESTIGATION EA 08-007. AFTER THE LAST INCIDENT ON 8/2/2006, I HAD THE VEHICLE TOWED TO MY LOCAL FORD DEALER ON 8/5/2006. THIS WAS NOW THE SECOND TIME VEHICLE WAS BROUGHT INTO A FORD DEALERSHIP FOR THIS PROBLEM. **THE FIRST DEALERSHIP REQUIRED THAT I REPRODUCE THIS PROBLEM FOR THE TECH WORKING ON THE VEHICLE. I WAS TOLD EVERYTHING WAS FINE WITH THE VEHICLE.** THIS SECOND DEALERSHIP HAD MY TRUCK UNTIL 8/11/2006 AND SAID THE PROBLEM HAD BEEN CORRECTED. I WAS TOLD SOME METAL BUSHINGS WERE REPLACED IN THE FRONT END AND THAT CHAMBER OR CASTER WAS WAY OFF. I WAS ALSO TOLD TO MAKE SURE AND ROTATE TIRES AT SUGGESTED INTERVALS AND TO KEEP TIRES PROPERLY INFLATED. I NOTICED WHEN I LEFT THAT THE TRUCK HAD A CHOPPY BOUNCE TO THE RIDE AND WAS TOLD THAT IT WAS FROM THE TIRE WEAR. THE ODOMETER READING AT THAT TIME WAS 22065. AFTER DRIVING THE TRUCK FOR ABOUT 3000 MILES, I TOOK THE TRUCK BACK TO THE DEALERSHIP WHERE I PURCHASED THE TRUCK. THEY ROAD TESTED THE TRUCK, THEN REBALANCED ALL 4 TIRES AND REINDEXED THE REAR TIRES. THESE ARE THE TIRES THAT WERE ORIGINALLY ON THE FRONT AND ROTATED AT THE SECOND DEALERSHIP. THE VEHICLE CONTINUES TO HAVE A CHOPPY BOUNCE II THE RIDE, WHICH NOW I WAS TOLD WAS NORMAL OR ACCEPTABLE. IF THE TRUCK WOULD HAVE RODE THAT WAY WHEN I PURCHASED IT, I WOULD HAVE NEVER PURCHASED IT. I WENT FROM HAVING A SMOOTH RIDING TRUCK THAT ON OCCASION HAD A SEVERE OSCILLATION IN THE FRONT END AT HIGHWAY SPEEDS 65 AND HIGHER, TO ONE THAT BOUNCES ALL THE TIME. THE BOUNCE IN THE RIDE WAS NOTICEABLE TO A FRIEND WHO OWNS A 2005 F250, THAT HAS HAD NONE OF THESE PROBLEMS, ALTHOUGH OTHERS HAVE WITH THAT YEAR ALSO. TURNING TO FORD IN THIS MATTER HAS PROVED POINTLESS IN THEIR WILLINGNESS TO ADMIT A PROBLEM WITH THIS VEHICLE OR THEIR OWN ENGINEERING FLAWS. I AM CURRENTLY TRYING TO HAVE AN ENGINEER FROM FORD LOOK AT THIS VEHICLE. *TR

1 Affected Product

November 14, 2008 **NHTSA ID NUMBER: 10248855**
**Components: SUSPENSION**
**NHTSA ID Number:** 10248855
**Incident Date** October 1, 2006
**Consumer Location** LA MESA, CA
**Vehicle Identification Number** 1FTSW21P26E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I PURCHASED FROM FORD A BRAND NEW F-250 WHICH IS EXPERIENCING WHAT IS COMMONLY REFERRED TO AS THE "DEATH WOBBLE", ANY INTERNET SEARCH WILL TURN UP THIS SITUATION. THE TRUCK FOR SAFETY REASONS AND FEAR OF DEATH HAS BEEN PARKED FOR 1 YEAR. **THE TRUCK SHAKES, WOBBLES, VIBRATES, AND**

-215-

**HOPS VIOLENTLY AT FREEWAY SPEED WITH DEALERSHIPS TREATING THESE CONDITIONS AS MYSTERIOUS OR NON-EXISTENT!** *TR

**1 Affected Product**

---

August 3, 2009 **NHTSA ID NUMBER: 10279266**
**Components: SUSPENSION**
**NHTSA ID Number:** 10279266
**Incident Date** July 1, 2009
**Consumer Location** PLACERVILLE, CA
**Vehicle Identification Number** 1FTSW21P96E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WITH ONLY 35,000 MILES ON IT, MY 2006 F-250 SD DIESEL TRUCK HAS DEVELOPED A FRIGHTENING BOUNCING IN THE FRONT END. ONCE IT HAPPENED GOING 65 MPH WHEN I HIT A FREEWAY POT HOLE. THE FRONT TIRE BOUNCED UP AND DOWN SO SEVERELY, THAT I PULLED OFF ONTO THE SHOULDER TO SEE IF SOMETHING HAD COME UNBOLTED. I HAVE EXPERIENCED THE SAME BOUNCING AT 40 AND 50 MPH FROM HITTING POT HOLES. FORD EVEN SENT ME AN ADVISORY ON THIS PROBLEM, CLAIMING THAT IT WAS RELATED TO INCORRECT TIRE PRESSURE. I HAVE BEEN FANATIC ABOUT TIRE PRESSURE, SO THAT WAS NOT INVOLVED. **THE DEALER FOUND NOTHING WRONG WITH THE TRUCK** AND CLAIMED THAT A $375 STEERING STABILIZER KIT WOULD CORRECT THE PROBLEM. WHY SHOULD I PAY FOR CORRECTING FORD'S DESIGN PROBLEMS? I AM JUST CONCERNED THAT THE BOUNCING COULD CAUSE ME TO LOSE CONTROL OF THE VEHICLE. *TR

**1 Affected Product**

---

July 15, 2010 **NHTSA ID NUMBER: 10343375**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10343375
**Incident Date** May 18, 2010
**Consumer Location** APPLE VALLEY, CA
**Vehicle Identification Number** 1FTSW21P86E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
VIOLENT SHAKING "DEATH WOBBLE" ON A 2006 FORD F-250 SUPER DUTY 4X4 PICKUP TRUCK. THE TRUCK EXPERIENCES A VIOLENT SHAKING IN THE FRONT END AT SPEEDS OF ABOUT 60-65 MPH. THIS HAPPENS WHILE ACCELERATING OR AFTER HITTING A

-216-

BUMP IN THE ROAD. IT IS ALMOST IMPOSSIBLE TO CONTROL AND ONLY STOPS WHEN SPEED IS REDUCED. FORD MOTOR COMPANY HAS SENT ME A LETTER NOTIFYING ME OF THIS PROBLEM A YEAR AGO, BUT OFFERS NO FIX FOR THE PROBLEM OTHER THAN A WARNING TO SLOW THE VEHICLE DOWN. **LOCAL FORD DEALERSHIP DENIED THERE IS A PROBLEM AND WILL NOT FIX IT.** *TR

1 Affected Product

June 6, 2012 **NHTSA ID NUMBER: 10460739**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10460739
**Incident Date June 6, 2012**
**Consumer Location** FRANKLIN, IN
**Vehicle Identification Number** 1FTSX21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE BEEN HAVING THIS PROBLEM FOR ALMOST A YEAR NOW AND HAVE READ THOUSANDS OF OTHER COMPLAINTS THAT IS THE SAME ISSUE. THIS TRUCK ALL MOST KILLED ME AGAIN TODAY. IT GOES INTO A "DEATH WOBBLE" WHEN YOU HIT A BUMP IF YOU ARE OVER 55MPH. IF YOU ANRT EXPECTING IT TO HAPPEN AND IT IS THE 1ST TIME YOU EXPERIENCE IT YOU WILL WRECK! **I HAVE CONTACTED SEVERAL DEALERS AND NO ONE SEEMS TO KNOW ABOUT OR HEARD ABOUT IT** BUT THERE IS THOUSANDS OF COMPLAINTS ONLINE AND ALSO HAVE RECEIVED A LETTER FROM FORD STATING TO CHECK TIRE PRESSURES! I HAVE DONE WHAT THEY SAID + HAD NEW SHOCKS, HAD NEW TIRES, STRUTS CHECKED, BALL JOINTS CHECKED, AND REAR SUSPENSION LOOKED AT. NOTHING IS WRONG ...THIS IS CLEARLY A FACTORY PROBLEM AND IT NEEDS TO BE TAKEN CARE OF BEFORE PEOPLE START DIEING FROM IT! IS FORD GOING TO RAISE MY CHILDREN WHEN THIS MAKES ME WRECK AND DIE ...NO THEY ARE NOT SO THEY NEED TO GET THIS TAKEN CARE OF. REPORTS SAY THAT THEY HAVE CHANGED THE SET UP ON NEWER HEAVY DUTY TRUCKS BECAUSE OF THIS SO WHY AREN'T THEY TAKING CARE OF THE ONE'S THEY ALREADY SOLD TO THE PUBLIC! PLEASE HELP...YOU CAN FIND TONS OF INFO IF YOU SEARCH " DEATH WOBBLE OR DEATH SHAKE! *TR

1 Affected Product

July 27, 2007 **NHTSA ID NUMBER: 10197626**
**Components: STEERING**
**NHTSA ID Number:** 10197626
**Incident Date** May 1, 2006
**Consumer Location** AUSTINVILLE, VA
**Vehicle Identification Number** 1FTNF21546E****
**Summary of Complaint**

-217-

Class Action Complaint
Case No.

**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2006 FORD F-250 SD. WHILE DRIVING 55 MPH OR GREATER, THE FRONT END OF THE VEHICLE VIBRATES WHEN DRIVING OVER A BUMP IN THE ROAD. **THE DEALER INSPECTED THE VEHICLE, BUT WERE UNABLE TO DETERMINE THE CAUSE OF FAILURE. THE DEALER STATED THAT THE FAILURE WAS NORMAL.** THE CURRENT MILEAGE WAS 1,500 AND FAILURE MILEAGE WAS 50.
**1 Affected Product**

December 9, 2008 **NHTSA ID NUMBER: 10251226**
**Components: STEERING**
**NHTSA ID Number:** 10251226
**Incident Date** October 9, 2007
**Consumer Location** OREGON CITY, OR
**Vehicle Identification Number** 1FTSX21596E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2006 FORD F-250 SD. WHILE DRIVING 75 MPH OR ANY HIGH SPEED, THE VEHICLE SHAKES VIOLENTLY WHEN IT DRIVES OVER A BUMP IN THE ROAD. THE SHAKING IS UNCONTROLLABLE AND THE CONTACT CAN BARELY CONTROL THE VEHICLE. **THE DEALER TEST DROVE THE VEHICLE AT LOW SPEEDS AND FOUND NO FAILURES.** THE FAILURE MILEAGE WAS 12,000.
**1 Affected Product**

June 26, 2009 **NHTSA ID NUMBER: 10275011**
**Components: STEERING**
**NHTSA ID Number:** 10275011
**Incident Date** April 2, 2009
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSW21P46E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHEN DRIVING WHEN YOU GO OVER A BUMP ,RXR CROSSING OR MAN HOLE COVER THE FRONT END OF THE VEHICLE SEVERELY SHAKES TO THE POINT YOU HAVE TO JAM ON THE BRAKES OR WRECK. I REPLACED THE STEERING STABILIZER AS INSTRUCTED TO BUT THE OUTCOME HAS NOT CHANGED. **I HAVE CALLED FORD NUMEROUS**

Class Action Complaint
Case No.

**TIMES,BOTH THE DEALER AND FORD MANUFACTURER. THEY BOTH ACT LIKE THEY HAVE NEVER HEARD OF THIS SEVERE PROBLEM.** *TR

1 Affected Product

March 31, 2011 **NHTSA ID NUMBER: 10393902**
**Components: STEERING**
**NHTSA ID Number:** 10393902
**Incident Date** March 28, 2011
**Consumer Location** JACKSONVILLE, FL
**Vehicle Identification Number** 1FTSW21PX6E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2006 FORD F-250 EXPERIENCES A SEVERE VIBRATION BETWEEN 50 - 65 MPH. SPECIFICALLY NOTICED AFTER HITTING A POTHOLE OR DRIVING ON UNEVEN ROADS. TRUCK IS COMPLETELY STOCK AND HAS HAD SHOCKS/ STEERING STABILIZER / BRAKES / TIRES / ALIGNMENT / (REPLACED/COMPLETED) AT A CERTIFIED FORD DEALER WITHIN THE PAST 2 MONTHS. ADDITIONALLY, I HAD EVERY BALL JOINT, TIE ROD END, STEERING COMPONENT INSPECTED AT MY COST TO INVESTIGATE THE ISSUE. THE STEERING VIBRATION STILL EXISTS. FORUMS AND OTHER SITES HAVE STARTED TO CALL THIS THE "DEATH WOBBLE". ALTHOUGH IT CAN BE ESCAPED BY SLOWING DOWN OR ACCELERATING THROUGH THE VIBRATION, IT CAN EASILY CAUSE LOSS OF CONTROL TO THE UNEXPECTED DRIVER. I HAVE DRIVEN FORD VEHICLES (TRUCKS) FOR THE PAST 20 YEARS AND THIS IS THE FIRST TIME I HAVE VENTURED TO FILE AN OFFICIAL COMPLAINT. FOLLOWING THE SERVICE BULLETIN TO ADJUST TIRE PRESSURE DID NOT CORRECT THE PROBLEM. BRAND NEW TIRES AND ALIGNMENT OFFERED A MINOR REPRIEVE ONLY FOR ME TO EXPERIENCE THE SAME ISSUES LESS THAN 50 MILES LATER. PEOPLE WHO HAVE EXPERIENCED THIS ISSUE NEED TO GET SPECIFIC IN ORDER TO PROMPT ACTION FROM EITHER THE NHTSA OR THE FORD MOTOR COMPANY. I DID NOT EXPERIENCE THIS ISSUE TILL APPROXIMATELY 60,000 MILES, SOMETIME AFTER A BRAKE CHANGE. THE SUBSEQUENT ISSUES LEAD ME TO CHANGE THE AFOREMENTIONED EQUIPMENT IN ORDER TO RESOLVE THE ISSUE. TO THIS POINT, **THE DEALERSHIP CAN FIND NOTHING WRONG BUT THE ISSUE REMAINS**. TO REINTERATE, THIS TRUCK IS STOCK, NO MODIFICATIONS HAVE BEEN MADE AND REQUIRED MAINTENANCE HAS BEEN CONDUCTED BY THE DEALER IN EVERY INSTANCE. *TR

1 Affected Product

August 1, 2011 **NHTSA ID NUMBER: 10416598**
**Components: STEERING**
**NHTSA ID Number:** 10416598
**Incident Date June 22, 2008**

-219-

**Consumer Location** COLLIERVILLE, TN
**Vehicle Identification Number** 1FTSW21P96E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THE TRUCK AT 55 - 65 MPH GOES INTO WHAT HAS BEEN DESCRIBE AS A DEATH WOBBLE. THE TRUCK STARTS SHAKING VIOLENTLY. IT IS ALL YOU CAN DO TO KEEP CONTROL OF THE TRUCK UNTIL YOU SLOW DOWN TO ABOUT 40 MPH WHICH IS DANGEROUS ON THE FREEWAY. FORD HAS A DEFECT IN THE STEERING ON THESE TRUCKS AND IT NEEDS TO BE FIXED. I FEAR FOR MY FAMILY'S SAFETY. **THE FORD DEALERSHIP CANNOT FIX IT.** IT HAS BEEN DOING THIS SINCE ABOUT 12000 MILES. IT NOW HAS 100000 MILES AND STILL HAS NOT BEEN FIXED. IT HAS BEEN DOING THIS SINCE ABOUT 2008. *KB
**1 Affected Product**

January 28, 2009 **NHTSA ID NUMBER: 10256667**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10256667
**Incident Date** May 20, 2008
**Consumer Location** HICKORY, NC
**Vehicle Identification Number** 1FTWW33P46E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A 4WD F350 DUALLY. WHILE TRAVELING AT HIGHWAY SPEEDS APPROX. 45MPH AND ABOVE AND AFTER TRAVELING OVER AN UNEVEN ROAD SURFACE OR BUMP IN THE ROAD, THE FRONT END GOES INTO AN UNCONTROLLABLE SHIMMY/OSCILLATION. THIS CAN ONLY BE STOPPED BY PULLING OVER AND COMPLETELY STOPPING THE VEHICLE. **I HAVE TAKEN THE TRUCK TO A FORD DEALERSHIP WHO CHECKED THE FRONT END AND SAID THERE WAS NOTHING WRONG W/ THE TRUCK AND THAT IT WAS A TIRE PROBLEM.** I HAVE SINCE THEN BOUGHT NEW TIRES WHICH SOMEWHAT LESSENED THE PROBLEM BUT DID NOT CORRECT IT. I ALSO HAVE TAKEN THE TRUCK TO A REPUTABLE INDEPENDENT ALIGNMENT SHOP, AND THEY TOLD ME THAT THEY HAVE SEEN A LOT OF TRUCKS W/ THE SAME PROBLEM, BUT ARE UNABLE TO FIX IT DUE TO THE DESIGN OF THE FRONT END. THE INDEPENDENT SHOP SAID THERE IS TO MUCH CASTOR IN THE FRONT END AND NO WAY TO ADJUST IT. I AM NOW ON MY THIRD SET OF TIRES W/ ONLY 45000 MILES ON THE TRUCK. I BOUGHT THIS TRUCK FOR AROUND  $ 48,000.00 AND HAVE HAD THIS PROBLEM SINCE THE TRUCK HAD ABOUT 23000 MILES ON IT. I CANT EVEN DRIVE IT ON THE INTERSTATE DUE TO THE UNCONTROLLABLE FRONT END SHIMMY. **THE FORD DEALERSHIP WILL NOT ACKNOWLEDGE THAT I HAVE A PROBLEM.** I HAVE SEARCHED THE INTERNET AND

-220-

HAVE FOUND POST AFTER POST OF PEOPLE WHO HAVE THE SAME PROBLEM WITH THEIR TRUCK AND THE LACK OF ACKNOWLEDGMENT FROM FORD. THIS IS A VERY SERIOUS PROBLEM AND TO DATE I HAVE SPENT OVER $ 1,600.00 TRYING TO REMEDY IT. I HOPE SOME ONE FROM YOUR DEPT. IS FAMILIAR W/ THIS AND COULD POSSIBLY HELP ME.  THANK YOU   STEPHEN HALL *TR

**1 Affected Product**

January 4, 2011 **NHTSA ID NUMBER: 10374098**
**Components: SUSPENSION**
**NHTSA ID Number:** 10374098
**Incident Date** January 3, 2006
**Consumer Location** VIRGINIA BEACH, VA
**Vehicle Identification Number** 1FTWW31P86E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
APPROXIMATELY 1 MONTH AGO I PURCHASED A 2006 FORD F350 SUPER DUTY.WHILE TRAVELING ALONG HIGHWAYS 45-65MPH, AFTER HITTING A ROUGHER PORTION OF THE ROAD, THE FRONT WHEELS BEGIN TO HOP/SHAKE IN A HIGHLY UNSAFE MANNER TO WHICH THE VEHICLE IS ALMOST UNCONTROLLABLE. THIS HAPPENS ALMOST EVERYTIME I TRAVEL ON THE HIGHWAYS WHICH IS EVERYDAY. I HAVE RESEARCHED THIS ISSUE QUITE EXTENSIVELY ONLINE IN SUCH FORUMS AS THIS. MANY HAVE TRIED REPLACING PARTS BUT IT SEEMS TO BE A MANUFACTURING DEFECT. I WANTED TO MAKE SURE NOTHING WAS OUT OF THE ORDINARY BEFORE I WASTE HUNDREDS OR THOUSANDS OF DOLLARS TRYING TO FIX. SAFETY IS OF THE MAIN CONCERN FOR MYSELF AND ESPECIALLY OTHERS ON THE ROAD DUE TO THE SIZE OF THE VEHICLE. **I HAVE CONTACTED A LOCAL REPUTABLE FORD DEALER AND THEY INFORMED ME THAT THERE ARE NO RECALLS AS OF TODAY JANUARY 4 2011.** *TR

**1 Affected Product**

April 4, 2011 **NHTSA ID NUMBER: 10394247**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10394247
**Incident Date** April 2, 2011
**Consumer Location** LEBANON, OR
**Vehicle Identification Number** 1FTWW31P36E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

-221-

Class Action Complaint
Case No.

FORD F350 DEATH SHAKE HAS HAPPENED MULTIPLE TIMES TRUCK HITS BUMP OR POT HOLE REGARDLESS OF SPEED (BUT SHAKE IS WORSE OVER 40 MPH)AND STARTS A VERY DANGEROUS SHAKE THAT GETS WORSE UNTIL THE WHOLE TRUCK IS OUT OF CONTROL. BRAKING HARD TO STOP WILL STOP IT BUT ACCIDENT SEEMS TO BE AROUND THE CORNER. **I HAVE TAKEN TO DEALER AND TIRE SHOP THEY SAY NOTHING WRONG.** *TR

**1 Affected Product**

May 24, 2017 **NHTSA ID NUMBER: 10991433**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 10991433
**Incident Date** May 21, 2017
**Consumer Location** BLACKFOOT, ID
**Vehicle Identification Number** 1FDWX37Y66E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE TOWING MY LARGE CAMPER, ON THE FREEWAY, I HIT A BUMP. THE FRONT END OF THE TRUCK STARTED SHAKING VIOLENTLY. IT WAS ALL I COULD DO TO STOP THE TRUCK WITHOUT WRECKING. I HAD TO STOP IN THE TRAFFIC LANE. THIS WAS AN EXTREMELY DANGEROUS SITUATION. AFTER RESUMING TRAVEL, THE FRONT END WOULD SHIMMY AT ABOUT 45 MPH. I HAD TO DRIVE HOME AT 40 MPH...ROUGHLY ANOTHER 75 MILES. I THINK I HAVE SEEN AN ADVISORY LETTER FROM FORD, TO OWNERS, CONCERNING THIS. THERE ARE MANY, MANY INSTANCES OF THIS HAPPENING. ONE CAN FIND DOZENS OF EXAMPLES OF THIS HAPPENING IF ONE LOOKS ON LINE. **NEITHER FORD NOR THE LOCAL FORD DEALER SEEMS TO BE AWARE OF THE PROBLEM.** WE WERE TRAVELING AT ABOUT 60 MPH AT THE TIME OF THE INCIDENT.

**1 Affected Product**

January 16, 2014 **NHTSA ID NUMBER: 10560235**
**Components: STEERING**
**NHTSA ID Number:** 10560235
**Incident Date** November 2, 2012
**Consumer Location** THEODORE, AL
**Vehicle Identification Number** 1FTWW33P46E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

Class Action Complaint
Case No.

DRIVING VEHICLE WITH FIFTH WHEEL 31 FT CAMPER IN TOW VEHICLE LURCHED TO THE LEFT AND ATTEMPTS TO CORRECT FOUND GREAT RESISTANCE IN STEERING RESPONSE. ON SEVERAL OCCASIONS SINCE AND AT NO SPECIFIC SPEED THE VEHICLE WILL LURCH TO THE LEFT OR RIGHT OR SHIMMY TO THE POINT THAT STEERING BECOMES ALMOST UNRESPONSIVE. I HAD THE VEHICLE CHECKED AND WAS ADVISED NOTHING WAS IN NEED OF REPLACEMENT. THEN I RECEIVED A LETTER FROM FORD MOTOR CO DESCRIBING THE EXACT STEERING SITUATION THAT I AM EXPERIENCING ALONG WITH RECOMMENDATIONS TO KEEP TIRES INFLATED PROPERLY, WHICH I HAVE AND CONTINUE TO HAVE CORRECT. **I CONTACTED FORD TO VOICE MY CONCERN AND WAS ADVISED THIS IS "JUST A NORMAL QUALITY OF A SOLID FRONT AXEL 4 WHEEL DRIVE TRUCK".** I USE THIS VEHICLE TO PULL A CAMPER AND WHEN THIS "SEVERE VIBRATION AND OSCILLATION" OCCURS IT CAUSES THE TRUCK/TRAILER TO LURCH SO FAR AS TO CAUSE IT TO SHIFT LANES. THIS PROBLEM OCCURS AT ALL SPEEDS, EVEN HIGHWAY SPEEDS OF 70MPH. I WAS ALSO TOLD THAT THE LETTER WAS ONLY A "NOTIFICATION OF THE SITUATION AND HOW TO AVOID" AND NOT A RECALL. FURTHERMORE, FORD ADVISED THAT I TAKE THE VEHICLE IN TO A FORD DEALER AT MY COST TO ENSURE THAT THIS WAS THE CAUSE OF THE PROBLEM. THIS SITUATION IS SEVERE ENOUGH THAT IT COULD AND PERHAPS HAS BEEN THE CAUSE OF TRAFFIC ACCIDENTS. HOW LONG WILL THIS BE ALLOWED TO GO ON BEFORE A RECALL IS ISSUED? HAVING IDENTIFIED A VEHICLE STEERING PROBLEM, THAT IN MY OPINION COULD BE LIFE THREATENING, SHOULD BE SUFFICIENT CAUSE FOR A RECALL TO BE ISSUED. *TR

**1 Affected Product**

February 19, 2009 **NHTSA ID NUMBER: 10259399**
**Components: SUSPENSION, POWER TRAIN**
**NHTSA ID Number:** 10259399
**Incident Date** February 15, 2009
**Consumer Location** ROCK PORT, MO
**Vehicle Identification Number** 1FTWW31P56E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I PURCHASED MY 2006 SUPERDUTY NEW IN JUNE 2006 WHEN THE TRUCK WAS NEW I HAD SOME SHAKING IN THE FRONT END AT SPEEDS OVER 65 BUT RECENTLY IT HAS GOT MUCH WORSE. THIS HAS OCCURRED AT LEAST TEN TIMES NOW AND THE LAST FEW TIMES ON THE INTERSTATE WHEN GOING AROUND 70 MPH IF YOU HIT ROUGH SPOTS IT WILL START A VIOLENT SHAKE IF I SLOWLY REDUCE SPEED IT WILL STOP AROUND 45 MPH. I AM STARTING TO THINK IT IS NOT EVEN SAFE ENOUGH FOR MY FAMILY TO RIDE IN THE TRUCK ANYMORE. **MY DEALER SAYS THEY DON'T SEE ANY PROBLEMS SO I HAVE NOT BEEN ABLE TO GET ANYTHING DONE TO RESOLVE THIS PROBLEM EVEN THOUGH THE TRUCK HAS LESS THAN 36,000 AND IS STILL UNDER BUMPER TO BUMPER WARRANTY TILL JUNE OF THIS YEAR.** I HAVE HAD MANY

Class Action Complaint
Case No.

FORDS OVER THE PAST 8 YEARS AND I WOULD LIKE TO THINK THAT FORD WILL TAKE CARE OF THIS IF THEY WANT TO KEEP ME AS A LOYAL CUSTOMER. I DON'T THINK I SHOULD BE RESPONSIBLE TO PAY FOR FORDS DESIGN FLAWS OUT OF MY POCKET (IF THERE EVEN IS A WAY TO FIX IT). IF FORD WILL NOT DO SOMETHING TO PERMANENTLY FIX THE PROBLEM MY WIFE AND I WILL NO LONGER BUY FROM THEM. *TR

**1 Affected Product**

January 30, 2012 **NHTSA ID NUMBER: 10445958**
**Components: STEERING**
**NHTSA ID Number:** 10445958
**Incident Date** May 25, 2011
**Consumer Location** BOWLING GREEN, KY
**Vehicle Identification Number** 1FTWW33P46E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I PURCHASED THE TRUCK USED MAY 2011. THE VERY DAY I PURCHASED THE TRUCK I GOT A WOOBLE WHEN I HIT A BUMP. THIS IS A DAILY OCCURANCE. WHEN I HIT A BUMP JUST RIGHT OR WHEN I APPLY MEDIUM TO HARD BREAKING IT BEGINS TO WOBBLE TO GET IT UNDER CONTROL I HAVE TO BREAK HARD AND COME ALMOST TO A COMPLETE STOP. **I HAVE HAD IT IN THE DEALERSHIP 3 TIMES I WAS TOLD THERE WAS NOTHING WRONG WITH THE FRONT END, AND WAS TOLD TO ADJUST MY AIR PRESSURE LOWER, THEY ADJUSTED IT, IT CORRECTED NOTHING.** I HAVE BEGAN TO JUST DRIVE AND DEAL WITH IT TILL TODAY. IT SHOOK ME INTO AN ONCOMING LANE BEFORE I GOT IT UNDER CONTROL. I REALIZE THIS IS NOT A NEW TRUCK, THIS PROBLEM SEEMS TO BE BEING SWEPT UNDER THE RUG. SOME WILL GET INJURED OR KILLED IF THIS IS NOT RESOLVED. I DON'T DARE LET MY WIFE DRIVE THE TRUCK BECAUSE I KNOW SHE DOES NOT HAVE THE SKILLS TO CONTROL THIS. *TT

**1 Affected Product**

December 30, 2008 **NHTSA ID NUMBER: 10253225**
**Components: SUSPENSION**
**NHTSA ID Number:** 10253225
**Incident Date** June 1, 2008
**Consumer Location** ALPINE, CA
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

Class Action Complaint
Case No.

2007 F250 SUPER DUTY SHAKES VIOLENTLY WHEN AT SPEEDS AT 60-65 AND HITS A BUMP. SHAKES ONLY ON THE RIGHT SIDE. HAS BEEN HAPPENING FOR EIGHT MONTHS. **HAS TAKEN IT INTO THE DEALER 2-3 TIMES AND THEY CAN NOT FIND ANYTHING WRONG. THEY TOLD ME IT WAS "UNSAFE TO DRIVE" BUT GAVE IT BACK TO ME AND SAID I COULD DRIVE IT**. MAKES DRIVING IN DOWNTOWN SAN DIEGO DIFFICULT. THE SHAKING LASTS FROM 3-20 MINUTES. SHAKES WHILE TOWING CARS AND IS VERY SCARY. *TR

**1 Affected Product**

---

April 13, 2009 **NHTSA ID NUMBER: 10265146**
**Components: FUEL SYSTEM, DIESEL, POWER TRAIN, ENGINE AND ENGINE COOLING, SUSPENSION**
**NHTSA ID Number:** 10265146
**Incident Date** April 5, 2009
**Consumer Location** CADIZ, KY
**Vehicle Identification Number** 1FTSX21P67E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A FORD F250 2007 4X4 DIESEL. WENT OVER A BUMP IN THE ROAD AND THE STEERING WHEEL STARTED SHAKING SO BAD I RAN OFF THE ROAD. FORD SENT ME A LETTER ABOUT TIRE PRESSURE, BUT I ASSURE YOU I CHECK MY TIRES AT LEAST ONCE A WEEK BECAUSE I PULL EQUIPMENT ALMOST DAILY. FORD IS TRYING TO COVER UP SOMETHING AND IT NEEDS TO BE FIXED. **I HAVE HAD THE TRUCK ALMOST TWO YEARS, AND HAVE HAD IT BACK AT THE DEALERSHIP 29 TIMES IN 22 MONTHS. THEY HAVE AN ISSUE WITH EITHER THE TURBO OR THE ICP AND KEEP TELLING ME IT IS NORMAL.** I WAS WONDERING WHO WOULD LIKE TO SEE THE VIDEOS OR HEAR THE TAPE RECORDINGS OF THEM TELLING ME NORMAL IS WHEN THE TRUCK IS HOPING SO BAD THE FRONT TIRES COME OFF THE GROUND. *TR

**1 Affected Product**

---

January 27, 2009 **NHTSA ID NUMBER: 10256489**
**Components: STEERING, WHEELS**
**NHTSA ID Number:** 10256489
**Incident Date** October 30, 2007
**Consumer Location** CITY OF INDUSTRY, CA
**Vehicle Identification Number** 1FTSW21P47E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

-225-

Class Action Complaint
Case No.

TL*THE CONTACT OWNS A 2007 FORD F-250 SD. THE CONTACT NOTICED THAT THE STEERING COLUMN AND WHEELS VIBRATE ABNORMALLY. SPEED WAS NOT A FACTOR DURING THE FAILURES. HIS CONTROL OF THE VEHICLE WAS SIGNIFICANTLY REDUCED. **HE TOOK THE VEHICLE TO THE DEALER AND THEY STATED THAT THE FAILURE WAS A NORMAL CHARACTERISTIC OF THE VEHICLE.** HE CALLED THE MANUFACTURER AND IS WAITING FOR A RESPONSE. THE FAILURE MILEAGE WAS 300 AND CURRENT MILEAGE WAS 31,100.

**1 Affected Product**

---

July 21, 2008 **NHTSA ID NUMBER: 10235162**
**Components: SUSPENSION**
**NHTSA ID Number:** 10235162
**Incident Date** November 13, 2006
**Consumer Location** SAN DIEGO, CA
**Vehicle Identification Number** 1FTWW31Y47E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL*THE CONTACT OWNS A 2007 FORD F350. WHILE DRIVING 55 MPH AND HIGHER, THE FRONT END OF THE VEHICLE SHAKES VIOLENTLY AND BECOMES UNCONTROLLABLE. **THE DEALER COULD NOT DUPLICATE THE FAILURE.** THE CURRENT MILEAGE WAS 9,670 AND FAILURE MILEAGE WAS 700.

**1 Affected Product**

---

July 29, 2010 **NHTSA ID NUMBER: 10346223**
**Components: STEERING**
**NHTSA ID Number:** 10346223
**Incident Date** July 26, 2010
**Consumer Location** JESUP, IA
**Vehicle Identification Number** 1FTSX21568E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
I BOUGHT A 2008 FORD F-250 EXTENDED CAB TRUCK AND WHEN I GO OVER A SMALL BUMP IN THE ROAD THE FRONT END SHAKES REAL BAD TO THE POINT I ALMOST LOST CONTROL GOING DOWN A HIGHWAY AT 55MPH. I CHECKED THE AIR PRESSURE IN THE TIRES AND THEY WERE AT 70PSI IN THE FRONT AND 80PSI IN THE BACK. THE DOOR STICKER SAID THE PRESSURES SHOULD BE 70 IN THE FRONT AND 80 IN THE BACK. I HAVE REPLACED THE SHOCKS AND STEERING STABILIZER SHOCK AND IT DID NOT MAKE A DIFFERENCE. THE OLD SHOCKS APPEARED TO BE IN GOOD SHAPE YET. I THEN

Class Action Complaint
Case No.

REPLACED THE TIRES EVEN THOUGH THEY WERE STILL GOOD AND THEY WERE WORN EVENLY. STILL DID NOT FIX IT. I THEN DROPPED MY AIR PRESSURE IN THE TIRES TO 60PSI FRONT AND BACK TO IF IT MADE A DIFFERENCE. STILL DID NOT FIX IT. **I HAD THE DEALERSHIP LOOK AT IT AND THEY SAID THEY COULD NOT FIND ANYTHING WRONG WITH IT.** I OWNED A 1999 F-250 AND IT NEVER HAD THIS PROBLEM. I HAD 165,000 MILES ON IT WHEN I TRADED IT IN FOR THIS ONE. I GOOGLED MY PROBLEM AND FOUND A LOT OF PEOPLE WITH THE SAME PROBLEM. FORD NEEDS TO COME UP WITH A REPAIR FOR THIS SOON. I WON'T LET MY WIFE DRIVE THIS TRUCK FOR FEAR OF THIS HAPPENING AND HER ENDING UP IN A WRECK. FORD NEEDS TO THINK ABOUT THE PEOPLE AND CHILDREN THAT RIDE IN THERE VEHICLES AND THE LIVES THAT THEY COULD TAKE. I AM A FORD DRIVER ALL MY VEHICLES ARE FORD AND I'M NOT MAD AT FORD YET BUT THEY NEED TO CURE THIS PROBLEM. THIS PROBLEM IS FOR SURE A DESIGN FLAW. *TR

**1 Affected Product**

March 13, 2010 **NHTSA ID NUMBER: 10319436**
**Components: SUSPENSION**
**NHTSA ID Number:** 10319436
**Incident Date** March 12, 2010
**Consumer Location** RAYMOND, NH
**Vehicle Identification Number** 1FTWX31508E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
2008 F-350 HAS WHAT THEY CALL THE "DEATH WOBBLE" AND HAS A CONSTANT SHAKE AT HIGHWAY SPEEDS. FORD BLAMED IT ON THE TIRES. I REPLACED TIRES WITH ONE OF THE BEST YOU CAN BUY. CONTINUED TO DO THE SAME THING. **FORD BLAMED IT ON THOSE TIRES. BEEN IN FOR SERVICE 5 TIMES IN 1 YEAR. DEALERSHIP TOLD ME NOT TO COME BACK BECAUSE THEY CAN'T FIX IT. FORD TELLS ME TO GO BACK TO THE DEALERSHIP.** SOMEDAY I'M GOING TO KILL SOMEONE OR MYSELF IN THIS TRUCK SINCE I HAVE NO CONTROL WHEN THE "DEATH WOBBLE" STARTS UNTIL I CAN SLOW DOWN TO ABOUT 20 MPH ON AN INTERSTATE HIGHWAY.  UPDATED IVOQ 05/26/10

**1 Affected Product**
**2 Associated Documents**

November 29, 2012 **NHTSA ID NUMBER: 10486420**
**Components: SUSPENSION**
**NHTSA ID Number:** 10486420
**Incident Date** June 1, 2012
**Consumer Location** SILT, CO
**Vehicle Identification Number** 1FTWW31R48E****
**Summary of Complaint**

Class Action Complaint
Case No.

**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2008 FORD F-350 SUPER DUTY. THE CONTACT STATED THAT WHEN DRIVING 55-70 MPH OVER A ROAD BUMP, THE VEHICLE WOULD SHAKE UNCONTROLLABLY. THE CONTACT HAD TO APPLY PRESSURE TO THE BRAKE PEDAL IN ORDER TO CONTROL THE VEHICLE. THE FAILURE WAS EXPERIENCED NUMEROUS TIMES. **THE VEHICLE WAS TAKEN TO THE DEALER WHO TEST DROVE THE VEHICLE, BUT WAS UNABLE TO DUPLICATE THE FAILURE.** THE CONTACT TOOK THE VEHICLE TO A TIRE SPECIALIST WHO PERFORMED AN ALIGNMENT AND REPLACED THE TIRES AND SHOCKS HOWEVER, THE FAILURE WAS NOT CORRECTED. THE VEHICLE CONTINUED TO SHAKE UNCONTROLLABLY WHEN DRIVING OVER A ROAD BUMP. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 29,800 AND THE CURRENT MILEAGE WAS 30,000.
**1 Affected Product**

February 5, 2018 **NHTSA ID NUMBER: 11067094**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11067094
**Incident Date** February 3, 2018
**Consumer Location** NORTHPORT, AL
**Vehicle Identification Number** 1FTWW31R78E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
AFTER HITTING A BUMP IN THE ROAD, THE TRUCK WILL SHAKE VIOLENTLY AND ATTEMPT TO GET OUT OF CONTROL. THE ONLY WAY TO CORRECT THIS IS BRING THE VEHICLE SPEED DOWN TO UNDER 20 MPH. THIS PROBLEM BEGAN OCCURRING SPORADICALLY ABOUT ONE YEAR AGO AND HAS GOTTEN CONSISTENTLY WORSE. IT IS SO SEVER THAT I HAVE DECIDED TO PARK THE VEHICLE OUT OF A CONCERN FOR SAFETY. **I HAD THE VEHICLE INSPECTED AT THE LOCAL FORD DEALERSHIP APPROXIMATELY 3-4 MONTHS AGO AND THEY SAID EVERYTHING WAS FINE. TODAY,** I RECEIVED IN THE MAIL A NOTICE MARKED "SPECIAL FIELD ACTION 09L02" THAT SAYS THE PROBLEM IS DUE TO TIRE INFLATION. I HAVE THE PROPER SIZE TIRES AND I KEEP THEM PROPERLY INFLATED. AFTER RESEARCHING THIS, I HAVE NOTICED THAT THIS PROBLEM DATES BACK TO 2005 AND FORD HAS SENT THIS SAME NOTICE OUT MANY TIMES. IT IS NOT A TIRE PROBLEM. I BELIEVE IT IS A KNOWN SUSPENSION PROBLEM AND IT IS DANGEROUS. THIS NEEDS TO BE A MANDATORY RECALL AND IT NEEDS TO BE PAID FOR BY FORD. I CALLED THEIR SERVICE LINE TODAY AND WAS TOLD MY VEHICLE WASN'T PART OF ANY NOTICE OR RECALL. THE PAPER I GOT TODAY SAYS "THIS NOTICE APPLIES TO YOUR VEHICLE" AND GOES ON TO GIVE MY VIN #. IT IS A BIG PROBLEM AND NOW IT HAS A BIG COVER-UP TO GO WITH IT.

Class Action Complaint
Case No.

1 Affected Product

September 17, 2013 **NHTSA ID NUMBER: 10544035**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10544035
**Incident Date** September 1, 2010
**Consumer Location** NEWPORT NEWS, VA
**Vehicle Identification Number** 1FTSW21R79E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THE FRONT TIRES AND STEERING WHEEL SHIMMY LEFT TO RIGHT AT HIGHWAY SPEEDS. IT WAS BROUGHT TOP THE DEALERSHIP FROM WHERE IT WAS PURCHASED TO BE REPAIRED. **DEALERSHIP SAID THEY FOUND NO ISSUES WITH IT.** IT WAS NOTICED AGAIN AND BROUGHT BACK TO THE DEALERSHIP AFTER I REPLACED THE STEERING STABILIZER. I WAS TOLD AT THAT POINT THE TRACK BAR BALL JOINT WAS WORN AND WAS CHARGED $400.00 FOR THE REPAIR. THE VEHICLE IS PROGRESSIVELY GETTING WORSE. NOW THE FRONT END STARTS TO SHIMMY AND IS UNSAFE FOR ANY SPEED ABOVE 45MPH. THIS IS AN ONGOING ISSUE WITH ALL SUPER DUTY TRUCKS. THE PROBLEM CAN BE SEEN ON LINE AT YOU TUBE / FORD DEATH WOBBLE. THE TECHNICIAN THAT WORKED ON MY VEHICLE TOLD ME HE HAD NO IDEA WHAT WAS CAUSING THE PROBLEM. *TR
1 Affected Product

December 14, 2011 **NHTSA ID NUMBER: 10439936**
**Components: WHEELS, SUSPENSION**
**NHTSA ID Number:** 10439936
**Incident Date June 15, 2010**
**Consumer Location** COUNCIL BLUFFS, IA
**Vehicle Identification Number** 1FT7W2BT3BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE EXPERIENCED A VIOLENT WOBBLE IN MY FRONT END OF THE 2011 FORD 250 CREW CAB DIESEL. **HAVE TAKING IT TO A FORD DEALER FOUR TIMES , THEY SAY THAT THEY CAN NOT FIND ANYTHING WRONG.** AT 50+ THE TRUCK SHIMMIES SO BAD I HAVE TO SLOW DOWN TO ALMOST A STOP TO STOP THE SHIMMY. I'M AT THE POINT WHERE IT FEELS UNSAFE TO DRIVE. THANK YOU FOR YOUR TIME. *TR
1 Affected Product

Class Action Complaint
Case No.

October 23, 2014 **NHTSA ID NUMBER: 10649518**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10649518
**Incident Date** October 22, 2014
**Consumer Location** ZEBULON, NC
**Vehicle Identification Number** 1FT7W2BT9BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
MY HUSBAND WAS DRIVING THROUGH A ROAD CONSTRUCTION WORK ZONE WHEN SUDDENLY THE STEERING WHEEL STARTED SHAKING VIOLENTLY AND JUMPED OUT OF HIS HANDS . HE LOST CONTROL OF THE TRUCK . THE OTHER DRIVERS WERE ABLE TO COMPENSATE FOR THE OUT OF CONTROL TRUCK AND AN ACCIDENT WAS AVOIDED . I WENT ON TO RESEARCH THIS ISSUE . I FOUND A FORUM WITH MANY OTHERS HAVING THE SAME ISSUE . **MY HUSBAND TOOK IT TO THE LOCAL DEALERSHIP WHERE THEY SAY THEY HAVE NO KNOWLEDGE OF SUCH ISSUES . THEY TOLD HIM IT WAS POOR TIRE PRESSURE OR OUT OF ALIGNMENT .** MY HUSBAND HAD BOTH CHECKED AND THERE WAS NO PROBLEM . I FEAR IT IS JUST A MATTER OF TIME BEFORE THERE IS A SEVERE ACCIDENT DUE TO THIS ISSUE . THE OTHERS SAY THE VEHICLE CONTINUES TO DO THE" DEATH WOBBLE" AS IT HAS BEEN COINED ONLINE . PLEASE HAVE SOMEONE LOOK INTO THIS PROBLEM . I HAVE ALSO EMAILED FORD MOTOR COMPANY . *TR
**1 Affected Product**

---

May 23, 2015 **NHTSA ID NUMBER: 10721166**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 10721166
**Incident Date** October 10, 2014
**Consumer Location** REEDVILLE, VA
**Vehicle Identification Number** 1FT7X2B64BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WE HAVE HAD ABOUT FOUR OCCASIONS WHERE OUR TRUCK SUDDENLY BEGINS TO SHAKE AND VIBRATE, CANNOT CONTROL THE SHIMMY UNTIL YOU CAN SLOW IT DOWN UNDER 30 MPH. IT HAPPENED THREE TIMES AT ABOUT 33,000 MILES. TWO TIMES IT WAS COMING OFF BRIDGE, HITTING A STEEL CHANNEL AT THE JUNCTION AND ONE TIME A LARGE HOLE. ALL THREE TIMES IT WAS ONE WHEEL HITTING THE HOLE OR DEPRESSION BEFORE THE OTHER WHEEL HIT. **WE TOOK IT TO FORD DEALERSHIP.....NO IDEAS THERE.** THEY REBALANCED THE LEFT TIRE AND NO MORE

Class Action Complaint
Case No.

PROBLEMS UNTIL TODAY WHEN IT HAPPENED AGAIN WHEN COMING OFF A BRIDGE. ABOUT 38,000 MILES AND IT WAS THE SAME THING. CANNOT CONTROL THE SHIMMY UNTIL THE VEHICLE HAS SLOWED TO ABOUT 30 MILES PER HOUR. MOST FRIGHTENING! I REFUSE TO DRIVE IT AGAIN UNTIL THIS IS FIGURED OUT! BIG, OUT-OF-CONTROL TRUCK IS NOT MY CUP OF TEA.

**1 Affected Product**

---

December 22, 2015 **NHTSA ID NUMBER: 10811752**
**Components: SUSPENSION**
**NHTSA ID Number:** 10811752
**Incident Date** November 1, 2015
**Consumer Location** ALBUQUERQUE, NM
**Vehicle Identification Number** 1FT7W2BT2BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. WHILE DRIVING VARIOUS SPEEDS, THE FRONT END OF THE VEHICLE SHOOK VIOLENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER. THE TECHNICIAN STATED THAT THE VEHICLE WAS WORKING UP TO SPECIFICATIONS.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 100,000.

**1 Affected Product**

---

September 20, 2012 **NHTSA ID NUMBER: 10476564**
**Components: STEERING**
**NHTSA ID Number:** 10476564
**Incident Date** September 1, 2012
**Consumer Location** WALPOLE, MA
**Vehicle Identification Number** 1FT7X2B65BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F250 SD. THE CONTACT STATED THAT WHILE DRIVING 60 MPH OVER A ROAD BUMP THE VEHICLE WOULD SHAKE UNCONTROLLABLY UNTIL THE SPEED DECELERATED TO 20 MPH. **THE VEHICLE WAS TAKEN TO THE DEALER WHO RAN A DIAGNOSTIC TEST AND COULD NOT DETERMINE ANY FAILURE WITH THE VEHICLE. THEY ALSO CHECKED THE TIRE PRESSURE BUT THERE WAS NO PROBLEM WITH THE TIRES.** THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 40,000.

**1 Affected Product**

Class Action Complaint
Case No.

November 18, 2013 **NHTSA ID NUMBER: 10552684**
**Components: STEERING**
**NHTSA ID Number:** 10552684
**Incident Date** October 9, 2013
**Consumer Location** VALLEY STREAM, NY
**Vehicle Identification Number** 1FT7W2B60BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT STATED THAT WHILE DRIVING 60 MPH OVER A ROAD BUMP, THE VEHICLE BEGAN TO SHAKE VIOLENTLY. THE CONTACT STATED THAT HE APPLIED THE BRAKES AND THE SHAKING CEASED. **THE VEHICLE WAS TAKEN TO THE DEALER FOR INSPECTION BUT THEY COULD NOT DIAGNOSE THE CAUSE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED.** THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 35,000.
**1 Affected Product**

January 15, 2014 **NHTSA ID NUMBER: 10560105**
**Components: STEERING**
**NHTSA ID Number:** 10560105
**Incident Date** January 15, 2013
**Consumer Location** Unknown
**Vehicle Identification Number** 1FT7W2BT2BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT STATED THAT WHILE TRAVELING APPROXIMATELY 60 MPH, THE VEHICLE SHOOK VIOLENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE FAILURE COULD NOT BE DIAGNOSED. THE VEHICLE WAS NOT REPAIRED.** THE MANUFACTURER WAS NOT CONTACTED ABOUT THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 30,000.
**1 Affected Product**

January 27, 2014 **NHTSA ID NUMBER: 10561609**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10561609

-232-

Class Action Complaint
Case No.

**Incident Date** January 27, 2012
**Consumer Location** SAN ANTONIO, TX
**Vehicle Identification Number** 1FT8W3DT2BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-350 SD. WHILE DRIVING 55 MPH, THE CONTACT STATED THAT THE VEHICLE BEGAN TO SHAKE VIOLENTLY. THE CONTACT APPLIED THE BRAKES TO SLOW THE VEHICLE DOWN AND THE SHAKING SUBSIDED. **THE VEHICLE WAS TAKEN TO THE DEALER FOR INSPECTION AND THEY WERE UNABLE TO DIAGNOSE THE FAILURE.** THE CONTACT STATED THE TRAC BAR, BUSHINGS, BALL JOINTS, STEERING AND TIE ROD ENDS WERE ALL REPLACED. THE TIRES ON THE VEHICLE WERE REPLACED AND BALANCED BUT THE FAILURE RECURRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 25,000. UPDATED 03/05/14*LJ  THE CONSUMER STATED HE EXPERIENCED STEERING WHEEL OSCILLATION FOR THE LAST 70,000 MILES. THE CONSUMER HAD NUMEROUS COMPONENTS REPLACED, BUT TO NO AVAIL. THE DEALER INFROMED THE CONSUMER THE OSCILLATION WAS NORMAL.
**1 Affected Product**

June 7, 2015 **NHTSA ID NUMBER: 10723796**
**Components: STEERING**
**NHTSA ID Number:** 10723796
**Incident Date June 6, 2015**
**Consumer Location** FARIBAULT, MN
**Vehicle Identification Number** 1FT8W3BT7BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I LOST STEERING IN THE TRUCK. THE STEERING WHEEL TURNED LEFT TO RIGHT AND VISE VERSA WITH A LOT OF PLAY. IT HAPPENS RANDOMLY. THE FRONT END WILL SHAKES BECAUSE OF NO STEERING MAKING THE TRUCK UNCONTROLLABLE. IT IS VERY RANDOM WHEN IT HAPPENS AND HAS HAPPENED AT INTERSTATE SPEED. **THE DEALER SAYS THERE IS NOTHING WRONG** AND HAVE REPLACED TIE ROD ENDS ALONG WITH BRAKES.
**1 Affected Product**

February 8, 2018 **NHTSA ID NUMBER: 11071768**
**Components: ENGINE, STEERING**
**NHTSA ID Number:** 11071768

Class Action Complaint
Case No.

**Incident Date** January 10, 2018
**Consumer Location** ARVADA, CO
**Vehicle Identification Number** 1FTWW31P66E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-350 SD. WHILE DRIVING AT AN UNKNOWN SPEED, THE VEHICLE SHOOK VIOLENTLY. THE CONTACT HAD TO APPLY THE BRAKES TO SLOW DOWN THE VEHICLE AND STOP THE SHAKING. THE VEHICLE WAS DRIVEN TO THE CONTACT'S HOME. **THE DEALER (O'MEARA FORD, 400 W 104TH AVE, NORTHGLENN, CO 80234) STATED THAT THERE WERE NO RECALLS FOR THE FAILURE.** THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 190,000.
**1 Affected Product**

**August 20, 2013 NHTSA ID NUMBER: 10536235**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10536235
**Incident Date July 30, 2013**
**Consumer Location** TIFFIN, OH
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I WAS DRIVING DOWN THE ROAD AND HIT A SMALL SEAM IN THE ROAD AT APPROX. 60 MPH AFTER HITTING THE SMALL SEAM MY WHOLE TRUCK BEGAN SHAKING VIOLENTLY TO A POINT WHERE I HAD NO CONTROL OVER THE VEHICLE. ONCE THIS HAPPENED I BEGAN REDUCING SPEED AND AS THE SPEED WAS REDUCED THE SHAKING WAS REDUCED AS WELL. I HAD TO COME TO A COMPLETE STOP IN ORDER TO STOP THE SHAKING. ONCE STOPPED THE TRUCK DROVE FINE FOR A WEEK THEN DID IT AGAIN AND SINCE HAS DONE IT IN THE TWO WEEK FOLLOWING. **THE DEALERSHIP LOOKED AT IT AND SAID THEY COULD SEE NOTHING WRONG AND THAT EVERYTHING WAS TIGHT.** *TR
**1 Affected Product**

**August 30, 2014 NHTSA ID NUMBER: 10629639**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10629639
**Incident Date June 6, 2014**
**Consumer Location** BLUE MOUNDS, WI

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FT7W2B61CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
AFTER HITTING PATCHED PORTION ON ROAD FRONT WHEELS BEGAN TO SHAKE VIOLENTLY. STEERING WHEEL SHOOK. STOPPED VEHICLE AND INSPECTED. SAW NO DAMAGE SO I CONTINUED TO DRIVE. **I THEN TOOK TO LOCAL FORD DEALER FOR REPAIR. NOT FINDING ANYTHING AS OF THIS DATE 8/30**
1 Affected Product

April 9, 2014 **NHTSA ID NUMBER: 10578607**
**Components: WHEELS, STEERING, SUSPENSION**
**NHTSA ID Number:** 10578607
**Incident Date** January 15, 2014
**Consumer Location** VALPARAISO, IN
**Vehicle Identification Number** 1FT8W3BT4CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I AM EXPERIENCING WHAT THEY CALL THE "DEATH WOBBLE". AFTER HITTING A SERIES OF BUMPS / POT HOLES, THE FRONT WHEELS START TO SHIMMY AND SHAKE THE TRUCK VIOLENTLY, VERY HARD TO CONTROL THE VEHICLE. AS THE MILEAGE INCREASES ON MY TRUCK, THE INCIDENTS ARE BECOMING MORE FREQUENT AND INTENSE. TODAY, 04/09/2014, I ALMOST GOT KILLED ... LITERALLY ! ON I-65 SOUTH OF LAFAYETTE INDIANA, HIT A SERIOUS OF ROAD PATCH BUMPS AND HOLES ... THE TRUCK BEGAN TO SHIMMY AND SHAKE AND IT WENT INTO A FRENZY, THE WHOLE TRUCK SHAKING VIOLENTLY. CARS AROUND ME WERE DIVERTING AWAY, AND A SEMI WAS PUSHING HARD FROM BEHIND AND HIT HIS AIR BRAKES, I COULD NOT CONTROL THE VEHICLE. APPLYING THE BRAKES ONLY MADE IT WORSE. I AM A 6' 3" STRONG MUSCULAR MAN, AND COULD NOT CONTROL THE STEERING WHEEL OR DIRECTION OF THE VEHICLE. I STARTED IN THE RIGHT LANE, BUT WOUND UP IN THE MEDIAN, AND ALMOST TOOK OUT (2) CARS TO MY LEFT AND OF COURSE THE IMPENDING SEMI BEHIND ME. **I TOLD THE DEALER OF THE ISSUE, THEY DID THEIR INSPECTIONS AND FOUND NOTHING.** THE TRUCK IS OEM, I HAVE NOT ADDED OR MODIFIED A SINGLE THING, IT IS AS IT WAS FROM THE FACTORY. NOTHING HAS BEEN CHANGED OR MODIFIED FROM THE ORIGINAL FACTORY CONDITION !! A FORD CERTIFIED DEALERSHIP HAS SERVICED THIS VEHICLE SINCE THE DAY I BOUGHT IT NEW IN FEBRUARY OF 2013.   THERE HAVE BEEN LAWSUITS FILED, I HAVE NOT HAD THE TIME TO DO MORE RESEARCH. BUT IT SEEMS PRETTY INCREDIBLE TO ME, THAT WITH THIS RECURRING ISSUE THAT GOES BACK 15 YEARS OR MORE, THAT THIS AGENCY OR FORD HAS DONE NOTHING TO ADDRESS OR CORRECT THE SITUATION. GUESS WE NEED AT

Class Action Complaint
Case No.

LEAST 12 DEATHS TO MAKE IT WORTH SOMEONE'S ATTENTION TO UNDERSTAND THAT THIS IS A SEVERE SAFETY PROBLEM, NOT ONLY TO THE DRIVER AND HIS OCCUPANTS, BUT TO OTHER DRIVERS ON THE ROAD AROUND ONE OF THESE TRUCKS WHEN THE "DEATH WOBBLE" DOES IT'S THING, TAKING OVER THE TRUCK. WHY IS THIS BEING IGNORED ?? *TR

**1 Affected Product**

---

August 14, 2016 **NHTSA ID NUMBER: 10895820**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10895820
**Incident Date** August 27, 2015
**Consumer Location** LAKESIDE, CA
**Vehicle Identification Number** 1FT8W3BT9CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DEATH WOBBLE: DRIVING OVER A ROUGH PATCH OF FREEWAY OR OVER AN OVERPASS CROSS JOINT BETWEEN 50 - 65 MILES PER HOUR, I EXPERIENCE VIOLENT SHAKING DUE TO OSCILLATION OF THE FRONT WHEELS AND AXEL. MUST REDUCE SPEED TO ~30 MILES PER HOUR TO MAKE THE SHAKING STOP. I HAVE REPLACED/UPGRADED FRONT SHOCK ABSORBERS AND STEERING DAMPER WITH LITTLE EFFECT. I WILL NEXT REPLACE TIRES, ALIGN THE FRONT END AND HAVE THE TRACK BAR (PANHARD BAR) REPLACED. **THIS FIRST HAPPENED IN AUGUST 2015, THE DEALER TOLD ME IT WAS NORMAL**. MY TRUCK IS NOW OUT OF WARRANTY, AND THIS HAPPENS REGULARLY. I KNOW A SPOT THAT THE OSCILLATION WILL OCCUR, AND DRIVE TO AVOID IT, HOWEVER IT HAPPENS REGULARLY WITHOUT WARNING.

**1 Affected Product**

---

February 1, 2015 **NHTSA ID NUMBER: 10680339**
**Components: STEERING**
**NHTSA ID Number:** 10680339
**Incident Date** January 31, 2015
**Consumer Location** BOYCE, VA
**Vehicle Identification Number** 1FT8W3BT4CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
ON I-81 THRU HARRISONBURG, VA CROSSING A BRIDGE WITH SEVERAL BUMPS IN IT. THE STEERING WENT INTO UNCONTROLLED VIBRATION LIKE IT WAS COMING APART. I HAD TO SLOW DOWN TO 20 MPH TO GET IT TO STOP. 20 MPH AT NIGHT ON AN

-236-

INTERSTATE IS HARDLY SAFE. ANOTHER TIME IT OCCURRED WHILE ENTERING AN ON-RAMP TO AN INTERSTATE.  AGAIN, I HAD TO SLOW DOWN TO 20 MPH TO GET IT TO STOP. THE GUY BEHIND ME, ALSO TRYING TO MERGE, ALMOST HIT ME. THE VIBRATIONS HAVE OCCURRED SINCE THE TRUCK WAS ALMOST NEW. **THE FORD DEALER SAYS THIS IS NORMAL.** I THINK IT REPRESENTS AN ACCIDENT WAITING TO HAPPEN.  IT ONLY OCCURS UNDER SPECIFIC CONDITIONS AT SPEEDS OF 50-60 MPH, A SLIGHT TURN AND ROAD BUMPS OF A CERTAIN FREQUENCY TO INITIATE THE SHAKING. UNDER THOSE CONDITIONS, A MECHANICAL RESONANCE WITH POSITIVE FEEDBACK SEEMS TO CREATE THE UNCONTROLLABLE SHUDDER. *TR

**1 Affected Product**

September 22, 2017 **NHTSA ID NUMBER: 11025099**
**Components: ELECTRONIC STABILITY CONTROL, STEERING, SUSPENSION**
**NHTSA ID Number:** 11025099
**Incident Date** September 21, 2017
**Consumer Location** MICANOPY, FL
**Vehicle Identification Number** 1FT8W3BT7DE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE OUR TRUCK ON A NORMAL HIGHWAY WITH MINOR IRREGULARITIES AND SOME ROUGH SURFACES AT A SPEED OF 60 TO 70 MPH, THE TRUCK WILL START TO OSCILLATE TO THE POINT OF INDUCING A VIOLENTLY STEERING WHEEL SHIMMY AND AN UNCONTROLLABLE BOUNCE OF THE FRONT WHEELS. THIS HAS HAPPENED TWICE IN THE PAST 2-MONTHS WHEN I HAVE TAKEN THE TRUCK ON THE HIGHWAY. THE TRUCK IS PRIMARILY DRIVEN IN TOWN, I AM NOW SCARED TO GO ON THE ROAD WITH THE TRUCK AS THE CONDITION SEEMS TO BE GETTING WORSE.   I HAVE TO BRAKE QUICKLY AND STEER THE TRUCK TO THE SIDE OF THE ROAD TO STOP THE OSCILLATION. THE SHAKING IS HAS ALMOST CAUSED AN ACCIDENT BOTH TIMES WITH THE VEHICLE BEING VERY DIFFICULT TO CONTROL. ONLY AFTER SLOWING TO APPROXIMATELY 30 MPH DOES THE OSCILLATION STOP. UPON RESEARCHING THIS PROBLEM, I AM PERPLEXED WHY FORD OR THE NTHSA HAVE NOT STEPPED FORWARD TO ADDRESS THIS ISSUE, SOMEONE WILL BE HURT OR KILLED IF A SOLUTION IS NOT FOUND. **WE HAVE TAKEN THE TRUCK NOW TO TWO DIFFERENT CERTIFIED FORD DEALERSHIPS AFTER EACH INCIDENT EACH TIME WE WERE TOLD THERE WAS NOTHING WRONG WITH THE VEHICLE AND THIS SOMETIMES HAPPENS WITH THESE TRUCKS.** THIS CAN'T SERIOUSLY BE TRUE? AFTER DOING RESEARCH I'VE FOUND THAT THE "DEATH WOBBLE" AS THIS PROBLEM HAS BEEN TERMED BY THE MASSES IS A SERIOUS PROBLEM AND HAS BEEN FOR MANY YEARS NOT FOR THE SELECT FEW CONSUMERS BUT FOR SO MANY.

**1 Affected Product**

-237-

Class Action Complaint
Case No.

October 20, 2014 **NHTSA ID NUMBER: 10648730**
**Components: ELECTRONIC STABILITY CONTROL, UNKNOWN OR OTHER, SUSPENSION**
**NHTSA ID Number:** 10648730
**Incident Date** October 15, 2014
**Consumer Location** SANBORNTON, NH
**Vehicle Identification Number** 1FT7X3B66FE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TRAVELING ON A PAVED ROAD. SPEED LIMIT 45 MPH. IT WAS RAINING. NO PUDDLING WAS ENCOUNTERED. I ENTERED A SLIGHT LEFT TURN AND ENCOUNTERED A WASHBOARD TYPE BUMP. IMMEDIATELY, THE FRONT OF THE VEHICLE VIBRATED EXCESSIVELY. I RELEASED THE GAS PEDAL AND PUSHED SLIGHTLY ON THE BRAKES. THE REAR OF THE VEHICLE STARTED TO VIBRATE AND THE REAR AXLE LOST TRACTION ALLOWING THE REAR OF THE VEHICLE TO SWING VIOLENTLY TO THE RIGHT. **I IMMEDIATELY WENT TO THE FORD DEALERSHIP WHERE I PURCHASED THE VEHICLE LESS THAN 10 DAYS AGO. SERVICE BROUGHT IT IN AND I EXPLAINED THE ISSUE OF LOSS OF CONTROL AND AN UNSAFE CONDITION. THE SERVICE ADVISOR IMMEDIATELY TOLD ME TO "PUT WEIGHT IN THE BACK OF THE TRUCK. THAT'S NORMAL."** I INVOLVED THE SERVICE MANAGER WHO WENT WITH ME OVER THE SAME ROUTE THAT CAUSED THE SAFETY ISSUE. HE SAID, "I SEE WHAT YOU WERE TALKING ABOUT." **THE DEALERSHIP TOOK THE TRUCK IN FOR INSPECTION. NOTHING WAS FOUND MECHANICALLY.** DURING THE INSPECTION, THE REAR TIRE PRESSURE WAS LOWERED TO 65 PSI INSTEAD OF THE RECOMENDED 80 PSI THAT WAS SET PRIOR FROM THE MANUFACTURER. THE TIRE PRESSURE MONITOR SYSTEM WAS RE-CALIBRATED TO SHOW THE LOWERED TIRE PRESSURE. FRONT PRESSURES WERE LEFT AT THE RECOMMENDED 65 PSI. I AM NOW CONCERNED WITH EXCESSIVE TIRE WEAR RUNNING THE TIRES UNDER-INFLATED. THE DEALERSHIP CALLED FORD AND WAS ADVISED IT IS A "NORMAL CONDITION" TO ALMOST ROLL OVER A PICKUP WITH SUCH A STIFF SUSPENSION WITHOUT A LOAD IN THE BACK CONSTANTLY. **FORD IS UNAWARE OF ISSUE.** LOWERED TIRE PRESSURES SLIGHTLY IMPROVED THE SAFETY ISSUE ON PAVEMENT, HOWEVER: YESTERDAY I WAS TRAVELING ON A ROAD THAT HAD THE PAVEMENT REMOVED DOWN TO DIRT FOR REPAVING. I AGAIN HIT A WASHBOARD, THIS TIME GOING STRAIGHT AND 25 MILES PER HOUR. THE SAME VIBRATE/SHAKING OCCURRED AND THE BACK END AGAIN SWUNG TO THE RIGHT WITHOUT ANY BRAKING WHATSOEVER. I WAS CLOSE TO LOSING CONTROL. *TR
**1 Affected Product**

August 11, 2017 **NHTSA ID NUMBER: 11014734**
**Components: SUSPENSION**
**NHTSA ID Number:** 11014734
**Incident Date July 25, 2016**

Class Action Complaint
Case No.

**Consumer Location** SAHUARITA, AZ
**Vehicle Identification Number** 1FT7W2BT1GE\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
VEHICLE EXPERIENCES SEVERE BOUNCE BETWEEN 70-75 MPH. **FORD HAS CONFIRMED ISSUE AND HAS STATED IT IS A "CHARACTERISTIC OF THE VEHICLE".** ISSUE WAS REPORTED TO DEALER AND FORD AT TIME OF PURCHASE. BOUNCE IS VERY PRONOUNCED AND VEHICLE IS NOT SAFE DURING OPERATION.
**1 Affected Product**

January 7, 2019 **NHTSA ID NUMBER: 11165555**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 11165555
**Incident Date** December 1, 2018
**Consumer Location** PHOENIX, AZ
**Vehicle Identification Number** 1FT7W2BT4HE\*\*\*\*
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
IN NOVEMBER OF 2018, AT 25,000 MILES, MY TRUCK BECAME TEMPORARILY UNCONTROLLABLE WHILE TRAVELING ON A STRAIGHT AND LEVEL SECTION OF INTERSTATE 10. I EXPERIENCED SEVERE OSCILLATION OF FRONT TIRES AT 70 MPH. I WAS ON STRAIGHT AND LEVEL GROUND AND WAS ABLE TO SLOW DOWN TO 30 MPH AT WHICH TIME I REGAINED CONTROL. DURING THE INCIDENT, I WAS UNABLE TO MAINTAIN LANE INTEGRITY. AFTER STOPPING, I CHECKED THE TIRE PRESSURE AND ALL TIRES WERE AT THE RECOMMENDED PRESSURE'S. **TOOK THE VEHICLE TO CHAPMAN FORD DEALER IN SCOTTSDALE AZ AND THE INSPECTION CAME BACK "NO PROBLEMS DETECTED".** IN JANUARY 2019, AT 28,000 MILES I EXPERIENCED THE SAME PROBLEM AT 50 MPH WHILE TRAVELING ON A STRAIGHT AND LEVEL PAVED ROAD. THIS TIME I DID NOT REGAIN CONTROL UNTIL 20 MPH. IN BOTH OF THE DESCRIBED INSTANCES I WAS PULLING A LIGHT UTILITY TRAILER LOADED WITH A POLARIS RANGER. \*NOTE: I DO NOT RECALL HITTING A BUMPY SECTION OF ROADWAY TO INITIATE THE SEVERE OSCILLATION.
**1 Affected Product**

May 29, 2018 **NHTSA ID NUMBER: 11098422**
**Components: SUSPENSION**
**NHTSA ID Number:** 11098422
**Incident Date** April 4, 2018

Class Action Complaint
Case No.

**Consumer Location** INDIANAPOLIS, IN
**Vehicle Identification Number** 1FTWW3DR4AE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING ON THE INTERSTATE APPROX 60 MPH HITTING A BUMP THE FRONT END SHAKES VIOLENTLY UNTIL THE TRUCK SLOWS DOWN TO RECOVER. **HAD IT IN THE DEALERSHIP TWICE AND THEY SAID NOTHING IS WRONG.**
**1 Affected Product**

October 16, 2018 **NHTSA ID NUMBER: 11140682**
**Components: SERVICE BRAKES, ENGINE, SUSPENSION**
**NHTSA ID Number:** 11140682
**Incident Date** November 1, 2017
**Consumer Location** NEW WAVERLY, TX
**Vehicle Identification Number** 1FT8X3DT1HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DEATH WOBBLE, YOU HIT A SMALL BUMP OR UNEVEN ROAD AT 20-75 MPH AND IT SHAKES VIOLENTLY YOU HAVE TO SLOW DOWN TO 15MPH TO MAKE IT QUIT. **THE DEALER COULD NOT DUPLICATE AND SAID IT WAS TIRES OUT OF BALANCE**, THE NEXT TIME IT WENT IN THEY SAID IT WAS MUD IN THE WHEELS. 2ND PROMBLEM IS THE UPPER OIL PAN STARTED LEAKING AT 80K , 3RD PROMBLEM THE STAINLESS STEEL BRADED LINE THAT GOES FROM MASTER CYLINDER TO ABS MODULE RUPTURED AND LEFT ME WITH NO BRAKES . ALL OF THIS OVER A COURSE OF ABOUT 89K MILES
**1 Affected Product**

December 5, 2018 **NHTSA ID NUMBER: 11156425**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11156425
**Incident Date** December 1, 2018
**Consumer Location** SAN RAMON, CA
**Vehicle Identification Number** 1FT8W3DT2HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

Class Action Complaint
Case No.

2017 F350 SUPERDUTY DRW, 27000 MILES. WHILE ON THE FREEWAY AT 65 MPH, THE STEERING WENT INTO AN UNCONTROLLABLE VIBRATION (DEATH WOBBLE). THE ONLY SOLUTION WAS TO REDUCE SPEED TO APPROXIMATELY 10 MPH. **CONTACTED THE DEALER AND FORD'S CUSTOMER SERVICE, AND WAS INFORMED THAT IT MUST BE WITNESSED BY AN OFFICIAL SERVICE TECHNICIAN BEFORE ANY ASSISTANCE COULD BE RENDERED.**
**1 Affected Product**

2.    **NHTSA Consumer Complainants Who Were Told by Defendant Ford's Authorized Dealers that There Was Nothing that Could be Done to Assist Them or to Correct the Death Wobble Problem**

50.    The following are the consumer complaints submitted to NHTSA where the Complainant States that Defendant Ford's authorized dealers stated that there was nothing they could or would do to address the Death Wobble issue.

February 28, 2007 **NHTSA ID NUMBER: 10183787**
**Components: SUSPENSION**
**NHTSA ID Number:** 10183787
**Incident Date** February 27, 2007
**Consumer Location** OPELOUSAS, LA
**Vehicle Identification Number** 1FTSW21P35E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FRONT END WOBBLES SHAKES AND SLIDES ESPECIALLY IN A ROUGH CURVE AND DANGEROUS AND COULD CAUSE AN ACCIDENT. **DEALER NAME IS BORDELON FORD IN OPELOUSAS, LA. AND ADVISED COULD NOT DO ANYTHING ELSE TO CORRECT THE DEFECT.** *NM
**1 Affected Product**

July 16, 2007 **NHTSA ID NUMBER: 10196519**
**Components: SUSPENSION**
**NHTSA ID Number:** 10196519
**Incident Date** July 7, 2007
**Consumer Location** LA PLATA, MD
**Vehicle Identification Number** 1FTSW21525E****
**Summary of Complaint**
**CRASH**No
**FIRE**No

Class Action Complaint
Case No.

**INJURIES0**
**DEATHS0**
I HAVE A 2005 F-250 4WD CREW CAB W/5.4 LITER V-8. IN THE LAST YEAR THERE HAS BEEN AN INCREASE IN VIOLENT SHAKING FROM THE FRONT END AFTER HITTING POTHOLES, PATCHES, EXPANSION JOINTS, RAILROAD TRACKS, ETC. AT HIGHWAY SPEEDS. SLOWER SPEEDS ARE JUST ANNOYING BUT AT HIGHER SPEEDS (60 AND UP) THE SHAKES BECOME CONVULSIONS AND THE TRUCK LITERALLY BOUNCES AND SHAKES UNCONTROLLABLY. IT TAKES SLAMMING ON THE BRAKES AND GETTING BELOW 40MPH TO MAKE IT STOP. **I TOOK THE TRUCK INTO THE DEALER LAST WEEK (09JULY07) TO HAVE IT LOOKED AT. AFTER BEING IN THERE FOR A DAY AND A HALF THEY SAID THEY COULD FIND NOTHING WRONG WITH IT. THEY SAID THEY LOOKED THROUGH ALL THE TSB'S AND FOUND NOTHING WRONG WITH THE TRUCK.** AFTER RESEARCH ON THE INTERNET AND YOUR WEBSITE HERE, IT SOUNDS LIKE EVERYONE IS BEING TOLD THE SAME THING SO I THOUGHT I WOULD ADD MY VOICE TO THE MIX. I AM SOMEWHAT APPREHENSIVE ABOUT DRIVING MY TRUCK BUT RIGHT NOW AM NOT FINANCIALLY ABLE TO TRADE IT IN ON SOMETHING ELSE. *TR
**1 Affected Product**

August 7, 2007 **NHTSA ID NUMBER: 10198762**
**Components: SUSPENSION**
**NHTSA ID Number:** 10198762
**Incident Date** April 1, 2007
**Consumer Location** HIGHLANDS RANCH, CO
**Vehicle Identification Number** 1FTCX21575E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL*THE CONTACT OWNS A 2005 FORD F250 SUPER DUTY. HE STATED THAT WHILE DRIVING HIGHWAY SPEEDS THE VEHICLE WOULD BOUNCE AND SHIMMY. **THE DEALER STATED THAT THEY HAVE DONE ALL THAT THEY COULD DO.** THE FAILURE MILEAGE WAS 18,000 AND THE CURRENT MILEAGE WAS 22,000. THE VIN NUMBER APPEARED TO BE INCORRECT.
**1 Affected Product**

March 26, 2008 **NHTSA ID NUMBER: 10222348**
**Components: SUSPENSION**
**NHTSA ID Number:** 10222348
**Incident Date June 6, 2007**
**Consumer Location** WILMINGTON, DE
**Vehicle Identification Number** 1FTSW21535E****
**Summary of Complaint**
**CRASHNo**

-242-

Class Action Complaint
Case No.

FIRENo
INJURIES0
DEATHS0
2005 F-250 HAS DANGEROUS SHAKE IN FRONT END OF VEHICLE, TO THE POINT OF LOOSING CONTROL OF VEHICLE ON HIGHWAY. TRUCK BOUNCED OVER FOUR LANES OF HIGHWAY BEFORE GAINING CONTROL OF IT. SPEED WAS ABOUT 55-60MPH. IT WAS EARLY IN THE MORNING AND THERE WASN'T MUCH TRAFFIC ON THE ROAD. IF IT HAD BEEN IN THE AFTERNOON, THERE WOULD HAVE BEEN A CRASH AND POSSIBLE FATALITIES. **I TOOK TRUCK TO DEALER, TECH STATED THEY KNEW ABOUT THE PROBLEM BUT DIDN'T KNOW HOW TO FIX IT, AND THEY WEREN'T GOING TO DO A RECALL BECAUSE IT'S NOT A VERY PUBLIC PROBLEM, SO THEY THREW SOME SHIMS ON IT AND SOME OTHER STUFF.** TRUCK STILL HAS A CONSIDERABLE SHAKE TO THE FRONT END. WE RECENTLY TOOK THE TRUCK TO A 'NON' FORD MECHANIC. THREE TIE RODS ARE BAD AND THE STABILIZER SHOCKS ARE BAD. HE STATED THIS IS BECAUSE THE FRONT END IS SHAKING SO BAD IT IS WEARING OUT THE RODS/SHOCKS. THE TRUCK IS ONLY THREE YEARS OLD AND THIS SHOULD NOT BE HAPPENING. THE DEALER STATED THEY KNEW ABOUT THE PROBLEM. WHY IS NOTHING BEING DONE TO FIX THIS ISSUE? *TR

**1 Affected Product**

May 27, 2009 **NHTSA ID NUMBER: 10270117**
**Components: SUSPENSION**
**NHTSA ID Number:** 10270117
**Incident Date** May 10, 2009
**Consumer Location** RED BLUFF, CA
**Vehicle Identification Number** 1FTSW21Y75E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
UNPREDICTABLE AND UNCONTROLLABLE SEVERE FRONT END VIBRATION AND OSCILLATION, CAUSING LOSS OF CONTROL OF VEHICLE. OCCURS RANDOMLY AND WITHOUT WARNING, AT FREEWAY SPEEDS. HAS RESULTED IN RUNNING ONTO THE SHOULDER OF THE ROADWAY AND SEVERAL NEAR COLLISIONS WITH OTHER VEHICLES. **VEHICLE HAS BEEN INSPECTED AND REPAIRS ATTEMPTED ON SEVERAL OCCASIONS. DEALERSHIP ADVISES THAT THIS IS INHERENT TO YEAR, MAKE AND MODEL OF VEHICLE; AND CANNOT REPAIR THE PROBLEM.** *TR

**1 Affected Product**

January 11, 2008 **NHTSA ID NUMBER: 10215018**
**Components: STEERING**
**NHTSA ID Number:** 10215018
**Incident Date** April 1, 2005

Class Action Complaint
Case No.

**Consumer Location** SHADY SIDE, MD
**Vehicle Identification Number** 1FTNF21535E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2005 FORD F-250 WITH STEERING PROBLEMS. CONSUMER STATES THAT THE VEHICLE'S STEERING WHEEL SHAKES SO MUCH THAT THE VEHICLE WILL LEAVE THE ROAD. **HE STATES THAT THE DEALER HAS NOT BEEN ABLE TO SOLVE THE STEERING PROBLEM. *KB  THE CONSUMER STATED THE TIRES WERE REPLACED, THE SHOCKS, WHEEL BEARINGS, BRAKES AND FRONT END WERE CHECKED BY THE DEALER AND STATED THERE WAS NO PROBLEM.** *JB  THE CONSUMER STATED THE PROBLEM HAS NOT BEEN RESOLVED. UPDATED.
**1 Affected Product**
**3 Associated Documents**

December 17, 2008 **NHTSA ID NUMBER: 10252099**
**Components: SUSPENSION**
**NHTSA ID Number:** 10252099
**Incident Date** January 1, 2008
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTWW33P05E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2005 FORD F-350 SUPERDUTY. WHILE DRIVING 50 MPH, THE VEHICLE SHOOK VIOLENTLY. THE ENGINE MUST BE TURNED OFF IN ORDER FOR THE VEHICLE TO STOP SHAKING. **THE VEHICLE WAS TAKEN TO THE DEALER THREE TIMES AND THEY REPLACED THE SWAY BAR. THE FAILURE CONTINUED AND THE DEALER STATED THAT THEY COULD NOT DIAGNOSE THE FAILURE.** THE MANUFACTURER IS AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 49,000 AND CURRENT MILEAGE WAS 83,000.
**1 Affected Product**

January 14, 2009 **NHTSA ID NUMBER: 10254941**
**Components: SUSPENSION**
**NHTSA ID Number:** 10254941
**Incident Date** January 9, 2009
**Consumer Location** FRANKLIN, TN
**Vehicle Identification Number** 1FTWW31P35E****
**Summary of Complaint**

-244-

Class Action Complaint
Case No.

**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
OCCASIONALLY, AT INTERSTATE SPEEDS ONLY (65 - 75 MPH), FRONT END SHAKES VIOLENTLY WHEN CROSSING OVER A SMALL CHANGE IN SURFACE ELEVATION. (FOR EXAMPLE: TRANSITION FROM ROAD SURFACE TO BRIDGE SURFACE) IT IS NOT PREDICTABLE. VEHICLE STEERING IS COMPROMISED AND THE ONLY WAY TO REGAIN PROPER CONTROL IS TO ALLOW THE TRUCK TO SLOW TO APPROXIMATELY 50 MPH WHEN VIOLENT SHAKING WILL SUBSIDE. **VEHICLE HAS BEEN INSPECTED BY ONE INDEPENDENT SHOP AND ONE FORD DEALERSHIP (WHERE VEHICLE WAS PURCHASED). NEITHER COULD IDENTIFY THE SOURCE OF THE PROBLEM.** TRUCK IS STOCK WITH NO MODIFICATIONS. MOST RECENT EVENTS OCCURRED TWO CONSECUTIVE DAYS TRAVELING INTERSTATE 65 BETWEEN NASHVILLE AND SOUTHERN KENTUCKY. TWO DIFFERENT LOCATIONS, ONE NORTHBOUND AND ONE SOUTHBOUND. *TR
**1 Affected Product**

---

January 5, 2007 **NHTSA ID NUMBER: 10177891**
**Components: STEERING**
**NHTSA ID Number:** 10177891
**Incident Date** January 4, 2007
**Consumer Location** GLEN BURNIE, MD
**Vehicle Identification Number** 1FTWW33P15E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* - WHEN CONTACTWAS DRIVING AND GOING OVER A SERIES OF SMALL BUMPS LOST CONTROL OF THE STEERING WHEEL WHICH WENT FROM RIGHT TO LEFT QUICKLY TO THE POINT OF BEING ALMOST UNCONTROLLABLE. IN ORDER FOR CONTACT TO GET CONTROL OF THE STEERING WHEEL SHE HAD TO SLOW THE VEHICLE DOWN TO A SPEED OF 5 MPH OR COME TO A COMPLETE STOP. **THE CONTACT TOOK THE VEHICLE TO THE DEALERSHIP ,AND THEY STATED THAT THEY NOTICED THE SAME INCIDENT AS WELL ON A TEST DRIVE OF THE VEHICLE, BUT THEY COULD NOT DO ANYTHING ABOUT THE INCIDENT BECAUSE THE MANUFACTURER HASN'T GIVING THE DEALERSHIP ANY ADVISE ON HOW TO FIX THE FAILURE.**\*AK
**1 Affected Product**

---

November 15, 2008 **NHTSA ID NUMBER: 10248890**
**Components: SUSPENSION, EQUIPMENT**
**NHTSA ID Number:** 10248890
**Incident Date** July 4, 2005

-245-

Class Action Complaint
Case No.

**Consumer Location** EL CAJON, CA
**Vehicle Identification Number** 1FTWW33P45E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
ON JULY 4, 2005, I PURCHASED A 2005 FORD F350 SUPER DUTY LARIAT WITH LONG BED AND DUAL WHEELS AND 4WD AT EL CAJON FORD. FROM THE BEGINNING, THE TRUCK EXPERIENCED SEVERE FRONT-END VIBRATION WHEN I REACHED ABOUT 60 MPH. IT CONTINUED UNTIL I GOT TO ABOUT 80 MPH. I COMPLAINED ABOUT THIS PROBLEM FROM THE FIRST VISIT FOR SERVICE AT DOWNEY FORD. AFTER A FEW VISITS FOR DIAGNOSTICS, DOWNEY FORD INSTALLED A "DAMPENER" ON THE FRONT END. IT MADE THE PROBLEM BETTER, BUT IT DID NOT COMPLETELY CURE THE DEFECT. I EVENTUALLY BOUGHT A LANCE CAMPER, WHICH WAS ON THE TRUCK FOR OVER A YEAR. WHILE THE TRUCK HAD THE 3000 LB CAMPER ON IT, THE VIBRATION WENT AWAY ON THE STRAIGHTAWAY, BUT WAS HORRIBLY DANGEROUS ON THE CURVES. FOR EXAMPLE, ONE SUCH CURVE IS THE 605 SB TO THE 405 SB IN LONG BEACH. I ALMOST LOST CONTROL OF THE VEHICLE/CAMPER ON THIS CURVE UNLESS I ALMOST STOPPED.  I REMOVED THE CAMPER ABOUT A YEAR AGO AND THE PROBLEM WITH THE TRUCK IS WORSE. IT NOW WILL VIBRATE UNCONTROLLABLY AT 40-50 MPH.  **I REPORTED THIS VIBRATION PROBLEM EVERY TIME I WENT TO THE DEALER FOR SERVICE. THEY ALWAYS SAID THEY DID ALL THEY COULD WITH THE DAMPENER.**
I TOOK THE TRUCK TO EL CAJON FORD ABOUT 3-4 WEEKS AGO. NOW THAT IT IS OUT OF WARRANTY, FORD NOW SAYS IT CAN FIX THE PROBLEM, BUT IT HAS DAMAGE THE FRONT STEERING MECHANISM. THE SERVICE WRITER SAID IN A VOICE MAIL THAT DOWNEY FORD PUT ON A DAMPER THAT WAS TOO SMALL FOR MY TRUCK. I DEMANDED THEY FIX IT FREE AND THEY REFUSE.  I WANT MY TRUCK FIXED. THIS IS A DESIGN DEFECT, SINCE IT HAS EXISTED FROM DAY 1. I HAVE READ ON SEVERAL WEBSITES THAT THIS IS A COMMON PROBLEM THAT EXISTED WELL BEFORE 2005, BUT FORD HAS IGNORED THE SAFETY ISSUES.   A HIGH PROBABILITY OF AN ACCIDENT EXISTS WHEN YOUR TRUCK IS VIBRATING AND BOUNCING ACROSS LANES AND YOU CANNOT STEP ON THE BRAKE OR MAKE IT WORSE!  THANK YOU,  ANNETTE GILLIAM *TR
**2 Affected Products**

August 30, 2011 **NHTSA ID NUMBER: 10422634**
**Components: STEERING**
**NHTSA ID Number:** 10422634
**Incident Date** May 28, 2011
**Consumer Location** SHIPPENSBURG, PA
**Vehicle Identification Number** 1FTWW31PX5E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0

Class Action Complaint
Case No.

**DEATHS**0

TL* THE CONTACT OWNS A 2005 FORD F350. THE CONTACT STATED THAT THE STEERING WHEEL WOULD SHAKE VIOLENTLY. THE VEHICLE WAS TAKEN TO A MECHANIC WHO AS UNABLE TO DIAGNOSE THE FAILURE. **THE VEHICLE WAS THEN TAKEN TO THE DEALER WHO ALSO COULD NOT DIAGNOSE THE FAILURE.** THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 24,000.

**1 Affected Product**

March 17, 2015 **NHTSA ID NUMBER: 10694792**
**Components: STEERING**
**NHTSA ID Number:** 10694792
**Incident Date** March 6, 2015
**Consumer Location** PONTIAC, MI
**Vehicle Identification Number** 1FTWX31P05E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

WHEN EVER THIS TRUCK HITS A BUMPY PART OF ROAD (E.G. POT HOLE, CRACK IN PAVEMENT, OR DEBRIS) THE VEHICLE (AND STEERING WHEEL) WILL SHAKE VIOLENTLY BACK AND FORTH FOR SEVERAL SECONDS (4 TO 5 SECONDS) OR UNTIL I SLOW TO SPEEDS AROUND 35MPH OR BELOW. THIS HAPPENS ON A REGULAR BASIS AND HAS HAPPENED SINCE I BOUGHT THE VEHICLE TWO YEARS AGO. THE TIRES ARE LIKE NEW, AND THE FRONT SUSPENSION COMPONENTS HAVE BEEN CHECKED AND DETERMINED TO BE IN GOOD USABLE CONDITION.  SEARCHING THE WEB FOR POSSIBLE CAUSES OR FIXES OF THIS ISSUE, **I HAVE FOUND THAT MANY OTHER PEOPLE ALSO HAVE THIS SAME PROBLEM, WITH LITTLE TO NO HELP COMING FROM SERVICE REPAIRS AT A DEALERSHIP.** *TR

**1 Affected Product**

June 1, 2009 **NHTSA ID NUMBER: 10272506**
**Components: SUSPENSION**
**NHTSA ID Number:** 10272506
**Incident Date** May 26, 2009
**Consumer Location** HINESTON, LA
**Vehicle Identification Number** 1FTSW21536E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

TL*THE CONTACT OWNS A 2006 FORD F-250. WHILE DRIVING 65 MPH, THE VEHICLE WOULD SHIMMY WHEN IT DROVE OVER A BUMP IN THE ROAD. **THE DEALER COULD**

-247-

Class Action Complaint
Case No.

**NOT PROVIDE A REMEDY; THEREFORE, THE VEHICLE COULD NOT BE REPAIRED.**
THE CONTACT FEELS THAT A CRASH COULD OCCUR ONE DAY. THE CURRENT MILEAGE WAS 74,000 AND FAILURE MILEAGE WAS 32,000.

**1 Affected Product**

---

May 24, 2011 **NHTSA ID NUMBER: 10402591**
**Components: SUSPENSION**
**NHTSA ID Number:** 10402591
**Incident Date** May 21, 2011
**Consumer Location** LAUREL, MD
**Vehicle Identification Number** 1FTSX215X6E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-250. THE CONTACT WAS DRIVING APPROXIMATELY 60 MPH AND DROVE OVER A POT HOLE WHEN THE ENTIRE VEHICLE BEGAN TO VIBRATE VIOLENTLY AND CAUSED THE DRIVER TO ALMOST LOSE CONTROL OF THE VEHICLE. THE FAILURE WAS EXPERIENCED ON AN INTERMITTENT BASIS. **THE VEHICLE WAS TAKEN TO THE DEALER WHERE THEY ADVISED HIM THAT THEY WERE UNABLE TO DIAGNOSE THE FAILURE. THE MANUFACTURER WAS CONTACTED AND THEY OFFERED NO ASSISTANCE.** THE FAILURE MILEAGE WAS APPROXIMATELY 15,000.

**1 Affected Product**

---

December 30, 2011 **NHTSA ID NUMBER: 10441780**
**Components: SUSPENSION**
**NHTSA ID Number:** 10441780
**Incident Date** December 18, 2007
**Consumer Location** NAPA, CA
**Vehicle Identification Number** 1FTSW21P26E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-250. THE CONTACT WAS DRIVING 60 MPH OVER A ROAD BUMP WHEN THE VEHICLE BEGAN TO SHAKE VIOLENTLY. **THE CONTACT TOOK THE VEHICLE TO THE DEALER FOR A DIAGNOSTIC TEST BUT THE DEALER WAS UNABLE TO DEFECT THE CAUSES OF THE FAILURE.** THE MANUFACTURER SUGGESTED ADDING FRONT DAMPERS TO THE VEHICLE BUT THE VEHICLE WAS ALREADY EQUIPPED WITH STOCK DAMPERS THAT DID NOT NEED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE CONTACT WAS CONCERNED WITH THE

-248-

Class Action Complaint
Case No.

POSSIBILITY OF LOSING CONTROL OF THE VEHICLE WHEN THE FAILURE OCCURRED. THE FAILURE MILEAGE WAS 62,000.

**1 Affected Product**

February 20, 2014 **NHTSA ID NUMBER: 10565061**
**Components: WHEELS, SUSPENSION, STEERING**
**NHTSA ID Number:** 10565061
**Incident Date** February 19, 2014
**Consumer Location** JOHNS CREEK, GA
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING MY 2006 FORD F250 FX4, AT SPEEDS BETWEEN 45-65 MPH, A SLIGHT VIBRATION IS FELT. WITHIN A FEW SECONDS IT TURN INTO A VIOLENT SHAKING MOTION AS IF I'M DRIVING ON LARGE COBBLE STONES. IT HAS BEEN SO BAD I HAVE ALMOST LOST CONTROL ON THE HIGHWAY AND CAME WITHIN INCHES OF HITTING ANOTHER VEHICLE. WHEN IT STARTS THERE IS NO STOPPING IT, AS THE STEERING WHEEL JERKS VIOLENTLY. FORD HAS SENT A LETTER OUT THAT SAY INFLATE YOUR TIRES AND IF IT STILL HAPPENS SLOW DOWN UNTIL IT STOPS. THAT'S NOT RIGHT. THIS IS DANGEROUS. I HAVE TO SLOW DOWN TO 30 MPH FOR IT TO STOP. I CAN'T DO THAT ON THE HIGHWAY. **THE DEALERS AND FORD SAY THERE IS NOTHING THEY WILL DO.** THIS ISSUE IS EXTREMELY DANGEROUS DUE TO FORDS ENGINEERING MISHAP.MY TIRES ARE STOCK, ROTATED, BALANCED, AND ALIGNED, THIS HAPPENS AT LEAST ONCE EVERY OTHER WEEK  2005-2013 F250,350 OWNERS REPORT THE SAME ISSUE. GOOGLE: FORD DEATH WOBBLE, AND WATCH THE F250 AT CRUISING SPEED. *TR

**1 Affected Product**

April 15, 2009 **NHTSA ID NUMBER: 10265460**
**Components: STEERING**
**NHTSA ID Number:** 10265460
**Incident Date** January 15, 2006
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTNF21506E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THE SHIMMY ISSUE ON MY 2006 FORD 250 PICK UP HAS NEVER BEEN RESOLVED. **I SPENT APPROX 6 MONTHS WORKING WITH THE DEALERSHIP TO TRY TO RESOLVE THE ISSUE . THEY EVENTUALLY TOLD ME THEY HAVE DONE EVERYTHING THAT**

Class Action Complaint
Case No.

**FORD TOLD THEM TO DO** . THIS VERY DANGEROUS PROBLEM STILL EXISTS. I RECEIVED A LETTER FROM FORD THAT THE PROBLEM WAS RELATED TO TIRE PRESSURE. THAT IS ABSOLUTELY NONSENSE. AFTER THE SECOND SET OF FRONT TIRES BEFORE 10000 MILES THEY STARTED TO CUP SEVERELY AFTER 1000 MILES. **I TOOK IT BACK AND THEY PUT NEW TIRES ON ALL THE WAY AROUND. AND THEN I WAS TOLD THERE WAS NOTHING ELSE THAT COULD BE DONE.** THE SHIMMY IS SO SEVERE AT TIMES IT WILL ACTUALLY SHIMMY ACROSS THE CENTER LINE. *TR

1 Affected Product

April 7, 2014 **NHTSA ID NUMBER: 10577858**
**Components: STEERING**
**NHTSA ID Number:** 10577858
**Incident Date** May 2, 2011
**Consumer Location** OREFIELD, PA
**Vehicle Identification Number** 1FTSX21536E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2006 FORD F250. THE CONTACT STATED THAT THERE WAS AN EXTREME VIBRATION IN THE STEERING WHEEL. THE CONTACT DROVE OVER A BUMP OR UNEVEN PAVEMENT WHILE DRIVING THE VEHICLE AT ANY SPEED AND HAD TO USE FORCE IN ORDER TO GAIN CONTROL OF THE STEERING WHEEL ON MULTIPLE OCCASIONS. THE VEHICLE SHOOK VIOLENTLY AND THE STEERING CONTINUED TO BE UNSTABLE. **THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER WHO WAS UNABLE TO DIAGNOSE THE FAILURE.** THE CONTACT CONTINUED TO EXPERIENCE THE STEERING FAILURE WHICH CAUSED THE VEHICLE TO DRIVE ROUGH. **THE VEHICLE WAS TAKEN BACK TO AN AUTHORIZED DEALER WHO WAS UNABLE TO REPLICATE THE FAILURE.** THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 50000.

1 Affected Product

February 14, 2008 **NHTSA ID NUMBER: 10218089**
**Components: SUSPENSION**
**NHTSA ID Number:** 10218089
**Incident Date** February 13, 2008
**Consumer Location** PRIOR LAKE, MN
**Vehicle Identification Number** 1FTSW21596E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**

-250-

Class Action Complaint
Case No.

THERE EXISTS A FACTORY FAULT IN THE FORD SUPERDUTY TRUCK. THERE IS WHAT IS CALLED A DEATH WOBBLE THAT OCCURS ON ROUGHER ROADS WHEN TRAVELING 60 MILES PER HOUR OR UNDER. THE FRONT END WILL SHAKE VIOLENTLY AND UNCONTROLLABLY WHEN A BUMP IS HIT. **I HAVE HAD IT IN TO FORD DEALERSHIPS 7+ TIMES FOR THIS AND THEY WILL NOT FIX OR REPLACE THE FAULTY PARTS.** I HAVE STARTED A WEB LOG ON AOL REGARDING THIS AND AM ATTACHING THE LINK . HTTP://WWW.TOPIX.NET/FORUM/AUTOS/FORD-F-250-SUPER-DUTY/T0SGDCTMOBHE5JER1  THERE ARE OVER 170 SIMILAR COMPLAINTS REGARDING THE SAME PROBLEM. FORD DENIES THE PROBLEM EXISTS. IT WILL KILL SOMEONE SOON, IT HAS ALMOST CASED 4 ACCIDENTS WITH MY TRUCK. *TR

**1 Affected Product**

June 6, 2008 **NHTSA ID NUMBER: 10230092**
**Components: SUSPENSION**
**NHTSA ID Number:** 10230092
**Incident Date** May 19, 2008
**Consumer Location** COLLEGEVILLE, PA
**Vehicle Identification Number** 1FTSX21596E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
SINCE NEW THE TRUCK HAS EXPERIENCED VIOLENT AND UNCONTROLLABLE FRONT SUSPENSION SHAKING/BOUNCING/WOBBLING AFTER HITTING A SHARP BUMP AT HIGHWAY SPEEDS. INITIALLY, THE SHAKING WOULD ONLY LAST APPROXIMATELY 3 SECONDS, BUT RECENTLY THE SHAKING WAS SO SEVERE THAT I HAD TO SLOW THE VEHICLE TO 30-35 MPH BEFORE IT STOPPED. THE SHAKING WAS SO VIOLENT THAT I WAS CONVINCED THAT SOMETHING HAD BROKEN IN THE FRONT SUSPENSION, AND I IMMEDIATELY INSPECTED THE FRONT SUSPENSION AT THE NEXT EXIT. NOTHING OBVIOUSLY BROKEN WAS EVIDENT. I SEARCHED THE INTERNET AND DISCOVERED THAT THIS IS A COMMON AND DANGEROUS PROBLEM WITH THESE TRUCKS. **I DROPPED THE TRUCK OFF AT THE DEALER. THEY ACKNOWLEDGED THEIR AWARENESS OF THE PROBLEM, BUT CLAIMED THEY WERE UNABLE TO DUPLICATE IT DURING THEIR ROAD TEST.** THIS IS NOT SURPRISING, AS IT TYPICALLY ONLY OCCURS WHEN YOU HIT A SHARP BUMP OR SERIES OF BUMPS AT HIGHWAY SPEEDS. THEY PERFORMED SOME OF THE REPAIRS/ADJUSTMENTS SPECIFIED BY FORD'S TSB 07-10-10, BUT THE PROBLEM PERSISTS. THERE IS A SERIOUS AND DANGEROUS PROBLEM WITH A LARGE POPULATION OF FORD TRUCKS THAT MUST BE ADDRESSED BY FORD AT THIS POINT, I HOPE THAT NHTSA CAN CONVINCE FORD TO CORRECT THE PROBLEM BEFORE SOMEONE IS NEEDLESSLY KILLED. *TR

**1 Affected Product**

June 23, 2008 **NHTSA ID NUMBER: 10231992**

Class Action Complaint
Case No.

**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10231992
**Incident Date** October 10, 2006
**Consumer Location** VICTORVILLE, CA
**Vehicle Identification Number** 1FTSW21P66E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE AN '06 FORD F-250. EVERYTIME I HIT A BUMP IN THE ROAD OR FREEWAY THE FRONT END DOES WHAT'S KNOWN AS THE "DEATH SHAKE" ACCORDING TO RESEARCH ON THE INTERNET. MANY OF PEOPLE ARE COMPLAINING OF THE SAME EXPERIENCE THE MORE I DID RESEARCH ON THIS MATTER. MINE ALONG WITH EVERYONE ELSE HAS TO SLOW DOWN ALMOST TO A STOP FOR THE FRONT END TO STOP SHAKING OR IT WILL SEND YOU INTO THE ONCOMING LANE AND ALL HAVE HAD VERY CLOSE CALLS. **FORD DEALER SHIPS TO MY KNOWLEDGE ACCORDING TO MY LOCAL DEALER SHIP (SUNLAND FORD) IN VICTORVILLE DOESN'T KNOW THE FIX.** THEY TOLD ME IT WAS MY STEERING DAMPENER. NOPE!! PEOPLE ARE GOING TO THEIR DEALERSHIPS MULTIPLE TIMES. I PAID WELL OVER $30,000 FOR MY TRUCK AND THIS IS VERY UNACCEPTABLE. THANKS FOR YOUR TIME AND ATTENTION TO THIS MATTER. *TR
**1 Affected Product**

---

July 29, 2008 **NHTSA ID NUMBER: 10236342**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10236342
**Incident Date June 19, 2008**
**Consumer Location** DRUMS, PA
**Vehicle Identification Number** 1FTSX21506E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I OWN A 2006 F250 SD WITH 8000 MILES ON IT AND I CANT DRIVE IT AND FEEL SAFE ANYMORE. EVERYTIME I DRIVE ON ANY UNEVEN PAVEMENT OVER 50 MILES PER HOUR THE STEERING WHEEL IS OSCILLATING SO BADLY I HAVE TO SLAM ON THE BRAKES TO REGAIN CONTROL. IT IS SHAKING SO BADLY THE PASSENGER SIDE DOOR FLEW OPEN THE LAST TIME IT HAPPENED AND ALMOST HIT A VEHICLE PARKED ALONG THE ROADWAY. **THE DEALERSHIP HAS NO CLUE WHAT IS THE PROBLEM.** I SPENT OVER 37000 FOR THIS TRUCK AND NOW WHAT. I FEEL UNSAFE IN IT AND IT IS JUST A MATTER OF TIME BEFORE THE THING BREAKS THE WAY IT IS SHAKING. IT WILL PROBABLE TAKE ME WRECKING TO GET IT FIXED. *TR
**1 Affected Product**

---

Class Action Complaint
Case No.

July 21, 2009 **NHTSA ID NUMBER: 10277579**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10277579
**Incident Date July 17, 2009**
**Consumer Location** CHESAPEAKE, VA
**Vehicle Identification Number** 1FTSW21566E\*\*\*\*
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WHILE DRIVING A 2006 F250 SUPER DUTY XL 4X4 ON I-40 THE VEHICLE BEGAN TO SHAKE VIOLENTLY AT 70 MPH. THIS OCCURRED AFTER DRIVING OVER A BRIDGE. THE VEHICLE SHOOK SO VIOLENTLY IT WAS HARD TO MAINTAIN CONTROL AND BRING IT TO A STOP. AFTER THIS INCIDENT IT ALSO OCCURRED THROUGHOUT THE REMAINDER OF THE TRIP. **APPARENTLY THIS HAS HAPPENED TO OTHER DRIVERS OF THIS VEHICLE SINCE IT IS A COMPANY OWNED VEHICLE. AND SEVERAL DEALERS HAVE ATTEMPTED TO REPAIR THIS PROBLEM TO NO AVAIL.** \*TR
**1 Affected Product**

April 2, 2010 **NHTSA ID NUMBER: 10323451**
**Components: SERVICE BRAKES, HYDRAULIC, SUSPENSION**
**NHTSA ID Number:** 10323451
**Incident Date June 1, 2008**
**Consumer Location** MIAMI, FL
**Vehicle Identification Number** 1FTSW21PX6E\*\*\*\*
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL\* THE CONTACT OWNS A 2006 FORD F-250 SUPERDUTY. WHILE DRIVING AT APPROXIMATELY 50 MPH ON AN UNEVEN ROAD, THE STEERING WHEEL BEGAN SHAKING. THE CONTACT WAS ALSO UNABLE TO SLOW THE VEHICLE DOWN SINCE WHEN THE BRAKE PEDAL WAS DEPRESSED, IT WOULD RELEASE. **THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALERSHIP BUT NO REPAIRS WERE PERFORMED WHEN THE COMPLAINT WAS FILED.** THE FAILURE MILEAGE WAS APPROXIMATELY 38,000. THE CURRENT MILEAGE WAS APPROXIMATELY 97,000.
**1 Affected Product**

February 11, 2013 **NHTSA ID NUMBER: 10497697**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10497697

-253-

Class Action Complaint
Case No.

**Incident Date** December 1, 2012
**Consumer Location** MONTICELLO, FL
**Vehicle Identification Number** 1FTSW21P46E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FRONT END WOBBLE AT SPEEDS BETWEEN 40-50 MPH AFTER DRIVING OVER BUMPS. NO REPAIRS HELP THE CONDITION, FRONT END ALIGNMENT, WHEEL BALANCING/TOTATION OR NEW TIRES. PROPER TIRE INFLATION. **FORD DEALER IS AWARE OF CONDITON AND REPAIRS BUT WONT PROVIDE ANY OTHER ASSISTANCE.** *TR
**1 Affected Product**

October 1, 2009 **NHTSA ID NUMBER: 10286002**
**Components: STEERING**
**NHTSA ID Number:** 10286002
**Incident Date** October 1, 2009
**Consumer Location** ALEDO, IL
**Vehicle Identification Number** 1FTNF215X6E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING MY 2006 FORD F250 SUPER DUTY APPROX. 55MPH I HIT A BUMPY PART OF THE ROAD WHICH PUT THE VEHICLE IN AN UNCONTROLLABLE SHAKE. I WAS ABLE TO GET THE TRUCK STOPPED WITHOUT DAMAGE BUT HAD NO CONTROL OVER THE VEHICLE AND COULD ONLY BRAKE. HAD I BEEN IN A CORNER I DON'T THINK THERE IS ANY WAY I COULD HAVE STAYED ON THE ROAD. **I CALLED THE FORD DEALER IN DAVENPORT IOWA AND WAS TOLD IT IS CALLED THE DEATH SHAKE AND THERE WAS NO KNOWN CAUSE FOR IT.** I WILL GO AHEAD AND TAKE THE VEHICLE IN TO THE DEALER BUT HAVE NO CONFIDENCE IN THEM FIXING ANYTHING. I RECEIVED A LETTER FROM FORD STATING LOW TIRE PRESSURE COULD CAUSE THIS BUT MY TIRES WERE FINE. THERE WAS ALSO A PASSENGER WITH ME WHO HAS VERY SCARED WE WERE GOING TO WRECK. *TR
**1 Affected Product**

January 26, 2012 **NHTSA ID NUMBER: 10445440**
**Components: STEERING**
**NHTSA ID Number:** 10445440
**Incident Date** May 2, 2011
**Consumer Location** Unknown

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FTSX21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-250 SD. THE CONTACT STATED THAT THE VEHICLE WOULD VIOLENTLY WOBBLE WHILE DRIVING AT HIGHWAYS SPEEDS. **THE DEALER ATTEMPTED TO REPAIR THE VEHICLE, BUT THE FAILURE RECURRED. THE MANUFACTURER WAS NOTIFIED, BUT DENIED ANY ASSISTANCE WITH REPAIRS.** THE FAILURE MILEAGE WAS 37,000 AND THE CURRENT MILEAGE WAS 47,600.
**1 Affected Product**

December 31, 2013 **NHTSA ID NUMBER: 10558024**
**Components: STEERING**
**NHTSA ID Number:** 10558024
**Incident Date July 19, 2007**
**Consumer Location** IMPERIAL, CA
**Vehicle Identification Number** 1FTSW21P86E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-250 SD WITH 95,000 MILES. THE CONTACT STATED WHILE DRIVING AT HIGHWAY SPEEDS OF 55 MPH OR FASTER THE VEHICLE WOULD SHAKE VERY VIOLENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER BUT THEY WERE UNABLE DIAGNOSE THE FAILURE OR REPAIR THE PROBLEM.**
**1 Affected Product**

July 14, 2011 **NHTSA ID NUMBER: 10412372**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10412372
**Incident Date July 14, 2011**
**Consumer Location** PORT ORANGE, FL
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2006 FORD F350 EXPERIENCE EXTREMELY VIOLENT SHAKING WHEN DRIVING 45 PLUS MPH AND HIT ANY TYPE BUMP. SHAKING IS SO VIOLENT STEERING IS NOT CAPABLE AND BRAKING ONLY MAKES SHAKING WORSE. **I'VE CONTACTED DEALER AND THEY**

-255-

Class Action Complaint
Case No.

**SAID THEY REPLACED A BUSHING BUT PROBLEM PERSISTED. THEY HAVE NOT CORRECTED THE PROBLEM.** VEHICLE IS BASICALLY OUT OF CONTROL WHEN THIS HAPPENS. LAST DATE OF OCCURRENCE IS JULY 14,2011 AND THIS PROBLEM HAS PERSISTED SINCE TRUCK WAS PURCHASED NEW FROM DEALER. TRUCK HAS NO LIFT AND IS STOCK MODEL.  PLEASE HELP! *TR

1 Affected Product

---

January 18, 2016 **NHTSA ID NUMBER: 10820797**
**Components: ELECTRONIC STABILITY CONTROL, SUSPENSION, STEERING**
**NHTSA ID Number:** 10820797
**Incident Date** August 8, 2015
**Consumer Location** SANDWICH, MA
**Vehicle Identification Number** 1FTWW31566E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FORD F-350 2006 COMPLAINT. WE HAVE EXPERIENCED VIOLENT SHAKING (SHIMMYING) WHEN THE TRUCK HITS A BUMP ON THE HIGHWAY AND AS A RESULT, EXTREME DIFFICULTY MAINTAINING THE VEHICLE ON THE ROAD. OUR FIRST EXPERIENCE WAS IN AUGUST 2015, ON THE INTERSTATE HIGHWAY WHILE TRAVELLING AT 75MP. WE HIT A BUMP AND THE TRUCK / STEERING WHEEL SHOOK VIOLENTLY FOR ABOUT 10 SECONDS CAUSING US TO SWERVE ACROSS LANES AND STRUGGLE TO KEEP THE TRUCK IN THE LANE AND OUT OF TRAFFIC'S WAY. WE HAVE SINCE EXPERIENCED THIS PROBLEM FOUR MORE TIMES HITTING BUMPY HIGHWAYS AT SPEEDS AS LOW AS 50MMP AND AS RECENT AS 2 WEEKS AGO. WE HAVE CHECKED IT OUT AND OUR MECHANIC ADVISED THAT HE COULD NOT FIND ANYTHING WRONG. IT HAS BEEN A GREAT CONCERN OF OURS AS IT PUTS OUR LIVES (AND THOSE ON THE ROAD WITH US) AT DANGER WHEN THIS ISSUE OCCURS. ADDITIONALLY, EVERY TIME THE VIOLENT SHAKING OCCURS, IT THROWS OFF THE ALIGNMENT AND BALANCING FOR THE TRUCK. **WE HAVE JUST RECEIVED A LETTER FROM FORD ADVISING OF THIS PROBLEM AND I HAVE CALLED THE SERVICE CENTER FROM THE FORD DEALER WE BOUGHT THE VEHICLE FROM. FORD IS NOT ASSUMING RESPONSIBILITY FOR ANY DIAGNOSIS OR REPAIRS TO THESE DEFECTS AT THIS TIME.** OUR TIRE PRESSURE IS IN KEEPING WITH FORD'S RECOMMENDATIONS AS THEY SUGGEST IN THEIR LETTER. FORD F-350 TRUCKS SHOULD NOT BE APPROVED FOR USE ON HIGHWAYS AS THIS DEFECT COULD RESULT IN FATAL ACCIDENTS IF THE SHAKING CANNOT BE CONTROLLED. ALSO, FORD SHOULD BE RESPONSIBLE FOR REPAIRING THE FAULTY TRUCKS.

1 Affected Product

---

May 26, 2016 **NHTSA ID NUMBER: 10871068**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10871068

Class Action Complaint
Case No.

**Incident Date** May 20, 2016
**Consumer Location** SANDWICH, MA
**Vehicle Identification Number** 1FTWW31566E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FORD F-350 2006 OSCILLATION  I HAVE FILED A PREVIOUS COMPLAINT BEFORE RE THE
VIOLENT OSCILLATION THAT HAPPENS WITH OUR FORD F-350 TRUCK. WE HAVE HAD
MORE EVENTS AT SLOWER SPEEDS AND THE SHAKING IS ALMOST UNMANAGEABLE
NOW.  WEDNESDAY MAY 11 APPROX 1PM EXITING THE BOURNE BRIDGE MA. I WAS
DRIVING AT APPROX 40MPH AND EXITING THE BRIDGE. THERE WAS A ROUGH
CONSTRUCTION PATCH ON THE ROAD RIGHT WHERE THE ROAD CONNECTS TO THE
BRIDGE. AS I HIT THE ROUGH PATCH, THE OSCILLATION BEGAN AND THE TRUCK
SHOOK UNCONTROLLABLY APPROACHING THE ROTARY. THERE WAS A LOT OF
TRAFFIC AND CARS IN THE LANE BESIDE ME THAT COULD HAVE BEEN DAMAGED.
MAY 20, 2016 AT APPROX 5PM. MY HUSBAND WAS DRIVING WEST ON HIGHWAY ROUTE
6, CAPE COD MA AT APPROX 55MPH. AS HE PASSED EXIT 6, HE HIT A ROUGH PATCH
AND THE TRUCK BEGAN OSCILLATING VIOLENTLY. HE WAS UNABLE TO CONTROL IT
AND SWERVED IN BOTH LANES OF THE WESTERLY 2-LANE HIGHWAY ALSO RUBBING
AGAINST THE CURB. LUCKILY THE TRAFFIC STOPPED WHEN SEEING HIS TRUCK OUT OF
CONTROL AND NO ONE WAS HURT OTHER THAN MY HUSBAND BEING TOTALLY
SHAKEN.  THE TIRES HAVE BEEN INFLATED AS RECOMMENDED BY FORD WHEN THE
SENT A LETTER RE THIS DEFECT. THIS TRUCK IS DANGEROUS, NOT ONLY TO US BUT
OTHERS WHO ARE ON THE ROAD. **I HAVE CONTACTED THE PLYMOUTH FORD
DEALER WHERE THE TRUCK WAS PURCHASED, FORD CUSTOMER SERVICE AND
FORD HEAD OFFICE. EVEN THOUGH THEY ACKNOWLEDGE THE TRUCKS ARE
DEFECTIVE, THEY SAY THEY ARE NOT RESPONSIBLE FOR REPAIRING THEM.** OUR
TRUCK IS OSCILLATING REALLY BADLY AND IS DANGEROUS TO DRIVE. THIS SHOULD
BE A RECALL, NOT ONLY FOR THOSE OF US DRIVING THESE DEFECTIVE FORD F-350
2006 TRUCKS, BUT FOR THE OTHER INNOCENT LIVES ON THE ROAD.
**1 Affected Product**

**May 26, 2008 NHTSA ID NUMBER: 10228887**
**Components: STEERING**
**NHTSA ID Number:** 10228887
**Incident Date** May 10, 2008
**Consumer Location** SHADOW HILLS, CA
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

-257-

Class Action Complaint
Case No.

06 F350 DUALLY DIESEL CREW CAB. WHEN DRIVING ANYWHERE BETWEEN 50-70 MPH AND HIT A POTHOLE THE FRONT END GOES INTO A DEATH WOBBLE AND IS NOT CONTROLLED UNTIL VEHICLE IS SLOWED TO 30 MPH. ALMOST LOST CONTROL OF VEHICLE ON LOS ANGELES FREEWAYS. **HAS HAPPENED MULTIPLE TIMES AND HAVE BEEN TO FORD DEALER WITH NO ASSISTANCE.** LAST EPISODE WAS LAST WEEK, THEN MY INSURANCE CO TOLD ME TO FILE COMPLAINT IN CASE OF ACCIDENT THAT IS NOT MY FAULT BUT A VEHICLE DEFECT. AAA ALSO SENT ME TO THIS FORUM OF OTHER FORD OWNERS THAT HAVE HAD THE SAME COMPLAINT. *TR

**1 Affected Product**

---

March 28, 2008 **NHTSA ID NUMBER: 10222609**
**Components: SUSPENSION**
**NHTSA ID Number:** 10222609
**Incident Date** May 3, 2007
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTWW31P26E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2006 FORD F-350 SD. WHILE DRIVING 50 MPH, THE FRONT END OF THE VEHICLE BEGINS TO JUMP AND BOUNCE BACK AND FORTH. THE FAILURE USUALLY OCCURS FROM A BRIDGE TO PAVEMENT, FROM PAVEMENT TO A BRIDGE, ON UNEVEN PAVEMENT, OR IN VARIOUS OTHER DRIVING CONDITIONS. **THE DEALER COULD NOT DUPLICATE THE FAILURE.** THE PURCHASE DATE WAS UNKNOWN. THE CURRENT MILEAGE WAS 44,000 AND FAILURE MILEAGE WAS 21,977.

**1 Affected Product**

---

July 9, 2009 **NHTSA ID NUMBER: 10276278**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10276278
**Incident Date** September 15, 2008
**Consumer Location** BOGART, GA
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2006 FORD F-350 SD. WHILE DRIVING APPROXIMATELY 65 MPH, THE STEERING VIBRATED AND WOBBLED EXCESSIVELY. IN ADDITION, THE FRONT END OF THE VEHICLE BEGAN TO SHIMMY. THERE WERE NO WARNING INDICATORS ILLUMINATED ON THE INSTRUMENT PANEL. IMMEDIATELY, THE DRIVER

Class Action Complaint
Case No.

PULLED THE VEHICLE OVER. **SHE DROVE TO AN AUTHORIZED DEALER, BUT THEY COULD NOT DUPLICATE THE FAILURES. THE VEHICLE WAS TAKEN BACK TO AN AUTHORIZED DEALER AND AN INDEPENDENT MECHANIC ON SEPARATE OCCASIONS FOR IDENTICAL FAILURES, BUT THERE WERE NO RESOLUTIONS. CURRENTLY**, THE AUTHORIZED DEALER IS REPLACING THE STEERING STABILIZER SHOCK AND DRAG LINK. THE VIN WAS UNABLE TO BE ENTERED INTO THE SYSTEM. THE FAILURE MILEAGE WAS 65,000 AND CURRENT MILEAGE WAS 87,000.

**1 Affected Product**

May 21, 2012 **NHTSA ID NUMBER: 10459147**
**Components: SUSPENSION**
**NHTSA ID Number:** 10459147
**Incident Date** August 8, 2008
**Consumer Location** READING, PA
**Vehicle Identification Number** 1FDWW31P96E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
THE VEHICHE WHEN TRAVELING AT HIGHWAY SPEEDS IN EXCESS OF 55 MPH WHEN HITTING A BUMP BEGINS TO SHAKE WHICH GROWS TO A VOILENT SHAKING. IN ORDER TO STOP THIS SHAKING THE VEHICLE MUST BE SLOWED UNDER 25 MPH. THIS HAS HAPPENED ON NUMEROUS OCCASIONS BETWEEN THE DATE ABOVE AND TODAY. **REPEATED SERVICE VISITS TO A LOCAL FORD DEALERSHIP SERVICE CENTER HAVE BEEN UNABLE TO CORRECT THE PROBLEM.** *TT

**1 Affected Product**

April 20, 2009 **NHTSA ID NUMBER: 10266161**
**Components: STEERING**
**NHTSA ID Number:** 10266161
**Incident Date** June 22, 2008
**Consumer Location** PIQUA, OH
**Vehicle Identification Number** 1FTWW33P46E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I BOUGHT MY TRUCK USED WITH 20K MILES ON IT IN 2007 AND DID NOT HAVE ANY PROBLEMS WITH THE FRONT END SHAKING AND THE STEERING WHEEL SHAKING VIOLENTLY TILL ABOUT 37K WHEN I TOOK IT TO THE LOCAL FORD DEALERSHIP TO GET IT CHECKED OUT. MY TRUCK STEERING WHEEL AND FRONT END STARTS SHAKING AT ABOUT 40 MPH AND GETS REAL BAD AT ABOUT 55 MPH AND REALLY BAD SLOWING

Class Action Complaint
Case No.

DOWN IN THAT SAME RANGE. **ANY TIME I'VE HAD REPAIRS DONE BY THE DEALERSHIP THE REPAIRS DONE TO MY TRUCK ON THE INVOICES STATE THE DEALERSHIP VERIFIED COMPLAINT AND THEN HOW THEY FIXED THE PROBLEM BUT WHEN I TOOK MY TRUCK IN FOR THIS PROBLEM MY INVOICE READS MY COMPLAINT AND THEN "NO REPAIR ATTEMPTED". THEY SAID THEY COULD NOT DUPLICATE THE PROBLEM SO THEY DID NOT REPAIR ANYTHING BUT ACCORDING TO THE INVOICE THEY DID NOT EVEN LOOK AT IT BECAUSE IT DOESN'T SAY THEY EVEN TRIED TO VERIFY MY COMPLAINT IT JUST SAYS " NO REPAIR ATTEMPTED".** SO EACH MILE I HAVE PUT ON THE TRUCK TILL NOW THE PROBLEM HAS BEEN GETTING WORSE. BEFORE THE STEERING WHEEL WOULD SHAKE AFTER HITTING A BUMP IN THE ROAD OR POT HOLE BUT NOW IT DOES IT JUST DRIVING JUST ABOUT EVERYTIME IT GETS TO 40 MPH AND DEFINITELY AROUND 50-55 MPH. SOMETIMES IT SHAKES TO WHERE I CAN SLOW DOWN AND IT GOES AWAY AND OTHER TIMES IT SHAKES SO BAD I HAVE TO STOP AND SEE HOW SAFE IS THAT ON INTERSTATE WITH MY WIFE AND 2 DAUGHTERS. I'VE HAD A COUPLE AUTO SHOPS LOOK AT MY TRUCK AND THEY SAID I NEEDED NEW TIRES AND AN ALIGNMENT. SO I NEEDED THEM ANYWAY SO I TOOK IT AND GOT ALL "6"(DUALLY)NEW TIRES PUT ON AND AN ALIGNMENT AND THEY SAID EVERYTHING ELSE WAS TIGHT AND GOOD IN THE FRONT END BUT I STILL HAVE THE PROBLEM. I TOOK IT TO ANOTHER SHOP AND HAD THE FRONT END CHECKED AND THEY SAID EVERYTHING WAS GOOD AND TIGHT. MY TRUCK NOW HAS 48K SO I CALLED MY FORD DEALERSHIP AGAIN AND THEY SAID THEY WOULD HAVE TO GET IT IN AND DO A LONG STEP-BY-STEP LIST OF PROCEDURES AND CHECKS TO VERIFY THE PROBLEM BUT IT WILL COST CAUSE MY TRUCK IS OUT OF WARRANTY NOW. I HAVE NOT TAKEN IT IN YET. $$$$$$$$ *TR

**1 Affected Product**

September 13, 2013 **NHTSA ID NUMBER: 10543396**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10543396
**Incident Date** September 12, 2013
**Consumer Location** EL PASO, TX
**Vehicle Identification Number** 1FTSW21P77E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE A 2007 F 250 DIESEL AND EVERY TIME I AM DRIVING OVER SPEED BUMP AT 45MPH TO 65MPH MY TRUCK SHAKES LIKE CRAZY **IT HAS BEEN TAKEN TO THE DEALER FOR A FIX BUT NOTHING IS DONE** I AM AFRAID THAT ONE DAY THIS WILL COST AN ACCIDENT I HOPE THE THIS MATER IS TAKEN CARE SOON THANK YOU FOR YOUR HELP. *TR

**1 Affected Product**

Class Action Complaint
Case No.

June 11, 2009 **NHTSA ID NUMBER: 10273581**
**Components: STEERING, TIRES**
**NHTSA ID Number:** 10273581
**Incident Date June 11, 2009**
**Consumer Location** HAMMOND, LA
**Vehicle Identification Number** 1FTSW21P27E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WHEN DRIVING MY FORD F-250 45 MPH AND OVER AND HITTING ANY KIND OF BUMP THE FRONT END SHAKES SEVERELY. THE BRAKES WHEN APPLIED WILL STOP THE SHAKING. THE DAMPER WAS REPLACED BUT IT DID NOT HELP. IF THE BUMP AND THE SPEED WAS GREAT ENOUGH IT WOULD CAUSE YOU TO CRASH. **THE TRUCK HAS 38,000 MI. AND THE DEALER TELLS ME THERE IS NO RECALL AND IT IS NOT UNDER WARRANTY.** I PLAN ON TAKING IT TO AN INDEPENDENT FRONT END SPECIALIST TO DIAGNOSE THE PROBLEM.
**2 Affected Products**

August 23, 2010 **NHTSA ID NUMBER: 10351350**
**Components: STEERING**
**NHTSA ID Number:** 10351350
**Incident Date July 23, 2008**
**Consumer Location** FRESNO, CA
**Vehicle Identification Number** 1FTSX21577E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2007 FORD F-250. WHILE DRIVING APPROXIMATELY 60 MPH, THE VEHICLE BEGAN TO SHAKE VIOLENTLY. THE FAILURE WOULD RECUR INTERMITTENTLY. **THE VEHICLE WAS SERVICED BY AN AUTHORIZED DEALER ON NUMEROUS OCCASIONS WHERE THE GEAR BOX AND STEERING COLUMN WERE REPLACED. THE FAILURE CONTINUED TO RECUR INTERMITTENTLY AND THE VEHICLE WAS TAKEN BACK TO THE AUTHORIZED DEALER. THE DEALER WAS UNABLE TO DIAGNOSE THE FAILURE. THE FAILURE CONTINUED TO RECUR WHEN DRIVING BETWEEN 40-60 MPH. THE VEHICLE WAS NOT FURTHER REPAIRED.** THE FAILURE MILEAGE WAS 26,000 AND THE CURRENT MILEAGE WAS 60,000.
**1 Affected Product**

December 14, 2011 **NHTSA ID NUMBER: 10439970**
**Components: STEERING, SUSPENSION**

Class Action Complaint
Case No.

**NHTSA ID Number:** 10439970
**Incident Date June 17, 2011**
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSW21P87E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
PICKED UP MY F250 SUPER DUTY FROM THE SERVICE AT THE FORD DEALER, DRIVING IT ON THE FREEWAY OVERPASS, HIT A BUMP ON THE OVER PASS AND MY FRONT END STARTED SHAKING VIOLENTLY. I HAD NO CONTROL, I HAD TO STOP ON THE FREEWAY TO MAKE IT STOP SHAKING, ALMOST CAUSED A PILE UP. **CALLED THE DEALER AND THEY SAID THEY'VE HEARD OF THE PROBLEM BUT NOTHING THEY CAN DO.** *TR
**1 Affected Product**

May 28, 2013 **NHTSA ID NUMBER: 10513794**
**Components: STEERING, WHEELS, STRUCTURE, SUSPENSION**
**NHTSA ID Number:** 10513794
**Incident Date** May 26, 2013
**Consumer Location** AUSTIN, TX
**Vehicle Identification Number** 1FTSW21537E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I WOULD LIKE TO OFFICIALLY SUBMIT A COMPLAINT ABOUT OUR FORD F250 SUPER DUTY TRUCK. **THERE IS SOMETHING SERIOUSLY WRONG WITH IT AND THE FORD DEALERSHIP HAS BEEN UNABLE TO FIX IT. WE HAVE HAD THE SAME ISSUE WITH IT FOR THE LAST FEW YEARS AND THE ISSUE HAS NOT BEEN RESOLVED!** WE ARE EXPERIENCING TURBULENT WOBBLING WITH THIS TRUCK AND I CAN ASSURE YOU THIS IS NOT NORMAL! THE LAST INCIDENT OCCURRED 2 DAYS AGO ON MAY 26, 2013! I HAVE CHILDREN AND FEEL THAT OUR LIVES WERE ESPECIALLY IN DANGER WHEN WE RODE IN THIS TRUCK AS WE THOUGHT THIS ISSUE WAS RESOLVED AND NO LONGER EXISTED. AS WE WERE DRIVING ON THE INTERSTATE HIGHWAY WE DROVE OVER AN UNEVEN SECTION OF THE HIGHWAY AND OUR TRUCK SUDDENLY STARTED SHAKING DANGEROUSLY OUT OF CONTROL! THANKFULLY MY HUSBAND WAS ABLE TO CONTROL THE STEERING WHEEL AND STEPPED ON THE BRAKE TO SLOW IT DOWN, OTHERWISE WHO KNOWS WHAT WOULD HAVE HAPPENED! THERE WAS TRAFFIC EVERYWHERE AND WE WERE LUCKY ENOUGH NOT TO HAVE AN ACCIDENT! THEN IT HAPPENED AGAIN A FEW HOURS LATER WHEN WE AGAIN DROVE OVER AN UNEVEN SECTION OF THE INTERSTATE. I HAVE EXPERIENCED ENOUGH OF THESE THREATENING EPISODES AND I AM VERY CONCERNED AS THIS IS ABSOLUTELY NOT NORMAL AND I CAN HONESTLY SAY THERE IS SOMETHING VERY WRONG WITH THIS VEHICLE. THIS IS

Class Action Complaint
Case No.

A SAFETY ISSUE AND PEOPLE CAN AND WILL LOSE THEIR LIVES OVER THIS IF THIS IS NOT RESOLVED IMMEDIATELY! **I HAVE CONTACTED FORD HEADQUARTERS TO SUBMIT A FORMAL COMPLAINT AND THEY MERELY TOLD ME TO CONTINUE WORKING WITH THE DEALERSHIP THAT HAS UNRESOLVED MY ISSUE.** I TRUST THAT YOU WILL TAKE THIS COMPLAINT SERIOUSLY AS LIVES ARE AT STAKE BECAUSE OF THIS ISSUE. *TR

**1 Affected Product**

---

December 6, 2012 **NHTSA ID NUMBER: 10487532**
**Components: STEERING**
**NHTSA ID Number:** 10487532
**Incident Date** December 15, 2009
**Consumer Location** STEVENSVILLE, MD
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL* THE CONTACT OWNS A 2007 FORD F-250 SD. WHILE DRIVING APPROXIMATELY 65 MPH, THE VEHICLE BEGAN TO SHAKE VIOLENTLY AS THE CONTACT TRAVELED OVER AN UNEVEN ROAD SURFACE. **THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE FAILURE COULD NOT BE REPLICATED.** THE VEHICLE WAS NOT REPAIRED. THE VIN WAS NOT AVAILABLE. THE APPROXIMATE FAILURE MILEAGE WAS 30,000.

**1 Affected Product**

---

December 8, 2010 **NHTSA ID NUMBER: 10369701**
**Components: SUSPENSION**
**NHTSA ID Number:** 10369701
**Incident Date** November 12, 2010
**Consumer Location** HEMET, CA
**Vehicle Identification Number** 1FTWW31P77E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
I HAVE A 2007 F-350 HARLEY DAVIDSON CC AT HIGHWAY SPEEDS MOSTLY IN CORNERS BUT ALSO ON STRAIGHTAWAY, THE TRUCK STARTS SHAKE VIOLENTLY, ALMOST UNCONTROLLABLE. TO GET THIS TO STOP, I HAVE TO SLOW WAY DOWN AND ALMOST STOP. **THIS PROBLEM HAS BEEN REPORTED TO THE DEALER, WHERE THEY REPLACED SOME OF THE FRONT STEERING COMPONENTS. I WAS TOLD THAT THE PROBLEM WAS FIXED, BUT ABOUT 100 MILES DOWN THE ROAD, THE SHAKING STARTED AGAIN. I SUBSEQUENTLY CALLED THE DEALER, WHO INFORMED ME**

Class Action Complaint
Case No.

**THAT THERE WAS NOTHING ELSE THAT THEY COULD DO, AS THE TRUCK IS NOW OUT OF WARRANTY.** THIS PROBLEM WAS REPORTED, AND SUPPOSEDLY FIXED PRIOR TO THE WARRANTY RUNNING OUT. I HAVE SPOKEN TO OTHER PEOPLE WITH SIMILAR ISSUES WITH THEIR TRUCKS. THE SEVERITY OF THE SHAKING IN THE STEERING WHEEL MAKES IT ALMOST IMPOSSIBLE TO CONTROL SAFELY. I FEEL VERY UNSAFE DRIVING THIS VEHICLE, AND WOULD LIKE FOR SOMEONE AT FORD TO LET ME KNOW WHAT I CAN DO TO FIX THIS PROBLEM. I DON'T AGREE THAT FORD WILL DO NOTHING ABOUT THIS PROBLEM, EVEN THOUGH THERE HAVE BEEN MANY COMPLAINTS OF THE SAME NATURE, HOWEVER I JUST WANT MY TRUCK FIXED. WHETHER OR NOT I HAVE TO PAY FOR IT, I JUST WANT SOMEONE TO TELL ME HOW TO FIX THIS PROBLEM. THERE HAVE BEEN NO MODIFICATIONS, AND THE TIRES ON MY TRUCK HAVE BEEN SUPPLIED BY THE DEALER. *TR

**1 Affected Product**

May 13, 2010 **NHTSA ID NUMBER: 10330354**
**Components: TRACTION CONTROL SYSTEM, STEERING**
**NHTSA ID Number:** 10330354
**Incident Date** February 1, 2010
**Consumer Location** PAULINE, SC
**Vehicle Identification Number** 1FTSX21YX8E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL*THE CONTACT OWNS A 2008 FORD F250 SUPER DUTY. THE CONTACT STATED THAT WHILE DRIVING AT 70 MPH OVER AN UNEVEN SURFACE, THE FRONT END OF THE VEHICLE WOULD SHAKE AND VIBRATE. THE STEERING AND TRACTION CONTROL ALSO FAILED. UPON DECELERATION THE FAILURE WOULD STOP. THE PROBLEM OCCURRED THREE TIMES. **THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALERSHIP BUT THE DEALER COULD NOT DUPLICATE THE FAILURE. THE DEALER INFORMED THE OWNER THAT SOME OF THIS YEAR AND MODEL HAD THE "DEATH SHAKE" BUT THERE WAS NOTHING THEY COULD DO ABOUT IT; SHE WAS ADVISED TO NOT DRIVE THE VEHICLE.** THE FAILURE MILEAGE WAS APPROXIMATELY 15,000. THE CURRENT MILEAGE WAS APPROXIMATELY 24,000.

**1 Affected Product**

March 17, 2009 **NHTSA ID NUMBER: 10262107**
**Components: STEERING**
**NHTSA ID Number:** 10262107
**Incident Date June 10, 2008**
**Consumer Location** Unknown
**Vehicle Identification Number** 1FDWW35R08E****
**Summary of Complaint**

-264-

Class Action Complaint
Case No.

**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL*THE CONTACT OWNS A 2008 FORD F-350 SD. THE CONTACT STATED THAT THE FRONT END OF THE VEHICLE WOULD SHIMMY AND SHAKE WHILE DRIVING APPROXIMATELY 50 MPH. ON ONE OCCASION, THE STEERING WHEEL SHOOK SO SEVERELY THAT HE LOST CONTROL OF THE VEHICLE AND VEERED OFF THE ROAD. THERE WERE NO INJURIES. **THE CONTACT TOOK THE VEHICLE TO THE DEALER FOR REPAIRS, BUT THE FAILURE PERSISTED. HE FILED A COMPLAINT WITH THE MANUFACTURER, BUT HAS YET TO RECEIVE ANY FEEDBACK.** THE CURRENT MILEAGE WAS APPROXIMATELY 42,600 AND FAILURE MILEAGE WAS APPROXIMATELY 15,000.
**1 Affected Product**

---

March 3, 2010 **NHTSA ID NUMBER: 10316308**
**Components: STEERING**
**NHTSA ID Number:** 10316308
**Incident Date** January 2, 2009
**Consumer Location** SAN BERNARDINO, CA
**Vehicle Identification Number** 1FTWW33R68E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
I HAVE A 2008 FORD F-350 DUALLY THAT WHEN HITTING A DIP/BUMP IN THE ROAD AT SPEEDS ABOVE ABOUT 35, THE ENTIRE FRONT END SHAKES/SHIMMYS SO BAD THAT YOU CAN'T EVEN CONTROL IT! **I RECEIVED A LETTER IN THE MAIL FROM FORD IN APRIL 2009 BASICALLY SAYING WHEN IT HAPPENS SLOW DOWN. THE DEALER REFUSES TO DO ANYTHING.** SOMEONE IS GOING TO GET KILLED IF THIS IS NOT FIXED. *TR
**1 Affected Product**

---

March 28, 2013 **NHTSA ID NUMBER: 10504817**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10504817
**Incident Date** February 6, 2012
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSW215X9E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0

Class Action Complaint
Case No.

**DEATHS0**

TL* THE CONTACT OWNS A 2009 FORD F-250. THE CONTACT STATED THAT THE FRONT END OF THE VEHICLE WOULD SHAKE VIOLENTLY WHENEVER DRIVING OVER A ROAD BUMP OR A POTHOLE. THE WHEELS WOULD ALSO BOUNCE OFF THE GROUND AND THE STEERING WOULD BECOME DEFECTIVE WHEN THE FAILURE OCCURRED. ONCE THE VEHICLE WAS AT A COMPLETE STOP, THE FAILURE WOULD CEASE. **THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE TIRE PRESSURE AND ALIGNMENT WAS CHECKED, BUT THE DEALER DID NOT RECOMMEND ANY TYPE OF REPAIR.** THE FAILURE MILEAGE WAS 70,000 AND THE CURRENT MILEAGE WAS 137,000. *TR UPDATED 07/16/13*LJ

**1 Affected Product**
**1 Associated Document**

March 2, 2015 **NHTSA ID NUMBER: 10691517**
**Components: SUSPENSION**
**NHTSA ID Number:** 10691517
**Incident Date** November 24, 2012
**Consumer Location** TORRINGTON, WY
**Vehicle Identification Number** 1FTSW21Y89E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**

TL* THE CONTACT OWNS A 2009 FORD F-250 SD. UPON TRAVELING OVER 65 MPH, THE VEHICLE SHOOK VIOLENTLY AND VEERED TO THE LEFT AND RIGHT. THE CONTACT HAD TO MERGE TO THE SIDE OF THE ROAD DUE TO THE FAILURE. **THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER WHO PERFORMED AN ALIGNMENT. THE CONTACT INDICATED THAT A FEW YEARS LATER, THE FAILURE RECURRED. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER WHO WAS NOT ABLE TO DUPLICATE OR DIAGNOSE THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND WAS UNABLE TO DETERMINE A REMEDY.** THE FAILURE MILEAGE WAS NOT AVAILABLE.

**1 Affected Product**

December 30, 2015 **NHTSA ID NUMBER: 10817038**
**Components: VISIBILITY/WIPER, STEERING, SUSPENSION**
**NHTSA ID Number:** 10817038
**Incident Date** December 11, 2015
**Consumer Location** SATSUMA, AL
**Vehicle Identification Number** 1FTSW21R79E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**

Class Action Complaint
Case No.

INJURIES0
DEATHS0
DRIVING 2009 FORD F-50 SUPER DUTY FX4 ON INSTERSTATE AT 65 MPH, AS I EXITED TO ANOTHER INTERSTATE I EXPERIENCED A VIOLENT WOBBLE IN THE FRONT END WHICH ONLY STOPPED WHEN I BROUGHT THE PICKUP TRUCK TO A COMPLETE STOP. **I TOOK THE TRUCK TO THE DEALER I PURCHASED THE VEHICLE FROM AND THEY GAVE ME A SHOPPING LIST OF $3300. THIS INCLUDED WINDSHIELD WIPERS. THEY ALSO DID NOT KNOW WHAT CAUSED THIS PROBLEM. FORD CUSTOMER SERVICE SAID THEY DID NOT KNOW OF THIS PROBLEM AND COULD NOT HELP.** LOOKING INTO THIS ON GOOGLE, I FOUND HUNDREDS OF SIMILAR PROBLEMS COMMONLY CALLED "DEATH WOBBLE" ON THE INTERNET. THIS VIOLENT SHAKING HAS OCCURRED ONCE MORE TWO WEEKS LATER. I AM PARKING THE VEHICLE UNTIL I DECIDE WHAT I NEED TO DO. I AM AFRAID FOR MY FAMILY'S SAFETY AND OTHER MOTORISTS. *JS

**1 Affected Product**

---

June 2, 2016 **NHTSA ID NUMBER: 10872235**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10872235
**Incident Date** March 10, 2016
**Consumer Location BIGELOW, AR**
**Vehicle Identification Number** 1FTSW21R69E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2009 FORD F-250 SD. THE CONTACT STATED THAT THE FRONT END OF THE VEHICLE WAS UNSTABLE SHOOK AND VIBRATED EXCESSIVELY WITH AN EXTREME WOBBLE. **THE DEALER WAS NOTIFIED OF THE FAILURE AND WAS UNABLE TO PROVIDE A REPAIR SOLUTION TO PREVENT THE FAILURE.** THE CONTACT TOOK THE VEHICLE TO MORE THAN FIVE DIFFERENT REPAIR SHOPS FOR VARIOUS REPAIRS, BUT THE FAILURES CONTINUED IN THE FRONT AND REAR ENDS. THE VEHICLE WAS NOT REPAIRED AND THE CONTACT WAS WAITING TO DETERMINE IF THE MANUFACTURER WOULD BE ABLE TO PROVIDE A PERMANENT REPAIR SOLUTION. THE APPROXIMATE FAILURE MILEAGE WAS 180,000.

**1 Affected Product**

---

July 21, 2014 **NHTSA ID NUMBER: 10614915**
**Components: STEERING**
**NHTSA ID Number:** 10614915
**Incident Date** March 8, 2011
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSW21R19E****
**Summary of Complaint**

Class Action Complaint
Case No.

**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2009 FORD F-250. THE CONTACT STATED WHILE DRIVING OVER A BUMP AT APPROXIMATELY 65 MPH, THE VEHICLE BEGAN SHAKING AND SWERVED INTO ANOTHER LANE. THE FAILURE RECURRED NUMEROUS TIMES. **THE VEHICLE WAS TAKEN TO A DEALER. THE TECHNICIAN WAS UNABLE TO DUPLICATE OR DIAGNOSE THE FAILURE.** HOWEVER, ALL FOUR TIRES WERE REPLACED ON FOUR OCCASIONS. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 40,000.
**1 Affected Product**

March 10, 2016 **NHTSA ID NUMBER: 10845889**
**Components: SUSPENSION**
**NHTSA ID Number:** 10845889
**Incident Date** February 2, 2015
**Consumer Location** SILVER CITY, NM
**Vehicle Identification Number** 1FTSW2BR0AE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2010 FORD F-250 SD. THE CONTACT STATED THAT WHILE DRIVING AT ANY SPEED OVER 20 MPH, THE VEHICLE WOULD EXPERIENCE SEVERE FRONT END VIBRATING AND SHAKING. **THE VEHICLE WAS TAKEN TO THE DEALER BUT THE CAUSE OF THE FAILURE WAS NOT DETERMINED.** THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 30,000.
**1 Affected Product**

April 11, 2016 **NHTSA ID NUMBER: 10854925**
**Components: SUSPENSION**
**NHTSA ID Number:** 10854925
**Incident Date** January 15, 2015
**Consumer Location** KATHLEEN, GA
**Vehicle Identification Number** 1FTSW2BRXAE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2010 FORD F-250. THE CONTACT DROVE OVER A SLIGHT BUMP AT 70 MPH AND THE VEHICLE BEGAN TO VIBRATE SEVERELY. THE FAILURE

Class Action Complaint
Case No.

OCCURRED CONSTANTLY. **THE VEHICLE WAS TAKEN TO A DEALER WHERE IT WAS DIAGNOSED, BUT THE CAUSE OF THE FAILURE WAS NOT FOUND. THE VEHICLE WAS NOT REPAIRED.** THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 100,000.

**1 Affected Product**

April 26, 2012 **NHTSA ID NUMBER: 10456617**
**Components: STEERING**
**NHTSA ID Number:** 10456617
**Incident Date** November 1, 2011
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSW2BR1AE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2010 FORD F-250 SD DIESEL. THE CONTACT STATED THAT WHEN DRIVING AT VARIOUS SPEEDS OVER A ROAD BUMP, THE FRONT END OF THE VEHICLE AND THE STEERING WHEEL WOULD JERK VIOLENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER WHO WAS UNABLE TO DIAGNOSE THE FAILURE.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. **THE VEHICLE WAS NOT REPAIRED.** THE FAILURE MILEAGE WAS 58,000 AND THE CURRENT MILEAGE WAS 64,000.

**1 Affected Product**

January 6, 2015 **NHTSA ID NUMBER: 10670511**
**Components: STEERING**
**NHTSA ID Number:** 10670511
**Incident Date** September 17, 2014
**Consumer Location** GARDEN RIDGE, TX
**Vehicle Identification Number** 1FTSW2BRXAE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
AT VARIOUS SPEEDS FROM 45 ON UP FRONTEND WILL SHAKE VIOLENTLY CAUSING VEHICLE TO LOSS LANE CONTROL. MOST OFTEN IT IS FOLLOWING ANY COMPROMISE IN THE ROAD BUT HAS HAPPENED WITHOUT ME FEELING OR SEEING ANY CHANGE IN THE SURFACE. **WHEN I WENT TO MY LOCAL FORD DEALER, THEY QUICKLY IDENTIFIED THE PROBLEM CALLING IT THE âœŒDEATH WOBBLEâ. ALARMED BY THE NAME ALONE I ENQUIRED. THEY SAID THEY KNOW OF THE PROBLEM AND THAT FORD IS NOT TAKING RESPONSIBILITY FOR IT.** THEY ONLY OFFER THE

Class Action Complaint
Case No.

CONSUMER TO PAY OUT OF POCKET FOR AFTERMARKET PART TO RECTIFY THEIR ILL ENGINEERED FRONTEND. THIS IS A SERIOUS OCCURRENCE AND WILL END UP CAUSING MANY WRECKS AND THE GREAT POTENTIAL FOR FATALITIES. I SEE FORD AND WHOEVER ELSE TURNS A BLIND EYE TO THIS SITUATION TO BE IN THE HEADLINES RIGHT NEXT TO GM AND THEIR ATTEMPT TO PRETEND AND BURY ISSUES KNOWING THEY PRESENT A COMPROMISE IN SAFETY. THERE IS A COUNTLESS NUMBER OF PEOPLE WHO HAVE DONE THEIR PART TO NOTIFY BOTH FORD AND NHTSA OF THIS ONGOING ISSUE FOR YEARS AND BOTH SEEM NEGLIGENT NOT TO AGGRESSIVELY REMEDY ANY AND ALL CURRENT VEHICLES WITH THIS DEFECT, AS WELL AS, ANY UNIT IN PRODUCTION. IT SHOULDNÂ€™T TAKE BLOODSHED/DEATH FOR SOMEONE TO TAKE OWNERSHIP OF THEIR DEFECTIVE PRODUCT.

**1 Affected Product**

September 10, 2015 **NHTSA ID NUMBER: 10763032**
**Components: STEERING, WHEELS, SUSPENSION**
**NHTSA ID Number:** 10763032
**Incident Date** October 20, 2012
**Consumer Location MEMPHIS, TN**
**Vehicle Identification Number** 1FTWW3DR6AE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
LOSS OF CONTROL WHEN DRIVING ON BUMPY SECTION OF FREEWAY, DUE TO EXTREME SHAKING OF FRONT END. IT SEEM TO AMPLIFY IN THE SEVERITY AND VIOLENCE OF THE SHAKING UNTIL I WAS ABLE TO SLOW THE TRUCK TO UNDER 10 MILES AN HOUR ON THE SHOULDER OF THE ROAD TO REGAIN CONTROL. **I HAVE HAD THE TRUCK IN SHOP AT THE DEALER 3 TO 4 TIMES FOR REPAIR FOR THIS RECURRING PROBLEM. THE FORD SERVICE TECHNICIAN ADMITTED THAT THIS WAS A COMMON PROBLEM FOR THIS MAKE AND MODEL BUT THAT NEITHER FORD OR THE DEALER WOULD TAKE RESPONSIBILITY FOR THE REPAIR. BUT, THEY DID HOWEVER HAVE A RECOMMENDED FIX, WHICH I FOUND INTERESTING FOR AN ISSUE THAT THEY SAID DIDN'T EXIST.** I HAVE SPENT THOUSANDS OF DOLLARS AT THE DEALER TO FIX WHAT IS OBVIOUSLY A DESIGN AND MANUFACTURING FLAW. THIS IS A VERY DANGEROUS VEHICLE TO DRIVE. WE BOUGHT IT TO PULL A LARGE TRAVEL TRAILER BUT DO NOT HAVE CONFIDENCE IN THE TRUCK TO DO SO. SO NOT ONLY ARE WE PAYING FOR A DEFECTIVE TRUCK, WE ARE NOT ABLE TO USE THE TRUCK FOR THE PURPOSE WE INTENDED. WE COULD NOT BE MORE DISAPPOINTED IN FORD AND OUR DEALER. THESE TRUCKS WILL CAUSE FATAL CRASHES, THEY ARE NOT SAFE TO DRIVE. I CAN SEND VIDEO FROM THE CAB OF THE SHAKING THAT HAPPENED OVER THE WEEKEND. PLEASE, PLEASE TAKE ACTION TO GET THIS ISSUE FIXED. THANK YOU *TR

**1 Affected Product**

Class Action Complaint
Case No.

January 24, 2012 **NHTSA ID NUMBER: 10445092**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10445092
**Incident Date** January 1, 2012
**Consumer Location** BIRMINGHAM, AL
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THIS VEHICLE HAS SEVERE FRONT END WOBBLE WHICH MOSTLY OCCURS BETWEEN THE SPEEDS OF 55 - 70 MPH. THE STEERING WHEEL AND ENTIRE VEHICLE BEGINS TO VIOLENTLY WOBBLE SO MUCH THAT USUALLY THE VEHICLE HAS TO BE STOPPED ON THE SIDE OF THE ROAD TO STOP THE WOBBLE. THE COVER ON THE DASH OVER THE PASSENGER AIRBAG HAS CRACKED DUE TO THE VIOLENT SHAKING IN THE TRUCK. ALSO, FLUID HAS BEGUN TO LEAK FROM THE FRONT PASSENGER WHEEL AS A RESULT OF THE SHAKING AS WELL. **BOTH FORD AND THE DEALERSHIP HAS BEEN UNABLE TO OFFER ANY REMEDY.** PLEASE HELP WITH THIS SITUATION. I HAVE VIDEOS IF NEEDED. I AM AFRAID THIS IS GOING TO CAUSE AN ACCIDENT. *TR
**1 Affected Product**

---

June 24, 2012 **NHTSA ID NUMBER: 10462887**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10462887
**Incident Date June 24, 2012**
**Consumer Location** LAKELAND, FL
**Vehicle Identification Number** 1FT7W2B63BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
AT HIGH SPEEDS OVER 50 MPH, IF TRUCK HITS A BUMP, FRONT END SHAKES VIOLENTLY UNTIL YOU COME TO A COMPLETE STOP. **DEALER HAS NO ANSWER.** ON INTERNET MANY OTHERS HAVING SAME PROBLEM. CALLED "DEATH RATTLE". *TR
**1 Affected Product**

---

November 30, 2012 **NHTSA ID NUMBER: 10486566**
**Components: SUSPENSION**
**NHTSA ID Number:** 10486566
**Incident Date** November 1, 2012
**Consumer Location** SHREVEPORT, LA

-271-

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FT7W2B6XBE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250. THE CONTACT STATED THAT WHILE DRIVING AT HIGHWAYS SPEEDS, DRIVING OVER A BUMP THE VEHICLE STARTED TO SHAKE VIOLENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER WHO WAS UNABLE TO DIAGNOSE THE FAILURE.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 40,000 AND THE CURRENT MILEAGE WAS 45,000.
**1 Affected Product**

---

July 21, 2013 **NHTSA ID NUMBER: 10526016**
**Components: STEERING, WHEELS, SUSPENSION**
**NHTSA ID Number:** 10526016
**Incident Date** July 4, 2013
**Consumer Location** DALLAS, TX
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I HAVE HAD REPEATED ISSUES WITH THE STEERING OF MY TRUCK. **I HAVE TAKEN IT IN TO THE FORD DEALERSHIP FOR THE LAST 2 YEARS AND HAVE BEEN UNABLE TO GET THIS RESOLVED.** THE ISSUE IS KNOWN AS THE "DEATH WOBBLE". I WAS UNAWARE OF HOW COMMON THIS ISSUE WAS UNTIL I STARTED READING FORMS WHERE MANY PEOPLE HAVE HAD THE SAME COMPLAINT. I HAVE NEARLY LOST CONTROL OF MY TRUCK WAY TOO MANY TIMES. *TR
**1 Affected Product**

---

March 27, 2014 **NHTSA ID NUMBER: 10575179**
**Components: STEERING, WHEELS, SUSPENSION**
**NHTSA ID Number:** 10575179
**Incident Date** February 10, 2014
**Consumer Location** NORTON, VA
**Vehicle Identification Number** 1FT7X2B61BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

-272-

Class Action Complaint
Case No.

TRUCK DEVELOPED A VIOLENT SHAKE IN THE FRONT END AND BECAME UNCONTROLLABLE. HAVE TO STOP IMMEDIATELY BEFORE VEHICLE WILL STOP SHAKING. THE ISSUE IS REFERRED TO THE "FORD DEATH WOBBLE" WITH MANY RECORDED INSTANCES OF THIS ON THE WEB AND YOUTUBE. ISSUE HAS GOTTEN WORSE AND IS UNSAFE TO DRIVE. **HAS BEEN IN THE FORD DEALER AND MANY NEW PARTS REPLACED BUT PROBLEM PERSIST. FORD DEALER CANNOT SEEM TO CORRECT** SO IT HAS BEEN IN TWO OTHER GARAGES FOR SECOND OPINIONS. **CONTACTED FORD MOTOR COMPANY AND THEY HAVE NO RECALLS OR ANY KNOWLEDGE OF THIS PROBLEM.** VEHICLE IS A DANGER TO THE HIGHWAY. *TR
**1 Affected Product**

---

June 27, 2017 **NHTSA ID NUMBER: 11001691**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 11001691
**Incident Date June 15, 2013**
**Consumer Location** VICTORIA, TX
**Vehicle Identification Number** 1FT7W2BT4BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING 60 MPH, THE VEHICLE WOBBLED AND SHOOK VIOLENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER (MAC HAIK FORD LINCOLN HYUNDAI 4506 N NAVARRO ST, VICTORIA, TX 77904), BUT THE DEALER WAS UNABLE TO DUPLICATE THE FAILURE. THE DEALER REPLACED UNKNOWN PARTS ON THE FRONT END OF THE VEHICLE, BUT THE FAILURE RECURRED SEVERAL MORE TIMES. THE MANUFACTURER STATED THAT THE CONTACT SHOULD TAKE THE VEHICLE TO A DEALER AND HAVE IT DIAGNOSED.** THE CONTACT WAS REFERRED TO NHTSA. THE APPROXIMATE FAILURE MILEAGE WAS 25,000.
**1 Affected Product**

---

September 18, 2012 **NHTSA ID NUMBER: 10475859**
**Components: STEERING, POWER TRAIN**
**NHTSA ID Number:** 10475859
**Incident Date** April 1, 2012
**Consumer Location** HYATTSVILLE, MD
**Vehicle Identification Number** 1FT7W2BT9BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

-273-

Class Action Complaint
Case No.

TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT STATED THAT WHILE TRAVELING 66 MPH, THE VEHICLE SHOOK VIOLENTLY AND THERE WAS LOSS OF ACCELERATION POWER. **THE VEHICLE WAS ABLE TO BE DRIVEN TO THE CONTACT'S RESIDENCE AND WAS LATER TAKEN TO AN AUTHORIZED DEALER WHERE THE FAILURE COULD NOT BE DUPLICATED.** LATER WHILE TRAVELING 35 MPH, THE VEHICLE BEGAN TO WOBBLE UNCONTROLLABLY, CAUSING THE VEHICLE TO VEER TO THE LEFT ABNORMALLY. **THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE FAILURE COULD NOT BE DUPLICATED. THE VEHICLE WAS NOT REPAIRED** HOWEVER, THE FAILURE RECURRED SEVERAL TIMES. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 4,000 AND THE CURRENT MILEAGE WAS 59,306.

**1 Affected Product**

January 15, 2013 **NHTSA ID NUMBER: 10493002**
**Components: STEERING**
**NHTSA ID Number:** 10493002
**Incident Date** January 12, 2013
**Consumer Location** BALTIMORE, MD
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F250 SD. THE CONTACT STATED THAT WHILE DRIVING 65 MPH, THE FRONT END STARTED TO SHAKE VIOLENTLY AND HE WAS UNABLE TO CONTROL THE VEHICLE. THE VEHICLE WAS FORCED OFF THE ROAD TO THE SHOULDERS. **THE VEHICLE WAS TAKEN TO THE DEALER WHO ADVISED THAT THERE WERE NO REPAIRS AND OFFERED NO ASSISTANCE.** THE MANUFACTURER WAS NOT NOTIFIED. THE VIN WAS UNKNOWN. THE FAILURE MILEAGE WAS 45,000.

**1 Affected Product**

February 20, 2013 **NHTSA ID NUMBER: 10499454**
**Components: STEERING**
**NHTSA ID Number:** 10499454
**Incident Date** February 20, 2013
**Consumer Location** MCLOUD, OK
**Vehicle Identification Number** 1FT7W2BT1BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**

-274-

Class Action Complaint
Case No.

WHILE TRAVELING AT HIGHWAY SPEED I HIT A BUMP AND THE VEHICLE BEGAN TO VIOLENTLY SHAKE. I HAD TO PULL THE VEHICLE OFF THE ROAD TO GAIN CONTROL. CONTINUED DOWN THE HIGHWAY AND VEHICLE STRUCK ANOTHER POT HOLE AND VEHICLE AGAIN WENT INTO A VIOLENT FRONT END SHAKE. I AGIAN HAD TO PULL TO THE SIDE OF THE HIGHWAY TO GAIN CONTROL OF THE VEHICLE. THE NHTSA NEED TO GO TO THE FORD FORUM AND READ THE STORIES ABOUT THE FRONT END WOBBLES, SHIMMY, AND SHAKING BY THE F250 AND F350S, THER ARE MANY NEAR MISS INCIDENTS THAT IF THEY OCCUR THESE VEHICLES ARE TO BIG FOR THE INDIVIDUALS IN THE OPPPSITE LANES TO SURVIVE. THE ISSUE STARTED AT ABOUT 6000 MILES ON THE TRUCK AND HAS GRADUALLY GOTTEN WORSE. **I HAVE TAKEN THE TRUCK TO THE DEALERSHIP FOR REPAIR AT 14,000 MILES AND AT 20,000 MILES WITH NO FIX PROVIDED.** *TR

**1 Affected Product**

April 7, 2014 **NHTSA ID NUMBER: 10578052**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10578052
**Incident Date** March 20, 2013
**Consumer Location** WASHINGTON, MI
**Vehicle Identification Number** 1FT8W3DT6EA****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
2011 F350 4X4 DUAL REAR WHEEL LARIAT. EVERYONE CALLS IT THE "SUPER DUTY DEATH WOBBLE"  FORD HAS NO PLANS TO FIX. STARTED AT 30K MILES, REPLACED ALL KNOWN WORN PARTS AND SUGGESTED PARTS LIKE EVERYONE ELSE - STILL DOING IT. YOUTUBE VIDEOS SHOW VIOLENT SHAKE TO THE POINT YOUR HEAD CAN SMACK THE SIDE WINDOWS. FRONT END ON HIGHWAY HITS SLIGHT BUMP LIKE ON OVER PASS SHAKES SO VIOLENTLY IT CAN BREAK THE FRONT END WHEEL TIRES AND EVERYTHING ELSE.. CHANGED TIRES, STABILIZER SHOCK, ALIGNMENTS. RECENTLY THIS PAST WEEK ON I75 IN OHIO IT HAPPENED 1/2 DOZEN TIMES @ 65 TO 70 MPH SHOOK SO HARD YOU CANNOT CONTROL LOCK THE BRAKES DOWN HARD TO 30 MPH JUST LIKE EVERYONE ELSE ON THE NET SAYS. NEARLY CAUSING WRECKS ON THE FREEWAY. HAPPENS WITHOUT WARNING. TOTALLY STOCK $55K TRUCK. **DEALER SAYS NO TSB OR RECALL. BUT FORD DOES KNOW ABOUT IT AND SAYS IT "MAY HELP" TO CHECK STABILIZER SHOCK. EVERYONE HAS DONE THAT. GOOGLE SUPER DUTY DEATH WOBBLE IT AND SEE VIDEOS. MY FIRST EVER ONLINE COMPLAINT.** THIS FORD TRUCK IS INSANELY DANGEROUS. AT DEALER NOW WITH NO SOLUTION. I DISCOVERED BY SWITCHING INTO 4WHD IT WILL STOP WHICH TELLS ME IT IS INTERNAL CONTROL ARM BUSHINGS BECAUSE 4WD WILL BIND THE FRONT END UP ENOUGH TO PRELOAD SUSPENSION. IT GOT ME HOME BUT THE WIFE WILL NEVER RIDE IN IT AGAIN! *TR

**1 Affected Product**

Class Action Complaint
Case No.

November 18, 2015 **NHTSA ID NUMBER: 10794621**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10794621
**Incident Date** October 25, 2015
**Consumer Location** MERIDIAN, ID
**Vehicle Identification Number** 1FT7W2BT1CE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
DRIVING AT HIGHWAY SPEEDS OF 55 - 65MPH AND HIT A SLIGHT BUMP IN THE ROAD
THE ENTIRE FRONT END OF THE VEHICLE SHAKES UNCONTROLLABLY. IN ORDER TO
GET THIS TO STOP YOU MUST SLAM ON THE BRAKES TO BRING THE SPEED DOWN TO 15
- 20 MPH. **FORD DEALERSHIP SERVICE ADVISER AND MECHANIC ACKNOWLEDGE
THIS ISSUE EXISTS AND HAS SINCE 2005 BUT THERE ISN'T ANY RESOLUTION FOR
THE ISSUE. MY VEHICLE HAS BEEN IN THE SHOP 3 DIFFERENT TIMES FOR OVER A
MONTH IN TOTAL TIME.** FORD REGION CUSTOMER SERVICE MANAGER STATES THE
ISSUE IS THE ROAD. I FIND IT ODD THERE ARE MAY OTHER FORD TRUCK OWNERS WITH
THE SAME ISSUE.
**1 Affected Product**

February 18, 2018 **NHTSA ID NUMBER: 11073450**
**Components: SUSPENSION**
**NHTSA ID Number:** 11073450
**Incident Date** January 17, 2018
**Consumer Location** CORPUS CHRISTI, TX
**Vehicle Identification Number** 1FT7W2BTXCE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
FRONT SUSPENSION SHAKES VIOLENTLY AT HIGHWAY SPEEDS. **THE PROBLEM IS
REFERRED TO AS THE "DEATH WOBBLE" BY THE FORD DEALERSHIP SERVICE
MANAGER. THE FORD DEALERSHIP HAS MADE NUMEROUS ATTEMPTS TO RESOLVE
THE PROBLEM BUT ALL HAVE FAILED. THERE ARE WEBSITES, FACEBOOK
PAGES,AND FORUMS DEVOTED** TO THIS PROBLEM. DOES SOMEONE HAVE TO DIE
BEFORE FORD WILL ISSUE A RECALL????
**1 Affected Product**

July 9, 2018 **NHTSA ID NUMBER: 11110173**

Class Action Complaint
Case No.

**Components: SUSPENSION**
**NHTSA ID Number:** 11110173
**Incident Date** July 4, 2018
**Consumer Location** COLUMBUS GROVE, OH
**Vehicle Identification Number** 1FT7W2BTXCE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
THE TRUCK SHAKES VIOLENTLY AT TIMES AFTER A BUMP IN THE ROAD. **<u>OUR TRUCK WENT BACK TO THE DEALER SEVERAL TIMES WHILE UNDER WARRANTY FOR THIS HOWEVER THEY SAID SINCE IT COULD NOT BE REPRODUCED CONSISTENTLY NOTHING COULD BE DONE.</u>** IT HAS GRADUALLY GOTTEN WORSE - MUCH WORSE. LAST SUMMER IT GOT SO BAD IT WAS SCARY TO DRIVE SO WE TOOK IT TO ANOTHER MECHANIC WHO PUT NEW SUSPENSION PARTS IN THE FRONT END. AFTER A COUPLE THOUSAND IN REPAIRS AND MANY NEW PARTS, IT STILL SHAKES SO VIOLENTLY WE CANNOT DRIVE IT SAFELY. FORD KNOWS ABOUT THESE COMPLAINTS - THEY ARE ALL OVER THE INTERNET AND ON THIS SITE SO WHY CAN THIS NOT BE FIXED? I DROVE MY GRAND-DAUGHTERS IN IT ONE DAY TWO WEEKS AGO AND AFTER NOT HAPPENING FOR DAYS IT HAPPENED AND IT'S A WONDER WE DID NOT HIT THE ONCOMING CAR HEAD ON. SOMEONE IS GOING TO DIE IN ONE OF THESE TRUCKS AND THEN MAYBE FORD WILL STEP UP AND AT LEAST TELL THOSE OF US THAT OWN THEM HOW TO FIX THIS PROBLEM! IT SEEMS LIKE IT RARELY HAPPENS AT 40 MPH OR BELOW BUT HAPPENS QUICKLY AT 55 MPH OR MORE. IF SOMEONE DIES FROM THIS "DEATH WOBBLE" IT SHOULD BE FORD'S RESPONSIBILITY.
**1 Affected Product**

July 11, 2018 **NHTSA ID NUMBER: 11110864**
**Components: SUSPENSION**
**NHTSA ID Number:** 11110864
**Incident Date** July 9, 2018
**Consumer Location** COLUMBIA CITY, IN
**Vehicle Identification Number** 1FT7W2BT3CE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
THE VEHICLE WILL RANDOMLY SHAKE VIOLENTLY CAUSING LOSS OF CONTROL OF THE TRUCK WHILE DRIVING. AFTER DOING RESEARCH I FOUND PEOPLE WHO HAVE REFERRED TO THIS AS THE "DEATH WOBBLE." **<u>I HAVE HAD REPAIRS TO MY TRUCK 3 TIMES IN THE LAST 2 YEARS TO FIX THIS CAUSING ME APPROXIMATELY $1000 EACH TIME. MOST RECENTLY MONDAY JULY 9, 2018. THE "REPAIR" SEEMS TO BE ONLY TEMPORARY AND EACH TIME I HAVE IT FIXED IT LASTS 6-9 MONTHS. THE</u>**

Class Action Complaint
Case No.

**DEALERSHIP IS UNWILLING TO HELP NOR IS FORD CUSTOMER COMPLAINT DEPARTMENT.** THIS HAPPENS WHILE DRIVING 55-65 MPH AND AFTER HITTING A BUMP.
**1 Affected Product**

August 17, 2018 **NHTSA ID NUMBER: 11120681**
**Components: STEERING**
**NHTSA ID Number:** 11120681
**Incident Date** August 19, 2017
**Consumer Location** SKOKIE, IL
**Vehicle Identification Number** 1FT7W2BT4CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
AS REPORTED FROM PREVIOUS OWNERS, DEATH WOBBLE HAS HAPPENED A NUMBER OF TIMES. I GET WOBBLE AT DIFFERENT TIMES IN DRIVING. I HAD DRIVEN 240 MILES ON THE HIGHWAY WITH NO PROBLEMS. AS I APPROACHED A TRAFFIC LIGHT TO MAKE A LEFT TURN, THE STEERING WHEEL STARTED TO WOBBLE AND FELT LIKE IT WANTED TO LOCK UP. I PULLED OVER TO CHECK FRONT WHEELS WITH NOT NOTICING ANYTHING WRONG STARTED DRIVING AND WOBBLE WAS GONE. THE STEERING WHEEL HAS STARTED DOING MORE OF THE "DEATH WOBBLE" AT ANY SPEED. **I SPOKE WITH THE FORD DEALER AND THEY DIDN'T HAVE AN ANSWER.** WHEN YOU SPEND $65,000.00 AND THIS HAPPENS THE MANUFACTURER SHOULD BE SENDING OUT RECALL NOTICES. THE MANUFACTURE KNOWS ABOUT THIS AND CHANGED IT ON NEWER VEHICLES SO THEY MUST KNOW WHAT THE PROBLEM IS. LET'S HOPE NO ONE GETS KILLED OR SERIOUS INJURED FROM THE DEATH WOBBLE. IS FORD READY TO FIGHT THIS IN COURT ON A CLASS ACTION LAWSUIT? MY VEHICLE HAS 149,000 MILES ON IT AND STARTED AROUND 130,000 MILES.
**1 Affected Product**

April 11, 2016 **NHTSA ID NUMBER: 10854813**
**Components: STEERING, SUSPENSION, UNKNOWN OR OTHER**
**NHTSA ID Number:** 10854813
**Incident Date** November 12, 2013
**Consumer Location** GOSHEN, OH
**Vehicle Identification Number** 1FT7W2BT5CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
SEVERAL TIMES, AFTER HITTING A SMALL BUMP IN THE ROAD, GENERALLY AT SPEEDS OVER 50 MPH, I HAVE EXPERIENCED AN EXTREME "SHIMMY" IN THE FRONT END OF

Class Action Complaint
Case No.

THE VEHICLE CAUSING LIMITED CONTROL. **I TOOK THE VEHICLE TO THE DEALER FOR REPAIRS, HOWEVER, THEY COULD NOT DETERMINE THE CAUSE AND AFTER REPLACING SEVERAL PARTS THEY WERE STILL NOT ABLE TO RESOLVE THE PROBLEM.** I TOOK THE VEHICLE TO A PRIVATE REPAIR SHOP AND HAD SEVERAL OTHER PARTS REPLACED AND STILL NO RESOLUTION TO THE PROBLEM. BALANCING AND TIRE PRESSURE HAVE BEEN MAINTAINED BY THE DEALER AS WELL AS OTHER CERTIFIED MECHANICS. DUE TO THE LOSS OF CONTROL WHEN THIS WOBBLE OCCURS, I AM AFRAID TO DRIVE THE VEHICLE

**1 Affected Product**

---

July 29, 2016 **NHTSA ID NUMBER: 10891584**
**Components: ELECTRONIC STABILITY CONTROL, STEERING**
**NHTSA ID Number:** 10891584
**Incident Date** September 1, 2014
**Consumer Location** Unknown
**Vehicle Identification Number** 1FT8W3BT4CE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2012 FORD F-350. WHILE DRIVING APPROXIMATELY 75 MPH, THE FRONT END OF THE VEHICLE AND STEERING WHEEL BEGAN TO VIOLENTLY VIBRATE. THE CONTACT HAD TO APPLY THE BRAKES TO FORCE THE VEHICLE TO DECREASE IN SPEED. THE VEHICLE WAS EVENTUALLY TURNED OFF TO STOP THE VIBRATION. **THE CONTACT TOOK THE VEHICLE TO THE DEALER WHO INFORMED THE CONTACT THAT THIS WAS COMMON AMONG FORD VEHICLES AND WAS KNOWN AS THE "DEATH WOBBLE." THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED.** THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE RECURRED. THE APPROXIMATE FAILURE MILEAGE WAS 141,000.

**1 Affected Product**

---

August 6, 2016 **NHTSA ID NUMBER: 10893771**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 10893771
**Incident Date** July 4, 2015
**Consumer Location** ROSLYN HARBOR, NY
**Vehicle Identification Number** 1FT8W3BT7EE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

Class Action Complaint
Case No.

THE PICKUP TRUCK WAS PURCHASED BRAND NEW FROM THE DEALERSHIP, AND IT IS INHERENT TO WHAT IS KNOWN AS THE "DEATH WOBBLE." THIS MAINLY HAPPENS WHEN THE VEHICLE IS ON THE HIGHWAY GENERALLY WHILE IN THE SPEED BETWEEN 55 AND 60 MPH, DURING A COURSE OF SLIGHT TURN EITHER TO THE RIGHT OR TO THE LEFT WHEN IMPACTED BY A SLIGHT BUMP, THE TRUCK GOES INTO A VIOLENT SHAKING. THE ATTEMPT OF APPLYING THE BRAKES WOULD MAKE THE SYMPTOMS WORSE. THE ATTEMPT OF INCREASING SPEED WOULD AGAIN MAKE THE SYMPTOMS WORSE. STEERING IS ALMOST NONE EXISTENT AS THE STEERING WHEEL IS SHAKING PROFUSELY. **FORD MANUFACTURER IS AWARE OF THIS ISSUE, YET NO RESOLUTION BY THEM. THE DEALERSHIP HAS BEEN GIVEN AMPLE OPPORTUNITY TO FIX THE TRUCK, BUT THEY HAVE NOT BEEN ABLE TO**. THE PROBLEM CONTINUES AND IS ALSO PLAGUING OTHER SIMILAR VEHICLES. THE LINK ATTACHED HERE WILL SHOW YOU TWO SEPARATE EPISODES OF WHAT HAPPENS AND HOW DANGEROUS THIS VEHICLE IS TO THE PUBLIC. I ENCOURAGE YOU TO VIEW THEM, AS IT IS JAW DROPPING.
HTTP://VID1108.PHOTOBUCKET.COM/ALBUMS/H403/DNMELAMED/FORD%2F350/FHSN88581_ZPSWZN4GWYE.MP4  AND
HTTP://VID1108.PHOTOBUCKET.COM/ALBUMS/H403/DNMELAMED/FORD%2F350/IMG_92601_ZPSBCRDEDTL.MP4
**1 Affected Product**

February 3, 2016 **NHTSA ID NUMBER: 10823993**
**Components: ENGINE, STEERING**
**NHTSA ID Number:** 10823993
**Incident Date** July 1, 2015
**Consumer Location** FARMINGTON, NM
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2015 FORD F-250. WHILE DRIVING AT VARIOUS SPEEDS, THE VEHICLE SUDDENLY BECAME TURBULENT, SHOOK, AND A KNOCKING NOISE WAS HEARD FROM THE ENGINE. THE CONTACT WOULD HAVE TO PARK AND TURN OFF THE VEHICLE IN ORDER TO STOP THE FAILURE FROM OCCURRING. **THE CONTACT TOOK THE VEHICLE TO THE DEALER FIVE TIMES. THE DEALER STATED THAT THIS WAS A COMMON FAILURE WITH THE VEHICLE AND THERE WAS NO REMEDY. THE VEHICLE WAS NOT REPAIRED.** THE FAILURE RECURRED. THE MANUFACTURER STATED THAT THE FAILURE DID NOT QUALIFY UNDER THE LEMON LAW. THE VIN WAS UNKNOWN. THE APPROXIMATE FAILURE MILEAGE WAS 19,000.
**1 Affected Product**

June 5, 2018 **NHTSA ID NUMBER: 11099958**

Class Action Complaint
Case No.

**Components: STEERING, WHEELS**
**NHTSA ID Number:** 11099958
**Incident Date** May 31, 2018
**Consumer Location** SUGAR HILL, NH
**Vehicle Identification Number** 1FT8X3BT7FE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
DEATH WOBBLE MANY TIMES. VEHICLE IS COMPLETELY OUT OF CONTROL. NOT COOL IN HEAVY TRAFFIC ON WAY TO BOSTON (65 MPH). TIRES ARE PROPERLY INFLATED. VEHICLE HAS BEEN HAVING PROBLEM SINCE 45,000 MILES AND NOW HAS 55,000 MILES ON IT. **DEALER HAS ONLY MADE "SUGGESTIONS" ON WHAT TO DO TO CORRECT PROBLEM. WORRIED I WILL BE KILLED OR KILL SOMEONE** WHEN DRIVING THIS VEHICLE.
**1 Affected Product**

October 20, 2018 **NHTSA ID NUMBER: 11141552**
**Components: STEERING**
**NHTSA ID Number:** 11141552
**Incident Date** October 14, 2018
**Consumer Location** GROTON, CT
**Vehicle Identification Number** 1FT7X2B69GE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
MY TRUCK, WITH 41,000 MILES , IS SUFFERING WHATS BEING REFERRED TO ONLINE AS THE " DEATH WOBBLE ". THE SYMPTOMS BEGAN AT AROUND 21,000 MILES AND IT HAS GROWN STEADILY WORSE. IT HAPPENS WHEN HITTING BUMPS OR BRIDGE EXPANSION JOINTS AT HIGHWAY SPEED, FORCING ME TO SLOW TO APPROX 20 MPH TO REGAIN CONTROL, WHICH IS VERY UNSAFE ON A CROWDED HIGHWAY. **THE DEALER I PURCHASED THE TRUCK FROM NEW SAID IT IS NOT A WARRANTY ITEM AND MAY NOT EVEN BE COVERED UNDER MY ADDITIONALLY PURCHASED 10 YEAR 100,000 MILE EXTENDED WARRANTY.** THE TRUCK IS ESSENTIALLY UNSAFE AT HIGHWAY SPEEDS AND MY WIFE WONT EVEN RIDE IN IT. FORD IS IGNORING A HUGE PROBLEM WITH THEIR PRODUCT , PEOPLE HAVE ALREADY BEEN HURT , SOMEONE IS GOING TO BE KILLED! PLEASE HELP!! I HAVE AN APPOINTMENT AT THE DEALERS SERVICE DEPARTMENT FOR TUEDAY , 10-23-18. THEY HAVE INFORMED ME THAT ANY WORK THEY DO MAY BE ON MY DIME , WHICH JUST BLOWS MY MIND. AGAIN , PLEASE INTERJECT INTO THIS ISSUE BEFORE SOMEONE IS KILLED AND TO SAVE THE BUYERS FROM HAVING TO PAY FORD TO ADDRESS THIS OBVIOUS ENGINEERING MISTAKE.
**1 Affected Product**

Class Action Complaint
Case No.

December 12, 2017 **NHTSA ID NUMBER: 11054256**
**Components: STEERING**
**NHTSA ID Number:** 11054256
**Incident Date** October 12, 2017
**Consumer Location MASON, TX**
**Vehicle Identification Number** 1FDRF3FT1GE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2016 FORD F-350. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE BEGAN TO SHAKE VIOLENTLY WITHOUT WARNING. THE FAILURE RECURRED RANDOMLY. **THE VEHICLE WAS TAKEN TO THE LOCAL DEALER (MCLEAN FORD OF FREDERICKSBURG, 1279 US-87, FREDRICKBURG, TX 78624), BUT THE CAUSE OF THE FAILURE COULD NOT BE DETERMINED.** THE VEHICLE WAS ALSO TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE STEERING DAMPER FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND DID NOT ASSIST. THE FAILURE MILEAGE WAS APPROXIMATELY 14,000.
**1 Affected Product**

April 12, 2018 **NHTSA ID NUMBER: 11084855**
**Components: SUSPENSION**
**NHTSA ID Number:** 11084855
**Incident Date** April 6, 2018
**Consumer Location** FREDERICKSBURG, VA
**Vehicle Identification Number** 1FT7W2BT4HE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
DEATH WOBBLE OCCURRED AT AROUND13K MILES. IT IS TRIGGERED BY HITTING A BUMP AT 45MPH OR FASTER. WHOLE FRONT END SHAKES SO BADLY YOUR ONLY OPTION IS TO SLAM ON THE BRAKES AND SWERVE ONTO THE SHOULDER. SHAKING GOES AWAY AT 25MPH. **DEALERSHIP COULD NOT FIND A VISIBLE PROBLEM, BUT DID EXPERIENCE THE WOBBLE. MECHANIC WAS TERRIFIED. FORD HQ TOLD THEM TO RANDOMLY CHANGE COMPONENTS UNTIL THE PROBLEM WAS FIXED. IT DID GO AWAY UNTIL NOW.** TRUCK HAS 22K MILES ON IT AND THE DEATH WOBBLE IS BACK. **DEALERSHIPS CANT SEE ANYTHING WRONG BUT WONT DRIVE TRUCK LONG ENOUGH TO HIT THE 'RIGHT' BUMP TO TRIGGER THE WOBBLE, SO WONT RE-FIX IT.** THIS IS A CATASTROPHIC FAILURE OF THE FRONT END, AND FORD CLAIM NOT TO

-282-

KNOW ANYTHING ABOUT IT. **PA DEALERSHIP TOLD ME THEY HAD HEARD ABOUT IT BEING AN ISSUE, AND OTHER PEOPLE ON LINE ARE EXPERIENCING THE SAME THING**. I AM TERRIFIED TO DRIVE OVER 35MPH IN CASE I HIT THE BUMP THAT TRIGGERS IT. I HAVE ALREADY HAD A TRUCK AND SEVERAL CARS SWERVE TO AVOID HITTING ME. THIS PROBLEM MUST BE RECTIFIED, OR SOMEONE WILL BE INJURED. THE VEHICLE HAS BEEN WELL MAINTAINED AND HAS NO MODIFICATIONS. WOBBLE DOES NOT OCCUR EVERY TIME I HIT A BUMP. IT SEEMS TO BE CERTAIN BUMPS THAT TRIGGER IT.

**1 Affected Product**

---

**May 14, 2018 NHTSA ID NUMBER: 11093735**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11093735
**Incident Date** May 1, 2018
**Consumer Location** MARIETTA, GA
**Vehicle Identification Number** 1FT7W2BT4HE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
VIOLENT DEATH WOBBLE WHEN HITTING A BUMP AT SPEEDS OVER 50 MPH. VEHICLE BECOMES VERY UNSTABLE AND SHAKES VIOLENTLY. MUST REDUCE SPEED IMMEDIATELY TO UNDER 20 MPH TO REGAIN CONTROL. **HAVE TAKEN TO DEALER AND THEY CANNOT FIX THE PROBLEM. INVESTIGATING LEMON LAW**. INCREDIBLEY UNSAFE PROBLEM. HAVE SEEN NUMEROUS REPORTS OF THIS CONDITION AND STILL NO FIX/RECALL.

**1 Affected Product**

---

**October 23, 2018 NHTSA ID NUMBER: 11141982**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11141982
**Incident Date** October 19, 2018
**Consumer Location** VACAVILLE, CA
**Vehicle Identification Number** 1FT7W2B60HE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
10/19/2018, AT 54 MPH, ON A SMOOTH, 4 LANE FREEWAY AT 4:30 AM, MY TRUCK BEGAN SHAKING AND VIBRATING VIOLENTLY AS THOUGH I WAS DRIVING ON A ROLLING FLAT TIRE. I IMMEDIATELY LET OFF THE GAS TO SLOW DOWN AS QUICKLY AS I COULD WITHOUT BRAKING; ALTHOUGH DIFFICULT TO STEER, I WAS ABLE TO GET THE TRUCK

Class Action Complaint
Case No.

OVER TO THE SHOULDER OF THE ROAD TO INSPECT IT. I COULD NOT DETERMINE THERE WAS ANYTHING WRONG WITH THE TRUCK OR ANY EVIDENCE I UNKNOWINGLY RAN OVER SOMETHING. **LATER THAT MORNING, CALLED 3 FORD DEALERSHIPS TO SEE IF I COULD GET MY TRUCK IN FOR INSPECTION, WHICH ALL 3 TOLD ME THIS ISSUE IS KNOW AS THE FORD DEATH WOBBLE. I WAS TOLD THAT MY TRUCK COULDN'T BE SEEN UNTIL THE FOLLOWING FRIDAY. I CONTACTED MY LOCAL TIRE SHOP WHOM I HAVE DONE BUSINESS WITH ALL MY FLEET TRUCKS AND TRUST THEIR EXPERIENCE IN SUSPENSION, TIRE, BRAKE AND SHOCK SERVICES. THE MANAGER TOLD ME THE SAME THING ABOUT THE FORD DEATH WOBBLE. HE SAID HE WOULD BE HAPPY TO LOOK AT THE TRUCK AND MAKE SURE NOTHING WAS LOOSE, BROKEN AND THAT THE ALIGNMENT WAS CORRECT. THAT ALL CHECKED OUT FINE.** AFTER RESEARCHING THIS, I LEARNED THAT THIS IS COMMON FOR THE SUPER DUTY TRUCKS AND APPARENTLY FORD IS NOT DOING ANYTHING TO CORRECT IT. THIS IS AN EXTREMELY DANGEROUS SITUATION AND I HOPE THAT THE NHTSA TAKES THIS ISSUE SERIOUSLY AND BECOMES INVOLVED IN THE REMEDY OF THIS PROBLEM.

**1 Affected Product**

---

October 26, 2018 **NHTSA ID NUMBER: 11142955**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11142955
**Incident Date** August 31, 2018
**Consumer Location** LOS GATOS, CA
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2017 FORD F-250 SD. THE CONTACT STATED THAT THE VEHICLE EXPERIENCED A "DEATH WOBBLE" WHILE DRIVING HIGHWAY SPEEDS. WHEN THE VEHICLE WAS DRIVEN OVER 70 MPH, IT WAS EXTREMELY DIFFICULT FOR THE CONTACT TO OPERATE THE VEHICLE. **THE DEALER (GALPIN FORD, 15505 ROSCOE BLVD, NORTH HILLS, CA 91343, 1-(818) 787-3800) KEPT THE VEHICLE FOR MONTHS, BUT COULD NOT DIAGNOSE OR REPAIR THE VEHICLE.** THE DEALER DID NOT PROVIDE A LOANER VEHICLE OPTION DURING THAT TIME. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND THE CONTACT WAS WAITING ON THEIR RESPONSE. THE VIN AND FAILURE MILEAGE WERE NOT AVAILABLE.

**1 Affected Product**

---

November 13, 2018 **NHTSA ID NUMBER: 11151224**
**Components: STEERING**
**NHTSA ID Number:** 11151224
**Incident Date** October 27, 2018

Class Action Complaint
Case No.

**Consumer Location** GRIMESLAND, NC
**Vehicle Identification Number** 1FT7W2B65HE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2017 FORD F-250. WHILE DRIVING APPROXIMATELY 70 MPH, THE VEHICLE SHOOK VIOLENTLY AND THE STEERING WHEEL TURNED RIGHT AND LEFT. THE CONTACT ALMOST LOST CONTROL OF THE VEHICLE. THERE WAS NO WARNING INDICATOR ILLUMINATED. THE FAILURE RECURRED. **THE VEHICLE WAS TAKEN TO DEACON JONES FORD-LINCOLN, INC. (919-736-3387, LOCATED AT 3301 MCLAIN ST, GOLDSBORO, NC 27534) WHERE IT WAS STATED THAT THE FAILURE WAS A KNOWN OCCURRENCE, BUT THERE WAS NEITHER A RECALL NOR A QUALIFIED TECHNICIAN TO REMEDY THE FAILURE. THE TECHNICIAN STATED THAT THE VEHICLE WAS NOT MANUFACTURED BY THE DEALER.** THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND PROVIDED A CASE NUMBER. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 24,000.
**1 Affected Product**

51.    On June 17, 2011, Ford issued a Technical Service Bulletin ("TSB"), stating that "some 2011 F-250, F-350, and F-450 vehicles equipped with 4x4 and built 2/5/2010 through 8/1/2010 may exhibit a steering wheel oscillation after hitting rough pavement or an expansion joint during a slight left turn 50-55 mph." That TSB recommended that service technicians test the tire pressure of affected vehicles. And if that remedy was unsuccessful, Ford instructed its technicians to test the steering dampers and replace those that were faulty.

52.    Based on information and belief, in January 2018, Ford's Customer Service Division issued a letter to owners of 2008 F-250 and 350 4X4 trucks. In that letter, Ford acknowledged the Defect, but failed to alert Class Members to the possibility of a defective steering damper and direct them to obtain an inspection. Instead, Ford concealed its knowledge regarding the true nature of the Defect and failed to warn Class Members about the potential life-threatening results that might occur from continued use of the Class Vehicles.

Class Action Complaint
Case No.

**3.      Examples of NHTSA Consumer Complainants Who Were Told by Defendant Ford and/or its Authorized Dealers that the Death Wobble Was Caused by Tires, Improper Tire Pressure, Tire Balancing and Rotation, Wheel Alignment, Steering Stabilizer, Ball Joints, Tie Rods, Universal Joint, Steering Dampener, Track Link, Stearing Gear Box, Track Bar Bushings, Shocks, and/or Front Drive Link**

53.      The following are just a few examples of the consumer complaints submitted to NHTSA where the Complainant States that Defendant Ford's authorized dealers stated that the Death Wobble was caused by tires, improper tire pressure, tire balancing and rotation, wheel alignment, steering stabilizer, ball joints, tie rods, universal joint, steering dampener, track link, stearing gear box, track bar bushings, shocks, and/or front drive link.

December 17, 2018 **NHTSA ID NUMBER: 11161969**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11161969
**Incident Date** December 4, 2018
**Consumer Location** EUSTIS, FL
**Vehicle Identification Number** 1FT7W2BT0JE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THE "DEATH WOBBLE" UNCONTROLLABLE SHIMMYING OF THE STEERING WHEEL AFTER HITTING A BUMP IN THE ROAD ON MOSTLY HIGHWAYS AT HIGHWAY SPEEDS! **I HAVE TAKEN IT TO MULTIPLE DEALERSHIPS AND THEY JUST KEEP TRYING TO BLAME MY TIRES. THEY TRIED ROTATING MY TIRES AND TELLING ME ITS GONNA FIX THE ISSUE BUT DOESN'T.** THE TIRES ON THE TRUCK ARE GOODYEAR WRANGLER KEVLAR TIRES THAT CAME ON THE TRUCK FROM THE DEALERSHIP AND NOW HAVE ONLY 20,000 MILES AND ARE NOWHERE NEAR WORN OUT! IT HAS HAPPENED TO ME AT SLOWER SPEEDS (AROUND 45 MPH) IN THE CITY, BUT MOSTLY OCCURS AROUND 60-70MPH ON THE HIGHWAY.
**1 Affected Product**

February 2, 2019 **NHTSA ID NUMBER: 11173650**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11173650
**Incident Date** January 14, 2019
**Consumer Location** FAIRPORT, NY

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FT7W2BT7HE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

WHEN TRAVELING AT HIGHWAY SPEEDS (60+ MPH) AND YOU HIT CERTAIN TYPES OF BUMPS THE THE ROAD THE STEERING WHEEL SHAKES VIOLENTLY AFTER THE BUMP. THIS HAS HAPPENED FOUR TIMES IN THE LAST MONTH. IT APPEARS TO ONLY HAPPEN OVER A ROAD IMPERFECTION WHERE THE TWO FRONT WHEELS HIT IT INDEPENDENTLY IE A SKEWED ANGLE BRIDGE JOINT OR A SINGLE POT HOLE. **AT THE DEALERS INSTRUCTION I HAVE ROTATED AND BALANCED TIRES, CHECKED TIRE INFLATION.** THE TRUCK HAS 20,000 MILES ON IT NOW AND THIS FIRST HAPPENED AT 17,000 MILES.   MY RESEARCH TELLS ME THAT THIS PROBLEM IS COMMONLY CALLED "DEATH WOBBLE" WHICH IT APPEARS FORD HAS ISSUED A TECHNICAL SERVICE BULLETIN FOR. I AM GOING TO TRY ANOTHER DEALER AND GIVE THEM THE INFO I HAVE.

**1 Affected Product**

---

July 24, 2017 **NHTSA ID NUMBER: 11010308**
**Components: SUSPENSION**

**NHTSA ID Number:** 11010308

**Incident Date** February 15, 2015

**Consumer Location** COLORADO SPRINGS, CO

**Vehicle Identification Number** 1FT8W3BT0DE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2013 FORD F-350. ON SEVERAL OCCASIONS, WHILE DRIVING 55 MPH, THE VEHICLE VIOLENTLY SHOOK WHEN MAKING CONTACT WITH A BUMP. THE CONTACT STATED THAT THE STEERING WHEEL BECAME DIFFICULT TO MANEUVER WHEN THE SHAKING OCCURRED AND THE CHECK ENGINE WARNING INDICATOR ILLUMINATED. **THE VEHICLE WAS TAKEN TO PHIL LONG FORD OF MOTOR CITY (1212 MOTOR CITY DR, COLORADO SPRINGS, CO 80905 (719) 694-3487) WHERE THE FAILURE WAS DIAGNOSED AS THE (DEATH WOBBLE). THE BALL JOINTS, TRACKING BAR BUSHINGS, SPRING MOUTH, STEERING STABILIZER SHOCK, AND ALL FOUR TIRES NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED.** THE MANUFACTURER WAS NOTIFIED AND ADVISED THE CONTACT TO TAKE THE VEHICLE BACK TO THE DEALER. NO FURTHER ASSISTANCE WAS OFFERED. THE FAILURE MILEAGE WAS 53,000.

**1 Affected Product**

---

Class Action Complaint
Case No.

December 5, 2016 **NHTSA ID NUMBER: 10930091**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10930091
**Incident Date** March 1, 2016
**Consumer Location** LIVINGSTON, TX
**Vehicle Identification Number** 1FT7W2BT1CE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
FORD F250 TRUCK - FRONT END SUSPENSION AND 4 WHEEL DRIVE PROBLEMS. SINCE MARCH OF THIS YEAR 2016, @ 90K MILES, WHILE DRIVING DOWN THE ROAD, TRAVELING AROUND 50 MPH, THE FRONT SUSPENSION ON MY FORD F250 STARTED SHAKING AND WOBBLE UNCONTROLLABLE. THIS HAS HAPPENED PROBABLY 20 TIMES OR SO. THE WOBBLE WAS SO SERIOUS AND SCARY. I WOULD HAVE TO APPLY MY BRAKES AND HOLD ONTO THE STEERING WHEEL WITH A STRONG GRAB, TO KEEP MY TRUCK ON THE ROAD. OTHER VEHICLES AROUND MINE, WOULD SCATTER OUT OF MY WAY. __ON OCTOBER 17, 2016, I HAD THE STEERING DAMPER REPLACED AND THE TRACK BAR BALL REPLACED, COSTING $361.71. "DEATH WOBBLE", WAS STILL HAPPENING. LAST MONTH ON NOVEMBER 14, 2016, I TOOK MY TRUCK INTO OUR LOCAL FORD DEALERSHIP FOR REPAIRS ON THE SUSPENSION PROBLEM - "DEATH WOBBLE". REPAIRS INCLUDED, BAR - FRONT SUSPENSION TI, JOINT ASY - BALL, NUT, END ASY - DRAG LINK ROD, ROD, ROD ASY - DRAG LINK, ADJUSTER ASY @ 2, ALL REPLACED WITH NEW PARTS. REPLACE DRAG INK AND END, INSTALL ADJUSTERS FOR CASTOR, FRONT END ALIGNMENT (4 WHEEL DRIVE). THE FORD DEALERSHIP WAS EVEN AWARE OF THIS EXISTING PROBLEM WITH THE FORD F250 SUSPENSION, FROM PREVIOUS COMPLAINS AND REPAIRS. MY REPAIR COST WAS $1205.07. NOW MY 4 WHEEL DRIVE WILL NOT LOCK IN ON THE FRONT END.__ I HAVE AN APPOINTMENT, TAKING MY TRUCK BACK TO FORD DEALERSHIP TOMORROW MORNING FOR ADDITIONAL REPAIRS. THIS IS A MAJOR SAFETY ISSUE ON THESE VEHICLES AND SOMETHING MUST BE DONE ABOUT IT. A RECALL SHOULD AND MUST BE MANDATORY FOR THE PUBLIC SAFETY. THIS ISSUE WILL END UP KILLING SOMEONE (IF, IT HAS NOT ALREADY) IF, A RECALL IS NOT ORDERED IMMEDIATELY. *TR
**1 Affected Product**

June 3, 2016 **NHTSA ID NUMBER: 10874077**
**Components: SUSPENSION**
**NHTSA ID Number:** 10874077
**Incident Date** September 1, 2013
**Consumer Location** DESERT HOT SPRINGS, CA
**Vehicle Identification Number** 1FT7X2B61CE****
**Summary of Complaint**
**CRASHNo**

Class Action Complaint
Case No.

**FIRE**No
**INJURIES**0
**DEATHS**0
SINCE 2013 I HAVE HAD MY FORD F250 INTO THE DEALERSHIP NUMEROUS TIMES WITH COMPLAINTS OF THE FRONT END JUST BEGINNING TO VIOLENTLY SHAKE. THE SHAKING WILL NOT STOP UNTIL THE TRUCK IS STOPPED, AND DURING THAT TIME IT'S SHAKING SO VIOLENTLY IT'S UNCONTROLLABLE. **THE DEALERSHIP HAS CONTINUOUSLY TOLD ME IT'S THE TIRES, BUT THE TIRES ARE STILL IN DECENT SHAPE.** IT'S HAPPENING AGAIN, AND IT'S VERY SCARY, FOR ME AND MINE, AND OTHERS.
**1 Affected Product**

December 27, 2013 **NHTSA ID NUMBER: 10557495**
**Components: STEERING, SUSPENSION, POWER TRAIN**
**NHTSA ID Number:** 10557495
**Incident Date** December 2, 2013
**Consumer Location** RIVERTON, UT
**Vehicle Identification Number** 1FT8W3BTXBE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WAS ON FREEWAY ABOUT 55 TO 65 MPH AND ALL OF A SUDDEN THE TRUCK WENT INTO WHAT I WOULD CALL A DEATH WOBBLE WHERE IT SEEMED TO BE SHAKING THE TRUCK TO DEATH. ONCE I PULLED TO THE SIDE OF THE ROAD AND STOPPED AND STARTED OUT AGAIN IT WAS FINE. 2 DAYS LATER IT DID IT AGAIN ONLY THIS TIME I WAS JUST GETTING ONTO THE FREEWAY ON THE ON RAMP. IT DID IT AGAIN. DID NOT SEEM TO HIT ANY BUMP OR POTHOLE JUST STARTED SHAKING. **HAD DEALER CHECK ITY OUT THE FOLLOWING WEEK AND THEY BLAMED IT ON THE TIRES, AND SAID IT NEEDED AN ALIGNMENT.** *TR
**1 Affected Product**

August 28, 2012 **NHTSA ID NUMBER: 10472738**
**Components: STEERING**
**NHTSA ID Number:** 10472738
**Incident Date** August 1, 2011
**Consumer Location** HOUSTON, TX
**Vehicle Identification Number** 1FT7W2BT9BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

-289-

Class Action Complaint
Case No.

TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT WAS DRIVING 40 MPH OVER A POT HOLE WHEN THE STEERING WHEEL BEGAN TO SHAKE ABNORMALLY. THE CONTACT WAITED UNTIL THE SHAKING CEASED INDEPENDENTLY HOWEVER, THE FAILURE RECURRED FREQUENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER WHO ADVISED THAT THE FAILURE WAS CAUSED BY THE TIRES AND RECOMMENDED HAVING A FRONT END ALIGNMENT PERFORMED. THE CONTACT STATED THAT ALL FOUR TIRES WERE REPLACED AND AN ALIGNMENT WAS PERFORMED HOWEVER, THE FAILURE PERSISTED.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 10. THE CURRENT MILEAGE WAS 31,000.
**1 Affected Product**

---

January 22, 2018 **NHTSA ID NUMBER: 11064272**
**Components: SUSPENSION**
**NHTSA ID Number:** 11064272
**Incident Date** January 21, 2018
**Consumer Location** ANCHORAGE, AK
**Vehicle Identification Number** 1FT7W2BT5BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
FROM DAY 1 I HAVE HAD ISSUES WHERE THE FRONT END WOULD BOUNCE UNCONTROLLABLY AT HIGHWAY SPEEDS AFTER HITTING A POTHOLE OR BRIDGE EXPANSION JOINT. IT'S GETTING WORSE. **THE DEALERSHIP CANNNOT FIND ANY PROBLEMS. THEY TOLD ME AT ONE TIME TO REPLACE MY TIRES BUT THAT DID NOT FIX THE ISSUE.** I ALMOST RAN OFF THE ROAD 4 TIMES IN ONE TRIP BECAUSE OF THIS AS I COULD NOT MAINTAIN CONTROL. THIS WILL KILL SOMEONE IF NOT RESEARCHED AND CORRECTED BY FORD.
**1 Affected Product**

---

July 5, 2017 **NHTSA ID NUMBER: 11003164**
**Components: SUSPENSION, WHEELS**
**NHTSA ID Number:** 11003164
**Incident Date** April 3, 2017
**Consumer Location** BAKERSFIELD, CA
**Vehicle Identification Number** 1FT7W2BT6BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING 60 MPH OVER A BUMP IN THE ROADWAY, THE VEHICLE SHOOK VIOLENTLY UNTIL SLOWING TO 30 MPH OR

Class Action Complaint
Case No.

COMING TO A FULL STOP. THERE WERE NO WARNING INDICATORS ILLUMINATED. **THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC AND THE LOCAL DEALER (JIM BURKE FORD 2001 OAK ST, BAKERSFIELD, CA 93301 (661) 328-3600), BUT THE FAILURE COULD NOT BE DUPLICATED OR DIAGNOSED. THE CONTACT WAS ADVISED TO REPLACE ALL FOUR TIRES. ALL FOUR TIRES WERE REPLACED, BUT THE ISSUE PERSISTED.** THE MANUFACTURER WAS NOTIFIED AND REFERRED THE CONTACT TO NHTSA. THE FAILURE MILEAGE WAS 225,000.

**1 Affected Product**

July 2, 2014 **NHTSA ID NUMBER: 10607693**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10607693
**Incident Date** May 14, 2014
**Consumer Location** MULDROW, OK
**Vehicle Identification Number** 1FT7X2BTXBE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT STATED THAT WHILE DRIVING AT 60 MPH ON UNEVEN ROAD PAVEMENT, THE VEHICLE STARTED TO VIBRATE. THE CONTACT ALSO STATED THAT HE REDUCED THE SPEED TO 10 MPH, THE VIBRATION STOPPED. **THE VEHICLE WAS TAKEN TO A DEALER WHERE IT WAS DIAGNOSED THAT ALL FOUR TIRES NEEDED TO BE REPLACED AND BALANCED. THE TECHNICIAN ALSO ALIGNED BOTH FRONT DRIVERS AND PASSENGERS SIDE TIRES. THE VEHICLE WAS REPAIRED BUT THE FAILURE RECURRED.** THE VEHICLE WAS TAKEN TO THE DEALER AGAIN BUT THE FAILURE WAS UNABLE TO BE DUPLICATED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 30,000.

**1 Affected Product**

February 5, 2012 **NHTSA ID NUMBER: 10446711**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10446711
**Incident Date** December 15, 2011
**Consumer Location** SAINT CHARLES, MO
**Vehicle Identification Number** 1FT7W2BT1BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**

Class Action Complaint
Case No.

I WAS DRIVING ON HIGHWAY 55 NORTH IN IMPERIAL MISSOURI WITH MY 3 YR OLD SON IN REAR CAR SEAT WHEN I WENT OVER SOME NORMAL ROAD BUMP AND MY FRONT END STARTED SHAKING SO VIOLENTLY THAT I HAD TO COME TO A COMPLETE STOP TO CORRECT THE SHAKE. THIS ALL HAPPENED IN THE FAST LANE AS I HAD NO WAY TO MOVE TO LEFT OR RIGHT. THANK GOD I WAS NOT BEING TAILGATED! I WAS SCARED HALF TO DEATH AND MY 3YR OLD WAS CRYING SO HARD THAT HE COULDN'T BREATHE! I TOOK IT STRAIGHT TO DEALERSHIP AND THEY DID A TSB FOR A STEERING DAMPENER AND TOLD ME IT WAS FIXED. THE VERY NEXT MORNING IT DID THE VIOLENT SHAKE AGAIN. TOOK IT STRAIGHT BACK TO DEALERSHIP AND THEY HAD A FORD ENGINEER LOOK AT IT AND THEY REPLACED A TRACK BAR BALL JOINT AND SAID IT WAS GOOD NOW. I TOLD THEM THAT I WANTED TO TEST DRIVE IT BEFORE I TOOK IT THIS TIME AND THEY LET ME. STILL HAD THE PROBLEM AND WHEN I TOLD HIM THAT HE SAID THAT THE ENGINEER SAID I NEEDED TO PUT NEW TIRES ON AND A ALIGNMENT BEFORE THEY DO ANYTHING ELSE. THERE IS SOMETHING MORE THAN TIRES AND ALIGNMENT WRONG WITH MY TRUCK!!!!! MY FAMILY TRUCK HAS BECOME A DEATH TRAP!!!! PLEASE HELP WITH THIS MATTER BEFORE SOMEONE IS KILLED! IF THIS WAS YOUR CHILD IN THIS TRUCK YOU WOULD UNDERSTAND MY CONCERN!!! *TR

**1 Affected Product**

---

December 7, 2011 **NHTSA ID NUMBER: 10438881**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10438881
**Incident Date** December 7, 2011
**Consumer Location** BIRMINGHAM, AL
**Vehicle Identification Number** 1FT7W2BT3BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THIS VEHICLE HAS SEVERE FRONT END WOBBLE WHICH MOSTLY OCCURS BETWEEN THE SPEEDS OF 60 - 70 MPH. THE STEERING WHEEL AND ENTIRE VEHICLE BEGINS TO VIOLENTLY WOBBLE SO MUCH THAT USUALLY THE VEHICLE HAS TO BE STOPPED ON THE SIDE OF THE ROAD TO STOP THE WOBBLE**. THE DEALERSHIP SUGGESTED NEW TIRES WHICH WE REPLACED HOWEVER THE PROBLEM STILL EXISTS.** THE IS A COMMON PROBLEM WE HAVE LEARNED ONLINE WITH THIS MODEL TRUCK. WE ARE VERY CONCERNED THAT THIS PROBLEM MAY CAUSE AN ACCIDENT. *TR

**1 Affected Product**

---

May 13, 2013 **NHTSA ID NUMBER: 10512156**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10512156
**Incident Date** November 1, 2012
**Consumer Location** CHESAPEAKE, VA

-292-

Class Action Complaint
Case No.

**Vehicle Identification Number** 1FTWW31R49E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
I AM THE ORIGINAL OWNER OF A 2009 FORD F350 SRW DIESEL CREW CAB. AT APPROXIMATELY 70,000 MILES I BEGAN TO EXPERIENCE A STRONG FRONT END VIBRATION; DEATH WOBBLE. WHEN I GO OVER UNEVEN ROADS AT SPEEDS ABOVE 55 MPH. THE VIBRATION IS SO GREAT THAT THE STEERING WHEEL REQUIRES A TIGHT HOLD TO KEEP CONTROL OF THE TRUCK. THE VIBRATION CONTINUES UNTIL I SLOW DOWN TO AROUND 40 MPH. THIS BECOMES EVEN SCARIER WHEN I AM ON A FREEWAY FLY OVER THAT TURNS AND I HIT AN EXPANSION JOINT. THE TRUCK SHAKES AND TRIES TO PUSH AWAY FROM THE TURN. **I TOOK MY TRUCK TO THE DEALER ON FOUR OCCASIONS. THE FIRST VISIT THEY SAID THEY COULD NOT DUPLICATE THE PROBLEM AND THAT I NEEDED NEW TIRES. I BOUGHT NEW TIRES AND IT DID NOT CORRECT THE PROBLEM. I TOOK IT BACK THE SECOND TIME AND THEY CHANGED OUT THE BALL JOINTS, TIE RODS, STEERING DAMPER, DID A FRONT END ALIGNMENT AND BALANCED MY WHEELS. IT SEEMED TO WORK FOR A SHORT TIME UNTIL A PART FELL OFF THE FRONT END OF MY TRUCK AND HIT ANOTHER ONE BEHIND ME IN THE CAR POOL LANE. I TOOK IT BACK TO THE DEALER TO FIND OUT WHAT I LOST. I WAS TOLD A PART FELL OFF BUT THEY DID NOT WORK NEAR IT. FUNNY THING, IT BEGAN TO VIBRATE AGAIN AFTER THAT. I RECENTLY TOOK IT BACK AND TALKED TO THE TECHNICIAN BEFORE I LEFT THE TRUCK SO HE WOULD UNDERSTAND WHAT IT WAS DOING. HE TOOK IT FOR A DRIVE BUT DID NOT GET IT TO VIBRATE AS I REPORTED TO HIM. HE TOLD ME THAT MY TRUCK DRIVES JUST LIKE ALL F350'S WITHOUT A LOAD. I HAVE PUT MY SLIDE IN CAMPER IN THE BED OF MY TRUCK, 3,500 LBS. AND IT STILL VIBRATES VIOLENTLY.** I THINK THAT WOULD BE CONSIDERED A LOAD AND IT TRULY FEELS LIKE A DEATH WOBBLE AS DESCRIBED BY MANY INTERNET POSTINGS. **THE FORD REP I SPOKE TO SAID THEY ARE NOT AWARE OF ANY PROBLEMS. I AM IN THE PROCESS OF FILING A FORMAL COMPLAINT WITH FORD.**
**1 Affected Product**

February 8, 2013 **NHTSA ID NUMBER: 10496839**
**Components: SUSPENSION**
**NHTSA ID Number:** 10496839
**Incident Date** September 12, 2012
**Consumer Location** RIVERTON, UT
**Vehicle Identification Number** 1FTWW31R99E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**

Class Action Complaint
Case No.

TL* THE CONTACT OWNS A 2009 FORD F-350 SD. THE CONTACT STATED THAT WHILE DRIVING 65 MPH, HE DROVE OVER A BUMP IN THE ROAD AND THE FRONT DRIVER SIDE TIRE WOBBLED VIOLENTLY. THE SHAKING DID NOT STOP UNTIL THE VEHICLE SLOWED TO 35 MPH. **THE VEHICLE WAS TAKEN TO TWO DIFFERENT DEALERS WHERE IT WAS CONFIRMED THAT THE FRONT HUB HAD SEIZED AND NEEDED TO BE REPLACED ALONG WITH THE GEAR BOX. THE TIRES, SHOCKS, AND DUAL STABILIZERS WERE ALL REPLACED BUT THE FAILURE RECURRED SO THE DEALER ADJUSTED THE STEERING GEAR BOX. THE CONTACT STATED THAT THE FAILURE WAS NOT REMEDIED.** THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 75,000 AND THE CURRENT MILEAGE WAS 99,000.

**1 Affected Product**

---

**March 13, 2010 NHTSA ID NUMBER: 10319436**
**Components: SUSPENSION**
**NHTSA ID Number:** 10319436
**Incident Date** March 12, 2010
**Consumer Location** RAYMOND, NH
**Vehicle Identification Number** 1FTWX31508E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2008 F-350 HAS WHAT THEY CALL THE "DEATH WOBBLE" AND HAS A CONSTANT SHAKE AT HIGHWAY SPEEDS. FORD BLAMED IT ON THE TIRES. **I REPLACED TIRES WITH ONE OF THE BEST YOU CAN BUY. CONTINUED TO DO THE SAME THING. FORD BLAMED IT ON THOSE TIRES. BEEN IN FOR SERVICE 5 TIMES IN 1 YEAR. DEALERSHIP TOLD ME NOT TO COME BACK BECAUSE THEY CAN'T FIX IT. FORD TELLS ME TO GO BACK TO THE DEALERSHIP.** SOMEDAY I'M GOING TO KILL SOMEONE OR MYSELF IN THIS TRUCK SINCE I HAVE NO CONTROL WHEN THE "DEATH WOBBLE" STARTS UNTIL I CAN SLOW DOWN TO ABOUT 20 MPH ON AN INTERSTATE HIGHWAY.  UPDATED IVOQ 05/26/10

**1 Affected Product**
**2 Associated Documents**

---

**February 7, 2018 NHTSA ID NUMBER: 11067423**
**Components: STEERING**
**NHTSA ID Number:** 11067423
**Incident Date** February 6, 2018
**Consumer Location RINGWOOD, NJ**
**Vehicle Identification Number** 1FTSW21Y88E****
**Summary of Complaint**
**CRASH**No

Class Action Complaint
Case No.

FIRENo
INJURIES0
DEATHS0
HAVE BEEN EXPERIENCING THE INFAMOUS "SUPER DUTY DEATH SHAKE" FOR SEVERAL YEARS NOW ....**HAVE HAD DEALER INSPECT THE VEHICLE NUMEROUS TIMES TO NO AVAIL ....ALWAYS TOLD IT IS DUE TO TIRE PRESSURE OR WORN TIRES....I CHECK PRESSURES REGULARLY AND NEVER HAVE TO ADD MORE THAN A # OR TWO.....NEW TIRES MASK THE PROBLEM BUT IT IS STILL THERE......SEVERAL ENCOUNTERS HAVE NEARLY CAUSED ACCIDENTS**....USUALLY HAPPENS AT HIGHWAY SPEED BUT OCCASIONALLY AT SPEEDS AS LOW AS 35 MPH.....VIOLENT OSCILLATION AT TIMES HAVE BEEN VERY DANGEROUS SITUATIONS ....THIS PROBLEM NEEDS TO BE RECTIFIED .....RECEIVED A "RECALL NOTICE RELATED TO THIS ISSUE ON 2/6/2018 ....WAS TOLD BY FORD ON 2/7/2018 THAT THEY HAVE NO PLANS TO FIX THIS DANGEROUS ISSUE
**1 Affected Product**

September 4, 2014 **NHTSA ID NUMBER: 10629783**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10629783
**Incident Date** February 1, 2014
**Consumer Location** BISHOP, CA
**Vehicle Identification Number** 1FT8W3BT3BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
2011 FORD F-350. CONSUMER WRITES IN REGARDS TO SEVERE STEERING WHEEL OSCILLATION PROBLEMS. *SMD  THE CONSUMER STATED HE MUST BRING THE VEHICLE TO A COMPLETE STOP, TO GET THE VEHICLE TO STOP SHAKING. IT HAS HAPPENED SEVERAL TIMES. ON TWO OCCASIONS, THE SHAKING WAS BAD THE TREAD SEPARATED FROM THE TIRE. **THE VEHICLE WAS TAKEN TO THE DEALER SEVERAL TIMES, AND NOTHING WAS DONE, EXCEPT ROTATING THE TIRES AND CHECKING THE AIR PRESSURE. IN FEBRUARY 2014, THE DEALER REPLACED THE STEERING DAMPER. THE PROBLEM WENT AWAY FOR ABOUT FIVE MONTHS. THE DEALER INFORMED THE CONSUMER, THE VEHICLE NEEDS NEW TIE RODS, FRONT DRIVE LINK, A FRONT TRACK BAR AND AN ALIGNMENT.** *JB
**1 Affected Product**
**1 Associated Document**

December 27, 2013 **NHTSA ID NUMBER: 10557495**
**Components: STEERING, SUSPENSION, POWER TRAIN**
**NHTSA ID Number:** 10557495
**Incident Date** December 2, 2013

Class Action Complaint
Case No.

**Consumer Location** RIVERTON, UT
**Vehicle Identification Number** 1FT8W3BTXBE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WAS ON FREEWAY ABOUT 55 TO 65 MPH AND ALL OF A SUDDEN THE TRUCK WENT INTO WHAT I WOULD CALL A DEATH WOBBLE WHERE IT SEEMED TO BE SHAKING THE TRUCK TO DEATH. ONCE I PULLED TO THE SIDE OF THE ROAD AND STOPPED AND STARTED OUT AGAIN IT WAS FINE. 2 DAYS LATER IT DID IT AGAIN ONLY THIS TIME I WAS JUST GETTING ONTO THE FREEWAY ON THE ON RAMP. IT DID IT AGAIN. DID NOT SEEM TO HIT ANY BUMP OR POTHOLE JUST STARTED SHAKING. **HAD DEALER CHECK ITY OUT THE FOLLOWING WEEK AND THEY BLAMED IT ON THE TIRES, AND SAID IT NEEDED AN ALIGNMENT.** *TR
**1 Affected Product**

March 3, 2014 **NHTSA ID NUMBER: 10566852**
**Components: STEERING**
**NHTSA ID Number:** 10566852
**Incident Date** February 22, 2014
**Consumer Location** PUYALLUP, WA
**Vehicle Identification Number** 1FT7X2BT1BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250. THE CONTACT STATED THAT WHILE DRIVING 60 MPH, THE VEHICLE BEGAN SHAKING ABNORMALLY. **THE CONTACT TOOK THE VEHICLE TO THE DEALER, WHO STATED THAT THEY WOULD BALANCE ALL FOR TIRES AND PERFORMED AND ALIGNMENT CHECK. THE VEHICLE WAS REPAIRED HOWEVER, THE PROBLEM PERSISTED.** THE MANUFACTURER WAS NOT CONTACTED. THE APPROXIMATE FAILURE MILEAGE WAS 22,500. *TR
**1 Affected Product**

August 28, 2012 **NHTSA ID NUMBER: 10472738**
**Components: STEERING**
**NHTSA ID Number:** 10472738
**Incident Date** August 1, 2011
**Consumer Location** HOUSTON, TX
**Vehicle Identification Number** 1FT7W2BT9BE****
**Summary of Complaint**
**CRASH**No

Class Action Complaint
Case No.

FIRENo
INJURIES0
DEATHS0
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT WAS DRIVING 40 MPH OVER A POT HOLE WHEN THE STEERING WHEEL BEGAN TO SHAKE ABNORMALLY. THE CONTACT WAITED UNTIL THE SHAKING CEASED INDEPENDENTLY HOWEVER, THE FAILURE RECURRED FREQUENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER WHO ADVISED THAT THE FAILURE WAS CAUSED BY THE TIRES AND RECOMMENDED HAVING A FRONT END ALIGNMENT PERFORMED. THE CONTACT STATED THAT ALL FOUR TIRES WERE REPLACED AND AN ALIGNMENT WAS PERFORMED HOWEVER, THE FAILURE PERSISTED.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 10. THE CURRENT MILEAGE WAS 31,000.
**1 Affected Product**

December 8, 2016 **NHTSA ID NUMBER: 10933947**
**Components: STEERING, SUSPENSION**
NHTSA ID Number: 10933947
Incident Date December 5, 2016
Consumer Location VILLAGE MILLS, TX
Vehicle Identification Number 1FT7W2BT8CE****
Summary of Complaint
CRASHNo
FIRENo
INJURIES0
DEATHS0
VIOLENT SHAKING FROM FRONT STEERING AND SUSPENSION. **KNOWN PROBLEM WITH FORD SERVICE TECHNICIANS AND INDEPENDENT TIRE DEALERS. FORD CALLS IT " DEATH WOBBLE". MOST AFFECTED YEAR MODELS ARE 2006 THRU 2012 PER SERVICE WRITER .** PROBLEM STARTS APPROXIMATELY 42 MPH IN MY TRUCK ON HIGHWAYS OR CITY STREETS USUALLY AFTER A SMALL BUMP IN ROAD.. SHAKING IN STEERING WHEEL AND BOUNCING IN CAB. I HAD TO COME TO A COMPLETE STOP TO STOP THE SHAKE AND BOUNCE. **THE FORD DEALER REPLACED TRACK BAR AND BALL JOINT. THEN REPLACED FOUR TIRES , BALANCED,AND FRONT END ALIGNMENT. TRUCK NOW HAS CONSTANT VIBRATION IN STEERING WHEEL. DEATH WOBBLE HAS OCCURRED TWICE SINCE REPAIR. GOING BACK TO DEALER.** THIS PROBLEM HAS BEEN REPORTED AND WELL KNOWN TO FORD. NO SPECIFIC CAUSE OR FIX HAS BEEN OFFERED. SUPPOSEDLY FORD REDESIGNED FRONT STEERING AND SUSPENSION IN 2014 MODELS BECAUSE OF THIS PROBLEM. THE SERVICE WRITER, WENDY, AT SILSBEE FORD IN SILSBEE, TEXAS TOLD ME SHE DID NOT KNOW WHY FORD DOES NOT RECALL THESE TRUCKS IT IS SUCH A BIG PROBLEM.
**1 Affected Product**

September 4, 2014 **NHTSA ID NUMBER: 10629783**
**Components: STEERING, SUSPENSION**

Class Action Complaint
Case No.

**NHTSA ID Number:** 10629783
**Incident Date** February 1, 2014
**Consumer Location** BISHOP, CA
**Vehicle Identification Number** 1FT8W3BT3BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2011 FORD F-350. CONSUMER WRITES IN REGARDS TO SEVERE STEERING WHEEL OSCILLATION PROBLEMS. *SMD  THE CONSUMER STATED HE MUST BRING THE VEHICLE TO A COMPLETE STOP, TO GET THE VEHICLE TO STOP SHAKING. IT HAS HAPPENED SEVERAL TIMES. ON TWO OCCASIONS, THE SHAKING WAS BAD THE TREAD SEPARATED FROM THE TIRE. **THE VEHICLE WAS TAKEN TO THE DEALER SEVERAL TIMES, AND NOTHING WAS DONE, EXCEPT ROTATING THE TIRES AND CHECKING THE AIR PRESSURE. IN FEBRUARY 2014, THE DEALER REPLACED THE STEERING DAMPER. THE PROBLEM WENT AWAY FOR ABOUT FIVE MONTHS. THE DEALER INFORMED THE CONSUMER, THE VEHICLE NEEDS NEW TIE RODS, FRONT DRIVE LINK, A FRONT TRACK BAR AND AN ALIGNMENT.** *JB
1 Affected Product
1 Associated Document

October 23, 2014 **NHTSA ID NUMBER: 10649518**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10649518
**Incident Date** October 22, 2014
**Consumer Location** ZEBULON, NC
**Vehicle Identification Number** 1FT7W2BT9BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
MY HUSBAND WAS DRIVING THROUGH A ROAD CONSTRUCTION WORK ZONE WHEN SUDDENLY THE STEERING WHEEL STARTED SHAKING VIOLENTLY AND JUMPED OUT OF HIS HANDS . HE LOST CONTROL OF THE TRUCK . THE OTHER DRIVERS WERE ABLE TO COMPENSATE FOR THE OUT OF CONTROL TRUCK AND AN ACCIDENT WAS AVOIDED . I WENT ON TO RESEARCH THIS ISSUE . I FOUND A FORUM WITH MANY OTHERS HAVING THE SAME ISSUE . **MY HUSBAND TOOK IT TO THE LOCAL DEALERSHIP WHERE THEY SAY THEY HAVE NO KNOWLEDGE OF SUCH ISSUES . THEY TOLD HIM IT WAS POOR TIRE PRESSURE OR OUT OF ALIGNMENT . MY HUSBAND HAD BOTH CHECKED AND THERE WAS NO PROBLEM .** I FEAR IT IS JUST A MATTER OF TIME BEFORE THERE IS A SEVERE ACCIDENT DUE TO THIS ISSUE . THE OTHERS SAY THE VEHICLE CONTINUES TO DO THE" DEATH WOBBLE" AS IT HAS BEEN COINED ONLINE .

-298-

Class Action Complaint
Case No.

PLEASE HAVE SOMEONE LOOK INTO THIS PROBLEM . I HAVE ALSO EMAILED FORD MOTOR COMPANY . *TR

**1 Affected Product**

---

July 24, 2014 **NHTSA ID NUMBER: 10615932**
**Components: WHEELS, STEERING, SUSPENSION**
**NHTSA ID Number:** 10615932
**Incident Date** January 3, 2011
**Consumer Location** DUNN, NC
**Vehicle Identification Number** 1FT7W2B67BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
DEATH RUMBLE: AFTER ANY NEW SET OF TIRES GETS ABOUT 15,000 -20,000 MILES ON THEM, THE INFAMOUS "DEATH RUMBLE" OCCURS ON THIS MODEL TRUCK. WHEN TRAVELING AT SPEEDS OF 60 OR MORE AND YOU TURN OR HIT A BUMP, THE FRONT END OF THE VEHICLE STARTS SHAKING AND VIBRATING VIOLENTLY. YOU HAVE TO COME TO AN ALMOST IMMEDIATE STOP IN ORDER TO GET THE VEHICLE TO STOP THE SHAKING. IT IS SO BAD THAT YOU CANNOT CONTROL STEERING AT TIMES AND IS EVEN VISIBLE TO OTHERS NOT IN THE VEHICLE. **ALL FORD DEALERS THAT I HAVE SPOKEN WITH ABOUT THIS ARE AWARE OF THE ISSUE BUT BLAME IT ON TIRES OR TIRE PRESSURE. I HAVE TRIED SEVERAL TYPES OF TIRES (AS I KNOW HAVE OVER 125,000 MILES ON MY TRUCK) AND ALWAYS INFLATE THEM AS PER MY OWNER'S MANUAL...THIS DOES NOT HELP...NOR DOES ROTATING, BALANCING, CHECKING BRAKES, BALL JOINTS, SUSPENSION, ETC.** YOU CAN WATCH MANY MANY VIDEOS OF THIS PROBLEM OF YOUTUBE AND OTHER LOCATIONS, SEE WRITE-UPS IN MAGAZINES, AND AS I SAID, DEALERS EVEN KNOW ABOUT THIS ISSUE...SO WHY IS IT NOT GETTING CORRECTED??? *TR

**1 Affected Product**

---

September 9, 2012 **NHTSA ID NUMBER: 10474424**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 10474424
**Incident Date** May 1, 2012
**Consumer Location** MORGANTOWN, WV
**Vehicle Identification Number** 1FT7W2BT1BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**

Class Action Complaint
Case No.

DRIVING APPROXIMATELY 45 MPH ON A STATE HIGHWAY, MAKING A SLIGHT LEFT TURN, HIT A SMALL BUMP IN THE ROAD, AND THE STEERING WHEEL STARTED JERKING VIOLENTLY FROM LEFT TO RIGHT FROM THE 9:00 TO 3:00 POSITIONS. I COULD NOT STOP IT WITH BOTH HANDS. I HAD TO BRAKE THE VEHICLE TO ALMOST A COMPLETE STOP TO END THE JERKING. THIS HAS BEEN HAPPENING ON ALMOST A DAILY BASIS. THE VEHICLE CURRENTLY HAS 22,193 MILES ON IT. **IT HAS BEEN TO THE DEALERSHIP AT LEAST 4 TIMES AND THEY HAVE BEEN CALLED NUMEROUS TIMES WITH THE PROBLEM. THEY HAVE CHECKED THE TIRE PRESSURE SEVERAL TIMES. THE FRONT END. CHANGED THE STEERING DAMPER , WHICH SLIGHTLY HELPED FOR ABOUT 500 MILES. IT IS NOW HAPPENING EVERY TIME I DRIVE THE VEHICLE AND IS GETTING WORSE.** NOW ALSO HAPPENING AT LOWER SPEEDS, AROUND 30 MPH AND UP. *TR

**1 Affected Product**

May 29, 2012 **NHTSA ID NUMBER: 10459926**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10459926
**Incident Date** May 29, 2012
**Consumer Location** MIDLAND, TX
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
WHILE DRIVING ABOUT 60MPH ON LOOP 250 HERE IN MIDLAND, TX I WENT OVER AN OVERPASS CHANGING FROM THE PAVEMENT TO CONCRETE. AT THAT POINT I COMPLETELY LOST CONTROL OF THE VEHICLE DUE TO VERY BAD FRONT WHEEL WOBBLE. I WAS ONLY ABLE TO REGAIN CONTROL BY COMING TO ALMOST A COMPLETE STOP VERY CLOSELY AVOIDING AN ACCIDENT. I HAVE NOTICED THIS DEATH WOBBLE BEFORE ON MY 2007 FORD F-250 AND NOW IT HAS STARTED ON MY 2010. **I TOOK THE 2007 TO THE DEALER MANY TIMES AND THEY COULD NEVER DUPLICATE THE PROBLEM OR WOULD USE AN EXCUSE THAT THEY ADJUSTED THE AIR PRESSURE ON TIRES.** THIS PROBLEM IS A MAJOR ISSUE AND WILL CAUSE SERIOUS ACCIDENTS IF IT HAS NOT ALREADY. AFTER ARRIVING AT WORK I SEARCHED THE INTERNET FOR OTHERS WITH SIMILAR PROBLEMS AND IT SEEMS ALL FORD F-250 4X4'S HAVE THE SAME ISSUE ALL THEY WAY UP TO THE CURRENT MODEL. THERE ARE TONS OF YOUTUBE VIDEOS SHOWING EXACTLY WHAT HAPPENED TO ME STATING THAT FORD WILL NOT CORRECT THE PROBLEM. SOMETHING NEEDS TO BE DONE! HTTP://WWW.YOUTUBE.COM/WATCH?V=8EUQ6F8RGT4 HTTP://WWW.YOUTUBE.COM/WATCH?V=PSDBCV-GCS8 HTTP://WWW.TOPIX.COM/FORUM/AUTOS/FORD-F-250-SUPER-DUTY/T0SGDCTMOBHE5JER1/P13  HTTP://WWW.RACE-DEZERT.COM/FORUM/SHOWTHREAD.PHP/82022-F250-QUOT-DEATH-WOBBLE-QUOT-STEERING-ISSUE. *TR

Class Action Complaint
Case No.

1 Affected Product

April 23, 2013 **NHTSA ID NUMBER: 10509217**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10509217
**Incident Date** December 3, 2012
**Consumer Location** BROCKPORT, NY
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
THIS TRUCK HAS DEVELOPED THE "DEATH" WOBBLE. IF I HIT A BUMP, BRIDGE JOINT IT WILL SEND THE TRUCK INTO AN INSTANT WOBBLE THAT IS SO VIOLENT YOU HAVE TO SLOW TO ABOUT 20MPH TO STOP IT. VERY DANGEROUS AT HIGHWAY SPEEDS AS YOU CANNOT KEEP LANE CONTROL. ALREADY DESTROYING THE FRONT TIRES AND **DEALERS HAVE SAID TO KEEP PROPER AIR PRESSURE. I HAVE BEEN AN AUTO MECHANIC FOR OVER 15 YRS NOW AND THAT IS THE BEST EXCUSE THE DEALER HAS. FORD KNOWS THERE IS A PROBLEM** BUT SAID THERE IS NOT ENOUGH COMPLAINTS. I HAVE DONE A SEARCH AND CAME UP WITH OVER 18,000 HITS ON GOOGLE FOR THIS TOPIC ALONE. PLEASE ASSIST WITH KEEPING US SAFE AND DEMAND A FIX AND RECALL BEFORE PEOPLE ARE KILLED DRIVING OR EVEN BEING NEAR THIS VEHICLE. *TR

1 Affected Product

March 12, 2013 **NHTSA ID NUMBER: 10502520**
**Components: STEERING, SUSPENSION, WHEELS**
**NHTSA ID Number:** 10502520
**Incident Date** March 1, 2010
**Consumer Location** ANNVILLE, PA
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I WAS DRIVING MY 2009 F-250 TRAVELING ABOUT 40 TO 45 MPH AND AFTER HITTING A ROUGH PATCH OF ROAD THE WHEELS BEGAN TO SHAKE OUT OF CONTROL FOR ABOUT 20 SECONDS. **I HAVE HAD MY TRUCK TO THE DEALERSHIP FOR THE SAME PROBLEM ON 6 PLUS TIMES. FORD STATES THAT IT WAS A TIRE PRESSURE ISSUE.......BS!.... BS! EACH TIME FORD HAS MY TRUCK THEY SAY WE HAVE FIXED THE PROBLEM AND IT SHOULD NOT OCCUR AGAIN.** THE LAST TIME I LEFT FORD AND SPENT 165.00$ ON A DAMPER ROD TO FIX THIS PROBLEM I DROVE 18 MILES DOWN THE

-301-

ROAD AND WENT INTO A "DEATH WOBBLE AGAIN. I TURNED THE TRUCK AROUND AND IT IS SITTING AT FORD AS I WRITE THIS POST. AFTER REVIEWING THIS MATTER ON LINE I HAVE NOTICED THAT THERE ARE MORE F-250'S WITH THE SAME ISSUE. A FEDERAL RECALL NEEDS TO BE DONE AND FAST. SEVERAL TIMES THAT THE "DEATH WOBBLE " AS OCCURRED TO ME , I HAVE BEEN LUCKY SO FAR TO DRIVE OUT OF IT WITH OUT A PROBLEM. I MIGHT NOT BE SO LUCKY NEXT TIME. A FEDERAL RECALL NEEDS TO BE DONE FAST!!!!!!!!!!!!!!!!!! *TR

**1 Affected Product**

---

**February 7, 2018 NHTSA ID NUMBER: 11067423**
**Components: STEERING**
**NHTSA ID Number:** 11067423
**Incident Date** February 6, 2018
**Consumer Location RINGWOOD, NJ**
**Vehicle Identification Number** 1FTSW21Y88E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
HAVE BEEN EXPERIENCING THE INFAMOUS "SUPER DUTY DEATH SHAKE" FOR SEVERAL YEARS NOW ....**HAVE HAD DEALER INSPECT THE VEHICLE NUMEROUS TIMES TO NO AVAIL ....ALWAYS TOLD IT IS DUE TO TIRE PRESSURE OR WORN TIRES....I CHECK PRESSURES REGULARLY AND NEVER HAVE TO ADD MORE THAN A # OR TWO**.....NEW TIRES MASK THE PROBLEM BUT IT IS STILL THERE......SEVERAL ENCOUNTERS HAVE NEARLY CAUSED ACCIDENTS....USUALLY HAPPENS AT HIGHWAY SPEED BUT OCCASIONALLY AT SPEEDS AS LOW AS 35 MPH.....VIOLENT OSCILLATION AT TIMES HAVE BEEN VERY DANGEROUS SITUATIONS ....THIS PROBLEM NEEDS TO BE RECTIFIED .....RECEIVED A "RECALL NOTICE RELATED TO THIS ISSUE ON 2/6/2018 ....WAS TOLD BY FORD ON 2/7/2018 THAT THEY HAVE NO PLANS TO FIX THIS DANGEROUS ISSUE

**1 Affected Product**

---

**March 26, 2013 NHTSA ID NUMBER: 10504525**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10504525
**Incident Date** December 7, 2010
**Consumer Location** FORT WORTH, TX
**Vehicle Identification Number** 1FTSW21R78E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**

Class Action Complaint
Case No.

BEGAN IN 2010...DEATH WOBBLE....HITTING A BUMP,,STEERING WHEEL SHAKES VIOLENTLY.....LOSS OF CONFIDENCE IN THE ABILITY OF THE VEHICLE TO PROVIDE SAFE TRANSPORTATION.....**DEALERSHIP VISIT WAS NOT HELPFUL...SAID IT WAS TIRE PRESSURE...ADDED A DIFFERENT TRAC BAR IN 2012**...HELPED SOME BUT TIL PRODUCES THE WOBBLE AT LOWER SPEEDS. *TR
**1 Affected Product**

---

December 6, 2018 **NHTSA ID NUMBER: 11156683**
**Components: STEERING**
**NHTSA ID Number:** 11156683
**Incident Date** November 7, 2018
**Consumer Location** LAKE GENEVA, WI
**Vehicle Identification Number** 1FT7W2BT8HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
WHILE DRIVING AT NORMAL HIGHWAY SPEEDS IN NORMAL DRIVING CONDITIONS AFTER COMING TO A BUMP IN THE ROAD OR EXPANSION CRACK THE TRUCK STEERING WHEEL STARTS TO SHAKE VIOLENTLY. THIS WILL CONTINUE UNTIL THE TRUCK IS SLOWED DOWN TO ABOUT 30 MPH. THE TRUCK WILL AT TIMES MOVE ACROSS LANES OF TRAFFIC AND INTO ONCOMING TRAFFIC. **THE DEALER WAS MADE AWARE AND REPLACED THE STEERING STABILIZER. THE PROBLEM RETURNED RIGHT AWAY.** THE TRUCK IS SCHEDULED FOR REPAIR AGAIN DEC 17 2018
**1 Affected Product**

---

July 24, 2017 **NHTSA ID NUMBER: 11010308**
**Components: SUSPENSION**
**NHTSA ID Number:** 11010308
**Incident Date** February 15, 2015
**Consumer Location** COLORADO SPRINGS, CO
**Vehicle Identification Number** 1FT8W3BT0DE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2013 FORD F-350. ON SEVERAL OCCASIONS, WHILE DRIVING 55 MPH, THE VEHICLE VIOLENTLY SHOOK WHEN MAKING CONTACT WITH A BUMP. THE CONTACT STATED THAT THE STEERING WHEEL BECAME DIFFICULT TO MANEUVER WHEN THE SHAKING OCCURRED AND THE CHECK ENGINE WARNING INDICATOR ILLUMINATED. **THE VEHICLE WAS TAKEN TO PHIL LONG FORD OF MOTOR CITY (1212 MOTOR CITY DR, COLORADO SPRINGS, CO 80905 (719) 694-3487) WHERE THE**

Class Action Complaint
Case No.

**FAILURE WAS DIAGNOSED AS THE (DEATH WOBBLE). THE BALL JOINTS, TRACKING BAR BUSHINGS, SPRING MOUTH, STEERING STABILIZER SHOCK, AND ALL FOUR TIRES NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED.** THE MANUFACTURER WAS NOTIFIED AND ADVISED THE CONTACT TO TAKE THE VEHICLE BACK TO THE DEALER. NO FURTHER ASSISTANCE WAS OFFERED. THE FAILURE MILEAGE WAS 53,000.

**1 Affected Product**

September 24, 2012 **NHTSA ID NUMBER: 10476818**
**Components: STEERING**
**NHTSA ID Number:** 10476818
**Incident Date June 12, 2012**
**Consumer Location** SEARCY, AR
**Vehicle Identification Number** 1FT7W2BT8BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT STATED THAT WHILE TRAVELING 70 MPH, HE DROVE OVER A BUMP AND THE VEHICLE BEGAN TO SHAKE VIOLENTLY. THE CONTACT MENTIONED THAT HE HAD TO DECELERATE SINCE THE VEHICLE FELT AS IF IT WAS GOING TO CRASH. **THE VEHICLE WAS TAKEN TO THE DEALER WHO STATED THAT THE STEERING STABILIZER SHOCK NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED BUT THE FAILURE RECURRED.** THE MANUFACTURER WAS MADE AWARE OF THE FAILURE WHO DID NOT OFFER ANY ASSISTANCE. THE FAILURE MILEAGE WAS 23,000. UPDATED 10/31/12*LJ  UPDATED 10/31/12

**1 Affected Product**
**1 Associated Document**

May 30, 2017 **NHTSA ID NUMBER: 10992335**
**Components: SUSPENSION, SERVICE BRAKES, HYDRAULIC**
**NHTSA ID Number:** 10992335
**Incident Date** May 20, 2017
**Consumer Location** BROOKEVILLE, MD
**Vehicle Identification Number** 1FT7X2B69BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING OVER 60 MPH, THE VEHICLE SHOOK AND THE STEERING WHEEL LOCKED. WHILE THE BRAKE PEDAL WAS

Class Action Complaint
Case No.

DEPRESSED, THE VEHICLE SHOOK UNCONTROLLABLY. THERE WERE NO WARNING INDICATORS ILLUMINATED. **THE VEHICLE WAS TAKEN TO THE DEALER (KOONS SILVER SPRING FORD, 3111 AUTOMOBILE BLVD, SILVER SPRING, MD 20904 (301) 890-6100) WHERE IT WAS DIAGNOSED THAT THE BALL JOINT, BRAKE PADS, AND STABILIZER BAR NEEDED TO BE REPLACED. ALSO, FLUID WAS LEAKING ON THE SHOCKS AND THE STRUT NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURES RECURRED.** THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURES. THE FAILURE MILEAGE WAS 58,100.

**1 Affected Product**

---

**February 8, 2013 NHTSA ID NUMBER: 10496896**
**Components: SUSPENSION**
**NHTSA ID Number:** 10496896
**Incident Date** July 9, 2011
**Consumer Location** KENNARD, NE
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250. THE CONTACT STATED THAT WHILE DRIVING 40 MPH, THE FRONT END SHIMMERED SEVERELY WHEN THE VEHICLE HIT A BUMP. **THE VEHICLE WAS TAKEN TO THE DEALER FOUR TIMES WHO REPLACED THE BALL JOINTS AND STABILIZER ARM BUT THE FAILURE RECURRED.** THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 30,000 AND THE CURRENT MILEAGE WAS 68,000. THE VIN WAS UNAVAILABLE.

**1 Affected Product**

---

**December 5, 2012 NHTSA ID NUMBER: 10487446**
**Components: SUSPENSION**
**NHTSA ID Number:** 10487446
**Incident Date** February 1, 2012
**Consumer Location** MOUNTVILLE, PA
**Vehicle Identification Number** 1FT7X2B64BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT WAS DRIVING APPROXIMATELY 50 MPH OVER A ROAD BUMP WHEN THE FRONT END OF THE VEHICLE BEGAN TO SHAKE VIOLENTLY. **THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER THREE TIMES FOR THE FAILURE. THE STEERING STABILIZER AND FRONT**

Class Action Complaint
Case No.

**END SHOCKS WERE REPLACED AT DIFFERENT TIMES. THE FAILURE RECURRED AFTER THE REPAIRS WERE PERFORMED WHENEVER DRIVING OVER A ROAD BUMP OR POTHOLE.** THE MANUFACTURER WAS NOTIFIED OF THE PROBLEM. THE APPROXIMATE FAILURE MILEAGE WAS 28,848.

**1 Affected Product**

D.    **Ford's Actions Harmed Consumers and Placed Public Safety at Risk**

54.    Ford's acts and omissions as described above have unnecessarily put the safety of Class Members and the public in jeopardy.

55.    Further, because of Defendant's unfair, deceptive and/or fraudulent business practices, owners and/or lessees of the Class Vehicles, including Plaintiff, have suffered an ascertainable loss of money and/or property and/or loss in value. The unfair and deceptive trade practices committed by Defendant were conducted in a manner giving rise to substantial aggravating circumstances.

56.    Had Plaintiff and other Class Members known of the Defect at the time of purchase or lease, they would not have bought or leased the Class Vehicles or would have paid substantially less for them.

57.    As a result of the Defect and the monetary costs associated with attempting to repair them, Plaintiff and the Class Members have suffered injury in fact, incurred damages, and have otherwise been harmed by Defendant's conduct. Accordingly, Plaintiff brings this action to redress Defendant's violations of the consumer protection statutes of California also seek recovery for Defendant's breach of express warranty, breach of implied warranty, breach of the duty of good faith and fair dealing, and fraudulent concealment.

1.    **Defendants' Warranty-Related Practices**

58.    Defendant issued a "New Vehicle Limited Warranty" with each Class Vehicle.

59.    Under the basic New Vehicle Limited Warranty, Defendant agreed to repair defects reported within the earlier of 3 years or 36,000 miles.  The 2011 Ford F-Series Warranty manual provides that:

> You will not be charged for repairs covered by any applicable warranty during the stated coverage periods, unless specifically stated elsewhere in this guide.
>
> . . .

Class Action Complaint
Case No.

> Sometimes Ford may offer a special adjustment program to pay all or part of the cost of certain repairs beyond the terms of the applicable warranty.
>
> . . .
>
> The New Vehicle Limited Warranty and the Emissions Warranties described in this booklet apply to your vehicle if:
>
> • it was originally purchased through the Ford Export Operations Military Sales Program; or
>
> • it was originally sold or leased by Ford Motor Company or one of its dealers in the United States or U.S. Federalized Territories, and it was originally registered/licensed and operated in the United States, U.S. Federalized Territories, or Canada.
>
> . . .
>
> You may have some implied warranties. For example, you may have an implied warranty of merchantability (that the car or light truck is reasonably fit for the general purpose for which it was sold) . . . .

60.    Defendant instructs vehicle owners and lessees to bring their vehicles to a Ford dealership for the warranty repairs. Many owners and lessees have presented Class Vehicles to Ford dealerships with complaints related to the Defect.

61.    Defendant has evaded its warranty obligations by failing to tell consumers that their vehicles are defective and by representing that the cause of the defect is the owner's neglect to properly maintain the vehicle. This representation, however, is false as the Class Vehicles are inherently defective and will inevitably fail.

62.    Once again, a review of the NHTSA complaint database reveals that the Death Wobble Defect manifests for the first time within the New Vehicle Limited Warranty, sometimes as early as when the vehicle has less than one thousand miles on the odometer.  But the Death Wobble Defect also frequently manifests for the first time shortly after the expiration of the New vehicle Limited Warranty.

63.    Of the 1,265 customer complaints registered in the NHTSA database, 395 of the complaints indicated the approximate mileage at which the complainant first experienced the Death Wobble Defect in the F-Series Super Duty vehicle.  Of that number, 55% (222 out of ) of the complaints indicated that the Death Wobble Defect first manifested when the vehicle had less than 36,000 on the odometer, and of those, 30 complainants first experienced the Death Wobble Defect when their vehicles had less than 5,000 miles.  Of the 175 complainants that first experienced the Death Wobble Defect

Class Action Complaint
Case No.

outside of the New Vehicle Limited Warranty mileage threshold, 34 of the complainants first experienced the Death Wobble Defect when their vehicle was less than 5,000 miles outside of the warranty mileage period.

64.    The following table shows the reported approximate mileage of the onset of the Death Wobble Defect in all NHTSA complaints in which the mileage was referenced:

| In-Warranty | | | | NHTSA ID No. | Mileage |
|---|---|---|---|---|---|
| | NHTSA ID No. | Mileage | 30 | 10190731 | <5,000 |
| 1 | 10341943 | Brand New | 31 | 10575590 | 5,400 |
| 2 | 10264951 | Brand New | 32 | 11132857 | 5,800 |
| 3 | 10352676 | Brand New | 33 | 11157006 | <6,000 |
| 4 | 10358161 | Fairly New | 34 | 10267467 | 6,000 |
| 5 | 10360616 | Almost New | 35 | 10495993 | 6,000 |
| 6 | 10472738 | 10 | 36 | 10499454 | 6,000 |
| 7 | 10197626 | 50 | 37 | 10253789 | 7,000 |
| 8 | 10445228 | 100 | 38 | 11092264 | 7,000 |
| 9 | 10822088 | 120 | 39 | 11120417 | 7,000 |
| 10 | 10282585 | 200 | 40 | 11157298 | 7,909 |
| 11 | 10204597 | 300 | 41 | 10236342 | 8,000 |
| 12 | 10256489 | 300 | 42 | 10257681 | 8,000 |
| 13 | 10877122 | 400 | 43 | 11156845 | 8,000 |
| 14 | 10235160 | 500 | 44 | 11132889 | 8,200 |
| 15 | 10235162 | 700 | 45 | 11164678 | 8,500 |
| 16 | 10563279 | 1,000 | 46 | 10552681 | 9,000 |
| 17 | 11144412 | 1,000 | 47 | 10511730 | 9,000 |
| 18 | 10204049 | 1,100 | 48 | 10411981 | 9,800 |
| 19 | 11150956 | 1,500 | 49 | 11073393 | 9,800 |
| 20 | 10483603 | <2,000 | 50 | 10265894 | 10,000 |
| 21 | 10440829 | 2,000 | 51 | 10215739 | 10,000 |
| 22 | 10471247 | 2,000 | 52 | 10185954 | 10,000 |
| 23 | 11164685 | 2,400 | 53 | 10281566 | 10,000 |
| 24 | 10822406 | 3,000 | 54 | 10199973 | 10,000 |
| 25 | 10532703 | 3,000 | 55 | 10660588 | 10,000 |
| 26 | 10392304 | 4,000 | 56 | 11133226 | 10,000 |
| 27 | 10244101 | 4,000 | 57 | 11122943 | 10,100 |
| 28 | 10238850 | 4,000 | 58 | 11131155 | 10,959 |
| 29 | 10475859 | 4,000 | 59 | 10280243 | 11,000 |
| | | | 60 | 10177882 | 11,000 |

Class Action Complaint
Case No.

| 61 | 10266842 | 11,000 |
|----|----------|--------|
| 62 | 10526035 | 11,300 |
| 63 | 10183787 | 12,000 |
| 64 | 10253778 | 12,000 |
| 65 | 10439875 | 12,000 |
| 66 | 10273332 | 12,000 |
| 67 | 10251226 | 12,000 |
| 68 | 10416598 | 12,000 |
| 69 | 10229151 | 12,000 |
| 70 | 10504688 | 12,000 |
| 71 | 11163281 | 12,000 |
| 72 | 11170395 | 12,161 |
| 73 | 10277365 | 12,900 |
| 74 | 11084855 | 13,000 |
| 75 | 11151372 | 13,000 |
| 76 | 11172009 | 13,000 |
| 77 | 10265529 | 14,000 |
| 78 | 11054256 | 14,000 |
| 79 | 11064990 | 14,000 |
| 80 | 11166300 | 14,000 |
| 81 | 11066716 | 14,000 |
| 82 | 11156669 | 14,700 |
| 83 | 10356330 | 15,000 |
| 84 | 10402591 | 15,000 |
| 85 | 10359276 | 15,000 |
| 86 | 10262107 | 15,000 |
| 87 | 11081940 | 15,000 |
| 88 | 11160778 | 15,000 |
| 89 | 10283392 | <16,000 |
| 90 | 10197931 | 16,000 |
| 91 | 11075516 | 16,000 |
| 92 | 11170357 | 16,000 |
| 93 | 10246512 | 17,000 |
| 94 | 10916472 | 17,000 |
| 95 | 11163498 | 17,000 |
| 96 | 11173650 | 17,000 |
| 97 | 11173650 | 17,000 |
| 98 | 11100797 | 17,000 |

| 99 | 10198430 | 17,600 |
|-----|----------|--------|
| 100 | 10198762 | 18,000 |
| 101 | 10238374 | 18,000 |
| 102 | 10206556 | 18,000 |
| 103 | 10320462 | 18,000 |
| 104 | 11119353 | 18,000 |
| 105 | 10557891 | 18,750 |
| 106 | 11065587 | <19,000 |
| 107 | 10298418 | 19,000 |
| 108 | 10823993 | 19,000 |
| 109 | 11080144 | 19,500 |
| 110 | 10789577 | <20,000 |
| 111 | 10788327 | <20,000 |
| 112 | 10819770 | <20,000 |
| 113 | 10231489 | 20,000 |
| 114 | 10230072 | 20,000 |
| 115 | 10493165 | 20,000 |
| 116 | 10268431 | 20,000 |
| 117 | 10576849 | 20,000 |
| 118 | 10363678 | 20,000 |
| 119 | 11092739 | 20,000 |
| 120 | 11013478 | 20,000 |
| 121 | 10664333 | 20,000 |
| 122 | 11163834 | 20,000 |
| 123 | 11118215 | 20,000 |
| 124 | 11163559 | 20,000 |
| 125 | 11165507 | 20,000 |
| 126 | 10255935 | 20,789 |
| 127 | 11141552 | 21,000 |
| 128 | 11154687 | 21,500 |
| 129 | 10222609 | 21,977 |
| 130 | 10680495 | 22,000 |
| 131 | 10247920 | 22,065 |
| 132 | 10474424 | <22,193 |
| 133 | 10566852 | 22,500 |
| 134 | 10323973 | 22,900 |
| 135 | 10265630 | <23,000 |
| 136 | 10282830 | 23,000 |

Class Action Complaint
Case No.

| 137 | 10277968 | 23,000 |
| 138 | 10256667 | 23,000 |
| 139 | 10476818 | 23,000 |
| 140 | 10425765 | 23,400 |
| 141 | 10433960 | 23,500 |
| 142 | 10984255 | 23,766 |
| 143 | 10422634 | 24,000 |
| 144 | 10330354 | 24,000 |
| 145 | 11133421 | 24,000 |
| 146 | 11151224 | 24,000 |
| 147 | 11139700 | 24,000 |
| 148 | 10287227 | 24,200 |
| 149 | 11072675 | 24,700 |
| 150 | 10268747 | 24,900 |
| 151 | 10294472 | <25,000 |
| 152 | 10272963 | 25,000 |
| 153 | 10281464 | 25,000 |
| 154 | 10332021 | 25,000 |
| 155 | 10458496 | 25,000 |
| 156 | 10197717 | 25,000 |
| 157 | 10193596 | 25,000 |
| 158 | 11001691 | 25,000 |
| 159 | 10561609 | 25,000 |
| 160 | 11165555 | 25,000 |
| 161 | 11154123 | 25,000 |
| 162 | 11165469 | 25,000 |
| 163 | 10204198 | <26,000 |
| 164 | 10319537 | 26,000 |
| 165 | 10354176 | 26,000 |
| 166 | 10351350 | 26,000 |
| 167 | 10465237 | <26,505 |
| 168 | 10253969 | <27,000 |
| 169 | 11051493 | 27,000 |
| 170 | 11156425 | 27,000 |
| 171 | 10538054 | 27,600 |
| 172 | 11155371 | 27,800 |
| 173 | 10246054 | <28,000 |
| 174 | 10310422 | 28,000 |

| 175 | 10477222 | 28,000 |
| 176 | 10786578 | 28,000 |
| 177 | 11151155 | 28,000 |
| 178 | 11153642 | 28,000 |
| 179 | 11173911 | 28,412 |
| 180 | 10487446 | 28,848 |
| 181 | 10439931 | <29,000 |
| 182 | 10278427 | 29,000 |
| 183 | 10299121 | 29,000 |
| 184 | 10849651 | 29,000 |
| 185 | 10486420 | 29,800 |
| 186 | 11141310 | 29,947 |
| 187 | 11114415 | <30,000 |
| 188 | 10340601 | 30,000 |
| 189 | 10386266 | 30,000 |
| 190 | 10375410 | 30,000 |
| 191 | 10491015 | 30,000 |
| 192 | 10845889 | 30,000 |
| 193 | 10496896 | 30,000 |
| 194 | 10607693 | 30,000 |
| 195 | 10560105 | 30,000 |
| 196 | 10578052 | 30,000 |
| 197 | 11171514 | 30,000 |
| 198 | 11172828 | 30,000 |
| 199 | 10360446 | 31,000 |
| 200 | 10211208 | 31,000 |
| 201 | 10246537 | 31,000 |
| 202 | 10395796 | 31,000 |
| 203 | 10534069 | 31,000 |
| 204 | 10272506 | 32,000 |
| 205 | 10349764 | 32,000 |
| 206 | 10560393 | 32,000 |
| 207 | 10721166 | 33,000 |
| 208 | 10304590 | 33,481 |
| 209 | 10439094 | <33,500 |
| 210 | 10277958 | 34,000 |
| 211 | 10548289 | 34,000 |
| 212 | 10236255 | 34,868 |

Class Action Complaint
Case No.

| 213 | 10174494 | <35,000 |
|---|---|---|
| 214 | 10917909 | <35,000 |
| 215 | 10279266 | 35,000 |
| 216 | 10552684 | 35,000 |
| 217 | 10667739 | 35,000 |
| 218 | 10936530 | 35,000 |
| 219 | 10554360 | 35,000 |
| 220 | 11153298 | 35,000 |
| 221 | 10552092 | <36,000 |
| 222 | 10436597 | 36,000 |

| Out-of-Warranty | | |
|---|---|---|
| | NHTSA ID No. | Mileage |
| 223 | 10390092 | 36,000 |
| 224 | 11120666 | 36,000 |
| 225 | 10266509 | 37,000 |
| 226 | 10445440 | 37,000 |
| 227 | 10266161 | 37,000 |
| 228 | 11022555 | 37,000 |
| 229 | 11047327 | <38,000 |
| 230 | 10323451 | 38,000 |
| 231 | 11058217 | 38,000 |
| 232 | 10230394 | 39,000 |
| 233 | 10278647 | 39,000 |
| 234 | 10587168 | 39,000 |
| 235 | 11171001 | 39,000 |
| 236 | 10362825 | 39,600 |
| 237 | 10354071 | <40,000 |
| 238 | 10838113 | <40,000 |
| 239 | 11173771 | <40,000 |
| 240 | 10438947 | 40,000 |
| 241 | 10207387 | 40,000 |
| 242 | 10207387 | 40,000 |
| 243 | 10347488 | 40,000 |
| 244 | 10417674 | 40,000 |
| 245 | 10336687 | 40,000 |
| 246 | 10339629 | 40,000 |
| 247 | 10350306 | 40,000 |

| 248 | 10614915 | 40,000 |
|---|---|---|
| 249 | 10486566 | 40,000 |
| 250 | 10705798 | 40,000 |
| 251 | 10476564 | 40,000 |
| 252 | 10672741 | 40,000 |
| 253 | 10693753 | 40,000 |
| 254 | 11088632 | 40,000 |
| 255 | 10542733 | <41,000 |
| 256 | 11141233 | 41,000 |
| 257 | 10259400 | <42,000 |
| 258 | 10232498 | 42,000 |
| 259 | 10272981 | 42,000 |
| 260 | 10562948 | 42,000 |
| 261 | 10443216 | <43,000 |
| 262 | 10426658 | 43,200 |
| 263 | 10357223 | 45,000 |
| 264 | 10440552 | 45,000 |
| 265 | 10488010 | 45,000 |
| 266 | 10493002 | 45,000 |
| 267 | 10776467 | 45,000 |
| 268 | 10606408 | 45,000 |
| 269 | 11099958 | 45,000 |
| 270 | 10497898 | 46,000 |
| 271 | 10438969 | 47,000 |
| 272 | 10503219 | <48,000 |
| 273 | 11020396 | <48,000 |
| 274 | 10252099 | 49,000 |
| 275 | 11014891 | <50,000 |
| 276 | 10266398 | 50,000 |
| 277 | 10439148 | 50,000 |
| 278 | 10287346 | 50,000 |
| 279 | 10560282 | 50,000 |
| 280 | 10577858 | 50,000 |
| 281 | 10265488 | 50,000 |
| 282 | 10637174 | 50,000 |
| 283 | 10779305 | 50,000 |
| 284 | 11123269 | 50,000 |
| 285 | 10955510 | 50,200 |

Class Action Complaint
Case No.

| 286 | 10243184 | 51,000 |
|-----|----------|--------|
| 287 | 11128675 | 51,000 |
| 288 | 11129632 | 51,000 |
| 289 | 10435978 | 52,500 |
| 290 | 11010308 | 53,000 |
| 291 | 10439799 | 53,500 |
| 292 | 10267644 | <54,000 |
| 293 | 10503173 | 55,000 |
| 294 | 10536189 | 55,000 |
| 295 | 10324392 | 56,000 |
| 296 | 10486471 | 56,000 |
| 297 | 10269858 | >56,000 |
| 298 | 10377213 | 58,000 |
| 299 | 10456617 | 58,000 |
| 300 | 11150119 | 58,000 |
| 301 | 10992335 | 58,100 |
| 302 | 10746090 | 59,000 |
| 303 | 10849567 | <60,000 |
| 304 | 10332685 | 60,000 |
| 305 | 10350093 | 60,000 |
| 306 | 10197033 | 60,000 |
| 307 | 10263289 | 60,000 |
| 308 | 10355827 | 60,000 |
| 309 | 10393902 | 60,000 |
| 310 | 10563867 | 60,000 |
| 311 | 10592650 | 60,000 |
| 312 | 11088792 | 60,000 |
| 313 | 11171351 | 60,000 |
| 314 | 11065934 | 60,000 |
| 315 | 10438989 | 60,500 |
| 316 | 10441780 | 62,000 |
| 317 | 11139112 | 62,000 |
| 318 | 10274673 | <63,000 |
| 319 | 10246678 | <65,000 |
| 320 | 10438760 | 65,000 |
| 321 | 10276278 | 65,000 |
| 322 | 11170294 | 65,000 |
| 323 | 10240263 | 65,197 |

| 324 | 10239261 | <66,000 |
|-----|----------|---------|
| 325 | 10398511 | 68,000 |
| 326 | 10408904 | 69,000 |
| 327 | 10440021 | 70,000 |
| 328 | 10241882 | 70,000 |
| 329 | 10504817 | 70,000 |
| 330 | 10512156 | 70,000 |
| 331 | 10873154 | 70,000 |
| 332 | 10908140 | 70,020 |
| 333 | 10593575 | 73,000 |
| 334 | 10557407 | 73,500 |
| 335 | 10286250 | 75,000 |
| 336 | 10510586 | 75,000 |
| 337 | 10496839 | 75,000 |
| 338 | 10499241 | 75,000 |
| 339 | 10658992 | 77,600 |
| 340 | 10265501 | 78,000 |
| 341 | 10379945 | 80,000 |
| 342 | 10894286 | 80,000 |
| 343 | 10662383 | 80,000 |
| 344 | 10854998 | 80,000 |
| 345 | 11153140 | 80,000 |
| 346 | 11101683 | 80,000 |
| 347 | 10384029 | 82,000 |
| 348 | 10876957 | 82,000 |
| 349 | 10307928 | 85,000 |
| 350 | 11171598 | 85,000 |
| 351 | 10759761 | 86,000 |
| 352 | 11170135 | 86,000 |
| 353 | 10363770 | 86,800 |
| 354 | 10504810 | <87,000 |
| 355 | 11140682 | 89,000 |
| 356 | 10439726 | 90,000 |
| 357 | 10359557 | 90,000 |
| 358 | 10928968 | 90,000 |
| 359 | 10714699 | 90,000 |
| 360 | 10930091 | 90,000 |
| 361 | 10362727 | <92,000 |

Class Action Complaint
Case No.

| 362 | 10241025 | 93,000 |
|---|---|---|
| 363 | 10415585 | 95,000 |
| 364 | 10558024 | 95,000 |
| 365 | 10495353 | 97,000 |
| 366 | 10376343 | 98,000 |
| 367 | 10872996 | 98,000 |
| 368 | 10818907 | 100,000 |
| 369 | 10854925 | 100,000 |
| 370 | 10678239 | 100,000 |
| 371 | 10811752 | 100,000 |
| 372 | 10930180 | 100,000 |
| 373 | 10895527 | 100,000 |
| 374 | 10888734 | 100,000 |
| 375 | 11164915 | 100,697 |
| 376 | 11091485 | 105,000 |
| 377 | 10596089 | 110,000 |
| 378 | 10946144 | 117,500 |
| 379 | 10327797 | 119,091 |
| 380 | 10731516 | 120,000 |

| 381 | 10734536 | 123,000 |
|---|---|---|
| 382 | 10794821 | <124,000 |
| 383 | 10615932 | <125,000 |
| 384 | 10863336 | 127,000 |
| 385 | 10969398 | 127,000 |
| 386 | 11063319 | 128,000 |
| 387 | 11120681 | 130,000 |
| 388 | 10402808 | 134,800 |
| 389 | 10891584 | 141,000 |
| 390 | 11076502 | 154,000 |
| 391 | 10731192 | 159,000 |
| 392 | 10872235 | 180,000 |
| 393 | 11150428 | 186,000 |
| 394 | 11071768 | 190,000 |
| 395 | 10929658 | 200,000 |
| 396 | 11003164 | 225,000 |
| 397 | 10500801 | 294,000 |

65.    In many instances, consumers have incurred and will continue to incur expenses for the diagnosis and attempts to correct the Defect (despite such defect having been contained in the Class Vehicles when manufactured by Defendant), repair and replacement of various components of the front suspension.

66.    Again, the NHTSA Complaint database provides numerous examples of economic cost to Class Members of trying to address the Death Wobble Defect, often being charged thousands of dollars for repairs that do not remedy the Defect.

**2.    NHTSA Consumer Complaints of Referencing Costs of Repairs**

**3.    NHTSA Consumer Complaints Establishing that Repairs Were Ineffective in Addressing the Death Wobble Defect**

68.    The following complaints from the NHTSA database expressly reference the recurrence or persistence of the Death Wobble Defect after repairs were attempted by authorized Ford dealers, often at the expense of the customer.

January 7, 2019 **NHTSA ID NUMBER: 11164915**

Class Action Complaint
Case No.

**Components: STEERING**
**NHTSA ID Number:** 11164915
**Incident Date** December 8, 2018
**Consumer Location** LA PORTE, TX
**Vehicle Identification Number** 1FT7W2BT1KE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2019 FORD F-250. WHILE DRIVING 70 MPH, THE STEERING WHEEL SHOOK VIOLENTLY WITHOUT WARNING. THE CONTACT WOULD HAVE TO RELEASE THE ACCELERATOR PEDAL IN ORDER FOR THE STEERING WHEEL TO STOP SHAKING. THE VEHICLE WAS TAKEN TO COOK FORD (2600 PALMER HWY, TEXAS CITY, TX 77590, (409)-948-2541) WHERE IT WAS DIAGNOSED THAT THE VEHICLE BUMP STEERED, WHICH OCCURRED AT HIGH SPEEDS OVER A BUMP. **THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. THE MANUFACTURER WAS MADE WARE OF THE FAILURE AND OFFERED THE CONTACT AN EXTENDED WARRANTY FOR SEVEN YEARS.** THE FAILURE MILEAGE WAS 100,697.
**1 Affected Product**

December 26, 2018 **NHTSA ID NUMBER: 11163498**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11163498
**Incident Date** November 18, 2018
**Consumer Location** WESTON, CO
**Vehicle Identification Number** 1FT7W2BT3HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-250. WHILE DRIVING 70 MPH OVER A BUMP IN THE ROAD, THE STEERING WHEEL AND FRONT END OF THE VEHICLE STARTED TO EXPERIENCE MILD SHAKING. IN ORDER TO STOP THE VEHICLE FROM SHAKING, THE CONTACT HAD TO DECREASE THE SPEED FROM 70 TO 30 MPH. THE CONTACT STATED THAT THE SAME FAILURE OCCURRED MULTIPLE TIMES WHENEVER THE SPEED EXCEEDED 60-75 MPH. THE VEHICLE WAS TAKEN TO PHIL LONG FORD (301 S 2ND ST, RATON, NM 87740) AND UNKNOWN REPAIRS WERE PERFORMED. **A MONTH AFTER TAKING THE VEHICLE TO THE DEALER, THE FAILURE RECURRED.** THE MANUFACTURER WAS NOT CONTACTED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE FAILURE MILEAGE WAS 17,000.
**1 Affected Product**

-314-

Class Action Complaint
Case No.

August 28, 2018 **NHTSA ID NUMBER: 11122943**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11122943
**Incident Date** August 17, 2018
**Consumer Location** CHATHAM, IL
**Vehicle Identification Number** 1FT7X2B62HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-250. WHILE DRIVING 69 MPH OVER A BUMP IN THE ROAD, THE VEHICLE EXHIBITED THE "DEATH WOBBLE" FROM THE FRONT SUSPENSION. THE CONTACT WAS UNABLE TO REGAIN CONTROL UNTIL THE SPEED WAS UNDER 40 MPH. **THE CONTACT STATED THAT THE PREVIOUS OWNER HAD THE VEHICLE REPAIRED AT LANDMARK FORD TRUCKS, INC (3401 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702, (217) 528-0770); HOWEVER, THE FAILURE RECURRED. THE CONTACT TOOK THE VEHICLE BACK TO LANDMARK FORD TRUCKS, INC, BUT THE MECHANIC WAS UNABLE TO PROPERLY DIAGNOSE THE VEHICLE.** THE VEHICLE WAS NOT REPAIRED. **THE MANUFACTURER WAS CONTACTED AND PROVIDED CASE NUMBER: CAS-15627787.** THE APPROXIMATE FAILURE MILEAGE WAS 10,100. *DT UPDATED 10/2/18*JB
**1 Affected Product**

March 19, 2018 **NHTSA ID NUMBER: 11080144**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11080144
**Incident Date** March 6, 2018
**Consumer Location** WASHINGTON, IA
**Vehicle Identification Number** 1FT7W2BT7HE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2017 FORD F-250 SD. WHILE DRIVING 70 MPH, THE FRONT END OF THE VEHICLE EXPERIENCED A "DEATH WOBBLE". THE FAILURE IMPACTED THE STEERING AND CAUSED THE STEERING WHEEL TO VIBRATE VIOLENTLY. THERE WERE NO WARNING INDICATORS ILLUMINATED. MCGRATH FORD (4001 1ST AVE SE, CEDAR RAPIDS, IA 52402) DIAGNOSED THAT THE CONTROL ARM FAILED. **THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED AFTER THE REPAIR. THE MANUFACTURER WAS NOTIFIED AND FILED CASE NUMBER: 14400173. THE FAILURE MILEAGE WAS 19,500.** THE VIN WAS NOT AVAILABLE. *TT
**1 Affected Product**
**1 Associated Document**

Class Action Complaint
Case No.

August 29, 2018 **NHTSA ID NUMBER: 11123269**
**Components: STRUCTURE, STEERING, SUSPENSION**
**NHTSA ID Number:** 11123269
**Incident Date June 1, 2016**
**Consumer Location** DAMASCUS, MD
**Vehicle Identification Number** 1FT7X3B66EE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2014 FORD F-350. WHILE DRIVING 25 MPH, THE FRONT END OF THE VEHICLE SHIMMIED. THE VEHICLE HAD TO BE RESTARTED TO GAIN CONTROL. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO SHEEHY PERFORMANCE CENTER (600 N FREDERICK AVE, GAITHERSBURG, MD 20877, (301) 548-9132) WHERE IT WAS DIAGNOSED THAT THE BALL JOINTS, TIE ROD, SHOCKS, AND THE TIRES NEEDED TO BE REPLACED. **THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. THE MANUFACTURER WAS CONTACTED AND PROVIDED CASE NUMBER: 12943941.** THE FAILURE MILEAGE WAS 50,000.
**1 Affected Product**

July 24, 2017 **NHTSA ID NUMBER: 11010308**
**Components: SUSPENSION**
**NHTSA ID Number:** 11010308
**Incident Date** February 15, 2015
**Consumer Location** COLORADO SPRINGS, CO
**Vehicle Identification Number** 1FT8W3BT0DE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2013 FORD F-350. ON SEVERAL OCCASIONS, WHILE DRIVING 55 MPH, THE VEHICLE VIOLENTLY SHOOK WHEN MAKING CONTACT WITH A BUMP. THE CONTACT STATED THAT THE STEERING WHEEL BECAME DIFFICULT TO MANEUVER WHEN THE SHAKING OCCURRED AND THE CHECK ENGINE WARNING INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO PHIL LONG FORD OF MOTOR CITY (1212 MOTOR CITY DR, COLORADO SPRINGS, CO 80905 (719) 694-3487) WHERE THE FAILURE WAS DIAGNOSED AS THE (DEATH WOBBLE). THE BALL JOINTS, TRACKING BAR BUSHINGS, SPRING MOUTH, STEERING STABILIZER SHOCK, AND ALL FOUR TIRES NEEDED TO BE REPLACED. **THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. THE MANUFACTURER WAS NOTIFIED AND ADVISED THE CONTACT TO**

Class Action Complaint
Case No.

**TAKE THE VEHICLE BACK TO THE DEALER. NO FURTHER ASSISTANCE WAS OFFERED.** THE FAILURE MILEAGE WAS 53,000.

**1 Affected Product**

---

April 18, 2018 **NHTSA ID NUMBER: 11088792**
**Components: SUSPENSION, WHEELS**
**NHTSA ID Number:** 11088792
**Incident Date** April 18, 2018
**Consumer Location** GREENVIEW, IL
**Vehicle Identification Number** 1FT7W2BT7DE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2013 FORD F-250. WHILE DRIVING ABOVE 40 MPH OVER A BUMP IN THE ROAD, THE VEHICLE SHOOK AND THE FRONT OF THE VEHICLE BECAME DIFFICULT TO CONTROL. THERE WERE NO WARNING INDICATORS ILLUMINATED BEFORE OR AFTER THE FAILURE. THE VEHICLE WAS TAKEN TO LANDMARK FORD (2401 PRAIRIE CROSSING DR., SPRINGFIELD, IL 62711) FOR DIAGNOSTIC TESTING AND REPAIRS. THE CONTACT WAS UNABLE TO RECALL WHAT WAS DIAGNOSED AND REPAIRED. **THE CONTACT STATED THAT THE VEHICLE WAS REPAIRED, BUT THE FAILURE PERSISTED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE APPROXIMATE FAILURE MILEAGE WAS 60,000.

**1 Affected Product**

---

July 26, 2016 **NHTSA ID NUMBER: 10888734**
**Components: SUSPENSION, SERVICE BRAKES, HYDRAULIC**
**NHTSA ID Number:** 10888734
**Incident Date** November 20, 2015
**Consumer Location** MANVEL, TX
**Vehicle Identification Number** 1FT7W2BT3DE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2013 FORD F-250. WHILE DRIVING APPROXIMATELY 60 MPH, THE VEHICLE'S FRONT END WOBBLED UNCONTROLLABLY. THE CONTACT STATED IT FELT AS IF HE WERE LOSING CONTROL OF THE VEHICLE. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE WHEELS AND ROTORS WERE THE CAUSE OF THE WOBBLE AND NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. THE VEHICLE WAS TAKEN BACK TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE VEHICLE LOST COMPONENTS THAT NEEDED TO

-317-

BE TIGHTENED. **THE VEHICLE WAS REPAIRED; HOWEVER, THE FAILURE PERSISTED. THE CONTACT STATED THAT THE VEHICLE WAS TAKEN BACK TO THE DEALER AGAIN, BUT THE CAUSE OF THE FAILURE COULD NOT BE DETERMINED.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 100,000. ... UPDATED 08/23/16 *BF

1 Affected Product

1 Associated Document

January 18, 2017 **NHTSA ID NUMBER: 10946144**

**Components: STEERING**

**NHTSA ID Number:** 10946144

**Incident Date** December 20, 2016

**Consumer Location** PASADENA, TX

**Vehicle Identification Number** 1FT7W2BT8CE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2012 FORD F-250. THE CONTACT STATED THAT WHILE DRIVING AT APPROXIMATELY 45 MPH AND HIT A BUMP, THE STEERING WHEEL SHOOK. AS A RESULT, THE CONTACT REDUCED THE VEHICLE IN SPEED IN ORDER TO AVOID A CRASH. **THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO REPLACED THE TRACK BAR HOWEVER, THE FAILURE RECURRED.** THE FAILURE WAS NOT REMEDIED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 117,500.

1 Affected Product

January 26, 2016 **NHTSA ID NUMBER: 10822406**

**Components: SUSPENSION, STEERING**

**NHTSA ID Number:** 10822406

**Incident Date** June 25, 2012

**Consumer Location** HELLAM, PA

**Vehicle Identification Number** 1FT7W2BT6CE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2012 FORD F-250. WHILE DRIVING 40 MPH, THE FRONT END OF THE VEHICLE SHOOK AND BECAME DIFFICULT TO CONTROL. **THE FAILURE OCCURRED CONSTANTLY. THE VEHICLE WAS TAKEN TO A DEALER WHERE IT WAS DIAGNOSED THAT THE DRAG LINK AND THE BALL JOINTS NEEDED TO BE REPLACED. THE VEHICLE ALSO NEEDED A FRONT END ALIGNMENT. THE REPAIRS**

Class Action Complaint

Case No.

**WERE DONE; HOWEVER, THE FAILURE RECURRED.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 3,000.

1 Affected Product

February 28, 2013 **NHTSA ID NUMBER: 10500801**
**Components: STEERING**
**NHTSA ID Number:** 10500801
**Incident Date** January 2, 2013
**Consumer Location** POCOMOKE CITY, MD
**Vehicle Identification Number** 1FT8W3BTXBE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-350 SUPER DUTY. THE CONTACT STATED THAT WHILE DRIVING 59 MPH, THE VEHICLE BEGAN TO SHAKE AND WOBBLE VIOLENTLY, CAUSING THE CONTACT DIFFICULTY IN CONTROLLING THE VEHICLE. **THE VEHICLE WAS TAKEN TO A DEALER FOR DIAGNOSIS WHERE THE U-BOLTS WERE REPLACED BUT THE FAILURE RECURRED. THE VEHICLE WAS THEN TAKEN TO AN INDEPENDENT MECHANIC WHERE THE STEERING SHOCK ABSORBER WAS REPLACED HOWEVER, THE FAILURE RECURRED. THE TORQUE BAR AND THE TWO FRONT SHOCKS WERE REPLACED ON SUBSEQUENT VISITS. LATER, THE TIRES WERE ROTATED BUT TO NO AVAIL. THE MECHANIC THEN DEFLATED THE TIRES. THE FAILURE RECURRED. THE TIRES WERE THEN OVER INFLATED AND THE FAILURE RECURRED. THE MANUFACTURER WAS NOTIFIED AND STATED THAT THE WOBBLE WAS NORMAL AND OFFERED NO OTHER ASSISTANCE.** THE VEHICLE WAS NOT FURTHER REPAIRED. THE FAILURE MILEAGE WAS 294,000 AND THE CURRENT MILEAGE WAS 315,000.

1 Affected Product

August 17, 2012 **NHTSA ID NUMBER: 10471247**
**Components: STEERING**
**NHTSA ID Number:** 10471247
**Incident Date July 17, 2011**
**Consumer Location** THOUSAND OAKS, CA
**Vehicle Identification Number** 1FDRF3GT6BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F350 SD. THE CONTACT STATED THAT HE NOTICED BOTH FRONT TIRES EXHIBITED AN IRREGULAR WEAR PATTERN IN THE

-319-

Class Action Complaint
Case No.

EXACT SAME PLACE. **THE VEHICLE WAS TAKEN TO THE DEALER WHO ALIGNED THE TIRES BUT THE FAILURE PERSISTED. THE MANUFACTURER WAS NOTIFIED AND A CLAIM WAS FILED (CLAIM NUMBER 1512842141) BUT IT WAS DENIED BY THE MANUFACTURER WHO OFFERED NO ASSISTANCE. THE FAILURE MILEAGE WAS 2,000 AND THE CURRENT MILEAGE WAS 20,000.**

**1 Affected Product**

---

January 27, 2014 **NHTSA ID NUMBER: 10561609**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10561609
**Incident Date** January 27, 2012
**Consumer Location** SAN ANTONIO, TX
**Vehicle Identification Number** 1FT8W3DT2BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-350 SD. WHILE DRIVING 55 MPH, THE CONTACT STATED THAT THE VEHICLE BEGAN TO SHAKE VIOLENTLY. THE CONTACT APPLIED THE BRAKES TO SLOW THE VEHICLE DOWN AND THE SHAKING SUBSIDED. THE VEHICLE WAS TAKEN TO THE DEALER FOR INSPECTION AND THEY WERE UNABLE TO DIAGNOSE THE FAILURE. **THE CONTACT STATED THE TRAC BAR, BUSHINGS, BALL JOINTS, STEERING AND TIE ROD ENDS WERE ALL REPLACED. THE TIRES ON THE VEHICLE WERE REPLACED AND BALANCED BUT THE FAILURE RECURRED.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 25,000. UPDATED 03/05/14*LJ  THE CONSUMER STATED HE EXPERIENCED STEERING WHEEL OSCILLATION FOR THE LAST 70,000 MILES. THE CONSUMER HAD NUMEROUS COMPONENTS REPLACED, BUT TO NO AVAIL. THE DEALER INFROMED THE CONSUMER THE OSCILLATION WAS NORMAL.

**1 Affected Product**

---

October 2, 2015 **NHTSA ID NUMBER: 10779305**
**Components: WHEELS, STEERING**
**NHTSA ID Number:** 10779305
**Incident Date** November 28, 2014
**Consumer Location** FAIRBANKS, IN
**Vehicle Identification Number** 1FT7W2BT1BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0

Class Action Complaint
Case No.

TL* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING AT APPROXIMATELY 50 MPH, THE VEHICLE VIBRATED VIOLENTLY WITHOUT WARNING. THE FAILURE RECURRED INTERMITTENTLY. **THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE THE TIRE SHOCKS, VIBRATION DAMPENER, DRAG LINK, TIE ROD, AND ALL THE TIRES WERE REPLACED; HOWEVER, THE FAILURE RECURRED.** THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 50,000.

**1 Affected Product**

---

**March 3, 2014 NHTSA ID NUMBER: 10566852**
**Components: STEERING**
**NHTSA ID Number:** 10566852
**Incident Date** February 22, 2014
**Consumer Location** PUYALLUP, WA
**Vehicle Identification Number** 1FT7X2BT1BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250. THE CONTACT STATED THAT WHILE DRIVING 60 MPH, THE VEHICLE BEGAN SHAKING ABNORMALLY. **THE CONTACT TOOK THE VEHICLE TO THE DEALER, WHO STATED THAT THEY WOULD BALANCE ALL FOR TIRES AND PERFORMED AND ALIGNMENT CHECK. THE VEHICLE WAS REPAIRED HOWEVER, THE PROBLEM PERSISTED.** THE MANUFACTURER WAS NOT CONTACTED. THE APPROXIMATE FAILURE MILEAGE WAS 22,500. *TR

**1 Affected Product**

---

**February 12, 2013 NHTSA ID NUMBER: 10497898**
**Components: STEERING**
**NHTSA ID Number:** 10497898
**Incident Date** February 11, 2013
**Consumer Location** WEST GROVE, PA
**Vehicle Identification Number** 1FT7X2BT0BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250 SUPER DUTY. THE CONTACT STATED THAT WHILE DRIVING 65 MPH, THE STEERING WHEEL BEGAN TO SHAKE ABNORMALLY. THE FAILURE PROGRESSED UNTIL THE SHAKING BECAME VIOLENT. **THE VEHICLE WAS TAKEN AN INDEPENDENT MECHANIC WHERE THE WHEELS WERE BALANCED HOWEVER, THE FAILURE RECURRED.** THE CONTACT MADE ARRANGEMENTS FOR

-321-

THE VEHICLE TO BE DIAGNOSED BY A DEALER. THE VEHICLE WAS NOT REPAIRED. THE FAILURE AND CURRENT MILEAGE WAS 46,000.

**1 Affected Product**

November 21, 2012 **NHTSA ID NUMBER: 10485416**
**Components: STEERING**
**NHTSA ID Number:** 10485416
**Incident Date** October 18, 2012
**Consumer Location** WASHINGTON, IL
**Vehicle Identification Number** N/A
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
I WAS DRIVING 65 MPH ON THE INTERSTATE AND I HIT A LINE OF BUMPS. THE TRUCK WOULD START SHAKING VIOLENTLY AND I WOULD HAVE TO SLOW DOWN UNDER 30 MPH ON THE INTERSTATE. **FORD PUT A NEW STEERING DAMPER IN AND THE PROBLEM PERSISTED 2 WEEKS AFTER.** I WENT AND BOUGHT A KIT FROM WRC MOTORSPORTS FOR $1,000 AND PAID OVER $500.00 TO HAVE IT PUT IN TODAY. HOPEFULLY THIS STOPS THE PROBLEM AND FORD WILL REIMBURSE ME SOME OF THE COST. *TR

**1 Affected Product**

September 24, 2012 **NHTSA ID NUMBER: 10476818**
**Components: STEERING**
**NHTSA ID Number:** 10476818
**Incident Date June 12, 2012**
**Consumer Location** SEARCY, AR
**Vehicle Identification Number** 1FT7W2BT8BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT STATED THAT WHILE TRAVELING 70 MPH, HE DROVE OVER A BUMP AND THE VEHICLE BEGAN TO SHAKE VIOLENTLY. THE CONTACT MENTIONED THAT HE HAD TO DECELERATE SINCE THE VEHICLE FELT AS IF IT WAS GOING TO CRASH. **THE VEHICLE WAS TAKEN TO THE DEALER WHO STATED THAT THE STEERING STABILIZER SHOCK NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED BUT THE FAILURE RECURRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE WHO DID NOT OFFER ANY ASSISTANCE.** THE FAILURE MILEAGE WAS 23,000. UPDATED 10/31/12*LJ  UPDATED 10/31/12

Class Action Complaint
Case No.

1 | **1 Affected Product**
2 | **1 Associated Document**

---

**August 28, 2012 NHTSA ID NUMBER: 10472738**
**Components: STEERING**
**NHTSA ID Number:** 10472738
**Incident Date** August 1, 2011
**Consumer Location** HOUSTON, TX
**Vehicle Identification Number** 1FT7W2BT9BE****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT WAS DRIVING 40 MPH OVER A POT HOLE WHEN THE STEERING WHEEL BEGAN TO SHAKE ABNORMALLY. **THE CONTACT WAITED UNTIL THE SHAKING CEASED INDEPENDENTLY HOWEVER, THE FAILURE RECURRED FREQUENTLY. THE VEHICLE WAS TAKEN TO THE DEALER WHO ADVISED THAT THE FAILURE WAS CAUSED BY THE TIRES AND RECOMMENDED HAVING A FRONT END ALIGNMENT PERFORMED. THE CONTACT STATED THAT ALL FOUR TIRES WERE REPLACED AND AN ALIGNMENT WAS PERFORMED HOWEVER, THE FAILURE PERSISTED.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 10. THE CURRENT MILEAGE WAS 31,000.
**1 Affected Product**

---

**July 5, 2017 NHTSA ID NUMBER: 11003164**
**Components: SUSPENSION, WHEELS**
**NHTSA ID Number:** 11003164
**Incident Date** April 3, 2017
**Consumer Location** BAKERSFIELD, CA
**Vehicle Identification Number** 1FT7W2BT6BE****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING 60 MPH OVER A BUMP IN THE ROADWAY, THE VEHICLE SHOOK VIOLENTLY UNTIL SLOWING TO 30 MPH OR COMING TO A FULL STOP. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC AND THE LOCAL DEALER (JIM BURKE FORD 2001 OAK ST, BAKERSFIELD, CA 93301 (661) 328-3600), BUT THE FAILURE COULD NOT BE DUPLICATED OR DIAGNOSED. **THE CONTACT WAS ADVISED TO REPLACE ALL FOUR TIRES. ALL FOUR TIRES WERE REPLACED, BUT THE ISSUE**

---

Class Action Complaint
Case No.

**PERSISTED. THE MANUFACTURER WAS NOTIFIED AND REFERRED THE CONTACT TO NHTSA.** THE FAILURE MILEAGE WAS 225,000.

**1 Affected Product**

June 27, 2017 **NHTSA ID NUMBER: 11001691**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 11001691
**Incident Date June 15, 2013**
**Consumer Location** VICTORIA, TX
**Vehicle Identification Number** 1FT7W2BT4BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING 60 MPH, THE VEHICLE WOBBLED AND SHOOK VIOLENTLY. THE VEHICLE WAS TAKEN TO THE DEALER (MAC HAIK FORD LINCOLN HYUNDAI 4506 N NAVARRO ST, VICTORIA, TX 77904), BUT THE DEALER WAS UNABLE TO DUPLICATE THE FAILURE. **THE DEALER REPLACED UNKNOWN PARTS ON THE FRONT END OF THE VEHICLE, BUT THE FAILURE RECURRED SEVERAL MORE TIMES. THE MANUFACTURER STATED THAT THE CONTACT SHOULD TAKE THE VEHICLE TO A DEALER AND HAVE IT DIAGNOSED. THE CONTACT WAS REFERRED TO NHTSA. THE APPROXIMATE FAILURE MILEAGE WAS 25,000.**
**1 Affected Product**

May 30, 2017 **NHTSA ID NUMBER: 10992335**
**Components: SUSPENSION, SERVICE BRAKES, HYDRAULIC**
**NHTSA ID Number:** 10992335
**Incident Date** May 20, 2017
**Consumer Location** BROOKEVILLE, MD
**Vehicle Identification Number** 1FT7X2B69BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250. WHILE DRIVING OVER 60 MPH, THE VEHICLE SHOOK AND THE STEERING WHEEL LOCKED. WHILE THE BRAKE PEDAL WAS DEPRESSED, THE VEHICLE SHOOK UNCONTROLLABLY. THERE WERE NO WARNING INDICATORS ILLUMINATED. **THE VEHICLE WAS TAKEN TO THE DEALER (KOONS SILVER SPRING FORD, 3111 AUTOMOBILE BLVD, SILVER SPRING, MD 20904 (301) 890-6100) WHERE IT WAS DIAGNOSED THAT THE BALL JOINT, BRAKE PADS, AND STABILIZER BAR NEEDED TO BE REPLACED. ALSO, FLUID WAS LEAKING ON THE**

-324-

Class Action Complaint
Case No.

**SHOCKS AND THE STRUT NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURES RECURRED.** THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURES. THE FAILURE MILEAGE WAS 58,100.

**1 Affected Product**

---

December 2, 2016 **NHTSA ID NUMBER: 10929658**
**Components: SUSPENSION**
**NHTSA ID Number:** 10929658
**Incident Date** August 5, 2016
**Consumer Location** SOUTH HAVEN, MI
**Vehicle Identification Number** 1FT7W2BT0BE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. WHILE DRIVING VARIOUS SPEEDS OVER A BUMP IN THE SOUTH IN THE ROAD, THE FRONT END OF THE VEHICLE WOBBLED VERY VIOLENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER ON NUMEROUS OCCASIONS FOR A DIAGNOSTIC TESTING AND REPAIR. THE CONTACT STATED THAT THE BALL JOINTS, SHOCK ABSORBERS, AND OTHER UNKNOWN COMPONENTS WERE REPLACED OR REPAIRED BY THE DEALER, BUT THE FAILURE PERSISTED.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 200,000.

**1 Affected Product**

---

July 2, 2014 **NHTSA ID NUMBER: 10607693**
**Components: SUSPENSION, STEERING**
**NHTSA ID Number:** 10607693
**Incident Date** May 14, 2014
**Consumer Location** MULDROW, OK
**Vehicle Identification Number** 1FT7X2BTXBE****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT STATED THAT WHILE DRIVING AT 60 MPH ON UNEVEN ROAD PAVEMENT, THE VEHICLE STARTED TO VIBRATE. THE CONTACT ALSO STATED THAT HE REDUCED THE SPEED TO 10 MPH, THE VIBRATION STOPPED. **THE VEHICLE WAS TAKEN TO A DEALER WHERE IT WAS DIAGNOSED THAT ALL FOUR TIRES NEEDED TO BE REPLACED AND BALANCED. THE TECHNICIAN ALSO ALIGNED BOTH FRONT DRIVERS AND PASSENGERS SIDE TIRES. THE VEHICLE WAS REPAIRED BUT THE FAILURE RECURRED. THE VEHICLE**

Class Action Complaint
Case No.

**WAS TAKEN TO THE DEALER AGAIN BUT THE FAILURE WAS UNABLE TO BE DUPLICATED.** THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 30,000.
**1 Affected Product**

February 8, 2013 **NHTSA ID NUMBER: 10496896**
**Components: SUSPENSION**
**NHTSA ID Number:** 10496896
**Incident Date** July 9, 2011
**Consumer Location** KENNARD, NE
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250. THE CONTACT STATED THAT WHILE DRIVING 40 MPH, THE FRONT END SHIMMERED SEVERELY WHEN THE VEHICLE HIT A BUMP. **THE VEHICLE WAS TAKEN TO THE DEALER FOUR TIMES WHO REPLACED THE BALL JOINTS AND STABILIZER ARM BUT THE FAILURE RECURRED.** THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 30,000 AND THE CURRENT MILEAGE WAS 68,000. THE VIN WAS UNAVAILABLE.
**1 Affected Product**

December 5, 2012 **NHTSA ID NUMBER: 10487446**
**Components: SUSPENSION**
**NHTSA ID Number:** 10487446
**Incident Date** February 1, 2012
**Consumer Location** MOUNTVILLE, PA
**Vehicle Identification Number** 1FT7X2B64BE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2011 FORD F-250 SD. THE CONTACT WAS DRIVING APPROXIMATELY 50 MPH OVER A ROAD BUMP WHEN THE FRONT END OF THE VEHICLE BEGAN TO SHAKE VIOLENTLY. **THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER THREE TIMES FOR THE FAILURE. THE STEERING STABILIZER AND FRONT END SHOCKS WERE REPLACED AT DIFFERENT TIMES. THE FAILURE RECURRED AFTER THE REPAIRS WERE PERFORMED WHENEVER DRIVING OVER A ROAD BUMP OR POTHOLE. THE MANUFACTURER WAS NOTIFIED OF THE PROBLEM. THE APPROXIMATE FAILURE MILEAGE WAS 28,848.**
**1 Affected Product**

-326-

Class Action Complaint
Case No.

January 4, 2013 **NHTSA ID NUMBER: 10491015**
**Components: SUSPENSION**
**NHTSA ID Number:** 10491015
**Incident Date** September 5, 2012
**Consumer Location** YUKON, OK
**Vehicle Identification Number** 1FTSW2BR3AE****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2010 FORD F-250 DIESEL. THE CONTACT STATED THAT WHILE DRIVING 30 MPH, THE VEHICLE WOULD START SHAKING VIOLENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER HOWEVER, THE TECHNICIAN WAS UNABLE TO DIAGNOSE THE FAILURE. AS A PRECAUTION, THE DEALER REPLACED THE DUAL SHOCKS AND TIRES. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE PERSISTED.** THE FAILURE MILEAGE WAS 30,000 AND THE CURRENT MILEAGE WAS 46,000.
**1 Affected Product**

February 8, 2013 **NHTSA ID NUMBER: 10496839**
**Components: SUSPENSION**
**NHTSA ID Number:** 10496839
**Incident Date** September 12, 2012
**Consumer Location** RIVERTON, UT
**Vehicle Identification Number** 1FTWW31R99E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2009 FORD F-350 SD. THE CONTACT STATED THAT WHILE DRIVING 65 MPH, HE DROVE OVER A BUMP IN THE ROAD AND THE FRONT DRIVER SIDE TIRE WOBBLED VIOLENTLY. THE SHAKING DID NOT STOP UNTIL THE VEHICLE SLOWED TO 35 MPH. **THE VEHICLE WAS TAKEN TO TWO DIFFERENT DEALERS WHERE IT WAS CONFIRMED THAT THE FRONT HUB HAD SEIZED AND NEEDED TO BE REPLACED ALONG WITH THE GEAR BOX. THE TIRES, SHOCKS, AND DUAL STABILIZERS WERE ALL REPLACED BUT THE FAILURE RECURRED SO THE DEALER ADJUSTED THE STEERING GEAR BOX. THE CONTACT STATED THAT THE FAILURE WAS NOT REMEDIED.** THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 75,000 AND THE CURRENT MILEAGE WAS 99,000.
**1 Affected Product**

-327-

Class Action Complaint
Case No.

December 6, 2012 **NHTSA ID NUMBER: 10487529**
**Components: STEERING**
**NHTSA ID Number:** 10487529
**Incident Date July 15, 2009**
**Consumer Location** LONSDALE, AR
**Vehicle Identification Number** 1FTSW21R19E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2009 FORD F-250 SD. WHILE DRIVING APPROXIMATELY 50 MPH, THE CONTACT NOTICED A VIBRATION FROM THE FRONT END OF THE VEHICLE. THE FAILURE PROGRESSED UNTIL THE FRONT END WOULD SHAKE VIOLENTLY. **THE VEHICLE WAS TAKEN TO TWO DIFFERENT MECHANICS FOR DIAGNOSTIC TESTING. THE MECHANICS WERE UNABLE TO DIAGNOSE THE FAILURE. THE CONTACT STATED THAT THE FRONT DRIVER AND PASSENGER SIDE TIRES WERE REPLACED TWICE IN AN ATTEMPT TO CORRECT THE FAILURE HOWEVER, THE FAILURE PERSISTED. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 10,000.**
**1 Affected Product**

---

March 17, 2009 **NHTSA ID NUMBER: 10262107**
**Components: STEERING**
**NHTSA ID Number:** 10262107
**Incident Date June 10, 2008**
**Consumer Location** Unknown
**Vehicle Identification Number** 1FDWW35R08E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL*THE CONTACT OWNS A 2008 FORD F-350 SD. THE CONTACT STATED THAT THE FRONT END OF THE VEHICLE WOULD SHIMMY AND SHAKE WHILE DRIVING APPROXIMATELY 50 MPH. ON ONE OCCASION, THE STEERING WHEEL SHOOK SO SEVERELY THAT HE LOST CONTROL OF THE VEHICLE AND VEERED OFF THE ROAD. THERE WERE NO INJURIES. **THE CONTACT TOOK THE VEHICLE TO THE DEALER FOR REPAIRS, BUT THE FAILURE PERSISTED. HE FILED A COMPLAINT WITH THE MANUFACTURER, BUT HAS YET TO RECEIVE ANY FEEDBACK. THE CURRENT MILEAGE WAS APPROXIMATELY 42,600 AND FAILURE MILEAGE WAS APPROXIMATELY 15,000.**
**1 Affected Product**

-328-

Class Action Complaint
Case No.

February 2, 2015 **NHTSA ID NUMBER: 10680495**
**Components: SUSPENSION**
**NHTSA ID Number:** 10680495
**Incident Date** January 15, 2015
**Consumer Location** BOYDS, MD
**Vehicle Identification Number** 1FTWX31R88E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2008 FORD F-350. WHILE DRIVING 65 MPH OVER A POTHOLE, THE VEHICLE BEGAN TO VIBRATE VIOLENTLY. THE FAILURE RECURRED ON SEVERAL OCCASIONS. **THE VEHICLE WAS TAKEN TO A DEALER, WHERE THE TRACK BAR BALL JOINT WAS REPLACED. THE FAILURE PERSISTED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 22,000.**
UPDATED 03/24/15*LJ UPDATED 9/20/2017*CN
**1 Affected Product**
**1 Associated Document**

February 6, 2018 **NHTSA ID NUMBER: 11067314**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 11067314
**Incident Date** February 6, 2018
**Consumer Location** NORFOLK, VA
**Vehicle Identification Number** 1FTSW21R28E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
SINCE OWNING MY F250, IT HAS RANDOMLY EXPERIENCED A SEVERE VIBRATION "DEATH WOBBLE" AFTER HITTING BUMPS AT HIGHWAY SPEED. **SO BAD, THAT I INSTALLED A STEERING STABILIZER TO HELP MITIGATE THE ISSUE (FORD DIDN'T SEEM TO HAVE A BETTER FIX). I ALWAYS KEEP MY LOAD "E "RATED TIRES INFLATED PER RECOMMENDED PRESSURES YET THE PROBLEM PERSISTED.** ON SEVERAL OCCASIONS I THOUGHT THAT I WAS GOING TO LOSE CONTROL OF THE VEHICLE WHEN THE VIBRATIONS HAPPENED. FORD HAS YET TO ADDRESS THIS ISSUE OTHER THAN TO SAY SLOW DOWN WHEN THE SEVERE VIBRATION OCCURS. FOR NEARLY 10 YEARS THIS HAS BEEN AN ACCIDENT WAITING TO HAPPEN FOR MANY F250 OWNERS AND FORD'S ANSWER IS WHEN IT HAPPENS ," SLOW DOWN"? THIS IS NOT AN ISOLATED OCCURRENCE UNIQUE TO MY VEHICLE; THERE ARE LITERALLY THOUSANDS WHO HAVE EXPERIENCED THE ABOVE ISSUE. NUMEROUS POST, BLOGS AND VIDEOS ARE AVAILABLE ON LINE, YET FORD CONTINUES TO BLAME THE OCCURRENCE ON LOW TIRE PRESSURE AND PASS THE RESPONSIBILITY FOR CONTROLLING A VERY

Class Action Complaint
Case No.

HAZARDOUS "DEATH WOBBLE" TO THE VEHICLE OWNERS. THIS IS AN ISSUE THEY HAVE KNOWN ABOUT FOR MANY YEARS, YET HAVE FAILED TO TAKE RESPONSIBILITY AND CORRECT THE HIGHLY DANGEROUS CONDITION FORD CREATED. ANY DATA ON HOW MANY ACCIDENTS CAN BE ATTRIBUTED TO THEIR POOR ENGINEERING/DESIGN ELEMENTS THAT OBVIOUSLY CONTRIBUTE TO THE UNSAFE HANDLING OF THEIR 7000 LB PLUSS TRUCKS?

**1 Affected Product**

July 16, 2015 **NHTSA ID NUMBER: 10734536**
**Components: STEERING, ENGINE AND ENGINE COOLING**
**NHTSA ID Number:** 10734536
**Incident Date** May 29, 2015
**Consumer Location** CODEN, AL
**Vehicle Identification Number** 1FTSW21R88E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2008 FORD F-250. WHILE DRIVING APPROXIMATELY 60 MPH, THE STEERING WHEEL SHOOK VIOLENTLY AND WOBBLED OUT OF CONTROL. THE CONTACT HAD TO DEPRESS THE BRAKE PEDAL HARSHLY IN ORDER FOR THE FAILURE TO SEIZE. THE CONTACT STATED THAT THE WOBBLING OF THE FRONT END CAUSED THE RADIATOR TO EVENTUALLY BURST. THE FAILURE RECURRED MULTIPLE TIMES. **THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO REPLACED THE TIRES AND PERFORMED AN ALL WHEEL ALIGNMENT; HOWEVER, THE FAILURE PERSISTED. THE MANUFACTURER INFORMED THE CONTACT THAT THE VIN WAS NOT INCLUDED IN ANY RECALLS.** THE APPROXIMATE FAILURE MILEAGE WAS 123,000.

**1 Affected Product**

August 19, 2013 **NHTSA ID NUMBER: 10536189**
**Components: STEERING**
**NHTSA ID Number:** 10536189
**Incident Date July 16, 2013**
**Consumer Location** MORRISVILLE, MO
**Vehicle Identification Number** 1FTSX21R18E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2008 FORD F-250. THE CONTACT STATED THAT WHILE TRAVELING 60 MPH, THE STEERING WHEEL SHOOK VIOLENTLY. **THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS FOUND THAT THE STEERING BOX HAD FAILED. THE VEHICLE WAS REPAIRED BUT THE FAILURE RECURRED.** THE

-330-

Class Action Complaint
Case No.

MANUFACTURER WAS NOT CONTACTED ABOUT THE FAILURE. THE FAILURE MILEAGE WAS 55,000.

**1 Affected Product**

January 8, 2016 **NHTSA ID NUMBER: 10818907**
**Components: SERVICE BRAKES, SUSPENSION**
**NHTSA ID Number:** 10818907
**Incident Date** January 1, 2012
**Consumer Location** WOOD RIVER, IL
**Vehicle Identification Number** 1FTWW31P97E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2007 FORD F-350 SD. WHILE DRIVING APPROXIMATELY 55 MPH OVER A BUMP, THE FRONT END OF THE VEHICLE AND STEERING WHEEL BEGAN TO VIBRATE VIOLENTLY. THE FAILURE OCCURRED WHEN DRIVING 55 MPH OR GREATER OVER AN UNEVEN ROAD SURFACE OR BUMP. **THE CONTACT REPAIRED THE VEHICLE HIMSELF. THE FRONT SHOCKS, ROTORS, AND BRAKES WERE REPLACED. IN ADDITION, THE FRONT WHEEL BEARINGS WERE REPLACED WITH FOUR NEW TIRES INSTALLED ON THE VEHICLE. THE FAILURE PERSISTED AFTER THE REPAIRS. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.** THE APPROXIMATE FAILURE MILEAGE WAS 100,000.

**1 Affected Product**

March 14, 2013 **NHTSA ID NUMBER: 10503036**
**Components: SUSPENSION**
**NHTSA ID Number:** 10503036
**Incident Date** February 1, 2012
**Consumer Location** ALPINE, CA
**Vehicle Identification Number** 1FTWW31P17E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2007 FORD F-350 SD. THE CONTACT STATED THAT WHILE DRIVING AT AN UNKNOWN SPEED, THE VEHICLE SHOOK VIOLENTLY. **THE VEHICLE WAS TAKEN TO A PRIVATE MECHANIC WHERE THE TRACK BAR WAS REPLACED. THE FAILURE RECURRED.** THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS UNKNOWN.

**1 Affected Product**

Class Action Complaint
Case No.

January 17, 2011 **NHTSA ID NUMBER: 10376922**
**Components: STEERING**
**NHTSA ID Number:** 10376922
**Incident Date** December 17, 2010
**Consumer Location** NORTH LAS VEGAS, NV
**Vehicle Identification Number** 1FTNF21507E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
FORD SUPER DUTY DEATHWOBBLE. PROBLEM HAS PERSISTED SINCE NEW. FAILURE
OCCURS AT SPEEDS BETWEEN 30 AND 75MPH. FAILURE MANIFESTS AS
UNCONTROLLABLE STEERING AND WHOLE VEHICLE OSCILLATION. HAS LED TO LOSS
OF CONTROL OF VEHICLE MORE TIMES THAN I CAN REMEMBER. UNEVEN ROAD
SURFACE INSTIGATES SAID LOSS OF CONTROL. **HAVE CHANGED SHOCKS AND
SPRINGS,ADDED DUAL STEERING STABILIZER IN ADDITION TO CHANGING
STABILIZER IN STOCK LOCATION, BALL JOINT CASTER CAMS ADDED, NEW TIRES
ADDED (TWICE) MULTIPLE ALIGNMENTS. MOST CORRECTIVE ACTION TAKEN IS
NOT TO DRIVE IT AND JEOPARDIZE MY LIFE OR THE LIVES OF OTHERS.** HOW MANY
NEED TO BE KILLED OR INJURED BEFORE SOMEONE CAN BE HELD ACCOUTABLE? *TR
**1 Affected Product**

August 18, 2010 **NHTSA ID NUMBER: 10350306**
**Components: STEERING**
**NHTSA ID Number:** 10350306
**Incident Date** November 8, 2008
**Consumer Location** SHAMROCK, TX
**Vehicle Identification Number** 1FTSX21527E****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
TL* THE CONTACT OWNS A 2007 FORD F-250 SD. WHILE DRIVING APPROXIMATELY 55-60
MPH, THE CONTACT DROVE OVER A ROAD BUMP AND VEHICLE BEGAN TO SHAKE
VIOLENTLY CAUSING DIFFICULTY IN STEERING. THE BRAKES WERE APPLIED AND THE
FAILURE BECAME WORSE. THE FAILURE OCCURRED WHEN ENCOUNTERING ROUGH
ROAD CONDITIONS. **THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER ON
THREE OCCASIONS AND ONE TIME TO AN INDEPENDENT MECHANIC REGARDING
THE FAILURE. THE STEERING STABILIZER AND MOUNTING BRACKET WERE
REPLACED FOUR TIMES YET THE FAILURE PERSISTED. THE CONTACT WAS IN THE
PROCESS OF TAKING THE VEHICLE BACK TO THE AUTHORIZED DEALER FOR**

Class Action Complaint
Case No.

**FURTHER DIAGNOSIS AND REPAIRS.** THE FAILURE MILEAGE WAS APPROXIMATELY 40,000.
1 Affected Product

October 23, 2008 **NHTSA ID NUMBER: 10246512**
**Components: STEERING**
**NHTSA ID Number:** 10246512
**Incident Date** March 2, 2008
**Consumer Location** ANACOCO, LA
**Vehicle Identification Number** 1FTSW21537E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL*THE CONTACT OWNS A 2007 FORD F-250. WHILE DRIVING APPROXIMATELY 60-65 MPH OR WHILE DRIVING OVER A BUMP, THE FRONT END OF THE VEHICLE SHAKES DRAMATICALLY. THE SHAKING IS SO SEVERE THAT THE CONTACT MUST APPLY THE BRAKES TO DECREASE THE SPEED AND STOP THE SHAKING. **A FEW MONTHS AFTER THE FAILURE OCCURRED, THE DEALER REPLACED THE STEERING DAMPENER. SIX MONTHS AFTER THE REPAIR, THE FAILURES RECURRED. THE DEALER TEST DROVE THE VEHICLE, BUT WERE UNABLE TO DUPLICATE THE FAILURE. THEY STATED THAT NOTHING COULD BE DONE.** THE CONTACT BELIEVES THAT THE VEHICLE SHOULD BE RECALLED. **THE FAILURE MILEAGE WAS 17,000 AND CURRENT MILEAGE WAS 21,995**. UPDATED 11-25-08 *BF  UPDATED 11/26/08. *JB
1 Affected Product
1 Associated Document

November 2, 2010 **NHTSA ID NUMBER: 10363770**
**Components: SUSPENSION**
**NHTSA ID Number:** 10363770
**Incident Date** August 15, 2010
**Consumer Location** LOOMIS, CA
**Vehicle Identification Number** 1FTWW33P36E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-350 SUPER DUTY. THE CONTACT WAS DRIVING APPROXIMATELY 60 MPH OVER A ROAD BUMP WHEN THE CONTACT LOST ALL STEERING CONTROL. HE HAD TO DECREASE THE VEHICLES' SPEED TO 30 MPH TO REGAIN STEERING CONTROL. **THE VEHICLE WAS TAKEN TO A LOCAL MECHANIC WHERE THE STEERING BUSHING, SHOCKS, LOWER CONTROL, AND IDLER ARMS**

-333-

Class Action Complaint
Case No.

**WERE REPLACED. THE FAILURE RECURRED WITHIN THREE WEEKS OF THE REPAIRS.** THE CONTACT LOCATED AN INVESTIGATION (NHTSA ITEM NUMBER: PE07057- SUSPENSION:FRONT) WHICH DESCRIBED FAILURE AND INQUIRED WITH THE DEALER. THE DEALER SET THE TIRE PRESSURE TO THE CORRECT MANUFACTURER'S SPECIFICATIONS TO CORRECT THE FAILURE. THE FAILURE MILEAGE WAS 86,800 AND THE CURRENT MILEAGE WAS 86,444.

**1 Affected Product**

---

January 25, 2016 **NHTSA ID NUMBER: 10822088**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10822088
**Incident Date** February 28, 2005
**Consumer Location** ALBUQUERQUE, NM
**Vehicle Identification Number** 1FTWW33P26E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-350. WHILE DRIVING OVER A BUMP AT 35 MPH, THE VEHICLE VIBRATED VIOLENTLY. IN ADDITION, THE STEERING WHEEL ALSO VIBRATED. **THE FAILURE RECURRED ON NUMEROUS OCCASIONS. THE VEHICLE WAS TAKEN TO A DEALER, BUT THE CONTACT WAS UNSURE AS TO WHAT REPAIR WAS PERFORMED ON THE FRONT SUSPENSION OF THE VEHICLE. THE FAILURE PERSISTED.** THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 120.

**1 Affected Product**

---

April 2, 2014 **NHTSA ID NUMBER: 10576849**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10576849
**Incident Date** April 2, 2008
**Consumer Location** HERMOSA BEACH, CA
**Vehicle Identification Number** 1FTWX31P66E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-350. THE CONTACT STATED THAT THE SUSPENSION WAS UNSTABLE AND WOULD SHAKE WHILE THE VEHICLE WAS BEING DRIVEN AROUND A CURVE OR AT VARIOUS SPEEDS SPORADICALLY. **THE CONTACT TOOK THE VEHICLE TO THE DEALER FOR DIAGNOSTIC TESTING WHERE THE DEALER REPLACED THE POWER STEERING HOSES AND THE STEERING STABILIZER**

Class Action Complaint
Case No.

**HOWEVER, THE FAILURE PERSISTED.** THE VEHICLE WAS THEN TAKEN TO AN INDEPENDENT MECHANIC, WHO STATED THAT A CASTER ADJUSTMENT WOULD NEED TO BE PERFORMED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE BUT DECLINED TO PROVIDE THE CONTACT A REMEDY TO REPAIR THE VEHICLE. THE FAILURE MILEAGE WAS 20,000.
1 Affected Product

---

July 14, 2011 **NHTSA ID NUMBER: 10412372**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10412372
**Incident Date July 14, 2011**
**Consumer Location** PORT ORANGE, FL
**Vehicle Identification Number N/A**
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
2006 FORD F350 EXPERIENCE EXTREMELY VIOLENT SHAKING WHEN DRIVING 45 PLUS MPH AND HIT ANY TYPE BUMP. SHAKING IS SO VIOLENT STEERING IS NOT CAPABLE AND BRAKING ONLY MAKES SHAKING WORSE. **I'VE CONTACTED DEALER AND THEY SAID THEY REPLACED A BUSHING BUT PROBLEM PERSISTED. THEY HAVE NOT CORRECTED THE PROBLEM. VEHICLE IS BASICALLY OUT OF CONTROL WHEN THIS HAPPENS.** LAST DATE OF OCCURRENCE IS JULY 14,2011 AND THIS PROBLEM HAS PERSISTED SINCE TRUCK WAS PURCHASED NEW FROM DEALER. TRUCK HAS NO LIFT AND IS STOCK MODEL.  PLEASE HELP! *TR
1 Affected Product

---

January 26, 2012 **NHTSA ID NUMBER: 10445440**
**Components: STEERING**
**NHTSA ID Number:** 10445440
**Incident Date** May 2, 2011
**Consumer Location** Unknown
**Vehicle Identification Number** 1FTSX21516E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-250 SD. THE CONTACT STATED THAT THE VEHICLE WOULD VIOLENTLY WOBBLE WHILE DRIVING AT HIGHWAYS SPEEDS. **THE DEALER ATTEMPTED TO REPAIR THE VEHICLE, BUT THE FAILURE RECURRED. THE MANUFACTURER WAS NOTIFIED, BUT DENIED ANY ASSISTANCE WITH REPAIRS. THE FAILURE MILEAGE WAS 37,000 AND THE CURRENT MILEAGE WAS 47,600.**

-335-

1 Affected Product

September 21, 2011 **NHTSA ID NUMBER: 10426658**
**Components: STEERING**
**NHTSA ID Number:** 10426658
**Incident Date** September 18, 2011
**Consumer Location** EL CENTRO, CA
**Vehicle Identification Number** 1FTSW21P96E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2006 FORD F-250 SD. THE CONTACT STATED THAT WHILE DRIVING 70 MPH OVER SMALL ROAD BUMPS, HE LOST CONTROL OF THE STEERING. THE VEHICLE BEGAN TO VIOLENTLY SHAKE UNTIL THE CONTACT STOPPED THE VEHICLE. THE FAILURE RECURRED WHENEVER THE CONTACT DROVE OVER ROAD BUMPS AT HIGHWAY SPEEDS. **THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER WHERE THE CONTACT WAS INFORMED THAT THE FAILURE WAS A COMMON OCCURRENCE. THE STEERING LINKAGES AND STEERING DAMPENER WERE REPAIRED. THE FAILURE RECURRED ONCE FOLLOWING REPAIRS.** THE FAILURE MILEAGE WAS 43,200. UPDATED 10/13/11 *BF  UPDATED 01/12/12
1 Affected Product
1 Associated Document

December 20, 2011 **NHTSA ID NUMBER: 10440552**
**Components: STEERING**
**NHTSA ID Number:** 10440552
**Incident Date** December 20, 2010
**Consumer Location** MILLER PLACE, NY
**Vehicle Identification Number** 1FTWX31515E****
**Summary of Complaint**
**CRASH**No
**FIRE**No
**INJURIES**0
**DEATHS**0
TL* THE CONTACT OWNS A 2005 FORD F-350 SD. THE CONTACT STATED THAT THE VEHICLE WOULD SHAKE VIOLENTLY WHILE DRIVING OVER 50 MPH. **THE MANUFACTURER WAS NOTIFIED OF THE FAILURE, BUT DENIED ANY ASSISTANCE WITH REPAIRS TO THE VEHICLE. THE CONTACT MADE ATTEMPTS TO REPAIR THE FAILURE, BUT THE DEFECT CONTINUOUSLY RECURRED.** THE FAILURE MILEAGE WAS 45,000 AND THE CURRENT MILEAGE WAS 60,000.
1 Affected Product

Class Action Complaint
Case No.

October 1, 2008 **NHTSA ID NUMBER: 10244101**
**Components: STEERING, SUSPENSION**
**NHTSA ID Number:** 10244101
**Incident Date** January 20, 2006
**Consumer Location** DESOTO, MO
**Vehicle Identification Number** 1FDWW37P25E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL*THE CONTACT OWNS A 2005 FORD F-350 SUPER DUTY. IN JANUARY OF 2006, WHILE DRIVING APPROXIMATELY 35 MPH OR MORE, THE VEHICLE BEGAN TO SHIMMY AND JUMP ON THE OPPOSITE SIDE OF THE ROAD WHEN MAKING LEFT TURNS. **THE DEALER STATED THAT BOLTS WERE MISSING AND THE SHOCK MOUNTS FAILED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. HE RETURNED THE VEHICLE TO THE DEALER AND WAS INFORMED THAT THE TIRES NEEDED TO BE REPLACED. AFTER REPLACING THE TIRES, A FRONT STABILIZER WAS INSTALLED ON THE FRONT END OF THE VEHICLE; HOWEVER, THE FAILURE PERSISTED.** THE VEHICLE HAS NOT BEEN REPAIRED SINCE THE LAST INCIDENT. **THE MANUFACTURER STATED THAT THERE WERE NO RECALLS AND THEY WERE NOT LIABLE FOR THE REPAIRS. THE CURRENT MILEAGE WAS 61,635 AND FAILURE MILEAGE WAS 4,000.** UPDATED 10/21/08. *JB
**1 Affected Product**
**1 Associated Document**

---

February 9, 2010 **NHTSA ID NUMBER: 10307928**
**Components: SUSPENSION**
**NHTSA ID Number:** 10307928
**Incident Date** August 10, 2009
**Consumer Location** BOCA RATON, FL
**Vehicle Identification Number** 1FTSW21P15E****
**Summary of Complaint**
**CRASH** No
**FIRE** No
**INJURIES** 0
**DEATHS** 0
TL*THE CONTACT OWNS A 2005 FORD F250. WHILE DRIVING THE VEHICLE BEGAN TO SHAKE VIOLENTLY. HE ALSO BEGAN TO EXPERIENCE A VIOLENT FRONT END SHAKING AT HIGHWAY SPEEDS OF OVER 10 MPH WHEN DRIVING OVER MINIMAL BUMPS IN THE ROAD AND UNEVEN SURFACES. **THE FORD DEALER WAS CONTACTED AND THEY ADVISED THE CONTACT TO HAVE AN ALIGNMENT PERFORMED AND TO ROTATE HIS TIRES WHICH DID NOT CORRECT THE FAILURE. HE ALSO HAD SHOCKS INSTALLED IN AN ATTEMPT TO CORRECT THE FAILURE; HOWEVER, THE FAILURE**

Class Action Complaint
Case No.

**PERSISTED.** THERE WERE NO ADDITIONAL REPAIRS MADE TO THE VEHICLE IN AN ATTEMPT TO CORRECT THE FAILURE. THE FAILURE AND CURRENT MILEAGES WERE UNDER 85,000. UPDATED 3/10/10 *CN  UPDATED 06/04/10*JB

1 Affected Product
1 Associated Document

69.     Furthermore, as set forth in the above, a number of Class Members who presented their Class Vehicles to Ford dealerships because of issues related to the Defect were denied warranty repairs and, instead, were informed that nothing was wrong with their vehicles. As a result, after expiration of the warranty period, Class Members are forced to pay costly repairs to correct the defect.

**E.     Plaintiff William Lessin's 2011 Ford F-250**

70.     On April 24, 2018, Plaintiff William Lessin brought his 2011 F-250 ("the Vehicle") to Mossy Ford of San Diego to have the service department address the Death Wobble. Attempting to eradicate the problem, Mossy Ford replaced the Vehicle's front suspension tie, dampers, and ball joints, and Plaintiff paid $1,231 for the repairs. However, despite the replacement of these parts, the Vehicle continued experience the Death Wobble. On June 15, 2018, Plaintiff returned to Mossy Ford and informed the service department of the continuation of the problem. On recommendation of the service technician, Plaintiff replaced the front shock absorbers at an additional cost of $375.75. But again, this repair did not eliminate the Death Wobble. Being out of repair options, Plaintiff was left with no explanation or method of recourse to address the Vehicle's hazardous Defect.

**VI     TOLLING OF STATUTES OF LIMITATIONS**

71.     Any applicable statute(s) of limitations have been tolled by Defendant's knowing and active concealment and denial of the facts alleged herein. Plaintiff and the Members of the Class could not have reasonably discovered the true, latent nature of the Defect until shortly before this class action litigation was commenced.

72.     In addition, even after Plaintiff and Class Members contacted Ford and/or its authorized dealers for vehicle repairs concerning the Defect, they were routinely told by Defendant and/or through its dealers that the Class Vehicles were not defective, as set forth above, when the true cause of the

-338-

Class Action Complaint
Case No.

premature and catastrophic failure in the Class Vehicles are defectively designed or manufactured suspension and steering linkage components that results in the Death Wobble.

73.     Defendant Ford was and remains under a continuing duty to disclose to Plaintiff and the Members of the Class the true character, quality, and nature of the Class Vehicles, that they will require costly repairs, pose safety concerns, and diminish the resale value of the Class Vehicles. As a result of the active concealment by Defendant Ford, any and all applicable statutes of limitations otherwise applicable to the allegations herein have been tolled.

## VII     CLASS ALLEGATIONS

74.     Plaintiff bring this action on their own behalf, and on behalf of a nationwide class pursuant to Federal Rules of Civil Procedure, Rules 23(a), 23(b)(2), and/or 23(b)(3).

**Nationwide Class:**

75.     All persons or entities in the United States who are current or former owners and/or lessees of a Class Vehicle.

76.     In the alternative to the Nationwide Class, and pursuant to Federal Rules of Civil Procedure, Rule 23(c)(5), Plaintiff seek to represent the California Class only in the event that the Court declines to certify the Nationwide Class above.

**California Class:**

77.     All persons or entities in California who are current or former owners and/or lessees of a Class Vehicle for primarily personal, family or household purposes, as defined by California Civil Code § 1791(a).

78.     Together, the California Class and the Nationwide Class shall be collectively referred to herein as the "Class."  Excluded from the Class are Ford, their affiliates, employees, officers and directors, persons or entities that purchased the Class Vehicles for resale, and the Judge(s) assigned to this case. Plaintiff reserves the right to modify, change, or expand the Class definitions based on discovery and further investigation.

79.     **Numerosity:**  Upon information and belief, the Class is so numerous that joinder of all Members is impracticable. While the exact number and identities of individual Members of the Class are unknown at this time, such information being in the sole possession of Defendant and obtainable by

Class Action Complaint
Case No.

Plaintiff only through the discovery process, Plaintiff believes, and on that basis allege, that hundreds of thousands of Class Vehicles have been sold and leased in each of the states that are the subject of the Class.

80.    **Existence and Predominance of Common Questions of Fact and Law:**  Common questions of law and fact exist as to all Members of the Class. These questions predominate over the questions affecting individual Class Members. These common legal and factual questions include, but are not limited to, whether:

    a.     The Class Vehicles were sold with defects;

    b.     Defendant knew of the defects but failed to disclose the problems and its consequences to their customers;

    c.     A reasonable consumer would consider the defect or its consequences to be material;

    d.     Defendant should be required to disclose the existence of the defect; and

    e.     Defendant's conduct violates the California Legal Remedies Act, California Unfair Competition Law, and the other statutes asserted herein.

81.    **Typicality:**  All of Plaintiff's claims are typical of the claims of the Class because Plaintiff purchased Class Vehicles with the same steering linkage/suspension defects and defective vehicle design, as did each member of the Class. Furthermore, Plaintiff and all Members of the Class sustained monetary and economic injuries including, but not limited to, ascertainable losses arising out of Defendant's wrongful conduct. Plaintiff is advancing the same claims and legal theories on behalf of himself and all absent Class Members.

82.    **Adequacy:**  Plaintiff is an adequate representative because his interests do not conflict with the interests of the Class that he seeks to represent, he has retained counsel who are competent and highly experienced in complex class action litigation, and they intend to prosecute this action vigorously. The interests of the Class will be fairly and adequately protected by Plaintiff and his counsel.

83.    **Superiority:**  A class action is superior to all other available means of fair and efficient adjudication of the claims of Plaintiff and Members of the Class. The injury suffered by each individual Class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Defendant's conduct. It would be virtually impossible for Members of the Class individually to redress effectively the wrongs done to them. Even

-340-

Class Action Complaint
Case No.

if the Members of the Class could afford such individual litigation, the court system could not. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation increases the delay and expense to all parties, and to the court system, presented by the complex legal and factual issues of the case. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, an economy of scale, and comprehensive supervision by a single court. Upon information and belief, Members of the Class can be readily identified and notified based on, inter alia, Defendant's vehicle identification numbers, warranty claims, registration records, and database of complaints.

84.    Defendant has acted, and refused to act, on grounds generally applicable to the Class, thereby making appropriate final equitable relief with respect to the Class as a whole.

## VIII    CLASS ALLEGATIONS

## FIRST CAUSE OF ACTION

## VIOLATIONS OF CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT ("CLRA") (Cal. Civ. Code § 1750, *et seq.*)

### (On Behalf of the Nationwide Class or, Alternatively, the California Class)

85.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

86.    Plaintiff brings this claim on behalf of himself and on behalf of the Nationwide Class. Alternatively, Plaintiff Shaw brings this claim on behalf of himself and on behalf of the California Class against Defendant.

87.    Defendant is a "person" as that term is defined in California Civil Code § 1761(c).

88.    Plaintiff and the Class Members are "consumers" as that term is defined in California Civil Code §1761(d).

89.    Defendant engaged in unfair and deceptive acts in violation of the CLRA by the practices described above, and by knowingly and intentionally concealing from Plaintiff and Class Members that the Class Vehicles suffer from a defect(s) (and the costs, risks, and diminished value of the vehicles as a result of this problem). These acts and practices violate, at a minimum, the following sections of the CLRA:

Class Action Complaint
Case No.

(a)(5) Representing that goods or services have sponsorships, characteristics, uses, benefits or quantities which they do not have, or that a person has a sponsorship, approval, status, affiliation or connection which he or she does not have;

(a)(7) Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; and

(a)(9) Advertising goods and services with the intent not to sell them as advertised.

90.    Defendant's unfair or deceptive acts or practices occurred repeatedly in Defendant's trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

91.    Defendant knew that the Class Vehicles and steering-linkage and suspensions were defectively designed or manufactured, would fail prematurely, and were not suitable for their intended use.

92.    Defendant was under a duty to Plaintiff and the Class Members to disclose the defective nature of the Class Vehicles and the Defect because:

a.    Defendant was in a superior position to know the true state of facts about the safety defect and associated repair costs in the Class Vehicles and their suspensions/steering linkage;

b.    Plaintiff and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles had dangerous safety defect until manifestation of the defect;

c.    Defendant knew that Plaintiff and the Class Members could not reasonably have been expected to learn or discover the safety and security defect and the associated repair costs that it causes until the manifestation of the defect; and

d.    Defendant actively concealed the safety and the associated repair costs by asserting to Plaintiff and Class Members that the cause of the Death Wobble was the result of under over inflated tires despite knowing the repairs needed to correct the Defect.

93.    In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendant has knowingly and intentionally concealed material facts and breached their duty to disclose.

94.    The facts concealed or not disclosed by Defendant to Plaintiff and the Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendant's Class Vehicles or pay a lesser price. Had Plaintiff and the Class known about

Class Action Complaint
Case No.

the defective nature of the Class Vehicles they would not have purchased the Class Vehicles or would have paid less for them.

95.    Plaintiff provided Defendant with notice of its violations of the CLRA pursuant to California Civil Code § 1782(a) on May 14, 2019, and seeks injunctive relief. After the 30-day notice period expires, Plaintiff will amend this complaint to seek monetary damages under the CLRA.

96.    Plaintiff and the other Class Members' injuries were proximately caused by Defendant's fraudulent and deceptive business practices.

97.    Plaintiff has attached hereto the declaration of venue required by Civil Code § 1780(d).

98.    Therefore, Plaintiff and the other Class Members seek injunctive relief under the CLRA.

**<u>SECOND CAUSE OF ACTION</u>**

**VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW**

**(Cal. Bus. & Prof. Code § 17200)**

**(On Behalf of the Nationwide Class or, Alternatively, the California Class)**

99.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

100.    Plaintiff brings this claim on behalf of himself and on behalf of the Nationwide Class. Alternatively, Plaintiff brings this claim on behalf of himself and on behalf of the California Class against Defendant.

101.    The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200.

102.    Defendant have engaged in unfair competition and unfair, unlawful, or fraudulent business practices by the conduct, statements, and omissions described above, and by knowingly and intentionally concealing from Plaintiff and the Class Members that the Class Vehicles suffer from a defect (and the costs, safety risks, and diminished value of the vehicles as a result of these problems). Defendant should have disclosed this information because they were in a superior position to know the

Class Action Complaint
Case No.

true facts related to the defect, and Plaintiff and Class Members could not reasonably be expected to learn or discover the true facts related to the Defect.

103.    The defective suspension and steering linkage system constitute a safety issue that triggered Defendant's duty to disclose the safety issue to consumers.

104.    These acts and practices have deceived Plaintiff and are likely to deceive the public. In failing to disclose the defect and suppressing other material facts from Plaintiff and the Class Members, Defendant breached its duty to disclose these facts, violated the UCL, and caused injuries to Plaintiff and the Class Members. The omissions and acts of concealment by Defendant pertained to information that was material to Plaintiff and the Class Members, as it would have been to all reasonable consumers.

105.    The injuries suffered by Plaintiff and the Class Members are greatly outweighed by any potential countervailing benefit to consumers or to competition, nor are they injuries that Plaintiff and the Class Members should have reasonably avoided.

106.    Defendant's acts and practices are unlawful because they violate California Civil Code §§ 1668, 1709, 1710, and 1750 et seq., and California Commercial Code § 2313.

107.    Plaintiff seeks to enjoin further unlawful, unfair, and/or fraudulent acts or practices by Defendant, to obtain restitutionary disgorgement of all monies and revenues generated as a result of such practices, and all other relief allowed under California Business & Professions Code § 17200.

## THIRD CAUSE OF ACTION

### VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW

**(Cal. Bus. & Prof. Code § 17500,** *et seq.***)**

**(On Behalf of the Nationwide Class or, Alternatively, the California Class)**

108.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

109.    Plaintiff brings this claim on behalf of himself and on behalf of the Nationwide Class. Alternatively, Plaintiff brings this claim on behalf of himself and on behalf of the California Class against Defendant.

110.    California Business & Professions Code § 17500 states:  "It is unlawful for any . . . corporation . . . with intent directly or indirectly to dispose of real or personal property . . . to induce the

-344-

Class Action Complaint
Case No.

public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in any state, in any newspaper or other publication, or any advertising device, . . . or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

111.    Defendant caused to be made or disseminated through California and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care should have been known to Defendant, to be untrue and misleading to consumers, including Plaintiff and the other Class Members.

112.    Defendant has violated section 17500 because the misrepresentations and omissions regarding the safety, reliability, and functionality of their Class Vehicles as set forth in this Complaint were material and likely to deceive a reasonable consumer.

113.    Plaintiff and the other Class Members have suffered an injury in fact, including the loss of money or property, as a result of Defendant's unfair, unlawful, and/or deceptive practices. In purchasing or leasing their Class Vehicles, Plaintiff and the other Class Members relied on the misrepresentations and/or omissions of Defendant with respect to the safety and reliability of the Class Vehicles. Defendant's representations were untrue because the Class Vehicles are distributed with defective suspensions and steering linkage. Had Plaintiff and the other Class Members known this, they would not have purchased or leased their Class Vehicles or would not have paid as much for them. Accordingly, Plaintiff and the other Class Members overpaid for their Class Vehicles and did not receive the benefit of their bargain.

114.    All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of Defendant's businesses. Defendant's wrongful conduct is part of a pattern or generalized course of conduct that is still perpetuated and repeated, both in the state of California and nationwide.

115.    Plaintiff, individually and on behalf of the other Class Members, request that this Court enter such orders or judgments as may be necessary to enjoin Defendant from continuing their unfair, unlawful, and/or deceptive practices and to restore to Plaintiff and the other Class Members any money

Class Action Complaint
Case No.

Defendant acquired by unfair competition, including restitution and/or restitutionary disgorgement, and for such other relief set forth below.

**FOURTH CAUSE OF ACTION**

**BREACH OF EXPRESS WARRANTY**

**(On Behalf of the Nationwide Class or, Alternatively, the California Class)**

116.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

117.    Plaintiff brings this claim on behalf of himself and on behalf of the Nationwide Class or, alternatively, on behalf of the California Class.

118.    Defendant provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the bargain.  Accordingly, Defendant's warranties are express warranties under state law.

119.    The parts affected by the defect were distributed by Defendant in the Class Vehicles and are covered by the warranties Defendant provided to all purchasers and lessors of Class Vehicles.

120.    Defendant breached these warranties by selling and leasing Class Vehicles with the Defect, requiring repair or replacement within the applicable warranty periods, and refusing to honor the warranties by providing free repairs or replacements during the applicable warranty periods.

121.    Plaintiff notified Defendant of the breach within a reasonable time, and/or were not required to do so because affording Defendant a reasonable opportunity to cure their breaches of written warranty would have been futile.  Defendant also knew of the Defect and yet have chosen to conceal it and to fail to comply with their warranty obligations.

122.    As a direct and proximate cause of Defendant's breach, Plaintiff and the other Class Members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiff and Class Members have also incurred and will continue to incur costs related to the diagnosis and repair of the Defect.

123.    Any attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here. Specifically, Defendant's warranty

-346-

limitation is unenforceable because they knowingly sold a defective product without informing consumers about the defect.

124.    The time limits contained in Defendant's warranty period were also unconscionable and inadequate to protect Plaintiff and Members of the Class.  Among other things, Plaintiff and Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Defendant.  A gross disparity in bargaining power existed between Defendant and the Class Members, and Defendant knew or should have known that the Class Vehicles were defective at the time of sale and would fail well before their useful lives.

125.    Plaintiff and the Class Members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Defendant's conduct described herein.

## FIFTH CAUSE OF ACTION

### BREACH OF IMPLIED WARRANTY

**(On Behalf of the Nationwide Class or, Alternatively, the California Class)**

126.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

127.    Plaintiff bring this claim on behalf of himself and on behalf of the Nationwide Class or, alternatively, on behalf of the California Class.

128.    Defendant was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Defendant knew or had reason to know of the specific use for which the Class Vehicles were purchased.

129.    Defendant provided Plaintiff and the other Class Members with an implied warranty that the Class Vehicles and any parts thereof are merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, inter alia, the Class Vehicles suffered from defective suspension and steering linkage system at the time of sale that causes the vehicles to experience severe shaking of the front-end and steering wheel. Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

Class Action Complaint
Case No.

130.    Defendant impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the Class Vehicles and their suspensions and steering linkage systems were manufactured, supplied, distributed, and/or sold by Defendant were safe and reliable for providing transportation and would not experience premature suspension and steering failure; and (ii) a warranty that the Class Vehicles would be fit for their intended use while the Class Vehicles were being operated.

131.    Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiff and the other Class Members with reliable, durable, and safe transportation.  Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

132.    Defendants' actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

## SIXTH CAUSE OF ACTION

## BREACH OF WRITTEN WARRANTY UNDER THE MAGNUSON-MOSS WARRANTY ACT

## (15 U.S.C. § 2301, *et seq.*)

### (On behalf of the Nationwide Class or, Alternatively, the California Class)

133.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

134.    Plaintiff bring this claim on behalf of himself and on behalf of the Nationwide Class or, alternatively, on behalf of the state subclasses.

135.    Plaintiff and the Class are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

136.    Defendant are suppliers and warrantors within the meaning of 15 U.S.C. §§ 2301(4)-(5).

137.    The Class Vehicles are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

138.    Defendant's 5 year/60,000 miles Basic Warranty and 10 year/100,000 miles Powertrain Warranty are "written warranties" within the meaning of 15 U.S.C. § 2301(6).

139.    Defendant breached the express warranties by:

-348-

Class Action Complaint
Case No.

    a.    Selling and leasing Class Vehicles with suspensions/steering linkage system that were defective in materials and/or workmanship, requiring repair or replacement within the warranty period; and

    b.    Refusing and/or failing to honor the express warranties by repairing or replacing, free of charge, the suspension or any of its component parts in order to remedy the Death Wobble.

140.    Plaintiff and the other Class Members relied on the existence and length of the express warranties in deciding whether to purchase or lease the Class Vehicles.

141.    Defendant's breach of the express warranties has deprived Plaintiff and the other Class Members of the benefit of their bargain.

142.    The amount in controversy of Plaintiff's individual claims meets or exceeds the sum or value of $25.00.  In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

143.    Defendant has been afforded a reasonable opportunity to cure their breach of the written warranties and/or Plaintiff and the other Class Members were not required to do so because affording Defendant a reasonable opportunity to cure their breach of written warranties would have been futile. Defendant was also on notice of the alleged defect from the complaints and service requests it received from Class Members, as well as from their own warranty claims, customer complaint data, and/or parts sales data.

144.    As a direct and proximate cause of Defendant's breach of the written warranties, Plaintiff and the other Class Members sustained damages and other losses in an amount to be determined at trial. Defendant's conduct damaged Plaintiff and the other Class Members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, including statutory attorney fees and/or other relief as deemed appropriate.

## SEVENTH CAUSE OF ACTION

### COMMON LAW FRAUDULENT CONCEALMENT

### (On Behalf of the Nationwide Class or, Alternatively, the California Class Class)

145.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

Class Action Complaint
Case No.

146.    Plaintiff brings this claim on behalf of himself and on behalf of the Nationwide Class or, alternatively, on behalf of the state subclasses.

147.    Defendant made material omissions concerning a presently existing or past fact.  For example, Defendant did not fully and truthfully disclose to their customers the true nature of the inherent defect of the Class Vehicles, which was not readily discoverable until years later.  As a result, Plaintiff and the other Class Members were fraudulently induced to lease and/or purchase the Class Vehicles with the said defect and all of the resultant problems.

148.    These omissions were made by Defendant with knowledge of their falsity, and with the intent that Plaintiff and the Class Members rely on them.

149.    Plaintiff and the Class Members reasonably relied on these omissions and suffered damages as a result.

### EIGHT CAUSE OF ACTION

### BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

### (On Behalf of the Nationwide Class or, Alternatively, the California Class Class)

150.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

151.    Plaintiff brings this claim on behalf of himself and on behalf of the Nationwide Class or, alternatively, on behalf of the California Class.

152.    All contracts in California, and throughout the United States, have an implied covenant of good faith and fair dealing. The implied covenant of good faith and fair dealing is an independent duty and may be breached even if there is no breach of a contract's express terms.

153.    Defendant breached the covenant of good faith and fair dealing by, inter alia, failing to notify Plaintiff and Class Members of the defective suspension system and steering linkage in the Class Vehicles, and failing to fully and properly repair this defect.

154.    Defendant acted in bad faith and/or with a malicious motive to deny Plaintiff and the Class Members some benefit of the bargain originally intended by the parties, thereby causing them injuries in an amount to be determined at trial.

Class Action Complaint
Case No.

## NINTH CAUSE OF ACTION

### VIOLATION OF THE SONG-BEVERLY ACT – BREACH OF IMPLIED WARRANTY

### (Cal. Civ. Code §§ 1792, 1791.1, *et seq.*)

### (On Behalf of the Nationwide Class or, Alternatively, the California Class)

155.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

156.    Plaintiff brings this claim on behalf of himself and on behalf of the Nationwide Class or, alternatively, on behalf of the California Class.

157.    At all relevant times hereto, Defendant was the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Defendant knew or should have known of the specific use for which the Class Vehicles were purchased.

158.    Defendant provided Plaintiff and the Class Members with an implied warranty that the Class Vehicles, and any parts thereof, are merchantable and fit for the ordinary purposes for which they were sold. The Class Vehicles, however, are not fit for their ordinary purpose because, inter alia, the Class Vehicles suffered from an inherent defect at the time of sale that causes the Class Vehicles to experience the Death Wobble.

159.    The Class Vehicles are not fit for the purpose of providing safe and reliable transportation because of the defect.

160.    Defendant impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, inter alia, the following: (i) a warranty that the Class Vehicles were manufactured, supplied, distributed, and/or sold by Defendant were safe and reliable for providing transportation and would not prematurely and catastrophically fail; and (ii) a warranty that the Class Vehicles would be fit for their intended use – providing safe and reliable transportation – while the Class Vehicles were being operated.

161.    Contrary to the applicable implied warranties, the Class Vehicles were not fit for their ordinary and intended purpose. Instead, the Class Vehicles are defective, including, but not limited to, the suspension and steering linkage defect.

Class Action Complaint
Case No.

162.    Defendant's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use in violation of California Civil Code §§ 1792 and 1791.1.

## IX    PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of himself and Members of the Class, respectfully request that this Court:

a.    determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order certifying one or more Classes as defined above;

b.    appoint Plaintiff as the representatives of the Classes and their counsel as Class counsel;

c.    award all actual, general, special, incidental, statutory, punitive, and consequential damages and restitution to which Plaintiff and the Class Members are entitled under Causes of Action 2 through 10, but award only restitution and injunctive relieve, pursuant to California Civil Code § 1780, at this time;

d.    award pre-judgment and post-judgment interest on such monetary relief;

e.    grant appropriate injunctive and/or declaratory relief, including, without limitation, an order that requires Defendant to repair, recall, and/or replace the Class vehicles and to extend the applicable warranties to a reasonable period of time, or, at a minimum, to provide Plaintiff and Class Members with appropriate curative notice regarding the existence and cause of the Defect.

f.    award reasonable attorneys' fees and costs; and

g.    grant such further relief that this Court deems appropriate.


Dated: June 10, 2019                    Respectfully submitted,

                                        MCCUNE WRIGHT AREVALO LLP

                                        By:___/s/ David C. Wright_____
                                            David C. Wright
                                            Richard D. McCune
                                            Mark I. Richards

Class Action Complaint
Case No.

SOHN & ASSOCIATES
Douglas C. Sohn

Attorneys for Plaintiff and Putative Class

### JURY DEMAND

Plaintiff, on behalf of himself and the putative Class, demand a trial by jury on all issues so triable.

MCCUNE WRIGHT AREVALO LLP

By:____*/s/ David C. Wright*_____
David C. Wright
Richard D. McCune
Mark I. Richards

SOHN & ASSOCIATES
Douglas C. Sohn

Attorneys for Plaintiff and Putative Class

Class Action Complaint
Case No.