

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| William Lessin, et al., on behalf of themselves and all others similarly situated | **Plaintiff,** | Case No. 3:19-cv-01082-AJB-AHG |
| v. | | **PRO HAC VICE APPLICATION** |
| Ford Motor Company | **Defendant.** | Defendant Ford Motor Company _Party Represented_ |

I, **Scott Hammack** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: **O'Melveny & Myers LLP**
Street address: **1625 Eye Street, NW**
City, State, ZIP: **Washington, DC 20006-4001**
Phone number: **202-383-5300 / Fax: 202-383-5414**
Email: **shammack@omm.com**

That on **11/14/2005** (Date) I was admitted to practice before **District of Columbia (Bar No. 493269)** (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have)  ☒ have not)  concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____    Date of Application _____
Application:  ☐ Granted    ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Randall W. Edwards, Esq.                             415-984-8700
(Name)                                               (Telephone)

O'Melveny & Myers LLP
(Firm)

Two Embarcadero Center, 28th Floor        San Francisco, CA        94111
(Street)                                  (City)                   (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.     s/ Randall W. Edwards
                                               (Signature of Designee-Attorney)