Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
Mark I. Richards, State Bar No. 321252
mir@mccunewright.com
**McCune Wright Arevalo LLP**
3281 Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile:   (909) 557-1275

Douglas C. Sohn, State Bar No. 82920
dsohn@sohnlaw.com
**Sohn & Associates**
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone;   (619) 237-7646
Facsimile:    (858) 759-4299

*Attorneys for Plaintiffs and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LESSIN, CAROL SMALLEY, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.:  3:19-cv-01082-AJB-AHG (Consolidated with Case No. 3:19-cv-02229-AJB-AHG)<br><br><br>**JOINT MOTION TO ENLARGE TIME TO FILE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND TO RESPOND THERETO** |

1

## JOINT MOTION TO ENLARGE TIME

2      Pursuant to Local Civil Rule 7.2 and Section II.C of this Court's Civil Case Procedures,

3 Plaintiffs William Lessin, Tamer Kahlil, Mark Preiss, Julie Snodgrass, John Farlekas, William Vinson,

4 Joyce Jensen, David Morris, Scott Bittner, Carol Smalley, Lloyd Atterson, Roger Saddler, and Caroline

5 McGee (collectively, the "Plaintiffs") and Defendant Ford Motor Company (together with Plaintiffs, the

6 "Parties") jointly seek to enlarge the time within which to file a Consolidated Amended Complaint from

7 November 27, 2020, to December 18, 2020 and to enlarge the time for Ford's response until January 29,

8 2021.  Pursuant to Sections II.C and II.D of this Court's Civil Case Procedures, the Parties met and

9 conferred regarding these issues, and Plaintiffs concurrently file the Declaration of David C. Wright and

10 a Proposed Order, both in support of this Joint Motion.

11      On November 6, 2020, the Court issued its Order Granting in Part and Denying in Part Ford

12 Motor Company's Motion to Dismiss the First Amended Complaint ("FAC"). (Order, November 6,

13 2020, ECF No. 30.) Pursuant to this Order, the Court granted Plaintiffs leave to file an amended

14 complaint curing certain deficiencies noted therein, where leave was granted to do so, within 21 days of

15 the Order. (*Id.* at 25.) As a result, the deadline for filing the amended complaint is now Friday,

16 November 27, 2020.

17      Previously, on December 13, 2019, the Court issued an Order Granting Joint Motion to

18 Consolidate Related Cases and Set Briefing Schedule for Consolidated Complaint, whereby the Court

19 ordered that "[n]o later than thirty (30) days after the Court's order on the *Lessin* Motion to Dismiss

20 currently pending before the Court, Plaintiffs are to file a consolidated complaint (the "Consolidated

21 Complaint") that is consistent with any ruling on the *Lessin* Motion to Dismiss." (Order Granting

22 Consolidation, December 23, 2019, ECF No. 28, at 2.) The Order further provided that "[t]he

23 Consolidated Complaint will be the operative complaint in the Consolidated Action and will supersede

24 all previous complaints filed in both of the related actions." (*Id.*) Pursuant to this Order, the deadline to

25 file the Consolidated Complaint is currently December 6, 2020.

26      Because of 1) the discrepancy in filing deadlines for the filing of an amended complaint in the

27 original *Lessin* action and the filing of a consolidated complaint for the consolidated action, pursuant to

28 the Court's previous order; 2) the need for additional time for Plaintiff to attempt to address certain

-2-

deficiencies noted by the Court in its Order on Defendant's Motion to Dismiss the FAC, including the possible inclusion of additional Plaintiffs to address such deficiencies on behalf of the putative class; and 3) the impact of the timing of the Thanksgiving and Christmas holidays, both as to Plaintiffs' filing of a consolidated amended complaint and Defendant's obligation to respond to such filing, the Parties jointly move and respectfully request a short and reasonable enlargement of time to file a consolidated amended complaint that will both attempt to address the deficiencies noted in the Court's Order on the Motion to Dismiss and will consolidate the allegations of the two related cases, pursuant to the Consolidation Order , from November 27, 2020, and December 6, 2020, respectively, to December 18, 2020.  (*See* Decl. of David C. Wright in Support of Joint Motion to Enlarge Time ("Wright Decl.") at ¶¶ 2-3.) In addition, the Parties jointly move and respectfully request that the Court grant a brief and reasonable enlargement of time for Defendant Ford to answer or otherwise respond, including by Rule 12 motion, to the consolidated amended complaint to January 29, 2021.[1]

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Enlarge Time as set forth herein and in the accompanying Proposed Order.

Dated:  November 20, 2020

Respectfully submitted,

MCCUNE WRIGHT AREVALO LLP

By:   /s/ *David C. Wright*
David C. Wright
Richard D. McCune
Mark I. Richards

SOHN & ASSOCIATES
Douglas C. Sohn

Attorneys for Plaintiffs and Putative Class

---

[1] The Court's motion to dismiss order did not rule on Ford's argument for dismissal of Nevada Count I, so Ford in its response to the Consolidated Amended Complaint  may seek a ruling on that argument.

-3-

Joint Motion to Enlarge Time
Case No. 3:19-cv-01082-AJB-AHG

Dated:  November 20, 2020

Respectfully submitted,

O'MELVENY & MEYERS LLP

By:   /s/ Randall S. Edwards
Randall W. Edwards

Attorneys for Defendant Ford Motor Company

-4-

**SIGNATURE ATTESTATION**

I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained said counsel's authorization to affix their electronic signature to this document.

Dated:  November 20, 2020                              Respectfully submitted,

MCCUNE WRIGHT AREVALO LLP


By:___ /s/ *David C. Wright*_____
              David C. Wright

Joint Motion to Enlarge Time
Case No. 3:19-cv-01082-AJB-AHG