UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LESSIN and CAROL SMALLEY, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No.:  3:19-cv-01082-AJB-AHG<br><br>(Consolidated with Case No. 3:19-cv-02229-AJB-AHG)<br><br>**ORDER SETTING DEADLINES FOLLOWING DISCOVERY CONFERENCE** |

The Court held a Discovery Conference in this matter on June 26, 2023 to discuss the status of discovery and to address ongoing disputes. ECF No. 100. During the conference, the Court provided tentative rulings on the pending disputes, and the parties were required to provide an update to the Court by June 30, 2023 regarding whether they would like to formally brief any of the disputes on which the Court issued tentative rulings, as well as whether Plaintiffs anticipate any issues regarding Defendant's privilege log. *Id.* The parties timely provided a status update via email on June 30. This order follows.

The deadline for Plaintiffs to serve supplemental responses to the at-issue written discovery requests discussed during the Discovery Conference is **July 10, 2023**.

By the same deadline of **July 10, 2023**, Defendant must provide a confirmed date for the vehicle inspection of Plaintiff P. Powers' vehicle to the Court via email at efile_Goddard@casd.uscourts.gov, with counsel for Plaintiffs copied.

In the status update, Plaintiffs' counsel stated that upon an initial review of Defendant's privilege log, they have identified several concerns on which they may ultimately seek Court intervention, although the parties have not yet had an opportunity to meet and confer regarding these concerns. Counsel for the parties must meet and confer regarding the privilege log concerns identified by Plaintiffs no later than **July 17, 2023**. The Court will not set a briefing schedule at this juncture, but the parties must notify the Court via email by the same deadline if they are at an impasse on any privilege log issues following meet-and-confer efforts.

Counsel must also meet and confer to schedule any remaining depositions that are necessary for class certification briefing and notify the Court via email of all confirmed deposition dates by **July 17, 2023**. The parties must complete all such depositions by **August 31, 2023**. The parties must obtain leave of Court upon a showing of good cause to take any depositions needed for class certification briefing after this deadline.

**The Court will reset the deadlines for class discovery and filing the class certification motion based on the information contained in the parties' July 17 email.**

**IT IS SO ORDERED.**

Dated:  July 3, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge