# APPENDIX B – STATE WARRANTY CLAIMS

## Implied Warranty Claims

| Jurisdiction | Statute | Based on the UCC | Is vertical privity required for an implied warranty claim? |
|---|---|---|---|
| California | Cal. Com. Code § 2314. | Yes | **Yes, however the third-party beneficiary exception to the privity requirement is amenable to class treatment.** *Kearney v. Hyundai Motor Am.,* 2012 WL 13049699 (C.D. Cal. 2012) (certifying California implied warranty class); *see Kearney v. Hyundai Motor Am.,* 2010 WL 8251077, *10 (C.D. Cal. 2012) (recognizing third-party beneficiary exception). |
| Colorado | Colo. Rev. Stat. § 4-2-314. | Yes | **No**. *Am. Safety Equip. Corp. v. Winkler,* 640 P.2d 216, 221 (Colo. 1982). |
| Maine | Me. Rev. Stat. Tit. § 2-314. | Yes | **No**. *Ouellette v. Sturm, Ruger & Co.,* 466 A.2d 478, 482 (Me. 1983). |
| New Mexico | N.M. Stat. Ann. § 55-2-214. | Yes | **No**. *Suttman-Villars v. Argon Medical Devices, Inc.,* 553 F.Supp.3d 946, 955-56 (D.N.M. 2021). |
| Ohio | N/A – Ohio Common Law. | No | **No**, as to tortious breach of implied warranty under Ohio common law. *Chemtrol Adhesives, Inc., v. Am. Mfrs. Mut Ins. Co.,* 42 Ohio St. 3d 40, 49 (1989). |
| South Carolina | S.C. Code Ann. § 36-2-314. | Yes | **No**. *Gasque v. Eagle Mach. Co.,* 243 S.E.2d 831, 832 (S.C. 1978). |
| Texas | Tex. Bus. & Com. Code § 2.314. | Yes | **No**. *Nobility Homes of Tex., Inc. v. Shivers,* 557 S.W.2d 77, 81 Tex. 1977). |

1

## Express Warranty Claims

| Jurisdiction | Statute | Based on the UCC | Is vertical privity required for an express warranty claim? |
|---|---|---|---|
| Arizona | Ariz. Rev. Stat. § 47-2313. | Yes | **Yes, but privity is not required for warranties falling outside the U.C.C.** *Flory v. Silvercrest Industries, Inc.*, 129 Ariz. 574, 578, 581-81 (1981). |
| Illinois | 810 Ill. Comp. Stat. § 5/2-313. | Yes | **Yes**, however the agency and third-party beneficiary exceptions to vertical privity are amenable to class treatment. *Elward v. Electrolux Home Prods., Inc.*, 214 F. Supp. 3d 701, 704-06 (N.D. Ill. 2016). |
| Maine | Me. Rev. Stat. Tit. § 2-313. | Yes | **No**. *Ouellette v. Sturm, Ruger & Co.*, 466 A.2d 478, 482 (Me. 1983). |
| New Mexico | N.M. Stat. Ann. § 55-2-213. | Yes | **No**. *Suttman-Villars v. Argon Medical Devices, Inc.*, 553 F.Supp.3d 946, 955-56 (D.N.M. 2021). |
| Ohio | Ohio Rev. Stat. Ann § 1302.26. | Yes | **No**. *Steigerwald v. BHH, LLC*, 2016 WL 695424, at *9 (N.D.Ohio, 2016). |
| South Carolina | S.C. Code Ann. § 36-2-313. | Yes | **No**. *Gasque v. Eagle Mach. Co.*, 243 S.E.2d 831, 832 (S.C. 1978). |
| Texas | Tex. Bus. & Com. Code § 2.313. | Yes | **No**. *U.S. Tire-Tech. Inc. v. Boeran, B.V.*, 110 S.W.3d 194, 197–98 (Tex. App. 2003) |