UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LESSIN, CAROL SMALLEY, et al., on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and Does 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 19-cv-01082-AJB-AHG<br><br>**ORDER CONTINUING HEARING AND COMPELLING SUPPLEMENTAL BRIEFING ON PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Before the Court is Defendant Ford Motor Co.'s Motion for Partial Summary Judgment. (Doc. No. 122.) Plaintiffs filed an opposition to the motion, (Doc. No. 141), to which Ford replied, (Doc. No. 154). The hearing is currently set for August 15, 2024 at 2:00 p.m. For the reasons set forth below, the Court finds supplemental briefing is required to fairly adjudicate Ford's pending motion. Accordingly, the Hearing on Motion for Summary Judgment, (Doc. No. 122), Motion for Class Certification, (Doc. No. 120), and the Motions to Exclude Expert Opinions, (Doc. Nos. 137, 139, 150, 151, and 152), is **CONTINUED** to **Thursday, November 7, 2024** at **2:00 p.m.**

///

The Court finds Plaintiffs have inadequately met their burden in opposing Ford's motion for partial summary judgment. Plaintiffs assert the details of the alleged Suspension Defect are "described in detail in Plaintiffs' pending class certification motion" and thereafter fail to support many of their assertions with any citation to the evidentiary record. Moreover, several of the citations that Plaintiffs do offer span multiple exhibits without directing the Court to the specific pages they rely upon. Indeed, it bears repeating the familiar maxim: "judges are not like pigs, hunting for truffles buried in briefs." *Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003). "Nor are they archaeologists searching for treasure. Put simply, the Court is not obligated to paw over files in order to make a party's claim." *Krause v. Nev. Mut. Ins. Co.*, No. 2:12-CV-00342-JCM, 2014 WL 99178, at *2 (D. Nev. Jan. 3, 2014).

Thus, the Court finds supplemental briefing is necessary to fairly adjudicate this motion. Accordingly, the Court **ORDERS** Plaintiffs to file a revised opposition brief setting forth specific exhibits, with citations to specific pages, that support their position no later than **August 23, 2024**. Further failure may result in granting of the motion for summary judgment.

Ford is further afforded an opportunity to revise its reply brief, and the Court **ORDERS** the reply brief be filed no later than **August 30, 2024**.

**IT IS SO ORDERED.**

Dated: August 8, 2024

Hon. Anthony J. Battaglia
United States District Judge