

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

WILLIAM LESSIN, CAROL SMALLEY, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation; and DOES 1-10,

Defendants.

Case No.: 3:19-cv-01082-AJB-AHG

**ORDER VACATING MANDATORY SETTLEMENT CONFERENCES**

This matter comes before the Court pursuant to the Order by the Ninth Circuit Court of Appeals granting Defendant's Rule 23(f) petition to appeal. ECF No. 219. In light of that development, the Court hereby **VACATES** both the Mandatory Settlement Conference ("MSC") scheduled for June 6, 2025 and the MSC scheduled for October 3, 2025, as well as all related dates and deadlines.

**The Status Conference set for May 16, 2025 at 3:00 p.m. before Magistrate Judge Allison H. Goddard remains on calendar as previously set**.

The parties shall notify the Court via email at efile_Goddard@casd.uscourts.gov **within three (3) days** after the appeal is resolved, so that the Court can schedule another Case Management Conference to reset the dates in the case schedule as needed.

**IT IS SO ORDERED.**

Dated: April 8, 2025

Honorable Allison H. Goddard
United States Magistrate Judge