UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LESSIN, CAROL SMALLEY, et al., on behalf of themselves and others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and Does 1 through 10, inclusive,<br><br>              Defendant. | Case No.: 19-cv-01082-AJB-AHG<br><br>**ORDER:**<br><br>**(1) DISMISSING THE MAINE CLASS IMPLIED WARRANTY CLAIMS;**<br><br>**(2) SETTING BRIEFING SCHEDULE FOR SUPPLEMENTAL BRIEFING RELATED TO CLASS CERTIFICATION** |

On February 11, 2026, the Ninth Circuit issued a memorandum disposition in this matter affirming in part and reversing and remanding in part this Court's class certification order. (Doc. No. 242.) The Court held an Appeal Mandate and Status Hearing (the "Status Hearing") on April 23, 2026. (Doc. No. 241.) At the Status Hearing, the Court discussed several distinct issues with the parties.

One such issue related to whether Plaintiffs should be given the opportunity to seek leave to amend the complaint to name a representative for the Maine Class. (*See* Doc. No. 243.) The Court found it appropriate to permit Plaintiffs to move for leave to amend the complaint to name a representative for the Maine Class and ordered that any such motion

1

be filed no later than May 25, 2026. (*Id.* at 3.) The Order issued after the Status Hearing stated that "[i]f no motion is filed, the Court will dismiss the Maine class implied warranty claims without prejudice." (*Id.*) On May 18, 2026, Plaintiffs filed a notice of withdrawal of their motion for class certification to the extent it sought certification of the Maine Class. (Doc. No. 249.) Plaintiffs provide that they "will not move for leave to amend the operative complaint to substitute a named representative for the Maine class and do not oppose dismissal of the Maine class's implied warranty claims without prejudice." (*Id.* at 2.) In light of Plaintiffs' notice, the Maine Class's implied warranty claims are **DISMISSED without prejudice**.

As the amendment issue is now resolved, the Court now **SETS** the following supplemental briefing schedule related to Plaintiffs' Motion for Class Certification:

1.      Plaintiffs' supplemental brief must be filed on or before **July 17, 2026**;

2.      Defendant Ford Motor Company's response must be filed on or before **August 28, 2026**;

3.      Plaintiffs' reply must be filed on or before **September 25, 2026**.

4.      The Court **SETS** a hearing on the Motion for Class Certification for **November 19, 2026**, at **10:00 a.m.** in Courtroom 4A before the Honorable Anthony J. Battaglia.

The parties' supplemental briefs must address the issues outlined in the Court's April 23, 2026 Order. (*See* Doc. No. 243.)

**IT IS SO ORDERED.**

Dated:  May 20, 2026

Hon. Anthony J. Battaglia
United States District Judge

19-cv-01082-AJB-AHG